# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>    Plaintiffs<br>v.<br>STATE STREET CORPORATION, STATE STREET BANK AND TRUST COMPANY, and STATE STREET GLOBAL MARKETS, LLC,<br>    Defendants | Case No.: 1:11-cv-10230-MLW |

## DEFENDANTS' MOTION TO DISMISS AND REQUEST FOR ORAL ARGUMENT

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants State Street Corporation, State Street Bank and Trust Company, and State Street Global Markets, LLC hereby move the Court for an order dismissing the Amended Complaint of Plaintiff Arkansas Teacher Retirement System with prejudice.

As grounds for the motion, Defendants rely on the accompanying Memorandum of Law and the Declaration of Adam J. Hornstine, Esq. and exhibits attached thereto.

WHEREFORE, and for the reasons discussed more fully in the accompanying Memorandum of Law, Defendants respectfully move for an order dismissing the Complaint with prejudice and for such further relief the Court deems fair and just.

### Request for Oral Argument

Pursuant to Local Rule 7.1(d), Defendants hereby request oral argument on this motion.

RESPECTFULLY SUBMITTED,

/s/ Adam J. Hornstine
Jeffrey B. Rudman (BBO# 433380)
William H. Paine (BBO# 550506)
Daniel W. Halston (BBO# 548692)
Beth E. Bookwalter (BBO# 643425)
Adam J. Hornstine (BBO# 666296)
Andrew R. Golden (BBO# 679402)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Counsel for Defendants

Date: June 3, 2011

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Adam J. Hornstine, hereby certify pursuant to Local Rule 7.1(a)(2) that counsel for Defendants conferred with counsel for Plaintiff on May 31, 2011 to determine in good faith whether any of the disputed issues presented by this motion, as articulated in the accompanying Memorandum of Law, could be resolved, but no agreement was reached.

/s/ Adam J. Hornstine
Adam J. Hornstine

## CERTIFICATE OF SERVICE

   I hereby certify that a true copy of the above document, filed through the ECF system, will be sent electronically to the registered participants of record as identified on the Notice of Electronic Filing on June 3, 2011.

               <u>/s/ Adam J. Hornstine</u>
               Adam J. Hornstine