UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARKANSAS TEACHER RETIREMENT
SYSTEM, on behalf of itself and all others
similarly situated,

                Plaintiff,

    - against -

STATE STREET CORPORATION, STATE
STREET BANK AND TRUST COMPANY and
STATE STREET GLOBAL MARKETS, LLC,

           Defendants.

No. 11-CV-10230 (MLW)

## AFFIDVIAT OF DANIEL P. CHIPLOCK IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Daniel P. Chiplock, hereby state as follows:

1.    I am an attorney and partner of the law firm of Lieff Cabraser Heimann & Bernstein, LLP, which is located at 250 Hudson Street, 8th Floor, New York, New York 10013.

2.    I am a member in good standing of the bar of the State of New York since May 23, 2001.

3.    I am a member of the bars of the United States District Courts for the Southern District of New York since 2001, the Eastern District of New York since 2001, and the District of Colorado since 2006.

4.    I am also a member of the bars of the United States Court of Appeals for the Second Circuit since 2009 as well as the United States Supreme Court since 2011.

5.    I am a member in good standing of the bar in every jurisdiction where I have been admitted to practice.

6.  I have never been disciplined by the bar of any jurisdiction and there is no disciplinary proceedings pending against me as a member of the bar of any jurisdiction where I am admitted to practice.

7.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts;

I declare under penalty and perjury this 19th day of October, 2011 that the foregoing is true and correct.

Dated:  October 19, 2011                    Respectfully submitted,

/s/ Daniel P. Chiplock_____
Daniel P. Chiplock
LIEFF CABRASERF HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592
dchiplock@lchb.com

*Liaison Counsel for Plaintiff*
*ARTRS and Proposed Interim*
*Liaison Counsel for the Class*