UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARKANSAS TEACHER RETIREMENT )
SYSTEM, on behalf of itself and all others )
similarly situated, )
                Plaintiff, )
v. ) Case No.: 1:11-cv-10230-MLW
STATE STREET BANK AND TRUST )
COMPANY, ) **SEALED DOCUMENT**
                Defendant. )

**JOINT STATUS REPORT**

Plaintiff Arkansas Teacher Retirement System ("ARTRS"), individually and on behalf of the Proposed Class (collectively, the "Plaintiffs"), and Defendant State Street Bank and Trust Company ("Defendant") hereby submit a Joint Status Report pursuant to the Court's Order of May 8, 2012 [Docket No. 33].

Pursuant to the Court's Order of May 8, 2012, the parties and their counsel met on June 22, 2012 to discuss the possibility of settling this case. After the meeting, the parties agreed to engage in mediation with a mediator to be agreed upon. In light of this agreement to engage in mediation, and in light of the fact that the parties have not yet agreed on a mediation date, the parties propose that in lieu of responding to the Court's Notice of Scheduling Conference (currently due on August 30, 2012), they instead report back to the Court as to the status of the mediation once the date for mediation has been scheduled.

RESPECTFULLY SUBMITTED,

LABATON SUCHAROW LLP

By: /s/ Lawrence A. Sucharow
Lawrence A. Sucharow
Christopher J. Keller

---

[Handwritten margin notes by judge:]

The Joint Motion to File Status Report though Under Seal (Docket No. 38) is DENIED and the Report shall be unsealed. The parties shall, by August 30, 2012, inform the court of the date of the mediation, or explain the cost of the efforts that have been made to schedule and request a brief extension. However, if a date has not been agreed upon, they shall also then respond to the Notice of Scheduling Conference.

Wauld D[?] July 2, 2012