UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>      Plaintiffs,<br><br> - against -<br><br>STATE STREET CORPORATION, STATE STREET BANK AND TRUST COMPANY and STATE STREET GLOBAL MARKETS, LLC,<br><br>      Defendants. | No. 11-CV-10230 (MLW) |

## MOTION FOR ADMISSION *PRO HAC VICE*

  Pursuant to Massachusetts Local Rule 83.5.3, Garrett J. Bradley, of Thornton & Naumes, LLP, duly admitted to practice law in the State of Massachusetts and before this Court, and on behalf of the Arkansas Teacher Retirement System ("ARTRS"), hereby moves for the admission of Lawrence A. Sucharow, of the law firm of Labaton Sucharow LLP, to appear before this Court on behalf of Plaintiffs, and states as follows:

  1.  I am an attorney duly admitted to practice in the Commonwealth of Massachusetts and the United States District Court, District of Massachusetts. I make this Affidavit in support of the Motion for Admission of Counsel p*ro hac vice;*

  2.  I am a partner at the law firm of Thornton & Naumes, LLP with offices located at 100 Summer Street, 30th Floor, Boston, Massachusetts 02110;

3. I respectfully request that this Court allow Lawrence A. Sucharow to be admitted *pro hac vice* in this case;

4. Lawrence A. Sucharow is a member of good standing in every jurisdiction where he has been admitted to practice;

5. Lawrence A. Sucharow is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

6. It is my strong belief that Lawrence A. Sucharow is of good moral character and is not currently under any order of disbarment, suspension or any other disciplinary action.

WHEREFORE, I respectfully request that Lawrence A. Sucharow be permitted to appear as an attorney *pro hac vice* on behalf of Plaintiffs in the above-captioned matter in this case.

Dated:  August 22, 2012                    Respectfully submitted,

                                           THORNTON & NAUMES, LLP

                                           */s/ Garrett J. Bradley*_____
                                           Michael P. Thornton (BBO #497390)
                                           Garrett J. Bradley (BBO #629240)
                                           Evan R. Hoffman (BBO #678975)
                                           100 Summer Street, 30th Floor
                                           Boston, Massachusetts  02110
                                           Telephone:  (617) 720-1333
                                           Facsimile:   (617) 720-2445
                                           jbradley@tenlaw.com

                                           *Liaison Counsel for Plaintiff*
                                           *ARTRS and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing Plaintiffs' Motion for Admission *pro hac vice* of Lawrence A. Sucharow, and accompanying supporting Affidavit, were filed through the ECF System on August 22, 2012 and accordingly will be served electronically upon all registered participants identified on the Notice of Electronic Filing.

/s/ Garrett J. Bradley
Garrett J. Bradley