**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>STATE STREET CORPORATION, STATE STREET BANK AND TRUST COMPANY and STATE STREET GLOBAL MARKETS, LLC,<br><br>Defendants. | No. 11-CV-10230 (MLW) |

**AFFIDAVIT OF LAWRENCE A. SUCHAROW**

I, Lawrence A. Sucharow, hereby state as follows:

1. I, Lawrence A. Sucharow, am an attorney with the law firm of Labaton Sucharow LLP, which is located at 140 Broadway, New York, New York 10005;

2. I was admitted to the State Bar of New York on February 25, 1976;

3. I am a member of the bars of the United States District Courts for the District of New Jersey (November 26, 1980); Southern District of New York (March 9, 1976); Eastern District of New York (March 9, 1976); and District of Arizona (May 12, 1992);

4. I am also a member of the bar of the United States Courts of Appeals for the Second Circuit (August 22, 1983);

5. I am a member of the Supreme Court of the United States (May 27, 2003).

6.  I was admitted to the bar of the State of New Jersey on June 12, 1980;

7.  I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

8.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

9.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: August 22, 2012               Respectfully submitted,

                                     LABATON SUCHAROW LLP

                                     /s/ Lawrence A. Sucharow              _
                                     Lawrence A. Sucharow (#1161256)
                                     140 Broadway
                                     New York, New York  10005
                                     Telephone:  (212) 907-0700
                                     Facsimile:   (212) 818-0477

                                     *Counsel for Plaintiff ARTRS*
                                     *And Interim Lead Counsel*
                                     *For Proposed  Class*