UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendant. | Case No.: 1:11-cv-10230-MLW |

**JOINT STATUS REPORT**

Plaintiff Arkansas Teacher Retirement System ("ARTRS"), individually and on behalf of the proposed Class, and Defendant State Street Bank and Trust Company hereby submit a Joint Status Report pursuant to the Court's Order of August 21, 2012 [ECF No. 43].

The parties and their counsel attended a mediation with a private mediator on October 23 and 24, 2012 in Boston, Massachusetts. The parties were unable to settle this case. However, the parties did agree, subject to the Court's approval, on a framework for conducting discovery and managing this case. The parties request a status conference with the Court to discuss their proposed plan with the Court.

            RESPECTFULLY SUBMITTED,

            LABATON SUCHAROW LLP

           By: /s/ Lawrence A. Sucharow
             Lawrence A. Sucharow
             Christopher J. Keller
             Eric J. Belfi
             David J. Goldsmith
             Michael H. Rogers
             140 Broadway
             New York, New York 10005

Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Plaintiff ARTRS
and Interim Lead Counsel for
the Proposed Class*

THORNTON & NAUMES, LLP
Michael P. Thornton (BBO #497390)
Garrett J. Bradley (BBO #629240)
Evan R. Hoffman (BBO #678975)
100 Summer Street, 30th Floor
Boston, Massachusetts 02110
Telephone: (617) 720-1333
Facsimile: (617) 720-2445

*Liaison Counsel for Plaintiff
ARTRS and the Proposed Class*

LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
Robert L. Lieff
Steven E. Fineman
Daniel P. Chiplock
250 Hudson Street, 8th Floor
New York, New York 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Attorneys for Plaintiff
and the Proposed Class*

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By: /s/ Jeffrey B. Rudman
    Jeffrey B. Rudman (BBO# 433380)
    William H. Paine (BBO# 550506)
    Daniel W. Halston (BBO# 548692)
    Beth E. Bookwalter (BBO # 643425)
    Adam J. Hornstine (BBO# 666296)
    60 State Street
    Boston, MA 02109
    (617) 526-6000

*Counsel for Defendant State Street Bank and*

*Trust Company*

Dated November 2, 2012

ActiveUS 102769046v.1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document, filed through the ECF system, will be sent electronically to the registered participants of record as identified on the Notice of Electronic Filing on November 2, 2012.

/s/ Jeffrey B. Rudman
Jeffrey B. Rudman