UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>　　　　　Plaintiff,<br>v.<br>STATE STREET BANK AND TRUST COMPANY,<br>　　　　　Defendant. | No.: 1:11-cv-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>　　　　　Plaintiffs,<br>v.<br>STATE STREET BANK AND TRUST COMPANY, and STATE STREET GLOBAL MARKETS, LLC, and DOES 1-20<br>　　　　　Defendants. | No.: 1:11-cv-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK STANGELAND, and all others similarly situated,<br>　　　　　Plaintiff,<br>v.<br>STATE STREET BANK AND TRUST COMPANY,<br>　　　　　Defendant. | No.: 1:12-cv-11698-MLW |

**STIPULATION AND JOINT MOTION TO STAY**

IT IS HEREBY STIPULATED AND AGREED, in order to facilitate the exchange of

discovery and information by and among the Parties in the above-captioned Actions, subject to the approval of the Court:

1. The above-captioned Actions (No. 1:11-cv-10230-MLW; No. 1:11-cv-12049-MLW; and No. 1:12-cv-11698-MLW) are hereby consolidated for pre-trial purposes.

2. The Parties will engage in informational exchanges, including formal document discovery where necessary, until December 1, 2013, during which time the Parties may also seek document discovery from and issue subpoenas to non-parties. The Parties reserve all rights with respect to formal discovery, including seeking relief from the Court where necessary, but prior to presenting any issue to the Court, the parties will use their best efforts in cooperation with the mediator to resolve any dispute concerning information exchange or discovery.

3. In all other respects, the above-captioned Actions are hereby stayed until December 1, 2013. This stay may be modified by the written agreement of the Parties, subject to Court approval, or by motion of any Party (with an opportunity to object afforded to all Parties). The Court also retains the right to modify this stay upon written notice to the Parties, and the Parties shall have an opportunity to object to any such modifications.

4. The Parties hereby withdraw the following pending motions without prejudice:

    a.    *Andover* Action (No.: 1:12-cv-11698-MLW)

          a)    Docket No. 15 (Joint Motion for Protective Order)

    b.    *Henriquez* Action (No.: 1:11-cv-12049-MLW)

          a)    Docket No. 34 (Defendants' Motion to Dismiss for Lack of Jurisdiction and Motion to Dismiss for Failure to State a Claim)

          b)    Docket No. 43 (Plaintiffs' Motion for Order for Discovery and to Reset Briefing Schedule)

          c)    Docket No. 80 (Joint Motion for Protective Order)

    c.    *Arkansas Teacher* Action (No.: 1:11-cv-10230-MLW)

          a)    Docket No. 57 (Joint Motion for Protective Order)

**So Ordered:**

_____      November 19, 2012
The Honorable Mark L. Wolf,
Chief Judge, United States District Court for the District of Massachusetts

Respectfully submitted by the parties, this 19th day of November, 2012,

LABATON SUCHAROW LLP

By: /s/ Lawrence A. Sucharow
    Lawrence A. Sucharow (*pro hac vice*)
    Christopher J. Keller
    Eric J. Belfi
    David J. Goldsmith (*pro hac vice*)
    Michael H. Rogers (*pro hac vice*)
    140 Broadway
    New York, New York 10005
    Telephone: (212) 907-0700
    Facsimile: (212) 818-0477

*Counsel for Plaintiff Arkansas Teacher Retirement System and Interim Lead Counsel for the Proposed Class*

THORNTON & NAUMES, LLP
Michael P. Thornton (BBO #497390)
Garrett J. Bradley (BBO #629240)
Michael A. Lesser (BBO # 631128)
Evan R. Hoffman (BBO #678975)
100 Summer Street, 30th Floor
Boston, Massachusetts  02110
Telephone:  (617) 720-1333
Facsimile:   (617) 720-2445

*Liaison Counsel for Plaintiff Arkansas Teacher
Retirement System and the Proposed Class*

LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
Steven E. Fineman
Daniel P. Chiplock (*pro hac vice*)
Michael J. Miarmi
250 Hudson Street, 8th Floor
New York, New York  10013
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592

Robert L. Lieff (*pro hac vice*)
275 Battery Street, 29th Floor
San Francisco, California  94111
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

*Attorneys for Plaintiff Arkansas Teacher
Retirement System and the Proposed Class*


WILMER CUTLER PICKERING
HALE AND DORR LLP

By: /s/ Jeffrey B. Rudman
    Jeffrey B. Rudman (BBO# 433380)
    William H. Paine (BBO# 550506)
    Daniel W. Halston (BBO# 548692)
    60 State Street
    Boston, MA 02109
    (617) 526-6000


*Counsel for State Street Defendants*

By: /s/ J. Brian McTigue
    J. Brian McTigue (*pro hac vice*)
    James A. Moore (*pro hac vice*)
    **McTigue Law LLP**
    4530 Wisconsin Ave, NW
    Suite 300
    Washington, DC 20016
    202-364-6900
    Fax: 202-364-9960

    Graeme W. Bush (*pro hac vice* pending)
    Carl S. Kravitz (*pro hac vice* pending)
    Dwight Bostwick (*pro hac vice* pending)
    **Zuckerman Spaeder, LLP**
    1800 M Street, NW
    Washington, DC 20036

    Michael J. Brickman (*pro hac vice*)
    James C. Bradley (*pro hac vice*)
    **Richardson, Patrick, Westbrook & Brickman LLC**
    174 East Bay Street
    Charleston, SC 29401
    843-727-6500
    Fax: 843-727-3103

    Nina Hunter Fields (*pro hac vice*)
    Kimberly Keevers Palmer (*pro hac vice*)
    **Richardson, Patrick, Westbrook & Brickman LLC**
    1017 Chuck Daley Blvd.
    PO Box 1007
    Mount Pleasant, SC 29465
    843-727-6500
    Fax: 843-727-3103

    Catherine M. Campbell
    Renee J. Bushey
    **Feinberg, Campbell & Zack, P.C.**
    3rd Floor
    177 Milk Street
    Boston, MA 02109
    617-338-1976
    Fax: 617-338-7070

Jonathan G. Axelrod (*pro hac vice*)
**Beins, Axelrod, P.C.**
1625 Mass. Ave. NW
Washington, DC 20036
202-328-7222

*Attorneys for Henriquez Plaintiffs
and proposed class*


KELLER ROHRBACK L.L.P.

By: /s/ Lynn L. Sarko
Lynn Lincoln Sarko (*pro hac vice*)
Derek W. Loeser (*pro hac vice*)
Laura R. Gerber (*pro hac vice*)
1201 3rd Avenue, Suite 3200
Seattle, WA 98101
206-623-1900
Fax: 206-623-8986

HUTCHINGS, BARSAMIAN,
MANDELCORN & ZEYTOONIAN, LLP

Theodore M. Hess-Mahan, Esq. BBO #557109
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
781-431-2231
Fax: 781-431-8726

*Attorneys for Andover Companies
Plaintiffs and proposed class*

## CERTIFICATE OF SERVICE

I, Jeffrey B. Rudman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated November 16, 2012.

/s/ Jeffrey B. Rudman
Jeffrey B. Rudman

Case 1:11-cv-10230-MLW   Document 62   Filed 11/19/12   Page 8 of 8
Case 1:11-cv-10230-MLW   Document 59   Filed 11/16/12   Page 8 of 8