UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>  Plaintiff,<br>v.<br>STATE STREET BANK AND TRUST COMPANY,<br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) | No.: 1:11-cv-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>  Plaintiffs,<br>v.<br>STATE STREET BANK AND TRUST COMPANY, and STATE STREET GLOBAL MARKETS, LLC, and DOES 1-20<br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No.: 1:11-cv-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK STANGELAND, and all others similarly situated,<br>  Plaintiff,<br>v.<br>STATE STREET BANK AND TRUST COMPANY,<br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No.: 1:12-cv-11698-MLW |

**STIPULATION AND JOINT MOTION TO CONTINUE STAY**

ALLOWED and SO ORDERED. The parties shall by June 1, 2014 inform the court whether the stay to that date should be extended and, if not, propose a schedule for discussion. W/M, DJ 12/26/13