# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>　　　　Plaintiff,<br>v.<br>STATE STREET BANK AND TRUST COMPANY,<br>　　　　Defendant. | No.: 1:11-cv-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>　　　　Plaintiffs,<br>v.<br>STATE STREET BANK AND TRUST COMPANY, and STATE STREET GLOBAL MARKETS, LLC, and DOES 1-20<br>　　　　Defendants. | No.: 1:11-cv-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK STANGELAND, and all others similarly situated,<br>　　　　Plaintiff,<br>v.<br>STATE STREET BANK AND TRUST COMPANY,<br>　　　　Defendant. | No.: 1:12-cv-11698-MLW |

**STIPULATION AND JOINT MOTION TO CONTINUE STAY**

IT IS HEREBY STIPULATED AND AGREED, in order to facilitate the ongoing exchange of discovery and information by and among the Parties in the above-captioned Actions, subject to the approval of the Court:

1. The stay of proceedings entered by the Court on November 19, 2012 and December 26, 2013 in the above-captioned Actions shall be extended and remain in effect until December 31, 2014. This stay may be modified by the written agreement of the Parties, subject to Court approval, or by motion of any Party (with an opportunity to object afforded to all Parties). The Court also retains the right to modify this stay upon written notice to the Parties, and the Parties shall have an opportunity to object to any such modifications.

2. The mediator supports the Parties' request to extend the stay of proceedings.

3. The Parties in the above-captioned Actions shall continue to engage in informational exchanges, including formal document discovery where necessary, while the stay remains in effect, during which time the Parties may seek document discovery from and issue subpoenas to non-parties. In particular, the Parties agree to exchange certain additional discovery pursuant to terms negotiated in the course of their ongoing informal discussions and mediation. The Parties reserve all rights with respect to formal discovery, including seeking relief from the Court where necessary, but prior to presenting any issue to the Court, the parties will use their best efforts in cooperation with the mediator to resolve any dispute concerning information exchange or discovery.

So Ordered:

_____
The Honorable Mark L. Wolf,
United States District Court for the District of Massachusetts

Respectfully submitted by the parties, this 30th day of May, 2014,

    LABATON SUCHAROW LLP

By:  /s/ Lawrence A. Sucharow
    Lawrence A. Sucharow (*pro hac vice*)
    Christopher J. Keller
    Eric J. Belfi
    David J. Goldsmith (*pro hac vice*)
    Michael H. Rogers (*pro hac vice*)
    140 Broadway
    New York, New York  10005
    Telephone:  (212) 907-0700
    Facsimile:  (212) 818-0477

    *Counsel for Plaintiff Arkansas Teacher Retirement System and Interim Lead Counsel for the Proposed Class*

    THORNTON & NAUMES, LLP
    Michael P. Thornton (BBO #497390)
    Garrett J. Bradley (BBO #629240)
    Michael A. Lesser (BBO # 631128)
    Evan R. Hoffman (BBO #678975)
    100 Summer Street, 30th Floor
    Boston, Massachusetts  02110
    Telephone:  (617) 720-1333
    Facsimile:  (617) 720-2445

    *Liaison Counsel for Plaintiff Arkansas Teacher Retirement System and the Proposed Class*

    LIEFF CABRASER HEIMANN
      & BERNSTEIN, LLP
    Steven E. Fineman
    Daniel P. Chiplock (*pro hac vice*)
    Michael J. Miarmi
    250 Hudson Street, 8th Floor
    New York, New York  10013
    Telephone:  (212) 355-9500
    Facsimile:  (212) 355-9592

    Robert L. Lieff (*pro hac vice*)
    275 Battery Street, 29th Floor
    San Francisco, California  94111
    Telephone:  (415) 956-1000

ActiveUS 128033093v.1

Facsimile: (415) 956-1008

*Attorneys for Plaintiff Arkansas Teacher Retirement System and the Proposed Class*

By: /s/ J. Brian McTigue
J. Brian McTigue (*pro hac vice*)
James A. Moore (*pro hac vice*)
McTigue Law LLP
4530 Wisconsin Ave, NW
Suite 300
Washington, DC 20016
202-364-6900
Fax: 202-364-9960

Carl S. Kravitz (*pro hac vice* pending)
Dwight Bostwick (*pro hac vice* pending)
Zuckerman Spaeder, LLP
1800 M Street, NW
Washington, DC 20036

Catherine M. Campbell
Renee J. Bushey
Feinberg, Campbell & Zack, P.C.
3rd Floor
177 Milk Street
Boston, MA 02109
617-338-1976
Fax: 617-338-7070

Jonathan G. Axelrod (*pro hac vice*)
Beins, Axelrod, P.C.
1625 Mass. Ave. NW
Washington, DC 20036
202-328-7222

*Attorneys for Henriquez Plaintiffs and proposed class*


KELLER ROHRBACK L.L.P.

By: /s/ Lynn L. Sarko
Lynn Lincoln Sarko (*pro hac vice*)
Derek W. Loeser (*pro hac vice*)
Laura R. Gerber (*pro hac vice*)

1201 3rd Avenue, Suite 3200
Seattle, WA 98101
206-623-1900
Fax: 206-623-8986

HUTCHINGS, BARSAMIAN,
MANDELCORN & ZEYTOONIAN, LLP

Theodore M. Hess-Mahan, Esq. BBO #557109
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
781-431-2231
Fax: 781-431-8726

*Attorneys for Andover Companies*
*Plaintiffs and proposed class*

WILMER CUTLER PICKERING
HALE AND DORR LLP

By:  /s/ Daniel W. Halston
     Jeffrey B. Rudman (BBO# 433380)
     William H. Paine (BBO# 550506)
     Daniel W. Halston (BBO# 548692)
     Adam J. Hornstine (BBO# 666296)
     60 State Street
     Boston, MA 02109
     (617) 526-6000


*Counsel for State Street Defendants*

ActiveUS 128033093v.1

## CERTIFICATE OF SERVICE

I, Daniel W. Halston, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated May 30, 2014.

/s/ Daniel W. Halston
Daniel W. Halston

ActiveUS 128033093v.1