UNITED STATES DISTRI0T COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>Plainti ff:<br>v.<br>STATE STREET BANK AND TRUST COMPANY,<br>Defendant. | CV 11-10230 |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUT HERLAND, and those similarly situated,<br>Plaintiffs,<br>v.<br>STATE STREET BANK AND TRUST COMPANY, and STATE STREET GLOBAL MARKETS, LLC, and DOES 1-20<br>Defendants. | CV 11-12049 |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PE HOUSHEK STANGELAND, and all others similarly situated,<br>Plaintiff,<br>v.<br>STATE STREET BAl\K Al\D TRUST COMPANY,<br>Defendant. | CV 12-11698 |

## ORDER OF ADMINISTRATIVE CLOSING

WOLF, D.J.

It is hereby ORDERED t hat the above actions are hereby ADMINISTRATIVELY CLOSED. The parties shall file a motion to reopen the cases if warranted.

By the Court:

 June 23, 2014                                        /s/Daniel Hohler
 Date                                                    Deputy Clerk