# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

ARKANSAS TEACHER RETIREMENT )
SYSTEM, on behalf of itself and all others )
similarly situated, )
                   Plaintiffs )
v. )       Case No.: 1:11-cv-10230-MLW
STATE STREET CORPORATION, )
STATE STREET BANK AND TRUST )
COMPANY, and STATE STREET )
GLOBAL MARKETS, LLC, )
                   Defendants )
_____)

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.5.2, WilmerHale hereby moves to withdraw the appearance of

Adam J. Hornstine as counsel for Defendants because he departed WilmerHale while this case

was administratively closed.  WilmerHale will continue to represent Defendants in this matter.

A copy of this motion will be provided to Defendants and to all parties in this action.

Dated:  June 8, 2016

Respectfully Submitted,

/s/ Daniel W. Halston
Daniel W. Halston (BBO# 548692)
Beth E. Bookwalter (BBO# 643425)
WILMER CUTLER PICKERING
 HALE and DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

1

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I, Daniel W. Halston, hereby certify pursuant to Local Rule 7.1(a)(2) that I met and conferred with counsel for Plaintiffs to determine in good faith whether any of the disputed issues presented by this motion could be resolved.  Counsel for Plaintiffs assent to the granting of this motion.

/s/ Daniel W. Halston
Daniel W. Halston

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document, filed through the ECF system, will be sent electronically to the registered participants of record as identified on the Notice of Electronic Filing on June 8, 2016.

/s/ Daniel W. Halston
Daniel W. Halston

2