UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>    Plaintiff<br><br>        v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>    Plaintiff<br><br>        v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>    Plaintiff<br><br>        v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 12-11698-MLW |

<u>ORDER</u>

WOLF, D.J.                                                                                  June 24, 2016

    For the reasons stated in court on June 23, 2016, it is hereby ordered that:

1. The parties shall, by July 27, 2016, file a joint motion for class certification and preliminary approval of a proposed settlement or a motion for extension of time to do so.

2. A hearing on the motion for class certification and preliminary approval of a proposed settlement shall be held on August 8, 2016, at 3:00 p.m.

3. A hearing on final approval of a proposed settlement shall be held on October 25, 2016, at 2:00 p.m.

                                              /s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE