**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) | No. 11-cv-10230 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) ) | |
| Defendant. | ) ) | |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, | ) ) ) ) | No. 11-cv-12049 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, | ) ) ) ) | |
| Defendants. | ) ) | |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, | ) ) ) ) ) | No. 12-cv-11698 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF LAWRENCE A. SUCHAROW IN SUPPORT OF PLAINTIFFS' ASSENTED-TO MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF PROPOSED FORM AND MANNER OF CLASS NOTICE**

LAWRENCE A. SUCHAROW declares as follows pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm of Labaton Sucharow LLP, counsel for Plaintiff Arkansas Teacher Retirement System ("ARTRS") and Court-appointed Interim Lead Counsel and proposed Class Counsel for the proposed Settlement Class in the above-titled consolidated Class Actions. I am admitted to practice before this Court *pro hac vice*.

2. I respectfully submit this declaration in support of Plaintiffs' assented-to motion, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for preliminary approval of the proposed settlement of these Class Actions and for certain other relief, as set forth in the proposed Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement (the "Preliminary Approval Order"), submitted herewith.

3. Annexed hereto as Exhibit A is a true and correct copy of a letter from William H. Paine, Esq., counsel for Defendant State Street Bank and Trust Company, to Joel H. Bernstein, Esq., counsel for Plaintiff ARTRS, dated March 18, 2011.

4. Annexed hereto as Exhibit B is the firm resume of Labaton Sucharow LLP.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 26, 2016.

*/s/ Lawrence A. Sucharow*
Lawrence A. Sucharow