**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) | No. 11-cv-10230 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) ) | |
| Defendant. | ) ) | |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, | ) ) ) ) | No. 11-cv-12049 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, | ) ) ) ) | |
| Defendants. | ) ) | |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, | ) ) ) ) ) | No. 12-cv-11698 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) | |
| Defendant. | ) ) ) | |

**JOINT SUBMISSION OF REVISED PROPOSED**
**PRELIMINARY APPROVAL ORDER AND CLASS NOTICES**

The Parties respectfully make this Joint Submission pursuant to the Court's directives during the August 8, 2016 hearing on Plaintiffs' assented-to motion for preliminary approval of the proposed Class Settlement, preliminary certification of the Settlement Class, and approval of the proposed form and manner of class notice (ECF Nos. 90-92).

*          *          *

Exhibit A hereto is a revised proposed Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement ("Preliminary Approval Order").  The Preliminary Approval Order has been revised principally (a) to reflect the settlement schedule ordered by the Court during the August 8, 2016 hearing, and (b) to add the Court's requirement that Defendants file a statement prior to the Final Approval Hearing concerning their intentions with regard to any option for termination of the Settlement.

Exhibit B hereto is a redline that compares Exhibit A to the proposed Preliminary Approval Order originally submitted to the Court as part of the Settlement Agreement (ECF No. 89, at Pages 57-67).

Exhibit C hereto is a revised Notice of Pendency of Class Actions, Proposed Class Settlement, Settlement Hearing, Plan of Allocation, and Any Motion for Attorneys' Fees, Litigation Expenses, and Service Awards ("Notice").  The Notice has been revised principally (a) to reflect the settlement schedule ordered by the Court during the August 8, 2016 hearing, and (b) to clarify disclosure in the Plan of Allocation.

Exhibit D hereto is a redline that compares Exhibit C to the Notice originally submitted to the Court as part of the Settlement Agreement (ECF No. 89, at Pages 69-87).

Exhibit E hereto is a revised Summary Notice of Pendency of Class Actions, Proposed Class Settlement, Settlement Hearing, Plan of Allocation, and Any Motion for Attorneys' Fees,

Litigation Expenses, and Service Awards ("Summary Notice"). The Summary Notice has been revised principally (a) to reflect the settlement schedule ordered by the Court during the August 8, 2016 hearing, and (b) to state that the Court has the power to extend any deadline for good cause shown.

Exhibit F hereto is a redline that compares Exhibit E to the Summary Notice originally submitted to the Court as part of the Settlement Agreement (ECF No. 89, at Pages 89-92).

*       *       *

Pursuant to the Court's directive during the August 8, 2016 hearing, Plaintiffs will promptly deliver a disk to the Court containing electronic copies of these documents.

Dated: August 10, 2016

Respectfully submitted,

LABATON SUCHAROW LLP

By: */s/ Lawrence A. Sucharow*
Lawrence A. Sucharow (*pro hac vice*)
David J. Goldsmith (*pro hac vice*)
Michael H. Rogers (*pro hac vice*)
Nicole M. Zeiss (*pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, New York  10005
Tel:  (212) 907-0700
Fax:  (212) 818-0477

*Counsel for Plaintiff Arkansas Teacher Retirement System and Interim Lead Counsel and Proposed Class Counsel for the Proposed Settlement Class*

2

3

        Michael P. Thornton (BBO #497390)
        Garrett J. Bradley (BBO #629240)
        Michael A. Lesser (BBO #631128)
        THORNTON LAW FIRM LLP
        100 Summer Street, 30th Floor
        Boston, Massachusetts  02110
        Tel:  (617) 720-1333
        Fax:  (617) 720-2445

*Liaison Counsel for Plaintiff Arkansas Teacher Retirement System and the Proposed Settlement Class*

Daniel P. Chiplock (*pro hac vice*)
LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York  10013
Tel:  (212) 355-9500
Fax:  (212) 355-9592

Robert L. Lieff (*pro hac vice*)
275 Battery Street, 29th Floor
San Francisco, California  94111
Tel:  (415) 956-1000
Fax:  (415) 956-1008

*Attorneys for Plaintiff Arkansas Teacher Retirement System and the Proposed Settlement Class*

McTIGUE LAW LLP

By: */s/ J. Brian McTigue*
     J. Brian McTigue (*pro hac vice*)
     James A. Moore (*pro hac vice*)
     4530 Wisconsin Avenue, N.W.
     Suite 300
     Washington, D.C.  20016
     Tel:  (202) 364-6900
     Fax:  (202) 364-9960

        Carl S. Kravitz (*pro hac vice* pending)
        Dwight Bostwick (*pro hac vice* pending)
        ZUCKERMAN SPAEDER LLP
        1800 M Street, N.W., Suite 1000
        Washington, D.C. 20036
        Tel: (202) 778-1800
        Fax: (202) 822-8106

        *Attorneys for Plaintiffs Arnold Henriquez, Michael T. Cohn, William R. Taylor and Richard A. Sutherland and the Proposed Settlement Class*

        KELLER ROHRBACK L.L.P.

By: */s/ Lynn Lincoln Sarko*
        Lynn Lincoln Sarko (*pro hac vice*)
        Derek W. Loeser (*pro hac vice*)
        Laura R. Gerber (*pro hac vice*)
        1201 3rd Avenue, Suite 3200
        Seattle, Washington 98101
        Tel: (206) 623-1900
        Fax: (206) 623-8986

        *Attorneys for Plaintiffs The Andover Companies Employees Savings and Profit Sharing Plan and James Pehoushek-Stangeland and the Proposed Settlement Class*

        WILMER CUTLER PICKERING
         HALE AND DORR LLP

By: */s/ Daniel W. Halston*
        Jeffrey B. Rudman (BBO# 433380)
        William H. Paine (BBO# 550506)
        Daniel W. Halston (BBO# 548692)
        60 State Street
        Boston, Massachusetts 02109
        Tel: (617) 526-6000
        Fax: (617) 526-5000

        *Counsel for State Street Defendants*

Certificate of Service

I hereby certify that on August 10, 2016, the foregoing Joint Submission of Revised Proposed Preliminary Approval Order and Class Notices was filed through the ECF system in the above-captioned actions, and accordingly will be served electronically upon all registered participants identified on the Notices of Electronic Filing.

/s/ Lawrence A. Sucharow
Lawrence A. Sucharow