**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) | No. 11-cv-10230 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) ) | |
| Defendant. | ) ) | |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, | ) ) ) ) | No. 11-cv-12049 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, | ) ) ) ) | |
| Defendants. | ) ) | |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, *et al.* | ) ) ) | No. 12-cv-11698 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) | |
| Defendant. | ) ) ) | |

**LEAD COUNSEL'S MOTION FOR AN AWARD**
**OF ATTORNEYS' FEES, PAYMENT OF LITIGATION**
<u>**EXPENSES, AND PAYMENT OF SERVICE AWARDS TO PLAINTIFFS**</u>

Labaton Sucharow LLP ("Labaton Sucharow"), attorneys for Plaintiff Arkansas Teacher Retirement System ("ARTRS") and Court-appointed Lead Counsel for the Settlement Class, respectfully move, on behalf of all Plaintiffs' Counsel, pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, for an award of attorneys' fees in the amount of $74,541,250.00, plus any accrued interest; payment of Litigation Expenses in the amount of $1,257,697.94; payment of a Service Award to Plaintiff ARTRS in the amount of $25,000.00; and payment of Service Awards to Plaintiffs Arnold Henriquez, Michael T. Cohn, William R. Taylor, Richard A. Sutherland, The Andover Companies Employee Savings and Profit Sharing Plan, and James Pehoushek-Stangeland in the amount of $10,000.00 each, in connection with the proposed Settlement of these consolidated Class Actions.

As grounds for this motion, Lead Counsel relies on the accompanying supporting Memorandum of Law; the accompanying supporting Declaration of Lawrence A. Sucharow, with exhibits; the Parties' Settlement Agreement dated as of July 26, 2016 (ECF No. 89); the Court's Preliminary Approval Order dated August 11, 2016 (ECF No. 97); and all other prior papers and proceedings in these Class Actions.

WHEREFORE, and for the reasons discussed more fully in the accompanying supporting Memorandum of Law, Lead Counsel respectfully seeks the relief requested.

Pursuant to the Preliminary Approval Order, a proposed Order will be submitted to the Court no later than October 21, 2016.

## Request for Oral Argument

Pursuant to Local Rule 7.1(d), Lead Counsel hereby requests oral argument on this motion. The Court has scheduled a hearing on this motion for November 2, 2016, at 2:00 p.m.

Dated: September 15, 2016                    Respectfully submitted,

                                              LABATON SUCHAROW LLP

By:   */s/ Lawrence A. Sucharow*
      Lawrence A. Sucharow *(pro hac vice)*
      Eric J. Belfi
      David J. Goldsmith *(pro hac vice)*
      Michael H. Rogers *(pro hac vice)*
      Nicole M. Zeiss (*pro hac vice*)
      LABATON SUCHAROW LLP
      140 Broadway
      New York, New York  10005
      Tel:  (212) 907-0700
      Fax:  (212) 818-0477

*Lead Counsel for Plaintiff*
*ARTRS and the Settlement Class*

Michael P. Thornton (BBO #497390)
Garrett J. Bradley (BBO #629240)
Michael A. Lesser (BBO #631128)
Evan R. Hoffman (BBO#678975)
THORNTON LAW FIRM LLP
100 Summer Street, 30th Floor
Boston, Massachusetts  02110
Tel:  (617) 720-1333
Fax:  (617) 720-2445

*Liaison Counsel for Plaintiff*
*ARTRS and the Settlement Class*

Daniel P. Chiplock (*pro hac vice*)
Michael J. Miarmi
LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York  10013
Tel:  (212) 355-9500
Fax:  (212) 355-9592

Robert L. Lieff (*pro hac vice*)
275 Battery Street, 29th Floor
San Francisco, California  94111
Tel:  (415) 956-1000
Fax:  (415) 956-1008

*Additional Counsel for Plaintiff
ARTRS and the Settlement Class*

Certificate of Compliance with Local Rule 7.1(a)(2)

I certify pursuant to Local Rule 7.1(a)(2) that I conferred with counsel for Defendant State Street Bank and Trust Company ("State Street") on September 15, 2016 and earlier dates concerning the relief sought in the foregoing motion.

Counsel confirmed that State Street takes no position on the relief sought in the motion.

*/s/ David J. Goldsmith*
David J. Goldsmith

Certificate of Service

      I certify that on September 15, 2016, I caused the (1) foregoing Lead Counsel's Motion for an Award of Attorneys' Fees, Payment of Litigation Expenses, and Payment of Service Awards to Plaintiffs; (2) accompanying Plaintiffs' Assented-to Motion for Leave to File Plaintiffs' Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees, Payment of Litigation Expenses, and Payment of Service Awards to Plaintiffs; (3) accompanying [Proposed] Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees, Payment of Litigation Expenses, and Payment of Service Awards to Plaintiffs; and (4) accompanying Declaration of Lawrence A. Sucharow in Support of (A) Plaintiffs' Assented-to Motion for Final Approval of Proposed Class Settlement and Plan of Allocation and Final Certification of Settlement Class and (B) Lead Counsel's Motion for an Award of Attorneys' Fees, Payment of Litigation Expenses, and Payment of Service Awards to Plaintiffs, with exhibits, to be filed through the ECF system in the above-captioned actions, and accordingly to be served electronically upon all registered participants identified on the Notices of Electronic Filing.

                                                */s/ David J. Goldsmith*
                                                David J. Goldsmith