**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, Plaintiffs, v. STATE STREET BANK AND TRUST COMPANY, Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, Plaintiffs, v. STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, Plaintiffs, v. STATE STREET BANK AND TRUST COMPANY, Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 12-cv-11698 MLW |

**LEAD COUNSEL'S ASSENTED-TO MOTION FOR LEAVE TO FILE
MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR AN AWARD OF
ATTORNEYS' FEES, PAYMENT OF LITIGATION EXPENSES, AND PAYMENT
<u>OF SERVICE AWARDS TO PLAINTIFFS IN EXCESS OF TWENTY PAGES</u>**

Pursuant to Local Rule 7.1(b)(4), Labaton Sucharow LLP, attorneys for Plaintiff Arkansas Teacher Retirement System ("ARTRS") and Court-appointed Lead Counsel for the Settlement Class, on behalf of all Plaintiffs' Counsel, respectfully moves, with Defendants' assent, for leave to file the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees, Payment of Litigation Expenses, and Payment of Service Awards to Plaintiffs (the "Fee Brief"), which is in excess of twenty (20) pages.

As grounds for the motion, Lead Counsel states as follows: the proposed settlement of the Class involved years of investigation, litigation, and mediation by counsel for the Parties; the class actions and proposed settlement are unique; and there are numerous legal and factual factors underlying the relief requested. For these reasons, Lead Counsel respectfully requests this Court allow them, with Defendants' assent, to file papers in support of a fee award and payment of expenses in excess of twenty (20) pages, so that the Court may be fully informed of the facts and law supporting the relief Lead Counsel seeks.

WHEREFORE, Lead Counsel, pursuant to Local Rule 7.1(b)(4), and with Defendants' assent, respectfully seeks leave to file its Fee Brief in excess of twenty (20) pages.

## Request for Oral Argument

Pursuant to Local Rule 7.1(d), Lead Counsel hereby requests oral argument on this motion. The Court has scheduled a hearing on this motion for November 2, 2016, at 2:00 p.m.

Dated: September 15, 2016                    Respectfully submitted,

                                                    LABATON SUCHAROW LLP

By:   */s/ Lawrence A. Sucharow*
       Lawrence A. Sucharow *(pro hac vice)*
       Eric J. Belfi
       David J. Goldsmith *(pro hac vice)*
       Michael H. Rogers *(pro hac vice)*
       Nicole M. Zeiss *(pro hac vice)*
       LABATON SUCHAROW LLP
       140 Broadway
       New York, New York 10005
       Tel: (212) 907-0700
       Fax: (212) 818-0477

       *Lead Counsel for Plaintiff*
       *ARTRS and the Settlement Class*

       Michael P. Thornton (BBO #497390)
       Garrett J. Bradley (BBO #629240)
       Michael A. Lesser (BBO #631128)
       Evan R. Hoffman (BBO#678975)
       THORNTON LAW FIRM LLP
       100 Summer Street, 30th Floor
       Boston, Massachusetts 02110
       Tel: (617) 720-1333
       Fax: (617) 720-2445

       *Liaison Counsel for Plaintiff*
       *ARTRS and the Settlement Class*

       Daniel P. Chiplock *(pro hac vice)*
       Michael J. Miarmi
       LIEFF CABRASER HEIMANN
         & BERNSTEIN, LLP
       250 Hudson Street, 8th Floor
       New York, New York 10013
       Tel: (212) 355-9500
       Fax: (212) 355-9592

Robert L. Lieff (*pro hac vice*)
275 Battery Street, 29th Floor
San Francisco, California  94111
Tel:  (415) 956-1000
Fax:  (415) 956-1008

*Additional Counsel for Plaintiff
ARTRS and the Settlement Class*

Certificate of Compliance with Local Rule 7.1(a)(2)

I certify pursuant to Local Rule 7.1(a)(2) that I conferred with counsel for Defendant State Street Bank and Trust Company ("State Street") on August 29, 2016 concerning the relief sought in this motion.

Counsel for State Street confirmed that State Street consents to entry of Lead Counsel's Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees, Payment of Litigation Expenses, and Payment of Service Awards to Plaintiffs in excess of twenty (20) pages.

*/s/ Michael A. Lesser*
Michael A. Lesser