# Exhibit 7

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 12-cv-11698 MLW |

## DECLARATION OF MICHAEL T. COHN IN SUPPORT OF FINAL APPROVAL OF CLASS SETTLEMENT, AWARD OF ATTORNEYS' FEES, PAYMENT OF LITIGATION EXPENSES, AND PAYMENT OF SERVICE AWARD TO THE CITIGROUP 401(K) PLAN

I, MICHAEL T. COHN declare as follows pursuant to 28 U.S.C. § 1746:

1. I served as one of four plaintiffs in the class action captioned as *Henriquez et al v. State Street Bank State Street Bank and Trust Company and State Street Global Markets LLC and Does 1-20*, No. 11-cv-12049-MLW (the "Litigation"). I reside in Highland Park, Illinois.

2. I am participant in the Citigroup 401(k) Plan ("the Citigroup Plan"), an ERISA-covered plan. I cashed out my account in the plan in the fall of 2013, and I believe my benefits were reduced due to State Street Bank's misconduct for all the reasons stated in my complaint.

3. I provided all the documents from my personal files that McTigue Law LLP ("McTigue Law") requested, I could find, and that they considered relevant to the Litigation.

4. I met in person and communicated dozens of other times with McTigue Law attorneys and staff regarding the Litigation.

5. I reviewed filings that McTigue Law sent me and consulted with McTigue Law staff when they contacted me regarding the Litigation.

6. I participated in the Litigation because I consider State Street Bank to have taken advantage of me; the participants, retirees and beneficiaries of my pension plan; and those across the country who have pension savings. State Street Bank's practices described in my complaint harmed hundreds of thousands of hard-working Americans, including myself, who played by the rules. I believed someone needed to step forward and hold State Street Bank legally responsible.

7. I believe McTigue Law, LLP; Zuckerman Spaeder LLP; Beins Axelrod, PC; and all of the lawyers that represent me and our class did a good job fighting for our legal rights.

2

8.      I respectfully submit this declaration in support of Plaintiffs' motion for final approval of the proposed Class Settlement and Lead Counsel's motion for an award of attorneys' fees, payment of Litigation Expenses, and payment of service awards.

9.      I have personal knowledge of the matters set forth herein based on my active supervision and interaction with my lawyers and participation in their prosecution and eventual settlement of the Litigation.

10.     Accordingly, on behalf of the Citigroup Plan in which I participate, I respectfully request that the Court approve the settlement, the requested attorneys' fees, the requested litigation expenses, and the service awards.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 13, 2016.

                                              _____
                                                          Michael T. Cohn