# Exhibit 8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 12-cv-11698 MLW |

## DECLARATION OF ARNOLD HENRIQUEZ IN SUPPORT OF FINAL APPROVAL OF CLASS SETTLEMENT, AWARD OF ATTORNEYS' FEES, PAYMENT OF LITIGATION EXPENSES, AND PAYMENT OF SERVICE AWARD TO THE WASTE MANAGEMENT RETIREMENT SAVINGS PLAN

I, ARNOLD HENRIQUEZ, declare as follows pursuant to 28 U.S.C. § 1746:

1.     I served as one of four plaintiffs in the class action captioned as *Henriquez et al v. State Street Bank State Street Bank and Trust Company and State Street Global Markets LLC and Does 1-20*, No. 11-cv-12049-MLW (the "Litigation"). I reside in Frederick, Maryland.

2.     I am a participant in the Waste Management Retirement Savings Plan ("the WM Plan"), an ERISA-covered plan.

3.     I provided all the documents I could locate that my attorneys requested from my personal files related to the WM Plan and that they considered relevant to the Litigation.

4.     I met in person and communicated on dozens of other occasions about the litigation with McTigue Law.

5.     I reviewed filings in the case that McTigue Law sent me and consulted with McTigue Law staff when they contacted me regarding the Litigation.

6.     I participated in the Litigation because I consider State Street Bank to have taken advantage of me; the participants, retirees and beneficiaries of my pension plan; and those across the country who have pension savings. State Street Bank's practices described in my complaint harmed hundreds of thousands of hard-working Americans, including myself, who played by the rules. I believed someone needed to step forward and hold State Street Bank legally responsible.

7.     I believe McTigue Law, LLP; Zuckerman Spaeder LLP; Beins Axelrod, PC; and all of the lawyers that represent me and the rest of the class did a good job fighting for our legal rights.

8.    I respectfully submit this declaration in support of Plaintiffs' motion for final approval of the proposed Class Settlement and Lead Counsel's motion for an award of attorneys' fees, payment of Litigation Expenses, and payment of service awards.

9.    I have personal knowledge of the matters set forth herein based on my active supervision and interaction with my lawyers and participation in their prosecution and eventual settlement of the Litigation

10.    Accordingly, on behalf of the WM Plan in which I participate, I respectfully request that the Court approve the settlement, the requested attorneys' fees, the requested litigation expenses, and the service awards.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 13, 2016.

_____
ARNOLD HENRIQUEZ