# Exhibit 9

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, <br><br> Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | No. 12-cv-11698 MLW |

**DECLARATION OF JAMES PEHOUSHEK-STANGELAND IN SUPPORT OF FINAL APPROVAL OF CLASS SETTLEMENT, AWARD OF ATTORNEYS' FEES, PAYMENT OF LITIGATION EXPENSES, AND PAYMENT OF SERVICE AWARD**

I, James Pehoushek-Stangeland, declare as follows pursuant to 28 U.S.C. §1746:

1. I am one of the Plaintiffs and Settlement Class representatives in the above-captioned Class Actions (collectively, the "Action").[1]

2. I respectfully submit this declaration in support of Plaintiffs' motion for final approval of the proposed Class Settlement and Lead Counsel's motion for an award of attorneys' fees, payment of Litigation Expenses, and payment of Service Awards. I have personal knowledge of the matters set forth herein based on my active supervision and participation in the prosecution and settlement of this Action.

3. During the course of this Action, I conferred with my counsel, Keller Rohrback L.L.P., by telephone, and by e-mail on numerous occasions concerning the litigation, settlement developments, and strategy. I authorized them to file suit on behalf of myself and a putative class, monitored the progress of the litigation, evaluated the sufficiency of various settlement proposals, and authorized the terms of the settlement eventually reached by the parties and the relevant government entities. I have devoted significant time and effort to this litigation. At counsel's request, I collected and produced documents concerning my retirement plan. I met by telephone with representatives of the Department of Labor in 2012, and I shared information to facilitate their investigation.

4. Based on my involvement in this action and the information provided by legal counsel, I believe that the proposed Settlement is fair, adequate and reasonable in view of the risks, costs, and duration of ongoing litigation, and should be approved by the Court.

---

[1] Capitalized terms used herein have the same meanings set forth in the Stipulation and Agreement of Settlement (the "Settlement Agreement," ECF No. 89).

1

5.  Furthermore, I support counsel's request for a fee award not to exceed 25% of the Gross Settlement Amount. Such an award would be fair and reasonable under the circumstances: a substantial recovery, from a well-funded and sophisticated defendant, involving the approval and participation of numerous government regulators.

6.  Accordingly, I respectfully request that the Court approve the Settlement, award the requested attorneys' fee, award the requested Litigation Expenses, and approve Service Awards totaling $85,000, which includes a $10,000 Service Award to myself.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 8, 2016.

_____
James Pehoushek-Stangeland