# Exhibit 12

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 12-cv-11698 MLW |

**DECLARATION OF JANET A. WALLACE IN SUPPORT OF FINAL APPROVAL OF CLASS SETTLEMENT, AWARD OF ATTORNEYS' FEES, PAYMENT OF <u>LITIGATION EXPENSES, AND PAYMENT OF SERVICE AWARD</u>**

I, Janet A. Wallace, declare as follows pursuant to 28 U.S.C. §1746:

1.     I am a Vice President of The Andover Companies and a trustee of The Andover Companies Employee Savings and Profit Sharing Plan (the "Plan"), one of the Plaintiffs and Settlement Class representatives in the above-captioned Class Actions (collectively, the "Action").[1]

2.     I respectfully submit this declaration on behalf of the Plan in support of Plaintiffs' motion for final approval of the proposed Class Settlement and Lead Counsel's motion for an award of attorneys' fees, payment of Litigation Expenses, and payment of Service Awards. I have personal knowledge of the matters set forth herein based on my active supervision and participation in the prosecution and settlement of this Action.

3.     At the time the Action was commenced, Plan trustee Alan Kober served as the Plan's primary point of contact with its counsel, Keller Rohrback L.L.P. Mr. Kober has since retired. I have taken over his responsibilities as the Plan's primary contact with Keller Rohrback. At various times throughout this litigation, Mr. Kober and I monitored and were engaged in all material aspects of the prosecution and resolution of the Action. As appropriate, we updated the Plan's Board of Trustees regarding the status of the Action.

4.     During the course of this Action, Mr. Kober and I conferred with Keller Rohrback by telephone and by e-mail on numerous occasions concerning the litigation, settlement developments, and strategy. We monitored the progress of the litigation. Through Mr. Kober and myself, the Plan devoted significant time and effort to this litigation. At counsel's request, the Plan produced extensive documents. On behalf of the Plan, Mr. Kober met by telephone with representatives of the Department of Labor in 2013, and shared information to facilitate their

---

[1] Capitalized terms used herein have the same meanings set forth in the Stipulation and Agreement of Settlement (the "Settlement Agreement," ECF No. 89).

1

investigation. In the course of mediation, Mr. Kober and I facilitated the Plan's consideration of various settlement proposals and its ultimate approval of the proposed settlement.

5.   Based on its involvement in this action and the information provided by legal counsel, the Plan believes that the proposed Settlement is fair, adequate and reasonable in view of the risks, costs, and duration of ongoing litigation, and should be approved by the Court.

6.   Furthermore, the Plan supports counsel's request for a fee award not to exceed 25% of the Gross Settlement Amount. Such an award would be fair and reasonable under the circumstances: a substantial recovery, from a well-funded and sophisticated defendant, involving the approval and participation of numerous government regulators.

7.   Accordingly, the Plan respectfully requests that the Court approve the Settlement, award the requested attorneys' fee, award the requested Litigation Expenses, and approve Service Awards totaling $85,000, which includes a $10,000 Service Award to The Andover Companies Employee Savings and Profit Sharing Plan.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 9, 2016.

_____
Janet A. Wallace