# Exhibit 18

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, <br><br> Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | No. 12-cv-11698 MLW |

## DECLARATION OF LYNN SARKO ON BEHALF OF THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN AND JAMES PEHOUSHEK-STANGELAND IN SUPPORT OF LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND PAYMENT OF EXPENSES

Lynn Sarko declares as follows, pursuant to 28 U.S.C. §1746:

1.      I am the Managing Partner of the law firm Keller Rohrback L.L.P. ("Keller Rohrback"). I submit this declaration in support of Lead Counsel's motion for an award of attorneys' fees and payment of litigation expenses on behalf of all Plaintiffs' counsel who contributed to the prosecution of the claims in the above-captioned class actions (the "Class Actions") from inception through August 30, 2016 (the "Time Period").

2.      My firm and I are counsel for plaintiffs The Andover Companies Employee Savings and Profit Sharing Plan and Mr. James Pehousek-Stangeland, who assert claims in this action under the Employee Retirement Income Security Act of 1974 (ERISA) on behalf of themselves and a putative class of similarly-situated persons (ERISA Claimants). In the course of this litigation, we have zealously represented the interests of ERISA Claimants. We worked collaboratively with other Counsel for Plaintiffs in the Class Actions in order to achieve the best possible result for our clients. We actively participated in each aspect of the Class Actions, but our most significant contribution involved the protracted mediation effort. Throughout that process, described in detail in the accompanying Declaration of Lead Counsel, I personally facilitated the complex multi-party discussions among Plaintiffs, Defendant, the Securities and Exchange Commission, the Department of Justice, and the Department of Labor.

3.      The schedule attached hereto as Exhibit A is a summary indicating the amount of time spent by each attorney and professional support staff-member of my firm who was involved in the prosecution of the Class Actions, and the lodestar calculation based on my firm's current billing rates. For personnel who are no longer employed by my firm, the lodestar calculation is based upon the billing rates for such personnel in his or her final year of employment by my firm. The schedule was prepared from contemporaneous daily time records regularly prepared

and maintained by my firm, which are available at the request of the Court. Time expended in preparing this application for fees and payment of expenses has not been included in this request.

4.     The hourly rates for the attorneys and professional support staff in my firm included in Exhibit A are the same as my firm's regular rates charged for their services, which have been accepted in other complex class actions.

5.     The total number of hours expended on this litigation by my firm during the Time Period is 4,690.65 hours. The total lodestar for my firm for those hours is $2,561,287.00.

6.     My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expenses items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

7.     As detailed in Exhibit B, my firm and our local counsel, Hutchings Barsamian, incurred a total of $342,766.63 in expenses in connection with the prosecution of the Class Actions. Keller Rohrback expenses are documented by the firm's book and records, including expense vouchers, check records and other source materials. Exhibit B includes miscellaneous expenses incurred by our local counsel, which were reasonably incurred and are properly documented out-of-pocket costs.

8.     With respect to the standing of my firm, attached hereto as Exhibit C is a biography of my firm and the firm's attorneys.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 14, 2016.

Lynn Sarko

- 3 -

# Exhibit A

**EXHIBIT A**

### *STATE STREET INDIRECT FX TRADING CLASS ACTION*
### No. 11-cv-10230, No. 11-cv-12049, No. 12-cv-11698 MLW (D. Mass.)

### LODESTAR REPORT

**FIRM:  Keller Rohrback L.L.P.**
**REPORTING PERIOD: INCEPTION THROUGH AUGUST 30, 2016**

| PROFESSIONAL | STATUS* | HOURLY RATE | TOTAL HOURS TO DATE | TOTAL LODESTAR TO DATE |
|---|---|---|---|---|
| Lauren Arnaud | PL | $265 | 37.10 | $ 9,831.50 |
| Laurie Ashton | OC | $800 | 5.30 | $ 4,240.00 |
| Kris Bartlett | PL | $225 | 2.40 | $ 540.00 |
| Cate Brewer | PL | $225 | 29.10 | $ 6,547.50 |
| Cindy Buser | PL | $241 | 111.80 | $ 26,943.80 |
| Michael Cady | PL | $225 | 14.10 | $ 3,172.50 |
| Chandler Clemons | PL | $180 | 206.12 | $ 37,101.60 |
| David Copley | P | $750 | 94.50 | $ 70,875.00 |
| Jason Dillman | PL | $310 | 44.20 | $ 13,702.00 |
| Sandra Douglas | PL | $225 | 0.50 | $ 112.50 |
| Ben Ellis | PL | $195 | 0.60 | $ 117.00 |
| John Evans | PL | $230 | 78.40 | $ 18,032.00 |
| Juli Farris | P | $775 | 6.40 | $ 4,960.00 |
| Eric Fierro | A | $475 | 41.10 | $ 19,522.50 |
| Alison Gaffney | A | $400 | 137.60 | $ 55,040.00 |
| Laura Gerber | P | $685 | 540.25 | $ 370,071.25 |
| Alex Gotto | PL | $225 | 26.45 | $ 5,951.25 |
| Ben Gould | PL | $525 | 2.00 | $ 1,050.00 |
| Katherine Grant | PL | $235 | 15.00 | $ 3,525.00 |
| Loretta Haley | PL | $210 | 12.00 | $ 2,520.00 |
| Kevin Hammond | PL | $245 | 0.08 | $ 19.60 |
| Alex Hancock | PL | $150 | 12.00 | $ 1,800.00 |
| Amy Hanson | A | $525 | 140.20 | $ 73,605.00 |
| Jennifer Hill | PL | $255 | 8.30 | $ 2,116.50 |
| Jason Ho | PL | $235 | 207.00 | $ 48,645.00 |
| Erin Hoffrance | PL | $220 | 2.20 | $ 484.00 |
| Susan James | PL | $255 | 81.00 | $ 20,655.00 |
| Cari Laufenberg | P | $685 | 4.80 | $ 3,288.00 |
| Beth Leland | P | $675 | 2.90 | $ 1,957.50 |
| Dan Lenentine | PL | $255 | 2.75 | $ 701.25 |
| Sara Lenentine | PL | $260 | 380.80 | $ 99,008.00 |
| Jeffrey Lewis | P | $895 | 0.20 | $ 179.00 |
| Tana Lin | P | $700 | 1.60 | $ 1,120.00 |

| Derek Loeser | P | $835 | 116.10 | $ | 96,943.50 |
|---|---|---|---|---|---|
| Nathan Moe | PL | $250 | 7.00 | $ | 1,750.00 |
| Maggie Norton | PL | $205 | 12.20 | $ | 2,501.00 |
| Gretchen Obrist | P | $550 | 45.00 | $ | 24,750.00 |
| Cavin Parrilla | PL | $225 | 241.10 | $ | 54,247.50 |
| Lindsay Pearson | PL | $210 | 3.00 | $ | 630.00 |
| David Preminger | P | $895 | 2.90 | $ | 2,595.50 |
| Melanie Pugh | PL | $200 | 21.70 | $ | 4,340.00 |
| Erin Riley | P | $700 | 0.75 | $ | 525.00 |
| Lynn Lincoln Sarko | P | $925 | 1224.70 | $ | 1,132,847.50 |
| Kelly Shenenfield | PL | $215 | 1.60 | $ | 344.00 |
| Katie Sifferman | PL | $200 | 7.30 | $ | 1,460.00 |
| Brian Spangler | PL | $225 | 2.50 | $ | 562.50 |
| Michael Thompson | PL | $215 | 20.75 | $ | 4,461.25 |
| Jennifer Tuato'o | PL | $295 | 385.80 | $ | 113,811.00 |
| Havila Unrein | A | $525 | 65.10 | $ | 34,177.50 |
| Graham Van Leuven | PL | $200 | 11.20 | $ | 2,240.00 |
| Ben Watson | PL | $225 | 0.40 | $ | 90.00 |
| Margaret Wetherald | P | $750 | 178.00 | $ | 133,500.00 |
| Jonathan Whitney | PL | $245 | 41.70 | $ | 10,216.50 |
| Debra Wilcher | PL | $225 | 1.20 | $ | 270.00 |
| Harry Williams | A | $525 | 32.60 | $ | 17,115.00 |
| Amy Williams-Derry | P | $750 | 19.30 | $ | 14,475.00 |
| **TOTAL** | | | **4,690.65** | **$** | **2,561,287.00** |

Partner          (P)          Paralegal          (PL)
Of Counsel    (OC)        Investigator       (I)
Associate       (A)          Research Analyst (RA)
Staff Attorney (SA)

**Exhibit B**

**EXHIBIT B**

*STATE STREET INDIRECT FX TRADING CLASS ACTION*
No. 11-cv-10230, No. 11-cv-12049, No. 12-cv-11698 MLW (D. Mass.)

**EXPENSE REPORT**

**FIRM: Keller Rohrback L.L.P.**
**Hutchings Barsamian Mandelcorn, LLP**

**REPORTING PERIOD: INCEPTION THROUGH AUGUST 30, 2016**

| EXPENSE | Keller Rohrback | Hutchings Barsamian |
|---|---|---|
| Duplicating | $2,087.20 | $63.00 |
| Postage | $287.31 | |
| Long-Distance Telephone / Fax / Conf Calls | $2,196.40 | |
| Filing / Service / Witness Fees | $78.50 | $433.00 |
| Court Hearing & Deposition Transcripts | $23.40 | |
| Online Legal & Financial Research | $15,694.30 | |
| Mediation Services | $11,916.14 | |
| Experts/Consultants | $9,591.30 | |
| Litigation Support/Electronic Discovery | $221,191.16 | |
| Publication of Notice | $435.00 | |
| Work-Related Transportation/Meals/Lodging | $78,411.50 | |
| Miscellaneous | $358.42 | |
| **FIRM TOTALS** | **$342,270.63** | **$496.00** |
| **COMBINED TOTAL** | **$342,766.63** | |

**Exhibit C**



COMPLEX LITIGATION

SEATTLE   OAKLAND   NEW YORK   PHOENIX   SANTA BARBARA   RONAN
800-776-6044 | info@kellerrohrback.com | www.krcomplexlit.com

# ABOUT KELLER ROHRBACK



## Devoted to Justice

*"[Keller Rohrback] has performed an important public service in this action and has done so efficiently and with integrity...[Keller Rohrback] has also worked creatively and diligently to obtain a settlement from WorldCom in the context of complex and difficult legal questions..."*
*In re WorldCom, Inc. ERISA Litigation (Cote, J.).*

**Keller Rohrback's lawyers excel by being prepared and persuasive.** It's a simple formula that combines our strengths: outstanding writing and courtroom skill, together with unparalleled passion and integrity. We have recovered billions of dollars for our clients, and have served as lead counsel in many prominent cases, including numerous financial crisis cases against Wall Street banks and mortgage originators. Our lawyers are widely recognized as leaders in their fields who have dedicated their careers to combating corporate fraud and misconduct. We have the talent as well as the financial resources to litigate against Fortune 500 companies – and do so every day.





### Who We Are

Keller Rohrback's Complex Litigation Group has a national reputation as the go-to plaintiffs' firm for large-scale, complex individual and class action cases. We represent public and private investors, businesses, governments, and individuals in a wide range of actions, including securities fraud, fiduciary breach, antitrust, whistleblower, environmental, and product liability cases. Our approach is straightforward—we represent clients who have been harmed by conduct that is wrong, and we litigate with passion and integrity to obtain the best results possible. Every case is different, but we win for the same reason: we are persuasive. When you hire us, you hire smart, creative lawyers who are skilled in court and in negotiations.

Founded in 1919, Keller Rohrback's sixty-nine attorneys and over 100 staff members are based in six offices across the country in Seattle, Oakland, Santa Barbara, Phoenix, New York, and Ronan. Over the past century, our firm has built a distinguished reputation by providing top-notch representation. We offer exceptional service and a comprehensive understanding of federal and state law nationwide. We also are well known for our abilities to collaborate with co-counsel and to work together to achieve outstanding results—essential skills in large-scale cases in which several firms represent the plaintiffs. We pride ourselves on our reputation for working smartly with opposing counsel, and we are comfortable and experienced in coordinating high-stakes cases with simultaneous state and federal government investigations. Keller Rohrback attorneys earn the respect of our colleagues and our opponents through our deft handling of the array of complex issues and obstacles our clients face.

# ABOUT KELLER ROHRBACK



## What We Do

Keller Rohrback's Complex Litigation Group represents plaintiffs in large-scale cases involving corporate wrongdoing. We litigate against companies that pollute, commit fraud, fix prices, and take advantage of consumers, employees, and investors. We are passionate advocates for justice. In addition, the Complex Litigation Group regularly calls on attorneys in the firm's other practice areas for expertise in areas such as bankruptcy, constitutional law, corporate transactions, financial institutions, insurance coverage, and intellectual property. Our group's access to these in-house resources distinguishes Keller Rohrback from other plaintiffs' class action firms and contributes to the firm's success. We also have a history of working with legal counsel from other countries to vigorously pursue legal remedies on behalf of clients around the globe.

We have won verdicts in state and federal courts throughout the nation and have obtained judgments and settlements on behalf of clients in excess of seven billion dollars. Courts around the country have praised our work, and we are regularly appointed lead counsel in nationally prominent class action cases. Our work has had far-reaching impacts for our clients in a variety of settings and industries, creating a better, more accountable society.

## Who We Serve

We represent individuals, institutions, and government agencies. The common denominators of our clients is a desire to see justice done—and to be represented by attorneys who practice law with integrity, honesty, and devotion to serving our clients' interests.



*"Despite substantial obstacles to recovery, Keller Rohrback was willing to undertake the significant risks presented by this case...Class Counsel achieved real and substantial benefits for members of the Class. [Their] extensive prior experience in complex class action securities litigation... enabled the Class to analyze and achieve this excellent result." Getty v. Harmon (SunAmerica Securities Litigation) (Dwyer, J.).*

# ANTITRUST AND TRADE REGULATION



## ATTORNEYS

Lynn Lincoln Sarko
Raymond Farrow
Mark Griffin
Amy N.L. Hanson
Cari Campen Laufenberg
Elizabeth A. Leland
Tana Lin
Ryan McDevitt
Karin Swope

**Keller Rohrback's antitrust and trade regulation practice represents Plaintiffs in state and federal courts to ensure that consumers get the benefits of free and fair competition in the marketplace.** Keller Rohrback has successfully litigated cases on behalf of both consumers and businesses who have been harmed by illegal anti-competitive conduct, such as price fixing, price discrimination, misleading and deceptive marketing practices, and the monopolization and attempted monopolization of markets.

For decades, Keller Rohrback has served as lead counsel, on MDL executive committees, and in other prominent roles in large price-fixing and price discrimination cases.

## REPRESENTATIVE CASES

### Nurse Wage Litigation: Fleischman v. Albany Medical Center; Cason-Merenda v. Detroit Medical Center (N.D.N.Y.); (E.D. Mich.)

Keller Rohrback was Co-Lead Counsel in these long-running antitrust actions which recovered $105 million in underpaid wages resulting from an alleged conspiracy among hospitals to set the compensation of their nurse employees in Albany, New York, and Detroit, Michigan.

### Ferko v. National Ass'n For Stock Car Auto Racing, Inc., No. 02-50 (E.D. Tex.)

Keller Rohrback was Counsel for Plaintiff, a shareholder in Texas Motor Speedway (TMS), in a lawsuit that charged NASCAR with breach of contract, unlawful monopolization, and conspiring with International Speedway Corporation (ISC) to restrain trade in violation of the antitrust laws. The settlement agreement allowed TMS to purchase North Carolina Speedway from ISC and required NASCAR to sanction a Nextel Cup Series race at TMS in the future, relief that was valued at $100.4 million.

### In re Vitamins Antitrust Litigation, MDL No. 1285 (D.D.C.)

Keller Rohrback played a significant role in litigating this MDL case, one of the largest and most successful antitrust cases in history. Chief Judge Thomas Hogan certified two classes of businesses who directly purchased bulk vitamins and were overcharged as a result of a ten-year global price-fixing and market-allocation conspiracy. Recoveries for the class through settlement and verdict totaled over $1 billion.

### In re Online DVD Rental Antitrust Litigation, MDL No. 2029 (N.D. Cal.)

Keller Rohrback represented purchasers of online DVD rental services accusing Wal-Mart and Netflix of engaging in a market allocation scheme. The class achieved settlements of over $30 million.

> "The Court has repeatedly stated that the lawyering in the case at every stage was superb, and does again." *In re Linerboard Antitrust Litigation*, MDL No. 1261, 2004 WL 1221350 *6 (E.D. Pa. June, 2 2004) (DuBois, J.).

# ANTITRUST AND TRADE REGULATION



## REPRESENTATIVE CASES  continued

### Johnson v. Arizona Hospital and Healthcare Association, No. 07-1292 (D. Ariz.)

Keller Rohrback represented agency nurses who worked at various Arizona hospitals seeking to recover the underpayment of wages resulting from a conspiracy to suppress the cost of agency nurses. The class achieved settlements of more than $26 million.

### Molecular Diagnostics v. Hoffman-La Roche, Inc., No. 04-1649 (D.D.C.)

Keller Rohrback served on the Executive Committee of this class action lawsuit on behalf of direct purchasers of thermus aquaticus DNA polymerase (Taq), an essential input to technologies used to study DNA. The lawsuit alleged that various Hoffman-La Roche entities, in concert with the Perkins Elmer Corp., fraudulently procured a patent for Taq with the intent and effect of illegally monopolizing the Taq market. The court approved a $33 million settlement in 2008.

### Daisy Mountain Fire District v. Microsoft Corp., MDL No. 1332 (D. Md.)

Keller Rohrback obtained a settlement in excess of $4 million on behalf of a class of Arizona governmental entities that indirectly purchased operating systems and software from Microsoft for overcharges resulting from Microsoft's monopolistic practices. The settlement returned millions of dollars to local government entities at a time of severe budget crisis in the state.

### Transamerican Refining Corporation v. Dravo Corp., No. 88-789 (S.D. Tex.)

Keller Rohrback served as Co-Lead Counsel in this class action filed on behalf of all cost-plus purchasers of specialty steel pipe. Fabricators and suppliers of that pipe were sued on allegations of a nationwide price fixing conspiracy. The class, comprised mainly of owners of electric generating plants and oil refineries, achieved a settlement of more than $49 million.

> In approving a settlement, Judge Alan McDonald stated, "[T]he Court is impressed by the manner in which the issues have been addressed, the action has been initiated and resolved; and that is, of course, an accolade to the attorneys on both sides of the issue. And, of course, that is the underlying basis for the Court's approval. No one has more respect for the art of settlement than the incumbent of this bench. It is the most difficult of all undertakings by trial lawyers, and settlement always recognizes their composite judgment, oftentimes of nuances which are impossible to articulate. So given the caliber of the attorneys involved on both sides of this matter, the Court is satisfied that if it is good enough for them, it should be good enough for the Court." *In re Soft Drink Bottling Antitrust Litigation* (E.D. Wash. 1990).

# APPELLATE PRACTICE



## ATTORNEYS

Lynn Lincoln Sarko
T. David Copley
Ben Gould
Ron Kilgard
Cari Campen Laufenberg
Derek Loeser
Gretchen Obrist
Erin Riley
Matthew Preusch
Karin Swope

**Appeals require specialized skills and experience, and Keller Rohrback has a seasoned appellate team that includes award-winning brief writers and outstanding oral advocates.** Our appellate expertise is particularly important in large cases, including complex class actions. Keller Rohrback has the experience and talent to handle any issue that arises involving interlocutory appeals and will work to ensure that any judgment or settlement is affirmed on appeal.

## REPRESENTATIVE CASES

### *Clarke v. Baptist Memorial Healthcare Corp., --F. App'x --* (6th Cir. 2016)

Keller Rohrback overturned the district court's denial of intervention, thus allowing our clients to challenge an earlier denial of class certification.

### *Baker v. Microsoft Corp.,* 797 F.3d 607 (9th Cir. 2015)

In this proposed class action arising from a defect in Microsoft's Xbox 360, Keller Rohrback persuaded the Ninth Circuit that the trial court had erred by striking the class allegations from the complaint.

### *Alcantara v. Bakery & Confectionary Union,* 751 F.3d 71 (2d Cir. 2014)

Keller Rohrback successfully defended the trial court's decision and judgment that the Defendants had unlawfully reduced pension benefits.

### *Gates v. UnitedHealth Group Inc.,* 561 F. App'x 73 (2d Cir. 2014)

Keller Rohrback persuaded the Second Circuit to reverse the district court's dismissal of our client's claims for medical coverage.

### *Wurtz v. Rawlings Co.,* 761 F.3d 232 (2d Cir. 2014)

Keller Rohrback submitted an amicus brief on behalf of the New York State Trial Lawyers Association in support of the appellants. The Second Circuit cited the amicus brief and adopted much of its reasoning in reversing the trial court.

### *Heckman v. Williamson County,* 369 S.W.3d 137 (Tex. 2012)

Keller Rohrback represented a proposed class of indigent criminal Defendants who challenged the constitutionality of a number of pretrial procedures. Keller Rohrback persuaded the Texas Supreme Court to reverse the Texas Court of Appeals and allow the Plaintiffs to proceed with their claims.

### *Braden v. Wal-Mart Stores, Inc.,* 588 F.3d 585 (8th Cir. 2009)

Keller Rohrback represented a class of Wal-Mart employees who alleged that Wal-Mart's 401(k) plan charged them excessive fees. Keller Rohrback convinced the Eighth Circuit to reverse the trial court and reinstate the employees' claims.

### *In re Syncor ERISA Litigation,* 516 F.3d 1095 (9th Cir. 2008)

Keller Rohrback represented a group of workers who alleged that their employer had violated the law by investing their retirement savings in the employer's stock. Keller Rohrback convinced the Ninth Circuit to reverse the dismissal of the trial court and reinstate the workers' claims.

# BANKRUPTCY-RELATED LITIGATION



## ATTORNEYS

Laurie Ashton

Gary A. Gotto

Christopher Graver

**Keller Rohrback attorneys have deep and broad experience litigating in the bankruptcy courts on behalf of debtors, creditors, and creditor committees, as well as on behalf of Plaintiffs whose claims were interrupted by bankruptcy petitions.** Our experience includes representing class claimants in numerous large-scale bankruptcies. These representations have involved virtually all areas of sophisticated bankruptcy practice, including: (i) pursuing relief from an automatic to litigate claims in district court; (ii) filing and opposing orders to withdraw the reference to the bankruptcy court; (iii) certifying a claimant class in bankruptcy; (iv) asserting rights to officer, director, or fiduciary insurance policies between conflicting bankruptcy claimants; (v) evaluating and negotiating proposals for debtor financing, cash collateral orders, estate sale orders and other bankruptcy administrative matters; (vi) defending against subordination claims, and; (vii) negotiating acceptable terms of a plan of reorganization with the debtors' committee, creditors' committees, and other constituencies.

Keller Rohrback's bankruptcy attorneys also have extensive experience in a wide variety of matters involving corporate restructuring and commercial bankruptcies. Our bankruptcy clients range from tort claimants to operating entities to institutional lenders. Examples include representation of the official committee of victims of clergy sexual abuse in the Chapter 11 reorganization of a Catholic diocese, the debtors in a reorganization of fifty commercial real properties across the nation; and a national services company in the acquisition of a competitor's assets in a bankruptcy court-approved sale in the Northern District of California.

In addition to the representative cases listed below, Keller Rohrback has achieved similar results in numerous other bankruptcy proceedings involving corporations such as Global Crossing Ltd., Mirant Corp., Delphi Corp., and Fremont General Corp.

## REPRESENTATIVE CASES

### *In re Enron Corp.,* No. 01-16034  (Bankr. S.D.N.Y.)

Keller Rohrback obtained stay relief to pursue litigation in the Southern District of Texas and defended against a motion to subordinate claims. Keller Rohrback achieved a settlement for the class that included the allowance of a $364 million claim in the Enron bankruptcy.

### *In re WorldCom, Inc.,* Nos. 02 Civ. 3288(DLC), 02 Civ. 8981(DLC) (Bankr. S.D.N.Y.)

Keller Rohrback defended against a motion to subordinate claims and successfully negotiated a simultaneous resolution of claims in the bankruptcy and district courts against third parties in the total amount of $48 million.

### *In re Nortel Networks, Inc.,* No. 09-10138(KG) (Bankr. D. Del.)

Keller Rohrback represented class claimants in simultaneous insolvency proceedings in Canada under the Companies' Creditors Arrangement Act and bankruptcy court in the District of Delaware. Keller Rohrback obtained stay relief to pursue litigation in the Middle District of Tennessee and ultimately settled class claims in Tennessee for over $21 million.

### *In re Washington Mutual, Inc.,* No. 08-12229(MFW) (Bankr. D. Del.)

Keller Rohrback sought stay relief to pursue litigation in the Western District of Washington and pursued claims in bankruptcy court in Delaware, resulting in a simultaneous resolution of claims in the bankruptcy and district courts for $20 million.

# CONSUMER PROTECTION CLASS ACTIONS KR

## ATTORNEYS

Lynn Lincoln Sarko
Gretchen Freeman Cappio
T. David Copley
Raymond Farrow
Eric Fierro
Laura Gerber
Meredith Gray
Mark Griffin
Amy N.L. Hanson
Khesraw (Kash) Karmand
David Ko
Cari Campen Laufenberg
Elizabeth A. Leland
Tana Lin
Ryan McDevitt
Michael Meredith
Gretchen Obrist
Mark D. Samson
Karin B. Swope
Havila C. Unrein
Amy Williams-Derry
Michael Woerner

**For decades, consumers have trusted the attorneys of Keller Rohrback to protect them from harmful and unfair trade practices.** Our firm is a leader in representing consumers in class action lawsuits in diverse areas, including vehicles, children's products, food contamination, drugs, mortgage modifications, identity theft, and data breaches. Keller Rohrback currently represents a wide range of consumers, such as vehicle owners and lessees, parents, environmentalists, fishermen, employees, professors, doctors, and nurses.



Through decades of hard work, ingenuity, and creativity, Keller Rohrback has achieved meaningful results for decades. These results impact not just our clients, but future consumers too; for example, homeowners now benefit from improved loan-modification practices at one of the country's biggest banks as a result of our advocacy.

Keller Rohrback attorneys are frequently featured speakers and presenters at prestigious legal education seminars on class actions, consumer protection, and data privacy.

## REPRESENTATIVE CASES

### *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation,* MDL No. 2672 (N.D. Cal.)

Keller Rohrback filed the first multi-Plaintiff complaint against Volkswagen on September 20, 2015, two days after the defeat device scheme came to light. Our clients are consumers nationwide who allege they have been damaged by Volkswagen's fraudulent use of an emissions "defeat device" in over 500,000 vehicles in the United States and over eleven million worldwide. Keller Rohrback Managing Partner Lynn Sarko serves on the Plaintiffs' Steering Committee for this national litigation.

### *In re JPMorgan Chase Mortgage Modification Litigation,* MDL No. 2290 (D. Mass.)

Keller Rohrback served as Co-Lead Counsel in this MDL, representing homeowners who attempted to obtain mortgage loan modifications from JPMorgan Chase and related entities. Plaintiffs alleged breach of contract and violations of consumer protection laws when Defendants failed to timely evaluate or approve mortgage modification applications of homeowners who had completed identified prerequisites. Keller Rohrback achieved a settlement for the class valued at over $500 million.

### *In re Bisphenol-A (BPA) Polycarbonate Plastic Products Liability Litigation,* MDL No. 08-1967 (W.D. Mo.)

Keller Rohrback served on the Plaintiffs' Steering Committee in this MDL on behalf of purchasers of plastic baby bottles and "sippy" cups which contained the chemical bisphenol-A (BPA). The action was favorably settled.

# CONSUMER PROTECTION CLASS ACTIONS **KR**

## REPRESENTATIVE CASES *continued*

### In re Mattel, Inc., Toy Lead Paint Products Liability Litigation, MDL No. 1897 (C.D. Cal.)

Keller Rohrback served as Chair of the Executive Committee in this nationwide MDL against Mattel and Fisher-Price on behalf of purchasers of toys recalled because they were manufactured using lead paint and/or dangerous magnets. On behalf of Plaintiffs, Keller Rohrback achieved a settlement valued at approximately $50 million.

### Brotherson v. Professional Basketball Club, L.L.C., No. 07-1787 (W.D. Wash.)

Keller Rohrback represented Seattle Sonics season ticket holders who renewed their 2007–2008 season ticket packages before the team was relocated to Oklahoma City. After Plaintiffs prevailed on summary judgment, the parties negotiated a significant settlement that returned substantial sums to the class.

### In re Checking Account Overdraft Litigation, No. 09-2036 (S.D. Fla.)

Keller Rohrback serves as Co-Executive Lead Counsel with regard to Defendant, Key Bank, representing consumers who allege that KeyBank violated state law by changing the order of debit card transactions to increase overdraft fees charged to customers, resulting in unlawful profits to the bank in the tens of millions of dollars. The matter is on appeal to the Eleventh Circuit.

### Telephone Consumer Protection Act Cases, (King Cnty. Super. Ct., Wash.)

Keller Rohrback prosecuted numerous class actions concerning the sending of unsolicited facsimiles in violation of the Washington Telephone Consumer Protection Act, resulting in the issuance of eleven permanent injunctions and the recovery of over $56 million on behalf of injured Plaintiffs.

### Ormond v. Anthem, Inc., No. 05-1908 (S.D. Ind.)

Anthem Insurance converted from a mutual company to a stock company on November 2, 2001. More than 700,000 former members of the mutual company sued Anthem, alleging that the cash compensation they received as a result of the demutualization was inadequate. After class certification and shortly before the start of trial, Keller Rohrback and co-counsel settled the action for $90 million.

### Corona v. Sony Pictures Entertainment, Inc., No. 14-9600 (C.D. Cal.)

Keller Rohrback serves as interim Co-Lead Counsel and Liaison Counsel in this case against Sony Pictures Entertainment, Inc. on behalf of former and current Sony employees affected by the company's highly publicized data breach. Plaintiffs alleged that Sony failed to secure and protect its computer systems, servers, and databases, resulting in the release of the named Plaintiffs and other class members' personal information. Keller Rohrback obtained a significant settlement for the class in October 2015, which was approved in April 2016.

### Iacovelli v. SBTickets.com, LLC, No. 15-1459 (Maricopa Cnty. Super. Ct., Ariz.)

Keller Rohrback filed a class action in Arizona state court on behalf of individuals who paid for, but did not receive, tickets to the 2014 Super Bowl (Super Bowl XLIX) from the ticket broker SBTickets. Despite purchasing tickets and receiving numerous representations that their tickets were guaranteed, SBTickets customers were told just days before the game, and in some instances, only hours before kickoff, that their ticket orders would not be fulfilled. The case was settled on favorable terms for the class notwithstanding the Defendant's insolvency and bankruptcy proceedings.

# EMPLOYEE BENEFITS



## ATTORNEYS

Lynn Lincoln Sarko

Laurie Ashton

Gretchen Freeman Cappio

T. David Copley

Alison Gafney

Laura Gerber

Matthew Gerend

Gary Gotto

Benjamin Gould

Amy N. L. Hanson

Khesraw (Kash) Karmand

Dean N. Kawamoto

Ron Kilgard

David Ko

Cari Campen Laufenberg

Elizabeth A. Leland

Jeffrey Lewis

Derek Loeser

Ian Mensher

Gretchen Obrist

David Preminger

Jacob Richards

Erin Riley

Karin B. Swope

Havila C. Unrein

Amy Williams-Derry

**Keller Rohrback is the preeminent firm for Employee Retirement Income Security Act of 1974 (ERISA) and other benefit class action litigation.** Our firm is a pioneer of ERISA class action litigation, with over a billion dollars of pension and health benefits recovered for our clients. Keller Rohrback has played a major role in developing the law and establishing that ERISA's strict fiduciary duties apply to all investments in company-sponsored retirement plans, as well as to benefits in health and welfare plans.

Keller Rohrback is routinely appointed lead or co-lead counsel in major employee benefit class actions. Our work in this complex and rapidly developing area has been praised by our clients, our co-counsel, and federal courts. Managing a complex, large-scale employee benefit case requires knowledge of employee benefit, securities, accounting, corporate, bankruptcy, and class action law. Keller Rohrback has excelled in these cases by developing a deep understanding of ERISA and by drawing on our expertise in numerous related practice areas.

Keller Rohrback attorneys are frequently featured speakers and presenters at prestigious legal education seminars on employee benefit class actions and ERISA.

## REPRESENTATIVE CASES

### *Whetman v. IKON Office Solutions, Inc.,* MDL No. 1318 (E.D. Pa.)

The wave of 401(k) company stock cases began with *Whetman v. IKON Office Solutions, Inc.* In a first-of-its-kind complaint, we alleged that company stock was an imprudent investment for IKON's 401(k) plan, that the fiduciaries of the plan failed to provide complete and accurate information concerning company stock to the participants, and that they failed to address their conflicts of interest. This case resulted in ground-breaking opinions in the ERISA 401(k) area of law on motions to dismiss, class certification, approval of securities settlements with a carve-out for ERISA claims, and approval of ERISA settlements providing a total recovery to the Plans of $111 million. Judge Katz granted final approval of the settlement on August 9, 2002.

### *In re Enron Corp. ERISA Litigation,* MDL No. 1446 (S.D. Tex.)

Keller Rohrback served as Co-Lead Counsel in this class action filed in the Southern District of Texas. After groundbreaking motions to dismiss decisions and several years of discovery, Keller Rohrback negotiated five separate settlements with different groups of Defendants, resulting in recoveries of over $264 million for the class. Judge Melinda Harmon approved the fifth and final settlement on February 23, 2007.

# EMPLOYEE BENEFITS



## REPRESENTATIVE CASES  continued

### *In re Lucent Technologies, ERISA Litigation,* No. 01-3491 (D.N.J.)

Keller Rohrback served as Co-Lead Counsel in this class action brought on behalf of participants and beneficiaries of the Lucent defined contribution plans who invested in Lucent stock. A settlement providing injunctive relief and the payment of $69 million to the plan was approved by Judge Joel Pisano on December 12, 2003.

### *In re WorldCom, Inc. ERISA Litigation,* No. 02-4816 (S.D.N.Y.)

Keller Rohrback served as Lead Counsel in this class action filed in the Southern District of New York on behalf of participants and beneficiaries of the WorldCom 401(k) Salary Savings Plan who invested in WorldCom stock. Settlements providing for injunctive relief and payments of over $48 million to the plan were approved by Judge Denise Cote on October 26, 2004 and November 21, 2005.

> "[Keller Rohrback] has performed an important public service in this action and has done so efficiently and with integrity…[Keller Rohrback] has also worked creatively and diligently to obtain a settlement from WorldCom in the context of complex and difficult legal questions…[Keller Rohrback] should be appropriately rewarded as an incentive for the further protection of employees and their pension plans not only in this litigation but in all ERISA actions." *In re WorldCom, Inc. ERISA Litigation*, No. 02-4816, 2004 WL 2338151, *10 (S.D.N.Y. Oct. 18, 2004) (Cote, J.).

### *In re AIG ERISA Litigation,* No. 04-9387 (S.D.N.Y.)

Keller Rohrback served as Co-Lead Counsel in this class action filed in the Southern District of New York on behalf of participants and beneficiaries of the AIG 401(k) retirement plans who invested in AIG stock. A settlement providing for injunctive relief and the payment of $25 million to the plans was approved by Judge Kevin T. Duffy on October 8, 2008.

### *In re AIG ERISA Litigation II,* No. 08-5722 (S.D.N.Y.)

Keller Rohrback served as Co-Lead Counsel in this class action filed in the Southern District of New York on behalf of participants and beneficiaries of the AIG 401(k) retirement plans who invested in AIG stock. A settlement providing for injunctive relief and the payment of $40 million to the plans was approved by Judge Laura Swain on September 18, 2015.

### *Alvidres v. Countrywide Financial Corp.,* No. 07-5810 (C.D. Cal.)

Keller Rohrback served as Lead Counsel in this class action filed on behalf of participants and beneficiaries of the Countrywide 401(k) plan who invested in Countrywide stock. A settlement providing for injunctive relief and the payment of $55 million to the plan was approved by Judge John F. Walter on November 16, 2009.

### *In re CMS Energy ERISA Litigation,* No. 02-72834 (E.D. Mich.)

Keller Rohrback served as Co-Lead Counsel in this class action filed in the Eastern District of Michigan on behalf of participants and beneficiaries of the CMS defined contribution plans who invested in CMS stock. A settlement providing injunctive relief and a payment of $28 million to the plan was approved by Judge George Caram Steeh on December 27, 2004.

# EMPLOYEE BENEFITS



## REPRESENTATIVE CASES *continued*

*In re Dynegy, Inc. ERISA Litigation,* No. 02-3076 (S.D. Tex.)

Keller Rohrback served as Co-Lead Counsel in this class action filed in the Southern District of Texas on behalf of participants and beneficiaries of the Dynegy defined contribution plans who invested in Dynegy stock. A settlement providing injunctive relief and a payment of $30.75 million to the plan was approved by Judge Sim Lake on March 5, 2004.

*In re Fremont General Corporation Litigation,* No. 07-2693 (C.D. Cal.)

Keller Rohrback served as Lead Counsel in this class action filed in the Central District of California on behalf of participants and beneficiaries of the Freemont 401(k) plan who invested in Fremont stock. A settlement providing injunctive relief and a payment of $21 million to the plan was approved by Judge Jacqueline Nguyen on August 10, 2011.

*In re Global Crossing, Ltd. ERISA Litigation,* No. 02-7453 (S.D.N.Y.)

Keller Rohrback served as Co-Lead Counsel in this class action filed in the Southern District of New York on behalf of participants and beneficiaries of the GX defined contribution plans who invested in GX stock. A settlement providing injunctive relief and a payment of $79 million to the plan was approved by Judge Gerard Lynch on November 10, 2004.

*In re HealthSouth Corp. ERISA Litigation,* No. 03-1700 (N.D. Ala.)

Keller Rohrback served as Lead Counsel in this class action filed in the Northern District of Alabama on behalf of participants and beneficiaries of HealthSouth's retirement plans who invested in HealthSouth stock.  A settlement providing injunctive relief and a payment of $28.875 million to the plan was approved by Judge Bowdre on June 28, 2006.

*In re Household International, Inc. ERISA Litigation,* No. 02-7921 (N.D. Ill.)

Keller Rohrback served as Co-Lead Counsel in this class action filed in the Northern District of Illinois on behalf of participants and beneficiaries of Household's retirement plans who invested in Household stock.  A settlement providing injunctive relief and a payment of $46.5 million to the plan was approved by Judge Samuel Der-Yeghiayan on November 22, 2004.

*In re Merck & Co., Inc. "ERISA" Litigation,* MDL No. 1658 (D.N.J.)

Keller Rohrback served on the Co-Lead Counsel Committee in this class action filed in the District of New Jersey on behalf of participants and beneficiaries of Merck's retirement plans who invested in Merck stock.  A settlement providing injunctive relief and a payment of $49.5 million to the plan was approved by Judge Stanley R. Chesler on November 29, 2011.

*In re Merrill Lynch & Co., Inc. Securities, Derivative & ERISA Litigation,* No. 07-10268 (S.D.N.Y.)

Keller Rohrback served as Co-Lead Counsel in this class action filed in the Southern District of New York on behalf of participants and beneficiaries of Merrill Lynch's defined contribution plans who invested in Merrill Lynch stock.  A settlement providing injunctive relief and a payment of $75 million to the plans was approved by Judge Jed S. Rakoff on August 21, 2009.

*In re State Street Bank and Trust Co. ERISA Litigation,* No. 07-8488 (S.D.N.Y.)

Keller Rohrback served as Co-Lead Counsel in this ERISA breach of fiduciary duty class action filed in the Southern District of New York brought on behalf of participants and beneficiaries in the company's retirement plans. A settlement providing a payment of $89.75 million was approved by Judge Richard J. Holwell on February 19, 2010.

# EMPLOYEE BENEFITS



## REPRESENTATIVE CASES  *continued*

### *Overall v. Ascension Health,* No. 13-11396 (E.D. Mich.)

Keller Rohrback served as Co-Lead Counsel in this lawsuit that alleged Defendants' claim that the Ascension pension plans are exempt from ERISA's protections because it is a "church plan" is improper because, among other things, Ascension Health is not a church, or a convention or association of churches, and the Ascension Pension Plans were not established by a church or a convention or association of churches.  A settlement providing for equitable relief, plus payment of $8 million to the plans was approved by Judge Avern Cohn on April 14, 2015. Keller Rohrback continues to litigate a number of similar cases throughout the country, challenging Defendants' claims that their pension plans are exempt from ERISA.

### *In re Washington Mutual, Inc. ERISA Litigation,* No. 07-1874 (W.D. Wash.)

Keller Rohrback served as Co-Lead Counsel in this ERISA breach of fiduciary duty class action filed in the Western District of Washington on behalf of participants and beneficiaries in the company's retirement plans who invested in Washington Mutual stock. On January 7, 2011, Judge Marsha J. Pechman granted final approval of the $49 million settlement in the ERISA action.

### *In re Williams Companies ERISA Litigation,* No. 02-153 (N.D. Okla.)

Keller Rohrback served as Lead Counsel in this ERISA breach of fiduciary duty class action filed in the Northern District of Oklahoma on behalf of participants and beneficiaries in the company's retirement plans who invested in Williams stock. A settlement providing a payment $55 million in cash, plus equitable relief, was approved by Judge Terence C. Kern on November 16, 2005.

### *In re Xerox Corporation ERISA Litigation,* No. 02-1138 (D. Conn.)

Keller Rohrback served as Co-Lead Counsel in this ERISA breach of fiduciary duty class action in the District of Connecticut on behalf of participants and beneficiaries in the company's retirement plans who invested in Xerox stock. A settlement providing for equitable relief plus a payment of $51 million to the plans was approved by Judge Alvin Thompson on April 14, 2009.

> "The Court finds that [Keller Rohrback] is experienced and qualified counsel who is generally able to conduct the litigation as lead counsel on behalf of the putative class. Keller Rohrback has significant experience in ERISA litigation, serving as co-lead counsel in the Enron ERISA litigation, the Lucent ERISA litigation, and the Providian ERISA litigation, and experience in complex class action litigation in other areas of law"
> *In re Williams Cos. ERISA Litigation,* No. 02-153, 2002 U.S. Dist. LEXIS 27691, *8 (N.D. Okla. Oct. 28, 2002) (Holmes, J.).

# EMPLOYEE BENEFITS



## REPRESENTATIVE CASES  *continued*



### *Fish v. Greatbanc Trust Company,* No. 09-1668 (N.D. Ill.)

Keller Rohrback represents participants in the Antioch ESOP in this lawsuit filed in the Northern District of Illinois. Plaintiffs allege that Defendants breached their ERISA fiduciary duties by allowing the Antioch Company to redeem the Antioch shares of non-ESOP shareholders for more than they were worth, leaving the Antioch ESOP as the sole shareholder of a company with a greatly reduced value.

### *Potter v. ConvergEx,* No. 13-9150 (S.D.N.Y.)

Keller Rohrback serves as Co-Counsel in this lawsuit filed in the Southern District of New York that alleges Defendants violated ERISA by "double-charging" for transition management and brokerage services. Defendants funneled trade orders to an offshore subsidiary broker located in Bermuda, which created a "spread" between the actual investment price and the reported price by adding markups/markdowns. While the reported price was confirmed with customers, the actual price was undisclosed and constituted unauthorized additional compensation.

### *Rader v. Bruister,* No. 13-1081 (S.D. Miss.)

This case alleges breach of fiduciary duty and prohibited transactions in connection with the purchase by the Bruister Company ESOP of shares from its founder. In 2014, Keller Rohrback obtained a judgment for approximately $6.5 million after a lengthy bench trial. Collection actions are proceeding on the existing judgment.  Defendants appealed the judgment.  The appeal was fully briefed and argued in 2015.

> "[T]he Court expressly finds that the [Keller Rohrback] attorneys added considerable value to the prosecution of these claims through their briefing, preparation, and courtroom appearances. . . . The [Keller Rohrback] attorneys were skilled and knowledgeable in ESOP litigation . . . ." *Perez v. Bruister*, 2015 WL 5712883, at *4 (S.D. Miss. 2015) (Jordan, J.)

# ENVIRONMENTAL LITIGATION



## ATTORNEYS

Lynn Lincoln Sarko
Gretchen Freeman Cappio
Alison Chase
Derek Loeser
Daniel Mensher
Matthew Preusch
Amy Williams-Derry
Michael Woerner

**Attorneys in Keller Rohrback's Complex Litigation Group have successfully represented individuals, class members, municipalities, and nonprofit organizations in complex and critical environmental litigation.** In cases involving oil spills, mishandled hazardous waste, contaminated consumer products, and industrial pollution, Keller Rohrback works to protect human health and the environment. The firm combines its unparalleled experience in consumer protection and its deep knowledge of environmental law, making Keller Rohrback a worldwide leader in litigation to safeguard our environment and the people and animals that rely on it.

## REPRESENTATIVE CASES

### *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Litigation,* No. 3:15-md-02672 (N.D. Cal.)

Keller Rohrback filed the first multi-plaintiff complaint against Volkswagen on September 20, 2015, two days after the defeat device scheme came to light. Our clients are consumers nationwide who allege they have been damaged by Volkswagen's fraudulent use of an emissions "defeat device" in over 500,000 vehicles in the United States and over eleven million worldwide. Keller Rohrback's Lynn Sarko serves on the Plaintiffs' Steering Committee for this national litigation.

### *In re Exxon Valdez,* No. 89-95 (D. Alaska)

Keller Rohrback was trial counsel representing fishermen, landowners, and businesses located in Prince William Sound in their action against Exxon to recover damages caused by the Exxon Valdez oil spill. A federal jury awarded a $5 billion judgment in favor of Keller Rohrback clients. At the time, it was the largest punitive damages verdict in U.S. history. Additional claims against the pipeline owner were settled for $98 million. More than twenty-five years after the tragic spill, the Exxon Valdez spill is still considered one of the most devastating human-caused environmental disasters. In addition, Keller Rohrback Managing Partner Lynn Sarko was appointed to serve as the Administrator of the Exxon and Alaska Qualified Settlement Funds.

### *Andrews v. Plains All American Pipeline,* No. 2:15-cv-04113 (C.D. Cal.)

Keller Rohrback serves as interim co-lead counsel representing fisherman, fish processors, tour companies, and others affected by the May 2015 spill from Plains All American's Line 901 pipeline in Santa Barbara County. The oil spill contaminated pristine beaches, closed critical fishing grounds, and



Photo: Mark Colman

damaged natural resources throughout the region. Keller Rohrback seeks compensation for victims of the spill for their present and future damages and to hold Plains accountable for the harm it caused to the local economy and environment.

# ENVIRONMENTAL LITIGATION



---

## REPRESENTATIVE CASES  continued

### Meeker v. Bullseye Glass Co., No. 16CV07002, Circuit Court of the State of Oregon, County of Multnomah

Keller Rohrback has filed the first and only complaint against Bullseye Glass company for contaminating a residential neighborhood in Portland Oregon by emitting hazardous levels of arsenic, cadmium, lead, chromium, and other toxic materials from its facility. Despite using thousands of pounds a year of dangerous heavy metals, Bullseye Glass has used no pollution control technology at all for more than four decades. Using innovative air and soil monitoring, Keller Rohrback is helping this neighborhood to protect itself and hold Bullseye accountable for the harm it has caused.

### Wishtoyo Foundation v. Magic Mountain, No. 2:12-cv-05600 (C.D. Cal.)

Keller Rohrback worked with a team of environmental lawyers on behalf of Los Angeles-based clients who successfully negotiated a groundbreaking settlement with Six Flags Magic Mountain to address its stormwater pollution discharged to the Santa Clara River. The settlement significantly reduced the amount of heavy metals and other pollutants entering the Santa Clara from the amusement park by requiring the facility to install state-of-the-art technology, develop and implement a comprehensive site management plan, and fully comply with the Clean Water Act. Additional monetary payments made by Six Flags as a result of the case are being used to perform critical habitat restoration and mitigation projects along the Santa Clara River.

### Mapleton Groundwater Litigation (Ruff v. Ensign-Bickford Industries, Inc.), No. 2:99-cv-120B (D. Utah)

Keller Rohrback attorneys successfully litigated a series of groundwater contamination suits against multiple international Defendants accused of releasing hazardous chemicals into the watershed over six decades. The suits were brought on behalf of individuals and their families against Defendants who owned a former explosives plant in Mapleton, Utah. The Plaintiffs alleged that improper waste


Photo: Mark Colman

disposal caused contaminants to seep into the groundwater and that the chemicals caused property damage and non-Hodgkin's lymphoma cancers affecting numerous residents. The matter involved complex scientific issues related to hydrogeology, chemical migration pathways, aquifer dynamics, clean-up methods, and contaminant degradation. The litigation resolved prior to trial after lengthy evidentiary hearings at which Plaintiffs received favorable Daubert rulings.

### Clean Water Act Enforcement – General Magnaplate

In partnership with the non-profit Environmental Defense Center, one of the oldest environmental organizations in the United States, Keller Rohrback L.L.P. helped reach a final settlement with General Magnaplate California to control the significant pollutants the company discharged via stormwater into the fragile Santa Clara River. Under the settlement, General Magnaplate agreed to implement enhanced storm water management measures at its electroplating facility to ensure that storm water runoff does not contain high levels of pollutants that pose a threat to human health and the environment. These measures include installing effective treatment technology and repairing paved surfaces. In addition, General Magnaplate will contribute $15,000 to the Rose Foundation for Communities and the Environment to be used to improve the water quality in the Santa Clara River watershed.

# INTERNATIONAL LAW



## ATTORNEYS

Lynn Lincoln Sarko
Laurie Ashton
Alison Chase
Juli Farris
Gary A. Gotto
Ian Mensher

**Keller Rohrback has experience in international forums.** Keller Rohrback clients include sovereign nations, state and local governments, sovereign Native American tribes, and quasi-governmental agencies where international agreements or other tort or statutory claims are at issue.

Keller Rohrback has been honored to represent sovereigns in litigation and arbitration matters involving governmental and business entities. The firm currently has three cases pending in the International Court of Justice and is pursuing a breach of treaty claim on behalf of a sovereign nation. Keller Rohrback is also investigating environmental contamination claims on behalf of a sovereign nation.

Keller Rohrback attorneys have represented clients in international arbitration proceedings, including International Centre for Dispute Resolution and International Chamber of Commerce arbitrations, as well as ad hoc arbitrations conducted under the United Nations Commission on International Trade Law Arbitration Rules. Domestically, these international arbitrations have given rise to related litigation in U.S. courts, including confirmation and enforcement proceedings under the New York Convention on the Recognition and Enforcement of Foreign Arbitral Awards.



In addition, Keller Rohrback attorneys have represented private clients with international interests in civil litigation in U.S. courts, including state and federal courts in California, New York, Illinois, and Texas. Keller Rohrback attorneys have litigated trademark claims on foreign-registered trademarks in several western European countries and have also succeeded in obtaining rulings to conduct depositions and other discovery in Russia for litigation matters pending in the U.S. federal courts. The firm has also represented claimants in insolvency proceedings in Canada, proceeding under the Companies' Creditors Arrangement Act.

Keller Rohrback is a member firm of several international organizations: the Global Justice Network, a consortium of international counsel working together and across borders for the benefit of victims; the International Financial Litigation Network of attorneys, who handle cross-border litigation in the finance arena; and the Sovereign Wealth Fund Institute, a global organization of asset managers and service providers.

## REPRESENTATIVE CASES

### *The Republic of the Marshall Islands v. United States of America et al.,* No. 14-1885 (N.D. Cal.)

Keller Rohrback currently represents the Republic of the Marshall Islands (RMI), a sovereign nation, in an action for breach of the Treaty on the Non-Proliferation of Nuclear Weapons, and in multiple similar cases pending at the International Court of Justice against the United Kingdom, India, and Pakistan.  For this ground-breaking work, Keller Rohrback has been nominated by the International Peace Bureau for the 2016 Nobel Peace Prize as part of the international legal team representing the RMI, together with the RMI's former Foreign Minister, Tony deBrum, who initiated the litigation.

# SECURITIES AND FINANCIAL FRAUD



## ATTORNEYS

Lynn Lincoln Sarko
Alison Chase
Juli Farris
Eric Fierro
Matthew Gerend
Gary A. Gotto
Benjamin Gould
Mark Griffin
Dean N. Kawamoto
Ron Kilgard
David Ko
Derek W. Loeser
Ryan McDevitt
Ian Mensher
Michael W. Meredith
Gretchen Obrist
David S. Preminger
Erin Riley
Karin B. Swope
Havila C. Unrein
Amy Williams-Derry

**Keller Rohrback enjoys a national reputation for excellence in prosecuting securities and financial fraud matters.** We represent a variety of investors ranging from classes of individuals to large institutions. Many of our cases reflect recent financial scandals: we are pursuing claims against a group of international banks for rigging LIBOR; we represent investors in connection with their purchases of billions of dollars of mortgage-backed securities; and we pursued claims on behalf of employee benefit plans in connection with the Madoff Ponzi scheme. While our experience is diverse, our approach is simple and straightforward: we master the factual and legal bases for our claims with a focus on providing clear and concise explanations of the financial fraud and why our clients are entitled to recover.

## REPRESENTATIVE CASES & SUCCESSES

### Federal Home Loan Bank Litigation

Keller Rohrback has played a prominent role in large securities fraud and other investment cases litigated across the country involving mortgage-backed securities. Keller Rohrback has been retained by several Federal Home Loan Banks (FHLBs) to pursue securities and common law claims against dozens of issuers, underwriters, and sponsors of mortgage-backed securities. The FHLB complaints named more than 120 defendants and involved over 200 securities with a collective original face value of $13 billion. The relief sought by the FHLBs includes rescission and damages under state blue sky laws and the federal securities laws. We have recovered hundreds of millions of dollars on behalf of our clients to date.

### *In re the Bank of New York Mellon (as Trustee),* No. 651786/2011 (N.Y. Sup. Ct.)

Keller Rohrback was a member of the three-firm steering committee addressing significant mortgage repurchase issues that impacted institutional investors. Keller Rohrback represented certificate holders who intervened in a proposed $8.5 billion settlement initiated by Bank of New York Mellon, as Trustee of 530 Countrywide mortgage-backed securities trusts. Our firm played a lead role in discovery and the eight-week bench trial in New York contesting the fairness of the settlement.  The objection we pursued and tried was the only objection that the trial court sustained.

### *In re LIBOR-Based Financial Instruments Antitrust Litig.,* No. 11-2262 (S.D.N.Y.)

Keller Rohrback represents institutional funds pursuing antitrust claims based on the manipulation of the London Interbank Offered Rate (LIBOR) by the international panel of banks entrusted to set that rate. Multiple government investigations have revealed that certain panel banks manipulated LIBOR to mislead the markets and investors about the state of their financial health. The case is in discovery.

### *Diebold v. Northern Trust Investments,* N.A., 09-1934 (N.D. Ill.)

Keller Rohrback was Class Counsel in this class action litigation against Northern Trust alleging that Northern Trust imprudently structured and managed its securities lending program by improperly investing cash collateral in long term debt, residential mortgage-backed securities, SIVs, and other risky and illiquid assets. On August 7, 2015, Judge Susan E. Cox approved the allocation plan for a $36 million settlement.

# SECURITIES AND FINANCIAL FRAUD



## SUCCESSES continued

### Louisiana Firefighters' Retirement System v. Northern Trust Investments, N.A., No. 09-7203 (N.D. Ill.)

Keller Rohrback is Co-Lead Counsel in this securities lending litigation, a class action brought on behalf of four public retirement systems alleging that Northern Trust breached its fiduciary and contractual duties to investors when it imprudently structured and managed its securities lending program by improperly investing cash collateral in long-term debt, residential mortgage-backed securities, SIVs, and other risky and illiquid assets, rather than conservative, liquid investments. Plaintiffs allege that Northern Trust's imprudent management of the collateral pools caused Plaintiffs and other investors to suffer hundreds of millions of dollars in losses. On May 6, 2011, the Honorable Robert W. Gettleman denied in significant part Defendants' motion to dismiss. Plaintiffs also successfully defeated Defendants' third party complaint. The Court thereafter approved a partial settlement of $24,000,000 in cash, plus interest earned thereon, which represents settlement of the indirect lending claims of settlement class members.

### In re Bank of New York Mellon Corp. Forex Transactions Litigation, No. 12-2335 (S.D.N.Y.)

Keller Rohrback served as Lead ERISA Counsel in this class action against the Bank of New York Mellon arising from its undisclosed charges for Standing Instruction Foreign Currency ("SI FX") transactions. Plaintiffs allege that from January 12, 1999 to the present, Bank of New York Mellon breached its fiduciary duties by failing to prudently and loyally manage the Plan's foreign currency transactions in the best interests of the participants, failing to disclose fully the details of the relevant SI FX transactions it was undertaking on behalf of the Plans, and engaging in prohibited transactions. In March 2015, a global resolution of the private and governmental enforcement actions was announced in which $504 million will be paid back to BNY Mellon customers—$335 million of which is directly attributable to funds received in the class litigation.

### Madoff Direct & Feeder Fund Litigation: Hartman v. Ivy Asset Management LLC, No. 09-8278 (S.D.N.Y.)

Keller Rohrback successfully litigated this direct action on behalf of the trustees of seventeen employee benefit plans damaged by the Madoff Ponzi scheme. The action alleged that Ivy Asset Management and J.P. Jeanneret Associates, Inc. breached their fiduciary duties under ERISA by causing the plans to be invested directly or indirectly in Madoff funds. Keller Rohrback obtained a settlement of over $219 million in this case and related actions, including claims brought by the United States Secretary of Labor and the New York Attorney General.

### In re IKON Office Solutions, Inc. Securities Litigation, MDL No. 1318 (E.D. Pa.)

Keller Rohrback served as Co-Lead Counsel representing the City of Philadelphia and eight other lead Plaintiffs in this certified class action alleging securities fraud. Class counsel achieved the highest securities fraud settlement at that time in the Eastern District of Pennsylvania by settling with Defendant IKON Office Solutions, Inc. for $111 million. The settlement was listed as one of the "largest settlements in class-action securities-fraud lawsuits since Congress reformed securities litigation in 1995" by USA Today.

### In re Apple Computer, Inc. Derivative Litigation, No. 06-4128 (N.D. Cal.)

Keller Rohrback served on the Management Committee in this federal derivative shareholder action against nominal Defendant Apple Computer, Inc. and current and former directors and officers of Apple. Plaintiffs pursued breach of fiduciary duty, unjust enrichment, and gross mismanagement claims arising from backdated stock options granted between 1993 and 2001, which diverted millions of dollars of corporate assets to Apple executives. We achieved a settlement that awarded $14 million—one of the largest cash recoveries in a stock backdating case—and that required Apple to adopt a series of unique and industry-leading corporate enhancements.

# KELLER
# ROHRBACK
L A W   O F F I C E S   ◆   L. L. P.



## LYNN LINCOLN SARKO

### CONTACT INFO

1201 Third Avenue, Suite 3200
Seattle, WA 98101

(206) 623-1900

lsarko@KellerRohrback.com

### PRACTICE EMPHASIS

- Antitrust and Trade Regulation
- Appeals
- Class Actions
- Constitutional Law
- Commodities and Futures Contracts
- Consumer Protection
- Data Breach
- Employment Law
- Environmental Litigation
- Employee Benefits and Retirement Security
- Fiduciary Breach
- Financial Products and Services
- Institutional Investors
- Intellectual Property
- International Law
- Mass Personal Injury
- Medical Negligence
- Securities
- State and Local Government
- Whistleblower

**Lynn Lincoln Sarko is a master strategist and litigator who leads Keller Rohrback's nationally recognized Complex Litigation Group.** One of the nation's top attorneys in complex litigation, Lynn does not just help clients win – he helps them win what they want. Through smart, efficient strategy and tailored, creative problem solving, Lynn and his team accomplish the best outcomes while minimizing costs and maximizing value.

Lynn's diverse experience enables him to think outside the box to resolve complex cases. He regularly interacts with international business interests, representing sovereign nations and institutional clients seeking to recover investment losses caused by financial fraud and other malfeasance. He is currently involved in several matters involving complex derivatives and specialty investment products. Lynn is the driving force behind Keller Rohrback's membership with the Sovereign Wealth Fund Institute, a global organization of leading asset managers and service providers engaged in the public investor community. He represents clients with regard to regulatory investigations and issues involving state and federal supervisory agencies and has litigated actions involving several of the nation's largest accounting and investment firms.

Lynn has led the firm's securities and retirement fund practice for over 25 years and regularly serves as lead counsel in multiparty individual and class action cases involving ERISA, antitrust, securities, breach of fiduciary duty, and other investment fraud issues. Other law firms often hire him as settlement counsel in these and other complex cases because of his reputation as a skilled negotiator. His successes in this area include multimillion dollar settlements in the IKON, Anicom, Scientific-Atlanta, United Companies Financial Corp., and Apple securities fraud and derivative cases and the Enron, WorldCom, Global Crossing, Health South, Delphi, Washington Mutual, Countrywide, Lucent, Merrill Lynch, and Xerox consolidated pension and retirement plan cases.

Courts and professional organizations have honored Lynn for his work on financial, fiduciary duty, consumer and numerous other high profile public cases. After serving as trial counsel in the Exxon Valdez Oil Spill case, which resulted in a $5 billion punitive damages verdict, Lynn was appointed by the court as Administrator for all funds recovered. He prosecuted the Microsoft civil antitrust case, Vitamin price-fixing cases, the MDL Fen/Phen Diet Drug Litigation, and notable public service lawsuits such as Erickson v. Bartell Drug Co., which established a woman's right to prescription contraceptive health coverage.

Prior to joining Keller Rohrback, Lynn was an Assistant United States Attorney for the District of Columbia, Criminal Division, an associate at the Washington, D.C. office of Arnold & Porter, and law clerk to the Honorable Jerome Farris, United States Court of Appeals for the Ninth Circuit, in Seattle. He has been the managing partner of Keller Rohrback since 1991.

Lynn appears in federal courts from coast to coast, maintaining an active national litigation practice. He regularly counsels and represents consumers, employees, and businesses who have suffered harm resulting from the improper disclosure of proprietary, personal, health, and other protected information.


**KELLER ROHRBACK**
L A W   O F F I C E S   ◆   L . L . P .

## EDUCATION

**University of Wisconsin**

B.B.A., 1977

**University of Wisconsin**

M.B.A., 1978, *Beta Alpha Psi*

**University of Wisconsin**

J.D., 1981, *Order of the Coif*; Editor-in-Chief, *Wisconsin Law Review;* Salmon Dalberg Award (outstanding graduate)

## BAR & COURT ADMISSIONS

1981, Wisconsin

1983, District of Columbia

1986, Washington

## HONORS & AWARDS

Super Lawyers List, Washington Law & Politics, 1999-2013

Avvo Top Tax Lawyer, Washington CEO Magazine, 2008

Trial Lawyer of the Year, 1995

Salmon Dalberg Award, 1981

## PROFESSIONAL & CIVIC INVOLVEMENT

American Bar Association, *Member*

Bar Association of The District of Columbia, *Member*

Federal Bar Association, *Member*

King County Bar Association, *Member*

State Bar of Wisconsin, *Member*

Trial Lawyers for Public Justice, *Member*

Washington State Bar Association, *Member*

Washington State Trial Lawyers Association, *Member*

American Association for Justice, *Member*

Social Venture Partners of Santa Barbara, Founding Partner

The Association of Trial Lawyers of America, *Member*

American Academy of Trial Counsel, *Fellow*

Editorial Board, *Washington State Securities Law Deskbook* (scheduled for publication in 2012)

## SELECTED PUBLICATIONS

Thomson/West Webinar, "Stock Drop and Roll: Key Supreme Court Rulings and New Standards in ERISA 'Stock Drop' Cases," July 24, 2014

14th Annual Pension Law, Governance and Solvency Conference, 2013

Canadian Institute's 14th Annual Advanced Forum on Pension Law, Governance and Solvency, 2013

ERISA Litigation & Regulatory Compliance Congress, 2013

American Conference Institute's 6th National Forum on ERISA Litigation, 2013

25th Annual ERISA Litigation Converence, 2012

American Conference Institute's 5th National Forum on ERISA Litigation, 2012

# KELLER ROHRBACK

LAW OFFICES ◆ L.L.P.



## LAURIE ASHTON

### CONTACT INFO

3101 North Central Avenue, Suite 1400

Phoenix, AZ 85012

(602) 248-0088

lashton@kellerrohrback.com

### PRACTICE EMPHASIS

- Business Reorganizations
- Class Action & Consumer Litigation
- Constitutional Law
- Employee Benefits and Retirement Security
- Fiduciary Breach
- International Law

### EDUCATION

**University of California, San Diego**

B.A., 1987, Economics

**Arizona State University College of Law**

J.D., 1990, Order of the Coif; *Member, Arizona State Law Journal*, 1988-1990; Note and Comment Editor, *Arizona State Law Journal*, 1989-1990; Student Instructor, Legal Research and Writing, 1989-1990.

**Laurie Ashton is Of Counsel to Keller Rohrback.** Prior to becoming Of Counsel, she was a partner in the Phoenix affiliate of Keller Rohrback. Early in her career, as an Adjunct Professor, she taught semester courses in Lawyering Theory and Practice and Advanced Business Reorganizations. She also served as a law clerk for the Honorable Charles G. Case, U.S. Bankruptcy Court, for the District of Arizona for two years.

In complex litigation, Laurie was the lead attorney for Keller Rohrback in a series of successful groundwater contamination suits brought in 1996 against multiple international defendants concerning chemical releases spanning over 60 years. She was also the lead attorney for Keller Rohrback in an ERISA class action suit on behalf of over 21,000 employees who lost a material percentage of their retirement assets at the hands of fiduciaries who maintained the investment of those assets in their own declining company stock—a case that was, at its time, amongst the largest of its kind in the nation. Laurie has led or been a member of the team leading numerous high profile business reorganizations, including a case in which the Court confirmed a reorganization plan over the objection of the international life insurance company's feasibility expert, based on Laurie's cross examination.

Laurie has been active in the State Bar of Arizona where she served on the Ethics Committee for six years. She was also the coauthor of a textbook on limited liability companies and partnerships, published by West, and is AV rated by Martindale.

An important part of Laurie's international work involves the domestic and international legal implications of treaty obligations and breaches. She is lead counsel for The Republic of the Marshall Islands in its federal court treaty breach suit against the United States, and a member of the international legal team representing the Marshall Islands in three cases pending at the International Court of Justice in The Hague, against the United Kingdom, India and Pakistan. For this work, Laurie is part of the legal team that the International Peace Bureau has nominated, along with the former Foreign Minister of the Marshall Islands, for the 2016 Nobel Peace Prize.

Laurie is frequently interviewed and has been cited by Reuters, Newsweek, Fox News, Huffington Post, Slate Magazine, Radio New Zealand, Radio Australia, and others. She currently serves as a Trustee of the Santa Barbara Foundation, a member of the Human Rights Watch Committee in Santa Barbara, and as a Director of the Global Justice Center in New York, which advances human rights pursuit to various international laws, including the Geneva and Genocide Conventions, as well as customary international law.



## BAR & COURT ADMISSIONS

1990, Arizona

1999, Colorado

2007, Washington, D.C.

2013, Eastern District of Michigan

Sixth Circuit Court of Appeals

Ninth Circuit Court of Appeals

Tenth Circuit Court of Appeals

U.S. Supreme Court

## PROFESSIONAL & CIVIC INVOLVEMENT

State Bar of Arizona, *Member*

Colorado Bar Association, *Member*

Washington, D.C. Bar Association, *Member*

Adjunct Professor of Law, *Advanced Chapter 11*, Arizona State University, 1996

Adjunct Professor of Law, *Lawyering Theory & Practice,* Arizona State University, 1997

Committee on the Rules of Professional Conduct ("Ethics Committee"), State Bar of Arizona, *Member,* 1997-2003

Court Appointed Special Advocate, King County, 2007-2009

Santa Barbara Foundation, *Trustee*

Global Justice Center, New York, *Director*

Human Rights Watch Committee, Santa Barbara, *Member*

## PUBLICATIONS & PRESENTATIONS

Author, Case Note, *Arizona Mortgage and Deed of Trust Anti-Deficiency Statutes: The Underlying Obligation on a Note Secured By Residential Real Property After Baker v. Gardner*, 21 Ariz. St. L.J. 465, 470 (1989).

Co-Author, *Arizona Legal Forms: Limited Liability Companies and Partnerships* (1996-2004).

Guest Lecturer, Harvard Law School, 1997, 1999, 2001-2002.

Guest Lecturer, Stanford Law School, 2003.

Speaker, United Nations 2015 Review Conference of the Parties to the Treaty on the  Non-Proliferation of Nuclear Weapons; Panel, *Marshall Islands Nuclear Zero Lawsuits*

Speaker, Humanity House, The Hague, *"Legal Obligations for Nuclear Disarmament,"* March 2016.

Speaker, Bertha Von-Suttner Master Class, The Peace Palace, The Hague, *"Forward Into Light, The Barbarization of the Sky."*

# KELLER
# ROHRBACK
L A W   O F F I C E S   ◆   L.L.P.



## GRETCHEN FREEMAN CAPPIO

### CONTACT INFO

1201 Third Avenue, Suite 3200

Seattle, WA 98101

(206) 623-1900

gcappio@KellerRohrback.com

### PRACTICE EMPHASIS

• Consumer & Data Privacy Protection

• Employee Benefits and Retirement Security

• Employment Law

• Environmental Litigation

• Financial Products and Services

• Mass Personal Injury

• Whistleblower

**Twenty years ago, Gretchen Freeman Cappio was drawn to study law because she wanted to serve people in need** of a strong voice in our nation's legal system. Today, Gretchen is committed to serving her clients with the integrity and passion that led her to study law in the first place.

Gretchen is a partner in the firm's nationally recognized Complex Litigation Group focusing on class action cases.  She is privileged to work on behalf of a diverse group of deserving clients and only takes cases she truly believes in. Whether the case involves a family who paid a premium for a so-called environmentally-friendly car that actually spews toxins, a municipality that needs a corporation to clean up its own pollution, or hard-working fishers in need of representation against big oil, Gretchen is proud to serve her clients with integrity. Gretchen strives to be—and is humbled to have been called—a lawyer's lawyer. She takes it as a powerful compliment when those in her own profession, as well as physicians, professors, parents and environmentalists, among others, repeatedly call on her when they are in need of excellent, caring representation in the face of long odds.

Gretchen takes on litigation that makes a difference, and she has achieved meaningful results.

The cutting-edge and complex matters she has litigated include advocating on behalf of Volkswagen, Audi and Porsche consumers who unwittingly purchased and leased unlawfully polluting vehicles, in In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litig., No. 3:15-md-2672-CRB (N.D. Cal.). She also represented a mid-western town against a paper products company that left behind an environmental disaster and eyesore for the community. Additionally, Gretchen represented parents who discovered their children's products were contaminated and unsafe in In re Mattel, Inc., No. 2:07-ML-01897 (C.D. Cal.), multidistrict litigation regarding hazardous lead-contaminated and magnetic toys. In another prominent consumer class action, her work as co-lead counsel against a major national bank led to the settlement of In re JPMorgan Chase Mortg. Modification Litig., No. 1:11-md-2290 (D. Mass.), which resulted in improved home mortgage modification processes for certain homeowners nationwide.

Gretchen is a litigation leader with respect to privacy issues. She represented plaintiffs in Krottner v. Starbucks, where the Ninth Circuit found plaintiffs had standing to sue, holding that plaintiffs alleged a "credible threat of real and immediate harm stemming from the theft of a laptop containing their unencrypted personal data." 628 F.3d 1139, 1143 (9th Cir. 2010). In another cutting-edge privacy case, Gretchen represented plaintiffs in Erickson v. Bartell Drug Co., 141 F. Supp. 2d 1266 (W.D. Wash. 2001), a class action brought on behalf of employees. Erickson established that an employer violated Title VII of the Civil Rights Act when its comprehensive insurance coverage plan singled out women and failed to cover certain prescriptions vital to women's health care.

Whether representing employees, municipalities, or families facing difficult circumstances, Gretchen fights for justice and has a record of success. Gretchen works tirelessly to level the playing field for her clients, giving them a powerful voice in our legal system. Among Gretchen's all-time favorite pieces of mail is a photograph of a satisfied client in a baby products case and her young son holding a homemade, hand-written sign that simply says "Thank you Mrs. Cappio."



# KELLER ROHRBACK
L A W   O F F I C E S   ◆   L . L . P .

## EDUCATION

**Dartmouth College**

B.A., *magna cum laude*, 1995, Religion, Environmental Studies Certificate, Phi Beta Kappa, Foreign Studies: 1992 Germany, 1994 Kenya

**University of Washington School of Law**

J.D., 1999, Executive Comments Editor, Pacific Rim Law & Policy Journal, 1998-1999

## BAR & COURT ADMISSIONS

1999, Washington

2000, U.S. District Court for the Western District of Washington

2008, U.S. Court of Appeals for the Eighth Circuit

2009, U.S. Court of Appeals for the Ninth Circuit

2009, U.S. Supreme Court

2011, U.S. District Court for the Eastern District of Washington

2011, U.S. Court of Appeals for the Sixth Circuit

2015, U.S. District Court for the Eastern District of Michigan

## PROFESSIONAL & CIVIC INVOLVEMENT

NextGen Advisory Board at the Emory Law Institute for Complex Litigation and Mass Claims, *Member*

The William L. Dwyer American Inn of Court, *Member*

King County Bar Association, *Member*

Washington State Bar Association, *Member*

American Bar Association, *Member*

Washington Women Lawyers, *Member*

Washington State Trial Lawyer's Association, *Member*

American Association for Justice, *Member*

The National Trial Lawyers, *Member*

Mother Attorney Mentoring Association (MAMAS), *Member*; Founding Board Member, 2006-2008

## HONORS & AWARDS

Select to Rising Stars list in *Super Lawyers - Washington*, 2002, 2009-2012

## PRESENTATIONS & PUBLICATIONS

Panelist, HarrisMartin's MDL Conference, *Settlements in Mass Tort and Class Action Litigation*, July 27, 2016.

Panelist, American Association for Justice webinar, *Dissecting the U.S. Supreme Court Decision in Spokeo, Inc. v. Robins,* May 26, 2016.

Panelist, Law Seminars International - *VW Diesel Emissions Litigation: A Case Study of the Interplay Between Government Regulatory Activity and Consumer Fraud Class Actions*, May 6, 2016.

Presenter, PLI Consumer Financial Services Institute 2016, *Data Security & Privacy Issues,* May 12, 2016.

Panelist, HarrisMartin Pharmaceutical and Environmental Mass Tort Litigation, Class Action and Data Breach Litigation, March 30, 2016.

Panelist, Bridgeport Consumer Class Action Litigation Conference, "Current State of the Law on Ascertainability and Standing," January 8, 2016.

Panelist, HarrisMartin MDL Conference Volkswagen and Pharmaceutical Update: RICO and Additional Defendants, December 2, 2015.

Panelist, Bridgeport Volkswagen Class Action & MDL Seminar – Diesel Emissions Scandal, November 23, 2015.

Panelist, HarrisMartin Volkswagen Diesel Emissions Litigation Conference: RICO and Additional Defendants, October 27, 2015.

Panelist, Law Seminars International, The Eleventh Annual Comprehensive Conference on Class Actions: "Data Breaches: Cases at the Intersection of Class Actions and Internet Technology," June 4, 2015.

Panelist, ABA Section of Dispute Resolution Meeting 17th Annual Spring Conference – Solutions in Seattle: A View From the Trenches: What's Working and What's Not Working with Mediators, April 16, 2015.

Presenter, HarrisMartin Data Breach Litigation Conference: Coming of Age: The Differences between Employee and Consumer Cases, March 25, 2015.



## PRESENTATIONS & PUBLICATIONS CONT.

Presenter, Practising Law Institute, Managing Complex Litigation 2014: Class Actions; Mass Torts & MDL, October 21, 2014.

Presenter, Class Action Conference: Recent Settlement Trends in Class Actions and Multidistrict Litigation: A Detailed Look at the Process for Settling and Administering Settlements: How case law in the past several years is playing out in the courts and in ADR; best practices for designing a settlement that the courts will approve; how to administer the settlement once it is approved, June 13, 2014.

Presenter, Harris Martin's MDL Conference: Target Data Security Breach Litigation: Recent Development, Issues in Data Breach Litigation, March 26, 2014.

Presenter, Law Seminars International, Class Actions and Other Aggregate Litigation Seminar: Post-Certification Motion Issues in Class Actions, May 14, 2013.

Panelist, Chartis Security & Privacy Seminar, October 20, 2011.

Presenter, 20th Annual American Bar Association Tort Trial and Insurance Practice Section Spring CLE Meeting: Toxic Torts: Toxins In Everyday Products, April 1, 2011.

Gretchen Freeman Cappio, Erosion of Indigenous Right to Negotiate in Australia, 7 Pac. Rim L. & Pol'y J. 405 (1998).



# KELLER ROHRBACK
### LAW OFFICES ◆ L.L.P.



## ALISON CHASE

### CONTACT INFO

1129 State Street, Suite 8
Santa Barbara, CA 93101

805.456.1496

achase@kellerrohrback.com

### PRACTICE EMPHASIS

• Class Actions
• Commerical Litigation
• International Law
• Securities

### EDUCATION

**Emory University**

B.A., *magna cum laude*, 2000, Political Science and Philosophy, Phi Beta Kappa

**Yale Law School**

J.D., 2003; Editor, *Yale Law Journal*, Articles Editor, Yale Journal of International Law

**Alison Chase is a committed legal advocate.** Alison practices in Keller Rohrback's nationally recognized Complex Litigation Group.  Her broad litigation experience includes white collar criminal defense, complex commercial litigation, international commercial arbitration, and international litigation.  Alison's diverse experience and interests enable her to advise and guide clients through a wide variety of complex litigation.

Alison is currently part of the litigation team representing several of the Federal Home Loan Banks in mortgage-backed securities litigation.  Alison also maintains an active practice in the appellate arena, representing a class of sitting judges as well as the Republic of the Marshall Islands, while also representing private entities in a wide variety of commercial litigation.

Prior to joining the firm, Alison practiced with Irell & Manella in Los Angeles and O'Melveny & Myers in San Francisco. She also served as a clerk to the Honorable J. Clifford Wallace of the U.S. Court of Appeals, Ninth Circuit and the Honorable Valerie Baker Fairbank, U.S. District Judge for the Central District of California.

At home, Alison stays busy keeping up with her three rescue dogs.

## BAR & COURT ADMISSIONS

2003, California

2007, United States District Court for the Central District of California

2010, Ninth Circuit Court of Appeals

2011, Arizona

2014, United States District Court for the Northern District of California

2016, United States District Court for the Southern District of California

## PROFESSIONAL & CIVIC INVOLVEMENT

State Bar of California, *Member*

State Bar of Arizona, *Member*

## AWARDS & HONORS

Finalist, Morris Tyler Moot Court

Recipient, Gherini Prize for Outstanding Paper in International Law





# T. DAVID COPLEY

## CONTACT INFO

1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900
dcopley@KellerRohrback.com

## PRACTICE EMPHASIS
- Class Actions & Collective Actions
- Consumer Protection
- Employee Benefits & Retirement Security
- Employment Law
- Breach of Trust

## EDUCATION
**University of Iowa**

B.A., *with Honors and Distinction,* 1981, Political Science and English, Phi Beta Kappa, Pi Sigma Alpha

**Northwestern University School of Law**

J.D., 1984, Coordinating Executive Editor, *Northwestern University Law Review*

**David Copley brings creative solutions to complicated problems.** He is a member of Keller Rohrback's nationally recognized Complex Litigation Group, where his practice is focused on class action and other complex litigation. David is a skilled advocate, with extensive experience in pre-trial proceedings, jury trials, bench trials, arbitrations, and appeals. David's experience and passion bring value to collaborations with his talented Keller Rohrback co-workers and with co-counsel across the Country.

Recent significant representations include: cases against major financial institutions regarding improper fees for foreign currency exchange; ERISA violations arising from conversion of privately-held corporation to ESOP ownership; ERISA violations arising from violation of plan prohibition on reduction of certain benefits; wage and hour class action involving misclassification of financial services workers; wage and hour collective action involving misclassification of certain store managers; and representing a large institutional investor that suffered losses from misrepresentations involving mortgage-backed securities.

David is also committed to community service. He is active in local charities fighting hunger and homelessness, and he is active in the fight for Marriage Equality.

# BAR & COURT ADMISSIONS

1985, Arizona

1990, Washington

2015, New York

1985, U.S. District Court for the District of Arizona

1986, U.S. District Court for the Northern District of California

1990, U.S. District Court for the Western District of Washington

1990, U.S. District Court for the Eastern District of Washington

2016, U.S. District Court for the Southern District of New York

1986, U.S. Court of Appeals for the Ninth Circuit

2007, U.S. Court of Appeals for the Eighth Circuit

2009, U.S. Court for Appeals for the Sixth Circuit

2015, U.S. Court of Appeals for the Eleventh Circuit

2015, U.S. Court of Appeals for the Fifth Circuit

2000, U.S. Supreme Court



## PROFESSIONAL & CIVIC INVOLVEMENT

National Employment Lawyers Association, *Member*

Public Justice, *Member*

Washington State Association for Justice, *Member*

American Bar Association, *Member*

ABA Section of Civil Rights and Social Justice Committee, *Membership Outreach Chair*

King County Bar Association, *Member*

Washington State Bar Association, *Member*

Community Lunch on Capitol Hill, *Chair,* Board of Directors 2008-2013

Northwest Harvest, Board of Directors, 2000-2009; *Chair,* Board of Directors 2005-2007

## HONORS & AWARDS

Public Justice Trial Lawyer of the Year 1995





# JULI FARRIS

## CONTACT INFO

1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900
jfarris@KellerRohrback.com

## PRACTICE EMPHASIS

- Antitrust and Trade Regulation
- Appeals
- Class Actions
- Consumer Protection
- Employee Benefits and Retirement Security
- Fiduciary Breach
- Financial Products and Services
- International Law
- Securities
- Whistleblower

## EDUCATION

**Stanford University**
B.A., 1982, English
**Stanford Law School**
J.D., 1987, Notes Editor, *Stanford Law Review*

**Juli Farris's clients count on her high quality work to meet their legal needs.** Juli practices in Keller Rohrback's nationally recognized Complex Litigation Group where her practice focuses on banking and securities litigation at the trial and appellate levels and also includes antitrust, ERISA fraud, and other areas of financial misconduct. Juli has more than 25 years of experience representing both plaintiffs and defendants in complex multiparty litigation involving allegations of securities and bank regulatory law violations, financial fraud and breach of fiduciary duty. She has represented officers and directors of active and failed financial institutions in investigations and litigation regarding bank regulatory matters. Juli divides her time between the firm's Seattle and Santa Barbara offices.

Juli served as a judicial law clerk for Judge E. Grady Jolly of the U.S. Court of Appeals, Fifth Circuit. Prior to joining Keller Rohrback in 1991, she practiced law at the Washington, D.C. office of Sidley Austin where her practice included litigation involving a wide array of subject matters.

## BAR & COURT ADMISSIONS

1988, Washington

1989, California

1990, District of Columbia

## PROFESSIONAL & CIVIC INVOLVEMENT

King County Bar Association, *Member*

Loren Miller Bar Association, *Member*

Washington State Bar Association, *Member*

American Bar Association, *Member*

Washington State Association for Justice, *Member*

American Bar Foundation, *Member*

Treehouse, *Chair, Board of Directors*

The National Association of Public Pension Attorneys, *Member*

Susan G. Komen, Puget Sound Affiliate, *Board Member*



## HONORS & AWARDS

Super Lawyers List, Washington Law & Politics, 2015

Selected to Rising Stars list in Super Lawyers - Washington, 1991

Recipient of Promise of One Award from the Puget Sound Affiliate of Susan G. Komen for the Cure, 2013

## PUBLICATIONS & PRESENTATION

Andrew D. Freeman & Juli E. Farris, *Grassroots Impact Litigation: Mass Filing of Small Claims*, 26 U.S.F.L. Rev. 261 (1992).

Editorial Board, *Washington State Securities Law Deskbook*

## REPRESENTATIVE MATTERS

*Unger v. Amedisys Inc., 401 F.3d 316 (5th Cir. 2005)*

*Phillips v. Scientific-Atlanta, Inc., 374 F.3d 1015 (11th Cir. 2004)*

*In re IKON Office Solutions, Inc., 277 F.3d 658 (3rd Cir. 2002)*

*In re WorldCom, Inc. ERISA Litig., 354 F. Supp. 2d 423 (S.D.N.Y. 2005)*

*Hansen v. Ticket Track, Inc., 213 F.R.D. 412 (W.D. Wash. 2003)*

*In re Scientific-Atlanta, Inc. Securities Litigation, 239 F. Supp. 2d 1351 (N.D. Ga. 2002)*

*In re Domestic Air Transp. Antitrust Litig., 137 F.R.D. 677 (N.D. Ga. 1991)*

*In re Potash Antitrust Litig., 954 F. Supp. 1334 (D. Minn. 1997)*



# KELLER
# ROHRBACK
L A W   O F F I C E S   ◆   L. L. P.



## RAYMOND FARROW

### CONTACT INFO

1201 Third Avenue, Suite 3200

Seattle, WA 98101

(206) 623-1900

rfarrow@KellerRohrback.com

### PRACTICE EMPHASIS

- Antitrust and Trade Regulation
- Class Actions
- Consumer Protection
- Financial Products and Services

### EDUCATION

**University of Manchester (England)**

B.A., 1979, Economics

**University of Essex (England)**

M.A., 1980, Economics

**Princeton University**

M.A., 1984, Economics

**University of Washington School of Law**

J.D., 2001

**Raymond Farrow understands the economics behind his clients' cases.** Ray, a member of Keller Rohrback's nationally recognized Complex Litigation Group, is a litigation attorney whose practice focuses on antitrust and consumer protection. His background as an academic economist and teacher makes him uniquely qualified to work with economic experts and to communicate statistics and economic analysis to his clients and to the Court.

Working on antitrust matters, Ray must navigate the rules and issues of varied industries, including hi-tech industries involving constantly changing software and hardware. His many years of experience, strong working relationships with other antitrust litigators, and motivation to redress genuine harms to his clients help him tackle complex issues in litigation and across the negotiating table. Most recently, Ray represented 20,000 nurses in a lawsuit that alleged a conspiracy by certain hospitals in Detroit to depress compensation levels that recovered almost $90 million for the nurses.

Prior to law school, Ray was a member of the Economics Department faculty at Seattle University, University of Washington, and Queen's University in Canada. While in law school, he served as Articles Editor of the Washington Law Review and as an intern for the U.S. Department of Labor.

In his spare time, Ray enjoys playing soccer and skiing.

## BAR & COURT ADMISSIONS

2001, Washington

## PROFESSIONAL & CIVIC INVOLVEMENT

King County Bar Association, *Member*

Washington State Bar Association, *Member*

Order of the Coif, *Member*

American Economic Association, *Member*

Washington State Trial Lawyers' Association*, Member*

American College of Trust and Estate Counsel, *Fellow*

## PUBLICATIONS & PRESENTATIONS

Raymond J. Farrow, *Notes & Comments: Qualifying Immunity: Protecting State Employees' Right to Protect Their Employment Rights After Alden v. Maine*, 76 Wash. U. L. Rev. 149 (2001).





# ERIC FIERRO

## CONTACT INFO

3101 North Central Avenue, Suite 1400

Phoenix, Arizona 85012

(602) 230-6331

efierro@KellerRohrback.com

## PRACTICE EMPHASIS

- Class Actions
- Commercial Litigation
- Consumer Protection
- eDiscovery
- Financial Products and Services
- Intellectual Property
- Mass Personal Injury
- Securities
- Whistleblower

## EDUCATION

**Arizona State University**

B.S., 2002, Justice Studies

**New England School of Law**

J.D., 2006, Senior Editor, *New England Journal of International and Comparative Law*

**Eric Fierro bridges the gap between technology and the law.** Eric practices in Keller Rohrback's nationally recognized Complex Litigation Group and oversees the firm's legal technology group, providing electronic discovery and litigation support to colleagues and clients on a wide array of cases. Whether he is helping to preserve significant amounts of data for institutional clients or walking an individual through the data collection process to increase accuracy and maximize privacy, Eric works closely with clients to understand their needs and provide solutions.

Eric has over 15 years of experience with legal technology. While attending law school in the evening, Eric worked full-time for the U.S. Attorney's Office for the District of Massachusetts where he provided technical support for all criminal and civil units, including the healthcare fraud, securities fraud, and other white collar crime units. Eric also worked as a summer law clerk for the computer crime and intellectual property unit at the U.S. Attorney's Office. Before joining Keller Rohrback, he was a managing consultant for Huron Consulting Group, providing consultative services for complex electronic discovery and document review matters.

When not at work, Eric enjoys spending time with his family, golfing, and rebuilding off-road vehicles in his garage.

## BAR & COURT ADMISSIONS

2009, Arizona

2009, U.S. District Court for the District of Arizona

## PROFESSIONAL & CIVIC INVOLVEMENT

Arizona State Bar Association, *Member*

## PUBLICATIONS & PRESENTATIONS

Speaker, National Business Institute, *E-Discovery Problem Solving for Paralegals*, 2008

Speaker, Arizona Paralegal Association, *Cloud Computing: In Your Practice and in Litigation*, 2009

Panelist, IPro Innovations for The Sedona Conference, The 2015 Federal Rule Amendments: Has Anything Really Changed? April 2016.





# ALISON GAFFNEY

## CONTACT INFO

1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900
agaffney@kellerrohrback.com

## PRACTICE EMPHASIS

- Class Actions
- Employee Benefits and Retirement Security
- Fiduciary Breach

## EDUCATION

**Swarthmore College**

B.A., 2002, Linguistics and Languages (Spanish & Mandarin Chinese); McCabe Scholar

**University of California, San Diego**

M.A., 2007, Latin American Studies (International Migration)

**University of Washington School of Law**

J.D., 2012

**Alison Gaffney leaves no stone unturned.** A member of Keller Rohrback's nationally recognized Complex Litigation Group, Alison is a thorough researcher who stays on top of the latest legal developments in class action litigation. During law school, Alison represented clients in deportation proceedings through the Immigration Law Clinic and as an intern with the Northwest Immigrant Rights Project, where she continues to volunteer. She also served as a research assistant to Professor Mary D. Fan and interned with the Seattle Immigration Court. Prior to law school, Alison worked and studied in China, Cuba, England, Greece, and Guatemala.

When she is not solving problems for her clients, Alison enjoys hiking, snowboarding, and spending time with her family.

## BAR & COURT ADMISSIONS

2012, Washington

## PROFESSIONAL & CIVIC INVOLVEMENT

Washington State Bar Assosiation, *Member*

King County Bar Association, *Member*

Mother Attorneys Mentoring Association of Seattle (MAMAS), *Member*

Northwest Immigrant Rights Project, *Pro Bono Attorney*





# LAURA R. GERBER

## CONTACT INFO

1201 Third Avenue, Suite 3200

Seattle, WA 98101

(206) 623-1900

lgerber@KellerRohrback.com

## PRACTICE EMPHASIS

- Consumer Protection
- Employee Benefits & Retirement Security
- Fiduciary Breach
- Financial Products & Services
- Institutional Investors
- Whistleblower

## EDUCATION

**Goshen College**

B.A., 1994, History, Economics

**University of Washington School of Law**

J.D., 2003

**Evans School of Public Affairs, University of Washington**

M.P.A., 2003

**Laura R. Gerber is a strong advocate for her clients.** From her early years in a whistleblower protection organization, to her current practice litigating against some of America's largest corporations, Laura has built her career as an advocate on behalf of both employees and customers of large corporations. Laura represents her clients with skill, tact and diplomacy. As a result, Laura's clients trust her to listen carefully, keep them informed, provide excellent legal advice, and to diligently pursue their interests in litigation against powerful defendants.

For over a decade, Laura has practiced in Keller Rohrback's Complex Litigation Group where she has developed a diverse practice with a focus on holding banks and other institutions accountable to their customers and employees. She has experience litigating mutual fund excessive fee cases, Ponzi scheme cases, breach of contract and breach of fiduciary duty cases, Employee Retirement Income Security Act ("ERISA") cases, and consumer protection class actions. Laura's strategic persistence in complex cases has led to impressive results with certain of her clients receiving substantial individual recoveries.

While in law school, Laura concurrently received a Master's degree in Public Administration and was a member of the Moot Court Honor Board.

## BAR & COURT ADMISSIONS

2004, Washington

2006, U.S. District Court for the Eastern District of Washington

2006, U.S. District Court for the Western District of Washington

2010, U.S. District Court for the Northern District of Illinois

2013, U.S. District Court for the District of Colorado

2016, U.S. District Court for the Southern District of Illinois

2016, U.S. District Court for the Eastern District of Missouri

2016, U.S. District Court for the Northern District of Ohio

2016, U.S. District Court for the Western District of Oklahoma

2006, U.S. Court of Appeals for the Ninth Circuit Court

2014, U.S. Court of Appeals for the Sixth Circuit Court

2015, U.S. Court of Appeals for the Tenth Circuit Court

## HONORS & AWARDS

Selected to Rising Stars list in *Super Lawyers - Washington,* 2009, 2013.



## PROFESSIONAL & CIVIC INVOLVEMENT

Washington Appleseed, Board of Directors, *2012-present*

King County Bar Association, *Member*

Washington State Bar Association, *Member*

American Bar Association, *Member*

Mother Attorney Mentoring Association (MAMAS), *Member*

## PUBLICATIONS & PRESENTATIONS

Speaker, American Conference Institute's 8th National Forum on ERISA Litigation, October 2014, (New Trends in Church Plan Litigation).

L. Gerber and R. Giovarelli, *Land Reform and Land Markets in Eastern Europe*, Food and Agriculture Organization of the United Nations (2005).

David Weissbrodt, Penny Parker, Laura Gerber, Muria Kruger, Joe W. (Chip) Pitts III, *A Review of the Fifty-Fourth Session of the Sub-Commission on the Promotion and Protection of Human Rights*, 21 NETH Q. HUM. RTS. 291 (2003)





## MATTHEW GEREND

### CONTACT INFO

1201 Third Avenue, Suite 3200

Seattle, WA 98101

(206) 623-1900

mgerend@KellerRohrback.com

### PRACTICE EMPHASIS

- Class Action
- Employee Benefits and Retirement Security
- Fiduciary Breach
- Securities

### EDUCATION

**University of Wisconsin**

B.A., with distinction, 2005, Political Science, Phi Beta Kappa

**Georgetown University Law Center**

J.D., *cum laude*, 2010; Executive Articles Editor, *Georgetown Journal on Poverty Law and Policy*

**Matthew Gerend practices in the firm's nationally recognized Complex Litigation Group**, representing employees and other investors in litigation to enforce securities laws and the Employee Income Retirement Security Act ("ERISA"). Matt has represented plaintiffs in federal courts across the country to redress harms stemming from breaches of fiduciary duties, investment fraud, and other misconduct that threatens employees' retirement security.

Matt became interested in the laws protecting retirement and pension benefits as a clerk with AARP Foundation Litigation, where he helped draft a number of amicus curiae briefs filed in the U.S. Supreme Court and U.S. Courts of Appeals regarding the proper interpretation and implementation of ERISA. During law school, Matt also worked as an intern with the Community Development Project at the Lawyers' Committee for Civil Rights Under Law. Matt believes that lawyers have a unique ability to effect social change, an ethic that has guided his work representing individuals and investors against those engaged in divisive and fraudulent practices.

### BAR & COURT ADMISSIONS

2010, Washington

2011, U.S. District Court for the Western District of Washington

2012, U.S. Court of Appeals for the Third Circuit

2013, U.S. District Court for the Eastern District of Michigan

2014, U.S. Court of Appeals for the Sixth Circuit

2014, U.S. Court of Appeals for the Ninth Circuit

2015, U.S. Court of Appeals for the Seventh Circuit

2015, U.S. District Court for the District of Colorado

### PROFESSIONAL & CIVIC INVOLVEMENT

Washington State Bar Association, *Member*

### HONORS & AWARDS

Selected to Rising Stars list in *Super Lawyers – Washington,* 2014, 2015.

### PUBLICATIONS & PRESENTATIONS

Contributing Author, *Zanglein et. al., ERISA Litigation* (Bloomberg BNA 2015).

Deborah M. Austin and Matthew M. Gerend, *The Scope and Potential of Section 3 as Currently Implemented,* 19 J. Affordable Housing & Commun. Dev. L. 89 (2009).



# KELLER ROHRBACK
L A W   O F F I C E S   ◆   L . L . P .



## GARY GOTTO

### CONTACT INFO

3101 North Central Avenue
Suite 1400
Phoenix, Arizona 85012-2600
602.230.6322
ggotto@KellerRohrback.com

### PRACTICE EMPHASIS

• Class Actions
• Commercial Litigation
• Debtor-Creditor
• Employee Benefits and Retirement Security
• Fiduciary Breach
• Financial Products and Services
• Institutional Investors
• Real Estate Securities

### EDUCATION

**University of Pennsylvania**
B.A., *cum laude*, 1976

**Arizona State University of College of Law**
J.D., *summa cum laude,* 1982, Order of the Coif

---

**Gary Gotto's diverse experience helps him meet his clients' diverse needs.** Gary is a member of Keller Rohrback's nationally-recognized Complex Litigation Group. He has a broad range of practice experience and interests, including all aspects of corporate and real estate transactional work, securities issuance and compliance, Chapter 11 bankruptcy and workout matters, and general commercial and ERISA litigation. Gary speaks and teaches regularly on a number of topics, including an annual real estate bankruptcy case study presented at the Harvard Law School. He has practiced in Phoenix since 1982.

## BAR & COURT ADMISSIONS

1982, Arizona

1982, U.S. District Court for the District of Arizona

2005, U.S. Court of Appeals for the Second Circuit

## PROFESSIONAL & CIVIC INVOLVEMENT

State Bar of Arizona, *Member; Chair,* Subcommittee on Revising the Limited Partnership Act, Business Law Section, 1991

Adjunct Professor Law, Arizona State University College of Law, 1989

## PUBLICATIONS & PRESENTATIONS

Co-Author, *Arizona Legal Forms: Limited Liability Companies and Partnerships* (1996-2002).

Co-Author, *Limited Liability Companies and Partnerships* (1996-1997).

Guest Lecturer, *Chapter 11 Reorganizations*, Harvard Law School, 1996-1997, 1999, 2001, 2002.

Guest Lecturer, *Chapter 11 Reorganizations*, Stanford Law School, 2003.

Speaker, National Business Institutes, *Negotiating and Drafting Acquisition Agreements in Arizona*, 1997.

Speaker, National Business Institutes, *Choice of Business Entity in Arizona*, 1996.

Speaker, National Business Institutes, *Limited Liability Companies*, 1994.

Speaker, Professional Education Systems, Inc., Non-Corporate Business Forms, 1994.

Speaker, State Bar of Arizona, Limited Liability Companies, 1994.

Speaker, National Business Institutes, Arizona Limited Liability Company Legislation, 199

---



# KELLER ROHRBACK
L A W   O F F I C E S   ◆   L. L. P.



## BENJAMIN GOULD

### CONTACT INFO

1201 Third Avenue, Suite 3200
Seattle, WA 98101

(206) 623-1900

bgould@KellerRohrback.com

### PRACTICE EMPHASIS

- Appeals
- Class Actions
- Constitutional Law
- Employee Benefits and Retirement Security
- Fiduciary Breach
- Institutional Investors

### EDUCATION

**Yale University**

B.A., *summa cum laude,* 2002, English, Phi Beta Kappa

**Yale Law School**

J.D., 2006, Editor, *Yale Law Journal,* Editor-in-Chief, *Yale Journal of Law and the Humanities*

---

**Benjamin Gould makes the law work for his clients.** Ben, a Seattle native, practices in Keller Rohrback's nationally recognized Complex Litigation Group. His ability to clearly and efficiently communicate factual and legal issues to his clients and courts allows him to adeptly serve the interest of clients who have been harmed by others' misconduct.

Ben has extensive experience in appellate litigation and has active appeals pending in state and federal courts throughout the nation. He has secured successful results for his clients before the U.S. Courts of Appeals for the Second, Eighth, and Ninth Circuits and numerous state appellate courts. Ben also maintains an active practice outside the appellate arena. He has represented clients in cases involving pensions, professional negligence, civil rights, and consumer-protection law, among other subjects.

Before joining the firm, Ben worked as a Legal Fellow of the ACLU Drug Law Reform Project, litigating cases related to drug policy and civil rights. He also served as a clerk to two federal appellate judges: the Honorable Betty Binns Fletcher of the U.S. Court of Appeals for the Ninth Circuit and the Honorable Diana E. Murphy of the U.S. Court of Appeals for the Eighth Circuit.

### BAR & COURT ADMISSIONS

2007, California

2010, District of Columbia

2010, U.S. Court of Appeals for the Ninth Circuit

2011, Washington

2011, U.S. District Court for the Western District of Washington

2012, U.S. District Court for the Eastern District of Washington

2012, U.S. Court of Appeals for the Third Circuit

2013, U.S. Court of Appeals for the Second Circuit

### PROFESSIONAL & CIVIC INVOLVEMENT

King County Bar Association, *Member*; Appellate Law Section

Washington State Bar Association, *Member*

Washington State Association for Justice, *Member*

---



## PUBLICATIONS & PRESENTATIONS

Speaker on Rule 23(f) and Class Action Appeals, American Bar Association 19th Annual National Institute on Class Actions, New Orleans, LA, 2015.

A Review of Antonin Scalia and Bryan A. Garner, Reading Law (2012), in Trial News, March 2014.

Derek W. Loeser & Benjamin Gould, *Point/Counterpoint: Is Rule 23(b)(1) Still Applicable to ERISA Class Actions?*, ERISA Compliance and Enforcement Library of the Bureau of National Affairs, Inc. (May 1, 2009).

Derek W. Loeser & Benjamin Gould, *The Continuing Applicability of Rule 23(b)(1) to ERISA Actions for Breach of Fiduciary Duty*,  *Pension & Benefits Reporter*, Bureau of national Affairs, Inc. (Sept. 1, 2009).*

Derek W. Loeser, Erin M. Riley & Benjamin Gould, *2010 ERISA Employer Stock Cases:  The Good, the Bad, and the In Between-Plaintiffs' Perspective*, Pensions & Benefits Daily, Bureau of National Affairs, Inc. (Jan. 28, 2011).





## CHRISTOPHER GRAVER

### CONTACT INFO

3101  North Central Avenue

Suite 1400

Phoenix, Arizona 85012-2600

602.248.0088

cgraver@KellerRohrback.com

### PRACTICE EMPHASIS

• Business Litigation

• Bankruptcy and Creditors' Rights

### EDUCATION

**St. John's College**

B.A., 1976

**University of New Mexico**

J.D., *magna cum laude,* 1990
Order of the Coif

**Chris is a member of Keller Rohrback's Complex Litigation and Bankruptcy Groups**, representing debtors, creditors, Court-appointed committees, and asset purchasers in Chapter 11 reorganization proceedings and out-of-court workouts. Chris also has wide-ranging experience in complex commercial litigation from corporate restructuring to matters of breach of fiduciary duty, commercial bankruptcy, commercial real estate, contracts, patent infringement, and environmental insurance coverage.

Together with colleagues he has represented clients as diverse as the committee of victims of clergy sexual abuse in the Chapter 11 reorganization of a Catholic diocese, a developer restructuring a portfolio of real property interests nationwide, and a national company acquiring a competitor's assets in a bankruptcy-court-approved sale in California.

A graduate of the great books liberal arts program at St. Johns' College in Santa Fe, Chris earned his law degree from the University of New Mexico Law School magna cum laude in 1990. While his practice is centered in the Southwest, Chris represents clients in federal courts coast to coast.

## BAR & COURT ADMISSIONS

Arizona, 1990

United States District Court  for the District of Arizona, 1990

United States Bankruptcy Appellate Panel of the Ninth Circuit

United States Court of Appeals for the Ninth Circuit

## PROFESSIONAL & CIVIC INVOLVEMENT

American Bankruptcy Institute, *Member*

Arizona State Bar Association, *Member*

Maricopa County Bar Association, *Member*

## PUBLICATIONS & PRESENTATIONS

"Confirming the Catholics: The Diocese of Tucson Experience, Norton Bankruptcy Law Advisor," 2005.

"Representing the Tort Claimants' Committee in the Chapter 11 Case Filed by the Roman Catholic Diocese of Tucson, prepared for the National Conference of Bankruptcy Judges," 2005.

"Decoding the Code," *AzBusiness Magazine*, 2005.

Speaker, Maricopa County Bar Association presentation, *New Bankruptcy Code: Changing the Way Creditors are Treated*, 2006.





**MEREDITH GRAY**

### CONTACT INFO

1201 Third Avenue, Suite 3200

Seattle, WA 98101

(206) 623-1900

mgray@KellerRohrback.com

### PRACTICE EMPHASIS

• Consumer Protection

• Product Liability

### EDUCATION

**University of Wisconsin Law School**

J.D., 2010

**Council on Legal Education Opportunity**

Fellow, 2007

**University of Washington**

B.A., 2006, Political Science, Phi Beta Kappa

Meredith Gray practices in the firm's Complex Litigation Group in the Seattle office. Her practice focuses on class actions and individual actions involving consumer protection and personal injury matters.

While in law school, Meredith was Senior Managing Editor of the Wisconsin Law Review and served as a Judicial Intern to the Honorable Barbara B. Crabb, then-Chief Judge United States District Court for the Western District of Wisconsin. Meredith was also a student attorney in the law school's Consumer Law Litigation Clinic in which she actively litigated two consumer class actions against internet payday lenders.

### BAR & COURT ADMISSIONS

2014, Washington

2011, New York

2010, Wisconsin

### PROFESSIONAL & CIVIC INVOLVEMENT

Washington State Bar Association, Member

New York State Bar Association, Member

Wisconsin State Bar Association, Member

### PUBLICATIONS & PRESENTATIONS

Comment, A Presumption without Prudence: Replacing *Moench v. Robertson* with a Prudent 'When in Doubt, Don't' Standard for ESOP and 401(k) Company Stock Fund Fiduciaries, 2010 Wis. L. Rev. 907





## MARK GRIFFIN

### CONTACT INFO

1201 Third Avenue, Suite 3200

Seattle, WA 98101

(206) 623-1900

mgriffin@KellerRohrback.com

### PRACTICE EMPHASIS

• Antitrust & Trade Regulation

• Class Actions

• Commercial Litigation

• Consumer Protection

• Intellectual Property

• Mass Personal Injury

• Securities

### EDUCATION

**Marquette University**

B.S., *magna cum laude*, 1983, Economics Faculty Award

**Gonzaga University School of Law**

J.D., *magna cum laude*, 1986, Thomas More Scholar

**Mark Griffin has over 25 years of experience in antitrust litigation.** As a member of Keller Rohrback's nationally recognized Complex Litigation Group, Mark has litigated over 80 class action cases to successful conclusions. Mark joined Keller Rohrback in 1988 after serving as a judicial law clerk for Magistrate Judge Philip K. Sweigert of the U.S. District Court for the Western District of Washington. He helped launch the firm's antitrust practice with achievements including $49.5 million in settlements in the *Specialty Steel Pipe Antitrust Litigation*, paving the way for the firm's success in other class action litigation. Mark has been a partner at Keller Rohrback for almost 20 years, has served on the firm's Executive Committee since 2001, and has chaired the Antitrust Practice Group since 2007. Most recently, his leadership in an antitrust class action resulted in settlements totaling almost $90 million for registered nurses employed by hospitals in Detroit, (Cason-Merenda v. VHS Michigan, Inc.).

Since 2004, Mark has volunteered his time as pro bono coordinator at Keller Rohrback. He serves as a member of the Board of Trustees of the Legal Foundation of Washington (LFW) and previously as a board member and officer of the Legal Aid for Washington Fund (LAW Fund). The LFW and the LAW Fund through their Campaign for Equal Justice raise charitable contributions to ensure that justice is a reality, not just for those who can afford it, but for everyone in Washington state. In 2013, the firm received the President's Award from the LFW for its work in *Jerry Cooper, Inc. v. Lifequotes of America, Inc.*, a case in which Mark helped achieve judgments totaling over $760 million in favor of the plaintiff class. Mark also volunteers at Public Justice and has served as chair of the Consumer Protection, Antitrust & Unfair Business Practices Section of the Washington State Bar Association.

## BAR & COURT ADMISSIONS

1986, Washington

2010, Arizona

1986, U. S. District Court for the Western District of Washington

1989, U. S. Court of Appeals for the Ninth Circuit

1990, U. S. District Court for the Eastern District of Washington

1993, U. S. Supreme Court

2008, U. S. Court of Appeals for the Fourth Circuit

2009, U. S. District Court for the Eastern District of Michigan

2009, U. S. District Court for the District of Columbia

2010, U. S. Court of Appeals for the Eleventh Circuit

2013, U.S. Court of Appeals for the Sixth Circuit

2014, U.S. Court of Appeals for the Tenth Circuit



# KELLER ROHRBACK
L A W   O F F I C E S   ◆   L . L . P .

## HONORS & AWARDS

AV Rating, Martindale-Hubbell, 2000-Present

President's Award, Legal Foundation of Washington, 2013

Named to Washington Super Lawyers list, 2011-2012, 2014-2016

Named a Rising Star, Super Lawyers – Washington, 2000

Thomas More Scholarship, 1983-1986

American Jurisprudence Award in Antitrust, 1986

American Jurisprudence Award in Remedies, 1986

American Jurisprudence Award in Agency and Partnerships, 1985

American Jurisprudence Award in Corporations, 1985

American Jurisprudence Award in Property, 1984

Alpha Sigma Nu (National Jesuit Honors Society) 1983

Beta Gamma Sigma (National Business Honors Society), 1982

Pi Sigma Alpha (National Political Science Honor Society), 1982

Pi Gamma Mu (International Honor Society in Social Science), 1982

Economics Faculty Award (outstanding student majoring in economics) 1983

Delta Sigma Pi Scholarship, 1979-1983

## PROFESSIONAL & CIVIC INVOLVEMENT

King County Bar Association, *Member*

Washington State Bar Association, *Member*; Executive Committee and Chair-elect of the Antitrust, Consumer Protection & Unfair Business Practices Section

American Bar Association, *Member*; Litigation and Antitrust sections

Washington State Trial Lawyer's Association, *Member*

Federal Bar Association, *Member*

## PUBLICATIONS & PRESENTATIONS

"The Future of Reverse Payment Settlement Agreements after *FTC v. Actavis*," 30th Annual Antitrust, Consumer Protection and Unfair Business Practices Seminar, November 8, 2013

"Intellectual Property v. Cultural Property: From Colonization to Co-Existence," Intellectual Property Institute of Canada, September 27, 2013

Contributor, "Concurrent Antitrust Criminal and Civil Proceedings: Identifying Problems and Planning for Success," American Bar Association, 2013

"Profile/Lynn Sarko: Leading the Way," Bar Bulletin, December, 2011

"Cy Pres – News on Recent Decisions which may affect cy pres in the future," LAW Fund Executive Committee Meeting, September 15, 2011

"Current Issues in Antitrust, *Twombly* Pleading Standards" (speaking for Mark Samson), State Bar of Arizona, June 20, 2008

The New Rules for Business Litigators: Keeping Ahead of the Curve, "The New Rules in Class Action Litigation," Washington State Bar Association, November 13, 2007

Executive Editor, Washington Antitrust and Consumer Protection Handbook (2007 Supplement)

"Message from the Chair," Antitrust, Consumer Protection Unfair Business Practices Newsletter, Washington State Bar Association, Fall 2005

Program Chair, "The Essentials of Civil Settlement Strategies," Washington State Bar Association, October 8, 2003

Executive Editor, Washington Antitrust and Consumer Protection Handbook (Third Edition 2001)

Program Co-Chair, 2001 Antitrust, Consumer Protection and Unfair Business Practices Conference, Washington State Bar Association, November 9, 2001

Moderator, "How to Avoid Antitrust Actions Against Your Business Clients," Washington State Bar Association, November 6, 1998

Program Committee, "1995 and Counting: A Symposium on Practices, Procedures and Professionalism," Federal Bar Association of Western Washington, December 6, 1995

Program Committee, "Trials Viewed from the Bench: See What We See," Federal Bar Association of Western Washington, December 7, 1994



Questions of Law Column on Antitrust Law, Washington State Bar Association, 1992

Program Co-Chair, "Trial Practice Seminar," King County Bar Association, 1991

"Civil Service Protections for Police Officers," Washington State Council of Police Officers, October 12, 1989

"Contractual Liability of Companies and Individuals," International Television Association, Seattle Chapter, Legal Workshop, April 19, 1989

*Note on Meier and Meier*, 595 P.2d 474 (1979), 1986 Canadian-American Law Journal





# AMY N. L. HANSON

## CONTACT INFO

1201 Third Avenue, Suite 3200

Seattle, WA 98101

(206) 623-1900

ahanson@kellerrohrback.com

## PRACTICE EMPHASIS

• Antitrust & Trade Regulation

• Consumer & Data Privacy
  Protection

• Employee Benefits &
  Retirement Security

• Mass Personal Injury

## EDUCATION

**University of Minnesota**

B.A., *summa cum laude*, 1995,
Economics and Political Science

**University of Wisconsin Law
School**

J.D., 1998

**Amy Hanson helps her clients work past disputes so they can refocus on personal and business goals.** As a member of Keller Rohrback's nationally recognized Complex Litigation Group, Amy's practice is focused on class action and other complex litigation. Amy is a practical problem-solver who enjoys rolling up her sleeves to obtain evidence and achieve solutions. She became interested in complex litigation because she wanted to help level the playing field for hard-working people and small businesses that were similarly harmed by large businesses and groups of businesses acting together. In her more than 17 years as a litigator Amy has represented patients who experienced serious medical problems after consuming prescription drugs, small business owners who challenged alleged nationwide price fixing conspiracies, employees who challenged the prudence of allowing their employers' 401(k) plans to hold and acquire company stock and employees who challenged the reasonableness of their employers' data security practices.

Prior to joining Keller Rohrback, Amy was a Student Advocate at the University of Wisconsin Law School's Consumer Litigation Clinic and a judicial law clerk intern for Judge Deininger at the State of Wisconsin Court of Appeals. She is currently honored to serve on the Vioxx Consumer Purchase Claims Subcommittee of the Plaintiffs' Steering Committee in *In re: Vioxx Prods. Liab. Litig.*, MDL No. 1657 (E.D.La.) and the WSAJ Consumer Protection Section Deskbook Editorial Board.

## BAR & COURT ADMISSIONS

1998, Wisconsin

1998, Washington

1998, U.S. District Court for the Western District of Washington

2000, U.S. District Court for the Eastern District of Washington

2003, U.S. Court of Appeals for the Ninth Circuit

2005, U.S. District Court for the Eastern District of Michigan

## PROFESSIONAL & CIVIC INVOLVEMENT

American Association for Justice, *Member*

American Bar Association, *Member*

King County Bar Association, *Member*

Washington State Association for Justice, *Member*

Washington State Bar Association, *Member*

## HONORS & AWARDS

Named to Washington Super Lawyers list, 2016

## PUBLICATIONS & PRESENTATIONS

Co-author, *Handbook for Washington Seniors: Legal Rights and Resources*, Legal Voice (Oct. 15, 2012).



# KELLER ROHRBACK

L A W   O F F I C E S   ◆   L. L. P.



## KASH KARMAND

### CONTACT INFO

1129 State Street, Suite 8

Santa Barbara, CA 93101

(805) 456-1496

kkarmand@kellerrohrback.com

### PRACTICE EMPHASIS

- Class Actions
- Consumer Protection
- Employee Benefits and Retirement Security
- Fiduciary Breach
- Financial Products and Services
- Mass Personal Injury
- Securities

### EDUCATION

**University of California, Riverside**

B.A., *cum laude*, History and Political Science, 2007

**University of California, Hastings College of the Law**

J.D., 2011

**Kash Karmand focuses his practice on complex litigation matters with an emphasis on class action and multidistrict litigation.** Kash practices in Keller Rohrback's Santa Barbara office and is a member of the firm's nationally recognized Complex Litigation Group.

Kash has experience handling a wide range of high-stakes disputes involving claims for breach of contract, breach of fiduciary duty, consumer fraud, employee benefits, false or misleading advertising, products liability, securities fraud, and violations of state and federal consumer protection and unfair business practices statutes. He has litigated cases in courts across the country involving a multitude of industries, including the consumer products, financial services, food and beverage, health care, and pharmaceuticals industries.

Kash is experienced in all phases of litigation, including fact and expert discovery, motions practice, trial preparation, and trial. He has significant experience researching and drafting successful motions and briefs, such as motions for class certification, motions for summary judgment, and Daubert motions.

During law school, Kash served as an extern to the Honorable Maria-Elena James in the U.S. District Court for the Northern District of California and a law clerk to California's Chief Assistant Attorney General David Chaney (ret.). He also interned in the legal department of a Fortune 200 company in San Francisco where he worked on business and employment disputes and regulatory matters.

Kash's competitive side shines in his legal practice as well as outside of work. He enjoys playing and watching sports and is a passionate fan of the Houston Rockets and Oakland Raiders.

## BAR & COURT ADMISSIONS

2011, California

2013, Minnesota

2014, District of Columbia

## PROFESSIONAL & CIVIC INVOLVEMENT

State Bar of California, *Member*

Los Angeles County Bar Association, *Member*

California Minority Counsel Program, *Member*

Bar of the State of Minnesota, *Member*

District of Columbia Bar, *Member*





## DEAN KAWAMOTO

### CONTACT INFO

1201 Third Avenue, Suite 3200

Seattle, WA 98101

(206) 623-1900

dkawamoto@KellerRohrback.com

### PRACTICE EMPHASIS

• Class Actions

• Environmental Litigation

• Financial Products & Services

• Institutional Investors

• Mortgage Put-Back Litigation

• Securities

### EDUCATION

**University of California at Berkeley**

B.A., History and Biology, *High Distinction,* 1998

**Yale Law School**

J.D., 2003

**University of Cambridge (UK)**

LL.M., International Law, *First Class Honors,* 2007

**Dean Kawamoto understands complex cases.** Dean practices in the firm's nationally recognized Complex Litigation Group with a focus on financial services and securities law. His experience with complicated financial transactions, sophisticated institutional clients, and large-scale discovery makes him highly qualified to litigate high-stakes cases involving complex issues and significant damages.

Dean is currently part of the litigation team representing several of the Federal Home Loan Banks in litigation against dozens of issuers, underwriters, and sponsors of private label mortgage-backed securities worth $13 billion. He was also part of the trial team that successfully objected to the $8.5 billion settlement between Bank of New York Mellon and Bank of America over Countrywide's massive mortgage liabilities. The argument developed and presented by Keller Rohrback during the course of the trial was the only objection sustained to the settlement.  Dean also represents institutional investors in connection with litigation over LIBOR. In addition to financial services and securities litigation, Dean has experience litigating cases involving consumer protection, product liability, environmental law, professional liability, and the First Amendment.

Prior to joining the firm, Dean practiced with Boies, Schiller & Flexner in Washington, D.C., and Munger, Tolles & Olson in Los Angeles. He also served as a clerk for the Honorable Wm. Matthew Byrne, U.S. District Judge for the Central District of California, and was previously a Professional Staff Member on the U.S. Senate Committee on Environment and Public Works and a Legislative Aide to Senator Lincoln D. Chafee of Rhode Island.

## BAR & COURT ADMISSIONS

2004, California

2009, District of Columbia

2011, Washington

2004, U.S. District Court for the Central District of California

2015, U.S. District Court for the Northern District of California

2015, U.S. District Court for the Eastern District of California

2015, U.S. District Court for the Western District of Washington

## PROFESSIONAL & CIVIC INVOLVEMENT

Washington State Bar Association, *Member*

State Bar of California, *Member*

District of Columbia Bar, *Member*

American Bar Association, *Member*

## HONORS & AWARDS

Selected to Rising Stars list in Super Lawyers – Washington, 2014-2015

Recipient of the Clifford Chance C.J. Hamson Prize for thesis on class actions

John Gardner Public Service Fellow

Recipient of the Departmental Citation for Integrative Biology (awarded to the top graduate in the major)





## RON KILGARD

### CONTACT INFO

3101 North Central Avenue, Suite 1400

Phoenix, AZ 85012

(602) 248-0088

rkilgard@KellerRohrback.com

### PRACTICE EMPHASIS

- Appeals
- Class Action
- Constitutional Law
- Employee Benefits and Retirement Security
- Fiduciary Breach
- Financial Products and Services

### EDUCATION

**Harvard College** B.A., 1973, History

**Harvard Divinity School** M.T.S., 1975, Old Testament

**Arizona State University College of Law** J.D., 1979, Editor-in-Chief, *Arizona State Law Journal*, Armstrong Award (outstanding graduate)

**Ron Kilgard is a seasoned lawyer who understands that yesterday's rule changes are just as important as the landmark cases decided decades ago.** Ron has 35 years of experience in civil litigation. He knows that the substantive law changes slowly (at least most of the time!). However, the relevant rules and judges' individual practices change almost daily, and they vary enormously from jurisdiction to jurisdiction and judge to judge. Balancing all of this is, for Ron, one of the many challenges and pleasures of law practice.

Ron's practice is focused primarily on commercial and financial matters. For the last 15 years, he has extensively litigated pension plan class actions, involving both plans regulated by the Employee Retirement Income Security Act ("ERISA") and non-ERISA plans such as public plans and so-called "church plans." Ron helped Keller Rohrback pioneer company stock ERISA litigation in the late 1990s and early 2000s. More recently, Ron was part of the team that obtained settlements of over $265 million (in cash) in the Enron 401(k) litigation. In 2012, Ron was selected for inclusion in Best Lawyers in America (19th ed.) for ERISA practice. Ron is currently class counsel in a case on behalf of all sitting state court, general jurisdiction, judges in Arizona, Hall v. Elected Officials' Retirement Plan.

Ron is a Phoenix native. He began law practice with Martori, Meyer, Hendricks & Victor, P.A., clerked for the Honorable Mary M. Schroeder, U. S. Court of Appeals for the Ninth Circuit and ,in 1995, was one of the founders of Dalton Gotto Samson & Kilgard, P.L.C. He joined most of the Dalton Gotto lawyers in forming the Phoenix affiliate of Keller Rohrback L.L.P. in November 2002.

When not practicing law, he enjoys spending time with his wife and children and reading on the porch with his Golden Retriever.

## BAR & COURT ADMISSIONS

1979, Arizona

2009, District of Columbia

2011, New York

## HONORS & AWARDS

Best Lawyers in America (19th ed.) – ERISA practice.

## PROFESSIONAL & CIVIC INVOLVEMENT

State Bar of Arizona, Member

District of Columbia Bar, Member

New York State Bar Association, Member



## PUBLICATIONS & PRESENTATIONS

Speaker, ABA Seminar, After Enron, 2006

Speaker, Chicago Bar Association, Company Stock Litigation, 2006

Speaker, West LegalWorks ERISA Litigation Conference, 2007

Speaker, National Center for Employee Ownership, *Fiduciary Implications of Company Stock Lawsuits*, 2012 and 2013

Speaker, American Conference Institute, *New Developments in Church Plan Litigation*, 2015





# DAVID KO

## CONTACT INFO

1201 Third Avenue, Suite 3200

Seattle, WA 98101

(206) 623-1900

dko@KellerRohrback.com

## PRACTICE EMPHASIS

- Class Actions
- Consumer Protection
- Employee Benefits and Retirement Security
- Securities

## EDUCATION

**University of Washington**

B.A., 2002, History and Political Science

**Seattle University School of Law**

J.D., *cum laude,* 2006; National Order of Barristers

**University of Washington School of Law**

LL.M., 2007 Taxation

**David practices in the firm's nationally recognized Complex Litigation Group** where he represents individuals, ESOPs, retirement plans, and institutional investors in federal and state courts across the country. David has experience in all phases of litigation, and focuses on cases involving investment mismanagement, consumer protection violations, breaches of fiduciary duty under ERISA, and securities violations. He has made substantial contributions to several multimillion dollar settlements, including in cases against Fremont General Corp., Intelius, Inc., Sitrick and Co., and Tharaldson Motels, Inc.

David was also part of the trial team that objected to a proposed $8.5 billion settlement brought by the Bank of New York Mellon in an effort to resolve Bank of America's liability arising out of Countrywide's issuance of mortgage-backed securities. The arguments raised by Keller Rohrback in an eight week trial in New York Supreme Court were the only objections sustained by the Court.

Prior to joining the firm, David completed a two year clerkship for the Honorable Ricardo S. Martinez, U.S. District Judge in the Western District of Washington.

David is past President of the Korean American Bar Association of Washington, and is also a 2014 Fellow of the Washington Leadership Institute.

## BAR & COURT ADMISSIONS

2006, Washington

2010, U.S. District Court for the Western District of Washington

2010, U.S. District Court for North Dakota

2011, U.S. Court of Appeals for the Ninth Circuit

## PROFESSIONAL & CIVIC INVOLVEMENT

Washington State Bar Association, *Member*

King County Bar Association, *Member*

Korean American Bar Association, *Board Member*

Asian American Bar Association, *Member*





# CARI CAMPEN LAUFENBERG

## CONTACT INFO

1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900
claufenberg@KellerRohrback.com

## PRACTICE EMPHASIS

- Antitrust & Trade Regulation
- Appeals
- Class Actions
- Consumer & Data Privacy Protection
- Employee Benefits & Retirement Security
- Fiduciary Breach
- Financial Products & Services

## EDUCATION

**University of California, San Diego**
B.A., 1993, Art History

**University of Washington**
M.A., 1998, Public Administration

**University of Washington School of Law**
J.D., 2003

**Cari Laufenberg keeps client goals in focus.** As a member of Keller Rohrback's nationally recognized Complex Litigation Group, Cari is involved in representing plaintiffs in federal courts across the United States. She represents individuals and institutions in class action litigation involving breach of fiduciary duty, identity theft and privacy, investment fraud and mismanagement, retirement plan litigation and consumer protection.  Cari's background in nonprofit management and public administration makes her skilled at organizing and strategizing complex cases to achieve short-term goals and long-term successes.

Cari regularly counsels and represents consumers, employees and businesses who have suffered harm resulting from the improper disclosure of proprietary, personal, health and other protected information. She has litigated fiduciary breach issues for over 10 years and has played a key role in many of the firm's large and complex fiduciary breach cases, including a $90 million settlement against Anthem Inc. in a case alleging fiduciary breach related to Anthem Insurance's demutualization of membership interests. Cari has also successfully litigated alleged violations of the Employee Retirement Income Security Act ("ERISA"), with multi-million dollar settlements against companies including Countrywide Financial Corp., Marsh & McLennan Companies, Inc., and Williams Companies, Inc.

Prior to joining Keller Rohrback in 2003, Cari served as a judicial extern for Judge Barbara Jacobs Rothstein of the U.S. District Court for the Western District of Washington. Cari loves living in the Pacific Northwest and enjoys spending time outdoors with her family and friends.

## BAR & COURT ADMISSIONS

2003, Washington

2004, U.S. District Court for the Western District of Washington

2006, U.S. District Court for the Eastern District of Michigan

2006, U.S. Court of Appeals for the Eleventh Circuit

2011, U.S. Court of Appeals for the Seventh Circuit

2013, U.S. Court of Appeals for the Eighth Circuit

## HONORS & AWARDS

Selected to Rising Starts list in *Super Lawyers - Washington*, 2008-2009, 2011

King County Washington Women Lawyers Chapter Member of the Year, 2005

---

SEATTLE ◆ OAKLAND ◆ NEW YORK ◆ PHOENIX ◆ SANTA BARBARA ◆ RONAN
800-776-6044 | info@kellerrohrback.com | www.krcomplexlit.com



## PROFESSIONAL & CIVIC INVOLVEMENT

King County Bar Association, *Member*

Washington State Bar Association, *Member*

American Bar Association, *Member*

King County Washington Women Lawyers, *Member*; Member of the Board of Directors (2003-2005)

Washington Women Lawyers, *Member*

William L. Dwyer Inn of Court, *Founding Student Member* (2002-2003)

Federal Bar Association, *Member*

American Association for Justice, *Member*

Washington State Association for Justice, *Member*

Northwest Immigrant Rights Project, *Volunteer Attorney*

National Association for Public Pension Attorneys, *Member*





# ELIZABETH LELAND

## CONTACT INFO

1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900
bleland@KellerRohrback.com

## PRACTICE EMPHASIS

• Class Actions
• Consumer Protection
• Employee Benefits & Retirement Security
• Fiduciary Breach
• Financial Products & Services
• Institutional Investors
• Securities

## EDUCATION

**University of Washington**

B.A., 1989, Business Administration with double concentration in Finance and Business Economics

**University of Puget Sound School of Law**

J.D., *cum laude,* 1993

**Beth Leland pays attention to the details.** As a longtime member of the firm's Complex Litigation Group, Beth prides herself on crafting creative arguments to plead cases in her clients' best interests. She also strives to be on the forefront of technological innovation, managing electronic discovery in complex cases to increase accuracy and efficiency in order to maximize benefits to her clients, while minimizing client discovery burdens and costs. Beth has nearly twenty years of experience litigating complex cases arising from investment fraud at both the trial and appellate levels and has also gained experience in consumer protection, mass tort, and antitrust litigation. Notable cases include mortgage-backed securities litigation on behalf of the Federal Home loan Banks of Boston, Chicago, and Indianapolis.  She has also played a key role in numerous cases resulting in multi-million dollar settlements, including against Anicom Inc., Apple, Inc., Dynegy Inc., IKON Office Solutions, Merrill Lynch & Co., United Companies Financial Corp., and Xerox Corporation.

Beth has spoken at conferences and as a guest lecturer at the Seattle University School of Law.

Before joining Keller Rohrback in 1998, Beth spent several years in general civil practice in the Seattle area. Outside of work, Beth can be found skiing, spending time with friends, or cheering on her favorite team at Husky Stadium.

## BAR & COURT ADMISSIONS

1993, Washington

1994, U. S. District Court for the Western District of Washington

1998, U.S. Court of Appeals for the Ninth Circuit

2003, U.S. Court of Appeals for the Eleventh Circuit

2003, U.S. Court of Appeals for the Fifth Circuit

2005, U.S. Court of Appeals for the Seventh Circuit

2009, U.S. District Court for the Eastern District of Michigan

2010, U.S. Court of Appeals for the Fourth Circuit

## PROFESSIONAL & CIVIC INVOLVEMENT

King County Bar Association, *Member*

Washington State Bar Association, *Member*; Antitrust, Consumer Protection & Unfair Business Practices Section; Labor & Employment Section; and Litigation Sections

American Bar Association, *Member*; Antitrust and Litigation Section



## PROFESSIONAL & CIVIC INVOLVEMENT (CONT)

Washington Women Lawyers, *Member*

King County Washington Women Lawyers, *Member*

University of Washington Alumni Association, *Member*

Seattle University School of Law Alumni Association, *Member*

King County Bar Association Housing Justice Project, 1999-2003, *Volunteer Attorney*

Gilda's Club, *Volunteer*

King County Bar Association, *Member*

Washington State Bar Association, *Member*; Antitrust, Consumer Protection & Unfair Business Practices, Labor & Employment, and Litigation sections

American Bar Association, *Member*; Antitrust and Litigation sections

King County Bar Association, *Member*

Washington State Bar Association, *Member*; Antitrust, Consumer Protection & Unfair

Business Practices, Labor & Employment, and Litigation sections American Bar Association, *Member*; Antitrust and Litigation sections





## JEFFREY LEWIS

### CONTACT INFO

300 Lakeside Drive, Suite 1000

Oakland, California 94612

510.463.3900

jlewis@kellerrohrback.com

### PRACTICE EMPHASIS

- Employee Benefits and Retirement Security
- Complex Litigation
- Employment Litigation
- Private Judge, Mediator, Special Master

### EDUCATION

**Yale University**

B.A., 1970

**University of California at Berkeley School of Law**

Order of the Coif – J.D., 1975

**Jeffrey Lewis has specialized in ERISA and employee benefits law since 1975.** He has successfully litigated individual, group, and class action claims on behalf of hundreds of thousands of employees, retirees, and the disabled. He was a founding partner of Lewis, Feinberg, Lee & Jackson, one of the first firms in the nation to specialize in ERISA litigation on behalf of plaintiffs. Among his major successes was serving as one of appointed counsel for employees of WorldCom, Inc. in a class action which resulted in a settlement that paid more than $47 million to participants in WorldCom's 401(k) plan. Mr. Lewis serves as a mediator both for the U.S. District Court for the Northern District of California and privately, and has served as an arbitrator and expert witness in ERISA cases. He has also advised employee groups and benefit plan fiduciaries.

In addition to his litigation and advisory activities throughout the U.S., Mr. Lewis has testified before Congressional committees regarding pension issues, serves as one of the Co-Chairs of the Senior Board of Editors of the Employee Benefits Law treatise, teaches employee benefits law at the University of California at Berkeley School of Law, and also has taught pension law courses at several other law schools.

## BAR & COURT ADMISSIONS

1975, California

## PROFESSIONAL & CIVIC INVOLVEMENT

Elected as a charter fellow of the College of Employee Benefits Counsel, Board of Governors

American Bar Association, Member, Labor & Employment Section, Former Plaintiff Co-Chair of the Employee Benefits Committee

AC Transit Retirement Board, Chair, Board of Trustees

Goodyear Retiree Health Care Trust, Member of the Plan Committee

National Employment Lawyers Association, Member of the Amicus Committee

## HONORS & AWARDS

Super Lawyers List, Super Lawyers magazine, 2005-2015

Top 100 Lawyers in Northern California, Super Lawyers magazine, 2010-2015

Top Attorney for ERISA Plaintiffs in the San Francisco Bar Area, The Recorder

Forty Top Benefits Attorneys, The National Law Journal, 1998



## PUBLICATIONS & PRESENTATIONS

Co-Chair of the Board of Senior Editors of Lewis, et al., Employee Benefits Law (3d ed. BNA)

Former editor of the Discrimination Claims Under ERISA chapter of Employee Rights Litigation: Pleading and Practice (Matthew Bender, 1991)

Frequent speaker on ERISA topics such as preemption, fiduciary duty, and benefit claims at seminars sponsored by the American Bar Association, the Bureau of National Affairs, the National Employment Lawyers Association (NELA), and other organizations.





# TANA LIN

## CONTACT INFO

1201 Third Avenue, Suite 3200

Seattle, WA 98101

(206) 623-1900

tlin@KellerRohrback.com

## PRACTICE EMPHASIS

• Antitrust & Trade Regulation

• Class Actions

• Consumer Protection

• Employment Law

• Fiduciary Breach

• Mutual Fund Excessive Fees

## EDUCATION

**Cornell University**

A.B., *with distinction*, 1988, Government

**New York University School of Law**

J.D., 1991, Root-Tilden-Snow Scholar

**Tana Lin fights hard for her clients,** building cases that are legally and factually compelling. Tana has 25 years of litigation experience in civil and criminal matters in state and federal courts throughout the country. She is a member of the firm's nationally recognized Complex Litigation Group.

Tana joined Keller Rohrback in 2004 after practicing as a civil rights and criminal defense attorney. She began her legal career as a trial attorney with the Public Defender Service for the District of Columbia, the preeminent public defender office in the country, where she handled cases at the trial level and argued appellate cases before the District of Columbia Court of Appeals.

Tana then joined the Employment Litigation Section of the Civil Rights Division of the U.S. Department of Justice and, subsequently, the Chicago District Office of the U.S. Equal Employment Opportunity Commission where she enforced federal discrimination laws across the country. She has investigated and prosecuted employment discrimination cases against large governmental entities such as the Louisiana State Police and private corporations such as Wal-Mart. She also served as the Litigation coordinator for the Michigan Poverty Law Program, developing statewide projects to address issues facing the underprivileged and crafting creative solutions by developing partnerships with interested stakeholders.

At Keller Rohrback, Tana has achieved significant settlements for her clients. She has won landmark victories for shareholders of mutual funds in suits alleging breaches of fiduciary duty by investment advisors in violation of the Investment Company Act. She has protected the retirement funds of employees whose employers breached their fiduciary duties in violation of the Employee Retirement Income Security Act (ERISA). Tana has also stood up for workers who had been denied their proper wages and overtime payments. Tana was recently part of the trial team representing 20,000 Detroit nurses alleging an antitrust conspiracy by healthcare providers to depress compensation levels. This extraordinary case settled on the eve of trial. In total, Tana played an essential role in recovering almost $90 million on behalf of affected Detroit nurses.

Tana's wide ranging experience helps her quickly grasp what issues will dictate a case's outcome, and she works tirelessly to see that her clients obtain the best result available.

# BAR & COURT ADMISSIONS

1991, District of Columbia

2000, Illinois

2001, Michigan

2004, Washington

# HONORS & AWARDS

Named to Washington Super Lawyers list, 2012, 2014 - 2016

U.S. Department of Justice Special Achievement Award, 1997



# KELLER ROHRBACK
LAW OFFICES ◆ L.L.P.

## PROFESSIONAL & CIVIC INVOLVEMENT

ACLU of Washington: Board of Directors, 2016; *Legal Committee,* 2015-present

American Association for Justice, *Member*

American Bar Association, *Member*

Asian Bar Association of Washington, *Member,* 2006-present; *Board of Directors,* 2010-2012

Joint Asian Judicial Evaluation Committee, *Member,* 2006-2008, 2011-2013, 2015-present; *Chairperson,* 2010

King County Bar Association, *Member*

Lawyers Fostering Independence Program, *Volunteer Attorney,* 2008-present

Mother Attorneys Mentoring Association (MAMAS), *Founding Member*

National Employment Lawyers Association, *Member*

Washington State Bar Association, *Member*

Washington State Association for Justice, *Member*

## PUBLICATIONS & PRESENTATIONS

Presenter, Women Antitrust Plaintiffs' Attorneys Networking Event, Minneapolis, MN, *How to Prepare for the Big Event: Trial (The Last 90 Days*), Oct. 2010.

Faculty, Trial Advocacy College, National Legal Aid and Defender Association, Philadelphia, PA, July 2005.

Tana Lin, *Recovering Attorney's Fees under the Individuals With Disabilities Education Act,* West's Education Law Reporter, 180 Ed.LawRep. 1 (2003).

Civil Track Plenary Panelist, National Legal Aid and Defender Annual Conference, Seattle, WA, *Navigating the Crossroads of Change: Where Do We Go from Here?,* Nov. 2003.

Presenter, National Legal Aid and Defender Annual Conference, Seattle, WA, Holistic Advocacy for Youth: Addressing the Basic Needs of Children Through Civil, Criminal and Community Collaborations, Nov. 2003.

Presenter, National Legal Aid and Defender Annual Conference, Seattle, WA, Civil and Criminal Strategies for Protecting Clients Accused of Food Stamp Fraud, Nov. 2003.

Lead Trainer, Negotiation Skills Training, Committee on Regional Training, Ann Arbor, MI, Oct. 2003.

Faculty and Lecturer, Trial Advocacy Training for Legal Aid Attorneys, National Legal Aid and Defender Association, Los Angeles, CA, July 2003.

Trainer, Basic Lawyering Skills Training, Committee on Regional Training, Ann Arbor, MI, Dec. 2002.





## DEREK LOESER

### CONTACT INFO

1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 224-7562
dloeser@KellerRohrback.com

### PRACTICE EMPHASIS

- Antitrust & Trade Regulation
- Appeals
- Class Action & Consumer Litigation
- Employee Benefits & Retirement Security
- Employment Law
- Environmental Litigation
- Fiduciary Breach
- Financial Products & Services
- Institutional Investors
- Mortgage Put-Back Litigation
- Securities Fraud
- Whistleblower

**Derek Loeser is a senior member of Keller Rohrback's nationally recognized Complex Litigation Group** and a member of the firm's Executive Committee. He maintains a national practice prosecuting class action and large scale individual cases, including corporate fraud and misconduct, securities, Employee Retirement Income Security Act ("ERISA"), breach of fiduciary duty, and investment mismanagement cases.  Derek has served as lead and co-lead counsel in large, complex cases in both state and federal courts around the country.

Derek has been a plaintiffs' attorney for over twenty years. He has a passion for taking on large corporations and holding them accountable for wrongdoing. Through all stages of litigation, including trial, he has helped recover over a billion dollars for institutions, retirement plans, retirees, employees, and consumers. Notable cases include mortgage-backed securities cases on behalf of the Federal Home Loan Banks of Chicago, Indianapolis and Boston, and ERISA class cases representing employees in cases against Enron, WorldCom, Countrywide, and Washington Mutual, among others.  Many of Derek's cases have required coordinating with state and federal agencies involved in litigation that parallels cases pursued by Keller Rohrback, including states attorneys general, the Department of Justice, and the Department of Labor. In addition, Derek has extensive experience negotiating complex, multi-party settlements, and coordinating with the many parties and counsel necessary to accomplish this.

Before joining Keller Rohrback, Derek served as a law clerk for the Honorable Michael R. Hogan, U.S. District Court for the District of Oregon, and was a trial attorney in the Employment Litigation Section of the Civil Rights Division of the U.S. Department of Justice in Washington, D.C., where he prosecuted individual and class action employment discrimination cases. He is a frequent speaker at national conferences on class actions, ERISA and other complex litigation topics.

## EDUCATION

**Middlebury College**

B.A., summa cum laude, 1989, American Literature (higheset department honors), Stolley-Ryan American Literature Prize, Phi Beta Kappa

**University of Washington School of Law**

J.D., with honors, 1994



## HONORS & AWARDS

U.S. Department of Justice Honors Program Hire, 1994

U.S. Department of Justice Award for Public Service, 1996

U.S. Department of Justice Achievement Award, 1996

Selected to Rising Stars list in Super Lawyers - Washington, 2005-2007

Selected to Super Lawyers list in Super Lawyers - Washington, 2007-2012, 2014-2015

Recipient of the 2010 Burton Award for Legal Achievement for the article, *The Continuing Applicability of Rule 23(b)(1) to ERISA Actions for Breach of Fiduciary Duty, Pension & Benefits Reporter*, Bureau of National Affairs, Inc. (Sept. 1, 2009).

## BAR & COURT ADMISSIONS

1994, Washington

1998, U.S. District Court for the Western District of Washington

1998, U.S. District Court for the Eastern District of Washington

1998, U.S. Court of Appeals for the Ninth Circuit

2002, U.S. District Court for the Eastern District of Michigan

2004, U.S. District Court for the Northern District of Illinois

2006, U.S. Court of Appeals for the Eleventh Circuit

2013, U.S. Court of Appeals for the Second Circuit

2008, U.S. Court of Appeals for the Eighth Circuit

2010, U.S. Court of Appeals for the Fourth Circuit

2010, United States Supreme Court

2012, U.S. Court of Appeals for the Third Circuit

2014, U.S. Court of Appeals for the First Circuit

## PUBLICATIONS & PRESENTATIONS

Derek W. Loeser, *The Legal, Ethical, and Practical Implications of Noncompetition Clauses: What Physicians Should Know Before They Sign*, J.L. Med. & Ethics, Vol. 31:2 (2003).

Derek W. Loeser & Benjamin B. Gould, *Point/Counterpoint: Is Rule 23(b)(1) Still Applicable to ERISA Class Actions?*, ERISA Compliance and Enforcement Library of the Bureau of National Affairs, Inc. (May 1, 2009).

Derek W. Loeser & Benjamin B. Gould, *The Continuing Applicability of Rule 23(b)(1) to ERISA Actions for Breach of Fiduciary Duty*, Pension & Benefits Reporter, Bureau of National Affairs, Inc. (Sept. 1, 2009).

Speaker, 22nd Annual ERISA Litigation Conference, Las Vegas, NV, Oct. 2009.

Speaker, 22nd Annual ERISA Litigation Conference, New York, NY, Nov. 2009.

Speaker, ABA Mid-Winter Meeting, San Antonio, TX, 2010.

Derek W. Loeser & Erin M. Riley, *The Case Against the Presumption of Prudence*, Pension & Benefits Daily, Bureau of National Affairs, Inc. (Sept. 10, 2010).

Derek W. Loeser, Erin M. Riley & Benjamin B. Gould, 2010 *ERISA Employer Stock Cases: The Good, the Bad, and the In Between-Plaintiffs' Perspective*, Pension & Benefits Daily, Bureau of National Affairs, Inc. (Jan. 28, 2011).

Speaker, *Post-Certification: Motion Issues in Class Actions*, Litigating Class Actions, Seattle, WA, 2012.

Speaker, *Investment Litigation: Fees & Investments in Defined Contribution Plans*, ERISA Litigation, Washington, D.C., 2012.

Speaker, *Post-Certification Motion Practice in Class Actions*, Seattle, WA, June, 2014.

Speaker, *Fiduciary Challenges in a Low Return Environment*, Seattle, WA, December, 2014.

Speaker, *Class Action & Data Breach Litigation*, Santa Barbara, CA, March, 2016.

Panelist, Law Seminars International - *VW Diesel Emissions Litigation: A Case Study of the Interplay Between Government Regulatory Activity and Consumer Fraud Class Actions*, May 6, 2016.





# RYAN MCDEVITT

## CONTACT INFO

1201 Third Avenue, Suite 3200

Seattle, WA 98101

(206) 623-1900

rmcdevitt@KellerRohrback.com

## PRACTICE EMPHASIS

- Antitrust & Trade Regulation
- Class Action & Consumer Litigation
- Consumer & Data Privacy Protection
- Financial Products & Services
- Intellectual Property
- Securities

## EDUCATION

**Claremont McKenna College**

B.A., 2007, Government and Leadership Sequence, Departmental Honors in Government

**Columbia Law School**

J.D., 2010, Harlan Fiske Stone Honors Scholar

**Ryan McDevitt protects market participants.** Ryan is a member of Keller Rohrback's nationally recognized Complex Litigation Group. His practice focuses on ensuring fairness in the marketplace on behalf of investors, innovators, and consumers.

Ryan has experience litigating cases involving securities fraud and financial mismanagement, consumer protection and antitrust claims, intellectual property infringement, and federal labor law violations in state and federal courts across the country. He currently represents Volkswagen, Audi, and Porsche consumers in the high-profile Volkswagen "Clean Diesel" multi-district litigation; the Federal Home Loan Banks of Boston, Chicago, and Indianapolis against dozens of issuers, underwriters, and sponsors of private label mortgage-backed securities worth $13 billion; and putative classes of mortgage borrowers in cases relating to unfair and deceptive treatment by mortgage servicers and banks during and after the financial crisis. Ryan is also involved in complex intellectual property litigation, representing the Navajo Nation in a trademark suit involving Urban Outfitters' infringement of the NAVAJO trademark.

Before joining the firm, Ryan served as a law clerk in the Antitrust Division of the Washington State Attorney General where he worked on a multistate investigation concerning an international price-fixing conspiracy as well as on local Washington antitrust matters. In law school, he served as a research assistant to June Besek, chair of the ABA Copyright Task Force.

Outside of work, Ryan enjoys skiing, backpacking, travel and soccer.

## BAR & COURT ADMISSIONS

2010, Washington

2011, US District Court for the Western District of Washington

2012, US Court of Appeals for the Ninth Circuit

## PROFESSIONAL & CIVIC INVOLVEMENT

Washington State Bar Association, *Member*

King County Bar Association, *Member*

American Bar Association, *Member*

Seattle Academy of Arts & Sciences, *Alumni Board President, Board of Trustees Member Ex Officio*





## DANIEL MENSHER

### CONTACT INFO

1201 Third Avenue, Suite 3200
Seattle, WA 98101

(206) 623-1900

dmensher@KellerRohrback.com

### PRACTICE EMPHASIS

- Class Action & Consumer Litigation
- Consumer & Data Privacy Protection
- Environmental Litigation
- Mass Personal Injury
- Personal Injury & Wrongful Death

### EDUCATION

**Wesleyan University**

B.A., 1998, History

**University of Wisconsin**

M.S., 2002, Geography

**Lewis & Clark Law School**

J.D., *cum laude*, 2007, Environmental Law Certificate; Cornelius Honors Society; Articles Editor, *Environmental Law Review*

**Daniel Mensher translates thorough preparation into courtroom success.** Dan practices in Keller Rohrback's nationally recognized Complex Litigation Group with a focus on complex environmental and consumer protection litigation. He enjoys collaborating with his colleagues and clients to identify problems and find creative, convincing solutions.

Dan has litigated important environmental and consumer cases across the country in federal and state court. Before joining the firm, Dan was an environmental law professor at Lewis & Clark Law School in Portland, Oregon, where he also litigated cases involving toxic waste, water pollution, and natural resource management. He has sat on governmental advisory boards and helped to draft key environmental regulations in place today. Dan uses his passion and experience to protect our environment and the people and communities that rely on clean air, water, and products.

## BAR & COURT ADMISSIONS

2007, Oregon

2014, Washington

2008, U.S. Court of Appeals for the Ninth Circuit

2008, U.S. District Court for the District of Oregon

2010, U.S. Court of Appeals for the District of Columbia

2011, U.S. District Court for the District of Wisconsin

2014, U.S. District Court for the Eastern District of Washington

## PROFESSIONAL & CIVIC INVOLVEMENT

Oregon State Bar Association, *Member*

Washington State Bar Association, *Member*

Earthrise Law Center, Lewis & Clark Law School, *Advisory Council Member*

Northwest Environmental Defense Center, *Board Member*



## PUBLICATIONS & PRESENTATIONS

Speaker, Bridgeport Environmental Class Action Webinar, March 2016

Speaker, Harris Martin Porter Ranch Gas Leak Litigation Conference, "Testing of the Air Quality and Expert Witnesses for the Cases," 19 January 2016

Daniel P. Mensher, With Friends Like These…: The Trouble With Auer Deference, 43 Envtl. Law Rev. 4 (2013).

Speaker, Oregon Water Law Conference, November 7, 2013 (Addressing issues in Water Quality Trading)

Speaker, Northwest Environmental Conference and Tradeshow, December 11, 2013 (The Precautionary Principle in Environmental Law)

Speaker, RainOps Conference, 2013, Spokane, WA, Longview, WA (Clean Water Act stormwater regulation)

Presenter, Oregon State Bar Environmental and Natural Resources Committee annual Continuing Legal Education Program, 2013 (salmon issues in Oregon and the Pacific Northwest)

Speaker, Oregon State Bar brown bag CLE debate with Oregon DOJ assistant attorney general about the Supreme Court case Decker v. NEDC, 2012

Daniel P. Mensher, Common Law On Ice: Using Federal Nuisance Law to Address Global Warming, 37 Envtl. Law Rev. 2 (2007).

Chris Rycewicz and Dan Mensher, Growing State Authority Under the Clean Water Act, 22 Nat. Resources & Env't 2 (2007).





# IAN MENSHER

## CONTACT INFO

1201 Third Avenue, Suite 3200

Seattle, WA 98101

(206) 623-1900

imensher@KellerRohrback.com

## PRACTICE EMPHASIS

- Class Actions
- Employee Benefits & Retirement Security
- Fiduciary Breach
- Financial Products & Services
- Institutional Investors
- Securities

## EDUCATION

**Wesleyan University**

B.A., 2002, Romance Literatures (French & Italian), *Phi Beta Kappa*

**University of Washington**

J.D., 2007, Executive Comment Editor, Pacific Rim Law and Policy Journal

---

**Ian Mensher understands that different clients have different goals.** Ian practices in Keller Rohrback's nationally recognized Complex Litigation Group. He represents both institutional and individual investors in cases involving financial fraud and investment mismanagement. Ian provides frank and honest guidance that is tailored to meet the specific needs of his clients.

After graduating from the University of Washington School of Law, Ian clerked for the Honorable Jerome Farris on the Ninth Circuit Court of Appeals. Ian also clerked for the Honorable Marsha J. Pechman on the U.S. District Court for the Western District of Washington. Ian's rich experience in the federal court system brings a unique and important perspective to guide the important strategic decisions in litigation.

Ian is fluent in French and Italian. He is the president of the Keller Rohrback Cycling Team and spends much of his free time racing both on the road and at the velodrome.

## BAR & COURT ADMISSIONS

2007, Washington

2008, U.S. District Court for the Western District of Washington

2008, U.S. Court of Appeals for the Ninth Circuit

2013, U.S. District Court for the Eastern District of Washington

## PROFESSIONAL & CIVIC INVOLVEMENT

Washington State Bar Association, *Member*

King County Bar Association, *Member*

Federal Bar Association, *Member*

---





## MICHAEL W. MEREDITH

### CONTACT INFO

1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900
mmeredith@KellerRohrback.com

### PRACTICE EMPHASIS

• Complex litigation

### EDUCATION

**Whitman College**
BA, *magna cum laude,* 2008
**University of Washington School of Law**
JD, with honors, 2012

---

**Michael W. Meredith practices in Keller Rohrback L.L.P.'s section for complex litigation**, and presently focuses his practice on cases arising out of the foreclosure crisis in the United States including the servicing and securitization of mortgage loans.

Michael is a graduate of the University of Washington School of Law where he graduated with honors. Before joining KR, Michael clerked at the United States District Court for the Western District of Texas, and served as a staff attorney at the Washington Supreme Court.

He also held a number faculty positions at law schools in Washington and elsewhere, where his scholarly work focused on mortgage securitization and network economies.

## BAR & COURT ADMISSIONS

Washington, 2012

## PROFESSIONAL & CIVIC INVOLVEMENT

Central Washington University, Adjunct Professor

Law School Preparation Institute, Lecturer

Whitman College, Adjunct Professor, *Introduction to Communication & Public Speaking*

## PRESENTATIONS & PUBLICATIONS

Kevin V. Tu, Michael W. Meredith, *Rethinking Virtual Currency Regulation in the Bitcoin Age*, 90 Wash. L. Rev. 271 (2015)

Michael W. Meredith, *Four Legs to Stand on: The Unexplored Potential of Civil War Era "Qui Tam' Suits to Advance Animal Rights in the Federal Judiciary*, 4 Seattle J. Envtl. L. 187 (2014)

Mercy W. Buku, Michael W. Meredith, Safaricom and M-Pesa in Kenya: *Financial Inclusion and Financial Integrity*, 8 Wash. J.L. Tech. & Arts 375 (2013)

Michael W. Meredith, *Malaysia's World Trade Organization Challenge to the European Union's Renewable Energy Directive: An Economic Analysis,* 21 Pac. Rim L. & Pol'y J. 399 (2012)

Michael W. Meredith, *The Costs of Failed Private Regulation; Mortgage Electronic Registration Systems (MERS) as Case Study*, Law and Society Conference, Seattle, Washington (2015).

# KELLER
## ROHRBACK
L A W   O F F I C E S   ◆   L . L . P .



## GRETCHEN OBRIST

### CONTACT INFO

1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900
gobrist@KellerRohrback.com

### PRACTICE EMPHASIS

- Appeals
- Class Actions
- Consumer Protection
- Employee Benefits and Retirement Security
- Fiduciary Breach
- Financial Products and Services
- Whistleblower

### EDUCATION

**University of Nebraska - Lincoln**

 B.S. *with distinction,* 1999, Women's Studies, UNL Honors Program

**University of Nebraska - Lincoln, College of Law**

J.D., *with high distinction,* 2005, Order of the Coif, Editor-in-Chief, *Nebraska Law Review,* 2004-2005

**Gretchen Obrist provides her clients with a clear voice in complex cases.**
Gretchen is a member of Keller Rohrback's nationally recognized Complex Litigation group whose work as a dedicated advocate dates back nearly two decades to her role at a nonprofit organization focused on impact litigation. Gretchen works closely with clients to help them understand the processes of litigation and negotiation. Her hands-on approach to legal strategy helps her identify and achieve her clients' goals and right the wrongs they have experienced.

With her work as a law clerk and as a litigator, Gretchen has significant experience with a broad range of federal cases at all stages. Her nationwide practice focuses on Employee Retirement Income Security Act ("ERISA") fiduciary breach and prohibited transaction cases. Gretchen's work has helped curtail excessive and conflict-ridden fees in the multi-trillion dollar retirement savings industry and provide recourse to retirement plan participants and beneficiaries who have faced pension reductions, misrepresentations, and other unfair practices related to their retirement plan benefits. Gretchen's ERISA experience includes a successful appeal to the Eighth Circuit in Braden v. Wal-Mart Stores, Inc. reversing dismissal of the lead plaintiff's excessive fee case, significant contributions to cases challenging cash balance pension plan conversions by Washington Mutual and JPMorgan, and representation of the employees who lost nearly all of their ESOP savings with the collapse of Bear Stearns.

Gretchen's breadth of practice extends to consumer protection and financial fraud claims, civil rights issues, and qui tam relator representation. She has played a key role in class action and multi-district cases arising out of the collapse of the mortgage securities industry and the residential mortgage modification and foreclosure crisis, including several ERISA actions and a consumer MDL against JPMorgan Chase. Gretchen has made significant contributions to the firm's cases against other large companies, such as Procter & Gamble and Merrill Lynch.

Prior to joining Keller Rohrback, Gretchen served as a law clerk to the Honorable John C. Coughenour, U.S. District Judge for the Western District of Washington. Before obtaining her law degree, she worked at a public defender's office, the Nebraska Domestic Violence Sexual Assault Coalition, and the Nebraska Appleseed Center for Law in the Public Interest—where she recently was profiled for Nebraska Appleseed's 20th Anniversary celebration as an innovator in the organization's earliest days.

Gretchen is a Plaintiff Co-Chair of the ABA Employee Benefits Committee's Fiduciary Responsibility Subcommittee and a Chapter Editor for the ERISA treatise Employee Benefits Law (Jeffrey Lewis et al. eds., 3d ed. BNA 2012), whose 4th edition is forthcoming. She frequently speaks at conferences and CLEs, is quoted in pension-related publications, and has published a number of articles related to her practice areas.



## BAR & COURT ADMISSIONS

2005, Washington

2007, U.S. District Court for the Western District of Washington

2008, U.S. District Court for the Eastern District of Michigan

2008, U.S. Court of Appeals for the Eighth Circuit

2010, U.S. Court of Appeals for the Ninth Circuit

2011, U.S. District Court for the Eastern District of Washington

2011, U.S. Court of Appeals for the Second Circuit

2011, U.S. Court of Appeals for the Sixth Circuit

## PROFESSIONAL & CIVIC INVOLVEMENT

The William L. Dwyer American Inn of Court, *Member*

American Constitution Society, Puget Sound Lawyer Chapter, *Member*

King County Bar Association, *Member*

Washington State Bar Association, *Member*

American Bar Association, *Member*, Litigation/Labor and Employment Sections

## HONORS & AWARDS

Recipient of the 2004 Robert G. Simmons Law Practice Award (first place)

Theodore C. Sorensen Fellow, 2004-2005

National Association of Women Lawyers Outstanding Law Student Award, 2005

Selected to Rising Stars list in *Super Lawyers - Washington*, 2010

## PUBLICATIONS & PRESENTATIONS

Quoted in Jacklyn Wille, "Ninth Circuit Adopts Pro-Worker Pension Framework," Pension & Benefits Daily, Bloomberg BNA (Apr. 22, 2016) (www.bna.com).

Speaker, ABA Section of Labor and Employment Law, Employee Benefits Committee – Mid-Winter Meeting, Las Vegas, NV, 2016 (Will Class Actions Live After This Supreme Court Term?).

Quoted in Andrea L. Ben-Yosef, "Class Action Suits on Plan Fees Steam Ahead," Pension & Benefits Blog, Bloomberg BNA (Feb. 10, 2016) (www.bna.com).

Lynn L. Sarko, Erin M. Riley, and Gretchen S. Obrist, Brief for Law Professors as Amici Curiae in Support of the Petitioners, Tibble, et al. v. Edison International, et al., No. 13-550 (U.S. 2014).

Erin M. Riley and Gretchen S. Obrist, Contributors, "Attorneys Reflect on 40 Years of ERISA's Biggest Court Rulings" Pension & Benefits Daily, Bloomberg BNA, discussing CIGNA Corp. v. Amara, 131 S.Ct. 1866, 50 EBC 2569 (U.S. 2011) (95 PBD, 5/17/11; 38 BPR 990, 5/24/11) (BNA Sept. 9, 2014) (www.bna.com).

Erin M. Riley and Gretchen S. Obrist, "The Impact of Fifth Third Bancorp v. Dudenhoeffer: Finally, a Court Gets it Right!" Pension & Benefits Daily, Bloomberg BNA (154 PBD, 8/11/2014) (BNA Aug. 11, 2014) (www.bna.com).

Speaker, ABA Joint Committee on Employee Benefits – 24th Annual National Institute on ERISA Litigation, Chicago, IL, 2014 (Fiduciary Litigation: Disclosure & Investment; Ethical Considerations in ERISA Litigation).

Speaker, Western Pension & Benefits Council – 2014 Spring Seminar, Seattle, WA, 2014 (What's New in Fiduciary Litigation?).

Quoted in Jacklyn Wille, "High Court to Address Statute of Limitations for Suits Challenging Retirement Plan Fees," Pension & Benefits Daily, Bloomberg BNA (Oct. 3, 2014) (www.bna.com).

Quoted in Jacklyn Wille, "High Court Seeks Government View in Tibble; Limitations Period, Deference Level at Issue," Pension & Benefits Daily, Bloomberg BNA (Mar. 25, 2014) (www.bna.com).



## PUBLICATIONS & PRESENTATIONS CONT.

Speaker, ABA Joint Committee on Employee Benefits – 23rd Annual National Institute on ERISA Litigation, Chicago, IL, 2013 (Fiduciary Litigation Part 1: Disclosure & Investment; Fiduciary Litigation Part 2: Cutting Edge Issues).

Speaker, ABA Section of Labor and Employment Law, Employee Benefits Committee – Mid-Winter Meeting, Charleston, SC, 2013 (ERISA 408(b)(2) and 404(a) Disclosures and the Ongoing Fee Litigation).

Contributing Editor and Writer, Foreclosure Manual for Judges: A Reference Guide to Foreclosure Law in Washington State, A Resource by Washington Appleseed (2013).

Gretchen S. Obrist, "'Class of Plans' Actions Could Be Next Wave of ERISA Litigation, Gretchen Obrist Says," ERISA Litigation Tracker: Litigator Q&A, Bloomberg BNA (June 19, 2013) (www.bna.com).

Gretchen S. Obrist, "ERISA Fee Litigation: Overview of Developments in 2012 and What to Expect in 2013," Benefits Practitioners' Strategy Guide, Bloomberg BNA (Mar. 26, 2013) (www.bna.com).

Gretchen S. Obrist, "ERISA Fee Litigation: The Impact of New Disclosure Rules, and What's Next in Pending Cases," Pension & Benefits Daily, Bloomberg BNA (Feb. 21, 2013) (www.bna.com).

Speaker, ABA Section of Labor and Employment Law, Employee Benefits Committee – Mid-Winter Meeting, Savannah, GA, 2011 (Update on ERISA Fee Litigation and the Impact of the Regulations).

Gretchen S. Obrist, Note, The Nebraska Supreme Court Lets Its Probation Department Off the Hook in Bartunek v. State: "No Duty" as a Non-Response to Violence Against Women and Identifiable Victims, 83 Neb. L. Rev. 225 (2004).





## DAVID PREMINGER

### CONTACT INFO

1140 Avenue of the Americas, Ninth floor

New York, NY 10036

(646) 380-6690

dpreminger@KellerRohrback.com

### PRACTICE EMPHASIS

- Class Actions
- Employee Benefits & Retirement Security
- Fiduciary Breach

### EDUCATION

**Rutgers University**

B.A., 1969, Mathematics

**New York University School of Law**

J.D., 1972 New York

**David Preminger is a practiced advocate for employees, retirees, and beneficiaries.** The resident partner in the firm's Complex Litigation Group New York office, David focuses on Employee Retirement Income Security Act ("ERISA") fiduciary breach class action cases as well as individual benefit claims. He has been litigating ERISA cases for over 40 years, since the Act's passage in 1974. David has been the lead counsel or co-counsel on numerous ERISA cases alleging misconduct in connection with the investment of retirement plan assets, including Hartman et al. v. Ivy Asset Management et al., a case involving fiduciary breach related to Madoff investments that resulted in a $219 million settlement with consolidated cases. He has been involved in ERISA cases against Bear Stearns, Merrill Lynch, Colonial BancGroup and Marsh & McLennan resulting in multi-million dollar settlements on behalf of class members. David's familiarity with the changes to and nuances of ERISA law allows him to expertly and efficiently interpret the statute and regulations and analyze issues on behalf of his clients. He has handled over 100 trials and in addition to his ERISA experience has extensive experience litigating and negotiating antitrust, real estate, civil rights, family law, and general commercial and corporate matters.

Prior to joining Keller Rohrback, David was a partner at Rosen Preminger & Bloom LLP where his successes included the In re Masters Mates & Pilots Pension Plan and IRAP Litigation. He was previously a Supervisory Trial Attorney for the Equal Employment Opportunity Commission, a Senior Attorney with Legal Services for the Elderly Poor, and a Reginald Heber Smith Fellow with Brooklyn Legal Services. He is a charter fellow of the American College of Employee Benefits Counsel, a senior editor of Employee Benefits Law (Bloomberg BNA), and Chair of the Board of Mabou Mines, an experimental theater company in New York City, for the past 20 years.

## BAR & COURT ADMISSIONS

1973, New York

1973, U.S. District Court for the Eastern District of New York

1974, U.S. District Court for the Southern District of New York

1974, U.S. Court of Appeals for the Second Circuit

1976, United States Supreme Court

1991, U.S. District Court for the Western District of New York

1993, U.S. Court of Appeals for the Ninth Circuit

1995, U.S. District Court for the Northern District of New York

2001, U.S. Court of Appeals for the District of Columbia Circuit

2006, U.S. Court of Appeals for the Seventh Circuit

2010, U.S. Court of Appeals for the Fourth Circuit



## PROFESSIONAL & CIVIC INVOLVEMENT

The Association of the Bar of the City of New York, Member, Committee on Employee Benefits, 1993-1996; 1996-1999; 2002-2005; Committee on Legal Problems of the Aging, 1985-1988

New York State Bar Association, *Member*

American Bar Association, *former Co-Chair*, Fiduciary Responsibility Subcommittee; Committee on Employee Benefits , Labor and Employment Section; former Co-Chair, Subcommittee on ERISA Preemption and the Subcommittee on ERISA Reporting and Disclosure

American College of Employee Benefits Counsel, *Member and Charter Fellow*

## PUBLICATIONS & PRESENTATIONS

Mr. Preminger regularly speaks at conferences on ERISA and employee benefits litigation and has lectured at New York University School of Law, Saint John's University School of Law, and Rutgers University, and has testified before Congress on proposed amendments to ERISA and participated in New York State Attorney General's hearings on protection of pension benefits.

Senior Editor, Employee Benefits Law (BNA)

Preminger & Clancy, *Aspects of Federal Jurisdiction Under Sections 301(c)(5) and 302(e) of The Taft-Hartley Act – The "Sole and Exclusive Benefit Requirement,"* 4 Tex. S. U. L. Rev. 1 (1976).

David S. Preminger, E. Judson Jennings & John Alexander, *What Do You Get With the Gold Watch? An Analysis of the Employee Retirement Income Security Act of 1974*. 17 Ariz. L. Rev. 426 (1975).





## MATTHEW PREUSCH

### CONTACT INFO

1129 State Street, Suite 8

Santa Barbara, CA 93101

(805) 456-1496

mpreusch@kellerrohrback.com

### PRACTICE EMPHASIS

- Consumer & Data Privacy Protection
- Environmental Law

### EDUCATION

**Pomona College**

B.A., 2000, Politics, Philosophy, and Economics

**Lewis & Clark Law School**

J.D., magna cum laude, 2013, Environmental & Natural Resources Law Certificate

---

**Matthew Preusch practices in Keller Rohrback's nationally recognized Complex Litigation Group**. Before joining Keller Rohrback, Matthew served as an honors attorney in the Oregon Department of Justice's appellate and trial divisions. He was a judicial extern for the Hon. Michael W. Mosman in the District of Oregon during law school. Prior to his legal career, he spent ten years as a journalist in the Pacific Northwest, covering regional and national news for The Oregonian, The New York Times, and other publications.

## BAR & COURT ADMISSIONS

2014, California

2014, U.S. District Court for the Central District of California

2014, U.S. District Court for the Eastern District of California

2014, U.S. District Court for the Northern District of California

2014, U.S. District Court for the Southern District of California

2014, U.S. Court of Appeals for the Ninth Circuit

2013, Oregon

2013, U.S. District Court for the District of Oregon

## PROFESSIONAL & CIVIC INVOLVEMENT

Oregon State Bar Association, Environmental and Natural Resources Section, Case Notes Editor

Federal Bar Association, Member

## PRESENTATIONS & PUBLICATIONS

Panelist, Lewis and Clark Law School, Public Interest Law Project, " Cutting-Edge Bet the Company Mega Class Action CLE" February 2016

Speaker, Harris Martin Porter Ranch Gas Leak Litigation Conference, "Remedies," 19 January 2016

Don't Say, "No Comment": How To Ethically and Effectively Talk to Reporters, Santa Barbara County Bar Association (Sep. 16, 2015)

Oregon State Bar Environmental & Natural Resources Section Case Notes (July 2015)

Matthew Preusch, Tim Weaver, Yakama Tribes' Salmon Champion, Says His Goodbyes, The Oregonian (Jan. 1, 2010).

Matthew Preusch, DEQ to Help Polluter Seek Federal Break on Mercury Emission, The Oregonian (Aug. 19, 2009).

Matthew Preusch, Amid Forests Ashes, A Debate Over Logging Profits is Burning On, The New York Times (Apr. 15, 2004)

Panelist, Bridgeport Consumer Class Action Litigation Conference, "Current State of the Law on Ascertainability and Standing," January 2016

---





## JACOB RICHARDS

### CONTACT INFO

300 Lakeside Drive, Suite 1000
Oakland, California 94612

510.463.3900

jrichards@kellerrohrback.com

### PRACTICE EMPHASIS

• Employee Benefits and
  Retirement Security

• Complex Litigation

### EDUCATION

**San Francisco State University**

B.A., 2007

**University of California at
Berkeley School of Law**

Order of the Coif – J.D., 2010

**Jacob Richards joined Keller Rohrback as an associate attorney in 2015.**

Prior to joining the firm, he served as a law clerk to the Honorable Edward M. Chen of the United States District Court for the Northern District of California. From 2010 to 2012, he served as a law clerk for Administrative Law Judge Steven Berlin in the United States Department of Labor, where he focused on cases involving workers' compensation, wage and hour laws, and employee whistleblower protections.

Before attending law school, Mr. Richards worked for the Gay, Lesbian, Bisexual, Transgender Historical Society. He also served on the Transgender Law Center's Board of Directors from 2011 to 2012. During law school, he interned with the East Bay Community Law Center's Neighborhood Justice Clinic, where he represented homeless people charged with quality of life infractions. He also completed internships with the National Center for Lesbian Rights and the American Civil Liberties Union's LGBT & AIDS Project.

### BAR & COURT ADMISSIONS

2010, California

### PROFESSIONAL & CIVIC INVOLVEMENT

Transgender Law Center, Board of Directors 2011-2012 and 2014 to present

American Bar Association, Labor and Employment Section, Member

National Employment Lawyers Association (NELA, Member

Bay Area Lawyers for Individual Freedom (BALIF), the Bay Area's LGBT bar association, Member

Coalition on Homelessness Volunteer Citation Defense Attorney, Member Spring – Summer 2011

### HONORS & AWARDS

Super Lawyers List, Super Lawyers magazine, 2005-2015

Top 100 Lawyers in Northern California, Super Lawyers magazine, 2010-2015

Top Attorney for ERISA Plaintiffs in the San Francisco Bar Area, The Recorder

Forty Top Benefits Attorneys, The National Law Journal, 1998



## PUBLICATIONS & PRESENTATIONS

National Employment Lawyers Association Annual Convention, Los Angeles, June 22-25, 2016, "Advocating for the Rights of LGBT Employees" (panelist) (upcoming).

Joint Committee on Employee Benefits Government Invitational, Baltimore, March 31, 2016, "Transgender Benefits – What Needs to Be Provided and Current Developments" (co-moderator) (upcoming).

Colorado Plaintiff Employment Lawyers Association, Denver, March 14, 2016, "Advocating for the Rights of LGBT Employees" (co-presenter).

Midwinter Meeting of ABA Employee Benefits Committee, Las Vegas, February 11, 2016, "ACA's Expansive Nondiscrimination Provision and Transgender Benefits" (panelist).

Transgender Law Symposium, Chicago, August 7, 2015, Employment Law Panel (panelist).

Lavender Law: The LGBT Bar Annual Conference, Chicago, August 5/6, 2015, "Transgender Health Care Exclusions, Present and Future, Lavender Law Conference" (panelist).

"Sex Discrimination and Transgender Healthcare Coverage," Employee Benefits Committee Newsletter, Summer 2015 (ABA).

Welfare Plans, Chapter 1, "ERISA Litigation" (BNA 2015, 2016) (Chapter Editor 2015, 2016 updates).

National Transgender Health Summit, Oakland, California, April 18, 2015, "Beyond the Affordable Care Act: Using Litigation and Legal Advocacy as Strategies to Advance Transgender Health Access" (panelist).

"From One to Windsor: Sixty Years of the Movement for LGBT Rights," GP Solo, November/December 2014 (ABA).

Shaking the Foundations Conference, Stanford Law School, October 18, 2014. "Advocating for LGBTQ Workplace Equality" (panelist).

Doing Justice at Plaintiff Side Firms, U.C. Berkeley School of Law, February 25, 2014 (panelist).





## ERIN RILEY

### CONTACT INFO

1201 Third Avenue, Suite 3200

Seattle, WA 98101

(206) 623-1900

eriley@KellerRohrback.com

### PRACTICE EMPHASIS

- Appeals
- Class Actions
- Employee Benefits & Retirement Security
- Fiduciary Breach
- Financial Products and Services
- Securities

### EDUCATION

**Gonzaga University**

B.A., *cum laude,* 1992, French & History

**University of Wisconsin Law School**

J.D., *cum laude*, 2000, Wisconsin Law Review

**Erin Riley knows that strong relationships are key in complex cases.**
Erin was a summer associate at Keller Rohrback in 1999, and joined Keller Rohrback's complex litigation group in 2000.

Since the Fall of 2001, her practice has focused on representing employees and retirees in ERISA actions involving defined contribution, defined benefit, and health benefit plans. She has successfully litigated a number of ERISA breach of fiduciary duty cases including cases filed against Washington Mutual, Merrill Lynch and WorldCom. Erin has worked on ERISA-related articles and amicus briefs, and has spoken at ERISA-related conferences. She is the Plaintiffs' Co-Chair of the Civil Procedure Subcommittee for the ABA Employee Benefits Committee, and is currently a senior editor and a chapter editor of the Employee Benefits Law treatise.

She earned her J.D. from the University of Wisconsin, where she served as an editor of the Wisconsin Law Review. She received her undergraduate degree from Gonzaga University.

When not at work, Erin enjoys spending time with her family and friends.

## BAR & COURT ADMISSIONS

2000, Wisconsin

2000, Washington

## PROFESSIONAL & CIVIC INVOLVEMENT

Wisconsin State Bar Association, *Member*

King County Bar Association, *Member*

Washington State Bar Association, *Member*

Civil Procedure Sub-Committee for the ABA Employee Benefits Committee, *Plaintiffs' Co-Chair*

## HONORS & AWARDS

Selected to Rising Stars list in *Super Lawyers – Washington*, 2009

## PUBLICATIONS & PRESENTATIONS

Quoted in Jacklyn Wille, "Ninth Circuit Adopts Pro-Worker Pension Framework," *Pension & Benefits Daily*, Bloomberg BNA (Apr. 22, 2016) (www.bna.com).

*"Amgen Inc. v. Harris*: What is the Status of ERISA Company Stock Cases Post-*Amgen*," ABA Employee Benefits Committee Newsletter, Spring, 2016.

Speaker, ACI ERISA Litigation, Chicago, IL, 2016 (Supreme Court Roundup).



## PUBLICATIONS & PRESENTATIONS (CONT)

Panelist, ABA Section of Labor and Employment Law, Employee Benefits Committee – Mid-Winter Meeting, Las Vegas, NV, 2016 (mock mediation).

Quoted in Andrea L. Ben-Yosef, "Class Action Suits on Plan Fees Steam Ahead," *Pension & Benefits Blog*, Bloomberg BNA (Feb. 10, 2016) (www.bna.com).

Br. of Amicus Curiae of Pension Rights Center in Supp. Of Petition, *Pundt v. Verizon Communications*, No. 15-785 (U.S. 2016).

Br. of Amicus Curiae AARP and National Employment Lawyers Association in Supp. of Pls.-Appellees, *Whitley v. BP, P.L.C.*, No. 15-20282 (5th Cir. Oct. 28, 2015).

Br. of The Pension Rights Center as Amicus Curiae in Supp. of Resp't, *Spokeo, Inc. v. Robins*, No. 13-1339 (U.S.  Sept. 4, 2015).

Lynn L. Sarko, Erin M. Riley, and Gretchen S. Obrist, Brief for Law Professors as Amici Curiae in Support of the Petitioners, *Tibble, et al. v. Edison International, et al*., No. 13-550 (U.S. 2014).

Quoted in Jacklyn Wille, "High Court to Address Statute of Limitations for Suits Challenging Retirement Plan Fees," *Pension & Benefits Daily*, Bloomberg BNA (Oct. 3, 2014) (www.bna.com).

Speaker, Western Pension & Benefits Council – 2014 Spring Seminar, Seattle, WA, 2014 (What's New in Fiduciary Litigation?).

Erin M. Riley and Gretchen S. Obrist, Contributors, "Attorneys Reflect on 40 Years of ERISA's Biggest Court Rulings" Pension & Benefits Daily, Bloomberg BNA, discussing CIGNA Corp. v. Amara, 131 S.Ct. 1866, 50 EBC 2569 (U.S. 2011) (95 PBD, 5/17/11; 38 BPR 990, 5/24/11) (http://www.bna.com)

Erin M. Riley and Gretchen S. Obrist, "The Impact of Fifth Third Bancorp v. Dudenhoeffer: Finally, a Court Gets it Right!" Pension & Benefits Daily, Bloomberg BNA (154 PBD, 8/11/2014) (http://www.bna.com).

Lynn L. Sarko and Erin M. Riley, Brief for Law Professors as Amici Curiae in Support of the Respondents, *Fifth Third Bancorp v. Dudenhoeffer*, No. 12-751 (U.S. March 5, 2014).

"Erin M. Riley Explores the Pro-Plaintiff Aspects of the Citigroup Ruling", ERISA Litigation Tracker: Litigator Q&A, Bloomberg BNA (Dec. 1, 2011). Reproduced with permission from ERISA Litigation Tracker Litigator Q & A (Dec. 5, 2011). Copyright 2011 by The Bureau of National Affairs, Inc. (800-372-1033)

Sarah H. Kimberly, Erin M. Riley, "Court Declines to Limit Damages in Neil v. Zell", ABA Employee Benefits Committee Newsletter (Spring, 2011).

Derek W. Loeser, Erin M. Riley and Benjamin Gould, "2010 ERISA Employer Stock Cases: The Good, the Bad, and the In-Between Plaintiffs' Perspective", Bureau of National Affairs, Inc. (Jan. 28, 2011).

Derek W. Loeser and Erin M. Riley, "The Case Against the Presumption of Prudence", Bureau of National Affairs, Inc. (Sept. 10, 2010).





## MARK D. SAMSON

### CONTACT INFO

3101 North Central Avenue, Suite 1400

Phoenix, AZ 85012

(602) 248-2822

msamson@KellerRohrback.com

### PRACTICE EMPHASIS

- Medical Malpractice Litigation
- Products Liability - Plaintiffs
- Personal Injury Litigation
- Commercial Litigation
- Complex Litigation

### EDUCATION

**Arizona State University**

B.S., summa cum laude, 1976, Bio-Ag Sciences

**Washington State University College of Veterinary Medicine**

D.V.M., summa cum laude, 1980

**Washington State University College of Veterinary Medicine**

M.S., 1983, Veterinary Anatomy

**Arizona State University College of Law**

J.D., summa cum laude, 1986, Order of the Coif

**As a licensed veterinarian, Mark's medical knowledge helps get his clients the results they deserve.** Given his strong medical science background, Mark's practice focuses on tort law, including medical negligence, product liability, and other significant personal injury cases. He has nearly 30 years of experience litigating medical malpractice cases with victories including the landmark Edwards verdict, a transfusion-associated AIDS case which remains one of the largest personal injury verdicts in Arizona history. Mark was born in New York, but he moved to the Phoenix area in 1959 and grew up there. He practiced from 1986 to 1995 at Meyer, Hendricks, Victor, Osborn & Maledon, becoming a member in 1992. In 1995, Mark formed Dalton Gotto Samson & Kilgard, P.L.C. ("DGSK") and was one of the members of DGSK who formed Keller Rohrback P.L.C. in 2002.

## BAR & COURT ADMISSIONS

1986, Arizona

1986, U.S. District Court for the District of Arizona

1986, U.S. Court of Appeals for the Ninth Circuit

1986, U.S. Supreme Court

2008, Washington, D.C.

## PROFESSIONAL & CIVIC INVOLVEMENT

Maricopa County Bar Association, *Member*

Arizona State Bar Association, *Member*

American Association for Justice, *Member*

Arizona Association for Justice, *Sustaining Member*

## PUBLICATIONS & PRESENTATIONS

Speaker, National Meeting of American Veterinary Medical Law Association, Tort and regulatory issues affecting veterinarians,1995.

Chairman, Maricopa County Bar Association Seminar on Anatomy, 1994.

Chairman, Maricopa County Bar Association Seminar on Medical Malpractice in the Ages of Disclosure.

Speaker, Arizona Trial Lawyers Association Medical Malpractice Seminar, *Use of medical literature in the courtroom*, 1996; New legal theories in medical malpractice, 1999.

Co-Chair, Arizona Trial Lawyers Association, Anatomy of Pain, 2002.

Speaker, Arizona Veterinary Medical Association, *Application of legal principles to veterinary medicine*, 1999-2003.



## PUBLICATIONS & PRESENTATIONS (CONT)

Speaker Arizona Paralegal Association, Settlement conferences versus trial in medical malpractice cases, 2002; Changes and issues in Arizona's ethical rules for attorneys, 2003.

Maricopa County Bar Association, P*unitive Damages after Campbell v. State Farm*, May 2003.

Chairman, Arizona State Bar, New Ethical Rules in Arizona, Oct. 2003.

Maricopa County Bar Association, Liens Again, 2004.

Maricopa County Bar Association, Arizona Appellate Update, 2005.

Co-Chairman, Arizona Trial Lawyers Association, Liens, Jan. 2006.

Blackwell's 5-Minute Veterinary Manager, Negotiation (2006).

Chairman, Arizona Trial Lawyers Association, *Rapid Fire on Litigation Issues*, Oct. 2006.

Co-Chairman, Arizona Trial Lawyers Association, Trial Practice - Damages, 2007.

Arizona Trial Lawyers Association, Issues in FTCA Claims, 2008.

Arizona Trial Lawyers Association, *Loss of a Chance in Med Mal Cases,* 2008.





## KARIN SWOPE

### CONTACT INFO

1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900
kswope@KellerRohrback.com

### PRACTICE EMPHASIS

- Appeals
- Class Actions
- Consumer Protection
- Employee Benefits and Retirement Security
- Employment Law
- Fiduciary Breach
- Intellectual Property Litigation
- Intellectual Property Counseling
- Securities

### EDUCATION

**Amherst College**
B.A., magna cum laude, 1987, Phi Beta Kappa

**Columbia Law School**
J.D., 1993
Harlan Fiske Stone Scholar
Executive Articles Editor, Columbia Human Rights Law Review
Paul Bernstein Scholarship Recipient

**Karin Swope is focused on client success.** As a member of the firm's nationally recognized Complex Litigation Group, Karin represents clients in intellectual property litigation and counseling, consumer protection law, ERISA law, antitrust and securities litigation, with a particular emphasis in federal court litigation. Ms. Swope has represented clients for over 20 years in proceedings before the United States Patent and Trademark Office, as well as in state and federal courts across the country. She has represented companies and sovereign nations in protecting their intellectual property rights. She has protected the retirement funds of employees whose employers had breached their fiduciary duties in violation of ERISA, in cases against Washington Mutual, State Street Bank and Regions Financial Corporation, among others. She has helped consumers fight against unfair and deceptive practices, and has helped to change consumer protection law in the process. She has also represented shareholders in complex securities litigation.

Following her graduation from Columbia Law School, Karin served as a law clerk to the Honorable John C. Coughenour in the U.S. District Court for the Western District of Washington, and as a law clerk to the Honorable Robert E. Cowen of the U.S. Court of Appeals, Third Circuit. She has been an Adjunct Professor of Intellectual Property Law at Seattle University School of Law since 2008.

## BAR & COURT ADMISSIONS

1994, Washington

1997, U.S. District Court for the Western District of Washington

1997, U.S. Court of Appeals for the Ninth Circuit

2006, U.S. District Court for the Northern District of California

2006, U.S. District Court for the Central District of California

2007, U.S. Court of Appeals for the Second Circuit

2009, Western District of Tennessee

2010, U.S. Patent and Trademark Office

2010, U.S. District Court for the Middle District of Florida

2010, U.S. Court of Appeals for the Eleventh Circuit

2010, U.S. Supreme Court

2015, U.S. Court of Appeals for the Tenth Circuit



## PROFESSIONAL & CIVIC INVOLVEMENT

Adjunct Professor, Seattle University School of Law, Intellectual Property Law

National Employment Lawyers Association, *ERISA Amicus Committee Member and Amicus Brief Writer*

ABA Tort, Trial and Insurance Law Journal, *Associate Editor*

Washington State Bar Association, *Member*

American Bar Association, *Member,* Tort Trial & Insurance Practice and Intellectual Property sections

King County Bar Association, *Member*, Intellectual Property section

## HONORS & AWARDS

Selected to Rising Stars list in *Super Lawyers - Washington*, 2006

## PUBLICATIONS & PRESENTATIONS

Speaker, Federal Court Practice Bootcamp, 2011

Speaker, National Employment Lawyers Association Annual Convention, Atlanta, GA, ERISA Hot Topics, 2008.

Co-Chair and Speaker, WSBA CLE, IP For the Rest of Us, 2007-2009.

Speaker, WSBA CLE, 11th Annual Intellectual Property Institute, The Year in Trademark Law, 2006.

Speaker, King County Bar Association CLE, Electronic Discovery, 2006.

Speaker, WSBA CLE, Hot Trends in Intellectual Property Damages, 2005.

Karin B. Swope, 5K2.0 Departures: A Backdoor out of the Federal Sentencing Guidelines, 24 Colum. Hum. Rts. L. Rev. 135 (1993).

Executive Articles Editor, Columbia Human Rights Law Review, 1992-1993.





## HAVILA UNREIN

### CONTACT INFO

407 Main St. SW, Ste. 3

Ronan, MT 59864

406.281.7231

hunrein@KellerRohrback.com

### PRACTICE EMPHASIS

- Class Actions
- Consumer Protection
- Employee Benefits and Retirement Security
- Environmental Contamination
- Fiduciary Breach
- Financial Products and Services
- Mass Personal Injury
- Securities
- Whistleblower

### EDUCATION

**Dartmouth College**

B.A., *magna cum laude,* 2003, Russian Area Studies

**University of Washington School of Law**

J.D./LL.M. (Tax), *with honors*, 2008

**Havila Unrein gives her clients a voice in the legal system.** Havila practices in Keller Rohrback's nationally recognized Complex Litigation Group, where she is dedicated to helping clients who have been harmed by others engaged in fraud, cutting corners, and abuses of power.

Havila made significant contributions to Hartman et al. v. Ivy Asset Management et al., a case involving fiduciary breach related to Madoff investments that resulted in a $219 million settlement with consolidated cases. She currently represents plaintiffs in multiple cases alleging violations of the Employee Retirement Income Security Act of 1974 ("ERISA") by healthcare institutions attempting to claim exempt "church plan" status under ERISA.

During law school, Havila provided tax and business advice to low-income entrepreneurs and high-tech start-ups as a student in the Entrepreneurial Law Clinic. She also served as an extern to the Honorable Stephanie Joannides of the Anchorage Superior Court. Prior to law school, Havila worked and studied abroad in Russia, Azerbaijan, and the Czech Republic.

## BAR & COURT ADMISSIONS

2008, Washington

2009, U.S. District Court for the Western District of Washington

2012, Montana

2012, U.S. Court of Appeals for the Ninth Circuit

2012, U.S. District Court for the District of Montana

2013, California

2013, U.S. District Court for the District of Colorado

2013, U.S. District Court for the Central District of California

2013, U.S. District Court for the Eastern District of California

2013, U.S. District Court for the Northern District of California

2013, U.S. District Court for the Southern District of California

2014, U.S. Court of Appeals for the Sixth Circuit

## PROFESSIONAL & CIVIC INVOLVEMENT

California State Bar Association, *Member*

Santa Barbara County Bar Association, *Member*

Washington State Bar Association, *Member*

King County Bar Association, *Member*

Montana State Bar Association, *Member*

# KELLER
# ROHRBACK
L A W   O F F I C E S   ◆   L . L . P .



## AMY WILLIAMS-DERRY

### CONTACT INFO

1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900
awilliams-derry@kellerrohrback.com

### PRACTICE EMPHASIS

- Class Actions
- Consumer Protection
- Environmental Litigation
- Employee Benefits and Retirement Security
- Fiduciary Breach Financial Projects and Services
- Institutional Investors
- Securities
- Whistleblower

### EDUCATION

**Brown University**
B.A., *with honors,* 1993 Sociology

**University of Virginia School of Law**
J.D., 1998; Editor in Chief, *Virginia Environmental Law Journal,* 1997-1998

**Amy Williams-Derry's practice at Keller Rohrback L.L.P. combines her passion for protecting people and the environment with her talent and experience in commercial litigation, complex financial transactions, and consumer protection.**

Amy is a senior member of the complex litigation group at Keller Rohrback, where she draws on her diverse background representing plaintiffs, defendants, and coordinating with federal and state governmental entities to secure the best results for her clients. Prior to law school, Amy worked on environmental and transportation issues in Washington, D.C. At the University of Virginia School of Law, Amy was the Editor-in-Chief of the Virginia Environmental Law Journal.

After practicing commercial litigation for five years with a prominent Seattle firm, Amy applied her trial, arbitration, and mediation experience to an environmental law fellowship in the non-profit sector. Working with Earthjustice, she fought for salmon, old-growth timber forests, and endangered species in litigation in state and federal courts throughout the Pacific Northwest.

Amy joined Keller Rohrback in 2005 with this wealth of experience in commercial litigation and environmental law. At Keller Rohrback, Amy has expanded her docket to include complex class actions, investor cases, and multi-defendant actions. Amy thrives on solving complex problems by looking at them from a variety of angles, and her practice has flourished at Keller Rohrback where she has played key roles in cases nationwide in ERISA, securities, complex financial transactions, consumer protection, and environmental actions on behalf of both institutions and individuals.

Amy has represented clients in proceedings involving the U.S. Department of Justice, as well as in mediation and arbitration settings, including before the National Labor Relations Board, National Association of Securities Dealers, and the New York Stock Exchange. Amy's current representative cases include Federal Home Loan Bank of Boston v. Ally Financial, Inc., et al. (D. Mass.), Federal Home Loan Bank of Chicago v. Banc of America Funding Corp., et al. (Cook Cty. Ill.), and In re Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation (N.D. Cal.).

## BAR & COURT ADMISSIONS

1998, Washington
1998, U.S. District Court for the Western District of Washington
1998, U.S. District Court for the Eastern District of Washington
1999, U.S. Court of Appeals for the Ninth Circuit
2007, U.S. District Court for the Eastern District of Michigan
2007, U.S. Court of Appeals for the Second Circuit
2014, U.S. Court of Appeals for the First Circuit
2015, US Supreme Court
2015, Massachusetts



## PROFESSIONAL & CIVIC INVOLVEMENT

King County Bar Association, *Member*

Washington State Bar Association, *Member*

American Bar Association, *Member*

WithinReach, *Board of Directors*, 2006-2009

The Evergreen School, *Annual Giving Co-Chair*, 2012-2013

Washington Women Lawyers, *Member*

King County Washington Women Lawyers, *Member*

The National Association of Public Pension Attorneys, *Member*

## HONORS & AWARDS

Selected to Rising Stars list in *Super Lawyers - Washington*, 2003-2009

AV®, Peer Review Top-Rated by Martindale-Hubbell

## PUBLICATIONS & PRESENTATIONS

*No Surprises After Winstar: Contractual Certainty and Habitat Conservation Planning Under the Endangered Species Act,* 17 Va. Envtl. L.J. 357 (1998)

Presenter, American Law Institute-American Bar Association ERISA Conference, *Employer Stock Cases and Cash Balance Plans,* Scottsdale, AZ, 2008.

Presenter, Washington State Bar Association, Employment Benefits CLE, *Hot Topics in ERISA Class Action Litigation,* Seattle, WA, 2010.

Presenter, HarrisMartin MDL Conference: *Fantasy Sports, Volkswagen, Porsche, and Pharmaceutical Litigation,* Cape Coral, FL 2016

Presenter, HarrisMartin *Aliso Canyon Gas Leak Litigation Conference,* Santa Barbara, CA 2016.

Presenter, HarrisMartin MDL Conference: *Environmental Contamination Cases*, Seattle, WA 2016.





## MICHAEL WOERNER

### CONTACT INFO

1201 Third Avenue, Suite 3200

Seattle, WA 98101

(206) 623-1900

mwoerner@KellerRohrback.com

### PRACTICE EMPHASIS

- Class Actions
- Consumer & Data Privacy Protection
- Environmental Litigation
- Mass Personal Injury
- Medical Negligence

### EDUCATION

**University of Puget Sound**

B.S., 1982

**Notre Dame Law School**

J.D., 1985

**Mike Woerner works for the public good.** A member of Keller Rohrback's nationally recognized Complex Litigation Group since 1985, Mike focuses on class action and mass personal injury cases. He is skilled at focusing the Courts' attention on key issues in litigation and at negotiating favorable settlements to bring relief to people who have experienced physical, emotional, and financial harm from environmental contamination, dangerous pharmaceutical drugs, and other negligent acts with far-reaching consequences.

Mike was a member of the litigation team that received the 1995 Trial Lawyer of the Year Award from Trial Lawyers for Public Justice for the In re Exxon Valdez litigation resulting from the devastation of thousands of miles of fishing ground around Prince William Sound, Kodiak Island, Chignik, and Cook Inlet after the infamous oil spill. He has more recently represented hundreds of clients in multiple states at risk of heart-valve damage or primary pulmonary hypertension from fen-phen diet drugs. Mike also has experience litigating and negotiating widespread medical negligence issues and misconduct by fiduciaries charged with investing retirement plan assets. With his focus on impact litigation, Mike strives to achieve full compensation for his clients as well as to compel institutional reform and change the conduct of powerful bad actors to prevent them from causing future harm.

Outside of work, Mike enjoys traveling with his family experiencing new places and cultures, as well as staying closer to home cheering on his kids' basketball and volleyball teams.

## BAR & COURT ADMISSIONS

1985, Washington

## PROFESSIONAL & CIVIC INVOLVEMENT

King County Bar Association, *Member*

Washington State Bar Association, *Member*

American Bar Association, *Member*

## HONORS & AWARDS

Trial Lawyer of the Year – Trial Lawyers for Public Justice, 1995

# KELLER
# ROHRBACK

LAW OFFICES ◆ L.L.P.

### SEATTLE

Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
P: 206.623.1900 | F: 206.623.3384



### PHOENIX

Keller Rohrback L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
P: 602.248.0088 | F: 602.248.2822



### SANTA BARBARA

Keller Rohrback L.L.P.
1129 State Street, Suite 8
Santa Barbara, CA 93101
P: 805.456.1496 | F: 805.456.1497



### NEW YORK

Keller Rohrback L.L.P.
1140 Avenue of the Americas, Ninth floor
New York, NY 10036
P: 646.380.6690 | F: 646.380.6692



### OAKLAND

Keller Rohrback L.L.P.
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
P: 510.463.3900 | F: 510.463.3901



### RONAN

Keller Rohrback L.L.P.
407 Main St. SW, Suite 3
Ronan, MT 59864
P: 406.281.7231 | F: 805.456.1497

