# Exhibit 24

*STATE STREET INDIRECT FX TRADING CLASS ACTION*

No. 11-cv-10230, No. 11-cv-12049, No. 12-cv-11698 MLW (D. Mass.)

### MASTER CHART OF LODESTARS, LITIGATION EXPENSES, AND PLAINTIFFS' SERVICE AWARDS

**LODESTARS AND LITIGATION EXPENSES:**

| FIRM | HOURS | LODESTAR | EXPENSES |
|---|---|---|---|
| Labaton Sucharow LLP | 38,680.40 | $17,368,905.50 | $258,824.60 |
| Thornton Law Firm LLP | 15,302.50 | $7,460,139.00 | $295,315.50 |
| Lieff Cabraser Heimann & Bernstein LLP | 20,458.50 | $9,800,487.50 | $271,944.53 |
| Keller Rohrback LLP | 4,690.65 | $2,561,287.00 | $342,766.63 |
| McTigue Law LLP | 4,914.05 | $2,625,503.75 | $41,412.90 |
| Zuckerman Spaeder LLP | 1,400.50 | $1,174,925.00 | $38,670.29 |
| Richardson Patrick Westbrook & Brickman LLC | 257.80 | $137,411.00 | $7,456.66 |
| Beins Axelrod PC | 387.80 | $187,712.00 | $1,306.83 |
| Feinberg Campbell & Zack PC | 21.50 | $7,525.00 | $0.00 |
| **TOTALS** | **86,113.70** | **$41,323,895.75** | **$1,257,697.94** |

**PLAINTIFFS' SERVICE AWARD REQUESTS:**

| PLAINTIFF | REQUEST |
|---|---|
| Arkansas Teacher Retirement System | $25,000 |
| Arnold Henriquez | $10,000 |
| Michael T. Cohn | $10,000 |
| William R. Taylor | $10,000 |
| Richard A. Sutherland | $10,000 |
| The Andover Companies Employee Savings and Profit Sharing Plan | $10,000 |
| James Pehoushek-Stangeland | $10,000 |
| **TOTAL** | **$85,000** |