

Michael P. Thornton (NH, ME & MA)   Brad J. Mitchell   Of Counsel
David J. McMorris (NY & MA)   Andrea Marino Landry   John T. Barrett (NH & MA)
David C. Strouss   Evan R. Hoffman   Patricia M. Flannery
Andrew S. Wainwright (NY & MA)   Leah McMorris Carlsen   Leslie-Anne Taylor
Michael A. Lesser   Jotham Kinder (NY & MA)   Christian F. Uehlein
Marilyn T. McGoldrick   Brian J. Freer (NY & MA)   Eileen B. Hershenov (NY)
Garrett J. Bradley (NY & MA)   Lynn I. Hu

100 Summer Street ▪ 30th Floor ▪ Boston, MA 02110
T: 617.720.1333 ▪ F: 617.720.2445 ▪ Toll Free: 800.431.4600
www.tenlaw.com

September 16, 2016

**BY HAND**
**JUDGE WOLF CHAMBERS**
**COURTESY COPY**

Civil Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

    Re:    *Arkansas Teacher Retirement System v. State Street Bank and Trust Company* (No. 11-cv-10230 MLW); *Henriquez et al., v. State Street Bank and Trust Company et al.* (No. 11-cv-12049 MLW); *The Andover Companies Employee Savings and Profit Sharing Plan, et al., v. State Street Bank and Trust Company* (No. 12-cv-11698 MLW)

To the Civil Clerk,

Enclosed please find a binder containing copies of the following documents filed on ECF on September 15, 2016, for delivery to Judge Wolf's chambers today:

1. Plaintiffs' Assented-to Motion for Final Approval of Proposed Class Settlement and Plan of Allocation and Final Certification of Settlement Class (ECF #100);

2. Plaintiffs' Assented-to Motion for Leave to File Plaintiffs' Memorandum of Law in Support of Plaintiffs' Assented-to Motion for Final Approval of Proposed Class Settlement and Plan of Allocation and Final Certification of Settlement Class in Excess of Twenty Pages (ECF #101)

    a. [Proposed] Memorandum of Law in Support of Plaintiffs' Assented-to Motion for Final Approval of Proposed Class Settlement and Plan of Allocation and Final Certification of Settlement (ECF #101);

3. Lead Counsel's Motion for an Award of Attorneys' Fees, Payment of Litigation Expenses, and Payment of Service Awards to Plaintiffs (ECF #102);

4. Lead Counsel's Assented-to Motion for Leave to File Memorandum of Law in Support of Motion for an Award of Attorneys' Fees, Payment of Litigation Expenses, and Payment of Service Awards to Plaintiffs in Excess of Twenty Pages (ECF #103)



    a. [Proposed] Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees, Payment of Litigation Expenses, and Payment of Service Awards to Plaintiffs (ECF #103);

5. Declaration of Lawrence A. Sucharow in Support of (A) Plaintiffs' Assented-to Motion for Final Approval of Proposed Class Settlement and Plan of Allocation and Final Certification of Settlement Class and (B) Lead Counsel's Motion for an Award of Attorneys' Fees, Payment of Litigation Expenses, and Payment of Service Awards to Plaintiffs [with Exhibits 1-32 attached thereto] (ECF #104).

Thank you for your attention to this matter.

Very Truly Yours,

Evan R. Hoffman

ERH

Enclosures