# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 12-cv-11698 MLW |

**DEFENDANT'S STATEMENT REPORTING STATUS OF CLASS ACTION SETTLEMENT**

On August 11, 2016, this Court preliminarily approved a proposed settlement (the "Settlement") entered into by Plaintiffs and State Street Bank and Trust Company ("State Street"). In connection with those proceedings, the Court instructed State Street to submit a statement no later than October 19, 2016 reporting whether an option to withdraw from and terminate the Settlement had arisen under the terms of the supplemental agreement accompanying the Settlement, and if such option had arisen, reporting State Street's intentions with regard to the option to withdraw from and terminate the Settlement.

As of the filing of this statement, no option to withdraw from and terminate the Settlement has arisen.

        State Street Bank and Trust Company,

        By: _/s/ William H. Paine_____
            William H. Paine    (BBO no. 550506)
            Daniel W. Halston   (BBO no. 548692)
            Timothy Perla      (BBO no. 660447)
            WILMER CUTLER PICKERING HALE
            AND DORR LLP
            60 State Street
            Boston, MA 02109
            Telephone: (617) 526-6000

Dated: October 19, 2016

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2016, I caused a true copy of the above document to be served upon all counsel of record by electronic mail.

                 _/s/ William H. Paine_

                 William H. Paine