**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,  )<br><br>Plaintiffs,  )<br><br>STATE STREET BANK AND TRUST COMPANY,  )<br><br>Defendant.  ) | No. 11-cv-10230 MLW<br><br>Consolidated with:<br>No. 12-cv-11698 MLW |

**MEMORANDUM REGARDING PROPOSED APPOINTMENT OF SPECIAL MASTER**
**-- AND –**
**PLAINTIFF JAMES PEHOUSHEK-STANGELAND'S *UNOPPOSED* MOTION**
**FOR LEAVE TO PARTICIPATE TELEPHONICALLY AT HEARING**

On February 6, 2017 this Court entered an Order (Doc. 117) setting a Hearing for March 7, 2017 at 10:00 a.m. EST. This submission is filed on behalf of Plaintiffs James Pehoushek-Stangeland and the Andover Companies Employee Savings and Profit Sharing Plan ("Plan"), who filed suit seeking recovery under ERISA and who sought appointment as class representatives on behalf of an ERISA class/subclass (No. 12-cv-11698 MLW, part of this consolidated case). Mr. Pehoushek-Stangeland and the Plan are represented by undersigned counsel Keller Rohrback L.L.P.

**A.    No Objection to the Appointment of Judge Rosen as Special Master**

The Order instructs Plaintiffs to indicate whether they object to the appointment of a special master or the selection of Judge Rosen as that special master. Mr. Pehoushek-Stangeland and the Plan have no objection to the Court's proposed procedure or to the selection of Judge Rosen.

**B.     Mr. Pehoushek-Stangeland's Request for Leave to Participate Telephonically at March 7, 2017 Hearing**

The March 7, 2017 Hearing will address certain issues related to the accuracy and reliability of the lodestar reports filed in support of the fee petition. Lead Counsel has indicated that "[t]he lodestar reports in the individual firm declarations submitted by ERISA counsel (ECF Nos. 104-18 to 104-23) are unaffected." *See* Order Exh. A, at 2 n.3. This includes the lodestar report of Keller Rohrback L.L.P., ERISA counsel for the Plan and Mr. Pehoushek-Stangeland.

Specific counsel and parties were Ordered to attend the Hearing in person, including Keller Rohrback L.L.P. attorney Lynn Sarko and clients James Pehoushek-Stangeland and Janet Wallace (as the designated spokesperson for the Plan). Order at 13-14 n.6. Mr. Sarko and Ms. Wallace will appear at the Hearing in person as Ordered. Mr. Pehoushek-Stangeland now seeks leave to participate at the Hearing telephonically.

Mr. Pehoushek-Stangeland is scheduled to be on vacation with his family in San Diego, California on March 7, 2017, and he has had this vacation booked since mid-January, 2017. It would be a significant inconvenience for him to disrupt his family vacation. In view of these circumstances, there is good cause to allow Mr. Pehoushek-Stangeland's telephonic participation at the Hearing. If the Court grants this request, Mr. Pehoushek-Stangeland will make himself available by telephone or call in to a pre-arranged conference line, depending on the Court's preference.

Pursuant to Local Civil Rule 7.1, undersigned counsel has conferred with counsel for other parties. The relief requested is unopposed.

Dated: February 16, 2017

By: /s/ Lynn Lincoln Sarko
KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
Derek W. Loeser
Laura R. Gerber
1201 3rd Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206-623-1900
Facsimile: 206-623-8986
lsarko@kellerrohrback.com
dloeser@kellerrohrback.com
lgerber@kellerrohrback.com

*Counsel for Plaintiffs James Pehoushek-Stangeland and the Andover Companies Employee Savings and Profit Sharing Plan*

CERTIFICATE OF SERVICE

I certify that on February 16, 2017, I caused the foregoing to be filed through the ECF system in the above-captioned actions, and accordingly to be served electronically upon all registered participants identified on the Notices of Electronic Filing.

> By: /s/ Lynn Lincoln Sarko
> Lynn Lincoln Sarko