UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, ) ) ) Plaintiffs, ) ) STATE STREET BANK AND TRUST COMPANY, ) ) Defendant. ) ) | No. 11-cv-10230 MLW Consolidated with: No. 12-cv-11698 MLW |

**MEMORANDUM REGARDING PROPOSED APPOINTMENT OF SPECIAL MASTER
-- AND --
PLAINTIFF JAMES PEHOUSHEK-STANGELAND'S *UNOPPOSED* MOTION
FOR LEAVE TO PARTICIPATE TELEPHONICALLY AT HEARING**

On February 6, 2017 this Court entered an Order (Doc. 117) setting a Hearing for March 7, 2017 at 10:00 a.m. EST. This submission is filed on behalf of Plaintiffs James Pehoushek-Stangeland and the Andover Companies Employee Savings and Profit Sharing Plan ("Plan"), who filed suit seeking recovery under ERISA and who sought appointment as class representatives on behalf of an ERISA class/subclass (No. 12-cv-11698 MLW, part of this consolidated case). Mr. Pehoushek-Stangeland and the Plan are represented by undersigned counsel Keller Rohrback L.L.P.

A. **No Objection to the Appointment of Judge Rosen as Special Master**

The Order instructs Plaintiffs to indicate whether they object to the appointment of a special master or the selection of Judge Rosen as that special master. Mr. Pehoushek-Stangeland and the Plan have no objection to the Court's proposed procedure or to the selection of Judge Rosen.

*[Handwritten:]* Allowed. Mr. Pehoushek-Stangeland may participate by telephone.

Wolf, D.J.
Feb. 17, 2017