UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>STATE STREET CORPORATION, STATE STREET BANK AND TRUST COMPANY and STATE STREET GLOBAL MARKETS, LLC,<br><br>Defendants. | No. 11-CV-10230 (MLW) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Massachusetts Local Rule 83.5.3, Evan R. Hoffman, Esq., of Thornton Law Firm LLP, duly admitted to practice law in the State of Massachusetts and before this Court, and on behalf of the Arkansas Teacher Retirement System ("ARTRS"), hereby moves for the admission of Richard M. Heimann, of the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, to appear before this Court on behalf of Plaintiffs, and states as follows:

1. Richard M. Heimann is a partner with the law firm of Lieff Cabraser Heimann & Bernstein, LLP, which is located at 275 Battery Street, 29th Floor, San Francisco, California 94111.

2. Richard M. Heimann was admitted to the bar of the State of California on April 9, 1975, and to the bar of the State of New York on July 24, 2000.

3. Richard M. Heimann is also a member of the bars of the United States District Courts for the Northern District of California (1975), the Eastern District of California

1339500.1

(1991), the Central District of California (2001), the Southern District of California (2005), the District of Hawaii (1985), and the District of Colorado (2006).

4. Richard M. Heimann is also a member of the bars of the United States Court of Appeals for the Ninth Circuit (1999), the Second Circuit (2013), the Eleventh Circuit (2015), and the District of Columbia (1973), as well as the United States Supreme Court (1980).

5. Richard M. Heimann is a member of the bar in good standing in every jurisdiction where he has been admitted to practice.

6. There are no disciplinary proceedings pending against Richard M. Heimann as a member of the bar of any jurisdiction where he is admitted to practice, and he has never been subject to any such disciplinary proceeding in the past.

7. Richard M. Heimann has read and is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: February 17, 2017

Respectfully submitted,

/s/Evan R. Hoffman
Evan R. Hoffman (BBO#678975)
Thornton Law Firm LLP
100 Summer St., 30th Floor
Boston, MA 02110
Tel. (617) 720-1333
Fax (617) 720-2445
ehoffman@tenlaw.com

## Certificate of Service

I hereby certify that on February 17, 2017, the foregoing Motion for Admission Pro Hac Vice was filed through the ECF system in the above-captioned actions, and accordingly will be served electronically upon all registered participants identified on the Notices of Electronic Filing.

/s/ Evan R. Hoffman
Evan R. Hoffman