UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　- against -<br><br>STATE STREET CORPORATION, STATE STREET BANK AND TRUST COMPANY and STATE STREET GLOBAL MARKETS, LLC,<br><br>　　　　Defendants. | No. 11-CV-10230 (MLW) |

## AFFIDAVIT OF EVAN R. HOFFMAN

Evan R. Hoffman, being duly sworn, deposes and states:

1. I am an attorney duly admitted to practice in the Commonwealth of Massachusetts and the United States District Court, District of Massachusetts. I make this Affidavit in support of the Motion for Admission of Counsel *Pro Hac Vice*;

2. That I am a partner at the law firm of Thornton Law Firm LLP with offices located at 100 Summer Street, 30th floor, Boston, Massachusetts 02110;

3. That I respectfully request that this Court allow Richard M. Heimann to be admitted *pro hac vice* in this case;

4. That Richard M. Heimann is a member in good standing in every jurisdiction where he has been admitted to practice;

5. That Richard M. Heimann is familiar with the Local Rules of the United States District Court for the District of Massachusetts;

6. That it is my strong belief that Richard M. Heimann is of good moral character and is not currently under any order of disbarment, suspension or any other disciplinary action.

WHEREFORE, I respectfully request that Richard M. Heimann be permitted to appear as an attorney *pro hac vice* on behalf of Plaintiff in the above-captioned matter in this case.

Dated: February 17, 2017                         Respectfully submitted,

/s/ Evan R. Hoffman
Evan R. Hoffman (BBO # 678975)
Thornton Law Firm LLP
100 Summer Street, 30th Floor
Boston, Massachusetts 02110-2106
Telephone: (617) 720-1333
Facsimile: (617) 720-2445
Email: ehoffman@tenlaw.com

*Liaison Counsel for Plaintiff ARTRS and the Class*