**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) | No. 11-cv-10230 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) ) | |
| Defendant. | ) ) | |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, | ) ) ) ) ) | No. 11-cv-12049 MLW |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, | ) ) ) ) | |
| Defendants. | ) ) | |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, | ) ) ) ) ) | No. 12-cv-11698 MLW |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) | |
| Defendant. | ) ) ) | |

**MEMORANDUM OF LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
**CONSENTING TO APPOINTMENT OF SPECIAL MASTER**

Lieff Cabraser Heimann & Bernstein, LLP ("LCHB"), co-counsel for the plaintiff class, respectfully submits this memorandum pursuant to the Court's Memorandum and Order dated February 6, 2017 ("Mem. & Order," ECF No. 117), as follows:

1. LCHB has no objection to the appointment of a Special Master.

2. LCHB has no objection to the appointment of Judge Rosen as the Special Master.

3. LCHB does not believe Judge Rosen's disqualification would be required under 28 U.S.C. § 455(a) or (b), and, in any event, LCHB waives any such ground for disqualification.

4. LCHB has no objection to the terms of the appointment and powers of the Special Master or the contemplated period for completion of his duties, as discussed in the Memorandum and Order.  *See* Mem. & Order at 9, 12-13.

Dated: February 17, 2017

Respectfully submitted,

Lieff Cabraser Heimann & Bernstein, LLP

By: */s/ Richard M. Heimann*
Richard M. Heimann (*pro hac vice*)
Robert L. Lieff (*pro hac vice*)
275 Battery Street, 29th Floor
San Francisco, California  94111
Tel:  (415) 956-1000
Fax:  (415) 956-1008

Steven E. Fineman
Daniel P. Chiplock (*pro hac vice*)
Michael J. Miarmi
250 Hudson Street, 8th Floor
New York, New York  10018
Tel: (212) 355-9500
Fax: (212) 355-9592

*Co-counsel for the Plaintiff Class*

Certificate of Service

    I certify that on February 17, 2017, I caused the foregoing Memorandum of Lieff Cabraser Heimann & Bernstein, LLP Consenting to Appointment of Special Master to be filed through the ECF system in the above-captioned action(s) and accordingly to be served electronically upon all registered participants identified on the Notices of Electronic Filing or by e-mail.

                                            */s/ Richard M. Heimann*
                                            Richard M. Heimann