**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) | No. 11-cv-10230 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) ) | |
| Defendant. | ) ) | |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, | ) ) ) ) | No. 11-cv-12049 MLW |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, | ) ) ) ) | |
| Defendants. | ) ) | |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, | ) ) ) ) ) | No. 12-cv-11698 MLW |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) | |
| Defendant. | ) ) ) | |

**MEMORANDUM OF THE THORNTON LAW FIRM LLP**
**CONSENTING TO APPOINTMENT OF SPECIAL MASTER**

Pursuant to the Court's February 6, 2017 Order, the Thornton Law Firm LLP ("Thornton"), Liaison Counsel for Plaintiff Arkansas Teacher Retirement System and the Settlement Class, respectfully consents to the appointment of Judge Rosen as a Special Master. Furthermore, Thornton does not believe Judge Rosen's disqualification is required under 28 U.S.C. § 455(a) or (b) and, in any event, waives any ground for disqualification.  With respect to the terms of the appointment, the powers of the Special Master, and the recommendation of Judge Layn R. Phillips (Ret.) as a Co-Special Master, Thornton concurs with the filing made by Labaton Sucharow LLP at Docket No. 129.

Respectfully submitted,

 /s/ Brian T. Kelly_____
Brian T. Kelly, BBO #549566
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
Telephone: (617) 345-1000
Facsimile:  (617) 345-1300
Email:  bkelly@nixonpeabody.com

*Attorney for the THORNTON LAW FIRM LLP*

Dated:  February 17, 2017

### CERTIFICATE OF SERVICE

I, Brian T. Kelly, hereby certify that this Memorandum of the Thornton Law Firm LLP Consenting to Appointment of Special Master was filed electronically on February 17, 2017 and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing ("NEF").  Paper copies were sent to any parties identified in the NEF as non-registered participants.

/s/ Brian T. Kelly_____
Brian T. Kelly