UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 12-11698-MLW |

<u>ORDER</u>

WOLF, D.J.                                                February 21, 2017

It is hereby ORDERED that class counsel shall, by February 27, 2017, respond to the Competitive Enterprise Institute's Center for Class Action Fairness's Motion for Leave to File <u>Amicus Curiae</u>

Response to Court's Order of February 6 and for Leave to Participate as Guardian Ad Litem for Class or Amicus in Front of Special Master (Docket No. 126). Any reply shall be filed by March 2, 2017.

                                                                                 /s/ Mark L. Wolf
                                                                           UNITED STATES DISTRICT JUDGE