**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, <br><br> Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | No. 12-cv-11698 MLW |

5865781 1

## [CORRECTED] ZUCKERMAN SPAEDER LLP'S RESPONSE TO THE COURT'S FEBURARY 6, 2017 MEMORANDUM AND ORDER

Zuckerman Spaeder LLP, one of the ERISA counsel, does not object to the appointment of Judge Rosen as Special Master or to his conducting the investigation indicated in the Court's February 6, 2017 Memorandum and Order. Zuckerman Spaeder LLP, however, did not use any contract attorneys in this case or include time for any contract attorneys in the declaration submitted by Carl Kravitz concerning the firm's lodestar. Nor did Zuckerman Spaeder LLP have any involvement in the issues noted in the Court's February 6, 2017 Memorandum and Order or the Boston Globe article attached thereto. *See also* Lead Counsel's 11/10/16 Ltr. to Judge Wolf notifying the Court of the double counting (Exh. A to the Memorandum and Order) at 2 n. 3 (stating that "the lodestar reports ... submitted by ERISA counsel ... are unaffected" by the double-counting).

Dated: February 21, 2017

Respectfully submitted,

ZUCKERMAN SPAEDER LLP

/s/ Carl S. Kravitz
Carl S. Kravitz
1800 M Street, NW, Suite 1000
Washington, DC 20036-8106
Telephone: (202) 778-1800
Facsimile: (202) 822-8106
ckravitz@zuckerman.com

*Counsel for Arnold Henriquez*

CERTIFICATE OF SERVICE

I hereby certify that the forgoing *[Corrected] Zuckerman Spaeder LLP's Response to the Court's February 6, 2017 Memorandum and Order* were filed through the ECF System on February 21, 2017 and accordingly will be served electronically upon all registered participants identified on the Notice of Electronic Filing.

/s/ Carl S. Kravitz
Carl S. Kravitz