# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant, | **C.A. No.: 11-10230 MLW** |
| ARNOLD HENRIQUEZ MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and Does 1-20 <br><br> Defendants, | **C.A. No.: 11-12049 MLW** |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | **C.A. No.: 12-11698 MLW** |

**RESPONSE OF FEINBERG, CAMPBELL AND ZACK P.C. TO THE COURT'S MEMORANDUM AND ORDER DATED FEBURARY 6, 2017**

Feinberg, Campbell & Zack, PC ("FCZ") has no objection the appointment of a special master, nor to the selection of Judge Rosen as Special Master. FCZ does not believe that Judge Rosen's disqualification would be required under 28 U.S.C. § 455 and in any event waive any such ground for disqualification.

FCZ acted as local counsel for Plaintiffs in the case of *Henriquez et al. v. State Street Bank and Trust Company et al.*, C.A. No.: 11-12049 MLW pursuant to an agreement with McTigue Law, LLP (then McTique & Veis, LLP). As stated in the Declaration of Catherine M. Campbell, FCZ's fees totaled $7,525.00 and Attorney Campbell, a principal of FCZ, was the only individual who performed work on the case. FCZ had no prior knowledge or involvement with the irregularities in the fee petitions noted by the Court in its February 6, 2017 Order.

Ms. Campbell will appear on March 7, 2017, as ordered by the Court, unless excused before that time.

Dated: February 21, 2017

Respectfully Submitted,
Arnold Henriquez, et al.

By their attorney,

/s/ Catherine M. Campbell
Catherine M. Campbell, Esq.
BBO # 549397
**Feinberg, Campbell & Zack, PC**
177 Milk Street, Suite 300
Boston, MA 02109-3408
Tel: (617) 338-1976
Fax: (617) 338-7070
cmc@fczlaw.com

## CERTIFICATE OF SERVICE

I, Catherine M. Campbell, hereby certify that this document filed through the Court's CM/ECF system will be sent electronically to those indicated on the Notice of Electronic filing and paper copies will be mailed to those identified as non-registered participants.

Dated: February 21, 2017                              /s/ Catherine M. Campbell
                                                     Catherine M. Campbell, Esq.