UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM,<br>on behalf of itself and all others similarly situated,<br><br>                    Plaintiffs,<br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>                    Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN,<br>WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND,<br>and those similarly situated,<br><br>                    Plaintiffs,<br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>STATE STREET GLOBAL MARKETS, LLC and<br>DOES 1-20,<br><br>                  Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS<br>AND PROFIT SHARING PLAN, on behalf of itself, and<br>JAMES PEHOUSHEK-STANGELAND, and all others<br>similarly situated,<br><br>                  Plaintiffs,<br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>                  Defendant. | No. 12-cv-11698 MLW |

### BEINS, AXELROD, P.C.'S RESPONSE TO THE
### COURT'S FEBRUARY 6, 2017 MEMORANDUM AND ORDER

Beins, Axelrod, P.C., one of the ERISA counsel, does not object to the appointment of Judge Rosen as Special Master or to his conducting the investigation indicated in the Court's February 6, 2017 Memorandum and Order. Beins, Axelrod, P.C., however, did not use any contract attorneys in this case or include time for any contract attorneys in the declaration submitted by Jonathan Axelrod concerning the firm's lodestar. Nor did Beins, Axelrod, P.C., have any involvement in the double-counting or other issues noted in the Court's February 6, 2017 Order or the Boston Globe article attached to the Court's Order. *See also* Lead Counsel's 11/10/16 Ltr. to Judge Wolf notifying the Court of the double counting (Exh. A to the Court's Order) at 2 n. 3 (stating that "the lodestar reports ... submitted by ERISA counsel ... are unaffected" by the double-counting). Mr. Axelrod will appear on March 7, 2017, as ordered by the Court, unless excused before that time.

Dated: February 21, 2017

Respectfully submitted,

BEINS, AXELROD, P.C.

/s/ Jonathan G. Axelrod
Jonathan G. Axelrod
1030 15th Street, N.W. Suite 700 East
Washington, DC 20005
Telephone: (202) 328-7222
Facsimile: (202) 328-7030
jaxelrod@beinsaxelrod.com

*Counsel for Arnold Henriquez*

## CERTIFICATE OF SERVICE

  I hereby certify that the forgoing Beins, Axelrod, P.C.'s Response to the Court's February 6, 2017 Memorandum and Order were filed through the ECF System on February 21, 2017 and accordingly will be served electronically upon all registered participants identified on the Notice of Electronic Filing.

                /s/ Jonathan G. Axelrod