**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) | No. 11-cv-10230 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) | |
| Defendant. | ) ) | |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, | ) ) ) ) | No. 11-cv-12049 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, | ) ) ) ) | |
| Defendants. | ) ) | |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, | ) ) ) ) ) | No. 12-cv-11698 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) | |
| Defendant. | ) ) | |

# RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC'S RESPONSE TO THE COURT'S FEBRUARY 6, 2017 MEMORANDUM AND ORDER

Richardson Patrick Westbrook & Brickman, LLC ("RPWB") was formerly one of the ERISA counsel in the case of *Henriquez et al. v. State Street Bank and Trust Company et al.*, C.A. No.: 11-12049 MLW.  RPWB withdrew as counsel on December 13, 2013.

RPWB has no objection to the appointment of a special master, nor to the selection of Judge Rosen as Special Master.  RPWB does not believe Judge Rosen's disqualification is required under 28 U.S.C. § 455(a) or (b) and, in any event, waives any ground for disqualification.

RPWB had no prior knowledge of the irregularities in the fee petitions noted by the Court's February 6, 2017 Memorandum and Order.  RPWB did not use any contract attorneys in this case or include time for any contract attorneys in the declaration submitted by Kimberly Keevers Palmer on behalf of RPWB concerning RPWB's lodestar.  Nor did RPWB have any involvement in the issues noted in the Court's February 6 Order.

As stated in the declaration submitted by Kimberly Keevers Palmer, RPWB's lodestar totaled $137,411.00.  RPWB did not receive a lodestar multiplier but, rather, was paid $122,324.16 in fees.

Ms. Keevers Palmer will appear on March 7, 2017, as ordered by the Court, unless excused before that time.

Dated: February 22, 2017                              Respectfully submitted,

                                                      RICHARDSON PATRICK WESTBROOK
                                                      & BRICKMAN, LLC

                                                      /s/ Kimberly Keevers Palmer
                                                      Michael J. Brickman, Esquire
                                                      mbrickman@rpwb.com
                                                      (Fed. Bar No.: 1468)

Kimberly Keevers Palmer, Esquire
kkeevers@rpwb.com
(Fed. Bar No.: 6093)
Nina H. Fields, Esquire
nfields@rpwb.com
(Fed. Bar No.: 7924)
James C. Bradley, Esquire
jbradley@rpwb.com
(Fed. Bar No.: 7660)
RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC
1017 Chuck Dawley Boulevard
Post Office Box 1007
Mt. Pleasant, South Carolina 29464
Telephone: (843) 727-6500

*Formerly Counsel for Arnold Henriquez*

4

CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Richardson Patrick Westbrook & Brickman LLC's Response to the Court's February 6, 2017 Memorandum and Order* was filed through the ECF System on February 22, 2017 and accordingly will be served electronically upon all registered participants identified on the Notice of Electronic Filing.

/s/ Kimberly Keevers Palmer
Kimberly Keevers Palmer