**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) | No. 11-cv-10230 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) ) | |
| Defendant. | ) ) | |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, | ) ) ) ) | No. 11-cv-12049 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, | ) ) ) ) | |
| Defendants. | ) ) | |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, | ) ) ) ) ) | No. 12-cv-11698 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) | |
| Defendant. | ) ) ) | |

5898964.1

## MEMORANDUM OF ZUCKERMAN SPAEDER LLP IN OPPOSITION TO MOTIONS OF THE COMPETITIVE ENTERPRISE INSTITUTE'S CENTER FOR CLASS ACTION FAIRNESS FOR LEAVE TO FILE *AMICUS CURIAE* RESPONSE TO COURT'S ORDER OF FEBRUARY 6 AND FOR LEAVE TO PARTICIPATE AS GUARDIAN *AD LITEM* FOR CLASS OR *AMICUS* IN FRONT OF SPECIAL MASTER

Zuckerman Spaeder LLP ("Zuckerman"), counsel for Arnold Henriquez, Michael T. Cohn, William R. Taylor, and Richard A. Sutherland, and one of the ERISA counsel in these consolidated actions, opposes the motions of the Competitive Enterprise Institute ("CEI") Center for Class Action Fairness ("CCAF") (1) for leave to file a response to this Court's February 6, 2017 Memorandum and Order as *amicus curiae*, and (2) for leave to participate in special master proceedings either as guardian *ad litem* for the Class or as *amicus* (ECF Nos. 126-127, 125-1, 125-2). CEI's Motions should be denied, and neither CEI nor Mr. Frank, should be permitted to participate in the March 7 hearing as *amicus* or in the Special Master proceedings as *amicus* or guardian *ad litem*, for the reasons and based on the authorities in the Memorandum in Opposition filed by Labaton Sucharow LLP (Dkt. 145).

Dated:  February 27, 2017                               Respectfully submitted,

ZUCKERMAN SPAEDER LLP


/s/ Carl S. Kravitz
Carl S. Kravitz
1800 M Street, NW, Suite 1000
Washington, DC 20036-8106
Telephone:  (202) 778-1800
Facsimile:  (202) 822-8106
ckravitz@zuckerman.com

*Counsel for Arnold Henriquez, Michael T. Cohn, William R. Taylor and Richard A Sutherland*

CERTIFICATE OF SERVICE

I hereby certify that the forgoing **Memorandum of Zuckerman Spaeder LLP in Opposition to Motion of the Competitive Enterprise Institute's Center for Class Action Fairness For Leave to File** *Amicus Curae* **Response to Court's Order of February 6 and for Leave to Participate as Guardian** *Ad Litem* **for Class of** *Amicus* **in Front of Special Master** was filed through the ECF System on February 27, 2017 and accordingly will be served electronically upon all registered participants identified on the Notice of Electronic Filing.

                /s/ Carl S. Kravitz
                Carl S. Kravitz