**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) | No. 11-cv-10230 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) ) | |
| Defendant. | ) ) | |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, | ) ) ) ) | No. 11-cv-12049 MLW |
| v. | ) ) ) | |
| STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, | ) ) ) ) | |
| Defendants. | ) ) | |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, | ) ) ) ) ) | No. 12-cv-11698 MLW |
| v. | ) ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**JOINDER BY LIEFF CABRASER HEIMANN & BERNSTEIN, LLP TO LABATON SUCHAROW LLP'S OPPOSITION TO MOTION BY THE COMPETITIVE ENTERPRISE INSTITUTE'S CENTER FOR CLASS ACTION FAIRNESS**

1340337.2

Lieff Cabraser Heimann & Bernstein, LLP ("LCHB"), co-counsel for the plaintiff class, respectfully joins in the opposition filed by Lead Counsel, Labaton Sucharow, LLP [ECF No. 145] to the motion by the Competitive Enterprise Institute's Center for Class Action Fairness for leave to file an *amicus curiae* response to the Court's Order of February 6, 2017 and for leave to participate as guardian *ad litem* for the class or *amicus* in front of the Special Master [ECF Nos. 126].

Dated:  February 27, 2017

Respectfully submitted,

Lieff Cabraser Heimann & Bernstein, LLP

By:   */s/ Richard M. Heimann*
Richard M. Heimann (*pro hac vice*)
Robert L. Lieff (*pro hac vice*)
275 Battery Street, 29th Floor
San Francisco, California  94111
Tel:  (415) 956-1000
Fax:  (415) 956-1008

Steven E. Fineman
Daniel P. Chiplock (*pro hac vice*)
Michael J. Miarmi
250 Hudson Street, 8th Floor
New York, New York  10018
Tel:  (212) 355-9500
Fax:  (212) 355-9592

*Co-counsel for the Plaintiff Class*

1340337.2

<u>Certificate of Service</u>

I certify that on February 27, 2017, I caused the foregoing Joinder by Lieff Cabraser Heimann & Bernstein, LLP to Labaton Sucharow LLP's Opposition to Motion by the Competitive Enterprise Institute's Center for Class Action Fairness to be filed through the ECF system in the above-captioned action(s) and accordingly to be served electronically upon all registered participants identified on the Notices of Electronic Filing or by e-mail.

<em>/s/ Richard M. Heimann</em><br>Richard M. Heimann