UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM,<br>on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 11-cv-10230 MLW<br><br>Consolidated with:<br>No. 12-cv-11698 MLW |

**JAMES PEHOUSHEK-STANGELAND AND THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN'S RESPONSE TO COMPETITIVE ENTERPRISE INSTITUTE'S CENTER FOR CLASS ACTION FAIRNESS'S MOTION FOR LEAVE TO FILE AMICUS CURIAE RESPONSE TO COURT'S ORDER OF FEBRUARY 6, 2017 AND FOR LEAVE TO PARTICIPATE AS GUARDIAN AD LITEM FOR CLASS OR AMICUS IN FRONT OF SPECIAL MASTER (DKT. 126)**

On February 6, 2017 this Court entered an Order (Dkt. 117) setting a Hearing for March 7, 2017 at 10:00 a.m. EST. A politically-driven nonprofit group (the Competitive Enterprise Institute Center for Class Action Fairness, or "CEI") now seeks leave to appear at that Hearing as *amicus* and also seeks leave to appear as *amicus* or *guardian ad litem* in proceedings before any Special Master the Court might choose to appoint (Dkt. 126). On February 22, 2017, the Court directed all class counsel to respond to CEI's requests (Dkt. 133). ERISA Plaintiffs James Pehoushek-Stangeland and the Andover Companies Employee Savings and Profit Sharing Plan ("Plaintiffs") submit this response.

CEI's Motion should be denied. For the reasons and authorities presented in the Memorandum in Opposition filed by Labaton Sucharow LLP (Dkt. 145), neither CEI nor its counsel should be permitted to participate in the March 7, 2017 Hearing as *amicus* or in the Special Master proceedings as *amicus* or *guardian ad litem*.

1

Dated: February 27, 2017

        By: /s/ Lynn Lincoln Sarko
KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
Derek W. Loeser
Laura R. Gerber
1201 3rd Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206-623-1900
Facsimile: 206-623-8986
lsarko@kellerrohrback.com
dloeser@kellerrohrback.com
lgerber@kellerrohrback.com

*Counsel for Plaintiffs James Pehoushek-Stangeland and the Andover Companies Employee Savings and Profit Sharing Plan*

CERTIFICATE OF SERVICE

I certify that on February 27, 2017, I caused the foregoing to be filed through the ECF system in the above-captioned actions, and accordingly to be served electronically upon all registered participants identified on the Notices of Electronic Filing.

                                                By: /s/ Lynn Lincoln Sarko
                                                    Lynn Lincoln Sarko