# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 12-cv-11698 MLW |

**JOINDER BY RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC TO LABATON SUCHAROW LLP'S OPPOSITION TO MOTION BY THE COMPETITIVE ENTERPRISE INSTITUTE'S CENTER FOR CLASS ACTION FAIRNESS**

Richardson Patrick Westbrook & Brickman, LLC ("RPWB"), formerly one of the ERISA counsel in *Henriquez et al. v. State Street Bank and Trust Company et al.*, C.A. No.: 11-12049 MLW, respectfully joins in the opposition filed by Labaton Sucharow, LLP [ECF No. 145] to the motion by the Competitive Enterprise Institute's Center for Class Action Fairness for leave to file an *amicus curiae* response to the Court's Order of February 6, 2017 and for leave to participate as guardian *ad litem* for the class or *amicus* in front of the Special Master [ECF No. 126].

Dated: February 27, 2017

Respectfully submitted,

RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC

*/s/ Kimberly Keevers Palmer*
Michael J. Brickman, Esquire
mbrickman@rpwb.com
(Fed. Bar No.: 1468)
Kimberly Keevers Palmer, Esquire
kkeevers@rpwb.com
(Fed. Bar No.: 6093)
Nina H. Fields, Esquire
nfields@rpwb.com
(Fed. Bar No.: 7924)
James C. Bradley, Esquire
jbradley@rpwb.com
(Fed. Bar No.: 7660)
RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
1017 Chuck Dawley Boulevard
Post Office Box 1007
Mt. Pleasant, South Carolina 29464
Telephone: (843) 727-6500

*Formerly Counsel for Arnold Henriquez*

CERTIFICATE OF SERVICE

I certify that on February 27, 2017, I caused the foregoing *Joinder by Richardson Patrick Westbrook & Brickman LLC to Labaton Sucharow LLP's Opposition to Motion by the Competitive Enterprise Institute's Center for Class Action Fairness* to be filed through the ECF system in the above-captioned action(s) and accordingly to be served electronically upon all registered participants identified on the Notice of Electronic Filing.

                                                      */s/ Kimberly Keevers Palmer*
                                                      Kimberly Keevers Palmer