# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) | No. 11-cv-10230 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) | |
| Defendant. | ) ) | |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, | ) ) ) ) | No. 11-cv-12049 MLW |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, | ) ) ) ) | |
| Defendants. | ) ) | |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, | ) ) ) ) ) | No. 12-cv-11698 MLW |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) | |
| Defendant. | ) ) ) | |

**THE THORNTON LAW FIRM'S NOTICE OF JOINDER TO LABATON SUCHAROW LLP'S OPPOSITION TO COMPETITIVE ENTERPRISE INSTITUTE'S CENTER FOR CLASS ACTION FAIRNESS'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* RESPONSE TO COURT'S ORDER OF FEBRUARY 6 AND FOR LEAVE TO PARTICIPATE AS GUARDIAN *AD LITEM* FOR CLASS OR *AMICUS* IN FRONT OF SPECIAL MASTER**

Pursuant to the Court's February 21, 2017 order, the Thornton Law Firm LLP hereby fully joins in Labaton Sucharow LLP's Opposition to the Competitive Enterprise Institute's Class Action Fairness's Motion for Leave to File *Amicus Curiae* Response to Court's Order of February 6 and for Leave to Participate as Guardian *Ad Litem* for Class or *Amicus* in Front of Special Master [Dkt. No. 145].

Respectfully submitted,

/s/ Brian T. Kelly
Brian T. Kelly, BBO #549566
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
Telephone: (617) 345-1000
Facsimile:  (617) 345-1300
Email:  bkelly@nixonpeabody.com

*Attorney for the THORNTON LAW FIRM LLP*

Dated:  February 27, 2017

## CERTIFICATE OF SERVICE

I, Brian T. Kelly, hereby certify that this Notice of Joinder was filed electronically on February 27, 2017 and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing ("NEF").  Paper copies were sent to any parties identified in the NEF as non-registered participants.

/s/ Brian T. Kelly
Brian T. Kelly