# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant | No. 12-cv-11698 MLW |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Competitive Enterprise Institute's Center for Class Action Fairness.

Dated: February 27, 2017

/s/ *M. Frank Bednarz*
M. Frank Bednarz (BBO No. 676742)
COMPETITIVE ENTERPRISE INSTITUTE
1145 E Hyde Park Blvd. Apt 3A
Chicago, IL 60615-2834
Telephone: 202-448-8742
Email: frank.bednarz@cei.org

*Attorney for Amicus Curiae*
*Competitive Enterprise Institute*
*Center for Class Action Fairness*

## Certificate of Service

I hereby certify that on February 27, 2017, I caused a true and correct copy of the foregoing Notice of Appearance to be served upon all counsel of record by electronic mail via the ECF system for the District of Massachusetts.

*/s/ M. Frank Bednarz*
M. Frank Bednarz
