UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 12-cv-11698 MLW |

**UNOPPOSED MOTION OF PLAINTIFFS ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, AND RICHARD A. SUTHERLAND FOR LEAVE TO REQUEST AN ORDER PERMITTING PLAINTIFFS TO ATTEND THE MARCH 7, 2017 HEARING TELEPHONICALLY**

[Handwritten annotation top right:] Rule 7.1(b)(1). Affidavits required by Local Rule 7.1(b)(1), with letters from each Plaintiff's treating physician, are filed. WCW, DJ 2/28/17

[Handwritten annotation bottom:] This motion with regard to Arnold Henriquez is hereby DENIED. This motion with regard to the other plaintiffs is hereby DENIED without prejudice to reconsideration of, by March 2, 2017