**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) | No. 11-cv-10230 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) ) | |
| Defendant. | ) ) | |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, | ) ) ) ) | No. 11-cv-12049 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, | ) ) ) ) | |
| Defendants. | ) ) | |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, | ) ) ) ) ) | No. 12-cv-11698 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) | |
| Defendant. | ) ) | |

**MOTION FOR PARTIAL RECONSIDERATION FOR LEAVE TO REQUEST AN ORDER PERMITTING PLAINTIFFS RICHARD A. SUTHERLAND AND WILLIAM R. TAYLOR TO ATTEND THE MARCH 7, 2017 HEARING TELEPHONICALLY**

Plaintiffs William R. Taylor and Richard A. Sutherland pursuant to Fed. R. Civ. P. 7(b) and Local Rule 7.1, hereby through the undersigned counsel, move the court to reconsider their request for an order allowing them to attend the scheduled March 7, 2017 hearing telephonically rather than in person. These plaintiffs ("Plaintiffs", or "Plaintiff" individually) have served as the named plaintiffs in the above captioned matter, *Henriquez et al v. State Street Bank and Trust Company et al.*, No. 11-cv-12049 MLW ("Henriquez"). The Henriquez action made fiduciary claims against defendant State Street Bank under the Employee Retirement Income Security Act ("ERISA").

Plaintiffs Sutherland and Taylor, along with two other named plaintiffs—Arnold Henriquez and Michel T. Cohn—requested leave to attend the ordered March 7, 2017 hearing telephonically rather than in person. (Dkt. #144.) The Court denied this motion as to Plaintiff Henriquez, and "denied without prejudice" the motion as to the other plaintiffs subject to "possible reconsideration if, by March 2, 2017, affidavits as required by Local Rule 1.1(b)(1) with letters from each treating physician are filed." (Dkt. #152.)

Plaintiffs Sutherland and Taylor hereby request such reconsideration and move this court to permit them to attend the March 7, 2017 hearing telephonically.

Plaintiff Sutherland who resides in Albuquerque, New Mexico is disabled. He suffers from various ailments and is undergoing chemotherapy. He cannot travel without assistance. Even with assistance, travel is very difficult physically for Mr. Sutherland. A letter from his treating physician is attached to this motion as Exhibit A.

Plaintiff Taylor who resides in Aston, Pennsylvania, is disabled and unable to travel more than 30 minutes in an automobile without extreme pain, and is unable to travel by air.  In addition, he is awaiting a date for a surgery to relieve his pain, but is unsure when his doctor will

schedule that surgery. However, it is possible that the surgery might be scheduled for the day of the hearing. In that case, Taylor would not be unlikely to attend telephonically. Otherwise he is able to attend via telephone.

As detailed in the accompanying affidavit, *see* Exhibit B, Mr. Taylor's treating physician has been in surgery today and yesterday and has thus been unable to comply with the court's request for a letter. However, Mr. Taylor is actively working with his physician's office to get a signed letter verifying Mr. Taylor's medical difficulties as soon as is possible. When that letter is received by Mr. Taylor's counsel, it will be sent to the court without delay.

There is good cause to excuse Plaintiffs Taylor and Sutherland from being required to travel to attend the hearing in person and permit them instead to participate in the hearing by telephone.

## CONCLUSION

WHEREFORE, and for the reasons discussed herein, Plaintiffs respectfully seek the relief requested.

Dated: March 2, 2017

By: /s/J. Brian McTigue
J. Brian McTigue (*pro hac vice*)
James A. Moore (*pro hac vice*)
**McTigue Law LLP**
4530 Wisconsin Ave, NW
Suite 300
Washington, DC 20016
202-364-6900
Fax: 202-364-9960
Email: bmctigue@mctiguelaw.com
         jmoore@mctiguelaw.com

*Attorney for Plaintiffs*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I certify pursuant to Local Rule 7.1(A)(2) that Plaintiffs' counsel conferred with Defendants' and Plaintiffs' counsel via email prior to filing this motion. Counsel have indicated that they do not oppose this motion.

/s/J. Brian McTigue
J. Brian McTigue

Case 1:11-cv-10230-MLW   Document 155   Filed 03/02/17   Page 5 of 5

5

## CERTIFICATE OF SERVICE

I, J. Brian McTigue, hereby certify that on the date set forth below a copy of the foregoing **Document** was served upon all counsel of record via the court's ECF filing system.

Dated:   March 2, 2017

                                                    \s\   J. Brian McTigue
                                                    J. Brian McTigue
                                                    McTigue Law LLP

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 12-cv-11698 MLW |

**DECLARATION OF J. BRIAN MCTIGUE IN SUPPORT OF THE MOTION FOR PARTIAL RECONSIDERATION FOR LEAVE TO REQUEST AN ORDER PERMITTING PLAINTIFFS RICHARD A. SUTHERLAND AND WILLIAM R. TAYLOR TO ATTEND THE MARCH 7, 2017 HEARING TELEPHONICALLY**

1

I, Brian McTigue, declare as follows, pursuant to 28 U.S.C. § 1746:

1. I submit this declaration in support of the *Motion for Partial Reconsideration for Leave to Request an Order Permitting Plaintiffs Richard A. Sutherland and William R. Taylor to Attend the March 7, 2017 Hearing Telephonically*.

2. I am the founder and managing partner of McTigue Law LLP ("McTigue Law" or "Firm"). McTigue Law is a law firm that focuses its practice on the representation of private pension plans qualified under the Employee Retirement Income Security Act of 1974 ("ERISA"), their trustees, participants, and beneficiaries in class actions.

3. Attached as **EXHIBIT A** is a true and correct copy of a letter sent to us by Plaintiff Richard A. Sutherland's treating physician.

4. My firm has communicated with Plaintiff William R. Taylor on numerous occasions since receiving the Court's order on Monday.

5. Based on my communications with Mr. Taylor, it is my understanding that Mr. Taylor's efforts to obtain a signed letter from his treating physician have been unsuccessful because the treating physician was in surgery Tuesday and today and inaccessible to Mr. Taylor and clinic staff.

6. My firm will continue to work with Mr. Taylor to obtain the signed letter from his treating physician as soon as is possible, likely by tomorrow, Friday, March 3.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of March, 2017 in Washington, DC.

_____
J. Brian McTigue

2

# Exhibit A



## NMCC
### NEW MEXICO CANCER CENTER
*New Mexico Oncology Hematology Consultants, Ltd.*

Main 505.842.8171
Bus. Office 505.797.4589
After Hours 505.857.3877
nmcancercenter.org

March 2, 2017

Re:   Richard Sutherland
DOB:

To Whom It May Concern:

I am the treating oncologist for Mr. Richard A Sutherland. I am writing on his behalf given the request that the patient travel out of state for a legal matter. You may be unaware that he was diagnosed with a malignancy in 2012 and is still suffering from the effects of treatment with surgery, chemotherapy, and radiation.

The patient has diabetes and is requiring insulin. He also has sleep apnea and requires a CPAP machine at night. These medical conditions have caused him to be quite debilitated. He cannot sit for long periods; neither can he stand for long periods. Therefore, travelling out of state is difficult physically for him. He also is not able to travel by himself and therefore his wife would have to accompany him.

Given these difficulties, the patient would do best to be interviewed via telephone rather than travel. I trust that this information will suffice to allow you to accommodate Mr. Sutherland and his family. Should you have any questions, do not hesitate to contact me at 505-842-8171.

Sincerely,

Annette C. Fontaine, MD
Hematologist/oncologist

ACF.4031/cvb

**Medical Oncology**
**Hematology**
Clark E. Haskins, MD, Emeritus
Barbara L. McAneny, MD
Richard O. Giudice, MD
Douglas A. Clark, MD
Amyn G. Alidina, MD
Annette C. Fontaine, MD
Jose W. Avitia, MD
Weigang Tong, MD
Juhee Sidhu, MD
Karen DeGenevieve, CFNP
Willow P. Durand, CNP
Eric Cooper, CNP
Cara Rooney, CNP
Felicia Mazzei, CNP

**Radiation Oncology**
Gregg E. Franklin, MD, PhD
Amish A. Shah, MD
Susan Guo, MD

**Radiology**
Glen P. Wilson, MD

**Internal Medicine**
Wood B. Lewis, MD
J. Randle Adair, DO, PhD
Patricia D. Morrow, MD

**Rheumatology**
James B. Steier, MD

**Survivorship/Genetics**
Donald Pearsall, MD
Darling J. Horcasitas, PA-C

**Leadership**
Barbara L. McAneny, MD
Chief Executive Officer

Nina K. Chavez, MBA
Chief Operating Officer

Laura Marez, CPA
Chief Financial Officer

Albuquerque • 4901 Lang Ave. NE • Albuquerque, NM 87109 • 505.842.8171
Silver City • Gila Regional Medical Center • 1313 East 32nd St • Silver City, NM 88061 • 575.538.4009
Gallup • 2240 College Drive • Gallup, NM 87301 • 505.726.2400

Your Strongest Ally to **Conquer Cancer**