**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 12-cv-11698 MLW |

**MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL RECONSIDERATION FOR LEAVE TO REQUEST AN ORDER PERMITTING PLAINTIFFS RICHARD A. SUTHERLAND AND WILLIAM R. TAYLOR TO ATTEND THE MARCH 7, 2017 HEARING TELEPHONICALLY**

A hearing has been set by this court for March 7, 2017 for the purpose of addressing the possible appointment of a special master to investigate the reliability of information submitted to the Court regarding the award attorney fees in litigation against State Street Bank. Plaintiffs Richard A. Sutherland and William R. Taylor are among those who have been ordered to attend. These plaintiffs ("Plaintiffs", or "Plaintiff" individually) have served as two of the named plaintiffs in the above captioned matter, Henriquez et al v. State Street Bank and Trust Company et al., No. 11-cv-12049 MLW ("Henriquez"). The Henriquez action made fiduciary claims against defendant State Street Bank under the Employee Retirement Income Security Act ("ERISA").

Plaintiffs request leave to attend the ordered March 7, 2017 hearing telephonically rather than in person because of the burden the order imposes on them.

Plaintiff Sutherland who resides in Albuquerque, New Mexico is disabled. He suffers from various ailments and is undergoing chemotherapy. He cannot travel without assistance. Even with assistance, travel is very difficult physically for Mr. Sutherland and a lengthy trip across the country would impose a substantial burden on him and his wife. A letter from his treating physician is attached as Exhibit A to the Affidavit of J. Brian McTigue attached in support of this motion.

Plaintiff Taylor who resides in Aston, Pennsylvania, is disabled and unable to travel more than 30 minutes in an automobile without extreme pain, and is unable to travel by air. In addition, he is awaiting a date for a surgery to relieve his pain, but is unsure when his doctor will schedule that surgery. However, it is possible that the surgery might be scheduled for the day of the hearing. In that case, Taylor would not be unlikely to attend telephonically. Otherwise he is

able to attend via telephone. Travel to Boston, however, will be difficult and painful for Mr. Taylor.

As detailed in the accompanying affidavit, Mr. Taylor's treating physician has been in surgery today and yesterday and has thus been unable to comply with the court's request for a letter. However, Mr. Taylor is actively working with his physician's office to get a signed letter verifying Mr. Taylor's medical difficulties as soon as is possible. When that letter is received by Mr. Taylor's counsel it will be sent to the court without delay.

There is good cause to excuse Plaintiffs Taylor and Sutherland from being required to travel to attend the hearing in person and permit them instead to participate in the hearing by telephone.

## CONCLUSION

WHEREFORE, and for the reasons discussed herein, Plaintiffs respectfully seek the relief requested.

Dated:  March 2, 2017

By:   /s/J. Brian McTigue
J. Brian McTigue (*pro hac vice*)
James A. Moore (*pro hac vice*)
**McTigue Law LLP**
4530 Wisconsin Ave, NW
Suite 300
Washington, DC 20016
202-364-6900
Fax: 202-364-9960
Email: bmctigue@mctiguelaw.com
            jmoore@mctiguelaw.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, J. Brian McTigue, hereby certify that on the date set forth below a copy of the foregoing **Document** was served upon all counsel of record via the court's ECF filing system.

Dated:   March 2, 2017

                                  \s\   J. Brian McTigue
J. Brian McTigue
McTigue Law LLP