# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) )  No. 11-cv-10230 MLW )  |
| Plaintiffs, | ) ) |
| v. | ) ) |
| STATE STREET BANK AND TRUST COMPANY, | ) ) |
| Defendant. | ) ) |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, | ) )  No. 11-cv-12049 MLW ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, | ) ) ) ) |
| Defendants. | ) ) |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, | ) )  No. 12-cv-11698 MLW ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| STATE STREET BANK AND TRUST COMPANY, | ) ) |
| Defendant. | ) ) ) |

**SECOND DECLARATION OF J. BRIAN MCTIGUE IN SUPPORT OF THE MOTION FOR PARTIAL RECONSIDERATION FOR LEAVE TO REQUEST AN ORDER PERMITTING PLAINTIFFS RICHARD A. SUTHERLAND AND WILLIAM R. TAYLOR TO ATTEND THE MARCH 7, 2017 HEARING TELEPHONICALLY**

I, J. Brian McTigue, declare as follows, pursuant to 28 U.S.C. § 1746:

1.      I submit this declaration in support of the *Motion for Partial Reconsideration for Leave to Request an Order Permitting Plaintiffs Richard A. Sutherland and William R. Taylor to Attend the March 7, 2017 Hearing Telephonically.*

2.      I am the founder and managing partner of McTigue Law LLP ("McTigue Law" or "Firm"). McTigue Law is a law firm that focuses its practice on the representation of private pension plans qualified under the Employee Retirement Income Security Act of 1974 ("ERISA"), their trustees, participants, and beneficiaries in class actions.

3.      Attached as **EXHIBIT A** is a true and correct copy of a letter sent to us by Plaintiff Richard A. Sutherland's treating physician.

4.      Based on my communications with Plaintiff William R. Taylor, Plaintiff Taylor's efforts to obtain a signed letter from his treating physician by March 2, 2017 were unsuccessful because the treating physician was in surgery Tuesday and Wednesday and inaccessible to Plaintiff Taylor and clinic staff.

5.      My firm, however, received the requested letter from Plaintiff Taylor's treating physician via fax this morning.

6.      Attached as **EXHIBIT B** is a true and correct copy of the letter sent to us by Plaintiff Taylor's treating physician.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of March, 2017 in Washington, DC.

J. Brian McTigue

2

## CERTIFICATE OF SERVICE

I, J. Brian McTigue, hereby certify that on the date set forth below a copy of the

foregoing **SECOND DECLARATION OF J. BRIAN MCTIGUE** was served upon all

counsel of record via the court's ECF filing system.


Dated:   March 3, 2017

\s\   J. Brian McTigue
J. Brian McTigue
McTigue Law LLP

# Exhibit A



# NMCC
### NEW MEXICO CANCER CENTER
*New Mexico Oncology Hematology Consultants, Ltd.*

Main 505.842.8171
Bus. Office 505.797.4589
After Hours 505.857.3877
nmcancercenter.org

March 2, 2017

Re:    Richard Sutherland
DOB: ▮▮▮▮▮▮

To Whom It May Concern:

I am the treating oncologist for Mr. Richard A Sutherland.  I am writing on his behalf given the request that the patient travel out of state for a legal matter.  You may be unaware that he was diagnosed with a malignancy in 2012 and is still suffering from the effects of treatment with surgery, chemotherapy, and radiation.

The patient has diabetes and is requiring insulin.  He also has sleep apnea and requires a CPAP machine at night.  These medical conditions have caused him to be quite debilitated.  He cannot sit for long periods; neither can he stand for long periods.  Therefore, travelling out of state is difficult physically for him.  He also is not able to travel by himself and therefore his wife would have to accompany him.

Given these difficulties, the patient would do best to be interviewed via telephone rather than travel.  I trust that this information will suffice to allow you to accommodate Mr. Sutherland and his family.  Should you have any questions, do not hesitate to contact me at 505-842-8171.

Sincerely,

Annette C. Fontaine, MD
Hematologist/oncologist

ACF.4031/cvb

**Medical Oncology Hematology**
Clark E. Haskins, MD, Emeritus
Barbara L. McAneny, MD
Richard O. Giudice, MD
Douglas A. Clark, MD
Amyn G. Alidina, MD
Annette C. Fontaine, MD
Jose W. Avitia, MD
Weigang Tong, MD
Juhee Sidhu, MD
Karen DeGenevieve, CFNP
Willow P. Durand, CNP
Eric Cooper, CNP
Cara Rooney, CNP
Felicia Mazzei, CNP

**Radiation Oncology**
Gregg E. Franklin, MD, PhD
Amish A. Shah, MD
Susan Guo, MD

**Radiology**
Glen P. Wilson, MD

**Internal Medicine**
Wood B. Lewis, MD
J. Randle Adair, DO, PhD
Patricia D. Morrow, MD

**Rheumatology**
James B. Steier, MD

**Survivorship/Genetics**
Donald Pearsall, MD
Darling J. Horcasitas, PA-C

**Leadership**
Barbara L. McAneny, MD
Chief Executive Officer
Nina K. Chavez, MBA
Chief Operating Officer
Laura Marez, CPA
Chief Financial Officer

**Albuquerque** • 4901 Lang Ave. NE • Albuquerque, NM 87109 • 505.842.8171
**Silver City** • Gila Regional Medical Center • 1313 East 32nd St • Silver City, NM 88061 • 575.538.4009
**Gallup** • 2240 College Drive • Gallup, NM 87301 • 505.726.2400

Your Strongest Ally to Conquer Cancer

# Exhibit B





ORTHOPAEDICS

---

### Orthopaedic Associates Division

Evan K. Bash, M.D.
James A. Costanzo, M.D.
Frank P. Giammattei, M.D.
Charles D. Hummer III, M.D.
Craig G. Kriza, D.P.M,J.D

R. Bruce Lutz, M.D.
James T. McGlynn, M.D.
Raymond M. Wolfe, M.D.
David T. Yucha, M.D.
James M Zurbach, M.D.

03/03/2017

WilliamTaylor
29 Sheridan Lane
Aston,  PA 190142016

To whom it may concern,

William Taylor is scheduled for revision of total knee replacement on 4/27/17. It is not ideal for him to travel.

Sincerely,

Provider:  Raymond M Wolfe MD MD on 03/03/2017 09:42 AM

**Document generated by:  Martha Ritter  03/03/2017**

Crozer-Chester Medical Center / Suite 324, POB II / One Medical Center Boulevard / Upland, PA 19013 / Fax 610.876.3788
Crozer Medical Plaza at Brinton Lake / 300 Evergreen Drive / Suite 200 / Glen Mills, PA 19342 / Fax 610.876.3480
Media / 200 E. state Street / Suite 108 / Media, PA 19063 / Fax 610.876.2670
St. Francis Hospital / 701 N. Clayton St, MSB, Suite 600 / Wilmington, DE 19805 / Fax 302.656.2823
North Wilmington Office/ 2004 Foulk Road Suite 3/ Wilmington, DE 19810/ Fax 302.746.7306

**610.876.0347 OR 302.656.2643**