# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 12-cv-11698 MLW |

**MOTION FOR PARTIAL RECONSIDERATION FOR LEAVE TO REQUEST AN ORDER PERMITTING PLAINTIFFS RICHARD A. SUTHERLAND AND WILLIAM R. TAYLOR TO ATTEND THE MARCH 7, 2017 HEARING TELEPHONICALLY**

*[Handwritten margin note, right side:] March 3, 2017. number to be called. W&W D.J.*

*[Handwritten at bottom:] Allowed. As Mr. Taylor is not scheduled for knee surgery on March 7, 2017, he as well as Mr. Sutherland shall participate by telephone. The Clerk will provide their counsel with the [...]*