AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYS., ET AL )<br>*Plaintiff* )<br>v. )<br>STATE STREET BANK AND TRUST CO., ET AL )<br>*Defendant* ) | Case No. 11-cv-10230-MLW |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Labaton Sucharow LLP, Lead Counsel for Pltf. AR Teacher Retirement Sys. and the Settlement Class.

Date: 03/06/2017

/s/ Justin J. Wolosz
*Attorney's signature*

Justin J. Wolosz, BBO 643543
*Printed name and bar number*

CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
*Address*

jwolosz@choate.com
*E-mail address*

(617) 248-5221
*Telephone number*

(617) 502-5221
*FAX number*