UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>STATE STREET CORPORATION, STATE STREET BANK AND TRUST COMPANY and STATE STREET GLOBAL MARKETS, LLC,<br><br>Defendants. | No. 11-CV-10230 (MLW) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Massachusetts Local Rule 83.5.3, Evan R. Hoffman, of Thornton Law Firm LLP, duly admitted to practice law in the State of Massachusetts and before this Court, and on behalf of the Arkansas Teacher Retirement System ("ARTRS"), hereby moves for the admission of Jonathan D. Selbin, of the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, to appear before this Court on behalf of Plaintiff, and states as follows:

1. Jonathan D. Selbin is a partner with the law firm of Lieff Cabraser Heimann & Bernstein, LLP, 250 Hudson Street, 8th Floor, New York, New York 10013.

2. Jonathan D. Selbin is a member of the Bar of the State of New York since February 27, 2001, the Bar of the State of California since June 2, 1994, and the Bar of the District of Columbia since January 10, 2000.

3. Mr. Selbin is also a member of the bars of the U.S. District Court for the Northern District of California since November 8, 1995, U.S. District Court for the Central District of California since October 27, 1997, U.S. District Court for the Northern District of

1341135.2

Florida since March 19, 2009, U.S. District Court for the Northern District of Illinois since March 10, 2010, U.S. District Court for the Eastern District of Michigan since August 8, 2007, U.S. District Court for the Eastern District of New York since June 12, 2008, U.S. District Court for the Southern District of New York since May 22, 2001, U.S. District Court for the District of Columbia since January 10, 2000, U.S. District Court for the Eastern District of Wisconsin since September 16, 2013, U.S. District Court for the Western District of Wisconsin since May 30, 2014, and U.S. District Court for the Eastern District of Texas since October 27, 2016.

4. Mr. Selbin is also a member of the bars of the U.S. Court of Appeals for the Second Circuit since May 18, 2016, the U.S. Court of Appeals for the Third Circuit since June 3, 2009, the U.S. Court of Appeals for the Fifth Circuit since October 28, 2002, the U.S. Court of Appeals for the Sixth Circuit since July 21, 2010, the U.S. Court of Appeals for the Seventh Circuit since July 27, 2012, the U.S. Court of Appeals for the Ninth Circuit since May 22, 2007, the U.S. Court of Appeals for the Tenth Circuit since January 9, 2014, the U.S. Court of Appeals for the Eleventh Circuit since August 5, 2010, and the U.S. Court of Appeals for the Federal Circuit since November 6, 2015. Jonathan D. Selbin was also admitted to practice before the United States Supreme Court on August 13, 2012.

5. Jonathan D. Selbin is a member of the bar in good standing in every jurisdiction where he has been admitted to practice.

6. There are no disciplinary proceedings pending against Jonathan D. Selbin as a member of the bar of any jurisdiction where he is admitted to practice, and he has never been subject to any such disciplinary proceeding in the past.

7. Jonathan D. Selbin has read and is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: March 6, 2017

Respectfully submitted,

*[signature]*

Evan R. Hoffman (BBO # 678975)
Thornton Law Firm LLP
100 Summer St., 30th Floor
Boston, MA 02110
Tel. (617) 720-1333
Fax (617) 720-2445
ehoffman@tenlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>STATE STREET CORPORATION, STATE STREET BANK AND TRUST COMPANY and STATE STREET GLOBAL MARKETS, LLC,<br><br>Defendants. | No. 11-CV-10230 (MLW) |

## AFFIDAVIT OF JONATHAN D. SELBIN
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Jonathan D. Selbin, being duly sworn, deposes and states:

1. I am an attorney and partner of the law firm of Lieff Cabraser Heimann & Bernstein, LLP, which is located at 250 Hudson Street, 8th Floor, New York, New York 10013.

2. I am a member in good standing of the bar of the Bar of the State of New York since February 27, 2001, the Bar of the State of California since June 2, 1994, and the Bar of the District of Columbia since January 10, 2000.

3. I am also a member of the bars of the U.S. District Court for the Northern District of California since November 8, 1995, U.S. District Court for the Central District of California since October 27, 1997, U.S. District Court for the Northern District of Florida since March 19, 2009, U.S. District Court for the Northern District of Illinois since March 10, 2010, U.S. District Court for the Eastern District of Michigan since August 8, 2007, U.S. District Court for the Eastern District of New York since June 12, 2008, U.S. District Court for the Southern District

of New York since May 22, 2001, U.S. District Court for the District of Columbia since January 10, 2000, U.S. District Court for the Eastern District of Wisconsin since September 16, 2013, U.S. District Court for the Western District of Wisconsin since May 30, 2014, and U.S. District Court for the Eastern District of Texas since October 27, 2016.

4. I am also a member of bars of the U.S. Court of Appeals for the Second Circuit since May 18, 2016, the U.S. Court of Appeals for the Third Circuit since June 3, 2009, the U.S. Court of Appeals for the Fifth Circuit since October 28, 2002, the U.S. Court of Appeals for the Sixth Circuit since July 21, 2010, the U.S. Court of Appeals for the Seventh Circuit since July 27, 2012, the U.S. Court of Appeals for the Ninth Circuit since May 22, 2007, the U.S. Court of Appeals for the Tenth Circuit since January 9, 2014, the U.S. Court of Appeals for the Eleventh Circuit since August 5, 2010, and the U.S. Court of Appeals for the Federal Circuit since November 6, 2015. I was also admitted to practice before the United States Supreme Court on August 13, 2012.

5. I am a member in good standing of the bar in every jurisdiction where I have been admitted to practice.

6. I have never been disciplined by the bar of any jurisdiction and there are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction where I am admitted to practice.

7. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts;

I declare under penalty and perjury this 6th day of March, 2017 that the foregoing is true and correct.

Dated: March 6, 2017

Respectfully submitted,

Jonathan D. Selbin
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, New York 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
Email: jselbin@lchb.com

*Counsel for Plaintiff ARTRS and the Class*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>STATE STREET CORPORATION, STATE STREET BANK AND TRUST COMPANY and STATE STREET GLOBAL MARKETS, LLC,<br><br>Defendants. | No. 11-CV-10230 (MLW) |

### AFFIDAVIT OF EVAN R. HOFFMAN

Evan R. Hoffman, being duly sworn, deposes and states:

1. I am an attorney duly admitted to practice in the Commonwealth of Massachusetts and the United States District Court, District of Massachusetts. I make this Affidavit in support of the Motion for Admission of Counsel *Pro Hac Vice*;

2. That I am a partner at the law firm of Thornton Law Firm LLP with offices located at 100 Summer Street, 30th floor, Boston, Massachusetts 02110;

3. That I respectfully request that this Court allow Jonathan D. Selbin to be admitted *pro hac vice* in this case;

4. That Jonathan D. Selbin is a member in good standing in every jurisdiction where he has been admitted to practice;

5. That Jonathan D. Selbin is familiar with the Local Rules of the United States District Court for the District of Massachusetts;

6.  That it is my strong belief that Jonathan D. Selbin is of good moral character and is not currently under any order of disbarment, suspension or any other disciplinary action.

WHEREFORE, I respectfully request that Jonathan D. Selbin be permitted to appear as an attorney *pro hac vice* on behalf of Plaintiff in the above-captioned matter in this case.

Dated:  March 6, 2017                    Respectfully submitted,

                                          _____
                                          Evan R. Hoffman (BBO # 678975)
                                          Thornton Law Firm LLP
                                          100 Summer Street, 30th Floor
                                          Boston, Massachusetts 02110-2106
                                          Telephone: (617) 720-1333
                                          Facsimile:  (617) 720-2445
                                          Email: ehoffman@tenlaw.com

                                          *Liaison Counsel for Plaintiff ARTRS and the Class*