| | |
|---|---|
| From: | ECFnotice@mad.uscourts.gov |
| Sent: | Tuesday, March 07, 2017 3:22 PM |
| To: | CourtCopy@mad.uscourts.gov |
| Subject: | Activity in Case 1:11-cv-10230-MLW Arkansas Teacher Retirement System v. State Street Corporation et al Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 3/7/2017 at 3:22 PM EST and filed on 3/7/2017
**Case Name:** Arkansas Teacher Retirement System v. State Street Corporation et al
**Case Number:** 1:11-cv-10230-MLW
**Filer:**
**WARNING: CASE CLOSED on 06/23/2014**
**Document Number:** 170

**Docket Text:**
**Judge Mark L. Wolf: "ALLOWED for the purpose of allowing Mr. Frank to appear as amicus on March 7, 2017, and in the future if authorized by the Court." ENDORSED ORDER entered. re [125] MOTION for Leave to Appear Pro Hac Vice for admission of Theodore H. Frank Filing fee: $ 100, receipt number 0101-6500785 filed by Competitive Enterprise Institute (CEI) (Bono, Christine)**


**1:11-cv-10230-MLW Notice has been electronically mailed to:**

Joan A. Lukey  joan.lukey@choate.com, bdenton@choate.com, mkostoulakos@choate.com

Daniel W. Halston  daniel.halston@wilmerhale.com, whmao@wilmerhale.com

William H. Paine  william.paine@wilmerhale.com

Jeffrey B. Rudman  jeffrey.rudman@wilmerhale.com

Brian T. Kelly bkelly@nixonpeabody.com, bos.managing.clerk@nixonpeabody.com, eharlan@nixonpeabody.com, ewalz@nixonpeabody.com, hbornstein@nixonpeabody.com, jbarnes@nixonpeabody.com

Michael P. Thornton mthornton@tenlaw.com

Lawrence A. Sucharow lsucharow@labaton.com

Catherine M. Campbell cmc@fczlaw.com, nadvady@fczlaw.com

Richard M. Heimann rheimann@lchb.com

Renee J. Bushey rjb@fczlaw.com, la@fczlaw.com, nadvady@fczlaw.com

Paul J. Scarlato pscarlato@labaton.com

Michael A. Lesser mlesser@tenlaw.com, acaruth@tenlaw.com

Ellen R. Tanowitz ellen@tanowitzlaw.com

Garrett J. Bradley gbradley@tenlaw.com, amarino@tenlaw.com, ckeller@labaton.com, drogers@labaton.com, ehoffman@tenlaw.com, fmcconville@labaton.com, jmurphy@tenlaw.com, lmehringer@labaton.com, mstocker@labaton.com

Justin J. Wolosz jwolosz@choate.com, bdenton@choate.com, mkostoulakos@choate.com

Joel H. Bernstein jbernstein@labaton.com

Beth E. Bookwalter beth.bookwalter@wilmerhale.com, joyce.murphy@wilmerhale.com

Lynn Lincoln Sarko lsarko@kellerrohrback.com, cengle@kellerrohrback.com, kbartlett@kellerrohrback.com, sdouglas@kellerrohrback.com

David J. Goldsmith dgoldsmith@labaton.com, ebelfi@labaton.com, lmehringer@labaton.com, lsucharow@labaton.com, rviczian@labaton.com, sauer@labaton.com

Daniel P. Chiplock dchiplock@lchb.com, mmiarmi@lchb.com, sfineman@lchb.com

Adam Hornstine adam.hornstine@state.ma.us

Evan R. Hoffman ehoffman@tenlaw.com, ksmith@tenlaw.com

Andrew R. Golden andrew.golden@wilmerhale.com

Michael H. Rogers mrogers@labaton.com

Jonathan G. Axelrod jaxelrod@beinsaxelrod.com

J. Brian McTigue bmctigue@mctiguelaw.com, bedwards@mctiguelaw.com, dbond@mctiguelaw.com, jmoore@mctiguelaw.com, mchasse@mctiguelaw.com, mneville@mctiguelaw.com, rmarkey@mctiguelaw.com

James A. Moore jmoore@mctiguelaw.com

Kimberly Keevers Palmer kpalmer@rpwb.com, lhambleton@rpwb.com, smosley@rpwb.com

Robert L. Lieff rlieff@lchb.com

M. Frank Bednarz frank.bednarz@gmail.com

Dwight Bostwick dbostwick@zuckerman.com

Graeme Bush gbush@zuckerman.com

Carl S. Kravitz ckravitz@zuckerman.com

Nicole M. Zeiss nzeiss@labaton.com

Theodore H. Frank tfrank@gmail.com, adam.schulman@cei.org, anna.stjohn@cei.org, frank.bednarz@cei.org, melissa.holyoak@cei.org

Jonathan D. Selbin jselbin@lchb.com

**1:11-cv-10230-MLW Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=3/7/2017] [FileNumber=7038971-0]
[ccda8cc507f31df20bb5c745e64823ad00de96cfbc12b55d2d1136d41bed50f11498
af9bdb96defa3db23c5773c272cdf35c24600d6d70746d52cccc3cbd58bf]]