UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>      Plaintiff<br><br>      v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>      Defendants. | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>      Plaintiff<br><br>      v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>      Defendants. | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>      Plaintiff<br><br>      v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>      Defendants. | C.A. No. 12-11698-MLW |

ORDER

WOLF, D.J.                                                March 8, 2017

For the reasons stated at the March 7, 2017 hearing, it is hereby ORDERED that:

1. The Competitive Enterprise Institute's Motion for Leave to File Amicus Curiae Response to the Court's Order of February 6 (Docket No. 126) is ALLOWED. The Competitive Enterprise Institute's Motion for Leave to Participate as Guardian ad Litem for the Class or Amicus in Front of the Special Master (Docket No. 126) is taken under advisement.

2. Class counsel shall, by March 13, 2017, file a motion memorializing their March 7, 2017 oral motion for relief from final judgment under Federal Rule of Civil Procedure 60(b). The Rule 60(b) motion is taken under advisement.

3. Class counsel shall, by March 13, 2017, file a proposed notice to be sent to the class describing the issues that have emerged and the events that have occurred since the court ordered awards of attorneys' fees, expenses, and service awards at the November 2, 2017 hearing. The notice shall advise the class that the final judgment has been reopened, describe how the relevant records are available for review, and provide 45 days for any class member to object to the awards previously made. Class counsel shall explain to the court how this notice will be distributed in a manner comparable to the notice of the preliminary approval of the class settlement.

4. Labaton Sucharow LLP and Thornton Law Firm LLP's motion to appoint Retired Judge Layn Phillips as co-special master (Docket Nos. 129 and 131) is DENIED.

5. McTigue Law's motion to appoint Retired Judge James Rosenbaum as special master (Docket No. 138) is WITHDRAWN. To the extent, if any, that they were not withdrawn, McTigue Law's objections to the scope of the special master's duties and to the appointment of Retired Judge Gerald Rosen as special master are DENIED.

6. Class counsel shall, by March 13, 2017, identify which firm or firms will serve as liaison counsel to the special master.

7. Class counsel shall order the transcript of the March 7, 2017 hearing.

                                                   /s/ Mark L. Wolf
                                          UNITED STATES DISTRICT JUDGE