**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 12-cv-11698 MLW |

**MOTION OF LABATON SUCHAROW LLP**
**PURSUANT TO FED R. CIV. P. 60(b)(1) FOR RELIEF FROM**
<u>**ORDER AWARDING FEES, EXPENSES, AND SERVICE AWARDS**</u>

Labaton Sucharow LLP ("Labaton Sucharow" or the "Firm"), Lead Counsel for Plaintiff Arkansas Teacher Retirement System and the Settlement Class in the above-titled consolidated actions, respectfully moves, pursuant to Rule 60(b)(1) of the Federal Rules of Civil Procedure and the Court's March 8, 2017 Order (ECF No. 172), for relief from the Order Awarding Attorneys' Fees, Payment of Litigation Expenses, and Awarding Service Awards to Plaintiffs (the "Fee Order," ECF No. 111), to assure the Court's continuing jurisdiction to modify the Fee Order, should the Court find modification to be appropriate, during the pendency of this matter.

As grounds for this motion, Labaton Sucharow relies on the accompanying supporting Memorandum, the colloquy before the Court during the March 7, 2017 hearing, and all other prior papers and proceedings in these Class Actions.

WHEREFORE, and for the reasons discussed more fully in the accompanying supporting Memorandum, Labaton Sucharow respectfully seeks the relief requested.

Dated:  March 13, 2017                                    Respectfully submitted,

                                                          */s/ Joan A. Lukey*
                                                          Joan A. Lukey (BBO No. 307340)
                                                          CHOATE, HALL & STEWART LLP
                                                          Two International Place
                                                          Boston, MA  02110
                                                          Tel:  (617) 248-5000
                                                          joan.lukey@choate.com

                                                          *Attorneys for Labaton Sucharow LLP*

Certificate of Compliance with Local Rule 7.1(a)(2)

I certify pursuant to Local Rule 7.1(a)(2) that the relief sought in the foregoing motion was first sought orally during a hearing held on March 7, 2017.  No party, counsel, or other person present opposed the oral motion.

/s/ Joan A. Lukey
Joan A. Lukey

Certificate of Service

      I certify that on March 13, 2017, I caused the foregoing Motion of Labaton Sucharow LLP Pursuant to Fed R. Civ. P. 60(b)(1) for Relief From Order Awarding Fees, Expenses, and Service Awards to be filed through the ECF system in above-captioned action No. 11-cv-10230, and accordingly to be served electronically upon all registered participants identified on the Notices of Electronic Filing.

                                              */s/ Joan A. Lukey*
                                              Joan A. Lukey