**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 12-cv-11698 MLW |

5911989.1

### ZUCKERMAN SPAEDER LLP'S JOINDER IN LABATON SUCHAROW'S RULE 60(B)(1) MOTION FILED AT THE COURT'S REQUEST TO CONFIRM ITS CONTINUING JURISDICTION OVER THE FEE ORDER

Zuckerman Spaeder LLP ("Zuckerman"), one of the ERISA counsel in these consolidated actions, hereby joins Labaton Sucharow's motion for an order under Fed.R.Civ.P. 60(b)(1) ("Rule 60(b)(1)"), Dkt. 178 (motion), Dkt. 179 (supporting memorandum), filed for the purpose of eliminating doubt as to the Court's continuing jurisdiction over the November 2, 2016 Order concerning the payment of attorney's fees, expenses and service awards (Dkt. 111;"Fee Order"). The Court, in requesting on March 7, 2017, that such a motion be filed, made clear that counsel's filing of the motion would be without prejudice to their arguments as to whether any modification of the Order would be necessary. Zuckerman is joining Labaton Sucharow's request on that understanding and reserves all rights to argue that (a) the Fee Order need not be modified, and (b) if modifications are made, the fees and expenses awarded to ERISA counsel and awards to ERISA plaintiffs should not be reduced. Zuckerman did not use contract attorneys and had no involvement in the double counting or other matters referenced in the Court's

February 6, 2017 Memorandum and Order (Dkt.117). Labaton's supporting memorandum (Dkt.179), at 6 n. 4, indicates that ERISA counsel was to designate liaison counsel to the Special Master. They have done so: Lynn Sarko, Carl Kravitz and Brian McTique.

Dated:  March 13, 2017                                     Respectfully submitted,

                                                           ZUCKERMAN SPAEDER LLP


                                                           /s/ Carl S. Kravitz
                                                           Carl S. Kravitz
                                                           1800 M Street, NW, Suite 1000
                                                           Washington, DC 20036-8106
                                                           Telephone:  (202) 778-1800
                                                           Facsimile:  (202) 822-8106
                                                           ckravitz@zuckerman.com

                                                           *Counsel for Arnold Henriquez, Michael T. Cohn, William R. Taylor and Richard A Sutherland*

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing Zuckerman Spaeder LLP's **Joinder in Labaton Sucharow's Rule 60(b)(1) Motion Filed At The Court's Request To Confirm Its Continuing Jurisdiction Over The Fee And Service Award Order** was filed through the ECF System on March 13, 2017 and accordingly will be served electronically upon all registered participants identified on the Notice of Electronic Filing.

            /s/ Carl S. Kravitz
            Carl S. Kravitz