**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, ) ) ) Plaintiffs, ) ) STATE STREET BANK AND TRUST COMPANY, ) ) Defendant. ) ) | No. 11-cv-10230 MLW <br><br> Consolidated with: <br> No. 12-cv-11698 MLW |

**JAMES PEHOUSHEK-STANGELAND AND THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN'S JOINDER IN LABATON SUCHAROW'S RULE 60(b)(1) MOTION**

ERISA Plaintiffs James Pehoushek-Stangeland and the Andover Companies Employee Savings and Profit Sharing Plan ("Plaintiffs") hereby joins Labaton Sucharow's request for an order pursuant to Fed. R. Civ. P. 60(b)(1) (Dkt. 178), so that the Court can gather information and potentially modify the Fee and Service Award Order (Dkt. 111).

In joining Labaton's motion, Plaintiffs and their counsel, Keller Rohrback L.L.P., reserve all rights to argue that (a) the Fee and Service Award Order need not be modified, and (b) if modifications are made, the service awards to ERISA class representatives and the fees and expenses awarded to ERISA counsel should not be reduced. Keller Rohrback L.L.P. did not use contract attorneys and had no involvement in the double counting or other matters referenced in the Court's February 6, 2017 Memorandum and Order (Dkt. 117).

For the Court's information, ERISA counsel have designated three liaisons to Special Master Rosen: Lynn Sarko, Carl Kravitz and Brian McTigue.

Dated: March 13, 2017

        By: /s/ Lynn Lincoln Sarko
        KELLER ROHRBACK L.L.P.
        Lynn Lincoln Sarko
        1201 3rd Avenue, Suite 3200
        Seattle, WA 98101
        Telephone: 206-623-1900
        Facsimile: 206-623-8986
        lsarko@kellerrohrback.com

*Counsel for Plaintiffs James Pehoushek-Stangeland and the Andover Companies Employee Savings and Profit Sharing Plan*

CERTIFICATE OF SERVICE

    I certify that on March 13, 2017, I caused the foregoing to be filed through the ECF system in the above-captioned actions, and accordingly to be served electronically upon all registered participants identified on the Notices of Electronic Filing.

                          By: /s/ Lynn Lincoln Sarko
                                 Lynn Lincoln Sarko