**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) | No. 11-cv-10230 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) ) | |
| Defendant. | ) ) | |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, | ) ) ) ) | No. 11-cv-12049 MLW |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, | ) ) ) ) | |
| Defendants. | ) ) | |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, | ) ) ) ) ) | No. 12-cv-11698 MLW |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

**RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC'S
JOINDER IN LABATON SUCHAROW'S RULE 60(B)(1) MOTION**

Richardson Patrick Westbrook & Brickman, LLC ("RPWB"), formerly one of the ERISA counsel in *Henriquez et al. v. State Street Bank and Trust Company et al.*, C.A. No.: 11-12049 MLW, hereby joins Labaton Sucharow's motion for an order pursuant to Fed.R.Civ.P. 60(b)(1) (Dkt. 178, motion; Dkt. 179, supporting memorandum), filed for the purpose of removing any doubt as to the Court's continuing jurisdiction over the November 2, 2016 Order concerning the payment of attorney's fees, expenses, and service awards (Dkt. 111, "Fee Order").

In joining Labaton's motion, RPWB reserves all rights to argue that the Fee Order need not be modified, and that if modifications are made, the fees and expenses awarded to ERISA counsel should not be reduced. RPWB did not use contract attorneys and had no involvement in the double counting referenced in the Court's February 6, 2017 Memorandum and Order (Dkt.117).

For the Court's information, ERISA counsel have designated Lynn Sarko, Carl Kravitz, and Brian McTique as liaisons to Special Master Rosen.

    Respectfully submitted,

    RICHARDSON PATRICK WESTBROOK
    & BRICKMAN, LLC

    */s/ Kimberly Keevers Palmer*
    Michael J. Brickman, Esquire
    mbrickman@rpwb.com
    (Fed. Bar No.: 1468)
    Kimberly Keevers Palmer, Esquire
    kkeevers@rpwb.com
    (Fed. Bar No.: 6093)
    Nina H. Fields, Esquire
    nfields@rpwb.com
    (Fed. Bar No.: 7924)

                                              James C. Bradley, Esquire
                                              jbradley@rpwb.com
                                              (Fed. Bar No.: 7660)
                                              RICHARDSON, PATRICK,
                                              WESTBROOK & BRICKMAN, LLC
                                              1017 Chuck Dawley Boulevard
                                              Post Office Box 1007
                                              Mt. Pleasant, South Carolina 29464
                                              Telephone: (843) 727-6500

                                              *Formerly Counsel for Arnold Henriquez*

March 13, 2017

CERTIFICATE OF SERVICE

I hereby certify that the forgoing **Richardson, Patrick, Westbrook & Brickman LLC's Joinder in Labaton Sucharow's Rule 60(b)(1) Motion** was filed through the ECF System on March 13, 2017 and accordingly will be served electronically upon all registered participants identified on the Notice of Electronic Filing.

/s/ Kimberly Keevers Palmer
Kimberly Keevers Palmer