**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) | No. 11-cv-10230 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) | |
| Defendant. | ) ) | |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, | ) ) ) ) | No. 11-cv-12049 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, | ) ) ) ) | |
| Defendants. | ) ) | |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, | ) ) ) ) ) | No. 12-cv-11698 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) | |
| Defendant. | ) ) | |

**ARNOLD HENRIQUEZ, WILLIAM TAYLOR, MICHAEL COHN, AND RICHARD SUTHERLAND'S JOINDER IN LABATON SUCHAROW'S RULE 60(b)(1) MOTION FILED AT THE COURT'S REQUEST TO CONFIRM ITS CONTINUING JURISDICTION OVER THE FEE ORDER**

ERISA Plaintiffs Arnold Henriquez, William Taylor, Michael Cohn, and Richard Sutherland ("Henriquez ERISA Plaintiffs") hereby join Labaton Sucharow's motion for an order under Fed.R.Civ.P. 60(b)(1) ("Rule 60(b)(1)"), Dkt. 178 (motion), Dkt. 179 (supporting memorandum), filed for the purpose of eliminating doubt as to the Court's continuing jurisdiction over the November 2, 2016 Order concerning the payment of attorney's fees, expenses and service awards (Dkt. 111;"Fee Order").

The Henriquez ERISA Plaintiffs and their counsel, McTigue Law LLP, are reserving all rights to argue that (a) the Fee Order need not be modified, and (b) if modifications are made, the fees and expenses awarded to McTigue Law LLP and awards to the Henriquez ERISA plaintiffs should not be reduced.  McTigue Law did not use contract attorneys and had no involvement in the double counting or other matters referenced in the Court's February 6, 2017 Memorandum and Order (Dkt.117).

For the Court's information, ERISA counsel have designated three liaisons to Special Master Rosen:  J. Brian McTigue, Lynn Sarko, and Carl Kravitz.

Dated:  March 13, 2017                          Respectfully submitted,

McTIGUE LAW LLP

/s/ J. Brian McTigue
J. Brian McTigue
4530 Wisconsin Avenue, N.W.
Suite 300
Washington, DC 20036
Telephone:  (202) 364-6900
Facsimile:  (202) 364-9960
bmctigue@mctiguelaw.com

*Counsel for Arnold Henriquez, William Taylor, Michael Cohn, and Richard Sutherland*

3

CERTIFICATE OF SERVICE

I hereby certify that the forgoing document was filed through the ECF System on March 13, 2017 and accordingly will be served electronically upon all attorneys of record.

                                                  /s/ J. Brian McTigue