UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 12-11698-MLW |

MEMORANDUM AND ORDER

WOLF, D.J.                                                                      March 24, 2017

      The court has considered the submissions of Labaton Sucharow LLP concerning the notice to be sent to class members regarding developments since the court ordered payments of more than

$75,000,000 as reasonable attorneys' fees, expenses, and service awards on November 2, 2017. The court has also considered the submissions of the Competitive Enterprise Institute's Center for Class Action Fairness ("CCAF") concerning that notice.

These submissions have contributed to an evolution in the court's view concerning the notice. Among other things, the court now proposes to require that a notice be sent now to class members informing them of the issues that have emerged since November 2, 2016, the appointment of Judge Gerald Rosen as Special Master, and the scope of the Special Master's duties. The court also proposes to order that any objections by class members to the awards made previously be filed after the Special Master issues his Report and Recommendation rather than within 45 days of the service of the notice as discussed at the March 7, 2017 hearing.

Accordingly, it is hereby ORDERED that if plaintiffs' counsel and/or CCAF wish to comment on this revised approach, they shall do so by 6:00 p.m. on March 27, 2017. A copy of this Order shall be served on CCAF.

_____
UNITED STATES DISTRICT JUDGE

2