# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) | No. 11-cv-10230 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) ) | |
| Defendant. | ) ) | |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, | ) ) ) ) ) | No. 11-cv-12049 MLW |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, | ) ) ) ) ) ) | No. 12-cv-11698 MLW |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

## RESPONSE OF LABATON SUCHAROW LLP TO COURT'S MEMORANDUM AND ORDER DATED MARCH 24, 2017

On March 13, 2017, Labaton Sucharow LLP ("Labaton Sucharow"), Lead Counsel for Plaintiff Arkansas Teacher Retirement System, filed its Submission with Respect to Proposed Supplemental Notice to the Settlement Class Regarding Attorneys' Fees, Litigation Expenses,

and Service Awards (ECF No. 180). Attached to the filing as Exhibit A was a proposed "Supplemental Notice of Further Proceedings Regarding Award of Attorneys' Fees and Payment of Litigation Expenses and Service Awards" (ECF No. 180-1). Both filings were submitted pursuant to instructions from the Court as expressed during the hearing on March 7, 2017 and in the Court's Order dated March 8, 2017 (ECF No. 172).

On March 24, 2017, the Court issued a Memorandum and Order advising that the Court wishes to adjust the supplemental notice that the Court is contemplating, including with respect to the deadline for submission of any objections by the class. The Court allowed Plaintiffs' counsel until 6:00 PM on March 27, 2017 to comment on the revised approach.

Labaton Sucharow hereby responds that it has no comments to the Court's proposal as set forth in the March 24, 2017 Memorandum and Order. For the Court's convenience, attached as Exhibit A is an amended proposed supplemental notice, which updates the prior notice that Labaton Sucharow submitted in light of the Court's March 24, 2017 Memorandum and Order.

Dated: March 27, 2017

Respectfully submitted,

*/s/ Joan A. Lukey*
Joan A. Lukey (BBO No. 307340)
Justin J. Wolosz (BBO No. 643543)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel: (617) 248-5000
joan.lukey@choate.com
jwolosz@choate.com

*Attorneys for Labaton Sucharow LLP*

Certificate of Service

      I certify that on March 27, 2017, I caused the foregoing Response of Labaton Sucharow LLP to Court's Memorandum and Order Dated March 24, 2017 to be filed through the ECF system in above-captioned action No. 11-cv-10230, and accordingly to be served electronically upon all registered participants identified on the Notice of Electronic Filing.

      */s/ Joan A. Lukey*
      Joan A. Lukey

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, et al. v. STATE STREET BANK AND TRUST COMPANY ) ) ) | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, et al. v. STATE STREET BANK AND TRUST COMPANY, et al. ) ) ) | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, et al. v. STATE STREET BANK AND TRUST COMPANY ) ) ) ) ) | No. 12-cv-11698 MLW |

**LABATON SUCHAROW LLP's AMENDED PROPOSED SUPPLEMENTAL NOTICE OF FURTHER PROCEEDINGS REGARDING AWARD OF ATTORNEYS' FEES AND PAYMENT OF LITIGATION EXPENSES AND SERVICE AWARDS**

You previously were mailed a notice concerning the proposed settlement of the above-captioned actions (the "Class Actions")[1] and the motion, on behalf of Plaintiffs' counsel, for an award of attorneys' fees, payment of litigation expenses, and payment of service awards to Plaintiffs. YOU ARE HEREBY NOTIFIED, pursuant to Rule 23(h) of the Federal Rules of Civil Procedure and an order of the Honorable Mark L. Wolf of the United States District Court for the District of Massachusetts, Eastern Division (the "Court"), that the Court has ordered further proceedings regarding the award of attorneys' fees and payment of litigation expenses and service awards.

On November 2, 2016, following the distribution of notice to the Settlement Class and a final approval hearing, the Court approved the proposed Settlement of $300,000,000 in cash (the "Class Settlement Amount"). The Settlement is now final and

---

[1] All capitalized terms used in this Supplemental Notice that are not defined herein have the meanings provided in the Stipulation and Agreement of Settlement, dated as of July 26, 2016 (the "Settlement Agreement"), which is available at www.StateStreetIndirectFXClassSettlement.com at www.labaton.com.

- 1 -

- 2 -

the additional proceedings discussed below do not relate to or affect the Settlement and will not delay a distribution to the Class.

The Court also entered an order (1) awarding attorneys' fees to Plaintiffs' counsel in the amount of $74,541,250.00 (plus any accrued interest); (2) approving payment of litigation expenses to Plaintiffs' counsel in the amount of $1,257,697.94; and (3) approving payment of service awards to Plaintiffs in the aggregate amount of $85,000.00, comprised of $25,000.00 to plaintiff Arkansas Teacher Retirement System ("ARTRS") and $10,000.00 to each of the ERISA Plaintiffs, Arnold Henriquez, Michael T. Cohn, William R. Taylor, Richard A. Sutherland, The Andover Companies Employees Savings and Profit Sharing Plan, and James Pehoushek-Stangeland (collectively with ARTRS, the "Plaintiffs").

The Court approved the payment of attorneys' fees pursuant to the "common fund" doctrine, recognizing that the fee award would represent less than 25% of the Class Settlement Amount after first deducting Court-awarded litigation expenses and service awards. In testing the reasonableness of that amount, the Court took into account the "lodestar," or the amount that Plaintiffs' counsel represented as the number of hours expended on the matter multiplied by their current hourly billing rates. After considering the aggregate lodestar submitted by all Plaintiffs' counsel of $41,323,895.75, the Court found that the approximately 25% fee award was fair and reasonable under the circumstances of this case and under controlling legal precedent.

On November 10, 2016, Labaton Sucharow LLP, counsel for ARTRS and Lead Counsel for the Settlement Class, advised the Court by letter that it, along with two other firms that were counsel to ARTRS, the Thornton Law Firm LLP and Lieff Cabraser

Heimann & Bernstein, LLP, had identified inadvertent reporting errors in certain of their written submissions in support of the fee award. These errors, once corrected, reduced the aggregate lodestar to $37,265,241.25, and increased the "multiplier" represented by the fee award from 1.8 to 2.0 times lodestar. After submission of that letter, questions were raised by a local media outlet regarding the reliability of certain information submitted in connection with the fee petition of the three firms listed above, including with regard to the hourly billing rates and the number of hours worked by certain attorneys.[2]

In light of the acknowledged reporting error and the questions raised by the media outlet, the Court has reopened the November 2, 2016 Order Awarding Attorneys' Fees, Payment of Litigation Expenses, and Payment of Service Awards to Plaintiffs, and appointed retired United States District Judge Gerald E. Rosen as a Special Master to investigate all issues relating to the attorneys' fees, expenses, and service awards previously made in this case and to submit a report and recommendations to the Court. The investigation will include: (a) the accuracy and reliability of the representations made by Plaintiffs' counsel in their requests for awards of attorneys' fees and expenses, including but not limited to whether counsel employed the correct legal standards and had a proper factual basis for what was represented to be the lodestar for each firm; (b) the accuracy and reliability of the representations made in the November 10, 2016 letter to the Court; (c) the accuracy and reliability of the representations made by the parties requesting service awards; (d) the reasonableness of the amounts of attorneys' fees, expenses, and service awards previously ordered, and whether any or all of them should

---

[2] No questions have been raised regarding the accuracy of the information submitted by the firms representing the ERISA Plaintiffs.

8033938v2

be reduced; (e) whether any misconduct occurred in connection with such awards; and, if so, (f) whether it should be sanctioned.

The fees and expenses of the Special Master in conducting this investigation, as well as fees and expenses of those he may retain to assist him, will be paid by the Court, from the fees already awarded to Plaintiffs' counsel. Labaton Sucharow LLP, Thornton Law Firm LLP and Lieff Cabraser Heimann & Bernstein, LLP have collectively deposited funds with the Court for this purpose. The further proceedings discussed in this notice will not result in any increase in attorneys' fees, litigation expenses, or service awards to Plaintiffs.

Plaintiffs' counsel's previous submissions in support of the Motion for an Award of Attorneys' Fees, Payment of Litigation Expenses, and Payment of Service Awards to Plaintiffs, as well as counsel's November 10, 2016 letter and the Court's orders regarding the issues discussed in this Notice, are all available at www.statestreetindirectfxclasssettlement.com and www.labaton.com. Future public filings by the Special Master, and any responsive filings, will also be posted on the websites. Class Members may also contact Lead Counsel directly by calling (888) 219-6877 or emailing settlementquestions@labaton.com.

If the Court determines that a future hearing is necessary, the websites will provide the date, time, and place of the hearing.

**OBJECTIONS**

If any Class Member wishes to object to the award of attorneys' fees, litigation expenses, and service awards previously authorized by the Court, you will be given the opportunity to do so within [45] days after the Special Master issues his report and

recommendation ("Report"). The Report, and any responses to it, will promptly be posted on the websites identified above. You will be mailed a postcard notifying you of the posting of the Report and the deadline for objecting to the original fee and expense award. Any such objection must be in writing and include your name, the State Street fund codes identified on the front of this Supplemental Notice, your address, telephone number, e-mail address, signature, and a full explanation of the objection. If you believe you are, or represent, a Class Member but do not know the State Street fund code(s), you must also include the following information in order to establish membership in the Settlement Class: (i) the name of the Person that entered into one or more custody or trust agreements with SSBT and is objecting; (ii) the approximate date(s) of the agreement(s) referenced in (i) above; (iii) the SSBT entity that was the counterparty to the agreement(s) referenced in (i) above; (iv) a list of all current and former accounts, including both the name and account number of such accounts, that held foreign (non-U.S.) assets and were related to the agreement(s) referenced in (i) above.

**Your written objection must be filed with the Court and *received by* counsel listed below by no later than** [45] days after the Special Master issues his report and recommendation**:**

**File with the Clerk of the Court:**

**Clerk of the Court**
United States District Court for the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

**Serve copies of all such papers on each of the following so that they are received no later than** [45] days after the Special Master issues his report and recommendation**:**

- 5 -

- 6 -

| Lead Counsel | Defendants' Counsel |
|---|---|
| Lawrence A. Sucharow, Esq.<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005 | William H. Paine, Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109 |

If you have objected, and the Court schedules a hearing to consider any objections, you will be personally notified of the date, time, and place of the hearing using the contact information provided in your objection.

PLEASE DO NOT CONTACT THE COURT OR DEFENDANTS REGARDING THIS NOTICE.

Dated: _____, 2017

BY ORDER OF THE UNITED
STATES DISTRICT COURT
FOR THE DISTRICT OF
MASSACHUSETTS

- 6 -

8033938v2