# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) | No. 11-cv-10230 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) ) | |
| Defendant. | ) ) | |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, | ) ) ) ) | No. 11-cv-12049 MLW |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, | ) ) ) ) | |
| Defendants. | ) ) | |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, | ) ) ) ) ) | No. 12-cv-11698 MLW |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) | |
| Defendant. | ) ) ) | |

### LABATON SUCHAROW'S EMERGENCY MOTION FOR STAY OF MARCH 31, 2017 MEMORANDUM AND ORDER AND FOR LIMITED RECONSIDERATION REGARDING SUPPLEMENTAL NOTICE TO THE CLASS

Labaton Sucharow LLP ("Labaton Sucharow"), Lead Counsel for Plaintiff Arkansas Teacher Retirement System and the Settlement Class in the above-titled consolidated actions,

moves on an expedited basis for a brief stay of the Court's March 31, 2017 Memorandum and Order (ECF No. 192) to allow time for the consideration of Labaton Sucharow's motion for limited reconsideration of the Court's March 31, 2017 Order directing plaintiffs' counsel to provide supplemental notice to the class in the above referenced case.  This motion is expedited and seeks a brief stay because the March 31, 2017 Order requires mailing of the notice on April 7, 2017.

As explained more fully in the attached Memorandum, which is incorporated by reference herein, Labaton Sucharow respectfully requests:

1. That the title of the notice be amended to delete the word "Filed," to reflect the fact that class members did not "file" claims in connection with the settlement in this case;

2. That one paragraph of the notice, which describes an article in <u>The Boston Globe</u>, be either deleted or amended;

3. That the Court clarify that pleadings or other legal briefing and filings (to the extent not under seal) before the Special Master are to be posted to the referenced website, but that plaintiffs' counsel need not post other materials submitted to the Special Master or his counsel, such as e-mails, letters, and discovery; and

4. That the Court stay the March 31, 2017 Order during the pendency of this Motion and that plaintiffs' counsel be permitted five business days from the date of the Court's ruling on this Motion to prepare and send the supplemental notice.

WHEREFORE, and for the reasons discussed more fully in the accompanying Memorandum, Labaton Sucharow respectfully requests that the Court stay the March 31, 2017 Order and reconsider, in the limited manner requested, its March 31, 2017 Order as set forth herein.

Dated:  April 3, 2017

Respectfully submitted,

*/s/ Joan A. Lukey*
Joan A. Lukey (BBO No. 307340)
Justin J. Wolosz (BBO No. 643543)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA  02110
Tel:  (617) 248-5000
joan.lukey@choate.com
jwolosz@choate.com

*Attorneys for Labaton Sucharow LLP*

Certificate of Compliance with Local Rule 7.1(a)(2)

The undersigned states that there is no opposing party, but counsel has forwarded a copy of this Motion to the Special Master and his counsel.

>*/s/ Joan A. Lukey*
>Joan A. Lukey

- 5 -

Certificate of Service

       I certify that on April 3, 2017, I caused the foregoing Labaton Sucharow's Motion for Limited Reconsideration Regarding Supplemental Notice to the Class to be filed through the ECF system in above-captioned action No. 11-cv-10230, and accordingly to be served electronically upon all registered participants identified on the Notice of Electronic Filing.

                                      */s/ Joan A. Lukey*
                                      Joan A. Lukey

- 5 -

8043046v1