UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 12-11698-MLW |

ORDER

WOLF, D.J.                                                April 26, 2017

The court has reviewed the Declaration of Eric J. Miller on Behalf of A.B. Data Ltd. Regarding Mailing and Emailing of Supplemental Notice to Settlement Class Members and/or Their

Counsel, which was filed in response to the March 31, 2017 and April 11, 2017 Orders. Mr. Miller reports that "A.B. Data caused the Supplemental Notice to be emailed to 115 Settlement Class Members and/or their counsel for whom Plaintiffs' Counsel or the Claims Administrator had an email address." Docket No. 202, ¶4. The court notes that on March 29, 2017, Labaton Sucharow LLP, as Lead Counsel for Plaintiffs, opposed providing supplemental notice by email stating, in part, that "the Firm does not have email addresses for class members." Docket No. 190 at 4. It now appears that this representation was not accurate.

In view of the foregoing, it is hereby ORDERED that Labaton Sucharow LLP shall, by May 4, 2017, file one or more affidavits addressing: how, when, and by whom the email addresses were obtained; and why the representation that "the Firm [did] not have email addresses for class members" was not false or misleading.

                                                                  /s/ Mark L. Wolf
                                          UNITED STATES DISTRICT JUDGE