```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

ARKANSAS TEACHER RETIREMENT SYSTEM,  )
on behalf of itself and all others   )
similarly situated,                  )
    Plaintiff                        )
                                     )  C.A. No. 11-10230-MLW
      v.                             )
                                     )
STATE STREET BANK AND TRUST COMPANY, )
    Defendants.                      )

ARNOLD HENRIQUEZ, MICHAEL T.         )
COHN,WILLIAM R. TAYLOR, RICHARD A.   )
SUTHERLAND, and those similarly      )
situated,                            )
    Plaintiff                        )
                                     )
      v.                             )  C.A. No. 11-12049-MLW
                                     )
STATE STREET BANK AND TRUST COMPANY, )
    Defendants.                      )

THE ANDOVER COMPANIES EMPLOYEE       )
SAVINGS AND PROFIT SHARING PLAN, on  )
behalf of itself, and JAMES          )
PEHOUSHEK-STANGELAND and all others  )
similarly situated,                  )
    Plaintiff                        )
                                     )
      v.                             )  C.A. No. 12-11698-MLW
                                     )
STATE STREET BANK AND TRUST COMPANY, )
    Defendants.                      )

                       MEMORANDUM AND ORDER

WOLF, D.J.                                          May 25, 2017

    In a March 8, 2017 Memorandum and Order the court approved payment to the Special Master, Retired United States District Judge Gerald Rosen, at his requested rate of $800 an hour. See Docket

No 173 at ¶14. The court ordered that his bills be filed <u>ex parte</u> and under seal to maintain the confidentiality of his investigation. <u>Id.</u> The court stated that it intended to disclose the cost of the Special Master at the conclusion of these proceedings. <u>Id.</u>

In a series of sealed, <u>ex parte</u>, submissions in M.B.D. No. 17-91138-MLW, the court has been informed by the Special Master that his proposed rate of $800 an hour was based on a misunderstanding of the terms of his then very recent association with JAMS, with which he is working in this matter. The court has issued a series of orders, <u>ex parte</u> and under seal, to address the implications of this misunderstanding. On May 25, 2017, it issued an Order approving the Special Master's request that he be compensated at the rate of $900 an hour for services reasonably rendered after March 31, 2017. As a result, JAMS will not seek compensation for its services from the court. If requested, the reasons for this revision of the March 8, 2017 Order may be more fully described when the cost of the Special Master's services are disclosed at the conclusion of these proceedings.

The court did not give plaintiffs' counsel prior notice of this issue and the Special Master's request because doing so could involve disclosing his bills and, therefore, injure the confidentiality of the Special Master's investigation, which is the reason for the <u>ex parte</u> submission of those bills. However,

2

if plaintiffs' counsel object promptly to the Special Master's rate being raised to $900 an hour or to the process by which the decision to do so has been made, they may file a motion requesting that the court reconsider its approval of the increased rate.[1]

                                                                                /s/ Mark L. Wolf  
                                                             UNITED STATES DISTRICT JUDGE

---

[1] The court notes that some of plaintiffs' counsel have represented in this case that their regular hourly rates are in excess of $900 an hour. See, e.g., Docket No. 104-15 at 7 & Docket No. 104-17 at 8.

3