UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 12-11698-MLW |

<u>ORDER</u>

WOLF, D.J.                                               October 2, 2017

The court has received the attached September 29, 2017 letter from the Master, Retired United States District Judge Gerald Rosen. The Master requests an extension to December 15, 2017 to submit

his Report and Recommendation pursuant to the March 8, 2017 Order. The court is satisfied that the Master has been working diligently and that the request is justified. It is, therefore, hereby ALLOWED.

                                           /s/ Mark L. Wolf
                                           UNITED STATES DISTRICT JUDGE



September 29, 2017

Honorable Mark L. Wolf

United States Court

One Courthouse Way

Boston, Massachusetts 02210

    RE:    Extension of time for submission of Special Master's Report and Recommendation

Dear Judge Wolf –

I write to request an extension of time to file my Special Master's Report and Recommendation. Your March 8, 2017 Order of Appointment, paragraph 3, the Report and Recommendation provides:

> 3. The Master shall proceed with all reasonable diligence and either submit his report and Recommendation by October 10, 2017 or request an extension of time to do so. See Fed. R. Civ. P. 53(2)

Although I fully intended to meet the October 10, 2017 deadline, recent events related to the discovery phase of the investigation have required considerably more time and attention than either my team or the law firms' attorneys could have anticipated and, although we are nearing an end to our discovery work, we are still pursuing certain information.

Accordingly, pursuant to Paragraph 3 or your Order, I am requesting an extension of the due date for my Report and Recommendation to December 15, 2017. All parties have agreed to an extension to this date. I am happy to provide greater detail and support for this request, and answer any questions you may have related to the investigation.

Page Two

September 29, 2017

Thank you for your consideration and for the confidence you have reposed in me and my team in appointing me to this very interesting case.

With best wishes, I am

Sincerely,

Hon. Gerald E. Rosen (Ret.)
Special Master