```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

ARKANSAS TEACHER RETIREMENT SYSTEM,  )
on behalf of itself and all others   )
similarly situated,                  )
     Plaintiff                       )
                                     )  C.A. No. 11-10230-MLW
     v.                              )
                                     )
STATE STREET BANK AND TRUST COMPANY, )
     Defendants.                     )

ARNOLD HENRIQUEZ, MICHAEL T.         )
COHN, WILLIAM R. TAYLOR, RICHARD A.  )
SUTHERLAND, and those similarly      )
situated,                            )
     Plaintiff                       )
                                     )
     v.                              )  C.A. No. 11-12049-MLW
                                     )
STATE STREET BANK AND TRUST COMPANY, )
     Defendants.                     )

THE ANDOVER COMPANIES EMPLOYEE       )
SAVINGS AND PROFIT SHARING PLAN, on  )
behalf of itself, and JAMES          )
PEHOUSHEK-STANGELAND and all others  )
similarly situated,                  )
     Plaintiff                       )
                                     )
     v.                              )  C.A. No. 12-11698-MLW
                                     )
STATE STREET BANK AND TRUST COMPANY, )
     Defendants.                     )
```

                                   ORDER

WOLF, D.J.                                          October 24, 2017

     On March 8, 2017, the court appointed Retired United States

District Judge Gerald Rosen as a Master to investigate and submit

a Report and Recommendation concerning issues relating to the award

of attorneys' fees in this case. See Mar. 8, 2017 Order (Docket No. 173). The court ordered that Labaton Sucharow LLP ("Labaton") provide to the Clerk of the United States District Court for the District of Massachusetts $2,000,000 to pay the reasonable fees and expenses of the Master. Id. ¶¶ 13, 14. The court stated that "[i]f the expenses of the Master's work exceeds $2,000,000, the court will order additional payments." Id., n.4. The court also directed the Master to submit his Report and Recommendation by October 10, 2017 or request an extension of time to do so. Id. ¶3.

In a September 29, 2017 letter, the Master informed the court that recent, unforeseeable developments required further investigation. See Docket No. 207-1. He, therefore, requested an extension of time to December 15, 2017 to submit his Report and Recommendation. The court allowed that request. See Oct. 2, 2017 Order (Docket No. 207).

In an October 6, 2017 letter, which is attached hereto as Exhibit 1, the Master informed the court that, as a result of the additional required investigation, additional funding for his work will be necessary. He, therefore, requests that the court order that Labaton pay another $1,000,000 to the Clerk for that purpose.

The court has been carefully reviewing the Master's bills before approving them. His work has been performed efficiently as well as thoroughly. The remainder of the initial $2,000,000 will

2

not be sufficient to pay the foreseeable reasonable fees and expenses of the Master and those he has retained to assist him. Therefore, the Master's request is meritorious and is being allowed.

The March 3, 2017 Order also states that it "may be modified upon request of the master or a party, or by the court sua sponte, after providing notice and an opportunity to be heard." Mar. 8, 2017 Order (Docket No. 173) at ¶16. The Master has informed the court that he has entered a limited protective order concerning the confidentiality of certain information he has received in discovery and informed the parties that an opportunity would be provided for them to propose redactions to the Report and Recommendation which will be filed for the public record. In view of the foregoing, the court is modifying the March 8, 2017 Order to provide that: the Master shall file his Report and Recommendation with the court under seal; the court will provide the Report and Recommendation to the parties, under seal; and the court will establish schedules for proposed redactions and objections.

Accordingly, it is hereby ORDERED that:

1. The Master's request for $1,000,000 additional funds is ALLOWED. Labaton shall, pursuant to paragraphs 13 and 14 of the March 8, 2017 Order, pay to the Clerk of the United States District

Court for the District of Massachusetts $1,000,000, by November 1, 2017.

2.  The Master shall file his Report and Recommendation with the court under seal and not serve it on the parties. The court will provide it to the parties under seal and give them an opportunity to propose redactions of confidential information from the version of it to be made part of the public record. The court will also establish a schedule for submission of any objections to the Report and Recommendation.

3.  Any request for reconsideration of this Order shall be filed by October 31, 2017.

                                                  /s/ Charles P. Wolf
                                        UNITED STATES DISTRICT JUDGE

4

# EXHIBIT 1



October 6, 2017

Honorable Mark L. Wolf

United States District Court

One Courthouse Way

Boston, Massachusetts 02210

    RE:   Need for additional funds.

Dear Judge Wolf –

I write to request that additional funds be made available in order to complete my Special Master responsibilities in the State Street attorney fees matter. After ordering an initial allocation of $2,000,000 to be paid to the Clerk of the Court to fund the Special Master's work, paragraph 13, footnote 4, of the March 8, 2017 Order of Appointment, provides: "If the expense of the Master's work exceeds $2,000,000, the court will order additional payments."

I anticipated that it would not be necessary to seek additional funds to complete this assignment. However, recent events related to the later discovery phase of the investigation have required considerably more time, effort and resources than either my team or the law firms' attorneys anticipated and, although we are nearing an end to our discovery, we are still pursuing additional information and, of course, we will have to write what will be a detailed report of our findings based upon what has become a rather voluminous discovery record. Although we are attempting to be as economical and responsible as possible, I believe we will exhaust the current fund by the end of October.

Accordingly, pursuant to the above-cited provision of your Order, I respectfully request that you order an additional $1,000,000 to be paid into the fund held for our work with the Clerk of the Court. I am happy to provide greater detail and support for this request, and to answer any questions you may have.

Page Two

October 6, 2017

Thank you for your consideration of this request and for the confidence you have reposed in me and my team in appointing me to this very interesting case.

With best wishes, I am

Sincerely,

Hon. Gerald E. Rosen (Ret.)
Special Master