**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) | No. 11-cv-10230 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) ) | |
| Defendant. | ) ) | |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, | ) ) ) ) | No. 11-cv-12049 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, | ) ) ) ) | |
| Defendants. | ) ) | |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, | ) ) ) ) ) | No. 12-cv-11698 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) | |
| Defendant. | ) ) ) | |

**PLAINTIFFS' ASSENTED-TO MOTION FOR AUTHORIZATION TO DISTRIBUTE**
**TO ELIGIBLE REGISTERED INVESTMENT COMPANY CLASS MEMBERS**

Plaintiffs, by and through the undersigned counsel, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, respectfully move this Court for an Order authorizing the distribution of proceeds from the Settlement in the above-captioned actions to eligible Settlement Class Members that are Registered Investment Companies.

Defendant State Street Bank and Trust Company has indicated that it assents to the relief sought in this motion.

As grounds for this motion, Plaintiffs rely on the accompanying supporting Memorandum of Law; the accompanying supporting Declaration of Eric J. Miller on Behalf of A.B. Data, Ltd. in Support of Motion for Authorization to Distribute to Eligible Registered Investment Company Class Members, with exhibits thereto; and all other prior papers and proceedings herein.

WHEREFORE, and for the reasons discussed more fully in the accompanying supporting Memorandum of Law, Plaintiffs respectfully seek the relief requested on the submitted motion papers.  A proposed Order is submitted herewith.

Dated: November 2, 2017                  Respectfully submitted,

                                               LABATON SUCHAROW LLP

By:    /s/ David J. Goldsmith
       Lawrence A. Sucharow *(pro hac vice)*
       David J. Goldsmith *(pro hac vice)*
       Michael H. Rogers *(pro hac vice)*
       Nicole M. Zeiss (*pro hac vice*)
       140 Broadway
       New York, New York  10005
       Tel:  (212) 907-0700
       Fax:  (212) 818-0477

       *Lead Counsel for Plaintiff*
       *Arkansas Teacher Retirement*
       *System and the Settlement Class*

Michael P. Thornton (BBO #497390)
Garrett J. Bradley (BBO #629240)
Michael A. Lesser (BBO #631128)
Evan R. Hoffman (BBO#678975)
THORNTON LAW FIRM LLP
100 Summer Street, 30th Floor
Boston, Massachusetts  02110
Tel:  (617) 720-1333
Fax:  (617) 720-2445

*Liaison Counsel for ARTRS
and the Settlement Class*

Daniel P. Chiplock (*pro hac vice*)
LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York  10013
Tel:  (212) 355-9500
Fax:  (212) 355-9592

Robert L. Lieff (*pro hac vice*)
275 Battery Street, 29th Floor
San Francisco, California  94111
Tel:  (415) 956-1000
Fax:  (415) 956-1008

*Additional Counsel for ARTRS
and the Settlement Class*

<u>Certificate of Compliance with Local Rule 7.1(a)(2)</u>

I certify pursuant to Local Rule 7.1(a)(2) that my partner Nicole M. Zeiss conferred with counsel for Defendant State Street Bank and Trust Company ("SSBT") on October 31, 2017 and on earlier dates concerning the relief sought in the foregoing motion. Counsel confirmed that SSBT assents to the relief sought in the motion.

<u>/s/ David J. Goldsmith</u>
David J. Goldsmith

Certificate of Service

      I certify that on November 2, 2017, I caused the (1) foregoing Plaintiffs' Assented-to Motion for Authorization to Distribute to Eligible Registered Investment Company Class Members, with annexed proposed Order; (2) accompanying Memorandum of Law in Support of Plaintiffs' Assented-to Motion for Authorization to Distribute to Eligible Registered Investment Company Class Members; and (3) accompanying Declaration of Eric J. Miller on Behalf of A.B. Data, Ltd. in Support of Motion for Authorization to Distribute to Eligible Registered Investment Company Class Members, with exhibits; to be filed through the ECF system in the above-captioned actions, and accordingly to be served electronically upon all registered participants identified on the Notices of Electronic Filing.

                                        */s/ David J. Goldsmith*
                                        David J. Goldsmith