# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, <br><br> Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | No. 12-cv-11698 MLW |

**PLAINTIFFS' ASSENTED-TO MOTION FOR AUTHORIZATION TO DISTRIBUTE TO ELIGIBLE REGISTERED INVESTMENT COMPANY CLASS MEMBERS**

ALLOWED.

WOLF, D.J.

Dec. 13, 2017

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendants. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, <br><br> Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself; and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendants. | No. 12-cv-11698 MLW |

[PROPOSED] ORDER AUTHORIZING DISTRIBUTION TO RIC CLASS MEMBERS

**THIS MATTER** having come before the Court on the motion of Plaintiffs, through Lead Counsel, for authorization to distribute proceeds from the Settlement of the above-captioned actions to eligible Settlement Class Members that are Registered Investment Companies; the Class Settlement having reached its Effective Date; and the Court having considered the papers filed and proceedings had herein and otherwise being fully informed;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation and Agreement of Settlement, dated as of July 26, 2016 (ECF No. 89), the Court-approved Plan of Allocation, or the Declaration of Eric J. Miller on Behalf of A.B. Data, Ltd. in Support of Motion for Authorization to Distribute to Eligible Registered Investment Company Class Members, dated November 2, 2017 (the "A.B. Data Declaration").

2. The administrative recommendations of A.B. Data, Ltd. ("A.B. Data" or "Claims Administrator"), the Court-appointed Claims Administrator, concerning the distribution of the RIC Settlement Allocation, as set forth in the A.B. Data Declaration and Exhibits 4 and 5 thereto, are hereby APPROVED.

3. The distribution of the RIC Settlement Allocation to eligible RIC Class Members is hereby AUTHORIZED and shall be conducted in accordance with the Settlement Agreement, the Court-approved Plan of Allocation, and the RIC Distribution Plan, set forth in paragraphs 22-25 of the A.B. Data Declaration, which is hereby APPROVED.

4. A payment in the amount of $49,673.00 from the RIC Settlement Allocation for A.B. Data's estimate of its fees and costs to be incurred in connection with the distributions to eligible RIC Class Members is hereby AUTHORIZED. If the incurred fees and costs for the RIC distributions are lower than the estimate, the Claims Administrator shall promptly refund the difference.

5. The administration of the Class Settlement to date and the proposed distribution to RIC Class Members comply with the terms of the Settlement Agreement and the Plan of Allocation.

6. The Claims Administrator is authorized to destroy paper copies of all documentation pertaining to the RIC distributions one (1) year after the Second RIC Distribution, and electronic copies of the same three (3) years after the RIC Initial Distribution.

7. The Court retains jurisdiction to consider any further applications concerning the administration of the Class Settlement, and such other and further relief as this Court deems appropriate.

**IT IS SO ORDERED.**

Dated: Dec. 13, 2017

HON. MARK L. WOLF
UNITED STATES DISTRICT JUDGE