UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 12-11698-MLW |

ORDER

WOLF, D.J.                                              December 14, 2017

The court has received the attached December 12, 2017 letter from the Master, Retired United States District Judge Gerald Rosen. The Master requests an extension to March 15, 2018 to submit his

Report and Recommendation pursuant to the March 8, 2017 Order. The court continues to be satisfied that the Master has been working diligently and finds that the request is justified. It is, therefore, hereby ALLOWED.

                                                                                _____
                                                                                UNITED STATES DISTRICT JUDGE

**HON. GERALD E. ROSEN (RET.)**
150 WEST JEFFERSON, SUITE 850
DETROIT, MI 48226
(313) 872-1100

December 12, 2017

Honorable Mark L. Wolf

United States District Court

One Courthouse Way

Boston, Massachusetts 02210

    RE:    Extension of time for submission of Special Master's Report and Recommendation

Dear Judge Wolf –

I write to request a second extension of time to file my Special Master's Report and Recommendation. By way of reminder, paragraph 3 of your March 8, 2017 Order of Appointment provides:

> 3. The Master shall proceed with all reasonable diligence and either submit his report and recommendation by October 10, 2017 or request an extension of time to do so. See Fed R. Civ. P. 53(2)

You have been gracious in extending that deadline once, to December 15, 2017, due to unforeseen developments arising out of matters raised by the discovery in the case. Since then, my team has worked diligently to meet that extended deadline. Unhappily, despite our efforts, and the cooperation of the law firms and their attorneys, we now realize that much more work than anticipated has been, and will be, necessary to thoroughly analyze and address the additional issues that have been raised. Among this work has been: (1) substantial additional document discovery; (2) an entire second round of lengthy, document-intensive and at times heavily contested, depositions (totaling about 15) related to the additional matters discovered; (3) the retention of a second, more narrowly focused expert by the law firms to address these additional issues; which (4) required us to similarly retain an expert to address these issues (who hopes to have his report completed by the end of January).

Beyond this, both counsel for the law firms and my team expect that once our expert's report is completed, they will want an opportunity to review that report and possibly depose our expert. In turn, we may want to depose their new expert. Finally, as a result of all of this, and the potential significance of the issues raised, the law firms'

counsel have indicated they may request an opportunity for oral argument to me on these issues and I am inclined to grant the firms that opportunity.

There have been numerous additional factors necessitating a further extension, but, needless to say, all of this and more will not only take time to complete, but I will not be able to finish writing my Report and Recommendation until it is all completed and digested. I should note, however, that my team and I have already made significant progress on drafting those sections of the Report and Recommendation that we believe we have sufficient information about to undertake the drafting process.

Given all of the variables we are all facing – expert reports and discovery, oral arguments, and integrating all of this into the Report and Recommendation -- it is very difficult at this time to say with full confidence exactly when we will be able to complete all of the necessary preparatory work and writing.  However, I am hopeful that we can complete everything and have my Report and Recommendation to you by March 15, 2018. While additional unforeseen circumstances may arise and this may be an optimistic estimate, we will do everything we can to meet this extended deadline. I can report also that all parties understand the challenges ahead for all of us and have agreed to an extension of time to March 15, 2017. I am happy to provide further detail and support for this request, and to answer any other questions you may have related to the investigation and Report and Recommendation process.

Accordingly, pursuant to paragraph 3 of your March 8 Order, I am requesting a further extension to March 15, 2018 to file my Report and Recommendation. Thank you for your consideration and for the continued confidence you have reposed in my team and me to pursue this very interesting and challenging case.

With best wishes, I am

Sincerely,

*[signature]*

Hon. Gerald E. Rosen (Ret.)
Special Master