UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 12-11698-MLW |

<u>ORDER</u>

WOLF, D.J.                                               April 23, 2018

On March 1, 2018, the court granted the Master, Retired United States District Judge Gerald Rosen, what the Master characterized as a "final request" for an extension of time until April 23,

2018, to file his Report and Recommendation ("Report"). See Mar. 1, 2018 Order (Docket No. 216).

The court has now received the attached April 23, 2018 letter from the Master.[1] He requests an extension to May 14, 2018 to submit his Report and related exhibits. The Master states that he may need additional time to submit the complete record of all of the evidence in both documentary and electronic form as required by the March 1, 2018 Order. The Master explains that his request for a further extension is justified by the the unanticipated, recent designation of eight additional experts by the law firms whose conduct is being investigated, related required additional discovery, and the need to be responsive to the court's request that the Master submit his Report in a searchable, electronic form.

The court continues to be satisfied that the Master has been working diligently. It also finds that providing the Master additional time to finish both his Report and its Executive Summary, and to convert both into an electronic, searchable form, will contribute to the court's ability to make informed decisions

---

[1] The April 23, 2018 letter concerning this administrative matter resulted from communications between the Master and the court permitted by paragraph 6 of the March 8, 2017 Order (Docket No. 173).

2

efficiently. Therefore, the Master's request for an extension to May 14, 2018, to file his Report is being allowed.

The Master also explains that the emergence of unforeseen, issues and related discovery require an additional approximately $300,000 to provide complete, reasonable compensation for his work through filing his Report. He also requests a reserve of at least $500,000 for his anticipated participation in proceedings after his Report is filed. Having reviewed and approved the bills of the Master and those he employs, the court finds that he has been working efficiently and that the request for $800,000 additional funding is justified.

Accordingly, it is hereby ORDERED that:

1.   The Master shall file his Report and Recommendation by May 14, 2018, and may request reasonable additional time to file the complete record of the related evidence. See Mar. 8, 2017 Order (Docket No. 173), ¶¶4, 11; Mar. 1, 2018 Order (Docket No. 216).

2. The Master's request for an additional $800,000 is ALLOWED. Labaton Sucharow LLP shall, pursuant to paragraph 13 and 14 of the March 8, 2017 Order, pay $800,000 to the Clerk of the United States District Court for the District of Massachusetts by May 11, 2018.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE