UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARKANSAS TEACHER RETIREMENT SYSTEM,
on behalf of itself and all others
 similarly situated,

                Plaintiff,

vs.

STATE STREET BANK AND TRUST COMPANY,

                Defendant.
_____/

No. 11-cv-10230-MLW
**Leave to File Under Seal Requested 5/14/2018**

ARNOLD HENRIQUEZ, MICHAEL T. COHN,
WILLIAM R. TAYLOR, RICHARD A.
SUTHERLAND, and those similarly situated,

                Plaintiffs,

vs.

STATE STREET BANK AND TRUST COMPANY,

                Defendant.
_____/

No. 11-cv-12049-MLW

THE ANDOVER COMPANIES EMPLOYEE
SAVINGS AND PROFIT SHARING PLAN, on
Behalf of itself, and JAMES PEHOUSHEK-
STANGELAND and all others similarly situated,

                Plaintiffs,

vs.

STATE STREET BANK AND TRUST COMPANY,

              Defendant.
_____/

No. 12-cv-11698-MLW

**SPECIAL MASTER'S MOTION TO SEAL FINAL REPORT AND RECOMMENDATIONS**

Pursuant to Local Rule 7.2, and as provided for in paragraphs 7 and 11 of the Court's March 8, 2017 Order, the Special Master hereby moves this Honorable Court to permit the Special Master's Report and Recommendations, including the Executive Summary and the exhibits thereto (collectively, the "Report"), as well as the complete record of evidence compiled in this case, to be filed under seal until further Court order. Pursuant to the March 8 Order, the Special Master has "preserve[d] a complete record of the evidence concerning his recommended findings of fact and [] conclusions of law." March 8, 2017 Order, ¶ 11.

WHEREFORE, Special Master respectfully requests that the Court permit the Report be filed under seal.

Dated:  May 14, 2018                              Respectfully submitted,

**SPECIAL MASTER HONORABLE GERALD E. ROSEN (RETIRED),**

By his attorneys,

  /s/  William F. Sinnott
William F. Sinnott (BBO #547423)
Elizabeth J. McEvoy (BBO #683191)
BARRETT & SINGAL, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090
Facsimile: (617) 720-5092
Email: wsinnott@barrettsingal.com
Email: emcevoy@barrettsingal.com