UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARKANSAS TEACHER RETIREMENT SYSTEM,
on behalf of itself and all others
similarly situated,

        Plaintiff,

vs.

STATE STREET BANK AND TRUST COMPANY,

        Defendant.

_____/

No. 11-cv-10230-MLW
**Leave to File Under Seal**
**Requested 5/14/2018**

ARNOLD HENRIQUEZ, MICHAEL T. COHN,
WILLIAM R. TAYLOR, RICHARD A.
SUTHERLAND, and those similarly situated,

        Plaintiffs,

vs.

STATE STREET BANK AND TRUST COMPANY,

        Defendant.

_____/

No. 11-cv-12049-MLW

THE ANDOVER COMPANIES EMPLOYEE
SAVINGS AND PROFIT SHARING PLAN, on
Behalf of itself, and JAMES PEHOUSHEK-
STANGELAND and all others similarly situated,

        Plaintiffs,

STATE STREET BANK AND TRUST COMPANY,

        Defendant.

_____/

No. 12-cv-11698-MLW

## SPECIAL MASTER'S MOTION TO SEAL FINAL REPORT AND RECOMMENDATIONS

Pursuant to the October 24, 2017 Order (Docket No. 208),
the Special Master's Report and Recommendation and
Executive Summary are hereby DENIED temporarily to permit the
parties to propose redactions and the court to decide
what redactions, if any, are justified. Wolf, D.J. 5/15/18