**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>                Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>                Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>                Defendant. | No. 12-cv-11698 MLW |

**CUSTOMER CLASS COUNSELS' RESERVATION OF RIGHTS**
**REGARDING PAYMENT TO THE COURT ON FRIDAY, MAY 11, 2018**

Labaton Sucharow LLP ("Labaton"), Lieff Cabraser Heimann & Bernstein LLP ("Lieff"), and the Thornton Law Firm ("TLF") (collectively, "Customer Class Counsel") reserve all rights related to the payment to the Court in the amount of $800,000 made pursuant to this Court's April 23, 2018 Order (ECF 217 at ¶ 2). The payment was made to ensure timely compliance with the Court's Order. However, Customer Class Counsel reserve all rights with regard to seeking an accounting, clarification, or any other appropriate remedy in connection with the payment.

Dated: May 15, 2018               Respectfully submitted,


By: */s/ Joan A. Lukey*
    Joan A. Lukey (BBO No. 307340)
    Justin J. Wolosz (BBO No. 643543)
    Stuart M. Glass (BBO No. 641466)
    CHOATE, HALL & STEWART LLP
    Two International Place
    Boston, MA 02110
    Tel.: (617) 248-5000
    Fax: (617) 248-4000
    joan.lukey@choate.com
    jwolosz@choate.com
    sglass@choate.com

    *Counsel for Labaton Sucharow LLP*


By: /s/ Richard M. Heimann
    Richard M. Heimann (*pro hac vice*)
    Lieff Cabraser Heimann & Bernstein, LLP
    275 Battery Street, 29th Floor
    San Francisco, CA  94111
    Tel: (415) 956-1000
    Fax: (415) 956-1008
    rheimann@lchb.com

    *Attorney for Lieff Cabraser Heimann & Bernstein, LLP*

By: /s/ Brian T. Kelly
Brian T. Kelly, Esq. (BBO No. 549566)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Tel.: (617) 345-1000
Fax: (617) 345-1300
bkelly@nixonpeabody.com

*Counsel for The Thornton Law Firm LLP*

- 4 -

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record on May 15, 2018.

                    */s/ Justin J. Wolosz*
                    Justin J. Wolosz