UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 12-11698-MLW |

<u>MEMORANDUM AND ORDER</u>

WOLF, D.J.                                                May 17, 2018

The court has received "Customer Class Counsel's"[1] Motion for Clarification (the "Motion")(Docket No. 222). The Motion indicates that it was not discussed before filing with counsel for the "ERISA Class,"[2] defendant State Street Bank and Trust's counsel, or counsel for the Master. It is, therefore, hereby ORDERED that:

1. Customer Class Counsel shall confer concerning the Motion with all other counsel, including counsel for the Master, and report, by May 24, 2018, jointly if possible but separately if necessary, their respective views on the Motion.

2. All counsel shall also discuss and include in their report(s) their respective views concerning which motions, if any, should be subject to the pre-filing conference requirement of Local Rule 7.1(a)(2).

                                        /s/ Mark L. Wolf
                                        UNITED STATES DISTRICT JUDGE

---

[1] "Customer Class Counsel" are: Labaton Sucharow, LLP; Thornton Law Firm; and Lieff, Cabraser, Heimann, and Bernstein, LLP.

[2] Counsel for the ERISA Class are: Keller Rohrback, LLP; Zuckerman Spaeder, LLP; and McTigue Law, LLP.