UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 12-cv-11698 MLW |

**CUSTOMER CLASS COUNSELS' EMERGENCY OBJECTION TO ORDER THAT SEALED REPORT AND RECOMMENDATION AND RELATED DOCUMENTS BE PROVIDED IN UNREDACTED FORM TO STATE STREET**

---

Handwritten margin notes:

*Left margin:* In view of, among other things, the May 17, 2018 Order concerning the May 17, 2018 "EMERGENCY...", VACATED, at least temporarily, and relevant representatives of State Street, As the court may not be fully informed of State Street to make by the Master.

*Right margin:* for the parties and for the Master shall confer and, by May 24, 2018, report their respective views on the process provided in this Motion and how to address any concerns concerning confidentiality of information that State Street submitted to it on May 17, 2018.

/s/ W.M.D.J.