**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>      Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>      Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>      Defendant. | No. 12-cv-11698 MLW |

**CUSTOMER CLASS COUNSEL'S RESPONSE TO MAY 17, 2018**
**MEMORANDUM AND ORDER (ECF NO. 226)**

Following entry of the Court's May 17, 2018 Memorandum and Order (ECF No. 226), counsel for Labaton Sucharow LLP ("Labaton"), Lieff Cabraser Heimann & Bernstein LLP ("Lieff") and the Thornton Law Firm ("Thornton") (collectively, "Customer Class Counsel") have conferred with Keller Rohrback, LLP, Zuckerman Spaeder, LLP, and McTigue Law, LLP (collectively, "ERISA Counsel"); counsel for State Street Bank and Trust Company ("State Street"); and counsel for the Special Master.  In response to the two items raised by the Court, Customer Class Counsel report as follows:

1. With respect to Customer Class Counsels' Motion for Clarification or Modification of the Court's March 8, 2017 and March 1, 2018 Orders to Eliminate the Requirement for the Master to File All Documents Produced In Discovery With The Court (ECF No. 222):

   (a) Keller Rohrback, LLP and Zuckerman Spaeder, LLP consent to the relief requested.

   (b) State Street supports the relief requested and in addition requests the opportunity to brief the Court on the impact of any alternative on the proprietary and other privacy interests of State Street and its customers after disclosure to State Street of the contents of the record and the source of the information contained in the record.

   (c) Counsel for the Special Master responds as follows: "The Special Master is bound by the Court's orders in this case, and, therefore, cannot support a position that conflicts with the mandate of the Court. The Special Master, thus, defers to the Court's 3/8/17 Order (providing that "The Masters shall make and preserve a complete record of the evidence concerning his recommended findings of fact and any conclusions of law. Such record shall be filed with the Master's Report and Recommendation") and its 3/1/18

Order reaffirming that a full record is required ("The complete record of the evidence concerning the Master's recommended findings of fact and conclusion of law must also be filed.") See also Fed. R. Civ. P. 53(b)(2)(C) and 2003 Advisory Committee Notes ("A basic requirement [] is that the master must make and file a complete record of the evidence considered in making or recommending findings of fact on the basis of evidence.) Given the public interest in this case, the Special Master would oppose any attempt to limit the record beyond such matters as privilege and proprietary interests."[1]

      (d)    McTigue Law, LLP joins the position of the Special Master.

2.    Customer Class Counsel, ERISA Counsel, counsel for State Street, and counsel for the Special Master agree that going forward, before filing a motion, they will confer with each other pursuant to Local Rule 7.1(a)(2).

Dated: May 24, 2018

Respectfully submitted,

By: */s/ Joan A. Lukey*
Joan A. Lukey (BBO No. 307340)
Justin J. Wolosz (BBO No. 643543)
Stuart M. Glass (BBO No. 641466)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel.: (617) 248-5000
Fax: (617) 248-4000

*Counsel for Labaton Sucharow LLP*

---

[1] Customer Class Counsel intend to seek leave to file a brief memorandum in support of their Motion for Clarification, in order to respond to the Special Master's position as set forth herein.

By: */s/ Richard M. Heimann*
Richard M. Heimann (pro hac vice)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000
Fax: (415) 956-1008
rheimann@lchb.com

*Attorney for Lieff Cabraser Heimann & Bernstein, LLP*


By: */s/ Brian T. Kelly*
Brian T. Kelly, Esq. (BBO No. 549566)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Tel.: (617) 345-1000
Fax: (617) 345-1300
bkelly@nixonpeabody.com

*Counsel for The Thornton Law Firm LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record on May 24, 2018.

*/s/ Joan A. Lukey*
Joan A. Lukey

- 4 -