UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>    Plaintiff<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>    Plaintiff<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>    Plaintiff<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 12-11698-MLW |

<u>ORDER</u>

WOLF, D.J.                                                                                                May 31, 2018

        As stated in court on May 30, 2018, it is hereby ORDERED that:

1. Counsel for the plaintiff class and State Street Bank and Trust Company ("State Street") shall promptly inform counsel for the Master of the categories of information they will seek to have redacted from the Master's Executive Summary, Report and Recommendation, and Exhibits.

2. By June 5, 2018, counsel for the plaintiff class and for State Street shall file motions proposing redactions of categories of information, and supporting memoranda and affidavits, including affidavits from any client who wishes to assert an attorney-client privilege. If there is a proper basis, the submissions may be filed under seal. A redacted version of any sealed submission shall also be filed under seal. The court will decide whether and when to make it part of the public record.

3. The Master shall, by June 8, 2018, respond to any requests for redaction of categories of information, making his filings in the manner described in paragraph 2 hereinabove.

4. Counsel for the plaintiff class and for State Street shall, by June 11, 2018, each file, under seal, their proposed redactions to the Master's Executive Summary, Report and Recommendation, and Exhibits, and state the reasons for any objection to their submissions being unsealed.

5. Labaton Sucharow, LLP ("Labaton") shall, by June 13, 2018, file, under seal, a version of the Master's Executive Summary, Report and Recommendation, and Exhibits which

consolidates all of the proposed redactions and identifies the party that proposed each, and state the reasons for any objection to the submission being made public. An electronic, editable form of this submission shall be provided to the court.

6. The Master shall, by June 18, 2018, respond, under seal, to the proposed redactions and any objection(s) to those proposals being made public.[1]

7. Any reply to the Master's submission shall be filed, under seal, by June 20, 2018.[2]

8. The parties shall confer and attempt to resolve or narrow the issues before making each of the foregoing submissions. See Local Rule 7.1(a)(2).

9. If necessary, a hearing concerning the proposed redactions, which shall be closed to the public, will be held on June 22, 2018, at 2:00 p.m.[3]

10. The parties shall order the transcript of the May 30, 2018 hearing on an expedited basis.

11. George Hopkins, the Executive Director of Arkansas Teacher Retirement System ("ATRS") shall, by June 6, 2018, read the transcript of the May 30, 2018 hearing, and file an affidavit

---

[1] This submission was not ordered orally on May 30, 2018.

[2] This submission was not ordered orally on May 30, 2018.

[3] This hearing was not ordered orally on May 30, 2018.

stating whether ATRS wishes to continue to represent the Customer Class, and if so, whether it intends to continue to seek legal advice concerning this case from Labaton or seek advice instead from counsel whose conduct is not at issue.

12. Customer Class Counsel's Motion for Clarification or Modification (Docket No. 222) regarding the record to be filed by the Master is ALLOWED, without prejudice to possible reconsideration. The Master shall preserve all documents and information developed in his investigation. He shall file, under seal to permit appropriate redactions: (a) the exhibits to the Master's Report and Recommendation; (b) any additional documents and information the Master wishes to add; (c) any additional documents or information previously provided to the Master that any party wishes to add; and (d) any other documents that the court requests (the "Record"). The parties shall confer and, by June 6, 2018, propose a schedule and procedure for preparing and filing the Record.

UNITED STATES DISTRICT JUDGE