UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>      Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>      Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>      Defendant. | No. 12-cv-11698 MLW |

**JOINT MOTION TO RECEIVE SEALED TRANSCRIPT**

Labaton Sucharow LLP, Lieff Cabraser Heimann & Bernstein LLP, and the Thornton Law Firm (collectively, "Customer Class Counsel"); Keller Rohrback, LLP, Zuckerman Spaeder, LLP, and McTigue Law, LLP (collectively, "ERISA Counsel"); WilmerHale, LLP (counsel for State Street); and Barrett & Singal, P.C. (counsel for the Honorable Gerald E. Rosen (retired), Special Master) (collectively, the "Moving Parties") respectfully move for the Court to order the court reporter and/or clerk of the court to provide them the full, unsealed transcript of this Court's May 30, 2018 hearing in the above-captioned matter. In support of this motion, the Moving Parties state as follows:

1. On May 30, 2018, this Court held a hearing in the above-captioned matter, which the Moving Parties all attended.

2. Portions of the hearing were conducted at sidebar and in the judges' lobby. Moving Parties have learned that the Court has ordered that these portions of the transcript are under seal.

3. On May 31, 2018, the Court ordered that "[t]he parties shall order the transcript of the May 30, 2018 hearing on an expedited basis." ECF 237 ¶ 10.

4. In accordance with the Court's May 31 Order (ECF 237), and in connection with the continued litigation of this case, Moving Parties request that the Court order that the court reporter and/or clerk of the court shall provide to undersigned counsel the full, un-redacted transcript from the May 30 hearing.

5. The Court's May 31, 2018 order also requires that "the Executive Director of the Arkansas Teacher Retirement System ("ATRS") shall, by June 6, 2018, read the transcript of the May 30, 208 hearing, and file an affidavit" addressing certain issues. ECF 237 ¶ 11. In light of this requirement, undersigned counsel for Labaton Sucharow requests that the Court address this

motion on an expedited basis, so that counsel may arrange for the full transcript to be provided to the Executive Director of ATRS as soon as possible, and in time for full consideration before the June 6 deadline set by the Court.

WHEREFORE, for the reasons set forth herein, the Moving Parties respectfully request that the Court order that the court reporter and/or clerk of the court shall provide them the full unsealed transcript of the May 30, 2018 hearing forthwith.

Dated: May 31, 2018                                          Respectfully submitted,


By: */s/ Justin J. Wolosz*
Joan A. Lukey (BBO No. 307340)
Justin J. Wolosz (BBO No. 643543)
Stuart M. Glass (BBO No. 641466)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel.: (617) 248-5000
Fax: (617) 248-4000
joan.lukey@choate.com
jwolosz@choate.com
sglass@choate.com

*Counsel for Labaton Sucharow LLP*


By: */s/ Richard M. Heimann*
Richard M. Heimann (*pro hac vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Tel: (415) 956-1000
Fax: (415) 956-1008
rheimann@lchb.com

*Attorney for Lieff Cabraser Heimann & Bernstein, LLP*

2

By: */s/ Brian T. Kelly*
Brian T. Kelly, Esq. (BBO No. 549566)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Tel.: (617) 345-1000
Fax: (617) 345-1300
bkelly@nixonpeabody.com

*Counsel for The Thornton Law Firm LLP*

By: */s/ Lynn Lincoln Sarko*
Lynn Lincoln Sarko
KELLER ROHRBACK L.L.P.
1201 3rd Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206-623-1900
Facsimile: 206-623-8986
lsarko@kellerrohrback.com

*Counsel for Plaintiffs James Pehoushek-Stangeland and the Andover Companies Employee Savings and Profit Sharing Plan*

By: */s/ Carl S. Kravitz*
Carl S. Kravitz
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036-8106
Telephone: (202) 778-1800
Facsimile: (202) 822-8106
ckravitz@zuckerman.com

*Counsel for Arnold Henriquez, Michael T.Cohn, William R. Taylor and Richard ASutherland*

3

By: */s/ J. Brian McTigue*
    J. Brian McTigue
    McTIGUE LAW LLP
    4530 Wisconsin Avenue, N.W.
    Suite 300
    Washington, DC 20036
    Telephone: (202) 364-6900
    Facsimile: (202) 364-9960
    bcmctigue@mctiguelaw.com

    *Counsel for Arnold Henriquez, Michael T.Cohn, William R. Taylor and Richard ASutherland*

By: */s/ William H. Paine*
    William H. Paine
    Daniel W. Halston
    WILMER CUTLER PICKERING HALE AND DORR LLP
    60 State Street
    Boston, MA 02109
    Telephone: (617) 526-6000
    Facsimile: (617) 526-5000
    William.Paine@wilmerhale.com
    Daniel.Halston@wilmerhale.com

    *Counsel for State Street Bank and Trust Company*

By: */s/ William F. Sinnott*
    William F. Sinnott (BBO #547423)
    Elizabeth J. McEvoy (BBO #683191)
    BARRETT & SINGAL, P.C.
    One Beacon Street, Suite 1320
    Boston, MA 02108
    Telephone: (617) 720-5090
    Facsimile: (617) 720-5092
    wsinnott@barrettsingal.com
    emcevoy@barrettsingal.com

    *Counsel for the Special Master*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record on May 31, 2018.

*/s/ Justin J. Wolosz*
Justin J. Wolosz

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>                      Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>                      Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>                      Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>                      Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>                      Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>                      Defendant. | No. 12-cv-11698 MLW |

**[PROPOSED] ORDER ON JOINT MOTION TO**
**<u>RECEIVE SEALED TRANSCRIPT</u>**

The request of the Moving Parties' Joint Motion to Receive Sealed Transcript having been considered, it is hereby ORDERED that:

1. In accordance with this Court's May 31, 2018 Order (ECF 237), the court reporter and/or clerk of the court shall make available to Labaton Sucharow LLP, Lieff Cabraser Heimann & Bernstein LLP, the Thornton Law Firm, Keller Rohrback, LLP, Zuckerman Spaeder, LLP, McTigue Law, LLP, WilmerHale, LLP (counsel for State Street), and Barrett & Singal, P.C. (counsel for the Honorable Gerald E. Rosen (retired), Special Master), the full, unredacted transcript of the May 30, 2018 hearing in the above-captioned matter, including any portion that has been ordered sealed.

**IT IS SO ORDERED.**

Dated: _____, 2018  _____
                     HON. MARK L. WOLF
                     UNITED STATES DISTRICT JUDGE