**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>Plaintiffs,<br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 12-cv-11698 MLW |

**STATE STREET'S MOTION TO SEAL**

- 1 -

Pursuant to Local Rule 7.2, and contemporaneous with the filing of a redacted copy of State Street Bank and Trust Co.'s and State Street Global Markets LLC's (collectively, "State Street") June 5, 2018 Motion and Supporting Memorandum of Law in Support of State Street's Motion to Redact Confidential and Proprietary Information in the Special Master's Report, Executive Summary, and Exhibits (the "Redaction Motion"), State Street respectfully moves for leave to file the Redaction Motion under seal.

As grounds for this motion, State Street states as follows:

1.  On May 14, 2018, the Special Master's Report, Executive Summary, and exhibits to the Report were filed under seal.

2.  At the hearing held on May 30, 2018, the Court ordered that Class Counsel and State Street file by June 5, 2018 motions proposing redactions of information. The Court also stated that, if there is a proper basis, such submissions may be filed under seal.

3.  State Street's Redaction Motion references the content of the Special Master's Report and exhibits currently under seal. Publicly filing State Street's Redaction Motion would therefore disclose portions of the Special Master's Report and exhibits currently under seal.

WHEREFORE, pursuant to Local Rule 7.2, State Street respectfully requests that this Court enter an order granting it leave to file State Street's Redaction Motion under seal.

- 2 -

Dated: June 5, 2018

Respectfully submitted,

WILMER PICKERING HALE AND DORR LLP

By  /s/ William H. Paine

William H. Paine
Daniel W. Halston
WILMER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:   (617) 526-5000
Fax:   (617) 526-6000
email: william.paine@wilmerhale.com
email: daniel.halston@wilmerhale.com

*Counsel for Defendants State Street Bank and Trust Co. and State Street Global Markets LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 5, 2018, a true and correct copy of the above document has been served by email on all counsel of record.

_____
Robert K. Smith