**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>     Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>     Defendants. | No. 11-cv-12049 MLW<br><br>**FILED UNDER SEAL** |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>     Defendant. | No. 12-cv-11698 MLW |

**LABATON SUCHAROW LLP'S**
**MOTION TO REDACT AND RETAIN UNDER SEAL**

- 2 -

Pursuant to Federal Rule of Civil Procedure 7(b), Local Rule 7.1, and paragraph 2 of the Court's May 31, 2018 Order, ECF No. 237, Labaton Sucharow LLP ("Labaton") respectfully moves to redact and retain under seal specific, limited categories of information in the Special Master's Report and Recommendations, the exhibits thereto, and the Executive Summary ("Special Master's Submission"), which the Special Master filed under seal on May 14, 2018.

As grounds for this motion, Labaton relies on the accompanying supporting memorandum and Declaration of Jonathan Gardner in Support of Labaton Sucharow LLP's Motion to Redact and Retain Under Seal.

WHEREFORE, and for the reasons discussed more fully in the accompanying supporting memorandum, Labaton respectfully requests that the Court order redaction of these categories of information from the Special Master's Submission.

Dated: June 5, 2018                                  Respectfully submitted,

                                                     By: */s/ Joan A. Lukey*
                                                         Joan A. Lukey (BBO No. 307340)
                                                         Justin J. Wolosz (BBO No. 643543)
                                                         Stuart M. Glass (BBO No. 641466)
                                                         CHOATE, HALL & STEWART LLP
                                                         Two International Place
                                                         Boston, MA 02110
                                                         Tel.: (617) 248-5000
                                                         Fax: (617) 248-4000

                                                         *Counsel for Labaton Sucharow LLP*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Labaton's counsel contacted other counsel in this case in order to confer regarding the substance of this motion. The Thornton Law Firm and McTigue Law LLP consent to the relief requested. Lieff Cabraser Heimann & Bernsten LLP has no objection to the relief requested. State Street, Keller Rohrback L.L.P., and Zuckerman Spaeder LLP take no position on the relief requested. Counsel for the Special Master has not provided a response as of the time of this filing.

*/s/ Justin J. Wolosz*
Justin J. Wolosz

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2018, I caused the foregoing Labaton Sucharow LLP's Motion to Redact and Retain Under Seal, filed conventionally, to be served by electronic mail on counsel for all parties and counsel for the Special Master.

*/s/ Joan A. Lukey*
Joan A. Lukey

8690389