UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, On behalf of itself and all others similarly situated,<br>　　Plaintiff<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>　　Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 11-10230-MLW<br>)<br>)<br>)<br>)<br>) |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>　　Plaintiff<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 11-12049-MLW<br>)<br>)<br>) |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>　　Plaintiff<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 12-11698-MLW<br>)<br>)<br>) |

## **AFFIDAVIT OF GEORGE HOPKINS**

I, George Hopkins, do on oath state as follows:

1. I believe I have now fulfilled the duties and processes I was ordered to undertake as outlined by the Court in both the hearing and post-hearing order before I responded to the

1

Court in this affidavit and made a decision as to whether ATRS wishes to continue to represent the Customer Class as a class representative.

2. Specifically, I have thoughtfully considered the information I obtained in the hearing and carefully read the transcript as ordered by the Court. I appreciate the Court's instruction and admonition as to the process I should undertake.

3. In addition, I have sought and obtained advice from separate and independent legal counsel whose conduct is certainly not at issue in this case: Thomas M. Hoopes, Esq., LibbyHoopes, P.C., 399 Boylston Street, Boston, MA 02116.

4. The legal advice I have received from Mr. Hoopes has not been based on a casual engagement, but rather involved hours of attorney-client discussion and an extensive review of the record by this counsel. The discussions have included the fiduciary duties of ATRS to the class and any issue that might undermine the ability of ATRS to represent the class or which might establish a conflict between the Customer Class and ATRS.

5. With the help of that legal counsel, I also analyzed those fiduciary duties and am satisfied that I have approached the instructions of the Court in a thoughtful manner and with the benefit of the separate and independent legal advice.

6. If ATRS continues to represent the Customer Class, ATRS would continue to seek legal advice from Mr. Hoopes and his firm on issues raised in the Special Master's Report and Recommendations and related proceedings. I would expect that with regard to the administration and finalization of the settlement distribution to class members, ATRS would be permitted to consult with Labaton Sucharow, LLP, which has been handling the coordination with the Claims Administrator.

7. The ATRS Board of Trustees has authorized me to exercise my best judgment as to whether to seek to stay or go as class representative.

8. Since I was appointed Executive Director of ATRS in 2008, we have become one of the top-rated public pension funds in America, have been the class representative in some 30 cases, and to date have recouped approximately $2.1 billion for the collective classes.

9. The position of ATRS has always been simple but clear: if someone takes our money or wrongfully costs ATRS money, then we want it back! That position has been taken for the entire class whenever ATRS has been appointed a class representative.

10. ATRS started this case. The matter has its origins in the ATRS headquarters in Little Rock, Arkansas before any attorneys were involved.

11. ATRS pushed and guided this case from a position of denied liability to an extraordinary settlement for the class of $300 million dollars.

12. I do firmly believe that we all can learn from this case, including a little more "trust but verify." However, trusting those who have not previously given us cause to distrust does not create a failure of duty. Imperfection may or may not signal more. Still, hindsight is 20/20 and hindsight will certainly lead to refinements in best practices, at least for class representatives both sophisticated and less sophisticated as there is no instruction manual on how to be a class representative.

13. But that does not prevent ATRS from continuing to do our best to be both fair and vigorous on behalf of those we serve.

14. I would note in passing that in Arkansas we have a broad policy of openness in governmental affairs for the benefit of the public. As best I recall, I have never acted in a manner inconsistent with that policy in this case. For example, I believe I never asserted

such things as the attorney-client privilege in the course of discovery. I do not intend to change course now.

15. Armed with legal advice from counsel "whose conduct is not at issue" and with the extensive knowledge of the posture of this case, I feel ATRS is uniquely positioned to represent the customer class and to knowingly and actively assist in moving this matter to a proper conclusion and confirm that ATRS wishes to continue as a class representative for the Customer Class.

Signed under the penalties of perjury this 6th day of June, 2018.

_____
George Hopkins