**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>                Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>                Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>                Defendant. | No. 12-cv-11698 MLW |

**ALL PARTIES' RESPONSE TO MAY 31, 2018 ORDER (ECF NO. 237)**
**REGARDING ADDITIONAL DOCUMENTS FROM THE RECORD**

In response to the Court's Order that the parties should confer and propose a schedule and procedure for preparing and filing the Record (ECF No. 237, ¶ 12), all parties and the Special Master, through undersigned counsel, hereby propose the following:

1. This proposed process would apply only with respect to the filing of additional documents from the record before the Special Master, which are addressed in Paragraph 12 of the Court's May 31, 2018 Order (ECF 237), items (b), (c) and (d).[1]

2. The parties shall have until 14 days after they file objections to the Special Master's Report and Recommendation to file with the Court additional documents from the record before the Master. If the parties are able to identify the documents and confer with counsel for all parties in advance, they shall file those documents publicly (if no party intends to seek redactions) or with a motion to impound (if any party intends to seek redactions). If time does not permit the conferral sufficiently in advance to allow review and decisions by other parties on redactions, the documents shall be filed with a motion to impound, after which all other parties shall have 14 days to seek redactions, without prejudice to seeking a longer time if necessary depending on the volume.

3. The Special Master shall have until 14 days after he files any response to objections (if such a filing is permitted) to file with the Court additional documents from the Special Master's record. The Special Master shall follow the same process set forth in Paragraph #2 with regard to conferring and filing those documents publicly or under seal.

---

[1] The Court defines "the Record" also to include the exhibits to the Master's Report and Recommendation, which have already been filed under seal. To the extent the Court intended that the parties confer regarding these exhibits, the parties respectfully request clarification regarding the subject of the conferral.

4. The parties shall have until 14 days after filing any reply brief in support of their objections, or until 14 days after any hearing on their objections (whichever is later), to file with the Court additional documents from the record before the Master. The parties shall follow the same process set forth in Paragraph #2 with regard to conferring and filing publicly or under seal.

5. Notwithstanding the above deadlines, the parties are strongly encouraged as early as possible to identify any additional documents that they plan to file as part of the Record. In order to avoid any delay, parties are encouraged to make such identification on a "rolling" basis as they make determinations with respect to particular documents. Once an identification is made, all other parties should begin immediately working to identify any portions of the documents for which they intend to seek redactions.

6. The Court at any time may identify additional materials from the Special Master's record that he wishes to have filed with the Court. Following such identification, the parties will promptly confer to determine whether any party intends to seek redactions, and file such materials no later than seven (7) days after the Court's request. The parties shall follow the same process set forth in Paragraph #2 with regard to filing publicly or under seal.

Dated: June 6, 2018						Respectfully submitted,


By: */s/ Justin J. Wolosz*
    Joan A. Lukey (BBO No. 307340)
    Justin J. Wolosz (BBO No. 643543)
    Stuart M. Glass (BBO No. 641466)
    CHOATE, HALL & STEWART LLP
    Two International Place
    Boston, MA 02110
    Tel.: (617) 248-5000
    Fax: (617) 248-4000
    joan.lukey@choate.com
    jwolosz@choate.com
    sglass@choate.com

    *Counsel for Labaton Sucharow LLP*


By: */s/ Richard M. Heimann*
    Richard M. Heimann (*pro hac vice*)
    LIEFF CABRASER HEIMANN &
    BERNSTEIN, LLP
    275 Battery Street, 29th Floor
    San Francisco, CA  94111
    Tel: (415) 956-1000
    Fax: (415) 956-1008
    rheimann@lchb.com

    *Attorney for Lieff Cabraser Heimann & Bernstein, LLP*


By: */s/ Brian T. Kelly*
    Brian T. Kelly, Esq. (BBO No. 549566)
    NIXON PEABODY LLP
    100 Summer Street
    Boston, MA 02110
    Tel.: (617) 345-1000
    Fax: (617) 345-1300
    bkelly@nixonpeabody.com

    *Counsel for The Thornton Law Firm LLP*

By: */s/ Lynn Lincoln Sarko*
Lynn Lincoln Sarko
KELLER ROHRBACK L.L.P.
1201 3rd Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206-623-1900
Facsimile: 206-623-8986
lsarko@kellerrohrback.com

*Counsel for Plaintiffs James Pehoushek-Stangeland and the Andover Companies Employee Savings and Profit Sharing Plan*


By: */s/ Carl S. Kravitz*
Carl S. Kravitz
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036-8106
Telephone: (202) 778-1800
Facsimile: (202) 822-8106
ckravitz@zuckerman.com

*Counsel for Arnold Henriquez, Michael T.Cohn, William R. Taylor and Richard ASutherland*


By: */s/ J. Brian McTigue*
J. Brian McTigue
McTIGUE LAW LLP
4530 Wisconsin Avenue, N.W.
Suite 300
Washington, DC 20036
Telephone: (202) 364-6900
Facsimile: (202) 364-9960
bcmctigue@mctiguelaw.com

*Counsel for Arnold Henriquez, Michael T.Cohn, William R. Taylor and Richard ASutherland*


By: */s/ William H. Paine*
William H. Paine
Daniel W. Halston

5

        WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
William.Paine@wilmerhale.com
Daniel.Halston@wilmerhale.com

*Counsel for State Street Bank and Trust Company*


By: */s/ William F. Sinnott*
William F. Sinnott (BBO #547423)
Elizabeth J. McEvoy (BBO #683191)
BARRETT & SINGAL, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090
Facsimile: (617) 720-5092
wsinnott@barrettsingal.com
emcevoy@barrettsingal.com

*Counsel for the Special Master*


## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record on June 6, 2018.

        */s/ Justin J. Wolosz*
        Justin J. Wolosz