UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARKANSAS TEACHER RETIREMENT SYSTEM,
on behalf of itself and all others
similarly situated,

      Plaintiff,

vs.

STATE STREET BANK AND TRUST COMPANY,

      Defendant.
_____/

No. 11-cv-10230-MLW
**Leave to File Under Seal Requested 6/6/2018**

ARNOLD HENRIQUEZ, MICHAEL T. COHN,
WILLIAM R. TAYLOR, RICHARD A.
SUTHERLAND, and those similarly situated,

      Plaintiffs,

vs.

STATE STREET BANK AND TRUST COMPANY,

      Defendant.
_____/

No. 11-cv-12049-MLW

THE ANDOVER COMPANIES EMPLOYEE
SAVINGS AND PROFIT SHARING PLAN, on
Behalf of itself, and JAMES PEHOUSHEK-
STANGELAND and all others similarly situated,

      Plaintiffs,

vs.

STATE STREET BANK AND TRUST COMPANY,

      Defendant.
_____/

No. 12-cv-11698-MLW

**SPECIAL MASTER'S MOTION TO SEAL SPECIAL MASTER'S RESPONSES (UNDER SEAL) TO VARIOUS MOTIONS OF PLAINTIFFS' COUNSEL ON REDACTION AND RELATED ISSUES**

Pursuant to Local Rule 7.2, and as provided for in paragraphs 7 and 11 of the Court's March 8, 2017 Order, the Special Master hereby moves this Honorable Court to permit the Special Master's Responses to Various Motions of Plaintiffs' Counsel on Redaction and Related Issues, to be filed under seal until further Court order.  Pursuant to the March 8 Order, the Special Master has "preserve[d] a complete record of the evidence concerning his recommended findings of fact and [] conclusions of law." March 8, 2017 Order, ¶ 11.

WHEREFORE, Special Master respectfully requests that the Court permit the Responses be filed under seal.

Dated:  June 7, 2018                                        Respectfully submitted,

**SPECIAL MASTER HONORABLE**
**GERALD E. ROSEN (RETIRED),**

By his attorneys,

  /s/  William F. Sinnott
William F. Sinnott (BBO #547423)
Elizabeth J. McEvoy (BBO #683191)
BARRETT & SINGAL, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090
Facsimile: (617) 720-5092
Email: wsinnott@barrettsingal.com
Email: emcevoy@barrettsingal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this Notice of Appearance was filed electronically on June 7, 2018 and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing ("NEF").  Paper copies were sent to any person identified in the NEF as a non-registered participant.

                                           /s/  *William F. Sinnott*
                                           William F. Sinnott