UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 11-cv-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 11-cv-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on Behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 12-cv-11698-MLW |

**SPECIAL MASTER'S MOTION TO ENLARGE TIME TO JUNE 12, 2018 FOR FILING RESPONSE TO LAW FIRMS' PROPOSAL FOR CATEGORIES FOR REDACTION**

On May 31, 2018, the Court ordered counsel for the plaintiff class and for State Street to file their respective motions proposing redactions of categories of information to the Special Master's Report & Recommendations, Executive Summary, and exhibits, currently under seal. Dkt. # 237, ¶ 2. The Court ordered the Special Master to respond to these requests by June 8, 2018. *Id.*, ¶ 3. The Special Master herein moves to enlarge the time for filing his response by four (4) days, or until June 12, to accommodate undersigned counsel, who is scheduled to be on trial in Suffolk Superior Court in an unrelated matter through next week.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1, the Special Master's counsel contacted other counsel in this case in order to confer regarding the substance of this motion. Keller Rohrback, Zuckerman Spaeder, and McTigue Law assent to this request. Lieff Cabraiser has no objection. State Street responded that it "will assent so long as [the Special Master] includes in the request that the June 11th date for the proposed redactions be pushed out 3 days after his new response date as the original order appeared to sequence the proposed redaction submissions after receipt of the Special Master's response (originally June 8th and then June 11th)." At the time of filing, counsel had not received responses from Labaton Sucharow or the Thornton Law Firm.

Dated:  June 8, 2018               Respectfully submitted,

**SPECIAL MASTER HONORABLE
GERALD E. ROSEN (RETIRED),**

By his attorneys,

  /s/  William F. Sinnott
William F. Sinnott (BBO #547423)
Elizabeth J. McEvoy (BBO #683191)
BARRETT & SINGAL, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090
Facsimile: (617) 720-5092
Email: wsinnott@barrettsingal.com
Email: emcevoy@barrettsingal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that this Notice of Appearance was filed electronically on June 8, 2018 and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing ("NEF").  Paper copies were sent to any person identified in the NEF as a non-registered participant.

                                                                                          _/s/  William F. Sinnott_
                                                                                          William F. Sinnott