UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 11-cv-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 11-cv-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on Behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 12-cv-11698-MLW |

**SPECIAL MASTER'S MOTION TO ENLARGE TIME TO JUNE 12, 2018 FOR FILING RESPONSE TO LAW FIRMS' PROPOSAL FOR CATEGORIES FOR REDACTION**

---

(left margin): This motion should have been filed before June 8, 2018, the day on which the submission had been ordered to be filed. It was the court's intention that the parties

(right margin): have the Master's submission before filing their own proposed redactions on June 11, 2018. Although the court does not intend to otherwise alter the expiry schedule, as a practical matter it otherwise allow this Motion and hereby goes, in the future, any party shall in an extension in addition to request an extension request regularly. Would be 6/8/18 motion for such an extension denied.