UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARKANSAS TEACHER RETIREMENT SYSTEM,  )
on behalf of itself and all others  )
similarly situated,                 )
    Plaintiff                       )
                             )  C.A. No. 11-10230-MLW
    v.                              )
                             )
STATE STREET BANK AND TRUST COMPANY, )
    Defendants.                     )

ARNOLD HENRIQUEZ, MICHAEL T.        )
COHN,WILLIAM R. TAYLOR, RICHARD A.  )
SUTHERLAND, and those similarly     )
situated,                           )
    Plaintiff                       )
                             )
    v.                              )  C.A. No. 11-12049-MLW
                             )
STATE STREET BANK AND TRUST COMPANY, )
    Defendants.                     )

THE ANDOVER COMPANIES EMPLOYEE      )
SAVINGS AND PROFIT SHARING PLAN, on )
behalf of itself, and JAMES         )
PEHOUSHEK-STANGELAND and all others )
similarly situated,                 )
    Plaintiff                       )
                             )
    v.                              )  C.A. No. 12-11698-MLW
                             )
STATE STREET BANK AND TRUST COMPANY, )
    Defendants.                     )

ORDER

WOLF, D.J.                                          June 8, 2018

      On May 31, 2018, the court ordered counsel for the plaintiff

class, and State Street Bank and Trust Co. and State Street Global

Markets LLC (collectively, "State Street") to file motions, with supporting memoranda and affidavits, proposing redactions of categories of information from the Master's Report and Recommendation, Executive Summary, and Exhibits. The court ordered that the submissions may be made under seal, and required that a redacted version of any sealed submission be filed under seal to permit the court to decide whether and when to make the redacted version part of the public record.

On June 5, 2018, all counsel for the plaintiff class except Labaton Sucharow LLP ("Labaton") and State Street responded to the May 31, 2018 with submissions filed for the public record. Labaton filed a Motion to Redact and Retain under Seal portions of the Master's Report and Recommendation, Executive Summary, and Exhibits with a memorandum and affidavit in support (Docket Nos. 254, 254-1, 254-2 under seal) and a Motion to Redact and/or Strike Statements in the Special Master's Report with a memorandum in support (Docket Nos. 255, 255-1 under seal). State Street filed a Motion to Redact Confidential and Proprietary Information in the Special Master's Report, Executive Summary, and Exhibits (Docket No. 252 under seal). Labaton and State Street filed motions to seal or impound their submissions (Docket Nos. 251, 253).

However, Labaton did not, as ordered, file under seal redacted versions of its June 5, 2018 submissions. Therefore, on June 6,

2018, the court ordered Labaton to file redacted versions of them by June 7, 2018 at 9:00 a.m.

On June 6, 2018, Labaton submitted a redacted version of the memorandum and affidavit in support of its Motion to Redact and Retain under Seal (Docket Nos. 257, 257-1 under seal). It did not request redactions to the Motion itself (Docket No. 254). On June 7, 2018, Labaton timely filed redacted versions of the Motion to Impound (Docket No. 261 under seal), and its Motion to Redact and/or Strike and supporting memorandum (Docket Nos. 261-3, 261-4 under seal). It also filed a Response to the June 6, 2018 Order (Docket No. 261-1) under seal, with a redacted copy for the public record (Docket No. 261-2 under seal).

Labaton's and State Street's proposed redactions to their June 5 and 7, 2018 submissions are limited to the portions of those submissions referencing information that they assert should be redacted from the Master's Report and Recommendation, Executive Summary, and Exhibits. Therefore, the court is allowing the motions to seal or impound the redacted portions of the June 5 and 7, 2018 submissions without prejudice to reconsideration after the court decides what information, if any, should be redacted from the public version of the Report and Recommendation, Executive Summary, and Exhibits.

Accordingly, it is hereby ORDERED that:

3

1.    Labaton Sucharow LLP's ("Labaton's") Motion to Impound its June 5 Filings (Docket No. 261 under seal), which requests that the court seal Labaton's submissions made on June 5 and 7, 2018, is ALLOWED. Docket Nos. 257, 257-1, 261, 261-2, 261-3, and 261-4, which are sealed redacted versions of Labaton's June 5 and 7, 2018 submissions (Docket Nos. 254-1, 254-2, 253, 255, 255-1, 261-1 under seal), shall be made part of the public record. Labaton's Motion to Redact and Retain under Seal (Docket No. 254) shall also be made public.

2.    State Street's Motion to Seal (Docket No. 251) their June 5, 2018 submission is ALLOWED. Docket No. 251, the Motion to Seal, and Docket No. 251-1, which is a sealed redacted version of State Street's June 5, 2018 submission (Docket No. 252 under seal), shall be made part of the public record.


UNITED STATES DISTRICT JUDGE