# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) | No. 11-cv-10230 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, | ) ) ) | No. 11-cv-12049 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, | ) ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, | ) ) ) ) ) | No. 12-cv-11698 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## MOTION TO EXTEND THE DEADLINES SET FORTH IN THE COURT'S MAY 31, 2018 ORDER BY THE LENGTH OF THE EXTENSION AFFORDED THE SPECIAL MASTER FOR <u>RESPONDING TO LAW FIRMS' PROPOSED CATEGORIES FOR REDACTION</u>

Although mindful of the Court's expressed intent not to otherwise alter the existing schedule (ECF No. 264), in response to the Special Master's June 8, 2018 Motion to Enlarge Time, State Street Bank and Trust Co. and State Street Global Markets LLC (collectively, "State Street") move to extend the remaining deadlines set forth in the Court's May 31, 2018 Order (ECF No. 237) by the length of the extension afforded the Special Master for responding to Class Counsel's and State Street's proposed categories of information for redaction in the Special Master's Report ("Report"), Executive Summary, and exhibits to the Report (collectively, "Report Materials").

As grounds for this motion, State Street states as follows:

1.      On May 31, 2018, the Court set an orderly schedule requiring Class Counsel and State Street to propose categories of information for redaction in the Report Materials by June 5, 2018, requiring the Special Master to respond to those proposed categories of information for redaction by June 8, 2018, and then requiring Class Counsel and State Street to file the proposed redactions of the Report Materials with the Court by June 11, 2018.  Labaton Sucharow, LLP was to then compile and file a complete set of proposed redactions by June 13, 2018.

2.      As set forth in the Court's Order granting the Special Master's June 8, 2018 Motion to Enlarge Time, the sequencing of the Court's May 31, 2018 schedule ensured that Class Counsel and State Street had the benefit of knowing both the basis and strength of the Special Master's objections to the proposed categories of redactions prior to filing all proposed redactions with the Court on June 11, 2018, affording Class Counsel and State Street an opportunity, if necessary, to reconsider their proposed redactions to address the objections raised by the Special Master and potentially alleviate the burden to the Court of reviewing and deciding various disputes as to the proposed redactions.

3.      Permitting the Special Master to file his objections to the proposed categories of redactions after Class Counsel and State Street file their proposed redactions with the Court deprives Class Counsel and State Street of the opportunity to consider the Special Master's objections and precludes the opportunity to potentially alleviate the burden to the Court of deciding redactions that may later be withdrawn.

4.      Moreover, State Street conveyed its position to the Special Master in advance of the filing, but the Special Master did not include this request into the relief sought; instead he simply incorporated State Street's position into his Local Rule 7.1(a)(2) certification.

WHEREFORE, State Street respectfully requests that this Court enter an order extending the remaining deadlines set forth in the Court's May 31, 2018 Order by the length of the extension afforded the Special Master for responding to Class Counsel's and State Street's proposed categories of information for redaction.

Dated: June 8, 2018                         Respectfully submitted,

                                            WILMER PICKERING HALE AND DORR LLP


                                 By         /s/ William H. Paine
                                            William H. Paine
                                            Daniel W. Halston
                                            WILMER PICKERING HALE AND DORR LLP
                                            60 State Street
                                            Boston, MA 02109
                                            Tel:    (617) 526-5000
                                            Fax:    (617) 526-6000
                                            email: william.paine@wilmerhale.com
                                            email: daniel.halston@wilmerhale.com

                                            *Counsel for Defendants State Street Bank
                                            and Trust Co. and State Street Global
                                            Markets LLC*

## <u>LOCAL RULE 7.2(a)(2) CERTIFICATION</u>

Pursuant to Local Rule 7.1(a)(2), I hereby certify that on June 8, 2018 State Street conferred by email with Class Counsel and the Special Master regarding the resolution of this Motion.  Labaton Sucharow LLP, the Thornton Law Firm LLP, Keller Rohrback LLP, and Lieff Cabraser Heimann & Bernstein LLP consented to the motion.  State Street did not hear from any other Class Counsel or the Special Master.

/s/ William H. Paine
William H. Paine

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on June 8, 2018, a true and correct copy of the above document has been served by ECF on all counsel of record.

/s/ Robert K. Smith
Robert K. Smith