## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, <br><br> Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | No. 12-cv-11698 MLW |

## LABATON SUCHAROW LLP'S MOTION
## TO IMPOUND ITS MOTION TO STRIKE SUPPLEMENTAL REPORT OF
## STEPHEN GILLERS AND
## RELATED PORTIONS OF MASTER'S REPORT AND RECOMMENDATIONS,
## OR, IN THE ALTERNATIVE, TO ALLOW ADDITIONAL EXPERT DISCOVERY

Pursuant to Fed. R. Civ. P. 7(b) and District of Massachusetts Local Rule 7.2, Labaton Sucharow LLP ("Labaton") respectfully moves to impound its Motion to Strike Supplemental Report of Professor Stephen Gillers and Related Portions of Master's Report and Recommendation, or, in the Alternative, to Allow Additional Expert Discovery and its supporting memorandum and declaration, which were filed today.  Redacted versions of these filings are being filed herewith, per the Court's orders.  As grounds for this motion, Labaton states as follows:

1.     On May 16, 2018, this Court issued an Order confirming that the Special Master's Report and Recommendations, the related Executive Summary, and all attached exhibits (collectively, the "Master's Submission") are currently under seal in their entirety, and setting forth a process by which the parties may seek redactions so that a public version could be unsealed.  ECF 223.

2.     Labaton Sucharow LLP's Motion to Strike Supplemental Report of Professor Stephen Gillers and Related Portions of Master's Report and Recommendation, or, in the Alternative, to Allow Additional Expert Discovery, and Labaton's supporting memorandum and declaration (collectively, the "Gillers Filing"), requests that the Court strike from the record the unfair and procedurally improper Supplemental Report of Professor Stephen Gillers.  The Gillers Filing contains extensive discussion of the substance of Prof. Gillers' original report (Ex. 232 to the Master's Report and Recommendations), Prof. Gillers' revised "supplemental" report (Ex. 233 to the Master's Report and Recommendations), and the Master's Report and Recommendations – all of which are currently under seal.  *See, e.g.*, Labaton's Memorandum at 1-7, 11-19 (discussing sealed materials and addressing specific substantive opinions proffered by Prof. Gillers, which are under seal).  Because this information is currently under seal per this

Court's orders, and to prevent a partial release of information under seal, the un-redacted version

of the Gillers Filing that contains this discussion of sealed documents should also be kept under

seal at least until this Court publicly releases a redacted version of the Master's Submission.

Moreover, the Declaration of Stuart M. Glass, which is part of the Gillers Filing, attaches several

pages of the transcript of the March 21, 2018 Deposition of Professor Gillers.  The Master did

not include that transcript as an Exhibit to his Report and Recommendations.  Therefore, this

information is not currently under seal.  However, for the same reasons the Court has ordered the

Master's Report and Recommendations and attached Exhibits (which include many deposition

transcripts) to be temporarily sealed while the parties evaluate the record and propose redactions,

these deposition excerpts should also be temporarily sealed.  Accordingly, there is good cause

pursuant to D. Mass. L.R. 7.2 to impound the un-redacted version of the Gillers Filing.

3.      Separately, the Gillers Filing seeks to strike and permanently seal an incorrect and

inflammatory portion of Prof. Gillers' Supplemental Report and related portions of the Master's

Submission, which were the result of a procedurally unfair process.  *See* Labaton's

Memorandum, Part III.D.  In the alternative, Labaton's Motion seeks to keep this subset of

information under seal until the Court rules on Labaton's objections to the Master's Report and

Recommendations, which will allow the Court an opportunity to scrutinize this information

before making it public.  Thus, the portions of the un-redacted Gillers Filing addressing this

specific request should also be kept under seal, either permanently or at least until the Court rules

on Labaton's objections to the Master's Report and Recommendations.  Labaton bases its request

to impound these portions of the Gillers Filing (whether permanently or temporarily) on the

reasons and authority set forth in the Gillers Filing, as well as other supporting authority,

including:  *United States v. Kravetz*, 706 F.3d 47, 59 (1st Cir. 2013) ("Though the public's right

of access is vibrant, it is not unfettered.  Important countervailing interests can, in given

instances, overwhelm the usual presumption and defeat access.") (internal quotation marks

omitted); *In re Auerhahn*, 650 F. Supp. 2d 107, 109 (D. Mass. 2009) (Wolf, C.J.) (ordering that

accusations of professional misconduct against a federal prosecutor would remain under seal

until the presiding judge made a determination whether they were supported by probable cause);

and *United States v. Amodeo*, 71 F.3d 1044, 1047 (2d Cir. 1995) (reversing trial court's

unsealing of portions of a report prepared by a court officer).

4.      The information described in ¶ 3, above, is a subset of the information described

in ¶ 2, above.  Thus, the portions of the Gillers Filing at issue in ¶ 3 also reflect information that

is currently under seal, and if the Court denies Labaton's request in ¶ 3, those portions of the un-

redacted Gillers Filing should at least remain impounded until the Master's Submission is

released, for the reasons Labaton states in ¶ 2, above.

5.      Labaton has filed herewith a redacted version of the Gillers Filing.  Those

portions of the Gillers Filing which Labaton requests that the Court impound until the release of

the Master's Submission – described in ¶ 2 – are redacted in blue.  Those portions of the Gillers

Filing which Labaton requests that the Court impound permanently, or at least until it rules on

Labaton's objections – described in ¶ 3 – are redacted in red.

WHEREFORE, for the reasons set forth herein, Labaton requests that:  (1) the Court

impound the Gillers Filing in its entirety until the Court publicly releases a version of the

Master's Submission, or, alternatively, publicly docket only the redacted version of the Gillers

Filing submitted herewith until the Court publicly releases a version of the Master's Submission;

and (2) that the Court permanently impound the portions of the un-redacted Gillers Filing

described in ¶ 3, above, or at least impound them until the Court rules on Labaton's Objections to the Master's Report and Recommendations.

Dated: June 8, 2018                                Respectfully submitted,

                                                   By: */s/ Justin J. Wolosz*
                                                   _____
                                                        Joan A. Lukey (BBO No. 307340)
                                                        Justin J. Wolosz (BBO No. 643543)
                                                        Stuart M. Glass (BBO No. 641466)
                                                        CHOATE, HALL & STEWART LLP
                                                        Two International Place
                                                        Boston, MA 02110
                                                        Tel.: (617) 248-5000
                                                        Fax: (617) 248-4000
                                                        joan.lukey@choate.com
                                                        jwolosz@choate.com
                                                        sglass@choate.com

                                                        *Counsel for Labaton Sucharow LLP*
                                                        _____

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Labaton's counsel contacted other counsel in this case in order to confer regarding the substance of this motion. The Thornton Law Firm and McTigue Law LLP consent to the relief requested. Lieff Cabraser Heimann & Bernstein LLP, State Street and Counsel for the Special Master take no position on the relief requested. Keller Rohrback LLP and Zuckerman Spaeder LLP have not indicated their positions as of the time of filing.

                                                   */s/ Justin J. Wolosz*
                                                   _____
                                                   Justin J. Wolosz

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2018, I caused the foregoing Labaton Sucharow LLP's Motion to Impound Its Motion to Strike the Supplemental Report of Professor Stephen Gillers, filed conventionally, to be served by electronic mail on counsel for all parties and counsel for the Special Master.

*/s/ Joan A. Lukey*
Joan A. Lukey