**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>                  Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>                  Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>                  Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>                  Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>                  Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>                  Defendant. | No. 12-cv-11698 MLW |

**MOTION TO IMPOUND LABATON SUCHAROW LLP'S MOTION**
**<u>CONCERNING ISSUES RAISED AT MAY 30 HEARING</u>**

Pursuant to Fed. R. Civ. P. 7(b) and District of Massachusetts Local Rule 7.2, Labaton Sucharow LLP ("Labaton") respectfully moves to impound Labaton Sucharow LLP's Motion Concerning Issues Raised At May 30 Hearing ("Motion") and the Memorandum of Law in support of Labaton Sucharow LLP's Motion Concerning Issues Raised At May 30 Hearing ("Memorandum").  As grounds for this motion, Labaton states as follows:

1.   On May 16, 2018, this Court issued an Order confirming that the Special Master's Report and Recommendations, the related Executive Summary, and all attached exhibits (collectively, the "Master's Submission") are currently under seal in their entirety, and setting forth a process by which the parties may seek redactions so that a public version could be unsealed.  ECF 223.

2.   On May 30, 2018, the Court held a hearing in this matter.  The Court has sealed two portions of the transcript from that hearing:  a sidebar conference with counsel (ECF 244), and a lobby conference with counsel and the Executive Director of the Arkansas Teacher Retirement System (ECF 245).

3.   The Motion and Memorandum quote, cite from and/or discuss a number of items and passages from the Master's Submission and the sealed portions of the May 30, 2018 transcript.  Accordingly, Labaton moves to seal the Motion and Memorandum for the same reasons the Court has sealed these underlying materials.

4.   Labaton is filing herewith redacted versions of the Motion and Memorandum, which redact the information it understands is currently non-public and under seal.

5.   Labaton has no objection to the Motion and Memorandum being unsealed once the Court has issued a public version of the Master's Submission.

- 2 -

WHEREFORE, for the reasons set forth herein, Labaton respectfully requests that the Court impound the un-redacted Labaton Sucharow LLP's Motion Concerning Issues Raised At May 30 Hearing and Memorandum of Law in support of Labaton Sucharow LLP's Motion Concerning Issues Raised At May 30 Hearing.

Dated: June 8, 2018

Respectfully submitted,

By: */s/ Joan A. Lukey*
    Joan A. Lukey (BBO No. 307340)
    Justin J. Wolosz (BBO No. 643543)
    Stuart M. Glass (BBO No. 641466)
    CHOATE, HALL & STEWART LLP
    Two International Place
    Boston, MA 02110
    Tel.: (617) 248-5000
    Fax: (617) 248-4000
    joan.lukey@choate.com
    jwolosz@choate.com
    sglass@choate.com

*Counsel for Labaton Sucharow LLP*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Labaton's counsel contacted other counsel in this case in order to confer regarding the substance of this motion. McTigue Law LLP, Lieff Cabraser Heimann & Bernstein LLP, the Thornton Law Firm, Keller Rohrback, Zuckerman Spaeder, and State Street have no objection to the motion. The Special Master has not provided his position as of the time of filing.

*/s/ Joan A. Lukey*
Joan A. Lukey

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2018, I caused a true and correct copy of the above document, filed conventionally, to be served by electronic mail on counsel for all parties and counsel for the Special Master.

*/s/ Joan A. Lukey*
Joan A. Lukey