UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>　　　Plaintiff<br><br>　　　v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>　　　Defendants. | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>　　　Plaintiff<br><br>　　　v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>　　　Defendants. | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>　　　Plaintiff<br><br>　　　v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>　　　Defendants. | C.A. No. 12-11698-MLW |

ORDER

WOLF, D.J.　　　　　　　　　　　　　　　　　　　　　　　　June 9, 2018

　　　It is hereby ORDERED that, in view of the Special Master's June 7, 2018 "pre-filing position" on the parties' proposed

categories of redactions (Docket No. 262-1 under seal) and the importance of the June 22, 2018 hearing date, see Docket No. 237, ¶9, the Motion to Extend Deadlines (Docket No. 266) is DENIED.

_____
UNITED STATES DISTRICT JUDGE