# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) ) | C.A. No. 11-10230-MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| State Street Bank and Trust Company, | ) ) ) | |
| Defendants. | ) ) ) | |

| | | |
|---|---|---|
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, | ) ) ) ) ) | C.A. No. 11-12049-MLW |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| State Street Bank and Trust Company, | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, | ) ) ) ) ) ) | C.A. No. 12-11698-MLW |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| State Street Bank and Trust Company, | ) ) ) | |
| Defendants. | ) ) | |

## <u>MCTIGUE LAW LLP'S AND THE HENRIQUEZ ERISA PLAINTIFFS' MOTION FOR REDACTIONS FROM SPECIAL MASTER'S REPORT AND RECOMMENDATION, EXECUTIVE SUMMARY, AND EXHIBITS</u>

## MOTION

Pursuant to this Court's May 31, 2018 Order, ¶4 (Dkt. No. 237) McTigue Law LLP —
one of the ERISA counsel in this case representing named Plaintiffs Arnold Henriquez, Michael
T. Cohn, William R. Taylor, and Richard A. Sutherland (the "Henriquez ERISA Plaintiffs") —
and the Henriquez ERISA Plaintiffs request redactions from the Special Master's May 14, 2018
Report and Recommendation, the executive summary thereof, and the exhibits thereto ("Special
Master Materials") before they are entered on the public record as set forth in the attached
Exhibit A.  Exhibit A contains pages from the Special Master Materials from which redactions
are sought, with the specific redactions indicated by black boxes.

Pursuant to ¶4 of the aforementioned Order, Exhibit A is being filed under seal.  That
same paragraph directs us to "state the reasons for any objection to [our] submissions being
unsealed."  McTigue Law LLP has no objections to this Exhibit being unsealed since it already
reflects the redactions we request.  However, it is certainly conceivable that this Exhibit contains,
in unredacted form, text that other parties may request to be redacted, and so other parties may
have objections to the Exhibit being unsealed.[1]

Pursuant to L.R. 7.1(a)(2) and ¶8 of the Court's Order (Dkt. No. 237), we certify that we
have conferred with counsel for Defendant State Street, counsel for the "customer class," counsel
for the Special Master, and other ERISA counsel prior to filing this motion.  **No party or
counsel has indicated opposition to the proposed redactions.**  Counsel for the Thornton Law
Firm has indicated they take no position on this motion.  Counsel for the Special Master has
indicated they defer a response until June 18, when, pursuant to ¶6 of the Court's May 31, 2018

---

[1] McTigue Law LLP interpreted ¶4 to be asking only the filer to state the reasons for any
objections the filer had to having its submission unsealed — not to be asking the filer to confer
with other counsel on whether other counsel or parties had objections to unsealing.

order, they will file their comments on all the proposed redactions.  Other counsel did not

respond to the email request for conferral in time to be included in this response.

### MEMORANDUM IN SUPPORT OF MOTION

As have other counsel in this case, McTigue Law LLP has already filed a motion, with

supporting memorandum, identifying categories of information they seek to have redacted from

the Special Master Materials.  (*See* Dkt. No. 248).  Those documents are incorporated herein by

reference.  In that motion, which was unopposed, McTigue Law LLP sought redaction of five

categories of information:

> 1.  Confidential medical, financial, and personal identifying information of the
> Henriquez ERISA Plaintiffs or any other clients of their counsel
>
> 2.  Attorney-client communications for which the Henriquez ERISA Plaintiffs'
> counsel were a party
>
> 3.  Attorney work product of the Henriquez ERISA Plaintiffs' counsel
>
> 4.  Discussions of confidential settlement and mediation communications or
> strategy by Henriquez ERISA Plaintiffs' counsel
>
> 5.  Proprietary information of the Henriquez ERISA Plaintiffs' counsel regarding
> law firm business development

The attached Exhibit A identifies the specific redactions within these categories that

McTigue Law LLP is requesting.  The redactions are from the following documents:

(a) The Special Master's Report and Recommendation ("SMRR"):  3 extremely minor redactions

of immaterial descriptions of two of the named plaintiffs are requested; these redactions are

requested to protect their privacy.

(b) Exhibit 11 to the SMRR (first deposition of attorney J. Brian McTigue):  Attorney McTigue

is the founding member of McTigue Law LLP.  Redactions are made to protect proprietary

discussions of the firm's case and client development strategies, descriptions of attorney-client

communications, and attorney work product.  The last includes discussions of the strengths and

weaknesses of this case and interactions with U.S. DOL (who in effect partly operated as co-counsel with plaintiffs counsel in litigating the case).  Disclosing these publicly could prejudice the firm's litigation of other related cases.

(c) Exhibit 32 to the SMRR (deposition transcript of named Plaintiff Arnold Henriquez):  a single redaction of personal identifying information is requested.

(d) Exhibit 33 to the SMRR (deposition transcript of named Plaintiff Michael J. Cohn):  a few minor redactions to protect personal privacy and one redaction of attorney-client communications.

(e) Exhibit 34 to the SMRR (deposition transcript of named Plaintiff William R. Taylor):  a few minor redactions to protect personal privacy and one redaction of attorney-client communications.

(f) Exhibit 159 to the SMRR (second deposition of attorney J. Brian McTigue):  Redactions are made to protect attorney work product.

(g) Exhibit 265 to the SMRR (detailed billing records of McTigue Law LLP for the case):  All descriptions of work performed have been redacted.  For the rationale see the motion in which McTigue Law LLP has joined:  Dkt. No. 249.

By:  /s/  James A. Moore
James A. Moore (*pro hac vice*)
J. Brian McTigue (*pro hac vice*)
**McTigue Law LLP**
4530 Wisconsin Ave, NW
Suite 300
Washington, DC 20016
202-364-6900
Fax: 202-364-9960
Email: bmctigue@mctiguelaw.com
        jmoore@mctiguelaw.com

Jonathan G. Axelrod (pro hac vice)

Beins, Axelrod, P.C.
1625 Mass. Ave. NW
Washington, DC 20036
202-328-7222
Email: jaxelrod@beinsaxelrod.com

*Attorneys for the Henriquez ERISA Plaintiffs*

Catherine M. Campbell
Renee J. Bushey
Feinberg, Campbell & Zack, P.C.
3rd Floor
177 Milk Street
Boston, MA 02109
617-338-1976
Fax: 617-338-7070
Email: cmc@fczlaw.com
          rjb@fczlaw.com

*Local Counsel for the Henriquez ERISA
Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the forgoing document was filed through the ECF System on

June 11, 2018 and accordingly will be served electronically upon all attorneys of record.


<u>/s/ James A. Moore</u>