**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>      Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>      Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>      Defendant. | No. 12-cv-11698 MLW |

**LABATON SUCHAROW LLP'S**
**EMERGENCY MOTION TO SUPPLEMENT ITS PROPOSED**
**REDACTIONS TO THE MASTER'S SUBMISSION**
**<u>WHEN THE CLERK'S OFFICE RE-OPENS ON JUNE 12, 2018</u>**

Pursuant to Federal Rule of Civil Procedure 7(b) and Local Rule 7.1, Labaton Sucharow LLP ("Labaton") respectfully moves on an emergency basis to supplement, on June 12, 2018, the proposed redactions to the Special Master's Report and Recommendations, Executive Summary, and exhibits (collectively, the "Master's Submission") that Labaton filed on June 11, 2018.  In support of this motion, counsel states as follows:

1. On May 16, 2018, this Court issued an Order confirming that the Master's Submission is currently under seal in its entirety, and set forth a process by which the parties may seek redactions so that a public version could be unsealed.  ECF 223.

2. On May 31, 2018, this Court issued an order requiring that the parties file motions setting forth the categories of information they seek to redact no later than June 5, 2018.  ECF 237, ¶ 2.  The order went on to require that "Counsel for plaintiff class and for State Street shall, by June 11, 2018, each file, under seal, their proposed redactions to the [Master's Submission], and state the reasons for any objection to their submissions being unsealed." *Id.* ¶ 4.

3. Labaton's counsel and its staff worked diligently to prepare Labaton's proposed redactions to the Master's Submission and filed the majority of the proposed redactions, along with the reasons for any objection to the submissions being unsealed, with the Court today.

4. Unfortunately, counsel's staff encountered significant, unexpected technical difficulties in the final steps of preparing the redacted versions, which temporarily prevented these documents from being finalized and burned onto a DVD in time for delivery to the Court. Because the documents were required to be physically delivered to the Court by 5:00 PM (when the clerk's office closes), time simply ran out before the technical issues were fully resolved.  As a result, although the redacted Report and Recommendations, Executive Summary, and sixty-eight (68) exhibits were included on the DVD filed today with the Court, there are twelve (12)

additional exhibits on which counsel had selected redactions that were not finalized in time to be included.

5. More specifically, in addition to the proposed redactions filed today, Labaton also wishes to request redactions with respect to Exhibits 80, 83, 105, 115, 117, 122, 125, 127, 139, 159, 162 and 198 to the Special Master's Report and Recommendations.

6. Labaton served redacted copies of these twelve documents on all counsel, including counsel for the Special Master, at approximately 6:03 PM this evening. Because the clerk's office was closed, however, Labaton could not file them today with the Court.

7. Accordingly, Labaton respectfully requests leave from the Court's May 31, 2018 Order, Paragraph 4, to supplement its proposed redactions. Labaton has prepared, for filing under seal at the beginning of business on June 12, 2018, a replacement or corrected DVD that contains both the redacted documents that were included in the June 11 submission (included again for convenience), and the additional twelve (12) exhibits reflecting redactions that Labaton requests.

8. The supplementation of these additional twelve (12) redacted exhibits will not impact preparation of the combined version of the Master's Submission, which Labaton is preparing pursuant to Paragraph 5 of the Court's May 31, 2018 Order.

9. Labaton has contacted other counsel and counsel for the Special Master regarding the substance of this motion. Lieff Cabraser Heimann & Bernstein LLP, the Thornton Law Firm, McTigue Law LLP, State Street, and the Special Master (through counsel) have all responded that they do not oppose the relief requested herein. As of the time of this filing, Keller Rohrback L.L.P. and Zuckerman Spaeder LLP have not yet responded.

WHEREFORE, Labaton respectfully requests that the Court permit Labaton to supplement its proposed redactions to the exhibits to the Special Master's Report and Recommendations by filing a replacement DVD that contains a corrected, complete set of Labaton's proposed redactions to the Master's Submission.

Dated: June 11, 2018                                            Respectfully submitted,

                                                                By: */s/ Justin J. Wolosz*
                                                                    Joan A. Lukey (BBO No. 307340)
                                                                    Justin J. Wolosz (BBO No. 643543)
                                                                    Stuart M. Glass (BBO No. 641466)
                                                                    CHOATE, HALL & STEWART LLP
                                                                    Two International Place
                                                                    Boston, MA 02110
                                                                    Tel.: (617) 248-5000
                                                                    Fax: (617) 248-4000

                                                                    *Counsel for Labaton Sucharow LLP*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Labaton's counsel contacted other counsel and counsel for the Special Master regarding the substance of this motion. Lieff Cabraser Heimann & Bernstein LLP, the Thornton Law Firm, McTigue Law LLP, State Street, and the Special Master (through counsel) have all responded that they do not oppose the relief requested herein. As of the time of this filing, Keller Rohrback L.L.P. and Zuckerman Spaeder LLP have not yet responded.

*/s/ Justin J. Wolosz*
Justin J. Wolosz

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record on June 11, 2018.

*/s/ Justin J. Wolosz*
Justin J. Wolosz