# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND and those similarly situated,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20<br><br>Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEES SAVINGS AND PROFIT SHARING PLAN, on behalf of itself and JAMES PEHOUSHEK-STRANGELAND, and all others similarly situated,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 11-cv-11698 MLW |

**NOTICE OF WITHDRAW AS COUNSEL**

PURSUANT TO Local Rule 83.5.2(c), please enter my withdrawal as counsel for Lead Plaintiff Arkansas Teacher Retirement System as I will no longer be associated with Labaton Sucharow LLP after my retirement from the practice of law on June 30, 2018.

Dated: June 12, 2018                                                      Respectfully submitted,

By: */s/ Joel H. Bernstein*
Joel H. Bernstein (*pro hac vice*)
Labaton Sucharow LLP
140 Broadway
New York, New York 10005

*Counsel for Arkansas Teacher Retirement System*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2018, I caused the foregoing Notice of Withdrawal to be filed through the ECF system in the above-captioned action No. 11-cv-10230 and accordingly to be served electronically upon all registered participants identified on the Notice of Electronic Filing.

*/s/ Joel H. Bernstein*

Joel H. Bernstein