UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 11-cv-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 11-cv-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on Behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 12-cv-11698-MLW |

**SPECIAL MASTER'S MOTION TO ENLARGE TIME TO JUNE 21, 2018 FOR FILING RESPONSE TO LAW FIRMS' PROPOSED REDACTIONS AND OBJECTIONS TO <u>UNSEALING PROPOSALS</u>**

On May 31, 2018, the Court ordered counsel for the plaintiff class and for State Street to file under seal their proposed redactions to the Special Master's Report & Recommendations, Executive Summary, and exhibits, currently under seal, and state the reason for any objection to their submissions being unsealed. Dkt. # 237, ¶¶ 4-5. The Court ordered the Special Master to respond to these requests by June 18, 2018. *Id.*, ¶ 6. During the May 30, 2018 hearing, the Court previewed this timing sequence, but noted that it may be amenable to granting the Special Master additional time to respond if, after reviewing the proposed redactions, the Special Master found it necessary.

On June 11, 2018, counsel for the plaintiff class and for State Street each served their proposed redactions on the Special Master. A consolidated version of the redactions, compiled by Labaton, is scheduled to be served later today. The proposed redactions are voluminous and implicate over ninety different exhibits, many of which contain multiple proposed redactions, as well as numerous portions of the 377-page Report & Recommendations. To fully and adequately respond, the Special Master herein moves to enlarge the time for filing his response by three (3) days, or until June 21.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1, the Special Master's counsel contacted other counsel in this case in order to confer regarding the substance of this motion. The Thornton Law Firm and Keller Rohrback take no position. Lieff Cabraser opposes this request. Labaton, McTigue Law, and State Street oppose this request. McTigue states that "there should also be an extension of the deadline for the reply [] and hearing date [] to maintain the sequencing." Labaton has stated that it opposes this request if the request does not "also request[], and the Court is not willing to grant, a corresponding change to the hearing date and other deadlines. We cannot adequately address the Master's Response the day after it is received." State Street joins in Labaton's objection, and adds that "[t]he Court's June 9, 2018 Order highlighted 'the importance of the June 22, 2018 hearing date' in denying State Street's requested extension. Affording the Special Master until June 21, 2018 to respond to State Street's and Class Counsel's proposed redactions would not afford State Street and Class Counsel sufficient time to meaningfully consider and respond to the Special Master's responses at the June 22, 2018 hearing." Zuckerman Spaeder does not oppose the request, but agrees that the parties should have time to evaluate the Special Master's response before the hearing.

Dated:  June 13, 2018

Respectfully submitted,

**SPECIAL MASTER HONORABLE GERALD E. ROSEN (RETIRED),**

By his attorneys,

   /s/  William F. Sinnott
William F. Sinnott (BBO #547423)
Elizabeth J. McEvoy (BBO #683191)
BARRETT & SINGAL, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090
Facsimile: (617) 720-5092
Email: wsinnott@barrettsingal.com
Email: emcevoy@barrettsingal.com

## CERTIFICATE OF SERVICE

I hereby certify that this Notice of Appearance was filed electronically on June 13, 2018 and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing ("NEF").  Paper copies were sent to any person identified in the NEF as a non-registered participant.

   /s/  William F. Sinnott
William F. Sinnott