# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>                Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>                Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>                Defendant. | No. 12-cv-11698 MLW |

**LABATON SUCHAROW'S OPPOSITION TO THE SPECIAL MASTER'S MOTION TO ENLARGE TIME TO JUNE 21, 2018 FOR FILING RESPONSE TO LAW FIRMS' PROPOSED REDACTIONS AND OBJECTIONS TO UNSEALING PROPOSALS**

Labaton Sucharow LLP ("Labaton") opposes the Special Master's Motion to Enlarge

Time to June 21, 2018 for Filing Response to Law Firms' Proposed Redactions and Objections

to Unsealing Proposals (the "Motion"), inasmuch as it would not leave sufficient time and opportunity for the parties to consider and respond to the Special Master's response.  The Court's May 31, 2018 Order (ECF 237) set forth a schedule that accommodated all parties' submissions with respect to proposed redactions.  In relevant part, it provides that:

- the parties were required to submit proposed redactions by June 11 (¶ 4);
- Labaton was ordered to submit a consolidated version of the proposed redactions by June 13 (¶ 5);
- the Master is required to respond to proposed redactions by June 18 (¶ 6);
- "[a]ny reply to the Master's submission shall be filed . . . by June 20" (¶ 7); and
- a tentative hearing is scheduled for June 22 (¶ 9).

The Motion asks that the Special Master's deadline be moved from June 18 to June 21.  Granting the Motion as drafted would prejudice the parties both by (1) depriving them of the opportunity to reply to the Special Master's response; and (2) leaving the parties with insufficient time following receipt of the Master's response to prepare for the June 22 hearing.

During the conferral in advance of the Special Master's filing of the Motion, undersigned counsel for Labaton advised counsel for the Special Master that it opposes the request for additional time unless the Special Master also requests, and the Court grants, a corresponding change to the hearing date and other deadlines.  The Special Master did not include such a request in the Motion.

For all of the foregoing reasons, Labaton opposes the Motion unless the Court also orders that the parties have at least two business days after receipt of the Special Master's response to reply, and at least two business days after that before the matter is called for a hearing.

Dated: June 14, 2018                                 Respectfully submitted,


By: */s/ Joan A. Lukey*
    Joan A. Lukey (BBO No. 307340)
    Justin J. Wolosz (BBO No. 643543)
    Stuart M. Glass (BBO No. 641466)
    CHOATE, HALL & STEWART LLP
    Two International Place
    Boston, MA 02110
    Tel. (617) 248-5000
    Fax: (617) 248-4000

*Counsel for Labaton Sucharow LLP*


**CERTIFICATE OF SERVICE**

    I hereby certify that on June 14, 2018, I caused a true and correct copy of this document, filed conventionally, to be served by electronic mail on counsel for all parties and counsel for the Special Master.

    */s/ Joan A. Lukey*
    Joan A. Lukey