UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>    Plaintiff<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>    Plaintiff<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>    Plaintiff<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 12-11698-MLW |

ORDER

WOLF, D.J.                                                                 June 15, 2018

    For the reasons stated in the June 11, 2018 Memorandum and Order (Docket No. 280), and in view of Labaton Sucharow, LLP

("Labaton")'s Response to it (Docket No. 292), which states that Labaton does not object to the unsealing of the transcript of the May 30, 2018 sidebar conference or the unsealing of Labaton's Motion Concerning Issues Raised at the May 30, 2018 Hearing and the memorandum in support of it, it is hereby ORDERED that:

1. Labaton's Motion to Impound its Motion Concerning Issues Raised at the May 30 Hearing (Docket No. 274) is WITHDRAWN.

2. The transcript of the sidebar Conference held on May 30, 2018 (Docket No. 244), Labaton's Motion Concerning Issues Raised at May 30 Hearing (Docket No. 275) and the memorandum in support of it (Docket No. 276), the June 11, 2018 Memorandum and Order (Docket No. 280), and Labaton's Response (Docket No. 292) are UNSEALED.

／s／ Mark L. Wolf
UNITED STATES DISTRICT JUDGE