## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, <br><br> Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | No. 12-cv-11698 MLW |

## CUSTOMER CLASS COUNSELS' MOTION TO IMPOUND THEIR MEMORANDUM AND SUPPORTING DECLARATION IN SUPPORT OF THEIR MOTION FOR AN ACCOUNTING, AND FOR CLARIFICATION THAT THE MASTER'S ROLE HAS CONCLUDED

1.      Pursuant to Fed. R. Civ. P. 7(b) and District of Massachusetts Local Rule 7.2, Labaton Sucharow LLP ("Labaton"), Lieff Cabraser Heimann & Bernstein LLP ("Lieff"), and the Thornton Law Firm ("TLF") (collectively, "Customer Class Counsel") respectfully move to impound:  (1) their Memorandum in Support of their Motion for an Accounting, and for Clarification that the Master's Role Has Concluded ("Customer Class Counsels' Memorandum"); and (2) the Transmittal Declaration of Joan A. Lukey in Support of Customer Class Counsels' Motion for an Accounting, and for Clarification that the Master's Role Has Concluded ("Lukey Transmittal Declaration").

2.      On May 16, 2018, this Court issued an Order confirming that the Special Master's Report and Recommendations, the related Executive Summary, and all attached exhibits (collectively, the "Master's Submission") are currently under seal in their entirety, and setting forth a process by which the parties may seek redactions so that a public version could be unsealed.  ECF 223.

3.      Customer Class Counsels' Memorandum contains discussion of Prof. Gillers' original report (Ex. 232 to the Master's Report and Recommendations), Prof. Gillers' revised "supplemental" report (Ex. 233 to the Master's Report and Recommendations), and the Master's Report and Recommendations – all of which are currently under seal.  *See, e.g.*, Customer Class Counsels' Memorandum at 4-6, 9, 11, 13, 16 and 18 (discussing sealed materials and addressing specific substantive opinions proffered by Prof. Gillers, which are under seal).  Because this information is currently under seal per this Court's orders, and to prevent a partial release of information under seal, the non-redacted versions of these documents that contain this discussion of sealed material should also be kept under seal at least until this Court publicly releases a redacted version of the Master's Submission.

4.      Likewise, the Lukey Transmittal Declaration, which is submitted in support of Customer Class Counsels' motion, attaches as <u>Exhibit 3</u> a chart created for use in these proceedings that shows the participation of members of the Master's team in various depositions. The chart is derived from deposition transcripts that currently are under seal.  For the same reasons the Court has ordered the Master's Report and Recommendations and attached Exhibits to be temporarily sealed while the parties evaluate the record and propose redactions, this document should also be temporarily sealed.

5.      Accordingly, there is good cause pursuant to D. Mass. L.R. 7.2 to impound the non-redacted versions of Customer Class Counsels' Memorandum and the supporting Lukey Transmittal Declaration.

6.      Customer Class Counsel have filed herewith redacted versions of their Memorandum and supporting Lukey Transmittal Declaration.  The portions of their Memorandum that Customer Class Counsel request be temporarily impounded are redacted in black.  The redacted version of the Lukey Transmittal Declaration replaces <u>Exhibit 3</u> with a page indicating that the information has been redacted.

WHEREFORE, for the reasons set forth herein, Customer Class Counsel request that the Court impound the non-redacted versions of Customer Class Counsels' Memorandum and the supporting Lukey Transmittal Declaration until the Court publicly releases a version of the Master's Submission.

Dated: June 19, 2018                    Respectfully submitted,


By: */s/ Joan A. Lukey*
    Joan A. Lukey (BBO No. 307340)
    Justin J. Wolosz (BBO No. 643543)
    Stuart M. Glass (BBO No. 641466)
    CHOATE, HALL & STEWART LLP
    Two International Place
    Boston, MA 02110
    Tel.: (617) 248-5000
    Fax: (617) 248-4000
    joan.lukey@choate.com
    jwolosz@choate.com
    sglass@choate.com

    *Counsel for Labaton Sucharow LLP*


By: */s/ Richard M. Heimann*
    Richard M. Heimann (*pro hac vice*)
    LIEFF CABRASER HEIMANN &
    BERNSTEIN, LLP
    275 Battery Street, 29th Floor
    San Francisco, CA  94111
    Tel: (415) 956-1000
    Fax: (415) 956-1008
    rheimann@lchb.com

    *Attorney for Lieff Cabraser Heimann &*
    *Bernstein, LLP*


By: */s/ Brian T. Kelly*
    Brian T. Kelly, Esq. (BBO No. 549566)
    NIXON PEABODY LLP
    100 Summer Street
    Boston, MA 02110
    Tel.: (617) 345-1000
    Fax: (617) 345-1300
    bkelly@nixonpeabody.com

    *Counsel for The Thornton Law Firm LLP*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Labaton's counsel, on behalf of Customer Class Counsel, contacted other counsel in this case in order to confer regarding the substance of this motion.  Keller Rohrback, McTigue Law LLP, and State Street do not oppose the relief requested. Counsel for the Special Master has no objection, "to the extent the motion(s) filed contain material under seal and not yet made available to the public."  Zuckerman Spaeder LLP has not indicated its position as of the time of filing.

*/s/ Joan A. Lukey*
Joan A. Lukey

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record on June 19, 2018.

*/s/ Joan A. Lukey*
Joan A. Lukey