**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>      Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>      Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>      Defendant. | No. 12-cv-11698 MLW |

**CUSTOMER CLASS COUNSELS' MOTION FOR AN ACCOUNTING, AND FOR <u>CLARIFICATION THAT THE MASTER'S ROLE HAS CONCLUDED</u>**

- 2 -

For the reasons set forth in the accompanying memorandum of law, incorporated here by reference, Labaton Sucharow LLP ("Labaton"), Lieff Cabraser Heimann & Bernstein LLP ("Lieff"), and the Thornton Law Firm ("TLF")  (collectively, "Customer Class Counsel") respectfully move for an accounting regarding the $3,800,000 that they have previously been ordered to pay into the Court for the Rule 53 proceedings before the Master.  Further, they seek clarification that the Master's role, as specified in the Court's  March 8, 2017 Memorandum and Order,  ECF 173 (the "Appointment Order"), is now concluded.

WHEREFORE, Customer Class Counsel respectfully move for an accounting and for clarification that the Master's role in this case has now concluded

Dated: June 19, 2018                                                       Respectfully submitted,


By: */s/ Joan A. Lukey*
    Joan A. Lukey (BBO No. 307340)
    Justin J. Wolosz (BBO No. 643543)
    Stuart M. Glass (BBO No. 641466)
    CHOATE, HALL & STEWART LLP
    Two International Place
    Boston, MA 02110
    Tel.: (617) 248-5000
    Fax: (617) 248-4000
    joan.lukey@choate.com
    jwolosz@choate.com
    sglass@choate.com

    *Counsel for Labaton Sucharow LLP*


By: */s/ Richard M. Heimann*
    Richard M. Heimann (*pro hac vice*)
    LIEFF CABRASER HEIMANN &

- 3 -

        BERNSTEIN, LLP
        275 Battery Street, 29th Floor
        San Francisco, CA  94111
        Tel: (415) 956-1000
        Fax: (415) 956-1008
        rheimann@lchb.com

        *Attorney for Lieff Cabraser Heimann & Bernstein, LLP*


By: */s/ Brian T. Kelly*
        Brian T. Kelly, Esq. (BBO No. 549566)
        NIXON PEABODY LLP
        100 Summer Street
        Boston, MA 02110
        Tel.: (617) 345-1000
        Fax: (617) 345-1300
        bkelly@nixonpeabody.com

        *Counsel for The Thornton Law Firm LLP*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Labaton's counsel, on behalf of Customer Class Counsel, contacted other counsel in this case in order to confer regarding the substance of this motion. State Street, Keller Rohrback L.L.P., and McTigue Law LLP take no position on the relief requested. Zuckerman Spaeder has not responded. The Master responds that he "objects to [the] request [for an accounting as to the $3,800,000]. The Court has been meticulous in reviewing all invoices submitted to date relating to the Special Master's appointment. All invoices have been approved." With regard to the request for clarification, the Master "does not object to seeking clarification, and welcomes the Court's guidance as to what role it would like the Special Master to have going forward. The Special Master notes, however, that he and his counsel have an extensive knowledge of the factual record such that they are well-situated to assist the Court in future proceedings, particularly in light of the volume and nature of the requested redactions."

                                                    */s/ Joan A. Lukey*
                                                    Joan A. Lukey

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record on June 19, 2018.

                                                    */s/ Joan A. Lukey*
                                                   Joan A. Lukey