UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARKANSAS TEACHER RETIREMENT SYSTEM,
on behalf of itself and all others
similarly situated,

          Plaintiff,

vs.

STATE STREET BANK AND TRUST COMPANY,

          Defendant.
_____/

No. 11-cv-10230-MLW

ARNOLD HENRIQUEZ, MICHAEL T. COHN,
WILLIAM R. TAYLOR, RICHARD A.
SUTHERLAND, and those similarly situated,

          Plaintiffs,

vs.

STATE STREET BANK AND TRUST COMPANY,

          Defendant.
_____/

No. 11-cv-12049-MLW

THE ANDOVER COMPANIES EMPLOYEE
SAVINGS AND PROFIT SHARING PLAN, on
Behalf of itself, and JAMES PEHOUSHEK-
STANGELAND and all others similarly situated,

          Plaintiffs,

vs.

STATE STREET BANK AND TRUST COMPANY,

          Defendant.
_____/

No. 12-cv-11698-MLW

**SPECIAL MASTER'S MOTION TO SEAL SPECIAL MASTER'S RESPONSE TO MOTION TO STRIKE SUPPLEMENTAL GILLERS REPORT FILED UNDER SEAL BY LABATON SUCHAROW ON JUNE 8, 2018**

Pursuant to Local Rule 7.2, and as provided for in paragraphs 7 and 11 of the Court's March 8, 2017 Order, the Special Master hereby moves this Honorable Court to permit the Special Master's Response to Motion to Strike Supplemental Gillers Report Filed Under Seal by Labaton Sucharow on June 8, 2018, to be filed under seal until further Court order.

WHEREFORE, Special Master respectfully requests that the Court permit the Motion be filed under seal.

Dated: June 20, 2018

Respectfully submitted,

**SPECIAL MASTER HONORABLE GERALD E. ROSEN (RETIRED),**

By his attorneys,

   /s/ William F. Sinnott
William F. Sinnott (BBO #547423)
Elizabeth J. McEvoy (BBO #683191)
BARRETT & SINGAL, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090
Facsimile: (617) 720-5092
Email: wsinnott@barrettsingal.com
Email: emcevoy@barrettsingal.com

## CERTIFICATE OF SERVICE

I hereby certify that this Notice of Appearance was filed electronically on June 20, 2018 and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing ("NEF"). Paper copies were sent to any person identified in the NEF as a non-registered participant.

   /s/ William F. Sinnott
William F. Sinnott