```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

ARKANSAS TEACHER RETIREMENT SYSTEM,  )
on behalf of itself and all others   )
similarly situated,                  )
     Plaintiff                       )
                                     )
                                     ) C.A. No. 11-10230-MLW
     v.                              )
                                     )
STATE STREET BANK AND TRUST COMPANY, )
     Defendants.                     )

ARNOLD HENRIQUEZ, MICHAEL T.         )
COHN, WILLIAM R. TAYLOR, RICHARD A.  )
SUTHERLAND, and those similarly      )
situated,                            )
     Plaintiff                       )
                                     )
     v.                              ) C.A. No. 11-12049-MLW
                                     )
STATE STREET BANK AND TRUST COMPANY, )
     Defendants.                     )

THE ANDOVER COMPANIES EMPLOYEE       )
SAVINGS AND PROFIT SHARING PLAN, on  )
behalf of itself, and JAMES          )
PEHOUSHEK-STANGELAND and all others  )
similarly situated,                  )
     Plaintiff                       )
                                     )
     v.                              ) C.A. No. 12-11698-MLW
                                     )
STATE STREET BANK AND TRUST COMPANY, )
     Defendants.                     )
```

ORDER

WOLF, D.J.                                          June 21, 2018

For the reasons that will be explained in a forthcoming Memorandum and Order, Labaton Sucharow, LLP's motion seeking my

recusal pursuant to 28 U.S.C. 455(a) (Docket No. 275) is hereby DENIED because a reasonable person could not question my impartiality in this case.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
```