UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 12-11698-MLW |

<u>ORDER</u>

WOLF, D.J.                                                                                                                         June 21, 2018

    It is hereby ORDERED that:

1. The Master's Motion for Filing Late his Response to the Law Firm's Proposed Redactions to his Report and Recommendations (Under Seal)(Docket No. 305 under seal) is ALLOWED.

2. The Master shall, by June 22, 2018, file redacted versions of: his Response to the Law Firms' Various Motions Concerning Proposed Categories for Redaction (Under Seal) (Docket Nos. 295); his Response to the Law Firms' Proposed Redactions to the Special Master's Report and Recommendations (Under Seal)(Docket No. 306); his response to the proposed redactions to the Report and Recommendations' exhibits, which was previously ordered to be filed by 12:00 noon on June 21, 2018, see June 14, 2018 Sealed Order at 2, and his Response to Motion to Strike Supplemental Gillers Report Filed Under Seal by Labaton Sucharow on June 8, 2018 (Under Seal), for the public record.

_____
UNITED STATES DISTRICT JUDGE