# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>                Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>                Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>                Defendant. | No. 12-cv-11698 MLW |

**LABATON SUCHAROW LLP'S MOTION
FOR LEAVE TO FILE REPLY TO SPECIAL MASTER'S RESPONSE TO
<u>MOTION TO STRIKE SUPPLEMENTAL GILLERS REPORT</u>**

Labaton Sucharow LLP ("Labaton") respectfully moves for leave to file a reply memorandum in support of its Motion to Strike Supplemental Report of Professor Stephen Gillers and Related Portions of Master's Report and Recommendations, or, in the Alternative, to Allow Additional Expert Discovery ("Labaton's Motion"), filed under seal on June 8, 2018. Labaton seeks to respond to arguments advanced by the Special Master in his Response to Motion to Strike Supplemental Gillers Report Filed Under Seal by Labaton Sucharow on June 8, 2018 (the "Master's Response"), which was filed under seal on June 20, 2018. Labaton's proposed reply memorandum is limited to seven pages and is Exhibit A to this Motion.[1]

Labaton's proposed reply memorandum addresses, in focused fashion, arguments set forth in the Master's Reponse.

WHEREFORE, Labaton respectfully requests that the Court grant its motion for leave.

Dated: June 21, 2018

Respectfully submitted,

By: */s/ Joan A. Lukey*
Joan A. Lukey (BBO No. 307340)
Justin J. Wolosz (BBO No. 643543)
Stuart M. Glass (BBO No. 641466)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel.: (617) 248-5000
Fax: (617) 248-4000
joan.lukey@choate.com
jwolosz@choate.com
sglass@choate.com

*Counsel for Labaton Sucharow LLP*

---

[1] This Motion for Leave to File a Reply is being filed via ECF, along with Labaton's Motion to Impound its Proposed Reply. Labaton's Proposed Reply, which is Exhibit A to this motion, is subject to the pending Motion to Impound and is thus being filed conventionally under seal.

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Labaton's counsel contacted other counsel in this case in order to confer regarding the substance of this motion. The Thornton Law Firm consents to the relief requested. State Street and Lieff Cabraser Heimann & Bernstein LLP do not oppose the relief requested. McTigue Law LLP, Keller Rohrback, and Counsel for the Special Master take no position on the relief requested. Zuckerman Spaeder LLP has not indicated its position as of the time of filing.

*/s/ Joan A. Lukey*
Joan A. Lukey

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record on June 21, 2018.

*/s/ Joan A. Lukey*
Joan A. Lukey