# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 12-cv-11698 MLW |

**LABATON SUCHAROW LLP'S MOTION
TO IMPOUND ITS PROPOSED REPLY TO SPECIAL MASTER'S RESPONSE TO
MOTION TO STRIKE SUPPLEMENTAL GILLERS REPORT [EXHIBIT A TO
LABATON'S MOTION FOR LEAVE TO FILE REPLY TO SPECIAL MASTER'S
<u>RESPONSE TO MOTION TO STRIKE SUPPLEMENTAL GILLERS REPORT</u>]**

Pursuant to Fed. R. Civ. P. 7(b) and District of Massachusetts Local Rule 7.2, Labaton Sucharow LLP ("Labaton") respectfully moves to impound its Proposed Reply to Special Master's Response to Motion to Strike Supplemental Gillers Report (the "Proposed Reply"), which is Exhibit A to Labaton's Motion for Leave to File a Reply to Special Master's Response to Motion to Strike Supplemental Gillers Report.[1]

1. On May 16, 2018, this Court issued an Order confirming that the Special Master's Report and Recommendations, the related Executive Summary, and all attached exhibits (collectively, the "Master's Submission") are currently under seal in their entirety, and setting forth a process by which the parties may seek redactions so that a public version could be unsealed.  ECF 223.

2. Labaton Sucharow LLP's Proposed Reply requests that the Court strike from the record the unfair and procedurally improper Supplemental Report of Professor Stephen Gillers. It discusses the substance of Prof. Gillers' original report (Ex. 232 to the Master's Report and Recommendations), Prof. Gillers' revised "supplemental" report (Ex. 233 to the Master's Report and Recommendations), and the Master's Report and Recommendations – all of which are currently under seal.  *See generally* Proposed Reply (discussing sealed materials and addressing specific substantive opinions proffered by Prof. Gillers, which are under seal).  Because this information is currently under seal per this Court's orders, and to prevent a partial release of information under seal, the non-redacted version of this document that contains this discussion of sealed materials should also be kept under seal at least until this Court publicly releases a redacted version of the Master's Submission.  Labaton's Proposed Reply also quotes and

---

[1] Labaton's Motion for Leave to File a Reply to Special Master's Response to Motion to Strike Supplemental Gillers Report is being filed on ECF, while Exhibit A to that Motion (i.e., Labaton's Proposed Reply) is being filed conventionally under seal.

discusses the Special Master's June 20 Response, which was filed under seal. Moreover, Labaton's Proposed Reply cites to Ex. 1 of the June 8, 2018 Declaration of Stuart M. Glass, which consists of several pages of the transcript of the March 21, 2018 deposition of Professor Gillers. The Master did not include this transcript as an Exhibit to his Report and Recommendations. Therefore, this information is not currently under seal. However, for the same reasons the Court has ordered the Master's Report and Recommendations and attached Exhibits (which include many deposition transcripts) to be temporarily sealed while the parties evaluate the record and propose redactions, these deposition excerpts should also be temporarily sealed. Accordingly, there is good cause pursuant to D. Mass. L.R. 7.2 to impound the non-redacted version of Labaton's Proposed Reply.

3.  Separately, the Proposed Reply seeks to strike and permanently seal an incorrect and inflammatory portion of Prof. Gillers' Supplemental Report and related portions of the Master's Submission, which were the result of a procedurally unfair process. *See* Proposed Reply. In the alternative, Labaton's Proposed Reply seeks to keep this subset of information under seal until the Court rules on Labaton's Objections to the Master's Report and Recommendations, which will allow the Court an opportunity to scrutinize this information before making it public. Thus, the portions of the non-redacted Proposed Reply addressing this specific request should also be kept under seal, either permanently or at least until the Court rules on Labaton's Objections to the Master's Report and Recommendations. Labaton bases its request to impound these portions of its Proposed Reply (whether permanently or temporarily) on the reasons and authority set forth in its Proposed Reply, as well as its Motion to Strike the Supplemental Report and supporting memorandum (filed June 8, 2018), and other supporting authority, including: *United States v. Kravetz*, 706 F.3d 47, 59 (1st Cir. 2013); *In re Auerhahn*,

650 F. Supp. 2d 107, 109 (D. Mass. 2009) (Wolf, C.J.); and *United States v. Amodeo*, 71 F.3d 1044, 1047 (2d Cir. 1995).

4. The information described in ¶ 3, above, is a subset of the information described in ¶ 2, above. Thus, the portions of the Proposed Reply at issue in ¶ 3 also reflect information that is currently under seal, and if the Court denies Labaton's request in ¶ 3, those portions of the non-redacted Proposed Reply should at least remain under seal until the Master's Submission is released, for the reasons Labaton states in ¶ 2, above.

5. Labaton has filed herewith (conventionally, under seal) a redacted version of its Proposed Reply. Those portions that Labaton requests that the Court impound until the release of the Master's Submission – described in ¶ 2 – are redacted in blue. Those portions of the Proposed Reply that Labaton requests the Court impound permanently, or at least until it rules on Labaton's Objections – described in ¶ 3 – are redacted in red.

WHEREFORE, for the reasons set forth herein, Labaton requests that the Court impound its Proposed Reply to Special Master's Response to Motion to Strike Supplemental Gillers Report, which is <u>Exhibit A</u> to Labaton's Motion for Leave to File a Reply to Special Master's Response to Motion to Strike Supplemental Gillers Report

Dated: June 21, 2018                                     Respectfully submitted,

                                                        By: */s/ Joan A. Lukey*
                                                          Joan A. Lukey (BBO No. 307340)
                                                          Justin J. Wolosz (BBO No. 643543)
                                                          Stuart M. Glass (BBO No. 641466)
                                                          CHOATE, HALL & STEWART LLP
                                                          Two International Place
                                                          Boston, MA 02110
                                                          Tel.: (617) 248-5000
                                                          Fax: (617) 248-4000
                                                          joan.lukey@choate.com
                                                          jwolosz@choate.com
                                                          sglass@choate.com

                                                          *Counsel for Labaton Sucharow LLP*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Labaton's counsel contacted other counsel in this case in order to confer regarding the substance of this motion. The Thornton Law Firm consents to the relief requested. State Street and Lieff Cabraser Heimann & Bernstein LLP do not oppose the relief requested. McTigue Law LLP, Keller Rohrback, and Counsel for the Special Master take no position on the relief requested. Zuckerman Spaeder LLP has not indicated its position as of the time of filing.

                                                          */s/ Joan A. Lukey*
                                                          Joan A. Lukey

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record on June 21, 2018.

                                                          */s/ Joan A. Lukey*
                                                          Joan A. Lukey