UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>　　Plaintiff<br><br>　　　v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>　　Defendants. | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>　　Plaintiff<br><br>　　　v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>　　Defendants. | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>　　Plaintiff<br><br>　　　v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>　　Defendants. | C.A. No. 12-11698-MLW |

ORDER

WOLF, D.J.                                                                                   June 22, 2018

　　Labaton Sucharow LLP's motion, pursuant to Rule 60(b)(1) of the Federal Rules of Civil Procedure and the March 8, 2017 Order

(Docket No. 172), for relief from the Order Awarding Attorneys' Fees, Payment of Litigation Expenses, and Awarding Service Awards to Plaintiffs (the "Fee Order") (Docket No. 111), to assure the court's continuing jurisdiction to modify the Fee Order, should the court find modification to be appropriate, during the pendency of this matter (Docket No. 178) is hereby ALLOWED.

                                                UNITED STATES DISTRICT JUDGE