**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>　　　　　　　　　Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>　　　　　　　　　Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>　　　　　　　　　Defendant. | No. 12-cv-11698 MLW |

**LABATON SUCHAROW LLP'S MOTION TO IMPOUND EXHIBIT 1 TO MOTION FOR ORDER DIRECTING MASTER TO RESPOND TO INQUIRY REGARDING *EX PARTE* COMMUNICATIONS WITH COURT**

Pursuant to Fed. R. Civ. P. 7(b) and District of Massachusetts Local Rule 7.2, Labaton Sucharow LLP ("Labaton") respectfully moves to impound Exhibit 1 to its Motion for Order Directing Master to Respond to Inquiry Regarding *Ex Parte* Communications with Court ("Motion").

Labaton is filing the Motion publicly, via ECF.  Exhibit 1 to the Motion consists of a June 19, 2017 letter from undersigned counsel for Labaton to counsel for the Special Master.  The letter is part of the correspondence discussed in the Special Master's June 21, 2018 letter to the Court, which the Special Master filed yesterday under seal.  Although Labaton does not believe it is necessary for its counsel's June 19 letter (Exhibit 1) to be filed under seal, in an abundance of caution, because the Special Master filed his June 21 letter under seal, Labaton is following suit.  From Labaton's perspective, the Court is free to release the letter.

WHEREFORE, Labaton files herewith this Motion to Seal Exhibit 1 to its Motion for Order Directing Master to Respond to Inquiry Regarding *Ex Parte* Communications with Court.

Dated:  June 22, 2018                                         Respectfully submitted,

By: */s/ Joan A. Lukey*
    Joan A. Lukey (BBO No. 307340)
    Justin J. Wolosz (BBO No. 643543)
    Stuart M. Glass (BBO No. 641466)
    CHOATE, HALL & STEWART LLP
    Two International Place
    Boston, MA 02110
    Tel.: (617) 248-5000
    Fax: (617) 248-4000
    joan.lukey@choate.com
    jwolosz@choate.com
    sglass@choate.com

*Counsel for Labaton Sucharow LLP*

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record on June 22, 2018.

                                                  */s/ Joan A. Lukey*
                                                  Joan A. Lukey