

BARRETT & SINGAL

June 21, 2018

*Via Hand Delivery*

The Honorable Mark L. Wolf
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: **Special Master's Investigation**

*Arkansas Teacher Retirement System, on behalf of itself and all others similarly situated v. State Street Bank and Trust Company*
No. 11-cv-10230-MLW

Dear Judge Wolf:

The Special Master writes to seek the Court's guidance on two issues that have recently surfaced in connection with the Special Master's Report and Recommendations and continuing role in the post-Report stage of this case.

First, we seek guidance as to whether the Court would like us to move to clarify and enlarge the existing record concerning matters raised by Labaton's counsel during the May 30, 2018 sidebar conference and in its motion to recuse the Court. We believe that such clarification of the record is necessary [REDACTED]

More specifically, during the May 30 sidebar conference, Labaton's counsel indicated that there was nothing in the record that supported an inference of potentially improper political activity surrounding Labaton's selection as ATRS' monitoring counsel, or, in counsel's words,

Barrett & Singal
One Beacon Street, Suite 1320
Boston, MA 02108-3106
T 617.720.5090
F 617.720.5092
www.barrettsingal.com

The Honorable Mark L. Wolf
June 21, 2018
Page 2



"public corruption." For example, in response to the Court's suggestion that others may raise similar concerns after reading the Report, counsel stated that "He doesn't say that. Judge Rosen makes no suggestion." She then elaborated, saying, "[b]ecause there is nothing in the record nor in Judge Rosen's Report to suggest that, nothing. And it is not so." During this sidebar colloquy with the Court, counsel stated that the evidence in the record was only that "Mr. Herron talked with Steve Faris who said, call Paul Doane, here's the phone number." These statements as to the filed record, which were echoed in Labaton's motion to recuse the Court are, quite simply, not accurate.



Because by its representations at sidebar and its motion to recuse the Court Labaton has raised these issues into higher prominence,

We are aware that the Court has only this morning indicated that it would be entering an order denying Labaton's motion to recuse the Court. Nevertheless, we believe that there remains a strong and broader interest in clarifying and enlarging the record, both for purposes of a complete record for any appeals and because there is a strong public interest in having the full record now that a transcript of the May 30 sidebar colloquy and Labaton's motion to recuse the



The Honorable Mark L. Wolf
June 21, 2018
Page 3

Court have been made public. The class, which is still represented by Labaton, also has an interest in having a complete record of these matters.

Accordingly, we now seek the Court's guidance as to whether it wishes us to move to clarify and enlarge the record, under seal, and we are prepared to do so, if the Court wishes.

Next, the Special Master seeks the Court's guidance as to whether it wishes us to respond to the issues raised in Customer Class Counsel's Motion for an Accounting, and for Clarification that the Master's Role Has Concluded.

Respectfully submitted,

William F. Sinnott
Counsel to the Special Master