UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>  Defendant.<br>_____/ | No. 11-cv-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>  Defendant.<br>_____/ | No. 11-cv-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on Behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>  Defendant.<br>_____/ | No. 12-cv-11698-MLW |

**SPECIAL MASTER'S MOTION FOR LEAVE TO FILE**
**<u>LETTER WITH COURT (UNDER SEAL)</u>**

The Special Master respectfully moves for leave to file a letter with this Honorable Court, to be filed under seal until further Court order.  Special Master seeks the Court's guidance on certain issues arising in connection with the Special Master's Report and Recommendations and continuing role in the post-Report stage of the above-captioned case.  The Special Master's letter is Exhibit A to this Motion.[1]

WHEREFORE, Special Master respectfully requests that the Court grant its motion for leave.

Dated:  June 22, 2018

Respectfully submitted,

**SPECIAL MASTER HONORABLE GERALD E. ROSEN (RETIRED),**

By his attorneys,

   /s/  William F. Sinnott
William F. Sinnott (BBO #547423)
Elizabeth J. McEvoy (BBO #683191)
BARRETT & SINGAL, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090
Facsimile: (617) 720-5092
Email: wsinnott@barrettsingal.com
Email: emcevoy@barrettsingal.com

## CERTIFICATE OF SERVICE

I hereby certify that this foregoing documente was filed electronically on June 22, 2018 and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing ("NEF").  Paper copies were sent to any person identified in the NEF as a non-registered participant.

   /s/  William F. Sinnott
William F. Sinnott

---

[1] This Motion for Leave to File Letter is being filed via ECF, along with Special Master's Motion to Seal his letter. The Special Master's letter, which is Exhibit A to this motion, is subject to the pending Motion to Seal and is thus being filed conventionally under seal.