# EXHIBIT A



June 25, 2018

<u>Via Hand Delivery</u>

The Honorable Mark L. Wolf
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   **Special Master's Investigation**

*Arkansas Teacher Retirement System, on behalf of itself and all others similarly situated v. State Street Bank and Trust Company*
No. 11-cv-10230-MLW

Dear Judge Wolf,

We write to again seek your guidance on a matter of increasing urgency in this post-Report stage of the State Street case:

Barrett & Singal
One Beacon Street, Suite 1320
Boston, MA 02108-3106
T 617.720.5090
F 617.720.5092
www.barrettsingal.com

The Honorable Mark L. Wolf
June 25, 2018
Page 2





The Honorable Mark L. Wolf
June 25, 2018
Page 3





The Honorable Mark L. Wolf
June 25, 2018
Page 4





The Honorable Mark L. Wolf
June 25, 2018
Page 5





We await the Court's guidance as to whether it wishes a full motion and briefing on these issues.

Respectfully submitted,

William F. Sinnott
Counsel to the Special Master