UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>                        Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>                        Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>                        Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>                        Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>                        Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>                        Defendant. | No. 12-cv-11698 MLW |

**LABATON SUCHAROW LLP'S MOTION TO IMPOUND THE
OPPOSITION OF LABATON SUCHAROW LLP TO SPECIAL MASTER'S
<u>MOTION FOR LEAVE TO FILE LETTER WITH COURT (UNDER SEAL)</u>**

1.      Pursuant to Fed. R. Civ. P. 7(b) and District of Massachusetts Local Rule 7.2, Labaton Sucharow LLP ("Labaton") respectfully moves to impound the Opposition of Labaton Sucharow LLP to Special Master's Motion for Leave to File Letter with Court (Under Seal) ("Labaton's Opposition").[1]

2.      On May 16, 2018, this Court issued an Order confirming that the Special Master's Report and Recommendations, the related Executive Summary, and all attached exhibits (collectively, the "Master's Submission") are currently under seal in their entirety, and setting forth a process by which the parties may seek redactions so that a public version could be unsealed.  ECF 223.

3.      Labaton's Opposition contains substantive discussion of the Master's Report and Recommendations, which is currently under seal.  In addition, Labaton's Opposition discusses information from the discovery record generated by the Master, which is also not public. Because this information is currently under seal per this Court's orders (or otherwise not public), the non-redacted version of Labaton's Opposition should also be kept under seal temporarily.

4.      Moreover, Labaton's Opposition responds to the Master's June 25, 2018 letter, which was submitted to the Court under seal.  Because the Master submitted his letter under seal, Labaton is submitting its Opposition under seal.

5.      Accordingly, there is good cause pursuant to D. Mass. L.R. 7.2 to impound the non-redacted version of Labaton's Opposition.

6.      Labaton is including with its conventional filing a redacted version of its Opposition, should the Court wish to make the redacted version public.

---

[1]     This Motion to Impound is being filed via ECF.  Labaton's Opposition is being filed conventionally, under seal.

WHEREFORE, for the reasons set forth herein, Labaton requests that the Court impound the non-redacted version of the Opposition of Labaton Sucharow LLP to Special Master's Motion for Leave to File Letter with Court (Under Seal).

Dated: June 26, 2018

Respectfully submitted,

By: */s/ Joan A. Lukey*
Joan A. Lukey (BBO No. 307340)
Justin J. Wolosz (BBO No. 643543)
Stuart M. Glass (BBO No. 641466)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel.: (617) 248-5000
Fax: (617) 248-4000
joan.lukey@choate.com
jwolosz@choate.com
sglass@choate.com

*Counsel for Labaton Sucharow LLP*

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Labaton's counsel contacted other counsel in this case in order to confer regarding the substance of this motion. The Thornton Law Firm, Lieff Cabraser Heimann & Bernstein LLP, and State Street do not oppose the request. The Special Master, McTigue Law LLP, Keller Rohrback L.L.P. and Zuckerman Spaeder LLP take no position on the request.

*/s/ Joan A. Lukey*
Joan A. Lukey

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record on June 26, 2018.

                              */s/ Joan A. Lukey*
                              Joan A. Lukey