**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, <br><br> Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | No. 12-cv-11698 MLW |

**THORNTON LAW FIRM LLP'S MOTION TO IMPOUND**
**OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATIONS**

Pursuant to Local Rule 7.2, the Thornton Law Firm LLP respectfully moves to impound Thornton Law Firm LLP's Objections to the Special Master's Report and Recommendations and exhibits 1 to 10, 14, and 18 to 24 thereto.

As grounds, the Thornton Law Firm refers to this Court's May 16, 2018 Order stating that the Special Master's Report and Recommendations, the accompanying Executive Summary, and all attached exhibits were temporarily sealed by the Court so that the parties could seek redactions for an unsealed, redacted public version of such documents.  *See* Dkt. 223, May 16, 2018 Order.  Although the Court has unsealed a redacted version of the Special Master's Report and Recommendations, the accompanying exhibits remain under seal, although such seal was modified by today's Order.  *See* Dkt. 356, June 28, 2018 Order.  The Thornton Law Firm's Objections to the Special Master's Report and Recommendations quote, cite to, and/or discuss material in the accompanying exhibits to which redactions have been proposed.  As further grounds, Thornton Law Firm states that exhibits 1 to 10, 14, and 18 to 24 to its Objections may contain information to which other parties may wish to propose redactions pursuant to the process set forth in All Parties' Response to May 31, 2018 Order Regarding Additional Documents From The Record.  *See* Dkt. 259.

WHEREFORE, for the reasons set forth herein, the Thornton Law Firm respectfully requests that the Court impound Thornton Law Firm LLP's Objections to the Special Master's Report and Recommendation and exhibits 1 to 10, 14, and 18 to 24 thereto.

        Respectfully submitted,

        */s/ Brian T. Kelly*
        Brian T. Kelly (BBO No. 549566)
        Joshua C. Sharp (BBO No. 681439)
        NIXON PEABODY LLP
        100 Summer Street
        Boston, MA  02110
        Telephone: (617) 345-1000
        Facsimile:  (844) 345-1300
        bkelly@nixonpeabody.com
        jsharp@nixonpeabody.com

Dated: June 28, 2018        *Counsel for the Thornton Law Firm LLP*

### Rule 7.1 Certification

I informed counsel for all parties of this motion.  Counsel for Labaton Sucharow, State Street, Zuckerman Spaeder LLP, the Special Master, Lieff Cabraser, and McTigue Law do not object.  I did not hear back from any other party at the time filing.

        */s/ Joshua C. Sharp*
        Joshua C. Sharp

### Certificate of Service

I certify that the foregoing document was filed on ECF on June 28, 2019 and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

        */s/ Joshua C. Sharp*
        Joshua C. Sharp