UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 12-11698-MLW |

<u>ORDER</u>

WOLF, D.J.                                                                                          June 28, 2018

In a June 21, 2018 letter to the court, see Docket Nos. 329-1 (under seal), 335 (redacted version), the Master asked whether he should respond to issues raised in Customer Class Counsel's Motion for Accounting, and for Clarification that the Master's Role Has Concluded (Docket No. 302) (the "Motion"). As stated at the June 22, 2018 hearing that was closed to the public, the Master shall respond to the Motion by July 3, 2018, or request a reasonable extension of time to do so. The Motion raises questions concerning whether the court should exercise its authority to amend the Order appointing the Master to recognize or create a continuing role for the Master in these proceedings, the scope of any such role, and the justification for the possible amendment. These issues, among others, shall be addressed in the Master's response.

On June 25, 2018, the Master filed another letter to the court seeking guidance as to whether he may file a motion to remove Arkansas Teacher Retirement System as class representative and Labaton Sucharow, LLP as Lead Class Counsel. See Docket No. 345-1 (under seal).[1] Labaton opposes that request. See Docket No. 353 (under seal). It is most appropriate to defer deciding the

---

[1] The redacted versions of the Master's June 25, 2018 letter, Docket No. 345-2) and Labaton's Opposition (Docket No. 353-1) are hereby UNSEALED.

2

Master's request until his future role in these proceedings, if any, is determined.

```
                                    /s/ Mark L. Wolf
                              UNITED STATES DISTRICT JUDGE
```