## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, <br><br> Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | No. 12-cv-11698 MLW |

**LABATON SUCHAROW LLP'S MOTION TO IMPOUND ITS OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATIONS AND THE TRANSMITTAL DECLARATION OF JUSTIN J. WOLOSZ IN SUPPORT OF LABATON SUCHAROW LLP'S OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATIONS**

1.      Pursuant to Fed. R. Civ. P. 7(b) and District of Massachusetts Local Rule 7.2, Labaton Sucharow LLP ("Labaton") respectfully moves to impound (1) its Objections to Special Master's Report and Recommendations ("Labaton's Objections") and (2) the Transmittal Declaration of Justin J. Wolosz in Support of Labaton Sucharow LLP's Objections to Special Master's Report and Recommendations ("Labaton's Supporting Declaration").[1]

2.      Labaton's Objections discuss information from the exhibits to the Master's Report and Recommendations that are not yet public.  On June 28, 2018, the Court ordered that "[i]f the parties are unable to file a redacted version of the exhibits before filing their objections, the memoranda in support of objections to the Report may cite and quote from any portion of an exhibit not proposed for redaction in the June 13, 2018 consolidated submission, Docket No. 297.  The memoranda may also quote any information that was subject to a redaction request denied in this Memorandum and Order.  Any references to other information redacted from an exhibit may be included in memoranda filed, at least temporarily, under seal."  ECF 356 at 33.

3.      Labaton's Objections include discussion of information in exhibits to the Master's Report and Recommendations that remain subject to a pending redaction request.  Accordingly, pursuant to the Court's Order (ECF 356 at 33), Labaton requests that the unredacted version of Labaton's Objections be filed under seal.

4.      Labaton's Objections and Labaton's Supporting Declaration also attach and discuss documents from the record generated by the Special Master's investigation that were not attached as exhibits to his Report and Recommendations.  Accordingly, these documents are

---

[1]      This Motion to Impound is being filed via ECF.  Redacted versions of Labaton's Objections and Labaton's Supporting Declaration were also filed via ECF on June 28, 2018.  Labaton is filing non-redacted versions of those documents conventionally, consistent with this request that they be filed under seal.

subject to the protocol that the parties proposed for filing additional documents from the record. *See* All Parties' Response to May 31, 2018 Order (ECF No. 237) Regarding Additional Documents From the Record.  ECF 259.  Labaton was unable to complete conferral with all counsel before filing these documents with the Court.  Accordingly, as set forth in the referenced protocol, Labaton seeks to file these documents and this information under seal, temporarily, until all parties have the opportunity to request redactions from these materials.

5.      For the foregoing reasons, there is good cause pursuant to D. Mass. L.R. 7.2 to impound the non-redacted version of Labaton's Objections and Labaton's Supporting Declaration.

6.      Labaton has filed via ECF redacted versions of Labaton's Objections and Labaton's Supporting Declaration.  In these redacted versions, the information discussed in Paragraphs 2-4 above has been blacked out.

WHEREFORE, for the reasons set forth herein, Labaton requests that the Court impound the non-redacted versions of (1) Labaton's Objections to Special Master's Report and Recommendations and (2) the Transmittal Declaration of Justin J. Wolosz in Support of Labaton Sucharow LLP's Objections to Special Master's Report and Recommendations.

Dated: June 28, 2018

Respectfully submitted,

By: */s/ Joan A. Lukey*

Joan A. Lukey (BBO No. 307340)
Justin J. Wolosz (BBO No. 643543)
Stuart M. Glass (BBO No. 641466)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel.: (617) 248-5000
Fax: (617) 248-4000
joan.lukey@choate.com
jwolosz@choate.com
sglass@choate.com

*Counsel for Labaton Sucharow LLP*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Labaton's counsel contacted other counsel in this case in order to confer regarding the substance of this motion. The Thornton Law Firm, Lieff Cabraser Heimann & Bernstein LLP, McTigue Law LLP, the Special Master, State Street, Zuckerman Spaeder LLP, and Keller Rohrback L.L.P. do not oppose the request.

*/s/ Joan A. Lukey*
Joan A. Lukey

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record on June 28, 2018.

*/s/ Joan A. Lukey*
Joan A. Lukey