UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARKANSAS TEACHER RETIREMENT SYSTEM,
on behalf of itself and all others
similarly situated,

        Plaintiff,

vs.

STATE STREET BANK AND TRUST COMPANY,

        Defendant.
_____/

No. 11-cv-10230-MLW

ARNOLD HENRIQUEZ, MICHAEL T. COHN,
WILLIAM R. TAYLOR, RICHARD A.
SUTHERLAND, and those similarly situated,

        Plaintiffs,

vs.

STATE STREET BANK AND TRUST COMPANY,

        Defendant.
_____/

No. 11-cv-12049-MLW

THE ANDOVER COMPANIES EMPLOYEE
SAVINGS AND PROFIT SHARING PLAN, on
Behalf of itself, and JAMES PEHOUSHEK-
STANGELAND and all others similarly situated,

        Plaintiffs,

vs.

STATE STREET BANK AND TRUST COMPANY,

        Defendant.
_____/

No. 12-cv-11698-MLW

**SPECIAL MASTER'S MOTION FOR CLARIFICATION**

On May 31, 2018, the Court ordered counsel for the plaintiffs and State Street to file their proposed redactions to the Report and Recommendations, the exhibits, and the Executive Summary by June 11, 2018, to which the Special Master was ordered to respond by June 18, 2018. Due to the large number of redactions proposed, each of which required individual analysis and consideration, the Special Master requested additional time to respond to the entirety, including the proposed redactions to the exhibits. Dkt. # 296. On June 14, 2018, the Court issued a sealed order [Dkt. # 299] allowing, in part, the Master's request, and granting him until June 21, 2018 to respond to the proposed redactions to the exhibits.

On June 21, 2018, the Special Master filed his responses to the propose redactions to the First Set of Exhibits to the Report and Recommendations.[1]  The following day, June 22, 2018, the Special Master filed his responses to the proposed redactions to the Second Set of Exhibits.[2]  To date, the Special Master's responses to the proposed redactions to the remaining exhibits have not yet been filed with the Court or served on the parties.

On June 28, 2018, the Court issued a Memorandum and Order [Dkt.# 356] directing the Special Master to file redacted versions of the exhibits to the Report and Recommendations ("Final Redacted Exhibits") by July 10, 2018. Per the Court's Order, the redacted exhibits shall include each of the redactions proposed by the parties in their consolidated filing made on June 13, 2018 [Dkt. # 297] that the Court has not ordered be made public and/or that the parties have not agreed to make public.  The parties were ordered to meet and confer about the substance of the Final Redacted Exhibits prior to the Special Master filing them with the Court on July 10.

---

[1] This filing addressed proposed redactions to Exhibits 4, 11, 12, 16-21, 25, 26, 35, 237-241, 252, 253, 260.

[2] This filing addressed proposed redactions to Exhibits 2, 28, 32, 33, 34, 37, 38, 41, 42, 105, 118, 120, 121, 122, 123, 127, 130, 131, 132, 133, 134, 135, 203.

In the June 28, 2018 Order, the Court ruled on several categories of proposed redactions to which the Special Master had objected, first arising in the Report and Recommendations. Dkt. # 356, p. 33. In light of these rulings, and the Court's latest instruction ordering the Special Master to file the Final Redacted Exhibits in conformance with the Court's Memorandum and Order, the Special Master seeks the Court's guidance as to whether it still wishes the Special Master to file formal responses to the proposed redactions to the remaining exhibits.[3] The Special Master has conferred with liaison counsel, and has agreed to provide the firms guidance concerning the Special Master's position as to the remaining objections and the reasons therefor. The Special Master believes that it will be most efficient to direct his efforts toward working collaboratively with the parties to review, and then confer about any remaining areas of disagreement as to the scope of material that should be redacted, and thereupon submit Final Redacted Exhibits by July 10, 2018. The Special Master is prepared, however, to file formal objections if the Court instructs him to do so.

Dated: June 29, 2018

Respectfully submitted,

**SPECIAL MASTER HONORABLE GERALD E. ROSEN (RETIRED),**

By his attorneys,

　 /s/  William F. Sinnott
William F. Sinnott (BBO #547423)
Elizabeth J. McEvoy (BBO #683191)
BARRETT & SINGAL, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090
Facsimile: (617) 720-5092
Email: wsinnott@barrettsingal.com
Email: emcevoy@barrettsingal.com

---

[3] Per the Court's order, the Special Master must file his unredacted responses under seal, as well as redacted versions of those responses.

## CERTIFICATE OF SERVICE

      I hereby certify that this Notice of Appearance was filed electronically on June 29, 2018 and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing ("NEF"). Paper copies were sent to any person identified in the NEF as a non-registered participant.

                                                                    /s/ *William F. Sinnott*
                                                              William F. Sinnott