**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 12-cv-11698 MLW |

**DECLARATION OF STEVEN E. FINEMAN IN SUPPORT OF**
**THE RESPONSE AND OBJECTIONS OF**
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
**TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATIONS**

Steven E. Fineman declares and says:

1. I am the Managing Partner of Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser"). I submit this Declaration on behalf of Lieff Cabraser in support of the Response and Objections of Lieff Cabraser Heiman & Bernstein, LLP to the Special Master's Report and Recommendations ("Report").

### A. Documents Cited in Lieff Cabraser's Response and Objections

2. Attached as Exhibit A is a copy of the April 5, 2017 Presentation made by Lieff Cabraser to the Special Master (LCHB 0000001-0067).

3. Attached as Exhibit B is a copy of Lieff Cabraser's Responses to Special Master Hon. Gerald E. Rosen's (Ret.) First Set of Interrogatories Due on July 10, 2017, dated July 10, 2017.

4. Attached hereto as Exhibit C is a copy of Special Master Gerald E. Rosen's (Ret.) First Request for the Production of Documents to Lieff Cabraser Heimann & Bernstein, LLP, and Special Master Honorable Gerald E. Rosen's (Ret.) First Set of Interrogatories to Lieff Cabraser Heimann & Bernstein, LLP, dated May 18, 2017.

5. Attached as Exhibit D is a copy of Special Master Honorable Gerald E. Rosen's (Ret.) First Request for the Production of Documents to Lieff Cabraser Heimann & Bernstein, LLP and Special Master Honorable Gerald E. Rosen's (Ret.) First Set of Interrogatories to Lieff Cabraser Heimann & Bernstein, LLP, as revised and annotated, dated May 23, 2017.

6. Attached as Exhibit E is a copy of Lieff Cabraser Heimann & Bernstein, LLP's Responses to Special Master Honorable Gerald E. Rosen's (Ret.) First Request for the Production of Documents, dated May 21, 2017.

7. Attached as Exhibit F is a copy of the Special Master's July 5, 2017 Request for Supplemental Submission from Labaton Sucharow, LLP, Lieff Cabraser Heimann & Bernstein, LLP and Thornton Law Firm, LLP.

8. Attached as Exhibit G is a copy of the Consolidated Response by Labaton Sucharow LLP, Lieff Cabraser Heimann & Bernstein LLP, and Thornton Law Firm LLP to the Special Master's July 5, 2017 Request for Supplemental Submission, dated August 1, 2017.

9. Attached as Exhibit H is a copy of the Expert Declaration of William B. Rubenstein, dated July 31, 2017.

10. Attached as Exhibit I is a copy of Lieff Cabraser Heimann & Bernstein, LLP's Responses to Special Master Honorable Gerald E. Rosen's (Ret.) Supplemental Interrogatories Due on August 11, 2017, dated August 11, 2017.

11. Attached as Exhibit J is a copy of Lieff Cabraser Heimann & Bernstein, LLP's Responses to Special Master Honorable Gerald E. Rosen's (Ret.) Supplemental Request for the Production of Documents dated August 11, 2017.

12. Attached as Exhibit K is a copy of the Special Master's Request for Additional Supplemental Submission from Labaton Sucharow, LLP, Lieff Cabraser Heimann & Bernstein, LLP and Thornton Law Firm, LLP, dated September 7, 2017.

13. Attached as Exhibit L is a copy of the Response by Lieff Cabraser Heimann & Bernstein, LLP to the Special Master's September 7, 2017 Request for Supplemental Submission, dated November 3, 2017.

14. Attached as Exhibit M is a copy of a March 25, 2018 email from William F. Sinnott to Richard M. Heimann concerning evidence of Lieff Cabraser's "state of mind" concerning Chargois.

15. Attached as Exhibit N is a copy of the Response by Lieff Cabraser Heimann & Bernstein, LLP to the March 25, 2018 request by the Special Master.

16. Attached as Exhibit P is Opinion and Order, dated June 25, 2018, in *In Re Petrobras Securities Litigation*, No. 14-CV-9662 (JSR).

### B.  The Firm's Expenses and Lodestar Incurred in Responding to the Special Master's Investigation.

17. The firm has spent $1,340,715.11 in out-of-pocket expenses in responding to the Special Master's investigation and Report to date, including its share of the Special Master's fees and expenses and the firm's expert witness and travel costs. Attached hereto as Exhibit O is a summary of those expenses.

18. As of June 26, 2018, Lieff Cabraser has spent $1,963,110 in lodestar (at the firm's 2018 rates) in responding to the Special Master's investigation and Report. I do not here attach a lodestar summary or the relevant time reports for those attorneys and staff who have represented the firm in this matter, but will do so upon request from the Court.

### C.  Relevant Facts About Lieff Cabraser's Practice

#### 1.  Lieff Cabraser's Complex Litigation Practice Involves Large Scale Document Review and Analysis.

19. Lieff Cabraser is a plaintiff-side litigation firm founded in 1972, based in San Francisco, California, with additional offices in New York, New York, Nashville, Tennessee, and Seattle, Washington. More than 100 attorneys, including partners, associates, and staff attorneys currently work for the firm. Lieff Cabraser engages in predominantly contingent fee practice for plaintiff classes, groups and individuals, on behalf of public and private institutional investors, small business, shareholders, consumers and employees. The firm also occasionally represents plaintiffs on an hourly basis.

20. Lieff Cabraser has litigated and resolved hundreds of class action lawsuits and

thousands of group and individual cases (many in the context of multi-district litigation ("MDL") proceedings), including in the fields of securities and financial fraud. Most of the firm's cases involve major corporate defendants (e.g., banks and other financial institutions, pharmaceutical and medical device companies, oil and energy companies, technology corporations, and consumer product manufacturers). These kinds of defendants are represented by the largest and most sophisticated law firms in the world. Most of the firm's large, complex cases involve production by defendants or enormous numbers of pages of documents (frequently in the millions).

21. Lieff Cabraser staffs its complex cases to maximize effectiveness and efficiency in light of the defendants' significant advantage in economic and personnel resources. The firm's complex cases are typically supervised by a senior partner, and staffed with an additional senior partner and one or more junior partners, and the appropriate number of associates, staff attorneys and litigation support personnel (e.g., paralegals, financial analysts, investigators, and the like). Investigations, pleadings, briefs, written discovery, depositions, court appearances, trial and settlement are handled by partners and associates depending on the level of experience required. Document review, analysis, issue memoranda and witness kits (for deposition and trial) are conducted and prepared by a combination of partners, associates, and staff attorneys.

### 2. **Lieff Cabraser's General Use of Staff Attorneys.**

22. Lieff Cabraser, like most plaintiff-side litigation firms that handle large, complex cases, uses staff attorneys to support the firm's organization, reading, coding and analysis of the vast number of documents produced in the cases. Lieff Cabraser staff attorneys support all aspects of the firm's complex cases by identifying documents and frequently drafting issue, witness and liability memoranda. The work product generated by the firm's staff attorneys is used, for example, in support of class certification, in preparation for the conduct of fact and

- 5 -

expert depositions, in opposition to motions for summary judgment, settlement negotiations, and in other pre-trial and trial proceedings.

23. The firm's staff attorneys come from solid to excellent law schools, generally have years of experience in civil litigation and in document review and analysis in complex cases. Many of the firm's staff attorneys are paid directly by the firm and receive benefits provided by the firm. Other firm staff attorneys work at the firm's direction, but are paid directly by agencies that bill the firm for those lawyers' services.

24. During and since the State Street Action, Lieff Cabraser has employed as many as 30 staff attorneys at one time who are paid directly by the firm. Given the number of large complex cases the firm handles at one time, Lieff Cabraser sometimes has need for attorney document review and analysis support beyond the firm's available staffing (for example, the firm may just need additional attorneys, or may require lawyers with specific subject experience or language expertise). When such a need arises, the firm seeks and receives resumes from "preferred" agencies; preferred because those agencies have long-standing relationships with the firm and understand the lawyer qualifications and experience the firm requires. Frequently, attorneys who start working for the firm while paid by an agency transition to direct employment by the firm.

25. Whether on Lieff Cabraser's payroll or paid via an agency, all firm staff attorneys have comparable educational backgrounds and work experiences, and all perform substantially the same document review and analysis functions. And, all utilize, to varying degrees, the firm's infrastructure and resources, including physical office space (for the majority working in firm offices instead of remotely); information technology support (both in the office and remotely); administrative support (e.g., human resources for employment matters and coordination with

agencies, accounting for payroll and interactions with agencies, and word processing for the submission of time records and the production of memoranda); assistance from the firm's litigation support department for training and database assistance; supervision from firm partners and senior associates; and, the cost to the firm for the staff attorneys' services. The firm's staff attorneys, both those on the firm's payroll and paid by an agency, are covered by the firm's legal malpractice insurance policies.

26. Not all federal and state employment laws that apply to the relationship between Lieff Cabraser and its employees apply to agency attorneys working under the firm's direction. Nevertheless, the firm expects its agency lawyers to abide by the firm's rules and practices, and agency attorneys are protected by state laws prohibiting harassment and discrimination in the workplace. The firm, through its human resources department, provides all personnel, whether employees of the firm, agency attorneys, or other contractors, with policies for behavioral conduct and on how to report misconduct of others.

### 3. Lieff Cabraser's Hourly Rates, Including for Staff Attorneys, Are Market Driven and Routinely Approved.

27. Although the firm is compensated predominantly on a contingent fee basis, Lieff Cabraser's attorneys and litigation staff maintain contemporaneous time records that identify specific tasks performed and the amount of time devoted to those tasks. The firm's contemporaneously recorded time, when multiplied by applicable hourly rates, generates what is known as "lodestar." In certain class actions handled by the firm, aggregate lodestar is used as a "cross-check" to assure that the firm's fee in a "percentage-of-the-recovery" context is appropriate (i.e., that the multiplier on the lodestar is not excessive). In other class actions the firm is compensated based on its lodestar plus an appropriate multiplier. The firm also uses its lodestar figures in cases for hourly rate paying clients. Lieff Cabraser periodically has bill-

paying clients who pay the firm's hourly rates.

28.     All Lieff Cabraser hourly rates, including those for staff attorneys (whether employed directly by the firm or through an agency) are set based on the firm's understanding of the appropriate market rates for a lawyer's services, primarily in the San Francisco and New York market places.  The firm's management evaluates and adjusts hourly rates on an annual basis, based on the firm's historical rates at the time, publically available fee applications during the preceding year, developments in the case law during the preceding year, fee awards and hourly rates paid to the firm during the preceding year, and publically available salary surveys. Consistent with our experience and the applicable law, the firm does not set hourly rates for any attorney, including staff attorneys (whether on the firm's payroll or employed through an agency), based on what the firm pays them (or for them).

29.     For a number of years prior to 2016, hourly rates of the firm's staff attorneys were set to be consistent with the rates of "on-track" firm attorneys with the same or comparable levels of experience.  However, as the firm's staff attorneys (payroll and agency) became increasingly experienced and senior, that approach began to result in rates the firm felt were too high.  Therefore, beginning in 2016, with limited exceptions, all firm staff attorneys were assigned an hourly rate of $415 per hour (then the equivalent of a fourth year "on-track" associate).  This rate was determined based on the firm's understanding of the market for staff attorneys performing document review, coding and analysis, and the preparation of issue and witness memoranda in the kind of large complex cases handled by Lieff Cabraser.  The firm determined this to be a fair and appropriate rate, even though Lieff Cabraser's staff attorneys, by and large, have many more than four years of relevant experience.

I declare under penalty of perjury that the foregoing is true and correct.

- 8 -

Executed on this 29th day of June, 2018.

                                     */s Steven E. Fineman*
                                     Steven E. Fineman
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, New York 10018
Tel: (212) 355-9500
Fax: (212) 355-9592