# EXHIBIT A
## (REDACTED)



**Lieff**
**Cabraser**
**Heimann&**
**Bernstein**
Attorneys at Law

Arkansas Teacher Retirement System

v

State Street Bank and Trust Company

United States District Court
District of Massachusetts
No. 11-cv-10230 MLW

Richard M. Heimann
Steven E. Fineman
Daniel P. Chiplock

# PRESENTATION TO SPECIAL MASTER JUDGE ROSEN

Confidential – Attorney Work Product, Subject to Protective Order

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0000001

# INTRODUCTION

- Richard M. Heimann – Lieff Cabraser's General Counsel and Chair of the firm's Securities and Financial Fraud Practice Group.

- Steven E. Fineman – Lieff Cabraser's Managing Partner and senior member of the firm's Securities and Financial Fraud Practice Group.

- Daniel P. Chiplock – Senior member of the firm's Securities and Financial Fraud Practice Group and day-to-day lead counsel on the *State Street* case.

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Overview of Presentation

- About Lieff Cabraser — page 4
- How Lieff Cabraser staffs large complex cases — page 6
- How Lieff Cabraser sets hourly rates, including for staff attorneys — page 8
- Involvement in the *State Street* case — page 10
- Involvement in the *BNYM FX* case — page 12
- Resolution of the *BNYM* and *State Street* cases — page 13
- Fee application process in *State Street* — page 17
- Background of Lieff Cabraser staff attorneys who worked on *State Street* — page 18
- Role of Lieff Cabraser staff attorneys in *State Street* — page 41
- *State Street* Document Review Protocol — page 43
- Hourly rates applied to Lieff Cabraser staff attorneys in *State Street* — page 48
- Coordination of staff attorneys with Labaton and Thornton firms — page 49
- Lieff Cabraser's hourly duplication mistake explained — page 51
- Lieff Cabraser's fee and corrected lodestar in *State Street* — page 54
- Hourly rates of Lieff Cabraser staff attorneys paid by clients — page 55
- Lieff Cabraser staff attorneys are routinely included in and approved in class action fee awards — page 60

3

LCHB-0000003

# About Lieff Cabraser

- Plaintiffs-side litigation firm founded in 1972 and based in San Francisco, California.

- Predominantly contingency fee practice for plaintiff classes, groups and individuals (e.g., public and private institutional investors, small businesses, shareholders, consumers and employees).

- The firm occasionally represents plaintiffs on an hourly basis.

- More than 100 attorneys, including partners, associates and staff attorneys currently work for the firm, primarily in the San Francisco and New York marketplaces.

4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0000004

# About Lieff Cabraser (cont'd)

- The firm has litigated and resolved hundreds of class action lawsuits and thousands of group and individual cases.

- These kinds of cases involve major corporate defendants (e.g., banks and other financial institutions; pharmaceutical and medical device companies; oil and energy companies; technology corporations; and consumer product manufacturers).

- These kinds of defendants are represented by the largest and most sophisticated law firms in the world.

5

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# How Lieff Cabraser Staffs
# Large Complex Cases

- Large complex cases are staffed to maximize effectiveness and efficiency in light of the defendants' advantages and resources.

- Complex cases are typically supervised by a senior partner, and staffed with an additional senior partner and one or more junior partners, the necessary number of associates, staff attorneys and litigation support personnel (e.g., paralegals, financial analysts, investigators, and the like).

- Investigations, pleadings, briefs, written discovery, depositions, court appearances, trial and settlement, are handled by partners and associates depending on the level of experience required.

6

# How Lieff Cabraser Staffs
# Large Complex Cases (cont'd)

- Document review, analysis, issue memoranda and witness kits (for deposition and trial) are conducted and prepared by a combination of junior partners, associates, and staff attorneys.

7

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0000007

# How Lieff Cabraser Sets Hourly Rates, Including for Staff Attorneys

- All Lieff Cabraser hourly rates, including those for staff attorneys, are set based on the firm's understanding of the appropriate market rates for our lawyer's services, primarily in the San Francisco and New York marketplaces.

- The firm's managing partner, in consultation with the firm's executive committee, evaluates and adjusts hourly rates on an annual basis, based on the firm's historical rates at the time, publically available fee applications during the preceding year, developments in the case law during the preceding year, fee awards and hourly rates paid to the firm during the preceding year, and publically available salary surveys.

8

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LCHB-0000008

# How Lieff Cabraser Sets Hourly Rates, Including for Staff Attorneys (cont'd)

- Consistent with our experience and the applicable law, the firm does not set hourly rates for any attorney, including staff attorneys, based upon what the firm pays them.  Again, rates are based on what are reasonable in the applicable marketplaces for our services.

9

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0000009

# *State Street* Case

- Lieff Cabraser has been involved since 2008 in investigating and pursuing claims of alleged deceptive practices and overcharges by custodial banks related to foreign currency exchange ("FX") products and services.

- We were co-counsel of record in qui tam lawsuits originally filed under seal in California (the "California Action"), as well as other states, against State Street.

- The California Action was unsealed in October 2009 by the intervention of the Attorney General for the State of California.

- Before that point and afterwards, Lieff Cabraser investigated possible claims to be brought on a class basis for the benefit of custodial customers who would not otherwise benefit from any unsealed qui tam lawsuits.

10

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0000010

# *State Street* Case (cont'd)

- Based on its institutional knowledge, Lieff Cabraser was associated in to the customer class lawsuit being investigated by Labaton Sucharow LLP ("Labaton") on behalf of ARTRS.

- Lieff Cabraser helped research and file the first class complaint (in early 2011) in this action, with particular responsibility for claims under M.G.L. ch. 93A.

- We also attended every mediation session with defendants and additional meetings with co-counsel throughout the life of the case, and helped review and analyze more than nine million pages of documents produced by State Street.

11

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0000011

# *BNYM FX* Case

- Lieff Cabraser simultaneously served as co-lead counsel in the BNYM FX customer class litigation, and was one of three firms that led the entire MDL.

- The first BNYM class cases were filed in 2011, were MDL'd in 2012, and then intensively litigated until the close of fact discovery in January 2015.

- More than 120 total depositions were taken and defended, and over 29 million pages reviewed.

- Global settlement resulted in $504 million for benefit of BNYM customers, with $335 million attributed to resolution of the customer class cases.

12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Resolution of *BNYM/State Street* Cases

- The Jan. 2015 close of fact discovery in BNYM FX led to intensive settlement discussions, leading to global agreement to settle that case by March 2015.

- The end of fact discovery in BNYM freed up time of more than a dozen Lieff Cabraser staff attorneys who had developed expertise in custodial FX issues to assist with completing the review and analysis of State Street documents.

- Settlement of BNYM case heightened pressure either for State Street case to be resolved or for the parties to  proceed with class cert discovery and depositions.

13

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                          LCHB-0000013

# Resolution of *State Street* Case

- The parties agreed to extend the State Street mediation deadline from December 2014 to April 2015.

- The parties continued to mediate, understanding that further extensions likely would not be sought.

- As late as May 2015, State Street still had not presented a settlement number to Plaintiffs, who remained hard at work analyzing the documents produced in preparation for potential termination of the mediation without resolution.

14

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0000014

# Resolution of *State Street* Case

- The parties in *State Street* reached agreement in principle to settle class case for $300 million on **June 30, 2015**.

- Document reviewers closed out assignments and memoranda they were in the middle of drafting, with such work concluded by early July 2015.

- The settlement term sheet was not executed until September 2015, during which time parties continued to negotiate potential plan of allocation (discussed with the Dept. of Labor ("DoL")).

- The settlement remained contingent on resolution of other government inquiries and satisfaction of DoL concerns regarding allocation.

15

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Resolution of *State Street* Case

- Almost nine months passed after the Term Sheet was executed in September 2015, while State Street negotiated resolutions with the Department of Justice and the SEC.

- The parties next appeared before Judge Wolf at a status conference in June 2016, at which they notified the Court of the pending class settlement and plans to submit it for preliminary approval.

- At that hearing, Judge Wolf opined both on the likely fairness of the settlement as well as the reasonableness of a 25% fee as a "starting point."

16

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LCHB-0000016

# Fee Application Process in *State Street*

- Labaton, as lead counsel, was responsible for gathering and reviewing all fee declarations and lodestar reports from co-counsel.

- Lieff Cabraser gathered its lodestar and expense reports in early September 2016, and sent its draft fee declaration to Labaton, who sent suggested edits to Lieff Cabraser.  Among those edits were the suggestion to remove any timekeepers who billed less than 5 hours (which we did).

17

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0000017

# Background of Lieff Cabraser Staff Attorneys Who Worked on *State Street*

- The Lieff Cabraser staff attorneys who worked on *State Street* had extensive document review and analysis experience at the time of their assignment to the case: Five had more than 15 years of experience; six had between 10 and 15 years of experience; and six more had between 5 and 10 years of experience.

- All of the Lieff Cabraser staff attorneys who worked on *State Street* had prior document review experience for Lieff Cabraser.

- Of the 18 Lieff Cabraser staff attorneys who worked on State Street, 13 also worked on the BNYM FX litigation (averaging nearly 2,200 hours each prior to Jan. 2015), where they developed expertise in FX pricing, trading timing and processes, the request for proposals ("RFP") process, and the manner in which custodial banks were alleged to have overcharged their customers on FX.

18

# Background of Lieff Cabraser Staff Attorneys Who Worked on *State Street (cont'd)*

- "Much of the necessary work involved in prosecuting the Customer Class Cases involved the review, analysis, and application of millions of pages of documents, from both Defendants and third parties.  This was neither make-work, nor routine.  Rather, it was important work that had to be performed under tight time constraints.  It was entrusted primarily to attorneys experienced in document analysis in complex cases, who had proven themselves to Lead Class Counsel in other cases.  These attorneys communicated daily with those responsible for briefing, depositions, and related deposition preparation, and this interaction made it possible to mine mountains of raw data, sifting the wheat from the chaff and identifying the critical facts within the tight deadlines set by this Court."

- *In re Bank of New York Mellon Corp. Forex Transactions Litigation*, No. 12-MD-2335 (LAK), S.D.N.Y., Declaration of John C. Coffee, Jr. in Support of Motion for Final Approval of Settlement and an Award of Attorneys' Fees and Service Awards, and Reimbursement of Litigation Expenses filed 8/17/15.

19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Background of Lieff Cabraser Staff Attorneys Who Worked on *State Street (cont'd)*

- Of the 18 Lieff Cabraser staff attorneys who worked on *State Street*, none were "temporary" employees. Each had a history with the firm working on multiple Lieff Cabraser cases.  Indeed, of the 18 Lieff Cabraser staff attorneys who worked on *State Street*, 13 continue to this day to work on document review and analysis projects for the firm.

- Set forth on the pages that follow is biographical information about each of the Lieff Cabraser staff attorneys who worked on *State Street*.

20

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                      LCHB-0000020

**Arkansas Teacher Retirement System**
**v.**
**State Street Bank and Trust Company**
**District of Massachusetts**
**No. 11-cv-10230 MLW**

| Name | Undergrad | Law School | Grad. Year | Years in Practice (following first bar admission) | Billing Rate | Rate Equivalency | Worked on BONY Mellon |
|------|-----------|-----------|-----------|------------|------|------------|--------|
| **Tanya Ashur** | University of Illinois | Chicago-Kent College of Law | 2000 | 17+ | $415 | 4th year associate | Yes |
| **Joshua Bloomfield** | University Pennsylvania | UCLA School of Law | 2000 | 16+ | $515 | Class of 2008 | Yes |
| **Elizabeth Brehm** | Boston University | Hofstra University School of Law | 2008 | 9+ | $415 | 4th year associate | No |
| **Jade Butman** | Dartmouth College | University of Pittsburgh School of Law | 1997 | 20+ | $515 | Class of 2008 | No |
| **James Gilyrad** | San Francisco State University | University of San Francisco School of Law | 2002 | 15+ | $415 | 4th year associate | Yes |
| **Kelly Gralewski** | California State University, Chico | California Western School of Law | 1997 | 19+ | $415 | 4th year associate | Yes |
| **Christopher Jordan** | University of North Carolina | Stanford Law School | 2004 | 6+ | $415 | 4th year associate | Yes |
| **Jason Kim** | University of California, Davis | Thomas Jefferson School of Law | 2009 | 8+ | $415 | 4th year associate | Yes |
| **James Leggett** | University of California, Davis | Santa Clara University School of Law | 2012 | 5+ | $415 | 4th year associate | Yes |

21

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                      LCHB-0000021

**Arkansas Teacher Retirement System**
**v.**
**State Street Bank and Trust Company**
**District of Massachusetts**
**No. 11-cv-10230 MLW**

| Name | Undergrad | Law School | Grad. Year | Years in Practice (following first bar admission) | Billing Rate | Rate Equivalency | Worked on BONY Mellon |
|---|---|---|---|---|---|---|---|
| Coleen Liebmann | University of the Pacific | University of San Francisco School of Law | 2003 | 11+ | $415 | 4th year associate | No |
| Andrew McClelland | University of California, Davis | McGeorge School of Law | 2008 | 9+ | $415 | 4th year associate | Yes |
| Scott Miloro | Cornell University | Cardozo School of Law | 2006 | 11+ | $415 | 4th year associate | Yes |
| Leah Nutting | University of California, Berkeley | Harvard Law School | 2002 | 15+ | $415 | 4th year associate | Yes |
| Marissa Oh | Rice University | Stanford Law School | 2004 | 17+ | $515 | Class of 2008 | Yes |
| Peter Roos | | University of Limburg J.D.<br><br>University of San Francisco School of Law L.L.M. | 1989<br><br><br><br>2002 | 27+<br><br>(15+ in the U.S.) | $415 | 4th year associate | No |
| Ryan Sturtevant | University of California, Santa Barbara | University of California, Hastings College of the Law | 2005 | 11+ | $415 | 4th year associate | No |
| Virginia Weiss | University of Northern Iowa | University of Kansas School of Law | 2007 | 10+ | $415 | 4th year associate | Yes |
| Jonathan Zaul | University of California, Berkeley | University of San Francisco School of Law | 2009 | 8+ | $415 | 4th year associate | Yes |

22

**Arkansas Teacher Retirement System**
**v.**
**State Street Bank and Trust Company**
**District of Massachusetts**
**No. 11-cv-10230 MLW**

TANYA ASHUR

<u>EDUCATION</u> – University of Illinois, Urbana, Illinois, B.A. 1997; Chicago-Kent College of Law, Chicago, Illinois, J.D. 2000.

<u>ADMITTED TO PRACTICE</u> – Illinois Bar, 2000; California Bar, 2002.

<u>WORK EXPERIENCE SUMMARY</u> – Ms. Ashur worked as an associate for Deloitte & Touche, Adams Nye, and Gordon & Rees, all in San Francisco, California.  Prior to working for Lieff Cabraser, Ms. Ashur had extensive document review and analysis experience in complex litigation matters for Lathman Watkins, Orrick, Google, Fujitsu, and Gibson Dunn.

<u>LIEFF CABRASER WORK HISTORY</u> – Ms. Ashur began working for Lieff Cabraser in 2013 as a document review attorney.  From 2013 into 2015, Ms. Ashur worked extensively on the BONY Mellon Forex Litigation.  In 2015, Ms. Ashur devoted 843.5 hours to document review and analysis in the State Street Forex Litigation.  Ms. Ashur is currently engaged by Lieff Cabraser on document review and analysis projects.

Ms. Ashur's time in the State Street Forex Litigation was calculated at $415 per hour.  That was the hourly rate of fourth year associates working in the firm's New York and San Francisco offices in 2016.

<u>OBSERVATIONS</u> – Ms. Ashur is an experienced attorney, with more than 17 years in practice, much of it reviewing and analyzing documents and generating fact and witness-specific memoranda in complex cases for major American law firms.  Her work was particularly valuable in State Street as she had developed expertise in evaluating comparable documents in the BONY Mellon Forex Litigation.

23

**Arkansas Teacher Retirement System**
**v.**
**State Street Bank and Trust Company**
**District of Massachusetts**
**No. 11-cv-10230 MLW**

JOSHUA BLOOMFIELD

EDUCATION – University of Pennsylvania, Pennsylvania, Philadelphia, PA, B.A. 1996; UCLA School of Law, Los Angeles, CA, J.D. 2000.

ADMITTED TO PRACTICE - California Bar, 2001.

WORK EXPERIENCE SUMMARY – Mr. Bloomfield worked as an associate for Jeffer Mangels in Los Angeles, California and Holland & Knight in San Francisco, California, before starting his own civil and criminal litigation firm.  Prior to working for Lieff Cabraser, Mr. Bloomfield had extensive document review and analysis experience in complex litigation matters for King & Spalding, Paul Hastings, Morrison Foerster, Gibson Dunn, Wilmer Hale, Orrick, Sidley Austin, Jones Day, DLA Piper, and Skadden.

LIEFF CABRASER WORK HISTORY – Mr. Bloomfield began working for Lieff Cabraser in 2013 as a document review attorney.  From 2013 into 2015, Mr. Bloomfield worked extensively on the BONY Mellon Forex Litigation.  In 2013 and 2015, Mr. Bloomfield devoted 2,033.20 hours to document review and analysis in the State Street Forex Litigation.  Mr. Bloomfield left the firm in 2015.

Mr. Bloomfield's time in the State Street Forex Litigation was calculated at $515 per hour.  That was the hourly rate of the class of 2008 in the firm's New York and San Francisco offices in 2016.

OBSERVATIONS – Mr. Bloomfield is an experienced attorney, with more than 16 years of practice, much of it reviewing and analyzing documents and generating fact and witness-specific memoranda in complex cases for major American law firms.  His work was particularly valuable in State Street as he had developed expertise in evaluating comparable documents in the BONY Mellon Forex Litigation.

24

**Arkansas Teacher Retirement System**
**v.**
**State Street Bank and Trust Company**
**District of Massachusetts**
**No. 11-cv-10230 MLW**

ELIZABETH BREHM

EDUCATION – Boston University, Boston, Mass, B.S. 2001; Hofstra University School of Law, Hempstead, NY, J.D., magna cum laude, 2008.

ADMITTED TO PRACTICE – New York Bar, 2008.

WORK EXPERIENCE SUMMARY – Ms. Brehm worked as an associate for Winston & Strawn and Kirby McInerney, both in New York, New York.  During her time at Kirby – a leading plaintiff-side litigation firm – Ms. Brehm focused on antitrust, securities and financial fraud cases, and gained experience with numerous document review projects.

LIEFF CABRASER WORK HISTORY – Ms. Brehm began working for Lieff Cabraser in 2013 as a document review attorney.  From 2013 into early 2015, Ms. Brehm devoted 1,682.90 hours to document review and analysis in the State Street Forex Litigation.  Ms. Brehm left the firm in 2015.

Ms. Brehm's time in the State Street Forex Litigation was calculated at $415 per hour.  That was comparable to the hourly rate of fourth year associates working in the firm's New York and San Francisco offices in 2016.

OBSERVATIONS – Ms. Brehm is an experienced attorney, with more than nine years of experience, much of it reviewing and analyzing documents and generating fact and witness-specific memoranda in complex cases.  Her work was particularly valuable in State Street as she had developed expertise in evaluating documents in financial fraud cases at the Kirby firm.

25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                        LCHB-0000025

**Arkansas Teacher Retirement System**
**v.**
**State Street Bank and Trust Company**
**District of Massachusetts**
**No. 11-cv-10230 MLW**

JADE BUTMAN

<u>EDUCATION</u> – Dartmouth College, Hanover, NH, B.A. 1992; University of Pittsburgh School of Law, Pittsburgh, PA, J.D. 1997.

<u>ADMITTED TO PRACTICE</u> – New Hampshire, 1997; New York, 1998; California, 2005.

<u>WORK EXPERIENCE SUMMARY</u> – Ms. Butman worked as an associate for Constantine Cannon (antitrust) and Kaplan Landau (commercial litigation) in New York, New York, and for Keller Grover (consumer class cases) in San Francisco, California. At each firm, Ms. Butman was involved in document review and analysis. Prior to joining Lieff Cabraser, Ms. Butman had additional extensive document review in complex litigation matters for Viacom in New York, and Robbins Geller and Berman DeValerio (plaintiff-side class action firms) in San Francisco, California.

<u>LIEFF CABRASER WORK HISTORY</u> – Ms. Butman worked for Lieff Cabraser in 2014 and 2015 as a document review attorney. In 2015, Ms. Butman devoted 24.00 hours to document review and analysis in the State Street Forex Litigation. Ms. Butman left the firm at the end of 2015.

Ms. Butman's time in the State Street Forex Litigation was calculated at $515 per hour. That was the hourly rate of the class of 2008 in the firm's New York and San Francisco offices in 2016.

<u>OBSERVATIONS</u> – Ms. Butman is an experienced attorney, with more than 20 years of practice, much of it reviewing and analyzing documents and generating fact and witness-specific memoranda in complex cases. Her work was particularly valuable in State Street as she had developed expertise in evaluating documents in complex cases or as associate at several plaintiff-side firms.

26

**Arkansas Teacher Retirement System**
**v.**
**State Street Bank and Trust Company**
**District of Massachusetts**
**No. 11-cv-10230 MLW**

JAMES GILYARD

EDUCATION – San Francisco State University, San Francisco, California, B.A. 1999; University of San Francisco School of Law, San Francisco, California, J.D. 2002.

ADMITTED TO PRACTICE – California Bar, 2002.

WORK EXPERIENCE SUMMARY – Mr. Gilyard worked as an associate for Robbins Geller (plaintiff-side class action firm), in San Francisco, California, where, among other things, he gained extensive experience in document review and analysis. Prior to working for Lieff Cabraser, Mr. Gilyard had additional extensive document review and analysis experience in complex litigation matters for Bingham McCutchen, Morrison & Foerster, and Wilson Sonsini, among others.

LIEFF CABRASER WORK HISTORY – Mr. Gilyard began working for Lieff Cabraser in 2013 as a document review attorney. From 2013 into 2015, Mr. Gilyard worked extensively on the BONY Mellon Forex Litigation. In 2015, Mr. Gilyard devoted 882 hours to document review and analysis in the State Street Forex Litigation. Mr. Gilyard left Lieff Cabraser in late 2016.

Mr. Gilyard's time in the State Street Forex Litigation was calculated at $415 per hour. That was the hourly rate of fourth year associates working in the firm's New York and San Francisco offices in 2016.

OBSERVATIONS – Mr. Gilyard is an experienced attorney, with more than 15 years of practice, much of it reviewing and analyzing documents and generating fact and witness-specific memoranda in complex cases for major American law firms. His work was particularly valuable in State Street as he had developed expertise in evaluating comparable documents in the BONY Mellon Forex Litigation.

27

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Arkansas Teacher Retirement System**
**v.**
**State Street Bank and Trust Company**
**District of Massachusetts**
**No. 11-cv-10230 MLW**

KELLY GRALEWSKI

EDUCATION – California State University, Chico, San Diego, California, B.S. and B.A. 1992; California Western School of Law, San Diego, California, J.D. 1997.

ADMITTED TO PRACTICE – California Bar, 1998

 WORK EXPERIENCE SUMMARY – Ms. Gralewski worked as an associate for Peterson & Price, a real estate, business law and dispute resolution firm in San Diego, California.  While there, Ms. Gralewski gained experience in the review and analysis of corporate documents

LIEFF CABRASER WORK HISTORY – Ms. Gralewski began working for Lieff Cabraser in 2009 as a document review attorney.  Since then, and continuing to today, Ms. Gralewski worked on a number of financial fraud cases at Lieff Cabraser.  In 2012 and 2015, Ms. Gralewski worked on the BONY Mellon Forex Litigation.  In 2013 and 2015, Ms. Gralewski devoted 1,478.90 hours to document review and analysis in the State Street Forex Litigation.

Ms. Gralewski's time in the State Street Forex Litigation was calculated at $415 per hour.  That was the hourly rate of fourth year associates working in the firm's New York and San Francisco offices in 2016.

OBSERVATIONS – Ms. Gralewski has been a California lawyer since 1998, with more than nine years of experience in reviewing and analyzing documents and generating fact and witness-specific memoranda in complex cases at Lieff Cabraser.  Her work was particularly valuable in State Street as she had developed expertise in evaluating comparable documents in the BONY Mellon Forex Litigation.

28

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                    LCHB-0000028

**Arkansas Teacher Retirement System**
**v.**
**State Street Bank and Trust Company**
**District of Massachusetts**
**No. 11-cv-10230 MLW**

CHRISTOPHER JORDAN

EDUCATION – University of North Carolina, Chapel Hill, North Carolina, B.A. 2000; Stanford Law School, Stanford, California, J.D. 2004.

ADMITTED TO PRACTICE – California Bar, 2011; Texas Bar, 2012.

WORK EXPERIENCE SUMMARY – Mr. Jordan worked extensively in the management, supervision of, and execution of large scale document review and analysis projects in complex litigation matters for Debevoise & Plimpton in New York, Dynegye and Synergy in Houston, Texas, and Troutman Sanders in Atlanta, Georgia.

LIEFF CABRASER WORK HISTORY – Mr. Jordan began working for Lieff Cabraser in 2012 as a document review attorney. In 2014 and 2015, Mr. Jordan worked extensively on the BONY Mellon Forex Litigation. In 2015, Mr. Jordan devoted 539.90 hours to document review and analysis in the State Street Forex Litigation attributable to Lieff Cabraser. Mr. Jordan is currently engaged by Lieff Cabraser on document review and analysis projects.

Mr. Jordan's time in the State Street Forex Litigation was calculated at $415 per hour. That was the hourly rate of fourth year associates working in the firm's New York and San Francisco offices in 2016.

OBSERVATIONS – Mr. Jordan has more than six years of experience reviewing and analyzing documents and generating fact and witness-specific memoranda in complex cases. His work was particularly valuable in State Street as he had developed expertise in evaluating comparable documents in the BONY Mellon Forex Litigation.

29

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Arkansas Teacher Retirement System**
**v.**
**State Street Bank and Trust Company**
**District of Massachusetts**
**No. 11-cv-10230 MLW**


JASON KIM

EDUCATION – University of California at Davis, Davis, California, B.A. 2002; Thomas Jefferson School of Law, San Diego, California, J.D. 2009.

ADMITTED TO PRACTICE – California Bar, 2009.

WORK EXPERIENCE SUMMARY – Mr. Kim worked as an associate for the full service litigation firm, Renchner Law Group in San Francisco, California, before starting his own civil litigation law firm in Santa Clara, California.  Prior to working for Lieff Cabraser, Mr. Kim had extensive document review and analysis experience in complex litigation matters for McDermott Will & Emory, Quinn Emmanuel, and Crowell Moring.

LIEFF CABRASER WORK HISTORY – Mr. Kim began working for Lieff Cabraser in 2011 as a document review attorney.  From 2013 into 2015, Mr. Kim worked extensively on the BONY Mellon Forex Litigation.  In 2015, Mr. Kim devoted 904 hours to document review and analysis in the State Street Forex Litigation.  Mr. Kim is currently engaged by Lieff Cabraser on document review and analysis projects.

Mr. Kim's time in the State Street Forex Litigation was calculated at $415 per hour.  That was the hourly rate of fourth year associates working in the firm's New York and San Francisco offices in 2016.

OBSERVATIONS – Mr. Kim is an experienced attorney, with more than eight years of experience, much of it reviewing and analyzing documents and generating fact and witness-specific memoranda in complex cases for major American law firms.  His work was particularly valuable in State Street as he had developed expertise in evaluating comparable documents in the BONY Mellon Forex Litigation.

30

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    LCHB-0000030

**Arkansas Teacher Retirement System**
**v.**
**State Street Bank and Trust Company**
**District of Massachusetts**
**No. 11-cv-10230 MLW**

## JAMES LEGGETT

<u>EDUCATION</u> – University of California, Davis, Davis, California, B.A. 2004; Santa Clara University School of Law, Santa Clara, California, J.D., cum laude, Order of the Coif, 2012.

<u>ADMITTED TO PRACTICE</u> – California Bar, 2012.

<u>WORK EXPERIENCE SUMMARY</u> – Prior to law school, Mr. Leggett worked as a private banker at UMB Bank in Denver, Colorado for almost four years.  Immediately after law school, Mr. Leggett performed document review and analysis in financial fraud and employment cases at the plaintiff-side litigation firm Schneider Wallace in San Francisco, California.

<u>LIEFF CABRASER WORK HISTORY</u> – Mr. Leggett began working for Lieff Cabraser in 2013 as a document review attorney.  From 2013 into 2015, Mr. Leggett worked on the BONY Mellon Forex Litigation.  In 2015, Mr. Leggett devoted 893 hours to document review and analysis in the State Street Forex Litigation.  In 2016, Mr. Leggett is currently engaged by Lieff Cabraser on document review and analysis projects.

Mr. Leggett's time in the State Street Forex Litigation was calculated at $415 per hour.  That was the hourly rate of fourth year associates working in the firm's New York and San Francisco offices in 2016.

<u>OBSERVATIONS</u> – Mr. Leggett has spent more than four years at Lieff Cabraser reviewing and analyzing documents and generating fact and witness-specific memoranda in complex cases.  His work was particularly valuable in State Street as he had developed expertise in evaluating comparable documents in the BONY Mellon Forex Litigation.

31

**Arkansas Teacher Retirement System**
**v.**
**State Street Bank and Trust Company**
**District of Massachusetts**
**No. 11-cv-10230 MLW**

COLEEN LIEBMANN

<u>EDUCATION</u> – University of the Pacific, B.A. 1992; University of San Francisco School of Law, San Francisco, California, J.D. 2003.

<u>ADMITTED TO PRACTICE</u> – California Bar, 2006.

<u>WORK EXPERIENCE SUMMARY</u> – Ms. Liebmann has more than 11 years of experience in document and privilege review and analysis in complex litigation matters for a number of the country's most prestigious law firms, including Williams & Connolly, Latham & Watkins, DLA Piper, Quinn Emmanuel, Morrison Foerster, Perkins Coie, Wilmer Hale, O'Melveny & Myers, Jones Day, and Farella Braun & Martel, among others.

<u>LIEFF CABRASER WORK HISTORY</u> – Ms. Liebmann began working for Lieff Cabraser in 2014 as a document review attorney. In 2015, Ms. Liebmann devoted 24 hours to document review and analysis in the State Street Forex Litigation. Ms. Liebmann is currently engaged by Lieff Cabraser on document review and analysis projects.

Ms. Liebmann's time in the State Street Forex Litigation was calculated at $415 per hour. That was the hourly rate of fourth year associates working in the firm's New York and San Francisco offices in 2016.

<u>OBSERVATIONS</u> – Ms. Liebmann is an experienced document review attorney, with more than 11 years reviewing and analyzing documents and generating fact and witness-specific memoranda in complex cases for major American law firms.

32

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0000032

**Arkansas Teacher Retirement System**
**v.**
**State Street Bank and Trust Company**
**District of Massachusetts**
**No. 11-cv-10230 MLW**

ANDREW McCLELLAND

<u>EDUCATION</u> – University of California, Davis, Davis, California, B.A. 2002; University of the Pacific, McGeorge School of Law, Sacramento, CA, J.D., Order of the Coif, 2008.

<u>ADMITTED TO PRACTICE</u> – California Bar, 2008.

<u>WORK EXPERIENCE SUMMARY</u> – Mr. McClelland worked as an associate for the construction defect litigation firm, Boornazian, Jensen & Garthe in Oakland, California, and as an associate for a similar firm, Lorber Greenfield & Polito, in San Francisco, California. At both firms, Mr. McClelland had extensive document review and analysis experience. In addition, Mr. McClelland has conducted document review and analysis in complex litigation matters for Bingham and Smith Lillis Pitha, in San Francisco, California.

<u>LIEFF CABRASER WORK HISTORY</u> – Mr. McClelland began working for Lieff Cabraser in 2013 as a document review attorney. From 2013 into 2015, Mr. McClelland worked extensively on the BONY Mellon Forex Litigation. In early 2015, Mr. McClelland devoted 58 hours to document review and analysis in the State Street Forex Litigation. In February and March 2015, Mr. McClelland devoted additional time to the State Street matter, while housed in LCHB's offices, but was paid for that time by the Thornton firm. Mr. McClelland left Lieff Cabraser in early 2015 to pursue a different legal job.

Mr. McClelland's time in the State Street Forex Litigation was calculated at $415 per hour. That was the hourly rate of fourth year associates working in the firm's New York and San Francisco offices in 2016.

<u>OBSERVATIONS</u> – Mr. McClelland is an experienced attorney, with more than nine years of experience, much of it reviewing and analyzing documents and generating fact and witness-specific memoranda in complex cases. His work was particularly valuable in State Street as he had developed expertise in evaluating comparable documents in the BONY Mellon Forex Litigation.

33

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Arkansas Teacher Retirement System**
**v.**
**State Street Bank and Trust Company**
**District of Massachusetts**
**No. 11-cv-10230 MLW**

SCOTT MILORO

<u>EDUCATION</u> – Cornell University, Ithaca, New York, B.S. 1994; State University of New York at Buffalo, Buffalo, New York, M.S. 1996; Cardozo School of Law, New York, New York, J.D. 2006.

<u>ADMITTED TO PRACTICE</u> – New York Bar, 2006; United States Patent and Trademark Office, 2006.

<u>WORK EXPERIENCE SUMMARY</u> – After law school, Mr. Miloro spent more than three years as an associate at the intellectual property firm of Ohlandt, Greely, Ruggiero & Perle in Stamford, Connecticut.  In that capacity, Mr. Miloro gained extensive experience in reviewing and analyzing complex technical documents.

<u>LIEFF CABRASER WORK HISTORY</u> – Mr. Miloro began working for Lieff Cabraser in 2011 as a document review attorney.  From 2012 into 2015, Mr. Miloro worked extensively on the BONY Mellon Forex Litigation.  In 2015, Mr. Miloro devoted 658.80 hours to document review and analysis in the State Street Forex Litigation.  Mr. Miloro is currently engaged by Lieff Cabraser on document review and analysis projects.

Mr. Miloro's time in the State Street Forex Litigation was calculated at $415 per hour.  That was the hourly rate of fourth year associates working in the firm's New York and San Francisco offices in 2016.

<u>OBSERVATIONS</u> – Mr. Miloro is an experienced attorney, with more than 11 years of experience, including more than five years at Lieff Cabraser, much of it reviewing and analyzing documents and generating fact and witness-specific memoranda in complex cases.  His work was particularly valuable in State Street as he had developed expertise in evaluating comparable documents in the BONY Mellon Forex Litigation.

34

**Arkansas Teacher Retirement System**
**v.**
**State Street Bank and Trust Company**
**District of Massachusetts**
**No. 11-cv-10230 MLW**

### LEAH NUTTING

<u>EDUCATION</u> – University of California Berkeley, Berkeley, California, B.A. 1999; Harvard Law School, Cambridge, Massachusetts, J.D. 2002.

<u>ADMITTED TO PRACTICE</u> – California Bar, 2002.

<u>WORK EXPERIENCE SUMMARY</u> – Ms. Nutting was an associate in the securities litigation group at Clifford Chance, and then in the general litigation group at Orrick, both in San Francisco, California.  During her four years at those two firms, Ms. Nutting had extensive experience in investigating complex financial fraud matters, including experience in document review and analysis.  Ms. Nutting also has engaged in extensive document review in complex litigation matters for Kilpatrick Townsend, Bloomberg, and Morrison Foerster.

<u>LIEFF CABRASER WORK HISTORY</u> – Ms. Nutting began working for Lieff Cabraser in 2012 as a document review attorney.  From 2012 into 2015, Ms. Nutting worked extensively on the BONY Mellon Forex Litigation. In 2013 and 2015, Ms. Nutting devoted 1,940.10 hours to document review and analysis in the State Street Forex Litigation.  Ms. Nutting is currently engaged by Lieff Cabraser on document review and analysis projects.

Ms. Nutting's time in the State Street Forex Litigation was calculated at $415 per hour.  That was the hourly rates of fourth year associates working in the firm's New York and San Francisco offices in 2016.

<u>OBSERVATIONS</u> – Ms. Nutting is an experienced attorney, with more than 15 years of experience, much of it reviewing and analyzing documents and generating fact and witness-specific memoranda in complex cases for major American law firms.  Her work was particularly valuable in State Street as she had developed expertise in evaluating comparable documents in the BONY Mellon Forex Litigation.

35

**Arkansas Teacher Retirement System**
**v.**
**State Street Bank and Trust Company**
**District of Massachusetts**
**No. 11-cv-10230 MLW**

MARISSA OH

<u>EDUCATION</u> – Rice University, Houston, Texas, B.A. 1999; Stanford Law School, Stanford, California, J.D. 2004.

<u>ADMITTED TO PRACTICE</u> – California Bar, 2004.

<u>WORK EXPERIENCE SUMMARY</u> – Ms. Oh (formerly Marissa Lackey) was an associate at Orrick in San Francisco, California, where she gained extensive experience in financial fraud litigation and where her responsibilities included coordination and supervision of document reviews.  Ms. Oh also has extensive document review and analysis experience in complex litigation matters at various top tier law firms, including Keker & Van Nest and Morrison Foerster in San Francisco, California.

<u>LIEFF CABRASER WORK HISTORY</u> – Ms. Oh began working for Lieff Cabraser in 2013 as a document review attorney.  From 2013 into 2015, Ms. Oh worked extensively on the BONY Mellon Forex Litigation.  In 2015, Ms. Oh devoted 800.30 hours to document review and analysis in the State Street Forex Litigation.  Ms. Oh is currently engaged by Lieff Cabraser on document review and analysis projects.

Ms. Oh's time in the State Street Forex Litigation was calculated at $515 per hour.  That was the hourly rates of the class of 2008 working in the firm's New York and San Francisco offices in 2016.

<u>OBSERVATIONS</u> – Ms. Oh is an experienced attorney, with more than 17 years of experience, much of it reviewing and analyzing documents and generating fact and witness-specific memoranda in complex cases for major American law firms.  Her work was particularly valuable in State Street as she had developed expertise in evaluating comparable documents in the BONY Mellon Forex Litigation.

36

**Arkansas Teacher Retirement System**
**v.**
**State Street Bank and Trust Company**
**District of Massachusetts**
**No. 11-cv-10230 MLW**

PETER ROOS

<u>EDUCATION</u> – University of Limburg, Maastricht, The Netherlands, J.D. 1989; University of San Francisco School of Law, L.L.M. 2001.

<u>ADMITTED TO PRACTICE</u> – The Netherlands, 1989; California Bar, 2002.

<u>WORK EXPERIENCE SUMMARY</u> – For more than 18 years, Mr. Roos was an associate and then a partner at Baker & McKenzie in Amsterdam, The Netherlands, and in Palo Alto, California.  During those years, Mr. Roos gained extensive experience in financial and corporate transactions and documentation.  In more recent years, Mr. Roos has engaged in extensive document review and analysis in complex litigation matters for such major American law firms as Jeffer Mangels, Gibson Dunn, Morrison Foerster, Paul Hastings, and Hopkins & Carley, among others.

<u>LIEFF CABRASER WORK HISTORY</u> – Mr. Roos began working for Lieff Cabraser in 2013 as a document review attorney.  In 2015, Mr. Roos devoted 780 hours to document review and analysis in the State Street Forex Litigation.  Mr. Roos is currently engaged by Lieff Cabraser on document review and analysis projects.

Mr. Roos's time in the State Street Forex Litigation was calculated at $415 per hour.  That was the hourly rates of fourth year associates working in the firm's New York and San Francisco offices in 2016.

<u>OBSERVATIONS</u> – Mr. Roos is an experienced attorney, with more than 27 years of experience as a corporate partner in an international law firm and then reviewing and analyzing documents and generating fact and witness-specific memoranda in complex cases for major American law firms.

37

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Arkansas Teacher Retirement System**
**v.**
**State Street Bank and Trust Company**
**District of Massachusetts**
**No. 11-cv-10230 MLW**

RYAN STURTEVANT

EDUCATION – University of California, Santa Barbara, Santa Barbara, California, B.A. 2001; University of California, Santa Barbara, Santa Barbara, California, M.A. 2003; University of California, Hastings College of the Law, San Francisco, California, J.D. 2005.

ADMITTED TO PRACTICE – California Bar, 2006.

WORK EXPERIENCE SUMMARY – Mr. Sturtevant has gained extensive experience in document review and analysis in complex litigation matters for a number of major American law firms, including Bingham, Cooley, Morrison Foerster, Wilson Sonsini, O'Melveny & Myers, and Jones Day.  In particular, Mr. Sturtevant gained experience in securities and financial fraud class actions.

LIEFF CABRASER WORK HISTORY – Mr. Sturtevant began working for Lieff Cabraser in 2013 as a document review attorney.  In 2015, Mr. Sturtevant devoted 796 hours to document review and analysis in the State Street Forex Litigation.  Mr. Sturtevant is currently engaged by Lieff Cabraser on document review and analysis projects.

Mr. Sturtevant's time in the State Street Forex Litigation was calculated at $415 per hour.  That was the hourly rate of fourth year associates working in the firm's New York and San Francisco offices in 2016.

OBSERVATIONS – Mr. Sturtevant is an experienced attorney, with more than 11 years of experience reviewing and analyzing documents and generating fact and witness-specific memoranda in complex cases for major American law firms.

38

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    LCHB-0000038

**Arkansas Teacher Retirement System**
**v.**
**State Street Bank and Trust Company**
**District of Massachusetts**
**No. 11-cv-10230 MLW**

VIRGINIA WEISS

<u>EDUCATION</u> – University of Northern Iowa, B.A. 2004; University of Kansas School of Law, J.D. 2007.

<u>ADMITTED TO PRACTICE</u> – Minnesota Bar, 2007; California Bar, 2010.

<u>WORK EXPERIENCE SUMMARY</u> – Ms. Weiss has dedicated more than 15 years to document review and analysis in complex litigation matters for numerous law firms and organizations, including Epstein Becker and Crowell and Moring, in San Francisco, California.

<u>LIEFF CABRASER WORK HISTORY</u> – Ms. Weiss began working for Lieff Cabraser in 2014 as a document review attorney in complex financial fraud matters.  In 2014 and into 2015, Ms. Weiss worked extensively on the BONY Mellon Forex Litigation.  In 2015, Ms. Weiss devoted 473.50 hours to document review and analysis in the State Street Forex Litigation for Lieff Cabraser.  She spent additional time on the case in 2015 which was paid by the Thornton firm.  Ms. Weiss continues to work on document review and analysis projects for Lieff Cabraser.

Ms. Weiss's time in the State Street Forex Litigation was calculated at $415 per hour That was the hourly rates of fourth year associates working in the firm's New York and San Francisco offices in 2016.

<u>OBSERVATIONS</u> – Ms. Weiss is an experienced attorney, with more than 10 years of experience, much of it reviewing and analyzing documents and generating fact and witness-specific memoranda in complex cases for major American law firms.  Her work was particularly valuable in State Street as she had developed expertise in evaluating comparable documents in the BONY Mellon Forex Litigation.

39

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    LCHB-0000039

**Arkansas Teacher Retirement System**
**v.**
**State Street Bank and Trust Company**
**District of Massachusetts**
**No. 11-cv-10230 MLW**

JONATHAN ZAUL

<u>EDUCATION</u> – University of California, Berkeley, Berkeley, California, B.A. 2004; University of San Francisco School of Law, San Francisco, California, J.D. 2009.

<u>ADMITTED TO PRACTICE</u> – California Bar, 2009.

<u>WORK EXPERIENCE SUMMARY</u> – Following law school and a judicial clerkship, Mr. Zaul opened his own transactional and civil litigation law firm where he served as the principal.

<u>LIEFF CABRASER WORK HISTORY</u> – Mr. Zaul began working for Lieff Cabraser in 2012 as a document review attorney.  From 2013 into 2015, Mr. Zaul worked extensively on the BONY Mellon Forex Litigation.  In 2015, Mr. Zaul devoted 495.20 hours to document review and analysis in the State Street Forex Litigation attributable to Lieff Cabraser.  Mr. Zaul is currently engaged by Lieff Cabraser on document review and analysis projects.

Mr. Zaul's time in the State Street Forex Litigation was calculated at $415 per hour.  That was the hourly rate of fourth year associates working in the firm's New York and San Francisco offices in 2016.

<u>OBSERVATIONS</u> – Mr. Zaul is an experienced attorney, with more than eight years of experience, much of it reviewing and analyzing documents and generating fact and witness-specific memoranda in complex cases for Lieff Cabraser.  His work was particularly valuable in State Street as he had developed expertise in evaluating comparable documents in the BONY Mellon Forex Litigation.

40

# Role of Lieff Cabraser Staff Attorneys in
## *State Street*

- Shared issue coding and secondary review and analysis of over 9 million pages of documents.

- Initial document production was made in January 2013.

- Second production (more than doubling the total volume) was made in December 2013.

- Reviewers tagged documents using more than 30 different issue/doc type codes and six levels of usefulness/relevance.

- Initial coding of documents largely completed by mid-April 2015, after which LCHB reviewers were tasked with preparing detailed memoranda on 18 (out of more than 50) selected themes, issues or witnesses to be further developed in depositions and follow-up discovery.  Each memo contained hyperlinks to supporting documents from State Street's production, with some memos accordingly exceeding 100 pages.

41

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0000041

# Role of Lieff Cabraser Staff Attorneys in *State Street*

- Roughly 37% of Lieff Cabraser's total Staff Attorney lodestar and hours can be attributed to researching and creating issue-specific memoranda (with hyperlinks to supportive documents from State Street's production) created between April and July 2015.

42

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0000042

# State Street Document Review Protocol

| Field Name/Sub-Type | Issues |
|---|---|
| CheckBox or Radio Button | Preferential FX Pricing |
| CheckBox or Radio Button | Best Execution |
| CheckBox or Radio Button | Custodial fees |
| CheckBox or Radio Button | Bonus |
| CheckBox or Radio Button | Disclosure of FX Practice |
| CheckBox or Radio Button | ERISA Obligations |
| CheckBox or Radio Button | FX Policies |
| CheckBox or Radio Button | ERISA Customers |
| CheckBox or Radio Button | FX Profits/Revenues |
| CheckBox or Radio Button | Govt Invest |
| CheckBox or Radio Button | Mkting of Cust/FX Serv |
| CheckBox or Radio Button | Negotiated FX Pricing |
| CheckBox or Radio Button | Netting |
| CheckBox or Radio Button | SI Costs |
| CheckBox or Radio Button | SI FX Pricing |
| CheckBox or Radio Button | Spreads – Neg – SI |
| CheckBox or Radio Button | Welcome Pkge |
| CheckBox or Radio Button | Public Pension Funds |
| CheckBox or Radio Button | Non-Pension Customers |
| CheckBox or Radio Button | Damages |
|  |  |
| **Field Name/Sub-Type** | **Document Types** |
| CheckBox or Radio Button | Articles/FX Comments |
| CheckBox or Radio Button | Cust Agr |
| CheckBox or Radio Button | Cust FX Inquiries |
| CheckBox or Radio Button | IM Guides |
| CheckBox or Radio Button | Org Chart |
| CheckBox or Radio Button | RFP/RFI Response |
| CheckBox or Radio Button | Data Files |
| CheckBox or Radio Button | Presentations |
|  |  |

43

# State Street Document Review Protocol (cont'd)

| Field Name/Sub-Type | Issues |
|---|---|
| **Field Name/Sub-Type** | **Rating** |
| CheckBox or Radio Button | Hot |
| CheckBox or Radio Button | Highly Relevant |
| CheckBox or Radio Button | Relevant |
| CheckBox or Radio Button | Irrelevant |
| CheckBox or Radio Button | Dupe |
| CheckBox or Radio Button | Contra |
|  |  |
| **Field Name/Sub-Type** | **Document Problems** |
| CheckBox or Radio Button | Redacted |
| CheckBox or Radio Button | Other Viewing Problem |
| CheckBox or Radio Button | Foreign Language |
| CheckBox or Radio Button | Follow-Up |
| CheckBox or Radio Button | Incomplete |
| CheckBox or Radio Button | Get Native |
|  |  |
| **Field Name/Sub-Type** | **Key Witnesses** |
| Text Box |  |
|  |  |
| **Field Name/Sub-Type** | **Attorney Notes** |
| Text Box |  |

44

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0000044

# State Street Document Review Protocol
## Document Review Coding Fields Quick Reference Guide

| Issue Code | Description |
|---|---|
| Articles/FX Comments | Please use this issue code to identify articles or industry reports or commentary, both internal and external to State Street, regarding FX transactions generally and State Street's FX services specifically. |
| Preferential FX Pricing | Certain State Street custodial clients may have been preferred customers and thus able to negotiate more favorable FX trading terms not offered to State Street's general custodial public.  Please use this issue code to identify documents that evidence, even in general terms, any such preferential arrangement and indicate in attorney notes the name of the preferred client.. |
| Best Execution | State Street promised their customers "best execution" which was understood to mean that State Street would obtain the best possible FX price in any FX transaction for their customers.  State Street now contends that such an understanding is not consistent with their internal understanding of the term "best execution."  This issue code is therefore important and should be used to identify documents where "best execution" is mentioned and especially any client communications where State Street promises to obtain "best execution" as well as documents where the term is generally discussed, described or in any way defined. |
| Custodial fees | Please use this issue code to identify documents addressing annual "flat" fees for custodial services or fees for "ancillary" services. |
| Bonus | Please use this issue code to identify documents that address, discuss or otherwise concern the fact that State Street employee bonuses are tied to profits obtained through the provision of FX services. |
| Cust Agr | Please use this issue code to identify custodial agreements between State Street and its customers.  Please also identify the customer in the Attorney Notes section of documents tagged with this issue code. |
| Customer FX Inquiries | Please use this issue code to identify documents, particularly correspondence, between State Street and its customers regarding inquiries into State Street's FX services.  In other words, documents that address, discuss or otherwise concern customer inquiries related to State Street's FX services.  Please also identify the name of the customer either making or related to the inquiry at issue in the Attorney Notes section of documents tagged with this issue code. |

45

LCHB-0000045

# State Street Document Review Protocol
## Document Review Coding Fields Quick Reference Guide (cont'd)

| Issue Code | Description |
|---|---|
| Disclosure of FX Practice | Please use this issue code to identify documents that disclose or appear to purport to disclose to customers how State Street processes or will process FX trades. |
| FX Policies | Please use this issue code to identify internal State Street FX policy documents or descriptions as well as documents that address or in any way concern State Street's internal FX policies. |
| ERISA Customers | Please use this issue code to flag documents relating specifically to ERISA fund customers |
| FX Profits/Revenues | Please use this issue code to describe State Street FX profit/revenue charts or spreadsheets as well as documents that address or in any way concern profits/revenues earned by State Street from FX services. |
| Govt Invest | Please use this issue code to identify documents that concern government investigation into State Street, particularly investigation related to its FX services. |
| IM Guides | Investment Manager Guides that were distributed to IM's for various custodial clients typically included representations about State Street's FX services along the lines of FX trades being "based on market rates at the time of execution," etc.  Please use this issue code to identify all such IM Guides. |
| Mkting of Cust/FX Serv | Please use this issue code to identify State Street marketing materials or similar documents that discuss or otherwise concern State Street's marketing of its FX services. |
| Negotiated FX Pricing | Please use this issue code to identify documents that discuss or in any way concern pricing offered by State Street for its negotiated or direct FX transactions. |
| Netting | Refers to a process State Street claims to have followed whereby buys and sells for all of their custodial clients were "netted" each day in order to obtain "best pricing" for their clients.  Evidence appears to indicate they didn't really do this, at least not in the manner they claim. |
| Org Chart | Please use this issue code to identify internal State Street organizational charts or documents that discuss or otherwise concern the internal organizational structure of State Street, particularly as it relates to FX services. |
| RFP/RFI Response | State Street would often make representations about its FX services in RFP/RFI responses.  Please use this issue code to identify responses or references to responses by State Street to any Requests for Proposal or Requests for Information submitted by any current or potential custodial clients.  Please also identify the client that submitted the RFP/RFI in the Attorney Notes section of any documents tagged with this issue code. |

46

LCHB-0000046

# State Street Document Review Protocol
## Document Review Coding Fields Quick Reference Guide (cont'd)

| Issue Code | Description |
| --- | --- |
| **SI Costs** | Certain State Street custodial clients utilized standing instructions for FX trades.  Please use this issue code to identify documents that evidence costs incurred by customers using standing instructions and/or costs incurred by State Street for standing instruction services. |
| **SI FX Pricing** | Please use this issue code to identify any documents that discuss or in any way concern pricing offered by State Street for its SI (standing instruction) or indirect FX transactions. |
| **Spreads – Neg – SI** | Spreads for those FX trades governed by standing instructions (indirect trades) were typically higher than spreads for negotiated FX trades (direct trades).  Please use this issue code to identify documents that concern, even generally, the difference in the amount of profit State Street earned on FX trades subject to standing instructions vs. negotiated FX trades. |
| **Welcome Pkge** | Please use this issue code to identify State Street documents, either internal or for distribution to its current or potential clients, that provides a description of its FX services, i.e., this is who we are and what we do. |
| **Public Pension Funds** | Please use this issue code to flag documents relating specifically to Public Pension fund customers |
| **Non-Pension Customers** | Please use this issue code to flag documents relating specifically to any non-pension customers, such as investment banks. |

We'll also want boxes people can check indicating problems with the documents, such as "Redacted," "Other Viewing Problem," "Foreign Language" or "Follow-Up."

47

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0000047

# Hourly Rates Applied to Lieff Cabraser Staff Attorneys in *State Street*

- The hourly rates applied to Lieff Cabraser staff attorneys in *State Street*, as reported to the Court with the firm's fee application, were the current billing rates applicable at the time of the fee application in 2016, except for personnel no longer employed by the firm, in which case the hourly rate of that person in his or her final year of employment was applied.

- Of the 18 Lieff Cabraser staff attorneys who worked on *State Street*, the 2016 rate for 15 of them was $415 per hour.  That was the billable rate of Lieff Cabraser's fourth year associates.

- Of the 18 Lieff Cabraser staff attorneys who worked on *State Street*, the 2016 rate for 3 of them was $515 per hour.  That was the same rate applicable to attorneys in our class of 2008.

48

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0000048

# Coordination of Staff Attorneys With Labaton and Thornton Firms

- By January 2015, more than half of the documents produced by State Street remained to be coded.

- Global settlement in BNYM FX for $714 million and the attendant publicity it created made for an inflection point in the State Street mediation, wherein the parties needed to push forward and prepare to proceed quickly to class certification discovery and depositions should resolution not be achieved.  The parties agreed that mediation should/would not extend past mid-2015.

- Class counsel ramped up their document review accordingly in order to prepare detailed liability memos and to receive new documents.

49

# Coordination of Staff Attorneys With Labaton and Thornton Firms (cont'd)

- Lieff Cabraser agreed to share or host up to 6 staff attorneys that were partially or fully paid for by Thornton between February and June 2015.  This arrangement was made due to Thornton's limited physical facilities, so that Thornton could bear a roughly equal share of the cost of document review.

- Four of these staff attorneys (Andrew McClelland, Virginia Weiss, Christopher Jordan, and Jonathan Zaul) worked for both Lieff Cabraser and Thornton in 2015.  All four of these attorneys had worked extensively for Lieff Cabraser before, including in BNYM, and three of them are still working with us.

- Two of these staff attorneys (Ann Ten Eyck and Rachel Wintterle) were hired by Lieff Cabraser through an agency, which was paid directly by Thornton, and did not have a prior relationship with Lieff Cabraser.

50

LCHB-0000050

# Lieff Cabraser's Hourly Duplication Mistake Explained

- Of the four staff attorneys who split time between Lieff Cabraser and Thornton, two of them (McClelland and Weiss) did not show  duplicative time in class counsel's reports.  In other words, their reported hours—for both Lieff Cabraser and Thornton—were correct.
- Two others (Jordan and Zaul) did have time that was inadvertently duplicated in Lieff Cabraser's and Thornton's reports.  This was because the time they spent reviewing documents assigned to Thornton folders from 2/9/15 – 4/14/15 was mistakenly not removed from Lieff Cabraser's timekeeping records after our Accounting Department invoiced and received payment for those hours from Thornton.
- This was an inadvertent bookkeeping error.

51

LCHB-0000051

# Lieff Cabraser's Hourly Duplication Mistake Explained (cont'd)

- The two other staff attorneys (Ten Eyck and Wintterle) whose time was incorrectly included in Lieff Cabraser's lodestar report were hired by an agency that was paid directly by Thornton.  Accordingly, they should not have been entering any work/time summaries into our system.

- However, they did so throughout the three to four months they worked at Lieff Cabraser (March – June 2015), by emailing their time summaries directly to our Word Processing department (consistent with typical staff attorney practice), unbeknownst to the attorneys and staff overseeing the case.  This was an inadvertent oversight in their training in San Francisco.

52

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    LCHB-0000052

# Lieff Cabraser's Hourly Duplication Mistake Explained (cont'd)

- To review, there were no hourly duplication errors for 16 staff attorneys listed in Lieff Cabraser's initial lodestar declaration with the Court. The inadvertent duplication errors were limited to 4 staff attorneys, as described above.

- The corrections to Lieff Cabraser's lodestar reports result in 1,761.8 fewer attorney hours than initially reported, for a new attorney/staff total of 18,696.70 hours for Lieff Cabraser (not including timekeepers who worked less than 5 hours).

- This equates to an 8.6% inadvertent initial overstatement of hours for Lieff Cabraser.

53

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0000053

# Lieff Cabraser's Fee and Corrected Lodestar

- Lieff Cabraser's share of the awarded attorney's fee was $15,116,965.50.

- Using Lieff Cabraser's corrected lodestar total of $8,932,070.50 (applying 2016 rates), the corrected lodestar multiplier for Lieff Cabraser is *1.69*.

- This is *less* than the 1.8 multiplier the Court initially approved on November 2, 2016, and is at the low end of lodestar multipliers typically approved in the context of a lodestar cross-check, particularly in the First Circuit.

54

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0000054

# Hourly Rates of Lieff Cabraser Staff Attorneys Paid By Clients

- Although Lieff Cabraser is normally compensated for legal services on a contingent fee basis, the firm does occasionally represent plaintiffs on an hourly basis.  In the following examples, the firm was paid staff attorney applicable hourly rates.

55

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0000055

# Hourly Rates of Lieff Cabraser Staff Attorneys Paid By Clients

- In ████████████████████████████████████████████
  ████████████████████████████████████████████ e
  ████████████████████████████████████████ es ranging
  from $375 to $435 per hour, in 2015, for a total of over
  $1.8 million (or, 52% of the total fees paid in the case,
  $3,437,310).

56

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0000056

# Hourly Rates of Lieff Cabraser Staff Attorneys Paid By Clients (cont'd)

- In ███████████████████████████████████████████████████████████████████████████████████████████ between February and July 2012, those three LCHB staff attorneys were billed out and paid at rates between $375 and $460 per hour.

57

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Hourly Rates of Lieff Cabraser Staff Attorneys Paid By Clients (cont'd)

- In ███████████████████████████████████████████████████████████████████████████████████.  That assignment in 2014 and 2015 was undertaken on an hourly basis and we were paid $400 per hour for the time of two staff attorneys who performed document review and analysis for the client (and who also worked extensively on *State Street*).

58

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0000058

# Hourly Rates of Lieff Cabraser Staff Attorneys Paid By Clients (cont'd)

- In ████████████████████████████████

  ████████████████████████████████ hourly basis, including the hourly rates of two staff attorneys for document review and analysis at rates between $275 and $315 per hour in 2003.

59

# Lieff Cabraser Staff Attorneys' Hourly Rates Are Routinely Included and Approved in Class Action Fee Awards

- Most fee awards in the firm's class action cases have been awarded on a percentage of the recovery basis. However, in recent years some courts have conducted a "lodestar cross-check" to determine that the percentage of the recovery award is not excessive.  And, in rare cases, courts have determined our class action fees on a lodestar basis.  In both the lodestar cross-check and lodestar fee award contexts, Lieff Cabraser staff attorneys' hourly rates are routinely included and approved in class action fee awards.  Below are some recent examples:

60

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                    LCHB-0000060

# Lieff Cabraser Staff Attorneys' Hourly Rates Are Routinely Included and Approved in Class Action Fee Awards (cont'd)

- *In re New York Mellon Corp. Forex Transactions Litigation*, 12-md-2335 LAK (S.D.N.Y.) – Over 28,000 hours of staff attorney time at roughly the same hourly rates applied in *State Street* were included as part of the lodestar cross-check conducted by Judge Kaplan in approving class counsel's requested attorneys' fees.  At the final fairness and attorney fee hearing, Judge Kaplan of the Southern District of New York said, in part:

61

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0000061

# Lieff Cabraser Staff Attorneys' Hourly Rates Are Routinely Included and Approved in Class Action Fee Awards (cont'd)

"This was an outrageous wrong committed by the Bank of New York Mellon, and plaintiffs' counsel deserve a world of credit for taking it on, for running the risk, for financing it and doing a great job.  I accept the lodestar.  I accept as fair, reasonable and accurate everything that went into it."

*In re Bank of New York Mellon Corp. Forex Transactions Litigation*, No. 12-MD-2335 (LAK), S.D.N.Y.

62

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0000062

# Lieff Cabraser Staff Attorneys' Hourly Rates Are Routinely Included and Approved in Class Action Fee Awards (cont'd)

- Staff Attorney lodestar constituted approximately 45% of the total lodestar recorded in the BNYM litigation, across all firms.

- By comparison, Staff Attorney lodestar constituted just over 50% of the total lodestar recorded in the State Street litigation.

63

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0000063

# Lieff Cabraser Staff Attorneys' Hourly Rates Are Routinely Included and Approved in Class Action Fee Awards (cont'd)

- *Allagas, et al. v. BP Solar International, Inc., et al.*, 3:14-cv-00560-SI (N.D. Ca.) – In 2016, Judge Illston of the Northern District of California approved a percentage of the recovery fee for Lieff Cabraser and co-class counsel but also conducted a lodestar cross-check. Judge Illston concluded that the firm's "hourly rates, used to calculate the lodestar here, are in line with prevailing rates in this District and have recently been approved by federal and state courts." In *BP Solar*, specifically, Judge Illston's lodestar cross-check included two Lieff Cabraser staff attorneys billed at $415 per hour, the same as most of the staff attorneys in *State Street*.

64

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                    LCHB-0000064

# Lieff Cabraser Staff Attorneys' Hourly Rates Are Routinely Included and Approved in Class Action Fee Awards (cont'd)

- *In re High Tech Employee Antitrust Litigation*, No. 11-cv-02509-LHK (N.D. Ca.) – In this complex antitrust class action in 2015, Judge Koh of the Northern District of California ordered Lieff Cabraser and their co-lead counsel attorneys' fees based on the lodestar methodology.  Judge Koh found:

  Having reviewed the billing rates for the attorneys, paralegals, litigation support staff at each of the firms representing Plaintiffs in this case [including co-lead counsel Lieff Cabraser], the Court finds these rates are reasonable in light of prevailing market rates in this district and that counsel for Plaintiffs have submitted adequate documentation justifying those rates.

65

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0000065

# Lieff Cabraser Staff Attorneys' Hourly Rates Are Routinely Included and Approved in Class Action Fee Awards (cont'd)

- Judge Koh further found in *High Tech* that the "billing rates submitted vary appropriately based on experience," and found that the "billing rates for non-partner attorneys, including senior counsel, counsel, senior associates, associates <u>and staff attorneys</u>, range from about $310 to $800, with most under $500."  (Emphasis added.)

- In this case, Lieff Cabraser's lodestar submission included a number of staff attorneys whose hourly rates are consistent with the rates submitted in *State Street* a year later.

66

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0000066

# Lieff Cabraser Staff Attorneys' Hourly Rates Are Routinely Included and Approved in Class Action Fee Awards (cont'd)

- *In re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL 3:07-md-1827 SI (N.D. Ca.) – In 2011, Judge Illston approved a percentage of the fee recovery for Lieff Cabraser and their co-lead counsel "and confirmed" the fee by a lodestar cross-check.  Included in Lieff Cabraser's lodestar submission was the time of several staff attorneys whose rates ranged from $385 to $475 per hour in 2011 when the fee submission was made.

67

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0000067