**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 12-cv-11698 MLW |

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP'S MOTION TO IMPOUND ONE EXHIBIT TO THE DECLARATION OF STEVEN E. FINEMAN IN SUPPORT OF THE RESPONSE AND OBJECTIONS OF LIEFF CABRASER HEIMANN & BERNSTEIN, LLP TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATIONS**

Pursuant to Fed. R. Civ. P. 7(b) and District of Massachusetts Local Rule 7.2, Lieff Cabraser Heimann & Bernstein LLP ("Lieff Cabraser") respectfully moves to impound one exhibit to the Declaration of Steven E. Fineman in Support of the Response and Objections of Lieff Cabraser Heimann & Bernstein, LLP to the Special Master's Report and Recommendations ("Fineman Declaration) – specifically: Exhibit A. As grounds for this motion, Lieff Cabraser states as follows:

1. Exhibit A (a) includes information that remains subject to a pending redaction request (as to another document or document(s)) in this matter (that request having not been objected to by the Special Master) and (b) is a document that is part of the record generated by the Special Master's investigation that was not attached as an exhibit to his Report and Recommendations. Accordingly, this document is subject to the protocol that the parties proposed for filing additional documents from the record. *See* ECF No. 259. As set forth in the referenced protocol, Lieff Cabraser seeks to file the unredacted version of this document under seal.

2. Accordingly, there is good cause pursuant to D. Mass. L.R. 7.2 to impound the unredacted version of Exhibit A.

3. Lieff Cabraser has filed via ECF a redacted version of Exhibit A and has indicated, by way of this motion, that an unredacted version is being filed under seal.

WHEREFORE, for the reasons set forth herein, Lieff Cabraser respectfully requests that the Court impound the unredacted version of Exhibit A.

Dated:  June 29, 2018

Respectfully submitted,

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
415-956-1000


By: */s/ Richard M. Heimann*
   Richard M. Heimann (*pro hac vice*)
   Attorney for Lieff Cabraser Heimann
   & Bernstein, LLP


### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I caused other counsel in this case to be contacted in order to confer regarding the substance of this motion.  Labaton Sucharow LLP does not oppose this motion. Keller Rohrback LLP takes no position on this motion.  The other parties had not provided their positions as of the time these documents were prepared for filing.

   */s/ Richard M. Heimann*
   Richard M. Heimann


-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2018, I caused a true and correct copy of the above document to be served via ECF on counsel for all parties and counsel for the Special Master.

/s/ Richard M. Heimann
Richard M. Heimann