# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) | No. 11-cv-10230 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) | |
| Defendant. | ) | |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, | ) ) ) ) ) | No. 11-cv-12049 MLW |
| Plaintiffs, v. | ) ) ) | |
| STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, | ) ) ) ) | |
| Defendants. | ) | |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, | ) ) ) ) ) | No. 12-cv-11698 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) | |
| Defendant. | ) ) | |

## ASSENTED TO-MOTION FOR EXTENSION OF TIME TO COMPLY WITH THE COURT'S JUNE 28, 2018 ORDER

State Street Bank and Trust Company ("State Street") and the Special Master jointly request a brief, 10-day extension for all parties to comply with the schedule set forth in the Court's June 28, 2018 Order (the "Order")—until and including Friday, July 20, 2018.  Dkt. No. 356.  The brief 10-day extension is necessary to allow the parties to complete the meet and confer process contemplated in the Court's Order concerning redactions to exhibits to the Special Master's Report in an effort to reach agreement concerning the redactions, in whole or in part, and to reduce the volume of contested redactions that may require further Court review.

In accordance with the Order, the Special Master is continuing to review and to respond to State Street's and the plaintiff law firms' proposed redactions to various exhibits to the Special Master's Report.  Special Master's counsel has been working diligently and provided additional responses to proposed redactions on June 29, July 2 and July 3, 2018.  In parallel, State Street and the plaintiff law firms are continuing to analyze the Special Master's responses to previously-filed objections to identify areas where agreement can be reached.  This review process has taken more time than anticipated at the June 22 hearing.  Because of the number of currently contested exhibits, the current schedule does not afford the parties sufficient time to confer following the completion of the Special Master's review of the objections and circulation of his responses.

The parties believe that the brief requested extension will afford the Special Master the time to complete his responses to the parties' proposed redactions and should permit the parties to meaningfully confer and reach agreement on many of the outstanding objections, thereby reducing significantly the number of contested redactions that may require Court intervention.

WHEREFORE, State Street and counsel for the Special Master jointly respectfully request an additional 10 days, to and including to July 20, 2018, for all parties to complete the meet and

confer process, and to file the public record versions of redacted exhibits to the Special Master's

Report, as contemplated by this Court's June 28, 2018 Order.

Dated: July 5, 2018                              Respectfully submitted,

                                                 WILMER PICKERING HALE AND DORR
                                                 LLP


                                                 By /s/ Daniel W. Halston
                                                 William H. Paine (BBO# 550506)
                                                 Daniel W. Halston (BBO# 548692)
                                                 Beth E. Bookwalter (BBO# 643425)
                                                 WILMER PICKERING HALE AND DORR LLP
                                                 60 State Street
                                                 Boston, MA 02109
                                                 Tel:    (617) 526-5000
                                                 Fax:    (617) 526-6000
                                                 email: william.paine@wilmerhale.com
                                                 email: daniel.halston@wilmerhale.com
                                                 email: beth.bookwalter@wilmerhale.com

                                                 *Counsel for Defendants State Street Bank and
                                                 Trust Co. and State Street Global Markets LLC*

                                                 By /s/ William F. Sinnott
                                                 William F. Sinnott (BBO #547423)
                                                 Elizabeth J. McEvoy (BBO #683191)
                                                 BARRETT & SINGAL, P.C.
                                                 One Beacon Street, Suite 1320
                                                 Boston, MA 02108
                                                 Telephone: (617) 720-5090
                                                 Facsimile: (617) 720-5092
                                                 Email: wsinnott@barrettsingal.com
                                                 Email: emcevoy@barrettsingal.com

                                                 *Counsel for the Special Master*

                                                 Assented to by:

                                                 CHOATE, HALL & STEWART LLP

                                                 /s/ Justin Wolosz

- 2 -

Justin Wolosz (BBO No. 643543)
Joan A. Lukey (BBO No. 307340)
Stuart M. Glass (BBO No. 641466)
Choate Hall & Stewart LLP
Two International Place
100-150 Oliver Street
Boston, MA 02110
617-248-5000
Fascimile: 617-248-4000

*Counsel for Labaton Sucharow LLP*

NIXON PEABODY LLP

/s/ Joshua C.H. Sharp_____
Joshua C.H. Sharp (BBO No. 681439)
Brian T. Kelly (BBO No. 549566)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
617-345-1000

*Counsel for Thornton & Naumes, MMP*

LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
By: /s/ Richard Heimann_____
Richard Heimann
Lieff, Cabraser, Heimann & Bernstein LLP
275 Battery Street, 30th Floor
San Franscisco, CA 94111
415-956-1000
F: 415-956-1008
250 Hudson Street, 8th Floor


KELLER ROHRBACK L.L.P.

By: /s/ Lynn L. Sarko
Lynn Lincoln Sarko (*pro hac vice*)
Derek W. Loeser (*pro hac vice*)
Laura R. Gerber (*pro hac vice*)
1201 3rd Avenue, Suite 3200
Seattle, WA 98101
206-623-1900

Fax: 206-623-8986

*Counsel for Andover Companies*
*Plaintiffs and proposed class*

Not objected to by:

By:  /s/ James A. Moore
J. Brian McTigue (pro hac vice)
James A. Moore (pro hac vice)
McTigue Law LLP
4530 Wisconsin Ave, NW
Suite 300
Washington, DC 20016
202-364-6900
Fax: 202-364-9960

By: /s/ Carl S. Kravitz
Carl S. Kravitz (pro hac vice pending)
Dwight Bostwick (pro hac vice pending)
Zuckerman Spaeder, LLP
1800 M Street, NW
Washington, DC 20036

*Counsel for Arnold Henriquez on behalf of Waste*
*Management Retirement Savings Plan*

## <u>LOCAL RULE 7.2(a)(2) CERTIFICATION</u>

Pursuant to Local Rule 7.1(a)(2), I hereby certify that on July 5, 2018 State Street conferred by email with Class Counsel and the Special Master regarding this Motion.  Barrett & Singal P.C. joined this motion.  Labaton Sucharow LLP, Lieff Cabraser Heimann & Bernstein LLP, Keller Rohrback LLP, and the Thornton Law Firm LLP assent to the Motion.  Zuckerman Spaeder LLP and McTigue Law LLP do not object to this Motion.


/s/ Daniel Halston
Daniel W. Halston

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 5, 2018, a true and correct copy of the above document has been served by email on all counsel of record.

/s/ Daniel Halston_____
Daniel Halston