UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARKANSAS TEACHER RETIREMENT SYSTEM,
on behalf of itself and all others
 similarly situated,

                Plaintiff,

                                          No. 11-cv-10230-MLW

vs.

STATE STREET BANK AND TRUST COMPANY,

                Defendant.
_____/

ARNOLD HENRIQUEZ, MICHAEL T. COHN,
WILLIAM R. TAYLOR, RICHARD A.
SUTHERLAND, and those similarly situated,

                Plaintiffs,

                                          No. 11-cv-12049-MLW

vs.

STATE STREET BANK AND TRUST COMPANY,

                Defendant.
_____/

THE ANDOVER COMPANIES EMPLOYEE
SAVINGS AND PROFIT SHARING PLAN, on
Behalf of itself, and JAMES PEHOUSHEK-
STANGELAND and all others similarly situated,

                Plaintiffs,

                                          No. 12-cv-11698-MLW

vs.

STATE STREET BANK AND TRUST COMPANY,

                Defendant.
_____/

**SPECIAL MASTER'S MOTION FOR LEAVE TO FILE
LETTER WITH COURT (UNDER SEAL)**

The Special Master respectfully moves for leave to file a letter with this Honorable Court, to be filed under seal until further Court order.  Special Master seeks the Court's guidance on whether to respond to the Objections of Customer Class Counsel to the Special Master's Report and Recommendations and to enlarge the filed record. The Special Master's letter is Exhibit A to this Motion.[1]

WHEREFORE, Special Master respectfully requests that the Court grant its motion for leave.

Dated:  July 6, 2018

Respectfully submitted,

**SPECIAL MASTER HONORABLE GERALD E. ROSEN (RETIRED),**

By his attorneys,

  /s/  William F. Sinnott
William F. Sinnott (BBO #547423)
Elizabeth J. McEvoy (BBO #683191)
BARRETT & SINGAL, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090
Facsimile: (617) 720-5092
Email: wsinnott@barrettsingal.com
Email: emcevoy@barrettsingal.com

**CERTIFICATE OF SERVICE**

I hereby certify that this Notice of Appearance was filed electronically on July 6, 2018 and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing ("NEF").  Paper copies were sent to any person identified in the NEF as a non-registered participant.

  /s/  William F. Sinnott
William F. Sinnott

---

[1]  This Motion for Leave to File Letter is being filed via ECF, along with Special Master's Motion to Seal his letter. The Special Master's letter, which is Exhibit A to this motion, is subject to the pending Motion to Seal and is thus being filed conventionally under seal.