# EXHIBIT A



July 6, 2018

Honorable Mark L. Wolf
United States District Court
John Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    *Special Master's Request to Respond to the Objections of Customer Class Counsel and to Enlarge the Filed Record*

Dear Judge Wolf:

    Now that Customer Class Counsel have filed Objections to the Special Master's Report and Recommendations, including Labaton's Supplemental Objections filed late yesterday, the Special Master writes to seek the Court's guidance as to whether the Court wishes for him to respond to the objections of Customer Class Counsel including the enlargement of the filed record and/or to specify relevant portions of the existing filed record. Specifically, the following topics raised in the Objections implicate documents that have not been filed with the existing record or have not been fully cited or accurately explained by Customer Class Counsel in their objections:

1. The origins of the Chargois Arrangement, including how this relates to the distinction between referral fees and the Chargois Arrangement;
2. Relatedly, the steps taken by Labaton and Chargois to recruit ATRS as a client;
3. The initiation of retention of experts during the Master's investigation by Customer Class Counsel (and not the Special Master);
4. ATRS's knowledge of the Chargois Arrangement;
5. Labaton's responsibility to inform the Court of the Chargois Arrangement and the reasons why the Special Master recommended disgorgement by Labaton and not by other Customer Class Counsel;
6. The Special Master's use of Professor Gillers' expertise; and
7. Further explication on the Special Master's distinction between staff attorneys and agency/contract attorneys in order to address objections filed by Lieff Cabraser.

**Barrett & Singal**
One Beacon Street, Suite 1320
Boston, MA 02108-3106
T 617.720.5090
F 617.720.5092
www.barrettsingal.com

Honorable Mark L. Wolf
United States District Court
July 6, 2018
Page 2



    The Special Master in nowise implies, in seeking such guidance, that the Court's own review of the record would be inadequate to ascertain the facts necessary to its determination of the issues in this matter. Rather, the Master suggests that the deep familiarity with the filed and unfiled record compiled by the Master and his team may be of great assistance to the Court and facilitate its review of the myriad objections filed by Customer Class Counsel.

    Respectfully submitted,

    William F. Sinnott
    Counsel to the Special Master