UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 12-11698-MLW |

<u>ORDER</u>

WOLF, D.J.                                                                          July 9, 2018

    It is hereby ORDERED that:

    1. The Special Master's Motion for Leave to File Letter With Court (Under Seal) (Docket No. 381) is ALLOWED.

2. In view of the presumption of public access to court records which has not been overcome, the Special Master's Motion to Seal Special Master's Letter Submitted to Court (Under Seal) (Docket No. 382) is DENIED. Therefore, Docket Nos. 381, 382, and 383 are UNSEALED.

3. Pursuant to paragraph 12(b) of the May 31, 2018 Order (Docket No. 237), the Master shall file, under seal to permit appropriate redactions, any additional documents or information developed in his investigation. The parties shall confer promptly and, within seven days of the Master's submission, file redacted versions of the additional documents for the public record if they have reached agreement on redactions. If they have disagreements, each party shall file under seal its proposed redactions, with a memorandum explaining its position.

4. The court is reserving judgment on whether the Master should respond to the objections of Customer Class Counsel and explain the implications of documents cited by them until the Master's future role in these proceedings, if any, is determined.

/s/ Mark L. Wolf
_____
UNITED STATES DISTRICT JUDGE