# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>State Street Bank and Trust Company,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>State Street Bank and Trust Company,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>State Street Bank and Trust Company,<br><br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 12-11698-MLW |

**MOTION TO IMPOUND**
**KELLER ROHRBACK'S NOTICE OF EXCEPTIONS TO ECF 359 AND ECF 361**

Pursuant to Fed. R. Civ. P. 7(b) and District of Massachusetts Local Rule 7.2, Keller Rohrback L.L.P. ("Keller Rohrback") respectfully moves to impound its Notice of Exceptions to ECF 359 and ECF 361 ("Notice of Exceptions"). As grounds for this motion, Keller Rohrback states as follows:

1. The Notice of Exceptions includes references to and citations to portions of Exhibit 37 of the Special Master's Report that are currently under seal and if unsealed, might still be subject to Court-approved redactions. Accordingly, this document is subject to the protocol that the parties proposed for filing additional documents from the record. *See* ECF No. 259. Accordingly, there is good cause pursuant to D. Mass. L.R. 7.2 to impound the unredacted version of the Notice of Exceptions.

2. As set forth in the referenced protocol, Keller Rohrback seeks to file an *unredacted* version of this document under seal. Keller Rohrback has filed via ECF a *redacted* version of the Notice of Exceptions and has indicated, by way of this motion, that an unredacted version is being filed under seal.

3. Keller Rohrback has contacted other counsel and counsel for the Special Master regarding the substance of this motion. Lieff Cabraser Heimann & Bernstein LLP, McTigue Law LLP, the Thornton Law Firm, State Street, Zuckerman Spaeder LLP, and Labaton Sucharow have all responded that they do not oppose the relief requested herein. As of the time of this filing, the Special Master (through counsel) has not yet responded.

WHEREFORE, for the reasons set forth herein, Keller Rohrback respectfully requests that the Court impound the unredacted version of the Notice of Exceptions.

RESPECTFULLY SUBMITTED this 10th day of July, 2018.

                              KELLER ROHRBACK L.L.P.

                              By: */s/ Lynn Lincoln Sarko*
                                  Lynn Lincoln Sarko
                                  Laura R. Gerber
                                  1201 3rd Avenue, Suite 3200
                                  Seattle, WA  98101
                                  Tel.: 206-623-1900
                                  Fax: 206-623-3384
                                  lgerber@kellerrohrback.com
                                  lsarko@kellerrohrback.com

                                  *Counsel for The Andover Companies*
                                  *Employee Savings and Profit Sharing Plan*
                                  *and James Pehoushek-Stangeland*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed via the ECF system will be sent electronically to all counsel of record on July 10, 2018.

/s/ Lynn Lincoln Sarko
Lynn Lincoln Sarko
