# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEMS, on behalf of itself and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | C.A. No. 11-10230-MLW |
| v. | § § | |
| State Street Bank and Trust Company, | § § | |
| Defendants. | § § | |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, | § § § § § § | |
| Plaintiff, | § § | C.A. No. 11-12049 – MLW |
| v. | § § | |
| State Street Bank and Trust Company, | § § | |
| Defendants. | § § | |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of its, and JAMES PEHOUSHEK-STANGELAND, and those similarly situated, | § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 12-11698-MLW |
| State Street Bank and Trust Company, | § § | |
| Defendants. | § § | |

## MOTION TO IMPOUND
## ZUCKERMAN SPAEDER'S NOTICE OF EXCEPTION
## TO ECF 359, ECF 361 AND ECF 367

6474049.1

Pursuant to Fed. R. Civ. P. 7(b) and District of Massachusetts Local Rule 7.2, Zuckerman Spaeder LLP respectfully moves to impound its Notice of Exception to ECF 359, ECF 361 and ECF 367 ("Notice of Exception"). As grounds for this motion, Zuckerman states as follows:

1.      The Notice of Exception includes references to and citations to deposition testimony that is currently under seal and if unsealed, might still be subject to Court-approved redactions. Accordingly, this document is subject to the protocol that the parties proposed for filing additional documents from the record. *See* ECF No. 259. Accordingly, there is good cause pursuant to D. Mass. L.R. 7.2 to impound the unredacted version of the Notice of Exceptions.

2.      As set forth in the referenced protocol, Zuckerman seeks to file an *unredacted* version of this document under seal. Zuckerman has filed via ECF a *redacted* version of the Notice of Exceptions and has indicated, by way of this motion, that an unredacted version is being filed under seal.

3.      Zuckerman has contacted other counsel and counsel for the Special Master regarding the substance of this motion. McTigue Law LLP, Keller Rohrback, L.L.P., State Street Bank (through counsel) and the Special Master (through counsel) have consented. Thornton Law Firm (through counsel) has responded, no position. Lieff Cabraser Heimann & Bernstein LLP and Labaton Sucharow have not responded as of the time of this motion.

WHEREFORE, for the reasons set forth herein Zuckerman respectfully requests that the Court impound the unredacted version of the Notice of Exceptions.

RESPECTFULLY SUBMITTED this 12th day of July, 2018.

ZUCKERMAN SPAEDER LLP


By: /s/ Carl S. Kravitz

6474049.1

Carl S. Kravitz
Michael R. Smith
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel: 202-778-1800
Fax: 202-822-8106
ckravitz@zuckerman.com
msmith@zuckerman.com

*Counsel for Arnold Henriquez*

6474049.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed via the ECF system will be sent electronically to all counsel of record on July 12, 2018.

/s/ Carl S. Kravitz
Carl S. Kravitz

6474049.1