# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>      Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>      Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>      Defendant. | No. 12-cv-11698 MLW |

**CUSTOMER CLASS COUNSELS' MOTION
FOR LEAVE TO FILE REPLY TO SPECIAL MASTER'S  RESPONSE TO
THEIR MOTION FOR AN ACCOUNTING, AND FOR CLARIFICATION THAT THE
<u>MASTER'S ROLE HAS CONCLUDED</u>**

Labaton Sucharow LLP, Lieff Cabraser Heimann & Bernstein LLP, and The Thornton Law Firm ("Customer Class Counsel") respectfully move for leave to file a reply memorandum in support of their Motion for an Accounting, and for Clarification that the Master's Role Has Concluded, filed under seal on June 19, 2018. Customer Class Counsel seek to respond to arguments advanced by the Special Master in his Response to Customer Class Counsels' Motion for an Accounting, and for Clarification that the Master's Role has Concluded, which was filed under seal on July 3, 2018. Customer Class Counsels' proposed reply memorandum is limited to eight pages and is attached as <u>Exhibit A</u> to this Motion.[1]

Customer Class Counsels' proposed reply memorandum addresses, in focused fashion, arguments set forth in the Master's Reponse.

WHEREFORE, Customer Class Counsel respectfully request that the Court grant their motion for leave.

---

[1] Customer Class Counsels' Motion for Leave to File a Reply is being filed via ECF, along with Customer Class Counsels' Motion to Impound their Proposed Reply. Customer Class Counsels' Proposed Reply, which is <u>Exhibit A</u> to this motion, is subject to their pending Motion to Impound and is thus being filed conventionally under seal.

Dated: July 13, 2018

Respectfully submitted,

By: */s/ Joan A. Lukey*
Joan A. Lukey (BBO No. 307340)
Justin J. Wolosz (BBO No. 643543)
Stuart M. Glass (BBO No. 641466)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel.: (617) 248-5000
Fax: (617) 248-4000
joan.lukey@choate.com
jwolosz@choate.com
sglass@choate.com

*Counsel for Labaton Sucharow LLP*

By: */s/ Richard M. Heimann*
Richard M. Heimann (*pro hac vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000
Fax: (415) 956-1008
rheimann@lchb.com

*Attorney for Lieff Cabraser Heimann & Bernstein, LLP*

By: */s/ Brian T. Kelly*
Brian T. Kelly, Esq. (BBO No. 549566)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Tel.: (617) 345-1000
Fax: (617) 345-1300
bkelly@nixonpeabody.com

*Counsel for The Thornton Law Firm LLP*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Labaton's counsel, on behalf of Customer Class Counsel, contacted other counsel in this case in order to confer regarding the substance of this motion. State Street does not oppose the motion. Zuckerman Spaeder LLP, McTigue Law LLP and Keller Rohrback take no position on the relief requested. Counsel for the Special Master have not indicated their position as of the time of filing.

                                                                */s/ Joan A. Lukey*
                                                                Joan A. Lukey

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record on July 13, 2018.

                                                                */s/ Joan A. Lukey*
                                                                Joan A. Lukey