**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>       Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>       Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>       Defendant. | No. 12-cv-11698 MLW |

**CUSTOMER CLASS COUNSELS' MOTION TO IMPOUND PROPOSED REPLY TO SPECIAL MASTER'S RESPONSE TO THEIR MOTION FOR AN ACCOUNTING, AND FOR CLARIFICATION THAT THE <u>MASTER'S ROLE HAS CONCLUDED</u>**

Pursuant to Fed. R. Civ. P. 7(b) and District of Massachusetts Local Rule 7.2, Labaton Sucharow LLP, Lieff Cabraser Heimann & Bernstein LLP, and The Thornton Law Firm ("Customer Class Counsel") respectfully move to impound their Proposed Reply to the Special Master's Response to Their Motion for an Accounting, and for Clarification that the Master's Role Has Concluded (the "Proposed Reply"), which is <u>Exhibit A</u> to Customer Class Counsels' Motion for Leave to File Reply to Special Master's Response to Their Motion for an Accounting, and for Clarification that the Master's Role Has Concluded.[1]

1. On May 16, 2018, this Court issued an Order confirming that the Special Master's Report and Recommendations, the related Executive Summary, and all attached exhibits (collectively, the "Master's Submission") were under seal in their entirety, and setting forth a process by which the parties could seek redactions so that a public version could be unsealed. ECF 223.  On June 28, 2018, the Court unsealed the Report and Recommendations (with limited redactions) and the Executive Summary.  ECF 357; 357-1.

2. On June 19, 2018, Customer Class Counsel filed their Motion for an Accounting, and for Clarification that the Master's Role Has Concluded (the "Motion").  ECF 302.  Customer Class Counsels' Memorandum in Support of their Motion, along with the supporting June 19, 2018 Transmittal Declaration of Joan A. Lukey, referenced information discussed in the Master's Report and Recommendations, along with other information that was under seal (some of which has not been unsealed).  *See* ECF 301.  Thus, pursuant to this Court's orders, Customer Class Counsel filed their Memorandum and the Lukey Transmittal Declaration under seal.  *See id.*

---

[1] Customer Class Counsels' Motion for Leave to File a Reply to Special Master's Response to Their Motion for an Accounting, and for Clarification that the Master's Role Has Concluded is being filed on ECF, while <u>Exhibit A</u> to that Motion (i.e., Customer Class Counsels' Proposed Reply) is being filed conventionally under seal.

1

3.     In its June 28, 2018 Order, the Court directed the Master to respond to Customer Class Counsels' Motion.  ECF 364.  The Master filed his Response under seal on July 3, 2018, and a redacted version of his Response under seal on July 5, 2018.

4.     Although Customer Class Counsel do not believe that the Proposed Reply contains information that needs to be sealed, it contains discussion of the Master's Response, which remains sealed.  Accordingly, in an abundance of caution, Customer Class Counsel move pursuant to D. Mass. L.R. 7.2 to impound their Proposed Reply until this Court's further order.

WHEREFORE, for the reasons set forth herein, Customer Class Counsel respectfully request that the Court temporarily impound their Proposed Reply to the Special Master's Response to Their Motion for an Accounting, and for Clarification that the Master's Role Has Concluded, which is <u>Exhibit A</u> to Customer Class Counsels' Motion for Leave to File Reply to Special Master's Response to Their Motion for an Accounting, and for Clarification that the Master's Role Has Concluded.

Dated: July 13, 2018                          Respectfully submitted,

By: */s/ Joan A. Lukey*
Joan A. Lukey (BBO No. 307340)
Justin J. Wolosz (BBO No. 643543)
Stuart M. Glass (BBO No. 641466)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel.: (617) 248-5000
Fax: (617) 248-4000
joan.lukey@choate.com
jwolosz@choate.com
sglass@choate.com

*Counsel for Labaton Sucharow LLP*

By: */s/ Richard M. Heimann*
Richard M. Heimann (*pro hac vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000
Fax: (415) 956-1008
rheimann@lchb.com

*Attorney for Lieff Cabraser Heimann & Bernstein, LLP*


By: */s/ Brian T. Kelly*
Brian T. Kelly, Esq. (BBO No. 549566)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Tel.: (617) 345-1000
Fax: (617) 345-1300
bkelly@nixonpeabody.com

*Counsel for The Thornton Law Firm LLP*


**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Labaton's counsel, on behalf of Customer Class Counsel, contacted other counsel in this case in order to confer regarding the substance of this motion. State Street does not oppose the motion. Keller Rohrback and McTigue Law LLP take no position on the relief requested. Zuckerman Spaeder LLP and counsel for the Special Master have not indicated their positions as of the time of filing.

*/s/ Joan A. Lukey*
Joan A. Lukey

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record on July 13, 2018.

                                                */s/ Joan A. Lukey*
                                                Joan A. Lukey