# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>                Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>                Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>                Defendant. | No. 12-cv-11698 MLW |

**LABATON SUCHAROW LLP'S MOTION FOR PARTIAL STAY PENDING
<u>RESOLUTION OF PETITION FOR WRIT OF MANDAMUS</u>**

Pursuant to Federal Rule of Civil Procedure 7(b) and Local Rule 7.1, Labaton Sucharow LLP ("Labaton") respectfully moves for a temporary stay of any substantive decisions[1] by the Court, pending a determination by the United States Court of Appeals for the First Circuit of Labaton's Petition for Writ of Mandamus, filed on July 6, 2018.  Labaton has asked the Court of Appeals to direct this Court to vacate its order denying Labaton's motion for recusal pursuant to § 455(a), and to recuse itself from this case.  For the reasons set forth in the accompanying memorandum of law, which is incorporated herein, this Court should refrain from taking further substantive action in this case until the Court of Appeals has the opportunity to rule on, and resolve, the petition.

WHEREFORE, for the reasons set forth herein, Labaton respectfully requests that the Court grant a partial stay, and defer any substantive decisions pending the resolution by the United States Court of Appeals for the First Circuit of Labaton's Petition for Writ of Mandamus.

---

[1] In order to avoid unnecessary delay, Labaton is not asking the Court to stay the deadlines for the parties to submit proposed redactions, nor is Labaton asking the Court to refrain from making decisions regarding the timing and substance of redaction requests.  Labaton's motion is directed at all substantive decisions, including, without limitation, action on the Special Master's Report and Recommendation (and the objections thereto), as well as action on Customer Class Counsels' Motion for an Accounting, and for Clarification that the Master's Role Has Concluded (ECF No. 302).

Dated: July 13, 2018

Respectfully submitted,

By: */s/ Joan A. Lukey*
    Joan A. Lukey (BBO No. 307340)
    Justin J. Wolosz (BBO No. 643543)
    Stuart M. Glass (BBO No. 641466)
    CHOATE, HALL & STEWART LLP
    Two International Place
    Boston, MA 02110
    Tel. (617) 248-5000
    Fax: (617) 248-4000
    joan.lukey@choate.com
    jwolosz@choate.com
    sglass@choate.com

*Counsel for Labaton Sucharow LLP*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Labaton's counsel contacted other counsel in this case in order to confer regarding the substance of this motion. Lieff Cabraser Heimann & Bernstein LLP does not object. The Thornton Law Firm, State Street, Keller Rohrback L.L.P., and Zuckerman Spaeder LLP take no position. McTigue Law LLP and Counsel for the Special Master oppose.

*/s/ Joan A. Lukey*
Joan A. Lukey

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record on July 13, 2018.

*/s/ Joan A. Lukey*
Joan A. Lukey