UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARKANSAS TEACHER RETIREMENT SYSTEM,
on behalf of itself and all others
similarly situated,

        Plaintiff,

vs.

STATE STREET BANK AND TRUST COMPANY,

        Defendant.
_____/

No. 11-cv-10230-MLW

ARNOLD HENRIQUEZ, MICHAEL T. COHN,
WILLIAM R. TAYLOR, RICHARD A.
SUTHERLAND, and those similarly situated,

        Plaintiffs,

vs.

STATE STREET BANK AND TRUST COMPANY,

        Defendant.
_____/

No. 11-cv-12049-MLW

THE ANDOVER COMPANIES EMPLOYEE
SAVINGS AND PROFIT SHARING PLAN, on
Behalf of itself, and JAMES PEHOUSHEK-
STANGELAND and all others similarly situated,

        Plaintiffs,

vs.

STATE STREET BANK AND TRUST COMPANY,

        Defendant.
_____/

No. 12-cv-11698-MLW

**SPECIAL MASTER'S SUBMISSION OF THE FINAL REDACTED EXHIBITS
TO THE MASTER'S REPORT & RECOMMENDATIONS**

As part of the post-Report proceedings, the Court ordered counsel for the plaintiff class and State Street (collectively "the Law Firms") to propose redactions to the Special Master's Report & Recommendations, Executive Summary, and exhibits filed therewith. Dkt. # 237, pp. 2-3. The Court directed the Special Master to respond to promptly those exhibits.[1] *Id.*, p. 3.

On June 22, 2018, the Court held a closed hearing at which it heard argument from the Law Firms and the Special Master as to their respective positions on various categories of redactions proposed to the Master's Report & Recommendations and Executive Summary. Several of these categories applied to the proposed redactions to the exhibits, as well. On June 28, 2018, the Court issued an Order ruling on each category of proposed redactions and providing the parties guidance for the remaining redactions. Dkt. # 356. The Court further directed the parties to confer and, to the extent that redactions were agreed upon, to file redacted versions of the Report exhibits by July 10, 2018.[2] *Id*. That same day, the Court made the Master's Report & Recommendations and Executive Summary, in redacted form, available to the public.

On July 5, 2018, State Street and the Special Master, with the assent of all parties, jointly moved for a brief extension, until July 20, 2018, to complete the meet and confer process for the

---

[1] The parties were ordered to confer to attempt to resolve and narrow redaction issues during the review process. *Id*. The May 31, 2018 Order originally directed the Master to respond to the proposed redactions to the Report exhibits by June 18, 2018. Dkt. # 237. Due to the large volume of individual redactions proposed by the Law Firms, on June 13, 2018, the Special Master moved for additional time to submit responses. Dkt. # 296. The Court issued a sealed Order on June 14, 2018, allowing that request in part and denying it in part. Dkt. # 299. On June 21 and June 22, 2018, the Special Master filed and served responses to a portion, but not all, of the redactions proposed by the Law Firms.

[2] For clarification as to the Master's role, the Special Master filed a motion seeking the Court's guidance on the best way to proceed after the Court's issuance of its June 28, 2018 Order. Dkt. # 366. In response to that filing, the Court ordered the Special Master to continue working collaboratively with the Law Firms to resolve any remaining areas of disagreement over proposed redactions to the Report exhibits. Dkt. # 372.

remaining redactions. Dkt. # 380. The Court allowed the requested extension. Thereafter, the parties worked diligently and collaboratively to reach a consensus on the redacted versions of the exhibits.

The Special Master has sent the Court a complete set of exhibits to his Report & Recommendations, containing the appropriate redactions.[3]

| | |
|---|---|
| Dated: July 20, 2018 | Respectfully submitted, |

**SPECIAL MASTER HONORABLE GERALD E. ROSEN (RETIRED),**

By his attorneys,

　　/s/  William F. Sinnott　　
William F. Sinnott (BBO #547423)
Elizabeth J. McEvoy (BBO #683191)
BARRETT & SINGAL, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090
Facsimile: (617) 720-5092
Email: wsinnott@barrettsingal.com
Email: emcevoy@barrettsingal.com

## CERTIFICATE OF SERVICE

I hereby certify that this Notice of Appearance was filed electronically on July 20, 2018 and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing ("NEF").  Paper copies were sent to any person identified in the NEF as a non-registered participant.

　　/s/  William F. Sinnott　　
William F. Sinnott

---

[3] The Special Master has provided the Court with two CDs: (1) a disc containing a complete set of exhibits to the Master's Report, a large number of which contain partial or complete redactions; and (2) a disc containing courtesy copies of the exhibits in substantially unredacted form, which depicts which portions of the various exhibits were redacted in the publicly-filed versions.