# EX. 17

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     DISTRICT OF MASSACHUSETTS
 3
     Case No. 11-cv-10230 MLW
 4   - - - - - - - - - - - - - - - - - - - -x
 5   ARKANSAS TEACHER RETIREMENT SYSTEM,
     et al.,
 6
                           Plaintiffs,
 7
              -against-
 8
     STATE STREET BANK AND TRUST COMPANY,
 9
                           Defendant.
10
     - - - - - - - - - - - - - - - - - - - -x
11
     JAMS
12   Reference No. 1345000011
     - - - - - - - - - - - - - - - - - - - -x
13
     In Re:  STATE STREET ATTORNEYS' FEES
14
     - - - - - - - - - - - - - - - - - - - -x
15
                           June 14, 2017
16                         12:26 p.m.
17
     B e f o r e :
18
              SPECIAL MASTER HON. GERALD ROSEN
19            United States District Court (Retired)
20
              Deposition of ERIC BELFI, taken by
21
22   Counsel to the Special Master, held at the
23   offices of JAMS, 620 Eighth Avenue, New York,
24   New York, before Helen Mitchell, a Registered
25   Professional Reporter and Notary Public.
```



Page 6 [redacted]

Page 7 [redacted]

Page 8 [redacted]

Page 9

```
 1                  Belfi
 2  prosecuting cases.
 3            After that, I joined a firm
 4  that went through a number of different name
 5  iterations, but the last was Murray Frank &
 6  Sailer.  That's S-a-i-l-e-r.
 7            After working there, I joined
 8  the Labaton firm in May of 2006, and I have been
 9  a partner at Labaton Sucharow since May of 2006
10  to present.
11       Q    And what kind of work have you
12  done?  What practice areas have you engaged in
13  at Labaton since May of 2006?
14       A    I primarily worked with client
15  relationships.
16            When I joined the Labaton firm
17  in 2006, I had a number of institutional
18  relationships that I brought over to Labaton,
19  and since 2006 I've expanded those
20  relationships, and I work with many of the
21  firm's clients, and I'm the direct contact, you
22  know, updating my cases and keeping apprised of
23  new cases that are out there.
24       Q    Let me direct your attention,
25  Eric, to the State Street case, and ask you to
```



Page 10

Page 11

Page 12

Page 13

```
 1            Belfi
 2     if I can go any further as far as
 3     client communications here.
 4          MS. LUKEY:  In terms of
 5     conversation with him?
 6          THE WITNESS:  Yes.
 7          MS. LUKEY:  If it's important
 8     to you, we can go have him ask George.
 9     Q     No, I think you've kind of
10     given me what I was looking for with that
11     question.  Obviously, feel free with future
12     questions.
13          Had you dealt with George
14     previously?
15     A     We had represented Arkansas in
16     a couple of cases before.
17          Arkansas was a -- had been a
18     firm client prior to George arriving, and at the
19     time we may have represented them on maybe two
20     or three cases.
21     Q     And how did you wind up
22     becoming the relationship partner with ARTRS?
23     A     I just got to know George.  We
24     reached out to him, and I got to know him, and
25     the two of us got along really well, and so then
```

Page 50

Belfi

respective disclosures?
 A    I don't know. I just was told it was significant.
      And we regularly deal with very large volumes of documents, so if someone told me it was significant, I would assume that it was quite a few pages.
 Q    Now, on January 9th, 2015, if I were to say that you entered time for strategy and discovery issues, would that refresh your memory as to when that later disclosure came? Does that sound about right?
 A    That sounds about right.
 Q    At that time or some other time, Eric, was there a discussion about sharing of costs for document review?
 A    Yes.
 Q    Tell us about that, as best you remember.
 A    My recollection was we knew these documents were coming in, and we had to find a way to make sure that we reviewed them, and I think we had to review them fairly quickly because, as we've been talking, this case was

Page 51

Belfi

going on for a long time, so I think people wanted to, you know, really get through the review quickly. So the strategy was to -- was to build a big group of reviewers so that we could get through the documents quickly.
      And we talked about back when you did the interview, I was concerned about the status of where the case was, and the risk to our firm, so I wanted to make sure that this review was shared equally among the three firms and that we weren't going to just bear all the heavy lifting. So there was a process that was started to try to figure out a way for us to have these documents reviewed between our firm, the Lieff firm and the Thornton firm.
 Q    And were you part of that process?
 A    The only way I was -- the only part I was part of the process was Garrett Bradley contacted me and asked if we could hire some reviewers for his firm, since we had the setup in our office to review documents since we were doing this on a regular basis, where the Thornton firm did not do this. And I said that

Page 52

Belfi

I would talk to my people to make this happen for them.
      JUDGE ROSEN: Now, when he said "hire," did he use the word "hire" in the sense of going out and getting new people, or allocating your existing people to Thornton? Or didn't you have an understanding either way?
      THE WITNESS: I didn't have an understanding either way.
      I would not have gotten into that granularity of that analysis, because we have a number of people that -- that deal with that issue, and I -- I basically would have just said, you know, "See what you can figure out with -- with the Thornton firm so that we can get them reviewers."
      And maybe they would have been existing, they could have been ones that we would have to go out and hire, but they knew we had a really good source of document reviewers.

Page 53

Belfi

BY MR. SINNOTT:
 Q    Did Garrett and you discuss designating attorneys by name that would be considered to be Thornton attorneys, but working at Labaton?
 A    We never would have gotten anywhere near that granularity.
      I don't even think we discussed -- we may have discussed numbers. I just was focused on making sure that we were dividing it three ways.
 Q    So that everyone could share the cost and the risk?
 A    Correct.
      JUDGE ROSEN: One of the things that we've been talking to people about and asking questions about is why the allocation of these attorneys to Thornton, and allowing them to claim the fees for them. The fee petition would have been the same if they were working for you, working for Lieff, so why allocating them?
      They could have -- Thornton, to