# EX. 19

Page 1

1  UNITED STATES DISTRICT COURT
   DISTRICT OF MASSACHUSETTS
2  Case No. 11-cv-10230 MLW
   - - - - - - - - - - - - - - - - - - - -x
3
   ARKANSAS TEACHER RETIREMENT SYSTEM,
4  et al.,
                              Plaintiffs,
5
                    -against-
6
   STATE STREET BANK AND TRUST COMPANY,
7                             Defendant.
   - - - - - - - - - - - - - - - - - - - -x
8  JAMS
   Reference No. 1345000011
9  - - - - - - - - - - - - - - - - - - - -x
   In Re:  STATE STREET ATTORNEYS' FEES
10 - - - - - - - - - - - - - - - - - - - -x
                              July 17, 2017
11                            8:40 a.m.
12    B e f o r e :
13
14 SPECIAL MASTER HON. GERALD ROSEN
15 United States District Court, Retired
16 Deposition of RICHARD M. HEIMANN, taken
17 by Counsel to the Special Master, held at
18 the offices of JAMS, 620 Eighth Avenue, New
19 York, New York, before Jessica Taft, a
20 Registered Professional Reporter and Notary
21 Public.
22
23
24
25



**Page 9**

```
 1            R. HEIMANN
 2    be reduced.
 3         "(e), whether any misconduct
 4    occurred in connection with such
 5    awards and if so,(f), whether it
 6    should be sanctioned."
 7         So that's why we are here.  At
 8    this point, I would like to begin the
 9    examination of Mr. Heimann.
10 BY MR. SINNOTT:
11    Q   Good morning, Richard.
12    A   Good morning.
13    Q   Richard, could you tell us
14 something about your background beginning
15 with your education?
16    A   I graduated from the University
17 of Florida in 1969 with a degree in
18 business; from Georgetown Law School in 1972
19 with a J.D.
20        My first job out of law school
21 was as a deputy public defender with the
22 public defender's office in Philadelphia.
23        After several years there I moved
24 to California, and my first job in
25 California was as a deputy district attorney
```

R. HEIMANN

1
2 in Tulare County, which is in the Central
3 Valley of California.  I was there for a
4 year and a half or so, and I then moved to
5 the San Francisco Bay area where I was
6 employed by a sole practitioner in Oakland
7 in a general civil litigation and trial
8 practice.  I was with him for several years
9 and then I left and formed my own firm in
10 what we call the East Bay in the San
11 Francisco area, two-person firm.  Again, a
12 general civil litigation trial practice.
13       So that was in about 1980 I have
14 gotten up to.  And then in 1985 or 6 I left
15 that firm and joined together with Bob Lieff
16 and Elizabeth Cabraser to found the firm
17 Lieff, Cabraser and Heimann, in my view.
18 Lieff has a different view of when the firm
19 was founded.  And I have been with that firm
20 since then, which has grown over the years
21 both in terms of the numbers of attorneys
22 and in terms of the practice areas.
23       When we began in 1985 or '86 it
24 was primarily a practice in class-action
25 litigation, securities cases mostly.  So

R. HEIMANN

1
2 that brings us to the present day.
3    Q    And tell us in general terms,
4 Richard, what the practice is nowadays.  How
5 has it evolved from those early days?
6    A    Certainly.  We currently
7 practice -- I made notes to myself so I
8 wouldn't forget.
9       We have a securities and
10 financial practice group as one.  That is
11 the firm, that is the group that I head up.
12 We have an antitrust practice as well, an
13 employment practice, a consumer or consumer
14 fraud practice, a mass tort practice, which
15 is primarily in the area of product
16 liability involving medical devices and
17 pharmaceuticals.
18       We also have an individual high
19 damage tort practice, meaning one-off cases
20 as opposed to the mass torts.
21       Then we have a noninjury product
22 liability product practice.  I think that's
23 a fair way to describe it.  And then we also
24 do qui tam.

R. HEIMANN

1
2 obviously we will get into some details
3 later, could you give in general terms an
4 idea as to what your role was in the State
5 Street litigation?
6    A    The only role I played with
7 respect to the State Street case was at the
8 very outset of it.  It goes back I think to
9 2008 or 2009.
10       I was present at a meeting -- I
11 believe it was in Sacramento -- with the
12 California Attorney Generals or
13 representatives from the California Attorney
14 General when we interviewed the relator,
15 what became the relator in the State Street
16 case, who was a fellow who was an actual
17 trader, foreign exchange trader at State
18 Street.
19       The balance of my involvement in
20 State Street was attempting to obtain a
21 class representative, to serve as a class
22 representative in a class action.  And I met
23 or spoke with a number of potential class
24 representatives, primarily the folks from
25 ███████████████.  I know that I met

R. HEIMANN

1
2 with them on at least one, maybe two
3 occasions and spoke with them by telephone a
4 number of times.  Beyond that, I really
5 didn't have any role.
6    Q    Did any of those potential
7 plaintiffs work out of the ████████
8 █████████████  or others?
9    A    No.
10    Q    And, Richard, at that meeting in
11 Sacramento with the relator and the
12 California Attorney General, who else was
13 present, as best you can remember?
14    A    Yeah.  I think Bob Lieff was
15 there.  There would have been at least two
16 folks from the Attorney General's Office.
17 There must have been somebody, I would have
18 thought, from the Thornton Law Firm, but I
19 can't remember for sure.
20    Q    Okay.  And as far as the firm's
21 decision to get involved in the State Street
22 case, were you involved in that, or was that
23 strictly Bob Lieff's call?
24    A    It wasn't Bob Lieff's call.  I am
25 not sure Bob was even with the firm at the



Page 18

1          R. HEIMANN
2  retained us on an hourly basis.  That's the
3  case that I know about.
4          The other cases that we have had
5  as hourly cases I did not have any
6  involvement in that I recall and knew very
7  little about.
8      Q    Okay.  Has the firm worked, has
9  the firm used hourly rates in mass tort
10 class actions, to your knowledge?
11     A    Well, in the sense that in all of
12 the cases that we are involved in, we
13 maintain the time devoted to the case on a
14 contemporaneous basis.  We record our time,
15 and whether or not we are going to be
16 compensated on an hourly basis or not and --
17 I am sorry, I lost your question now.
18     Q    Has it used the hourly rate in
19 mass tort in class actions?
20     A    We used -- the hourly rates that
21 are set annually for the lawyers are used
22 for all of the cases regardless of the
23 practice area.  So, yes, they retain or
24 maintain our time for mass tort cases even
25 though in all likelihood our time is going

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400



Page 22

Page 24

1     R. HEIMANN
2 that took place during that day, they would
3 pick a rate at the extreme ends of that,
4 whether it's a buy or a sell, depending upon
5 whether it is a buy and a sell, they would
6 collect a rate, arbitrarily a rate, that
7 most advantaged them as traders and most
8 disadvantaged the client or customer as the
9 actual principal in the trade.
10   Q  And that tactic or strategy on
11 the part of State Street was the same in
12 both the BONY Mellon case and the State
13 Street case, is that correct?
14   A  Yes.
15   Q  Now you indicated that the State
16 Street case -- the instant case was actually
17 filed first.  But is it fair to say that the
18 BONY Mellon case moved into a litigation
19 posture long before the Boston case did?
20   A  Yes.
21   Q  And were you able, was the firm
22 able to take lessons learned and experiences
23 from the BONY Mellon case and apply them to
24 the State Street case?
25   A  Yes.

Page 23

Page 25

1     R. HEIMANN
2   Q  How so?
3   A  Well, the foreign exchange trading
4 world is a mystery to those outside of it.
5     In fact, one of the reasons that
6 the custodian banks were able to conduct
7 what I will call a scheme for so long and so
8 profitably was just that, because it's not
9 apparent to somebody outside of the foreign
10 exchange world what's going on behind the
11 doors of the trading activities.
12     So, I am sorry, I have lost your
13 question now.  Can you tell me again?
14   Q  I believe my question was in what
15 way did the, your work on the BONY Mellon
16 case inform you in the State Street Trust
17 case?
18   A  So we learned in the course of
19 the discovery in the BONY Mellon case all of
20 the intricacies about how the trading took
21 place and how the banks dealt with their
22 customers.  And we learned the language and
23 we learned -- which is not easy.  They have
24 their own vernacular inside the foreign
25 exchange trading.  And so we learned how it

7 (Pages 22 - 25)

R. HEIMANN

1
2 operated and that, by the way, was not easy.
3      For example, I took depositions
4 of a number of people who should have had,
5 based on their positions, firsthand
6 knowledge of exactly how the trading went on
7 inside the banks.  And if you read those
8 deposition transcripts you will see how, how
9 they fought mightily, even in the
10 depositions, to keep us from understanding
11 what really went on inside.  They obfuscated
12 continuously and tried to avoid acknowledging
13 what they had actually engaged in.  So it
14 was not a simple process to ferret out what
15 I just described a few moments ago about how
16 the transactions or the trading was actually
17 conducted.
18      And that is what we learned in
19 the course of multiple depositions and
20 document reviews and examinations in the
21 BONY Mellon case.  So we had all of that to
22 use when it came to the State Street case.
23 So we were actually, you know, any number of
24 steps beyond where we started from by the
25 time we got in to trying to look at the

R. HEIMANN

1
2 State Street documents and understand what
3 happened in the State Street side.
4    Q   And, Richard, with respect to the
5 document review, what lessons did the firm
6 learn based on the BONY Mellon case?
7    A   Well, I didn't do the document
8 review myself.  The only documents that I
9 would have reviewed were those that were
10 selected for me to review in preparation for
11 depositions.
12      What I would say generally
13 speaking, what the document reviewers would
14 have learned in the BONY Mellon examination
15 was what documents to look for and what
16 issues to focus on and where they would most
17 likely find information and documents that
18 would be useful in presenting and proving
19 the case.
20      And so that covers the gamut with
21 all of the issues that were involved.  But
22 that knowledge that you don't have at the
23 outset and you learn over time was then able
24 to be applied in the State Street case so
25 that we weren't starting from the beginning

R. HEIMANN

1
2 again.  They already were armed with all of
3 that information that they could use to
4 their advantage in reviewing State Street
5 documents.
6    Q   What member of your firm oversaw
7 the document review in the BONY Mellon case?
8    A   Well, oversaw in -- Kirti Dugar
9 certainly was involved in that and Dan
10 Chiplock, if you are talking about
11 overseeing the document reviewers performing
12 their work.
13      Beyond that, when it came time
14 for depositions, at least I did this and I
15 assume that most if not all of those that
16 were charged with taking depositions met
17 with the document review or reviewers who
18 were the ones who were responsible for
19 putting together the package for the
20 individual deponents, and went over with
21 them.  Or actually I should put it
22 differently, I took advantage of the
23 opportunity of having them walk me through
24 the documents to explain to me what the
25 documents were, why they were important, how

R. HEIMANN

1
2 they could be used and what they meant.
3      So in that sense I reviewed the
4 work of those document reviewers, but it was
5 in the sense of them teaching me what they
6 had ascertained from the document review
7 that they had done.
8    Q   Earlier you said that in the
9 ███████████████████████ matter,
10 ultimately the ████████████ ended up
11 settling the case on their own.
12      But is it fair to say that Lieff
13 had an active role in the case for some
14 time?
15    A   Well, active in the sense that we
16 put the case together for them based on the
17 information that we had from the relators
18 and based on the investigation that we had
19 conducted and based on the analysis,
20 particularly that Kirti Dugar had done, of
21 their own records and so forth.  And so that
22 was the information that we provided to
23 them, primarily in our efforts to induce
24 them to be willing to come forward as a
25 class representative.



Page 30

Page 32

1           R. HEIMANN
2   you are asking.
3       Q    Okay.  In the BONY Mellon case,
4   is it fair to say that Lieff was appointed
5   as co-lead counsel?
6       A    Yes.
7       Q    And what does that mean,
8   practically speaking?  What are the roles of
9   lead counsel or co-lead counsel in a matter
10  that differentiated from being just a
11  regular partner in a case?
12      A    So typically the function and
13  responsibilities of a lead or co-lead
14  counsel are set forth in an order entered by
15  the court, particularly if it's in federal
16  court, at the outset of a case.
17          But generally speaking, lead or
18  co-lead counsel is responsible for, as the
19  term implies, leading the case.  I mean in
20  making the decisions about the strategy and
21  tactics to be employed in the case, about
22  what lawyers do, what will be involved in
23  the working of the case and what they will
24  do.
25          So ultimately it is the

Page 31

Page 33

meetings in California with the attorney
23  general.

Veritext Legal Solutions
212-267-6868                www.veritext.com                516-608-2400



Page 36

```
1              R. HEIMANN
2      Q   Okay.
3      A   So in no particular order, but I
4  will say the very first one is probably as
5  important as any.  The cases were novel.
6  The pursuit of the claims against these
7  custodial banks was new and had not been
8  attempted before, to our knowledge any way.
9  So there was no track record, judicial track
10 record, that one could look to to assess the
11 likely outcome of the case.
12             So just to do this by example,
13 federal securities class actions have an
14 enormous amount of jurisprudence about them,
15 and they are highly predictable in terms of
16 the risks involved and the likely outcomes.
17 And, therefore, in some respects, they are
18 relatively simple cases despite the
19 complexity, depending upon the particular
20 case that they may have to them.
21             This was not that situation.
22 This was a situation where we didn't have
23 any kind of road map to follow, which among
24 other things means that we had no clue going
25 in as to what, how a judge would view the
```

Page 37

```
1              R. HEIMANN
2  claims in the case.
3             Secondly, and in some ways
4  related to that, there was some unfavorable
5  court decisions with respect to this notion
6  of whether or not -- in a foreign exchange
7  world, the trader, if you will, was acting
8  as a principal or an agent.  And that was a
9  huge issue as it turned out in these cases
10 because the position taken by the custodial
11 banks was that in acting as the trader for
12 foreign exchange, the banks were acting as
13 principal, not as agent for the customer.
14 And, therefore, they did not have any
15 fiduciary or any obligations to the
16 principal.  It was a caveat emptor
17 situation.
18             In fact, when I took the
19 deposition of one of the more senior people
20 at BONY Mellon, he told me that it was just
21 like your buying a car from an automobile
22 dealer.  You have no right to know what the
23 car cost the automobile dealer when you are
24 the customer buying the car.  His customers
25 had no right to know at what prices they
```



Page 38
1                    R. HEIMANN

Page 40
1                    R. HEIMANN
2

Page 39
1                    R. HEIMANN
2 trading activities and dealings with their
3 clients.  And we knew going in that we were
4 going to have to penetrate, if we were going
5 to be successful, that opaque and complex
6 way in which they did business to get to the
7 actual facts that would prove our case.
8         In addition, there was a term
9 that we used or that was used by, in the
10 industry, best execution.
11         Best execution in the equity
12 world has a fairly well-understood meaning.
13         (Thereupon, Jonathan Axelrod
14     entered the deposition via
15     teleconference.)
16     Q   If you would continue, Richard.
17 Thank you.
18

Page 41
1                    R. HEIMANN
2



Page 50

Page 52

```
 1            R. HEIMANN
 2  distinction that I am aware of between the
 3  work that's assigned to attorneys who are
 4  employed by the firm directly and those that
 5  are employed through an agency.  There is no
 6  difference between the expectations for the
 7  work to be performed by those lawyers.
 8  There is no distinction with respect to the
 9  quality of the work that is expected to be
10  performed by those lawyers.  There is no
11  distinction between how those lawyers are
12  trained to to their work.  There is no
13  distinction between how they are supervised
14  in connection with the work that they do.
15  They are one and the same.
16      Q   Okay.
17          JUDGE ROSEN:  May I ask?  How
18  about in the expectation of what they
19  are to produce?
20          THE WITNESS:  Same.  No
21  difference.
22          JUDGE ROSEN:  Do agency
23  attorneys produce memorandum?
24          THE WITNESS:  Generally
25  speaking?  Certainly they can be
```

Page 51

```
 1            R. HEIMANN
 2  report their hours?
 3      A   Specifically, no, other than I am
 4  sure that they were expected to accurately
 5  and contemporaneously record the hours that
 6  they worked and to report those on a
 7  periodic basis to whomever they were
 8  supposed to report those to.
 9      Q   Is there at some point a central
10  repository for that information, as far as
11  hours worked, at the firm headquarters?
12      A   I assume so but again that's not
13  something I have specific information about.
14      Q   Do you know how the firm
15  contracts with temps or third-party staffing
16  agencies?
17      A   No.
18      Q   And to follow up on that, would
19  you know of any substantive differences
20  between the work being performed by staff
21  attorneys and those performed by contract
22  attorneys?  Is it the same, is it different
23  or don't you know?
24      A   That I do know.  It is the same.
25  It is exactly the same.  There is no
```

Page 53

```
 1            R. HEIMANN
 2  called upon to do that.
 3          JUDGE ROSEN:  In this case, do
 4  you know?
 5          THE WITNESS:  I can't tell you
 6  specifically in this case being State
 7  Street, I don't know specifically
 8  whether the lawyers who were working
 9  on document review in that case --
10  that came through agencies, whether
11  they actually did any of those
12  research memos or not.  Certainly easy
13  enough to check.
14          JUDGE ROSEN:  We heard
15  testimony of course that a number of
16  the, what we have been calling, staff
17  attorneys had prepared legal memoranda
18  either on issues or deposition
19  witness, witness memoranda based upon
20  the documents that they found in the
21  search.  We have not heard that any of
22  the agency attorneys did that.  We
23  don't know.  But we have not heard
24  that they have.
25          THE WITNESS:  Well, my
```

14 (Pages 50 - 53)

R. HEIMANN

1
2  understanding -- and I am stepping
3  somewhat outside of my role as a
4  witness, but my understand is that we
5  have copies of all of the research
6  memos that were prepared in State
7  Street.  I think we produced all of
8  those to you.  And I believe that the
9  author of those memos is identified in
10 the memo itself or in a, in e-mails.
11 So it should be a simple matter of
12 lining up the names on those memos
13 with the names of the staff attorneys
14 to see whether or not any of them were
15 prepared by attorneys that were
16 through agencies or not.
17        JUDGE ROSEN:  But you don't
18 know one way or another --
19        THE WITNESS:  I don't know.
20        JUDGE ROSEN:  -- of your
21 personal knowledge.
22        THE WITNESS:  It never occurred
23 to me that that was a matter of any
24 concern or importance.  But now that
25 you have made it a matter of concern

R. HEIMANN

1
2  or importance, I assume we will figure
3  it out.
4  BY MR. SINNOTT:
5     Q   Richard, were there any monetary
6  financial benefits to the firm in using
7  temporary attorneys over using staff
8  attorneys?
9     A   Well, I am not sure what you mean
10 by temporary attorneys.  If you mean --
11    Q   Contract, contract attorneys.
12    A   Meaning through agencies?
13    Q   Yes.
14    A   I don't know.  My guess is if
15 there is a difference, it is not much.
16    Q   In a response to one of the
17 interrogatories it was indicated that
18 several staff attorneys were paid by the
19 staffing agency and then later paid by Lieff
20 Cabraser, and three names come to mind:
21 Nutting, Bloomfield and Leggett.  Do you
22 know why?
23    A   Do you mean that they were
24 initially employed through an agency and
25 then subsequently we employed them directly?

R. HEIMANN

1
2     Q   Yes.
3     A   I don't know why.  But other
4  than, again, I will tell you, I don't know
5  how to emphasize this any more than I can,
6  we didn't make any distinction between the
7  two.
8     Q   And has that been the case in
9  past cases where you had staffing agencies
10 involved in a document review?
11    A   It has been the case since
12 forever.  I don't even know how many years
13 we started using what we are calling staff
14 or contract attorneys.  But as far as I know
15 there has never been a distinction made
16 whether they come through an agency or
17 whether they work directly for us.
18    Q   With respect to how they are
19 reported in fee petitions, has that remained
20 consistent?
21    A   Whether they are from an agency
22 or whether they are employed directly, makes
23 no difference whatsoever in terms of what we
24 assign for billing purposes, rates we assign
25 to them for billing purposes.  It doesn't

R. HEIMANN

1
2  matter.
3     Q   So if -- is it fair to say if you
4  are billing a staffing agency attorney out
5  at the same rate, let's say $415 an hour, as
6  a resident staff attorney, is the firm
7  making money on that because it is not
8  paying overhead for the staffing attorneys?
9        MR. FINEMAN:  Objection, lacks
10 foundation.
11        THE WITNESS:  I don't know.
12 Never considered it.
13 BY MR. SINNOTT:
14    Q   So you don't see any dichotomy
15 there?
16    A   I don't think what we pay any of
17 our lawyers has any relevance to what a
18 reasonable billing rate is for any of our
19 lawyers.  That's not a factor that is
20 relevant.  It's not a factor that is
21 relevant from our perspective.  And as far
22 as I know, with some outlier judges and
23 others, it's not a factor that the courts
24 consider relevant.
25        In fact, I can give you chapter

15 (Pages 54 - 57)

1              R. HEIMANN
2  and verse of courts who said it is not
3  relevant.  The relevance is what is the
4  accepted market rate for the lawyers
5  performing -- the quality of the lawyer
6  performing the work involved.  And that's
7  what you look to in terms of determining
8  what a reasonable rate is, not what that
9  lawyer is paid by the law firm for which he
10 works or she works.
11     Q   Does Lieff use paralegals for
12 document review?
13     A   Paralegals may assist lawyers in
14 conducting document review, but I don't
15 believe we use paralegals to do the
16 substantive document review.
17     Q   And why not?
18     A   Because we don't consider them
19 qualified.  We think that the document, the
20 types of document review that we do and the
21 types of cases that we are involved in
22 require the use of lawyers who are familiar
23 with both the legal and factual issues in
24 the case so that they can perform the
25 document review in a way that ultimately

1              R. HEIMANN
2  benefits the case and benefits the lawyers
3  who are going to be involved in the
4  subsequent discovery efforts.
5      Q   It is your view that that is
6  beyond the capabilities of most paralegals?
7      A   Generally speaking, I would say
8  most paralegals who don't have a legal
9  education don't have the qualifications that
10 are necessary.  Now, I am sure that we could
11 find paralegals that are bright enough and
12 well-enough informed that could conduct
13 document review at least in some
14 circumstances.  But generally speaking, no.
15     Q   Let's talk about -- do you have
16 anything on else on that, Judge?
17        JUDGE ROSEN:  No, I think we
18     have heard enough on this.
19 BY MR. SINNOTT:
20     Q   Let's talk about how hourly
21 billing rates are determined.
22        Earlier you had mentioned that
23 the executive committee, at least
24 theoretically, decides what cases acts as
25 the gatekeeper for cases.

1              R. HEIMANN
2       Does it have a role in the
3  determination of billing rates as well?
4      A   So let me make sure my comment
5  about the executive committee is not
6  misunderstood.  The executive committee does
7  make the decisions about what cases to
8  accept.  The executive committee may be
9  influenced by the presentation that the
10 advocate for the case makes, but the
11 ultimate decision is made by the executive
12 committee.
13        Now with respect to the issue of
14 hourly rates, yes, it's my understanding and
15 my experience that the executive committee
16 ultimately decides what rates on an annual
17 basis to assign to the lawyers in the firm.
18        Most of the groundwork that goes
19 into that ultimate decision is made by Steve
20 Fineman as managing partner working together
21 with Joe Dragiceuic and others in the firm,
22 and is essentially then reviewed and
23 commented upon by members of the executive
24 committee.  But ultimately the executive
25 committee makes the decision as to what

1              R. HEIMANN
2  those rates will be.
3      Q   Are you currently on the
4  executive committee?
5      A   I am.
6      Q   Were you on the executive
7  committee that determined the 2016 billing
8  rates?
9      A   I am on the executive committee
10 every other year.  Elizabeth and I trade
11 off.  So I can't tell you for sure whether I
12 was or wasn't.
13        I will say that whether I am on
14 the executive committee or not in any given
15 year, I think it's ex officio.  Is that the
16 term for it?  Where I participate in the
17 meetings when I am not an official member of
18 the executive committee, and would probably
19 almost certainly have been informed of the
20 recommendations that were made even if I
21 didn't vote.  So I would have been aware of
22 it.
23        Now I am not going to say -- when
24 I'm not on the committee I may not pay as
25 much attention as to it as I do when I am on

1          R. HEIMANN
2  committee, but I at least would have been
3  aware of it.
4     Q   Richard, based on your involvement
5  on the executive committee, is it fair to
6  say there has been an increase in billing
7  rates over time?
8     A   Yes.
9     Q   What is that attributable to?
10    A   The market.
11    Q   Can you describe the market or
12 market trends that affect the billing rates?
13    A   Sure.  I mean one thing I do know
14 is that on an annual basis and probably more
15 than on an annual basis, on an ongoing
16 basis, the management of the firm attempts
17 to understand what the trends are in the
18 market rates for hourly rates for attorneys,
19 both on the plaintiff's side in terms of
20 firms that are comparable to ours, if there
21 are any, and on the defense side for any
22 number of reasons.
23        But and I would say it is
24 probably not just for purposes of setting
25 our hourly rates, but to understand, you

1          R. HEIMANN
2  know -- for example, we are always
3  interested in what are lawyers being paid by
4  our competition.  Not that that necessarily
5  translates into issues or matters that are
6  relevant to our rates, but we have to
7  understand the market in order to be
8  competitive.
9        If we are paying lawyers $125,000
10 an hour -- $125,000 a year that are being
11 paid twice that by our competition, then we
12 are at a difficult posture, so we have to
13 understand that.  So that's all part of the
14 ongoing management of a law practice, is to
15 understand what the market rates are in
16 terms of what lawyers are being paid, what
17 the market rates are in terms of what hourly
18 rates are that are being charged and what
19 the market is to go bear.  I mean, even the
20 work -- primarily a contingent fee firm, we
21 have to understand what paying clients are
22 willing to pay as well in order to
23 understand what hourly rates are fair and
24 reasonable.
25    Q   Do you focus only on firms

1          R. HEIMANN
2  involved in class actions, or is there a
3  broader consideration; for example,
4  bankruptcy?
5     A   I don't know that we focus on
6  bankruptcy; probably don't, but we
7  certainly, we are interested in and learn
8  about hourly rates for practices other than
9  class action litigation.
10        I mean keep in mind we don't just
11 do class action litigation.  In fact,
12 probably more than 50 percent of our work is
13 not class action work.  It's in the mass
14 tort field, for example, which is typically
15 not conducted by way of class actions.
16    Q   Is actualization rates or are
17 actualization rates considered in
18 determining the billing rates, or is that
19 not a factor?
20    A   All right, let me make sure I
21 understand what the term means.  That means
22 what a law firm actually gets paid by a
23 client as opposed to what they say they are
24 getting paid?
25    Q   Yes.

1          R. HEIMANN
2     A   Yes, certainly something that we
3  consider to be relevant.
4     Q   Have you ever had a fee dispute
5  with a client in which the firm sought to
6  recover the value of services provided?
7     A   On a quantum meruit basis, for
8  example?
9     Q   Yes.
10    A   Not that I am aware of.
11    Q   With respect to associates and
12 partners, is it fair to say that the
13 principle factor in assigning a rate is
14 years out of law school?
15    A   It is certainly a factor and
16 particularly with respect to associates I
17 would imagine -- I don't know how important
18 that factor is in other people's thinking.
19        It makes sense that we would,
20 that we would try to keep the billing rates
21 for associates in line with each other in
22 terms of years of experience.  So, whether
23 it's a primary factor or not, I couldn't
24 tell you.  We would have to look
25 historically I suppose at what our billing

17 (Pages 62 - 65)

R. HEIMANN

1 rates are. I suspect it's going to turn out
2 to be an important factor, whether or not
3 it's a primary factor, if there's a
4 difference there.
5        As to partners, no, I don't think
6 years of out of school is a primary factor
7 in setting billing rates for partners. I
8 think that is much more subjective an issue
9 and really would have much more to do with
10 the track record, reputation and other
11 factors that go into assessing qualitatively
12 a lawyer's value.
13    Q   Is it fair to say that with
14 respect to staff attorneys, while the firm
15 does not go by a strict years out of law
16 school criterion, a rate equivalency is
17 associated with the staff attorneys with
18 respect to when they graduated from law
19 school?
20    A   No. We did that -- I am pretty
21 sure that in the past the years out of law
22 school for staff or contract attorneys,
23 whatever term you want to use, was a factor
24 that was considered.

R. HEIMANN

1        But more recently, particularly
2 as this whole issue has been developing in
3 the judiciary over non-partner track
4 attorneys, we have obviously followed that
5 jurisprudence closely, and we made a
6 decision effective in 2016 to set those
7 rates for contract attorneys.
8        I think we made a decision to
9 make them uniform and to base that in part
10 on the equivalency of -- I forgot what it
11 was -- a fourth-year associate or whatever,
12 but implicit in that is the understanding
13 that the staff attorneys' own personal
14 background, education, experience, years of
15 practice and so forth, has to be beyond a
16 certain level before we would actually use
17 that billing rate for them. So if we got --
18 in the unlikely event, for example, we were
19 using a contract or staff attorney that was
20 just a year out of law school, I doubt very
21 much that we would bill that person at the
22 billing rate that we are talking about; for
23 example, in this case 415 or whatever it was
24 because they wouldn't have gotten past the

R. HEIMANN

1 threshold that we would have, that would
2 exist for someone to be billed at that rate.
3    I don't know that we have any
4 such people because most, most if not all of
5 the folks that we have that fall into that
6 category have far more experience than what
7 we are talking about at the 415 level.
8    Q   Just now, Richard, you referred
9 to contract attorneys and staff attorneys
10 together.
11        Was there any differentiation
12 with respect to how the billing rates for
13 the agency attorneys would be determined?
14    A   No. And I use the term contract
15 attorneys and staff attorneys interchangeably.
16 I know -- I have actually read a case or two
17 where judges made a distinction and they
18 define one being one thing and another being
19 another. I don't think we ever considered
20 those terms to be different, at least not
21 until recently.
22    Q   My understanding from past
23 witnesses is that the BONY Mellon rates were
24 a factor in determining the rates in this

R. HEIMANN

1 case; is that correct?
2    A   I have heard that too, but I
3 don't know that independently.
4    Q   So you wouldn't know the dynamic
5 or process as to how those rates would be
6 affected by the BONY Mellon rates?
7    A   I did not know at the time and
8 anything I know about it is based upon
9 testimony that has been elicited in this
10 case or stuff I have learned in preparing
11 for depositions in this case.
12    Q   With respect to venue or geographic
13 location of a case, does the firm consider
14 that in its analysis as to what rates should
15 be charged?
16    A   Not, not -- I don't believe --
17 let me back up. You know --
18        MR. FINEMAN: Just answer the
19 question, Mr. Witness, please.
20        THE WITNESS: I am not by any
21 means the most knowledgeable person at
22 Lieff Cabraser about these, about fee
23 applications. In fact, normally I am
24 not involved in preparing fee

Page 70

1        R. HEIMANN
2    applications, which I could go into if
3    you are interested in knowing why that
4    is.
5        But with respect to do we vary
6    the rates that we include in our fee
7    applications based on the geography of
8    the court, the answer is no.  However,
9    that doesn't mean it is not relevant
10   because if we are dealing in a
11   situation, which would be unusual, but
12   if we are, say we have got a case in
13   Nashville, for example, I am making
14   one up, where I assume the market
15   rates are significantly different from
16   the market rates in San Francisco or
17   New York or Boston, for that matter.
18       We would have to necessarily
19   address that issue in the fee
20   application.  We wouldn't address it,
21   I don't think, by lowering our billing
22   rates in a submission.  But rather we
23   would make it in the form of an
24   argument to the court as to why the
25   court should accept those billing

Page 71

1        R. HEIMANN
2    rates even though they really aren't
3    in line with the market rates in the
4    legal market in Nashville.  And the
5    judge would then decide whether or not
6    to accept our billing rates or to
7    insist that the billing rates that the
8    court uses in making a fee award be
9    something less.
10       But I will add one more thing,
11   which is this:  That more often than
12   not, we don't get fee awards based on
13   our hourly billings.  We get fee
14   awards based upon a percentage of the
15   common fund so the most that --
16       (Phone interruption.)
17   BY MR. SINNOTT:
18   Q   Okay.
19   A   I think I was in the middle of an
20   answer.
21   Q   I think you were wrapping up.  We
22   were talking about the venue of rates and I
23   believe you said that the judge ultimately
24   is presented with why a rate was charged and
25   gives approval so the firm --



19 (Pages 70 - 73)

Page 74

1          R. HEIMANN
2    we are not interested in that.
3          But Judge Rosen had a couple of
4    questions on that as do I.  But why don't
5    you go ahead, Judge?
6          JUDGE ROSEN:  I thought I
7    remembered from the interviews that a
8    number of your lawyers, at least
9    historically, had had a number of
10   paying clients, and they were roughly
11   commensurate with -- if adjusted for
12   inflation, they were roughly
13   commensurate with the rates that you
14   claimed in this fee petition.
15         Was it that you were only aware
16   of the Merrill Lynch, or are you aware
17   of other paying clients?
18         And what I am getting at is:
19   When you have been on the executive
20   committee and you were involved in the
21   setting of rates, do you take into
22   account the actual rates billed to
23   paying clients?
24         THE WITNESS:  I don't recall
25   one way or the other.  I mean I was,

Page 75

1          R. HEIMANN
2    in answer to your unasked question, I
3    probably was generally aware of those
4    instances where we were doing work on
5    an hourly basis.
6          But I don't really recall, and
7    I certainly wouldn't have been aware
8    or I don't recall any of the
9    specifics.  And but I don't recall,
10   Judge, one way or the other whether in
11   any year where we were setting or
12   resetting the hourly rates for the
13   attorneys, whether we specifically
14   took into account what I would assume
15   then current cases where we were doing
16   work on an hourly basis.  There would
17   be many years, I would assume, where
18   we didn't have any hourly billing
19   clients.  But in any event I am just,
20   I just don't know the facts.
21         JUDGE ROSEN:  The larger
22   question really is, Rich, do you --
23   you remember that when you have had --
24   by you I mean the firm.  When you have
25   had paying clients, they were roughly

Page 76

1          R. HEIMANN
2    commensurate with the rates that would
3    be claimed for lodestar fee petitions?
4          THE WITNESS:  Well, I know that
5    now looking back.  So, yes.  Did I
6    know it at the time?  Can't tell you.
7    Just don't recall.
8          JUDGE ROSEN:  Okay.  Did you
9    have anything else?
10   BY MR. SINNOTT:
11      Q   Let's talk about the cost sharing
12   agreement with the Thornton Law Firm.
13         Were you involved in the decision
14   or the agreement whereby Thornton Law Firm
15   would hire Lieff Cabraser staff attorneys?
16      A   No.
17      Q   When did you first become aware
18   of it?
19      A   I think when this trouble
20   started.
21      Q   So approximately November of 2016
22   was your first familiarity with that
23   arrangement?
24      A   I don't even know if it was that
25   early.  But certainly no earlier.



Page 77

R. HEIMANN

1
2   A   Prior to these issues arising?
3   Q   Prior to this case.
4   A   No.
5        JUDGE ROSEN:  Since these
6   issues arose, are you aware of other
7   cases in which there were these
8   cost-sharing arrangements?
9        THE WITNESS:  Well, I am as
10  aware as you are.  I heard the Labaton
11  lawyers testify about it.  That's all
12  I really know about it.
13       JUDGE ROSEN:  Not from your own
14  experience?
15       THE WITNESS:  No.
16  BY MR. SINNOTT:
17  Q   What do you think about that
18  arrangement, Richard?
19  A   I think it caused us some
20  problems.
21       If you had asked me that question
22  before all of these issues arose, I probably
23  would have said that I can understand why it
24  makes sense to do it because what you really
25  are talking about is trying to maintain the

R. HEIMANN

1
2   equilibrium among the firms in terms of the
3   risks and costs that are being shared.
4        In view of what has happened
5   here, it seems to me it is asking for
6   trouble and I wouldn't do it.
7        JUDGE ROSEN:  One thing I have
8   been trying to understand throughout
9   the course of my assignment here is
10  why it would have been better, more
11  advantageous, for the firms who were
12  employing these folks and paying the
13  invoices to allocate to Thornton these
14  staff attorneys for purposes of the
15  lodestar fee petition.
16       I understand from Thornton's
17  perspective why that was desirable.  I
18  am not sure I understand why from
19  Labaton's and Lieff's perspective that
20  this would have been a desirable way
21  to do it rather than simply making an
22  agreement to share in the, share in
23  whatever fees were awarded ultimately
24  by settlement or perhaps by verdict.
25       THE WITNESS:  I can't help you

R. HEIMANN

1
2   if you are asking me what the thought
3   process was in fact at the time.  I
4   don't know.  I can't answer that
5   because I wasn't involved and I wasn't
6   even aware of what was going on.
7        If you are asking me my opinion --
8        JUDGE ROSEN:  Yes.  Well, just
9   generally what the advantage was to
10  your firm and to Labaton.
11       THE WITNESS:  Well, I don't
12  think that --
13       JUDGE ROSEN:  Either if you
14  know in this case or generally why a
15  firm in your position would allocate
16  staff attorneys and allocate the
17  lodestar for that rather than simply
18  make an agreement.
19       If the reason is an equitable
20  cost sharing and equitable division of
21  the ultimate fees, simply arrive at
22  that agreement rather than allocating
23  the --
24       THE WITNESS:  Well, it makes no
25  difference.  You are talking about why

R. HEIMANN

1
2   would it have been advantageous to us.
3   It makes no difference in the end
4   because whether we do it as an
5   internal allocation that doesn't get
6   embodied into a fee application or
7   not, it's going, it's going to come
8   out the same.
9        The Thornton firm is going to
10  get credit, if you want, for the
11  lodestar in terms of how we allocate
12  amongst ourselves the fee award
13  ultimately made.  Or, if it, if they
14  are allocated, if you will, the
15  lodestar, for purposes of the fee
16  application, it is going to get
17  allocated the same way in the end.  It
18  is going to make no difference.  So I
19  mean the ultimate -- ultimately, in
20  terms of the actual aggregate
21  lodestar, it makes no difference.  It
22  is going to be the same number either
23  way except for the problem with
24  respect to the rates being assigned
25  that are somewhat different, as I

Page 82

1          R. HEIMANN
2    understand it.  And I have obviously
3    heard you express these concerns
4    before.  It may not be as clear to the
5    court if the court is interested in
6    assessing the risk assumed by one firm
7    as against another, which is almost
8    never the case, and I don't believe
9    was the case here, but -- that's the
10   end; it doesn't matter how you handle
11   it.
12          And I can say that it doesn't
13   surprise me, however, that one would
14   have assumed that if Thornton was
15   paying for the lawyers, that they
16   would also be taking credit for the
17   lodestar.  That assumption, which I
18   understand and you know from the
19   testimony of Chiplock was the
20   assumption, that doesn't surprise me.
21          JUDGE ROSEN:  It is a bit of an
22   artifice, isn't it, when it comes time
23   to do the actual fee petition to the
24   court?
25          THE WITNESS:  No, I don't

Page 83

1          R. HEIMANN
2    consider it an artifice at all.  That
3    suggests, the use of that term
4    suggests that one is trying to mislead
5    someone.  And that is not, I do not
6    accept that.  That is not true.
7          JUDGE ROSEN:  I don't know that
8    I am trying to suggest that.  But when
9    a firm files a fee petition and lists
10   attorneys paid by, employed by another
11   firm and says these are the, whatever
12   the language is, regular rates paid by
13   our attorneys and approved in similar
14   cases, that's not accurate.
15          THE WITNESS:  That is not
16   accurate in terms -- I agree, no
17   question.
18          JUDGE ROSEN:  When I say that
19   is a bit of an artifice, that is what
20   I mean.
21          THE WITNESS:  That aspect I
22   agree with you.  That was a mistake.
23   BY MR. SINNOTT:
24   Q    Is it fair to say, Richard, that
25   there was no practical benefit to that

Page 84

1          R. HEIMANN
2    arrangement as far as the objectives,
3    strategy of the case was concerned?
4    A    No, none whatsoever.  That is why
5    I say the outcome is the same.
6    Q    Let me circle back.  We talked
7    earlier about document review, and I know
8    you weren't integrally involved in that,
9    Richard.
10          But are you aware as to how staff
11   attorneys were assigned to the State Street
12   case?
13   A    Because I played no role
14   whatsoever in the State Street litigation,
15   the answer is probably not.  But I am sure I
16   would have assumed that for the most part,
17   the reviewers who we were assigning to State
18   Street, would have been the reviewers that
19   had been involved in the BONY Mellon case.
20   Q    Because of the experience they
21   had acquired?
22   A    Sure, sure.  I mean that is an
23   asset from our perspective, so why not use
24   it.
25   Q    Our understanding is that Lieff

Page 85



Page 86



Page 88

1           R. HEIMANN
2  of occasions been paid by hourly clients
3  rates that are comparable to those that are
4  set forth in the fee application and as you
5  know, we gave you a copy, for example, of
6  the fee application declaration from the
7  BONY Mellon case where that is exactly what
8  we said in more precise, I would say, terms.
9      Q    And I have that declaration here
10 and to read also paragraph five in that
11 case:  "The hourly rates charged by the
12 timekeepers are the firm's regular rates for
13 contingent cases and those generally charged
14 to clients for their services in
15 noncontingent hourly matters.  Based on my
16 knowledge and experience, these rates are
17 also within the range of rates normally and
18 customarily charged in their respective
19 cities by attorneys and para professionals
20 of similar qualifications and experience in
21 cases similar to this litigation and have
22 been approved in connection with other
23 class-action settlements."
24         Is the language in that
25 declaration more transparent in its

Page 87

1           R. HEIMANN
2      A    I assume not, but I don't know.
3  I think there is specific authority one way
4  or the other on that, and it may vary from
5  district to district or judge to judge.  I
6  just don't know.
7      Q    Let me -- I am looking at Dan's
8  fee petition, Exhibit 17, to -- his
9  declaration, rather.  And paragraph five,
10 which you are familiar with, if nothing else
11 from the many examinations you have
12 attended, says that:  "The hourly rates for
13 the attorneys and professional support staff
14 in my firm included in Exhibit A are the
15 same as my firm's regular rates charged for
16 their services, which have been accepted in
17 other complex class actions."
18         Once again, that is paragraph
19 five.
20         Do you agree with the language
21 concerning regular rates charged?
22     A    As it pertains to Lieff Cabraser,
23 it is accurate.
24     Q    And how so, Richard?
25     A    Well, we have indeed on a number

Page 89

1           R. HEIMANN
2  reference to hourly clients?
3      A    It is longer, uses a lot more
4  words.  And as I think I mentioned, I think
5  it is more precise in describing the
6  concept.  But I think the concepts are the
7  same in both declarations.
8      Q    What would you counsel in the
9  future with respect to the language in that
10 particular paragraph?
11         MR. FINEMAN:  You are talking
12         about the paragraph in the State
13         Street?
14         MR. SINNOTT:  Yes.  Any lessons
15         learned out of that with respect to
16         transparency, Richard?
17         THE WITNESS:  Well, precision
18 is good and the idea is to communicate
19 to the judge accurately the facts
20 embodied in the presentation.  And the
21 more precise one can be, the better,
22 provided that it is a matter of
23 significance to the court which may or
24 may not be the case depending upon the
25 judge that you are before.  I want to

23 (Pages 86 - 89)

1        R. HEIMANN
2    get to that in a little bit.
3        So, sure; the more precise, the
4    better, as long as it is important.
5        JUDGE ROSEN:  I have a
6    question.  Why does the judge matter?
7        THE WITNESS:  The judge may
8    have a different view of what is
9    important than you do.
10       JUDGE ROSEN:  May have been;
11   then that's up to the judge.
12       THE WITNESS:  We'll come to
13   that, if you like, because you are
14   going to ask me about what lessons
15   learned and best practices?
16       JUDGE ROSEN:  Absolutely.
17       THE WITNESS:  I am going to
18   talk about what judges should be doing
19   in that regard.
20       JUDGE ROSEN:  I think that
21   would be great.
22       MR. FINEMAN:  Are you going to
23   do that in a deposition?
24       THE WITNESS:  Yes, I am, if
25   allowed.

1        R. HEIMANN
2        MR. SINNOTT:  We will give that
3    you opportunity.  Do you want to do it
4    now?
5        JUDGE ROSEN:  We might as well.
6    I am anxious to hear that.
7        One of the things that we will
8    be looking at in our recommendation
9    section of the report is best
10   practices going forward and that
11   includes best practices for courts.
12       THE WITNESS:  Okay.  So, with
13   the caveat that I am not by any means
14   the most knowledgeable person about
15   fee petitions in the firm because I
16   don't normally get involved in them, I
17   do know enough over the years to know
18   this:  There is a significant
19   variation among the district courts,
20   district judges, about what is
21   important and what isn't important in
22   terms of their considering about how
23   to rule on fee applications.
24       For example, I brought with me
25   today a copy of our local rules.  This

1        R. HEIMANN
2    is for the Northern District of
3    California.  That is the only rule,
4    standing rule, in the Northern -- let
5    me have one copy back, please.
6        That is the only standing rule
7    that exists in the Northern District
8    about attorneys' fee motions.  And in
9    subsections two and three, you will
10   see the requirements in their entirety
11   about what the practitioners are told
12   by the judges in the district to
13   include in a fee petition.  All right?
14       So here is an order entered by
15   one of our district judges in the
16   Northern District.  This is a case
17   that I was preparing to try and which
18   was settled by one of my partners
19   shortly before trial for several
20   million dollars.
21       And this is Judge Lucy Koh's
22   addition in this case.  She required,
23   as you can see, what the local rule
24   provides could be asked for or
25   required; that is to say in this case

1        R. HEIMANN
2    detailed billing records which
3    normally would not be submitted to a
4    judge in connection with a fee
5    petition in the Northern District of
6    California.
7        Okay?  Now let me hand you an
8    order.  This is an order entered by
9    Judge William Alsup also from the
10   Northern District.  This is in a case
11   that I tried to verdict, something a
12   little over $200 million.  And this is
13   the order that Judge Alsup entered in
14   connection with our fee application.
15       And you can take your time
16   later to look at the detail of what
17   Judge Alsup required both in terms of
18   substance and in form.  He goes on and
19   on and on for four full pages
20   describing in detail what he, what he
21   thinks is important and requires to be
22   submitted to him.
23       Now, one of the things I said
24   to Judge Alsup in this connection was
25   that you are asking for us to provide

1          R. HEIMANN
2   stuff to you that we would not have
3   normally generated --
4          JUDGE ROSEN:  Could I ask, this
5   was a class action as well?  They were
6   both class actions?
7          THE WITNESS:  Both were class
8   actions.  Incidentally -- and I think
9   it is only incidental.  In the end,
10  both Judge Koh and Judge Alsup, when
11  they made the attorney's fee award,
12  made it on an hourly lodestar basis,
13  not on a percentage of the fund basis,
14  although I know for sure we asked
15  Alsup for a percentage.  And I don't
16  remember whether we asked Judge Koh
17  for a percentage or not in our fee
18  application.
19         JUDGE ROSEN:  Did they both use
20  the lodestar as a cross check then?
21         THE WITNESS:  No, no, they
22  didn't use it as a cross check; they
23  used it as the basis for the fee
24  award.
25         JUDGE ROSEN:  With a

1          R. HEIMANN
2   multiplier, presumably?
3          THE WITNESS:  With a multiplier
4   in both cases, yes.  But the point I
5   want --
6          JUDGE ROSEN:  The rule doesn't
7   seem to anticipate that.
8          THE WITNESS:  No, of course
9   not.  The point I want to make is this
10  is just in one district.  You can see
11  how much variation there is in terms
12  of what one judge versus another
13  thinks is important.  So transparency
14  is obviously important.  But
15  transparency about what?
16         What we want to be is we want
17  to be transparent about what the judge
18  thinks is important.  I don't need to
19  be transparent about what things the
20  judge doesn't think are relevant or
21  important.
22         Now, for example, use this case
23  as an example, Your Honor has
24  indicated you think it is important in
25  terms of a fair billing rate whether a

1          R. HEIMANN
2   contract or staff attorney is actually
3   employed by the firm or comes from an
4   agency.  I don't think that is
5   important, and I don't think many
6   judges think it is important.  In
7   fact, I only know of one judge who has
8   ever written anything to suggest that
9   he thinks it is important.
10         So if we are to be transparent
11  about what is important to the judge,
12  the judge has to tell us what is
13  important to him or her in connection
14  with the fee application.
15         There are some things obviously
16  that are, everybody thinks are
17  important, and every judge is going to
18  be considering.  But when you get to the
19  margins -- and I consider this
20  marginal at best, this difference
21  between a staff attorney and an agency
22  attorney, we need to know what it is.
23  And I would say not only does the
24  judge need to tell us in an order like
25  one of these orders I am showing you,

1          R. HEIMANN
2   but it would be best if the judge had
3   a standing order in advance so you
4   know before you work on a case what
5   the judge is going to think is
6   important in terms of the fee
7   application, assuming one is
8   ultimately made in a case.
9          And that is what I told Judge
10  Alsup, by the way, directly to his
11  face.
12         You can't tell me at the end of
13  a case that I, that an entry for time
14  trial preparation is not adequate.
15  You can't tell me that I have to say
16  specifically what I was doing in terms
17  of trial preparation, reviewing
18  deposition of such and such, you can't
19  tell me at the end of the case that
20  that is the kind of billing record I
21  need to have.  You got to tell me at
22  the front end of the case that that is
23  the kind of billing detail that you
24  expect.
25         JUDGE ROSEN:  Fair enough.  So,

25 (Pages 94 - 97)

R. HEIMANN

2  does, in your view, all of this auger
3  for at least a local rule so that
4  there is, you know, similarity in the
5  practice among judges, or only a
6  standing order of a particular judge,
7  an individual judge, in advance?
8  THE WITNESS:  I would say if
9  the judges in a district can agree.
10  They are not going to do that in the
11  Northern District, I promise you, and
12  I doubt very much they will do it in
13  the Southern District of New York
14  either.
15  JUDGE ROSEN:  Or in the Eastern
16  District of Michigan, having served as
17  chair of the rules committee for about
18  12 years, I doubt I can get my
19  colleagues to agree on that.
20  THE WITNESS:  So obviously the
21  point, if everybody can agree, great;
22  it would be best to have it as a local
23  rule.  But failing that, yes, standing
24  order judge by judge.
25  And I looked.  And we don't --

R. HEIMANN

2  curiously enough, even Judge Alsup
3  doesn't have to this day a standing
4  order on this fee application stuff.
5  I think Judge Koh may, but I am not
6  certain about that.  All but at most
7  one of our judges does not have a
8  standing order.  And, yeah, I think
9  that would be --
10  JUDGE ROSEN:  So a
11  recommendation from you for best
12  practices going forward in terms of
13  the court's obligations is to give
14  notice in advance to the lawyers of
15  what is going to be expected at the
16  end of the case should there be a fee
17  award?
18  THE WITNESS:  Yes.  And I would
19  add that, for example, in this case,
20  this issue of staff attorneys versus
21  agency lawyers, that is something that
22  has as far as I can tell the first
23  case that I know of that discusses it
24  was in 2016, one of the judges in the
25  Southern District of New York.  So, as

R. HEIMANN

2  issues develop as they do, yes, then
3  those standing orders need to be
4  updated so the practitioners are
5  alerted as to where, what a judge is
6  thinking about in terms of these
7  issues.
8  So, for example, if we had
9  known that Judge Wolf thought it was
10  important that there was an important
11  distinction between those two types of
12  lawyers in terms of bills, we would
13  definitely have taken that into
14  account.  And we might not have
15  changed our billing rates.  We might
16  have argued but at least the issue
17  would have been open and for
18  discussion and would have been taken
19  into account, whether for good or ill
20  for us.
21  JUDGE ROSEN:  Well, this case
22  has certainly raised that issue.  And
23  then maybe it's come up because the
24  issue of staff attorneys, using
25  attorneys from agencies, is a

R. HEIMANN

2  relatively recent practice.
3  THE WITNESS:  Right, well at
4  least in terms of the court looking at
5  it.
6  JUDGE ROSEN:  At least in terms
7  of the court looking at it.  But even
8  in terms of the practice of both
9  plaintiffs' firms and defense firms
10  using contract attorneys.
11  I first heard of it certainly
12  within the last ten years and maybe
13  even within the last five years, when
14  I began to get calls from hiring
15  agencies to hire lawyers in to
16  staffing agencies.  And that's at
17  least in my exposure a relatively
18  recent phenomenon.
19  THE WITNESS:  I agree with you.
20  And I will also say -- but again this
21  guy next to me actually could answer
22  this question better than I could
23  because I can't -- there are reasons
24  that a law firm would turn to an
25  agency.  There are circumstances where

26 (Pages 98 - 101)

R. HEIMANN

1
2  that is a better way of getting the
3  needs of the firm satisfied than
4  trying to hire directly.
5      Now I can't tell you what those
6  are.  But there certainly are
7  circumstances, so I understand, where
8  that is a way.  And I can imagine, you
9  know.  It's not necessarily easy to go
10  out and hire lawyers who are qualified
11  to do what you need to be done and
12  particularly if you need them right
13  away.  Anyway, so that is my piece on --
14      JUDGE ROSEN:  While we are on
15  it, anything else for us that judges
16  should do?
17      THE WITNESS:  That's what I
18  have been thinking about.  There may
19  be other things.
20      JUDGE ROSEN:  We will give you
21  another shot at the end.  But I hope
22  nobody believes that my recommendation
23  section is only going to be for
24  attorneys.  I believe, I think we
25  agree, courts have a responsibility

R. HEIMANN

1
2  here too.
3      THE WITNESS:  I think so.  I
4  agree.
5      MR. SINNOTT:  For the record,
6  we have been joined in the room by
7  attorneys Joan Lukey and Mike Stocker
8  both on behalf of Labaton Sucharow.
9  BY MR. SINNOTT:
10  Q   Let me follow up, Richard, to
11  more nuts and bolts recommendations.  I know
12  that you weren't privy to the cost-sharing
13  arrangement.  But based on what you know
14  about that now and your experience in past
15  cases, what steps could Lieff have taken to
16  prevent double counting on the fee petition?
17  A   I don't know the answer to that
18  question.  I mean I have listened carefully
19  to the autopsy that was performed to try to
20  figure out what happened.
21      It seems to me it is an anomaly
22  that we shouldn't make too much of.  I mean
23  we, we meaning Lieff Cabraser has been doing
24  this for, I -- associates with Lieff
25  Cabraser have been doing this for 30 plus

R. HEIMANN

1
2  years.  This is the first and only time that
3  this has happened.  So I just really don't
4  have a solution.  I think that may be a
5  problem for which there is no solution.
6      I have already said that in the
7  future, this idea of sharing lawyers or
8  staff attorneys in the way we did here is a
9  complication, an unnecessary complication,
10  that probably shouldn't be repeated.
11      But then I say that and I am
12  reminded, mentally, of the fact that there
13  is at least one instance that I have been
14  told about, where, again with multiple
15  plaintiffs' firms working together, one firm
16  got assigned to do a deposition of a
17  particular witness and the staff attorney
18  who had worked up that witness was working
19  for us, it was our staff attorney, and so we
20  lent that person to the other firm so that
21  that staff attorney could educate the other
22  firm's deposition-taking lawyer.
23      And I am told that the expense
24  associated with that was paid for by the
25  other firm.  I don't know anything about how

R. HEIMANN

1
2  that is being handled in terms of lodestar.
3  But there is certainly, you know, you can
4  imagine circumstances where that's going to
5  arise just because of the way that the
6  responsibilities get divided among
7  plaintiffs' firms working together.
8      So, again, this is a problem that
9  has never occurred before.  One would expect
10  that the lawyers who were actually involved
11  will now be doubly alert to prevent it.
12      One way has been suggested -- and
13  I suppose it makes sense -- is that instead
14  of having one firm and one firm alone having
15  the, be the sole firm that sees all of the
16  fee applications, that ought to be shared
17  among the firms so that there is a more
18  likely chance that errors will get picked
19  up, if that makes sense.
20      On the other hand, does that make
21  work?  Is that too much work to go through
22  to solve a problem that is not really a
23  problem except in this one instance?  I
24  don't know.
25  Q   All right.  And on the subject of

27 (Pages 102 - 105)



Page 106

1          R. HEIMANN

Page 108

1          R. HEIMANN

Page 107

1          R. HEIMANN
2      A   What is evident I think and you
3   see in the e-mail traffic in terms of the
4   expedited effort to understand what happened
5   and why and to communicate as quickly as
6   possible to Judge Wolf the fact that the
7   mistake had been made and the impact of the
8   error on the fee award.
9      Q   Did you have a role in the
10  preparation of the letter to Judge Wolf?
11     A   No.
12     Q   Did you read a letter to Judge
13  Wolf before it went out, a draft?
14     A   I don't recall.
15     Q   Did you attend the mediation
16  sessions?
17     A   I did not.
18     Q   And prior to November of 2016,
19  had you heard the name Michael Bradley?
20     A   I don't think so.
21     Q   When did you first learn of
22  Michael Bradley's involvement?
23     A   Again, when the issues arose.
24  And, yeah, only after that.
25     Q   Did you think there was anything

Page 109

1          R. HEIMANN
2   2016.  I may be wrong about that.  But my
3   understanding is that we made a -- I think
4   we talked about this a little bit earlier
5   on.
6          We made a firm decision beginning
7   in 2016 that our staff attorney document
8   reviewers would be billed at 415 pretty much
9   uniformly with the exception that I
10  described earlier.  And so she should not
11  have been billed at 515; she should have
12  been billed at 415.
13         JUDGE ROSEN:  Even though she
14  seems to have very relevant experience
15  and have done, vis-à-vis a lot of the
16  other staff attorneys, a disproportionate
17  share of substantive work preparing
18  memoranda, those sorts of things,
19  would you still have billed her at the
20  lower rate?
21         THE WITNESS:  I am not saying
22  515 was not a reasonable rate.  It is
23  a reasonable rate for her for the work
24  that she did.  I am saying internally
25  Lieff Cabraser had made a decision

28 (Pages 106 - 109)