# EX. 31

Case 1:11-cv-10230-MLW Document 401-30 Filed 07/23/18 Page 2 of 2
Case 1:11-cv-02920-WDQ Document 8 Filed 11/28/11 Page 1 of 1
Case 1:11-cv-02920-WDQ Document 7 Filed 11/17/11 Page 1 of 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---

Arnold Henriquez, on behalf of the Waste
Management Retirement Savings Plan,
and all other similarly situated plans,

    Plaintiffs,

v.

State Street Bank and Trust Company,
State Street Global Markets, LLC
and Does 1-20,

    Defendants.

Case No.: 1:11-cv-02920-WDQ

Notice of Voluntary Dismissal

"APPROVED"
11/25/11
Date

/s/ William D. Quarles, Jr.
William D. Quarles, Jr.
United States District Judge

---

NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Arnold Enriquez voluntarily dismisses this action. In connection with this voluntary dismissal, Plaintiff states the following:

1. No defendant has filed an answer or motion for summary judgment herein.

2. Plaintiff has not sought certification of the class herein, and no class has been certified. Accordingly, Plaintiff's voluntary dismissal of this action does not require the Court's approval pursuant to Federal Rule of Civil Procedure 23(e).

3. Plaintiff has not previously dismissed any federal- or state-court action based on or including the claims asserted in the Complaint herein.

November 17, 2011

Respectfully Submitted,

By /s/ Jonathan Axelrod
Jonathan G. Axelrod, Esq. (Bar No. 22247)
BEINS, AXELROD, PC

1