# EX. 32

1

1              UNITED STATES DISTRICT COURT

2                DISTRICT OF MASSACHUSETTS

3   - - - - - - - - - - - - - -x

4     ARKANSAS TEACHER      :

5     RETIREMENT SYSTEM,    :

6     et al.,               :

7         Plaintiffs,       :   CA No. 11-10230-MLW

8         v.                :

9     STATE STREET BANK     :

10    AND TRUST COMPANY,    :

11        Defendant.        :

12  - - - - - - - - - - - - - -x

13                               July 7, 2017

                                 Washington, D.C.

14

15

16  Deposition of:

17              ARNOLD HENRIQUEZ,

18  called for oral examination by Counsel to the

19  Special Master, pursuant to notice, at JAMS,

20  1155 F Street, Northwest, Suite 1150, Washington,

21  D.C. 20004, before Christina S. Hotsko, RPR, of

22  Veritext, a Notary Public in and for the District

23  of Columbia, beginning at 1:01 p.m., when were

24  present on behalf of the respective parties:

25

**6**

1  telephone line?
2      (No response.)
3      MR. SINNOTT:  All right.  And hearing
4  none, we'll proceed.
5    EXAMINATION BY COUNSEL TO THE SPECIAL MASTER
6  BY MR. SINNOTT:
7      Q.  Good afternoon, sir.
8      A.  Good afternoon.
9      Q.  Mr. Henriquez, could you tell us where --
10  what town and state you live in?
11      A.  I live in Maryland.  The state of -- I
12  mean, Maryland.  City of Frederick.
13  █████████████.  That's my address.
14      Q.  Okay.  And for whom do you work, sir?
15      A.  I work for Waste Management.
16      Q.  And how long have you worked for Waste
17  Management Company?
18      A.  Approximately 24, 25 years.
19      Q.  Okay.  And what did you do before you
20  worked for Waste Management?
21      A.  I used to work for a recycle company.
22      Q.  Okay.  And what was the name of that
23  company?
24      A.  SNS Linmart.
25      Q.  Okay.  And when did you stop working for

**7**

1  them?
2      A.  Approximately 1990, 1991.
3      Q.  And do you have any military service,
4  sir?
5      A.  No.
6      Q.  All right.  And how long have you lived
7  in the Frederick, Maryland, area?
8      A.  About 25 years.
9      Q.  So right around the time --
10      A.  Yes, around the time --
11      Q.  -- you started working for Waste
12  Management?
13      A.  Yes.
14      Q.  And does Waste Management have a 401(k)
15  plan that you participate in?
16      A.  Yes.
17      Q.  And could you tell us how long you
18  participated in that?
19      A.  Since I started, I probably -- six months
20  after I started working for Waste Management, I
21  started investing in 401(k).
22      Q.  And are you aware as to how the funds in
23  that 401(k) are invested?
24      A.  No.
25      Q.  And have you ever been involved



**8**

**9**

**Veritext Legal Solutions**
**212-267-6868**       **www.veritext.com**       **516-608-2400**

**10**

1  class and not necessarily yourself?
2     A.  Yes.
3     Q.  Were you aware that you needed to stay in
4  contact with Brian and with his firm and be
5  responsive to any requests for information?
6     A.  Yes.  I did sign a document that he sent
7  me.
8     Q.  Okay.  And that document laid out some of
9  your requirements, correct?
10    A.  Exactly.  Exactly.
11    Q.  At some point did you see a complaint or
12 an amended complaint, a legal document that made
13 claims against State Street?
14    A.  Not really.  I mean, maybe because I
15 didn't read the whole document.  Don't remember.
16    Q.  All right.  And did Brian or other
17 lawyers at his firm make any promises to you at
18 the beginning as far as what you might receive in
19 the case or as far as the amount of the settlement
20 in the case or anything along those lines?
21    A.  No, never discussed that.
22    Q.  Okay.  What were the documents that Brian
23 asked you for in the beginning that you referred
24 to a moment ago?
25    A.  Oh, it was all my documents for 401(k),

**11**

1  all the statements that I was receiving, letters
2  that I was getting from the company that I was
3  investing.  Anything, you know, that I had that I
4  kept.
5     Q.  So you provided all of those documents to
6  Brian?
7     A.  Yes.
8     Q.  And to the best of your recollection --
9  and I understand it's been a while --
10    A.  Yeah.
11    Q.  -- what were the claims that were being
12 made against State Street?  What did they do
13 wrong?
14    A.  Well, right now I understand, you know,
15 exactly what happened.  Back then, I had an idea
16 but there wasn't -- I wasn't too sure.
17    Q.  What's your understanding now?
18    A.  About what -- they were using some of our
19 money and buying currencies outside of the United
20 States.
21    Q.  Foreign currency?
22    A.  Foreign currency.  Exactly.
23    Q.  And they weren't doing that
24 appropriately?
25    A.  Exactly.



**Veritext Legal Solutions**
212-267-6868       www.veritext.com       516-608-2400

**14**

1      Q. Were you aware that at a certain point
2  the case was involved in mediation?
3      A. Yes.
4      Q. Did you go to any of those sessions?
5      A. No.
6      Q. Did Brian or others keep you aware of
7  what was going on?
8      A. Back to that last question.
9      Q. Sure.
10     A. Are we talking about when I went to
11 court?  That was a part of that mediation?
12     Q. No.
13     A. No?  Okay.  No.
14     Q. You mean in March --
15     A. Yes.
16     Q. No.  I'm going back to several years
17 before the settlement.
18     A. No.
19        SPECIAL MASTER ROSEN:  When the
20 settlement was being discussed.
21        THE WITNESS:  No.  I never went to any of
22 those.
23 BY MR. SINNOTT:
24     Q. Other than the one you attended in
25 March of this year, did you, in the past, attend

**15**

1  any court hearings?
2      A. No.
3      Q. And did you attend any meetings with
4  firms other than Brian's firm?
5      A. No.
6      Q. And did you and Brian and others at the
7  firm stay in contact with respect to the progress
8  of the case --
9      A. Yes.
10     Q. -- while you were class representative?
11     A. Yes.
12     Q. And how did you stay in touch?  What
13 communications --
14     A. E-mails, phone calls, and texts.
15     Q. Okay.
16     A. Yes.
17     Q. And you felt like you were being
18 adequately updated?
19     A. Oh, yes.  Definitely.
20     Q. At some point did Brian or others seek
21 your approval for a settlement or talk about a
22 range of settlement that might happen?
23     A. Yes.
24     Q. And do you remember approximately when
25 that was?

**16**



23        During your time as class representative
24 before the settlement, can you estimate how many
25 hours of your time you spent on the case?

**17**

1      A. It's kind of hard because, you know,
2  e-mails and phone calls.  I don't know.
3      Q. Do you think it was 40 hours or more?  Or
4  less than 40 hours?
5      A. I said -- I don't know, it's kind of
6  hard.
7      Q. Okay.
8      A. Because, you know, phone calls, sometimes
9  we talk for half an hour, sometimes 15 minutes.
10 Sometimes I would look at the e-mails or text, you
11 know.  So I don't know, 25, 30 hours.
12     Q. Okay.
13     A. Yeah.
14     Q. And while you were class representative,
15 were you aware of any tensions or differences of
16 opinion between your law firm and other law firms
17 involved in the case?
18     A. Yes.  One time.
19     Q. What did you hear?
20     A. It's just about the other firm, that they
21 were -- actually, there wasn't -- there was not --
22 I mean, that was it.  Nothing else.
23     Q. Okay.
24     A. Yeah.  Something like that.
25     Q. Well, do you remember what that item that

**Veritext Legal Solutions**
212-267-6868          www.veritext.com          516-608-2400



**18**

**19**

1   documents that Mr. -- Brian sent me.
2       Q.  So he let you know that there was a
3   settlement being proposed?
4       A.  Yes.
5       Q.  And at some point did you learn that you
6   were entitled to a service award?
7       A.  No.
8       Q.  Did --
9       A.  Later on.
10      Q.  Later on?  When did you learn that you
11  were entitled to a service award?
12      A.  A few occasions I remember Brian saying
13  that he was going to ask.  But it was not for him,
14  it was for the judge.
15      Q.  Do you remember how much it was that you
16  would receive as a service award?
17      A.  $10,000.
18      Q.  Okay.  And do you think that that was an
19  adequate amount of money to compensate you for the
20  work that you had put into the case?
21      A.  To be perfectly honest, it was not so
22  much about the money.
23      Q.  Okay.
24      A.  It was not so much about the money.  Like
25  I said last time, you know, it was about these

**20**

1   companies, you know, that -- like I worked so
2   hard.  And when they -- you know, they use
3   somebody else's money to do something else, you
4   know, that's what -- I just disagree with that.
5       Q.  And you wanted to do something about it?
6       A.  Exactly.  That's it.
7       SPECIAL MASTER ROSEN:  So it wasn't about
8   the service award, the $10,000, for you?
9       THE WITNESS:  No:
10      SPECIAL MASTER ROSEN:  It was about
11  righting what you believed was a wrong --
12      THE WITNESS:  Exactly.
13      SPECIAL MASTER ROSEN:  -- by the managers
14  of your pension money?
15      THE WITNESS:  Exactly.  That's right.
16  BY MR. SINNOTT:
17      Q.  And Mr. Henriquez, let me ask you some
18  specific questions that -- you know, if you
19  weren't aware of these things, just let me know.
20      A.  Uh-huh.
21      Q.  Were you aware that document reviews were
22  being conducted by some of the law firms?
23      A.  No.
24      Q.  And were you aware that some of the law
25  firms were using staff attorneys to conduct

**21**

**Veritext Legal Solutions**
212-267-6868          www.veritext.com          516-608-2400