# EX. 33

```
                                                                    1
 1              UNITED STATES DISTRICT COURT
 2               DISTRICT OF MASSACHUSETTS
 3   - - - - - - - - - - - - - -x
 4   ARKANSAS TEACHER       :
 5   RETIREMENT SYSTEM,     :
 6   et al.,                :
 7        Plaintiffs,       :  CA No. 11-10230-MLW
 8        v.                :
 9   STATE STREET BANK      :
10   AND TRUST COMPANY,     :
11        Defendant.        :
12   - - - - - - - - - - - - - -x
13                                       July 7, 2017
                                         Washington, D.C.
14
15
16   Deposition of:
17                 MICHAEL COHN,
18   called for oral examination by Counsel to the
19   Special Master, pursuant to notice, at JAMS,
20   1155 F Street, Northwest, Suite 1150, Washington,
21   D.C. 20004, before Christina S. Hotsko, RPR, of
22   Veritext, a Notary Public in and for the District
23   of Columbia, beginning at 11:43 a.m., when were
24   present on behalf of the respective parties:
25
```

6

1  of your background?  What city and town you live
2  in, what your education is, and briefly your work
3  history, please.
4      A.  Sure.  Michael Cohn.  My name is Michael
5  Cohn.  I live in Highland Park, Illinois, which is
6  about 25 miles north of Chicago.  I currently -- I
7  went to Indiana University.  I graduated in 1988
8  with a degree in management.
9      After college I went to work at the
10 Chicago Board Options Exchange as a clerk for a
11 couple of years learning how to become a trader.
12 And I traded on the Options Exchange floor for
13 approximately 18 years until ▮▮▮▮▮▮▮▮▮▮▮
14 ▮▮▮▮▮▮▮▮▮▮▮
15 
16     Q.  And when did you retire, Michael?
17     A.  I retired in 2006.  So I've been retired
18 ▮▮▮▮▮▮▮ for 11 years.
19     Q.  And Michael, during your time with the
20 Chicago Stock Exchange, did you have any
21 experience or familiarity with foreign exchange
22 trades?
23     A.  I never traded foreign currencies, but
24 they do trade similar to -- they were traded as a
25 future, and they also had options on those futures

8

1  started in 1987 for the summer as a summer
2  internship, and then started full time in the
3  spring of 1988.  And I clerked for approximately a
4  year and a half to two years before I started
5  trading.
6      Q.  All right.  And while at your trading
7  position, did you participate in a 401(k) plan?
8      A.  I did.  Not at first.  For many years I
9  traded for myself.  It wasn't until I'd say either
10 1999 or 2000 that I joined a group that was
11 forming that was a bunch of local traders or
12 independent traders that were forming to work
13 together to trade a common position.
14     As that firm grew, benefits were offered
15 and a 401(k) was offered.  That firm was
16 subsequently bought out by a firm called Knight
17 Trading.  And that -- it started -- that first
18 firm where those benefits were offered where I
19 joined a 401(k), when we were bought out by Knight
20 Trading, things transferred over to Knight
21 Trading.  And then our division at Knight Trading
22 was sold eventually to Citigroup, where my 401(k)
23 continued.
24     Q.  All right.  Thank you, sir.
25     Had you, prior to the State Street case,

7



9

Veritext Legal Solutions
212-267-6868    www.veritext.com    516-608-2400

**22**



**23**

1  you know, I don't know how those funds are
2  distributed.  But ultimately, that was the reason
3  why I did this and there's a lot of money to be
4  distributed.
5      Q.  All right, sir.  And during your time as
6  class representative, can you estimate how many
7  hours you spent on this case?
8      A.  That's a difficult question because I
9  honestly don't know.  As I said, I had dozens and
10 dozens of boxes of records in my basement that
11 required me go through all of those.  And it's not
12 like I sat down in one sitting.  But it certainly
13 was numerous hours.  You know, more so for me
14 ███████████ than it probably would be for
15 someone who doesn't ███████████████.  But
16 it was hours and hours of going through those
17 documents.
18     And then I'm not a lawyer, so all of the
19 documents that Mr. McTigue sent me.  You know, I
20 don't know how many pages there were, but I
21 definitely remember at least one of the files or
22 documents was over a hundred pages.  So I'm
23 guessing there were, you know, a few hundred pages
24 of documents for me to read through.  And again,
25 not being a lawyer, I probably spent a lot more

**24**

1  time reading through those.
2      So I don't know if I could give you, you
3  know, even a reasonable guess of how many hours
4  but, you know, it was a lot.  It's -- you know, a
5  lot.
6      Q.  Was it more than 50, do you imagine?
7      A.  You know, I suppose if I included -- I'll
8  say maybe.  Maybe.  Maybe that's a good guess.
9  And, you know, now when you add what's transpired
10 this year of having to come to a hearing and come
11 to D.C. to talk and this, you know, it's
12 certainly, you know, a lot more than 50 hours if
13 you include all that time that I spent traveling
14 and all of those things.  So yeah, it's definitely
15 over 50.
16     Q.  And I know you testified earlier that a
17 service award or money was not the motivating
18 factor in your service, your participation as a
19 class representative.
20     But do you think that $10,000 is adequate
21 supervision for a class representative who put in
22 the number of hours that you did?
23     A.  You know, if money were the motivating
24 factor, the answer would be no.  If looking back
25 on this case and if I were doing it for the money

**25**

1  with the expectation of $10,000, in my personal
2  case, no, I wouldn't do it.  It's not worth it to
3  me.  To somebody who has a different background
4  and different financial resources, the answer is
5  probably yes.
6      I mean, so I think there's a wide range
7  to that answer.  But for me in particular, the
8  answer is definitely not.  I wouldn't do it again
9  for $10,000.  It was too much work for me.
10     And if I had tried to equate it to some
11 of the issues going on in this case, I'd look
12 at -- you know, the only thing I can do is compare
13 it to what I did when I was working.  And the
14 amount of time I put into this compared to the
15 type of money I made, it's pale in comparison and
16 I definitely wouldn't do it.
17     Q.  All right.  Thank you, sir.
18     Now, during your service as class
19 representative, were you aware of any tensions
20 among any of the law firms and attorneys involved
21 in the case?
22     A.  Not at all.  Not until I think it was the
23 very end of last year or the beginning of this
24 year after the article came out in the Boston
25 Globe.

Veritext Legal Solutions
212-267-6868            www.veritext.com            516-608-2400