# EX. 36

| | |
|---|---|
| From: | Garrett Bradley |
| Sent: | Wednesday, September 2, 2015 11:05 AM |
| To: | Sucharow; Lawrence |
| Subject: | Re: State Street FX - revised term sheet |

My gut tells me they will press for a fee agreement deal or withhold signature at some point in the process.  They may threaten their own fee app.  State street may want us all on the dotted line but I wanted to raise it and have you think about it.  It may be too late.

Garrett

> On Sep 2, 2015, at 12:02 PM, Sucharow, Lawrence <LSucharow@labaton.com> wrote:
>
> Never thought of it.
> Why, is there a problem?
>
> -----Original Message-----
> From: Garrett Bradley [mailto:GBradley@tenlaw.com]
> Sent: Wednesday, September 02, 2015 11:59 AM
> To: Sucharow, Lawrence
> Subject: Re: State Street FX - revised term sheet
>
> aren't you lead and Lieff Liason?  no way around everyone signing?
>
> Garrett
>
>> On Sep 2, 2015, at 11:28 AM, Sucharow, Lawrence <LSucharow@labaton.com> wrote:
>>
>> All Plaintiffs' Counsel for both Term Sheet and Stip.
>>
>> -----Original Message-----
>> From: Garrett Bradley [mailto:GBradley@tenlaw.com]
>> Sent: Wednesday, September 02, 2015 11:25 AM
>> To: Sucharow, Lawrence
>> Subject: Re: State Street FX - revised term sheet
>>
>> Larry,
>>
>> Does any other counsel need to sign off besides you for the consumer side?
>>
>> Garrett
>>
>>> On Sep 2, 2015, at 11:16 AM, Sucharow, Lawrence <LSucharow@labaton.com> wrote:
>>>
>>> I don't necessarily disagree, but would want it under my designation as Interim Lead Class Counsel, such as Interim Lead ERISA Sub-Class Counsel.
>>> That having been said, only the Court can make that designation, it is NOT a self-appointed title.
>>>

1

Confidential: Produced Pursuant to Court Order.                                                                                    TLF-SST-054020

>>> -----Original Message-----
>>> From: Chiplock, Daniel P. [mailto:DCHIPLOCK@lchb.com]
>>> Sent: Wednesday, September 02, 2015 11:14 AM
>>> To: Robert L. Lieff; Sucharow, Lawrence; Michael Thornton
>>> Subject: FW: State Street FX - revised term sheet
>>>
>>> I'm going to respectfully suggest that we give Lynn this designation, if there needs to be one, in order to head this off.
>>>
>>> -----Original Message-----
>>> From: Lynn Sarko [mailto:lsarko@KellerRohrback.com]
>>> Sent: Wednesday, September 02, 2015 11:10 AM
>>> To: Sucharow, Lawrence
>>> Cc: Chiplock, Daniel P.; Lieff, Robert L.; Garrett J. Bradley; Michael Thornton; Zeiss, Nicole
>>> Subject: Re: State Street FX - revised term sheet
>>>
>>> I will call him
>>>
>>> Sent from my iPhone
>>>
>>> On Sep 2, 2015, at 8:09 AM, Sucharow, Lawrence <LSucharow@labaton.com<mailto:LSucharow@labaton.com>> wrote:
>>>
>>> Lynn this is getting crazy.  We don't believe there is a need for such a designation, but if so, he should move before the Court so we can oppose.
>>> If I talk to him there may be a schism created.  I suggest you ask him what the heck he's doing.
>>>
>>> From: Chiplock, Daniel P. [mailto:DCHIPLOCK@lchb.com]
>>> Sent: Wednesday, September 02, 2015 10:57 AM
>>> To: Sucharow, Lawrence; Lynn Sarko; Robert L. Lieff
>>> Subject: RE: State Street FX - revised term sheet
>>>
>>> I'm sure you guys noticed that Brian has appointed himself Interim Lead ERISA Counsel in the signature block?
>>>
>>> From: Sucharow, Lawrence [mailto:LSucharow@labaton.com]
>>> Sent: Tuesday, September 01, 2015 11:07 PM
>>> To: Lynn Sarko
>>> Cc: Zeiss, Nicole; Chiplock, Daniel P.; Rogers, Michael H.; Goldsmith, David
>>> Subject: Re: State Street FX - revised term sheet
>>>
>>> Lynn, you and I should discuss how best to handle Brian, I completely agree with you.
>>>
>>> Perhaps a side letter from me as lead counsel saying I intend to abide by the agreement entered into between class counsel and ERISA counsel, dated, whatever, would satisfy him?
>>>
>>> Lawrence Sucharow
>>> Labaton Sucharow, LLP
>>> Sent from my iPad
>>>
>>> On Sep 1, 2015, at 10:43 PM, Lynn Sarko <lsarko@KellerRohrback.com<mailto:lsarko@KellerRohrback.com>> wrote:
>>> This is what went to the DOL as a draft.

2

Confidential: Produced Pursuant to Court Order.                                                                TLF-SST-054021

\>\>\>
\>\>\> Lynn
\>\>\>
\>\>\> Lynn Lincoln Sarko
\>\>\> Managing Partner
\>\>\>
\>\>\> Keller Rohrback L.L.P.
\>\>\> 1201 Third Avenue, Suite 3200
\>\>\> Seattle, WA 98101
\>\>\>
\>\>\> Phone: (206) 623-1900
\>\>\> Fax: (206) 623-3384
\>\>\> E-mail: lsarko@kellerrohrback.com<mailto:lsarko@kellerrohrback.com>
\>\>\>
\>\>\>
\>\>\> ***Privilege and Confidentiality Notice***
\>\>\>
\>\>\> This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.
\>\>\>
\>\>\>
\>\>\> <#1397344v11_Active_ - State Street - Term Sheet.DOCX> <State Street - Term Sheet - State Street - Term Sheet.pdf>
\>\>\>
\>\>\>
\>\>\> This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.
\>\>\>
\>\>\>
\>\>\> This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.
\>\> This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error; please immediately notify us by telephone at (800) 431-4600. You will be reimbursed for reasonable costs incurred in notifying us.
\> This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error; please immediately notify us by telephone at (800) 431-4600. You will be reimbursed for reasonable costs incurred in notifying us.

Confidential: Produced Pursuant to Court Order.                                                                                                    TLF-SST-054022