# EX. 48

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, AND THOSE SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY and STATE STREET GLOBAL MARKETS LLC AND DOES 1-20,<br>    Defendants. | CIVIL ACTION No.<br>11-cv-12049-MLW |

**PLAINTIFFS' MOTION FOR DISCOVERY AND TO RESET BRIEFING SCHEDULE**

Plaintiffs Arnold Henriquez, Michael T. Cohn, William R. Taylor, and Richard A. Sutherland ("Plaintiffs") respectfully request, pursuant to Fed. R. Civ. P. 7(b) and Local Rule 7.1 that the Court enter an Order (1) establishing a discovery schedule on factual matters raised in Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) ("Motion"), and (2) resetting the briefing schedule on the Motion as set forth below. Defendants State Street Bank and Trust Company and State Street Global Markets LLC oppose this Motion. For the reasons set forth in the Memorandum in support of this Motion, the Plaintiffs respectfully request the Court enter an Order as follows:

  a. Plaintiffs' Motion for Discovery and to Reset Briefing Schedule is granted;

  b. Plaintiffs may take discovery of Defendants on the factual matters raised in Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1);

c.  Discovery is limited to matters relevant to issues raised in Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6);

d.  Plaintiffs shall serve their first round of document requests, requests for admission, and/or interrogatories, if any, not later than thirty days (30) following entry of this Order;

e.  Plaintiffs shall complete deposition discovery, if any, not later than one hundred twenty (120) days following entry of this Order;

f.  Plaintiffs shall serve their Opposition to Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) no later than one hundred fifty (150) days following entry of this Order;

g.  Defendants shall serve their reply (if any) to Plaintiffs' opposition no later than one hundred sixty-five (165) days following entry of this Order;

h.  Discovery taken pursuant to this Order shall not count against general merits discovery limits imposed by Federal or Local rules of civil procedure; and

i.  If discovery disputes requiring intervention of the Court delay the completion of discovery in accordance with the foregoing schedule, either Party may move the Court to extend the briefing schedule.

Dated: May 11, 2012                        Respectfully submitted,

By:  /s/ Bryan T. Veis
J. Brian McTigue (*pro hac vice*)
Bryan T. Veis (*pro hac vice*)
James A. Moore (*pro hac vice*)
**McTigue & Veis, LLP**
    4530 Wisconsin Ave, NW

2

           Suite 300
           Washington, DC 20016
           202-364-6900
           Fax: 202-364-9960
           Email: bveis@mctiguelaw.com
                  bmctigue@mctiguelaw.com
                  jmoore@mctiguelaw.com

Michael J. Brickman (*pro hac vice*)
Kimberly Keevers Palmer (*pro hac vice*)
James C. Bradley (*pro hac vice*)
Nina Hunter Fields (*pro hac vice*)

       **Richardson, Patrick, Westbrook & Brickman, LLC**
       1017 Chuck Dawley Blvd.
       Mount Pleasant, SC 29464
       843-727-6500
       Fax: 843-881-6183
       Email: mbrickman@rpwb.com
              kkeevers@rpwb.com
              jbradley@rpwb.com
              nfields@rpwb.com

Catherine M. Campbell
Renee J. Bushey
       **Feinberg, Campbell & Zack, P.C.**
       **3rd Floor**
       177 Milk Street
       Boston, MA 02109
       617-338-1976
       Fax: 617-338-7070
       Email: cmc@fczlaw.com
              rjb@fczlaw.com

Jonathan G. Axelrod (*pro hac vice*)
       **Beins, Axelrod, P.C.**
       1625 Mass. Ave. NW
       Washington, DC 20036
       202-328-7222
       Email: jaxelrod@beinsaxelrod.com

*Attorneys for Plaintiffs*

Case 1:11-cv-02049-HWV Document 447 Filed 05/17/23 Page 4 of 8

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I certify pursuant to Local Rule 7.1(A)(2) that Plaintiffs' counsel conferred with Defendants' counsel by telephone and via email prior to filing this motion to resolve the issues raised. Defendants have indicated that they oppose this motion.

/s/Bryan T. Veis
Bryan T. Veis

## CERTIFICATE OF SERVICE

I, Bryan T. Veis, hereby certify that on the date set forth below a copy of the foregoing **Document** was served upon all counsel of record via the court's ECF filing system.

Dated: May 11, 2012

\s\ Bryan T. Veis
Bryan T. Veis
McTigue & Veis LLP

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, AND THOSE SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY and STATE STREET GLOBAL MARKETS LLC AND DOES 1-20,<br>Defendants. | CIVIL ACTION No. 11-cv-12049-MLW |

**[PROPOSED] ORDER**

Upon consideration of the Plaintiffs Motion for Discovery and to Reset Briefing Schedule pursuant to Fed. R. Civ. P. 7(b) and Local Rule 7.1., the Defendants' Opposition thereto, and the record herein, it is hereby ORDERED:

a. Plaintiffs' Motion for Discovery and to Reset Briefing Schedule is granted;

b. Plaintiffs may take discovery of Defendants on the factual matters raised in Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1);

c. Discovery is limited to matters relevant to issues raised in Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6);

d. Plaintiffs shall serve their first round of document requests, requests for admission, and/or interrogatories, if any, not later than thirty days (30) following entry of this Order;

e. Plaintiffs shall complete deposition discovery, if any, not later than one hundred twenty (120) days following entry of this Order;

f. Plaintiffs shall serve their Opposition to Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) no later than one hundred fifty (150) days following entry of this Order;

g. Defendants shall serve their reply (if any) to Plaintiffs' opposition no later than one hundred sixty-five (165) days following entry of this Order;

h. Discovery taken pursuant to this Order shall not count against general merits discovery limits imposed by Federal or Local rules of civil procedure; and

i. If discovery disputes requiring intervention of the Court delay the completion of discovery in accordance with the foregoing schedule, either Party may move the Court to extend the briefing schedule.

It is so Ordered.

This _____ day of _____, 2012

_____
Honorable Mark L. Wolf
United States District Judge

Case 1:11-cv-10230-MLW Document 403-47 Filed 06/23/23 Page 8 of 8