# EX. 52

| | | |
|---|---|---|
| 11/19/2012 | 63 | Chief Judge Mark L. Wolf: ELECTRONIC ORDER entered. ORDER consolidating cases for pre-trial purposes. Associated Cases: 1:11-cv-10230-MLW, 1:11-cv-12049-MLW, 1:12-cv-11698-MLW (MacDonald, Gail) (Entered: 11/20/2012) |