# EX. 55

```
                                                              1
 1
 2   UNITED STATES DISTRICT COURT
     DISTRICT OF MASSACHUSETTS
 3
     Case No. 11-cv-10230 MLW
 4   - - - - - - - - - - - - - - - - - - - - - -x
 5   ARKANSAS TEACHER RETIREMENT SYSTEM,
     et al.,
 6
                              Plaintiffs,
 7
               -against-
 8
     STATE STREET BANK AND TRUST COMPANY,
 9
                              Defendant.
10
     - - - - - - - - - - - - - - - - - - - - - -x
11
     JAMS
12   Reference No. 1345000011
     - - - - - - - - - - - - - - - - - - - - - -x
13
     In Re:   STATE STREET ATTORNEYS' FEES
14
     - - - - - - - - - - - - - - - - - - - - - -x
15
                          June 16, 2017
16                        1:35 p.m.
17
     B e f o r e :
18
             SPECIAL MASTER HON. GERALD ROSEN
19           United States District Court, Retired
20
             Deposition of KIRTI DUGAR, taken by
21
22   Counsel to the Special Master, held at the
23   offices of JAMS, 620 Eighth Avenue, New York,
24   New York, before Helen Mitchell, a Registered
25   Professional Reporter and Notary Public.
```



```
                                        82                                                84
                                        83                                                85
                                           1              Dugar
                                           2   updates or e-mail updates?
                                           3       A    In the -- up to 2013-'14 it was
                                           4   a quantity thing, number of documents reviewed.
                                           5       Q    Let's skip gears to 2015.
                                           6            You mentioned that up until
                                           7   that point, that there was a certain pace to the
                                           8   document review.
                                           9            What changed in early 2015?
                                          10       A    Counsel made an evaluation how
                                          11   much was left to do, and they wanted to get it
                                          12   done, completed.  That was their objective.  I
                                          13   did not ask why, who, why, when.  They asked,
                                          14   they wanted it done, I gave them numbers, they
                                          15   came up with the plan to get it done, so I was
                                          16   just executing their wishes.
                                          17       Q    And which counsel was involved
                                          18   in the push to get the document review done, if
                                          19   you can recall?
                                          20       A    All three law firms.  So it
                                          21   would be Dan Chiplock, Mike Lesser, Mike Rogers,
                                          22   I believe.
                                          23       Q    And at this time did you come
                                          24   to learn about an agreement with the Thornton
                                          25   Law Firm to share costs of certain Lieff
```

**22 (Pages 82 to 85)**

86



88

1  Dugar
2  from -- staff attorneys from other cases in
3  Lieff Cabraser who likewise were available --
4  couple of those.  So I had a team of ten or 15
5  staff attorneys who were available to be
6  reallocated to another case for review work
7  should we have it.
8          So State Street was a clear
9  candidate, so I moved them all over here to
10  review the State, got them the training and the
11  assignment.
12          So when that ten or 15
13  attorneys were available, some of these were
14  allocated -- quote-unquote the word
15  "allocated" -- to the Thornton Naumes firm.
16      Q    Were you involved at all in the
17  decision of which staff attorneys were allocated
18  to Thornton?
19      A    I believe I worked with
20  Mr. Chiplock, Dan Chiplock, to determine that.
21      Q    And how did you and
22  Mr. Chiplock determine that?
23      A    Two of the attorneys were new
24  hires, and that was -- well, I was not here, I
25  was actually in a vacation at the time.  Two of

87

1  Dugar
2  reviewers and allocate that work to them.  And I
3  was reviewing Thornton Naumes folders, for
4  example, the assignments of them.
5          So I was asked to see who was
6  available that we could transfer to that work.
7  What cost and non-cost or anything like that is
8  not something that at that time Mr. Chiplock
9  would have discussed with me, that this is what
10  we need to do.  Essentially, as time developed,
11  later on I learned what he wanted to do, and I
12  helped getting that done.
13      Q    And how did you go about
14  finding available staff attorneys to fulfill
15  Mr. Chiplock's request?
16      A    So the staff attorney
17  availability was as follows:
18          As fate would have it, the BoNY
19  Mellon case was just settled, or had settled, so
20  we had a team of staff attorneys that were
21  working on the BoNY Mellon case -- there was ten
22  or 12 of them -- who were available to be
23  transitioned to another case work.  So in the
24  first step I transitioned all of them to the
25  State Street case, and there were a few others

89

102

[page redacted]

104

1       Dugar
2            I do know that all the Thornton
3   Naumes documents were reviewed.  I have a record
4   of tracking that.  So Thornton Naumes was
5   assigned approximately 250,000 documents, like
6   each of the firms.  It's pretty much a practical
7   and equal divvy, and I can tell you for sure
8   they were reviewed and coded.
9            JUDGE ROSEN:  But you didn't
10  sort of ever check in on Michael
11  Bradley to look at his work, his
12  coding, whether he was making attorney
13  notes properly?
14           THE WITNESS:  I did not.
15           JUDGE ROSEN:  Do you know if
16  anybody did?
17           THE WITNESS:  I have no idea.
18           I don't -- typically, the
19  Thornton firm, if they wanted something
20  queried, like a deep-end thing like
21  that with Catalyst, they would ask me.
22  So I don't recall receiving such a
23  request.  And neither from the Labaton
24  firm, for that matter.
25           MR. HEIMANN:  I've got about

103

1       Dugar
2   understood that another, fifth, reviewer was
3   coming on.
4       Q    Did you form an opinion one way
5   or another whether he was a member of the firm
6   or an outside person?
7       A    None whatsoever.
8       Q    Were you ever -- after this
9   e-mail in March -- excuse me -- yes,
10  March 2013 -- were you ever asked about Michael
11  Bradley's work or access to Catalyst again?
12      A    I think there's a follow-up
13  e-mail with this user account.  It was not --
14  there were some issues, technical issues logging
15  in, so two weeks later I asked Catalyst to
16  recreate an account.  And beyond that, after
17  that, nothing at all.  Not to me anyway.
18      Q    Did you ever review the coding
19  or number of documents associated with Michael
20  Bradley?
21      A    Again, you know, the folders
22  are created at the firm level, and then who they
23  got assigned to, other than the folks that I was
24  assigning to, I had no idea who was getting
25  assigned what.

105

[page redacted]

**114**

|   |   |
|---|---|
| 1 | Dugar |
| 2 | sense I've been helping Dan Chiplock -- |
| 3 | JUDGE ROSEN: I'm talking back |
| 4 | in the November 8 through 12 time |
| 5 | period. |
| 6 | THE WITNESS: I was not |
| 7 | involved with the fee petition at all. |
| 8 | JUDGE ROSEN: No. No, no, no. |
| 9 | Once the double counting error was |
| 10 | discovered, did you work with Dan to |
| 11 | figure out how it happened? |
| 12 | THE WITNESS: We were wracking |
| 13 | our brain to figure out that answer, |
| 14 | and I think the only thing I could come |
| 15 | up with, it was just network oversight, |
| 16 | there was nothing intentional about it. |
| 17 | It's a small amount of time -- |
| 18 | it's not in the global scheme of |
| 19 | things. Not to say it doesn't have |
| 20 | value, it has value. It was just -- in |
| 21 | fact, if you go by intention -- to my |
| 22 | mind, I'm speaking for myself and |
| 23 | behalf of my firm -- you know, we |
| 24 | clearly, with Jon Zol and Chris Jordan, |
| 25 | if you look at it, I have instructions |

**115**

|   |   |
|---|---|
| 1 | Dugar |
| 2 | to them that "Make sure in your time |
| 3 | entry you enter for, you know, review |
| 4 | of TNN folders." So the intention was |
| 5 | always to transfer. |
| 6 | The only thing is that in this |
| 7 | whole -- all the structures and |
| 8 | everything we have, Chris Jordan and |
| 9 | Jon Zol were entering time in our |
| 10 | system, or their time was getting |
| 11 | entered in our system. So in this |
| 12 | particular -- and then they were |
| 13 | getting invoiced. So the time entry |
| 14 | would maintain there because that's the |
| 15 | source of the generation of an invoice, |
| 16 | but it just -- you know, when you're |
| 17 | doing the fee petition, putting all |
| 18 | things together, I am not involved, and |
| 19 | usually never involved in that process. |
| 20 | It just got lost. It is just -- what |
| 21 | do you just call -- inadvertent honest |
| 22 | mistake. That's really what it is. |
| 23 | Our intention always was -- I |
| 24 | knew it at the time, and whether if I |
| 25 | had been involved with the fee petition |

**116**



**117**

30 (Pages 114 to 117)