# EX. 56

JAMS, Inc.
Reference No. 1345000011

-----------------------------------x

In Re State Street Attorneys Fees

-----------------------------------x

June 5, 2017

1:42 p.m.

BEFORE:

Special Master Hon. Gerald Rosen, United States District Court, Retired

Deposition of TODD KUSSIN, taken by Counsel to the Special Master, held at JAMS, Inc., 620 Eighth Avenue, New York, New York, before Jineen Pavesi, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter and Notary Public of the State of New York.

Job No. CS2629858

Page 6

[redacted]

Page 7

[redacted]

Page 8

KUSSIN

where you went to college and law school.

A. So I went to Cornell University, I graduated in 1997 and and I went to Hofstra University Law School and I graduated in 2002.

After graduating Hofstra, I worked at Clifford Chance in New York from -- summer associate in 2001 and then after graduating in 2002 I worked there until mid 2005, and then I began work at Milberg Weiss in New York and I worked there until 2009, and then I started working as staff attorney at Labaton, worked on a case there and then -- it was from June 2009 until April 2010, and then I spent about, I am not sure of the exact amount, but about a year at Bernstein Litowitz as a staff attorney and then I was called back at Labaton to work on a specific matter, again as staff attorney, but this time just myself and one associate, we worked on the complaint that later on -- first, we worked on that complaint, when the work on that was done,

Page 9

KUSSIN

[redacted]



Page 14

Page 16

Page 15

Page 17

KUSSIN

expanded, correct?

A. Yes.

Q. And the same process followed for hiring the additional --

A. It was a little different, because I am not sure, we had -- the five of them were there, it eventually by January 2015, when we had to ramp up, we had to ramp up the staff and by that time only one of the five were still there.

We added on I think ten or 12 in January 2015, but it was a little different.

I knew two of them from Goldman, that case, they had been transferred to another case, they needed a ramp-up and they were ready to come back to State Street.

The others, David Alper had worked on Goldman and then knowing his background and background in finance and foreign exchange, I jumped at the chance to have him be on State Street with me.

JUDGE ROSEN: Did you have a

Page 62

[redacted]

Q. They are going to work harder if they're interested?

Page 63

KUSSIN

A. I don't want to say they will not work harder if they are not interested, but I guess just human nature that it would be great to have somebody that's that interested to go full board into it

Like I said, you're not going to get 27 perfect fits, so there were some that maybe were a little bit gut feelings about how -- the 25th and 26th and 27th topic, but the ones that you could get a good fit for would be the ones you would want to hand out so it just made sense

Q. Were you part of the discussion with respect to cost-sharing and cross-assignment of staff attorneys with the Thornton Law Firm?

A. No.

Q. You didn't have any role in that?

A. No.

Q. I think Judge Rosen might have alluded to this.

With respect to the ERISA

Page 64

[redacted]

Page 65

KUSSIN

[redacted]: [redacted]

Page 66

KUSSIN

[redacted]; [redacted]

[redacted]: [redacted]

Page 67

KUSSIN

[redacted].

[redacted]

Page 68

[redacted]

Page 69

KUSSIN

really the hours or the payroll or anything like that.

The one thing with hours was that the staff attorneys were supposed to come into the room in the morning, sign in on a sheet when they came in, time in, and then a time out, also a break they take.

So Danette would say to me don't get too concerned with it, because that's more of an accounting thing, but if you happen to see that somebody was signing in, you know, and signing out their hours and if you happen to take a look at their Rainmaker, do it once a month, and something doesn't look right, you know, alert us.

They were doing it more than I was, but I was in the room, so she said maybe I would notice that they would be on a longer break than they signed in.

But I never really saw that, I wasn't tracking them second-by-second.

That was about the extent.

Q. You were more interested in the

Page 70

KUSSIN

page numbers and quality of work?

A. Right, I didn't think much of that.

Q. Earlier we talked about how you went from five staff attorneys being onboard to a much bigger number.

Was that in the spring of 2015?

A. Yes -- no, January.

Q. And what prompted that influx of new staff attorneys?

A.

Page 72

Page 71

Page 73



Page 78

Page 80

KUSSIN

THE WITNESS: No.

JUDGE ROSEN: Ever review any of his documents?

THE WITNESS: No.

JUDGE ROSEN: Ever see any of his hot documents?

THE WITNESS: No.

MR. SINNOTT: Ever heard his name?

THE WITNESS: Only since I have been preparing.

MR. STOCKER: I would just caution you not to divulge privileged information.

(Continued on next page.)

Page 79

KUSSIN

MS. LUKEY: No questions.

MR. HEIMANN: No questions.

EXAMINATION BY

MR. KELLY:

Q. With respect to this cost sharing, that wasn't something you were part of deciding?

A. Not at all.

Q. You weren't privy to those discussions?

A. No.

Q. So you don't know what was behind those?

A. Not at all.

Q. The fact that some of the staff attorneys were attributed to one firm and not the other, it wouldn't affect your analysis either way, would it?

A. No.

MR. KELLY: Nothing further.

JUDGE ROSEN: Bill asked you earlier about Michael Bradley.

Just to tie it up, did you ever work with him?

Page 81