# EX. 59

Page 1

JAMS, Inc.

Reference No. 1345000011

-----------------------------------x

In Re State Street Attorneys Fees

-----------------------------------x

                June 6, 2017

                2:00 p.m.


BEFORE:

Special Master Hon. Gerald Rosen, United

States District Court, Retired


        Deposition of JONATHAN ZAUL,

taken by Counsel to the Special Master,

held at JAMS, Inc., 620 Eighth Avenue, New

York, New York, before Jineen Pavesi, a

Registered Professional Reporter,

Registered Merit Reporter, Certified

Realtime Reporter and Notary Public of the

State of New York.




   Job No. CS2629875

```
                                                  Page 6
 1
 2         MR. SINNOTT:  Can I confirm
 3   there is no one else on the line.
 4         (No response.)
 5   J O N A T H A N   Z A U L,
 6   having first been duly sworn by a Notary
 7   Public of the State of New York, was
 8   examined and testified as follows:
 9   EXAMINATION BY
10   MR. SINNOTT:
11      Q.    Jon, my understanding is that
12   you are an attorney, is that correct?
13      A.    Yes.
14      Q.    And that you graduated from
15   University of California, Berkeley in
16   2004, and University of San Francisco
17   School of Law in 2009, is that correct?
18      A.    Yes.
19      Q.    Since your graduation in 2009
20   from University of San Francisco School of
21   Law, tell us about your legal career.
22      A.    I spent a little bit over a
23   year working for California Superior Court
24   trial judge Julie Tan and I worked on both
25   civil and criminal matters as well as in
```

```
                                                  Page 7
 1           ZAUL
 2   the juvenile delinquency court.
 3         After that I started my own
 4   practice where I primarily worked on
 5   telecom commercial leases, helping to
 6   build their cell site infrastructure.
 7         I also worked on some
 8   landlord/tenant issues.
 9      Q.    Is that firm still in
10   existence?
11      A.    I ran it under my name as a
12   sole proprietor and I'm not practicing
13   actively.
14      Q.    When did that stop being an
15   active concern?
16      A.    As best I can recall, it has
17   been years, I would say my work for that
18   firm tapered off during the time that I
19   transitioned to working as a staff
20   attorney for Leiff Cabraser.
21      Q.    Was that in 2012?
22      A.    Yes.
23      Q.    When you were hired as a staff
24   attorney by Leiff Cabraser, was it to work
25   on a particular case or for general
```



Pages 8 and 9 (redacted).

Page 10

1         ZAUL
2 [redacted]
...

Page 11

1         ZAUL
2    A.    I believe that it was a
3 government-related matter, I don't clearly
4 recall all of the issues in the case.
5    Q.    Do you remember the name of the
6 case?
7    A.    I remember Thacher being part
8 of it.
9    Q.    Was your role as a staff
10 attorney primarily in document review?
11   A.    Yes.
12   Q.    How many other staff attorneys
13 worked on that?
14   A.    I believe it started with me
15 and then a couple more staff attorneys
16 were added.
17   Q.    After that case, Thacher, for
18 want of a better description, what was
19 your next case?
20   A.    To the best of my recollection,
21 I worked on Bank of New York Mellon.
22   Q.    Approximately when did you
23 start working on The Bank of New York
24 Mellon matter?
25   A.    I really don't recall dates.

Page 12

1         ZAUL
2 [redacted]
...

Page 13

1         ZAUL
2 [redacted]
...



Page 15

```
 1             ZAUL
 2  communicated at times with Nick Diamand
 3  and Daniel Chiplock.
 4      Q.   Did you work out of an office
 5  or did you work remotely?
 6      A.   There was a point --  there
 7  were times that I worked in the office and
 8  also times I worked remotely and there was
 9  a point during which I transitioned to
10  fully remote work.
11      Q.   During the State Street case,
12  were you going through those different
13  stages or were you strictly office,
14  strictly remote, for that five- to
15  six-month period?
16      A.   To the best of my recollection,
17  I was strictly remote.
18           But my office arrangement, I
19  don't recall clearly when I transitioned
20  fully to remote work, whether it happened
21  during The Bank of New York Mellon case or
22  State Street.
23      Q.   When you were working in the
24  office, is that the San Francisco office?
25      A.   Yes.
```

Veritext Legal Solutions

800-567-8658                                              973-410-4040

```
                                                                    Page 22
 1                    ZAUL
 2    State Street and its custodian had a
 3    fiduciary duty towards its custodial
 4    clients and there was an understanding of
 5    fees that they charged, most of these were
 6    fixed fees, maybe a schedule of ancillary
 7    fees, and as far as I can recall, it was
 8    not disclosed that there would be fees
 9    charged for foreign exchange transactions
10    and deceptive practices surrounded the FX
11    trading and that would occur when
12    custodian clients needed to purchase or
13    sell foreign securities through their own
14    accord or through their investment
15    manager.
16            They would have the option to
17    have standing instructions with the
18    custodian to execute those trades or they
19    might have elected to directly negotiate
20    those foreign exchange transactions and
21    the fraud or deceptive practices had to do
22    with the standing instructions that were
23    in place, because it was not disclosed to
24    their clients that a profit was being made
25    from executing those standing
```

```
                                                                    Page 23
 1                    ZAUL
 2    instructions.
 3        Q.   Deceptive practices, lack of
 4    transparency is part of those deceptive
 5    practices?
 6        A.   Right.
 7        Q.   During the course of your
 8    document review over those five or six
 9    months, did you identify any hot
10    documents?
11        A.   I don't recall whether I did; I
12    would say that it typically would be
13    likely, I generally do identify hot
14    documents, I believe that I have in every
15    review I have worked on.
16            I don't recall specifically,
17    other than the research memo that we were
18    tasked to work on.
19            Clearly the issues that we were
20    assigned to research would reference
21    documents that were at least highly
22    relevant, I don't know exactly what level,
23    it could be nuance levels of relevance,
24    whether it would be appropriate or helpful
25    to support a motion or for a deposition,
```

```
                                                                    Page 24
 1                    ZAUL
 2    something definitely needed to be included
 3    as a trial exhibit.
 4        Q.   How many memoranda were you
 5    assigned to draft?
 6        A.   This is where I am not sure,
 7    because I know I was assigned memos for
 8    Bank of New York Mellon, but I clearly
 9    recall having worked on at least one.
10        Q.   Do you know what the subject
11    matter was for that memorandum?
```



```
                                                                    25
 1                    ZAUL
 2
 
 
 
 6        Q.   Did you ever receive any
 7    feedback on your document review work from
 8    anyone at Lieff?
 9        A.   I believe that I received more
10    feedback in the Bank of New York Mellon
11    case and by the time we started working on
12    State Street, I don't know if it was as
13    applicable or as necessary to receive
14    frequent feedback.
15        Q.   Did you ever receive any
16    feedback on the number of documents you
17    would review or whether you needed to
18    review more or anything like that?
19        A.   No, I don't recall receiving
20    any feedback about that.
21            To my best recollection, Kirti
22    would be monitoring the process, because
23    we did receive at least one e-mail
24    informing us how we should allocate our
25    work, just checking in with us the status
```

Veritext Legal Solutions
800-567-8658                                             973-410-4040

Page 38

```
 1            ZAUL
 2  this?
 3     Q.    Yes.
 4     A.    No, not at all.
 5     Q.    I'm taking you back to 2015.
 6     A.    Sure.
 7     Q.    Did you ever communicate with
 8  any other attorney other than from Lieff
 9  or Labaton or Thornton Law Firm, such as
10  Evan Hoffman, about the State Street case?
11     A.    No.
12     Q.    Did you ever speak with any
13  class representatives or plaintiffs in the
14  case?
15     A.    No.
16     Q.    How much an hour do you make?
17     A.    Well, I'm salaried now, so I
18  don't know exactly.
19     Q.    What's your salary?
20     A.    Last year I believe, not
21  including a bonus, ███████████
22  ███████
23     Q.    When you were brought onboard,
24  it was on an hourly rate, correct?
25     A.    Yes.
```

Page 39

```
 1            ZAUL
 2     Q.    What was that hourly rate?
 3     A.    I started at $40 an hour.
 4            JUDGE ROSEN:  Jonathan, when
 5  you said ████████████ is that plus
 6  benefits?
 7            THE WITNESS:  That doesn't
 8  include benefits.
 9            JUDGE ROSEN:  Do you get
10  benefits?
11            THE WITNESS:  Yes.
12            JUDGE ROSEN:  So ██████
13  ████████ plus benefits?
14            THE WITNESS:  Yes.
15            JUDGE ROSEN:  When you started,
16  you were at 40?
17            THE WITNESS:  I started at 40;
18  I believe while I was working on State
19  Street or prior to that time I received a
20  raise to $50 an hour.
21     Q.    Were you aware as to back then
22  what the firm was billing you out at
23  during the State Street case?
24     A.    No.
25     Q.    Are you aware of it now?
```

Page 40



[Page fully redacted]

Page 41

[Page fully redacted; lines 21–25 blank]