# EX. 60

JAMS, Inc.
Reference No. 1345000011

----------------------------------x

In Re State Street Attorneys Fees

----------------------------------x

June 5, 2017

12:00 p.m.

BEFORE:

Special Master Hon. Gerald Rosen, United States District Court, Retired

Deposition of DAVID H. ALPER, taken by Counsel to the Special Master, held at JAMS, Inc., 620 Eighth Avenue, New York, New York, before Jineen Pavesi, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter and Notary Public of the State of New York.

Job No. CS2629858



Page 6

Page 8

Page 7

Page 9

ALPER

of questions about your background, but if you could just tell us about your education and your legal experience prior to coming to Labaton.

A. Sure.

I was born and raised in New York, I went to high school at Horace Man, attended Tulane University and upon graduation I went to the University of District of Columbia Law School and obtained my law degree and proceeded to sit for the New York and New Jersey bars.

I passed them both, upon which time I was seeking employment, I guess a number of years ago, I accepted a situation on Wall Street as opposed to going into law.

Q. Tell us about your experience on Wall Street in the financial services industry.

A. Sure.

I guess when I entered -- I guess when I joined Wall Street, people can't really get their arms around the

Page 10

ALPER

fact that interest rates were about 17 or 18 percent and there was a huge burgeoning field called Treasury bond brokering and a couple of my very, very close friends graduated from their respective colleges and entered pretty high-powered training positions, one at Salomon Brothers, one at Banker's Trust, and one of them basically reached out to me and said if law is not doing it for you, do you want to come try covering us.

So I ended up joining a firm that was somewhat akin to Cantor Fitzgerald, it was not Cantor, but it was an interdealer bond broker, basically IDB, and what we did was we crossed transactions between primary dealers in the Treasury market.

So basically the entire yield curve going from Treasury bills on up to 30-year bonds were basically brokered, we were basically a dealer's broker, we were in business because the various traders were supposedly not allowed to know who

Page 11

ALPER

was on the other end of the transaction.

Q. How long did you work there?

A. I was in that industry I guess from 1987 until I guess 2007.

Q. While you were in that industry, did you have experience with foreign exchange transactions?

A. I had a little experience in foreign exchange transactions, but after the entire credit crisis, my business kind of dried up a little.

One of these trader friends of mine ended up running a hedge fund desk, a macro desk, at ███████, and they were in dire need of additional middle office assistance, not only clearing these Treasury trades, but more importantly clearing FX trades.

████████████

JUDGE ROSEN: They had a what?

THE WITNESS: ███████

████████

Page 12

ALPER

████████████

At the time it was only one person doing it and I said, you know, I have a law degree, I think I can manage this.

So for the next year and change I ended up specifically in the foreign exchange middle office clearing area of ███████.

Q. How long did you do that for?

A. I guess about a year.

Q. Then what did you do?

A. Then I went to ██████ for about seven months, didn't enjoy selling insurance, and I gravitated towards doing -- I kept my law degree and everything active and I recognized the fact that there was I guess an ongoing need for people who had finance background

Page 13

ALPER

but also a legal and bar degree doing document, e-discovery.

Q. That's when you came to Labaton?

A. Correct.

Q. What year did you join Labaton?

A. Oh, gosh, I don't have my resume in front of me.

Unfortunately, a lot of these positions are kind of femoral, I don't have the exact date on hand, but I do know that I have been at Labaton, this was my fourth stint with them.

If I had my resume in front of me, I would be glad to give you, I didn't bring it with me.

Q. I'm just looking for rough time frames.

Putting aside the current case, the instant case, were there other occasions when your background in foreign exchange proved useful to Labaton?

A. Not necessarily Labaton, but to other e-discovery situations it came in

Page 14

ALPER

very handy.
Q. Can you explain that.
A. Sure.
I think we discussed, without giving away the parties involved, but I was on the [redacted] case, I think you're all familiar with that one, very highly visible case, and I was chosen amongst a large group of people, very small group of us ended up being the prelitigation document e-discovery professionals working on that.
Again, without that background, I probably would not have been able to lend the expertise that I had.
What I like to tell people, and again, I don't think I'm going off reservation, but --
Q. Please go off the reservation.
A. The last eight years have been a boon to my experience in terms of being on Wall Street coupled with a legal background by virtue of the fact that with the whole RMBS meltdown, people with my

Page 15

[redacted]

Page 16

[redacted]
[redacted]?
[redacted]
A. [redacted]

Page 17

ALPER

someone, a large insurance company wants to hedge a position and buy dollar and sell yen and they want to do it in a very large position, that would actually move the market and that is something that my experience has shown me as an interdealer bond broker happened quite often and that's why there were blind verbal brokers such as myself in business for over 20 years before the Treasury bond market went electronic as well
So reading some of these e-mails of how the person I was asked to do my memo on, so to speak, [redacted]
JUDGE ROSEN: So buying positions, knowing what the market was likely going to do?
THE WITNESS: Exactly, exactly.
And speaking not for the other

Page 30

ALPER

was probably 32 an hour.

JUDGE ROSEN: Were you getting benefits as well?

THE WITNESS: After a year you get benefits.

So unfortunately I had just been there a year working with this case we discussed and was enjoying the benefits of having part of my transit monies underwritten partially and then the case came to an end.

Q. When you were working on the State Street case, was that your exclusive job or were there other matters that you were working on?

A. That was my exclusive job, that was what my optic nerve was focused on on a daily basis professionally.

I was always ready, willing and able to do a Saturday and Sunday sit-down if that was needed, which I have done a few weekends if the work was needed.

Q. Did you do all of your work at 140 Broadway or remotely --

Page 31

ALPER

A.

Page 32

ALPER

Page 33

ALPER

Page 62

ALPER

saying, in addition, today I basically -- today I was researching and writing a preliminary memo discussing [redacted] in the State Street -- the ARTS versus State Street case matter.

Q. Did Labaton give you any training in time entry?

A. You know, it wasn't really that difficult; it was just basically, as I said, you click on that -- you click on that icon on your desktop, Rainmaker came up, you put your time in, and you also would put your time down as you walked into the office manually --

JUDGE ROSEN: You mean you clocked in?

THE WITNESS: Well, it was a binder with everyone's name on it, Dave Alper, 8:38, you know, lunch at 1:05, you know, back from lunch at, you know, 1:35, out at 7:42.

Q. Were you ever aware of a cost-sharing arrangement with Thornton Law Firm?

Page 63

Page 64

Page 65