# EX. 61

Page 1

JAMS, Inc.

Reference No. 1345000011

-----------------------------------x

In Re State Street Attorneys Fees

-----------------------------------x

                June 6, 2017

                9:28 a.m.


BEFORE:

Special Master Hon. Gerald Rosen, United

States District Court, Retired


            Deposition of MARISSA OH, taken

by Counsel to the Special Master, held at

JAMS, Inc., 620 Eighth Avenue, New York,

New York, before Jineen Pavesi, a

Registered Professional Reporter,

Registered Merit Reporter, Certified

Realtime Reporter and Notary Public of the

State of New York.




    Job No. CS2629875

Case 1:11-cv-10230-MLW   Document 401-60   Filed 07/23/18   Page 3 of 6

Page 6

[redacted]

Page 7

[redacted]

Page 8

```
 1             OH
 2  2004.
 3          After that I was an associate
 4  at Orrick, Herrington & Sutcliffe for
 5  about three years, took some time off
 6  after that and then started working as a
 7  staff attorney at various firms in San
 8  Francisco.
 9      Q.    During your initial time as an
10  associate for three years and your tenure
11  as a staff attorney at various firms, was
12  there any particular area of focus in your
13  work?
14      A.    When I was an associate at a
15  law firm, I did employment discrimination
16  cases and I did some securities litigation
17  work as well.
18      Q.    How about as a staff attorney
19  after that?
20      A.    As a staff attorney, I've done
21  quite a bit of securities litigation
22  cases, but I've also done a little bit of
23  everything else, products liability, mass
24  torts, all sorts of miscellaneous.
25      Q.    Did you do any foreign exchange
```

Page 9

[redacted]

3 (Pages 6 - 9)



Page 10 — [redacted]

Page 11
1      OH
2  Mellon case, did you work on any other
3  cases simultaneously?
4      A.    No.
5      Q.    Approximately when did you
6  start working on the State Street case?
7      A.    As I remember, it was around
8  January of 2015.
9      Q.    When you were brought into the
10 Mellon case, was it in the same capacity
11 as you had been hired to work as a staff
12 attorney?
13     A.    Yes.
14     Q.    What was your compensation at
15 that time?
16     A.    I think it was $40 an hour.
17     Q.    Is that the rate that you were
18 hired at?
19     A.    Yes.
20     Q.    Or the amount that you were
21 hired at?
22     A.    Yes.
23     Q.    Were you aware for either case
24 as to what the firm billed you at, what
25 that amount was?

Page 12 — [redacted]

Page 13 — [redacted]

Veritext Legal Solutions
800-567-8658                                       973-410-4040



Page 21

```
 1           OH
 2    Q.    Was your job to look for a
 3  whole bunch of areas of focus or topics or
 4  were you assigned particular issues or an
 5  issue?
 6    A.    I looked at the documents that
 7  were assigned to me and then put them into
 8  categories based on what issues were
 9  raised in the documents.
10    Q.    How many issues or areas were
11  you presented with?
12    A.    Just the protoco.
13    Q.    The whole list?
14    A.    Yes, a couple of dozen.
15    Q.    27 perhaps?
16    A.    Yes.
17    Q.    At any time during those five
18  months, were you asked to focus on
19  particular issues for review?
20    A.    Towards the end I did a memo
21  based on one issue.
22    Q.    What was that issue?
23    A.
```



Page 41

1     OH
2  Q.  And you receive benefits?
3  A.  Like 401(k), that kind.
4  Q.  Healthcare?
5  A.  No, not healthcare.
6      I mean, I opted out because I
7  get health insurance through my husband.
8      JUDGE ROSEN: What year did you
9  graduate from Stanford?
10     THE WITNESS: 2004.
11     JUDGE ROSEN: Is that when
12 Tiger Woods was there?
13     THE WITNESS: No, he was there
14 earlier and he was an undergrad so he
15 would have been playing frisbee on the
16 lawn when we were doing work.
17     (Continued on next page.)
18
19
20
21
22
23
24
25

11 (Pages 38 - 41)