# EX. 62

**ATTORNEY-CLIENT PRIVILEGE – ATTORNEY WORK PRODUCT**

## MEMORANDUM

From:   Maritza Bolano,

To:       Files

CC:      Todd S. Kussin

Re:       Contracts/RFPs Topic - <u>ATRS vs. State Street Class Action, No. 11-CV-10230 (MLW)</u>

**ATTORNEY-CLIENT PRIVILEGE – ATTORNEY WORK PRODUCT**



**ATTORNEY-CLIENT PRIVILEGE – ATTORNEY WORK PRODUCT**



**ATTORNEY-CLIENT PRIVILEGE – ATTORNEY WORK PRODUCT**



**ATTORNEY-CLIENT PRIVILEGE – ATTORNEY WORK PRODUCT**



TLF-SST-005249

**ATTORNEY-CLIENT PRIVILEGE – ATTORNEY WORK PRODUCT**



Confidential: Produced Pursuant to Court Order.

**ATTORNEY-CLIENT PRIVILEGE – ATTORNEY WORK PRODUCT**



ATTORNEY-CLIENT PRIVILEGE – ATTORNEY WORK PRODUCT



Confidential: Produced Pursuant to Court Order.

**ATTORNEY-CLIENT PRIVILEGE – ATTORNEY WORK PRODUCT**



Confidential: Produced Pursuant to Court Order.

ATTORNEY-CLIENT PRIVILEGE – ATTORNEY WORK PRODUCT



Confidential: Produced Pursuant to Court Order.

**ATTORNEY-CLIENT PRIVILEGE – ATTORNEY WORK PRODUCT**



ATTORNEY-CLIENT PRIVILEGE – ATTORNEY WORK PRODUCT



 TLF-SST-005256



**ATTORNEY-CLIENT PRIVILEGE – ATTORNEY WORK PRODUCT**



TLF-SST-005258

**ATTORNEY-CLIENT PRIVILEGE – ATTORNEY WORK PRODUCT**



**ATTORNEY-CLIENT PRIVILEGE – ATTORNEY WORK PRODUCT**



Confidential: Produced Pursuant to Court Order.

TLF-SST-005260



Confidential: Produced Pursuant to Court Order.

TLF-SST-005261

**ATTORNEY-CLIENT PRIVILEGE – ATTORNEY WORK PRODUCT**



Confidential: Produced Pursuant to Court Order.

**ATTORNEY-CLIENT PRIVILEGE – ATTORNEY WORK PRODUCT**



Confidential: Produced Pursuant to Court Order.

TLF-SST-005263

**ATTORNEY-CLIENT PRIVILEGE – ATTORNEY WORK PRODUCT**



Confidential: Produced Pursuant to Court Order.

**ATTORNEY-CLIENT PRIVILEGE – ATTORNEY WORK PRODUCT**



Confidential: Produced Pursuant to Court Order.

**ATTORNEY-CLIENT PRIVILEGE – ATTORNEY WORK PRODUCT**



Confidential: Produced Pursuant to Court Order.

ATTORNEY-CLIENT PRIVILEGE – ATTORNEY WORK PRODUCT



ATTORNEY-CLIENT PRIVILEGE – ATTORNEY WORK PRODUCT



Confidential: Produced Pursuant to Court Order.

ATTORNEY-CLIENT PRIVILEGE — ATTORNEY WORK PRODUCT



Confidential: Produced Pursuant to Court Order.

TLF-SST-005269

**ATTORNEY-CLIENT PRIVILEGE – ATTORNEY WORK PRODUCT**



Confidential: Produced Pursuant to Court Order.