# EX. 64

---

**From:**          Michael Lesser
**Sent:**          Wednesday, March 11, 2015 1:44 PM
**To:**            Garrett Bradley
**Cc:**            Michael Thornton; Evan Hoffman
**Subject:**       Re: State street

He's looking into it.

On Mar 11, 2015, at 12:53 PM, Garrett Bradley <GBradley@tenlaw.com> wrote:

> Ask Rodgers
>
> ........................................................................................
>
> **From:** Michael Lesser
> **Sent:** Wednesday, March 11, 2015 12:43 PM
> **To:** Garrett Bradley
> **Cc:** Michael Thornton; Evan Hoffman
> **Subject:** RE: State street
>
> The invoice and email date are 2/6.  The invoice shows billing through 2/28. Did they bill for time before it was incurred?
>
> ........................................................................................
>
> **From:** Garrett Bradley
> **Sent:** Wednesday, March 11, 2015 12:42 PM
> **To:** Michael Lesser
> **Cc:** Michael Thornton; Evan Hoffman
> **Subject:** Re: State street
>
> double count for what?
>
> Garrett
>
> On Mar 11, 2015, at 11:54 AM, Michael Lesser <MLesser@tenlaw.com> wrote:
>
> > Garrett:  Just following up on the doc review recordkeeping.  The attached invoice is dated 2/6/2015 (and was sent by e-mail on 2/6 as well)  but includes billables through 2/28.  Can you ask them to confirm whether these hours were billed for 2/6 – 2/28?  I don't want us to double-count anything.
> >
> > Thanks,
> >
> > M
> >
> > ........................................................................................
> >
> > **From:** Garrett Bradley
> > **Sent:** Friday, February 06, 2015 3:48 PM
> > **To:** Michael Thornton
> > **Cc:** Michael Lesser
> > **Subject:** Fwd: State street

1

Confidential: Produced Pursuant to Court Order.                                    TLF-SST-011124

First month bill.  I have not heard a thing from Chiplock on how he is doing....He has not been playing nice in the sand box lately.  I emailed him yesterday asking for a call with Belfi to discuss this.  No response.

This is the best way to jack up the loadstar though.

Garrett

Begin forwarded message:

> **From:** "Ng, Cindy" <CNg@labaton.com>
> **Date:** February 6, 2015 at 3:44:56 PM EST
> **To:** "Garrett J. Bradley" <gbradley@tenlaw.com>
> **Cc:** Anastasia Maranian <AMaranian@tenlaw.com>, "Stroock, Naomi" <nstroock@labaton.com>, "Politano, Ray" <rpolitano@labaton.com>
> **Subject: RE: State street**
>
> Garrett,
>
> Attached is the invoice regarding State Street document review.



**Cindy Ng | Senior Accountant**
140 Broadway, New York, New York 10005
T: (212) 907-0657 | F: (212) 883-7556
E: cng@labaton.com | W: www.labaton.com



***Privilege and Confidentiality Notice***

This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

Confidential: Produced Pursuant to Court Order.

TLF-SST-011125

<State Street - 1020347 (Feb 2015).pdf>

3

Confidential: Produced Pursuant to Court Order.

TLF-SST-011126