# EX. 65

Message

| | |
|---|---|
| **From**: | Ng, Cindy [CNg@labaton.com] |
| **Sent**: | 4/9/2015 3:49:35 PM |
| **To**: | Garrett J. Bradley [gbradley@tenlaw.com] |
| **CC**: | 'Anastasia Maranian' [AMaranian@tenlaw.com]; Stroock, Naomi [nstroock@labaton.com]; Politano, Ray [rpolitano@labaton.com] |
| **Subject**: | RE: State street |
| **Attachments**: | State Stree - 1020423 (April 2015).pdf |

Garrett,

Attached is the April invoice regarding State Street document review.

**Labaton Sucharow**

Cindy Ng | Senior Accountant
140 Broadway, New York, New York 10005
T: (212) 907-0657 | F: (212) 883-7556

E: cng@labaton.com | W: www.labaton.com



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                                              LBS003775

# Labaton Sucharow

Mr. Garrett Bradley  
Thornton Law Firm LLP  
100 Summer Street, 30th Floor  
Boston, MA 02110

April 9, 2015  
ID: 016576.0001  
Invoice # 1020423

RE: State Street Corporation-Class Action

For Document Reviewer Services Rendered from April 1, 2015 through April 30, 2015.

| Total Hours | Rates | Amount |
|---|---|---|
| 1600.00 | $50.00 | $80,000.00 |

| Adjustment - March 2015 (150.0 Hours) | | $ 7,500.00 |
|---|---|---|

| | Invoice Amount | $87,500.00 |
|---|---|---|
| | Past Due Invoice#1020393 - 03/09/2015 | $45,710.00 |
| | Total Amount Due | **$133,210.00** |

*Please make checks payable to Labaton Sucharow LLP*

Expenses and disbursements, if any, recorded after date  
of statement will appear on a later statement  
Tax Identification Number 13-1987846

www.labaton.com    LABATON SUCHAROW LLP    | 140 BROADWAY | NEW YORK, NY 10005 | T 212-907-0700 | F 212-818-0477

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                                              LBS003776