# EX. 66

# Exhibit 16

Case 1:11-cv-10230-MLW   Document 404-65   Filed 07/23/18   Page 2 of 15

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, <br><br> Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | No. 12-cv-11698 MLW |

**DECLARATION OF GARRETT J. BRADLEY, ESQ. ON BEHALF OF THORNTON LAW FIRM, LLP IN SUPPORT OF LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND PAYMENT OF EXPENSES**

Garrett J. Bradley, Esq., declares as follows, pursuant to 28 U.S.C. § 1746:

1. I am the Managing Partner of Thornton Law Firm, LLP. ("TLF"). I submit this declaration in support of Lead Counsel's motion for an award of attorneys' fees and payment of litigation expenses on behalf of all Plaintiffs' counsel who contributed to the prosecution of the claims in the above-captioned class actions (the "Class Actions") from inception through August 30, 2016 (the "Time Period")

2. My firm is Liaison Counsel for Plaintiff Arkansas Teachers Retirement System ("ARTRS") and the proposed Class. TLF substantially contributed to the prosecution of this Action and performed work on behalf of and for the benefit of the Class. TLF has been actively involved in the prosecution of this Action since its inception. Prior to this case being filed in this Court, TLF and others investigated and evaluated ARTRS's and the putative Class's claims and damages. For instance, TLF, along with Lead Counsel and George Hopkins, Executive Director of ARTRS, met in Chicago with representatives of Ennis Knupp, a consultant engaged by ARTRS to oversee its investment managers, to discuss FX issues and potential claims against State Street. TLF participated in the drafting of the initial and amended complaints, participated in the briefing of the opposition to the motion to dismiss, and contributed to and attended all of the mediation sessions with the mediator, Jonathan Marks, and the Defendants. TLF participated extensively in offensive document discovery relating to issues of liability and damages. TLF also worked closely with the non-testifying consulting expert, FX Transparency, retained in the Action. Apart from the ARTRS action, TLF served as lead counsel representing multiple relators in false claims act cases involving standing instruction FX. TLF brought the first cases made public relating to the standing instruction FX schemes in 2008 and has been involved in foreign exchange litigation against custodial banks continually since that time.

3. The schedule attached hereto as Exhibit A is a summary indicating the amount of time spent by each attorney and professional support staff-member of my firm who was involved in the prosecution of the Class Actions, and the lodestar calculation based on my firm's current billing rates. For personnel who are no longer employed by my firm, the lodestar calculation is based upon the billing rates for such personnel in his or her final year of employment by my firm. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm, which are available at the request of the Court. Time expended in preparing this application for fees and payment of expenses has not been included in this request.

4. The hourly rates for the attorneys and professional support staff in my firm included in Exhibit A are the same as my firm's regular rates charged for their services, which have been accepted in other complex class actions.

5. The total number of hours expended on this litigation by my firm during the Time Period is 15,302.5 hours. The total lodestar for my firm for those hours is $7,460,139.

6. My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expenses items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

7. As detailed in Exhibit B, my firm has incurred a total of $295,315.50 in expenses in connection with the prosecution of the Class Actions. The expenses are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and are an accurate record of the expenses incurred.

8. With respect to the standing of my firm, attached hereto as Exhibit C is a brief biography of my firm as well as biographies of the firm's partners and of counsels.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 14, 2016.

_____
Garrett J. Bradley, Esq.

- 4 -

# Exhibit A

# EXHIBIT A

## *STATE STREET INDIRECT FX TRADING CLASS ACTION*
## No. 11-cv-10230, No. 11-cv-12049, No. 12-cv-11698 MLW (D. Mass.)

### LODESTAR REPORT

**FIRM: THORNTON LAW FIRM, LLP**
**REPORTING PERIOD: INCEPTION THROUGH AUGUST 30, 2016**

| PROFESSIONAL | STATUS* | HOURLY RATE | TOTAL HOURS TO DATE | TOTAL LODESTAR TO DATE |
|---|---|---|---|---|
| Michael P. Thornton | P | $850 | 585.9 | $498,015 |
| Garrett J. Bradley | P | $800 | 734.9 | $587,920 |
| Michael A. Lesser | P | $700 | 1,433.8 | $1,003,660 |
| Evan R. Hoffman | P | $535 | 1,110.2 | $593,957 |
| Jotham Kinder | A | $450 | 328.3 | $147,735 |
| Virginia Weiss | SA | $425 | 454.00 | $192,950 |
| Ann Ten Eyck | SA | $425 | 514.60 | $218,450 |
| Jonathan Zaul | SA | $425 | 327.00 | $138,975 |
| Michael Bradley | SA | $500 | 406.40 | $203,200 |
| Chris Jordan | SA | $425 | 288.00 | $122,400 |
| Andrew McClelland | SA | $425 | 358.50 | $152,362 |
| Rachel Wintterle | SA | $425 | 552.80 | $234,940 |
| David Alper | SA | $425 | 959.30 | $407,702 |
| Stephen Dolben | SA | $425 | 420.90 | $178,882 |
| Debra Fouchong | SA | $425 | 914.80 | $388,790 |

| Dorothy Hong | SA | $425 | 521.10 | $221,467 |
|---|---|---|---|---|
| Aron Rosenbaum | SA | $425 | 540.90 | $229,882 |
| Comfort Orji | SA | $425 | 644.20 | $273,785 |
| Albert Powell | SA | $425 | 678.00 | $288,160 |
| Jason Saad | SA | $425 | 480.70 | $204,297 |
| Roger Yamada | SA | $425 | 147.10 | $62,517 |
| Ebone Bishop | SA | $425 | 464.70 | $197,497 |
| Nicole Cameron | SA | $425 | 132.00 | $56,100 |
| Mashariki Daniels | SA | $425 | 562.10 | $238,892 |
| Jacqueline Grant | SA | $425 | 415.80 | $176,715 |
| Anuj Vaidya | SA | $425 | 442.70 | $188,147 |
| Betsy Schulman | SA | $425 | 274.00 | $116,450 |
| Ian Herrick | SA | $425 | 18.20 | $7,735 |
| David Packman | SA | $425 | 20.10 | $8,542 |
| Andrea Caruth | PL | $210 | 571.50 | $120,015 |
| TOTAL | | | 15,302.5 | $7,460,139 |

Partner (P)  Paralegal (PL)
Of Counsel (OC)  Investigator (I)
Associate (A)  Research Analyst (RA)
Staff Attorney (SA)

# Exhibit B

# EXHIBIT B

*STATE STREET INDIRECT FX TRADING CLASS ACTION*
No. 11-cv-10230, No. 11-cv-12049, No. 12-cv-11698 MLW (D. Mass.)

EXPENSE REPORT

FIRM: THORNTON LAW FIRM, LLP
REPORTING PERIOD: INCEPTION THROUGH AUGUST 30, 2016

| EXPENSE | TOTAL AMOUNT |
|---|---|
| Experts/Consultants | $104,434.47 |
| Work-Related Transportation/Meals/Lodging | $85,631.03 |
| Litigation Fund Contribution | $98,000.00 |
| Online Legal & Financial Research | $7,250.00 |
| TOTAL | $295,315.50 |

# Exhibit C

## **EXHIBIT C**

### THORNTON LAW FIRM, LLP

THORNTON LAW FIRM, LLP was founded in 1978, and was in the forefront of the battle to bring justice to asbestos victims in New England. It has since grown to be the largest plaintiffs' personal injury firm in New England. In addition to representing more than 10,000 workers and their families injured by dangerous products and toxic materials, the firm handles complex fraud litigation, including class actions involving violations of federal securities, consumer-protection and whistleblower laws in federal and state courts throughout the country.

The firm's efforts have focused on cutting edge litigation involving public health and corporate misconduct. For example, Thornton Law Firm, LLP led a team of lawyers representing the Commonwealth of Massachusetts in a landmark lawsuit against the Tobacco industry that resulted in a settlement which will pay Massachusetts hundreds of millions of dollars each year for over two decades (*Commonwealth of Massachusetts v. Philip Morris Inc., et al.*, C.A. No. 95-7378). In addition, the firm represents other states and municipalities against the lead industry, children with birth defects caused by chemical exposure, owners of property damaged by toxic waste, and individuals killed or injured in work related incidents.

Thornton Law Firm, LLP has also been active in class action litigation involving medical monitoring for tobacco users, insurance fraud, securities litigation on behalf of public authorities, credit card data security, automotive design, and litigation on behalf of public and private pension funds against the banking industry. Thornton Law Firm, LLP is active in supporting pioneering medical research to treat and cure environmentally caused cancer, and in promoting legislation to protect workers and their legal rights.

Among other matters, Thornton Law Firm, LLP has served as Liaison Counsel in: *Arkansas Teacher Retirement System v. State Street Corporation et al.*, C.A. No. 1:11-cv-10230(MLW)(D. Mass.); Liaison Counsel in: *IN RE: BIOGEN INC. SECURITIES LITIGATION*, No. 1:15-cv-13189(FDS)(D. Mass.); Plaintiff and Class Counsel in: *Donovan v. PM USA, Inc.*, C.A. 06-12234 (DJC)(D. Mass.); Class Counsel in: *Composite Company, Inc. v. American International Group, Inc.*, et al., C.A. No. 13-10491 (FDS)(D. Mass.); Co-Counsel for Lead Plaintiff in: *McGrath v. Monro Muffler Brake, Inc.*, 11-cv-40088(TSH) (D. Mass.); Local Counsel for Lead Plaintiff Steamship Trade Association-International Longshoremen's Association Pension Fund in: *IN RE AMERICAN TOWER CORPORATION SECURITIES LITIGATION*, No. 06-CV-10933 (MLW)(D. Mass.); Counsel for Consolidated Plaintiff in: *IN RE TJX COMPANIES RETAIL SECURITY BREACH LITIGATION*, C.A. No, 1:07-10162(WGY)(D. Mass.); Class Counsel in: *International Union of Operating Engineers, Stationary Engineers Local 39 Pension Trust Fund v. The Bank of New York Mellon Corporation, et al.*, C.A. No. 12 Civ. 3067 (LAK) (S.D.N.Y)(*IN RE: BANK OF NEW YORK MELLON CORPORATION FOREIGN TRANSACTIONS LITIGATION, 12-MDL-2335* (LAK)(S.D.N.Y.); Class Counsel in: *Thrift Development Corporation v. American International Group, Inc., et al.*, C.A. No. 8:12-cv-00861(MGL)(D. S.C.); Counsel in: *IN RE: ARIAD PHARMACEUTICALS, INC. SECURITIES LITIGATION*, No. 1:13-cv-12544 (WGY)(D. Mass.); and Class counsel in: *Cashman v. Travelers Indemnity Company, et al.*, C.A. No. 02-2056-H (Mass. Sup. Ct.).

## THE FIRM'S ATTORNEYS APPEARING IN THIS MATTER

**MICHAEL P. THORNTON**     Michael Thornton is the Chairman and co-founder of Thornton Law Firm, LLP. A nationally recognized expert on toxic tort litigation, Mr. Thornton graduated from Dartmouth College and Vanderbilt Law School. In the 1970's he successfully undertook the representation of a number of shipyard and construction workers who had developed asbestos-related diseases. Over the years, the firm has grown to become the largest firm in the Northeast representing victims of asbestos and other toxic materials.

Mr. Thornton practices in the areas of class actions, Attorney General litigation, benzene, toxic substance and occupational disease claims, birth defects linked to chemicals, childhood lead poisoning, construction and jobsite accidents, Mesothelioma and asbestos claims, pharmaceutical drug and medical device litigation, product liability and personal injury, toxic tort and environmental litigation, wage and hour, and whistleblower litigation.

During the past decade, Mr. Thornton has lead the firm to support many charitable causes; the most visible and important project involves cancer research. Mr. Thornton was approached by clinicians and researchers at Brigham and Women's Hospital who were interested in studying mesothelioma, a then untreatable and invariably fatal form of asbestos related cancer. After making a multiyear commitment from his own firm, Mr. Thornton helped to recruit several other donors. The program, now in its seventh year, has made groundbreaking strides in cancer research generally, and has helped to revolutionize the treatment of mesothelioma, leading to longer survival and better quality of life for victims of this disease.

Mr. Thornton also responded to a call to help establish a place for the families of mesothelioma victims to stay, as the financial impact of staying in hotels can be devastating. The Thornton House was opened in 2008 and houses up to nine families at a time.

Mr. Thornton is a member of the Massachusetts, New Hampshire, and Maine bars. He has published a number of articles on legal subjects and has lectured at the Harvard School of Public Health, Harvard Medical School, and Yale Law School.

**GARRETT J. BRADLEY**     Mr. Bradley is a graduate of Boston College and Boston College Law School and is the Managing Partner of Thornton Law Firm, LLP. Prior to joining Thornton Law Firm, LLP, Mr. Bradley worked as an Assistant District Attorney in the Plymouth County D.A.'s office. Mr. Bradley practices in the areas of class actions, construction and jobsite accidents, mesothelioma and asbestos claims, and workers compensation. Mr. Bradley is a member of the Massachusetts and the New York Bar.

**MICHAEL A. LESSER**     Mr. Lesser is a Partner in the Firm, joining as an associate in 1995. He heads the firm's False Claims Act / Whistleblower litigation section, representing individuals that report fraud on the Federal and State governments. While practicing in traditional areas of False Claims litigation, including Medicare and Medicaid fraud, Mr. Lesser also handles False Claims Act litigation involving finance and bank fraud. During his time at Thornton Law Firm, LLP, Mr. Lesser has represented clients in all of the firm's practice areas,

including victims of exposure to asbestos, glycol ethers, and lead. Mr. Lesser was also part of the firm's litigation team that represented the Commonwealth of Massachusetts in its claims against the tobacco industry. Mr. Lesser was appointed Special Assistant Attorney General representing the Commonwealth from 1996 through 1999 for this purpose.

**EVAN R. HOFFMAN** Mr. Hoffman is a Partner at Thornton Law Firm, LLP, joining as an associate in 2010, after previously clerking for the Firm beginning in 2008. Mr. Hoffman's practice areas include qui tam, class action litigation, complex financial fraud, asbestos and mesothelioma claims, and birth defects. Since joining Thornton Law Firm, LLP, Mr. Hoffman has represented whistleblowers and pension funds asserting claims in state and federal courts throughout the country against several large global custodial banks for foreign exchange fraud, recovering hundreds of millions of dollars for affected clients as a result. Mr. Hoffman also represents individuals making claims under the SEC's Dodd-Frank and the DOJ's FIRREA whistleblowing statutes. A graduate of American University and Suffolk University Law School, Mr. Hoffman is admitted to the Massachusetts Bar and the United States District Court for the District of Massachusetts.

**JOTHAM C. KINDER** Mr. Kinder is an associate at Thornton Law Firm, LLP and joined the Firm in 2011. He practices in the Firm's birth defects, qui tam, false claims, and whistleblower areas, as well as workers compensation and asbestos and mesothelioma claims. Mr. Kinder is a graduate of the Royal Holloway College at the University of London and of Northeastern University Law School. He is a member of the Massachusetts and New York Bar.