# EX. 68

| **From:** | Michael Lesser |
|---|---|
| **Sent:** | Monday, June 29, 2015 6:26 PM |
| **To:** | Chiplock, Daniel P. |
| **Cc:** | Evan Hoffman |
| **Subject:** | STT Hours |

Dan:  Since case inception, Thornton has the following:

-Thornton doc review external (Thornton reviewers working Lieff + Labaton paid by Thornton) = 8,889.25
-Thornton doc review internal = 1,262.5
-Mike Lesser: 1243.2
-Evan Hoffman: 827.6
-Mike Thornton: 502.1
-Garrett Bradley: ---

Garrett is still working on this time, but this should be enough to give you the flavor; we do not have a large crew of folks (like Labaton and Lieff) behind these numbers, so this is mostly it for us.  Of course, as we complete the detailed task coding and whatnot -  we are still scrubbing and clarifying our records and these numbers may alter – but not too much, I expect.  I never received lodestar from the ERISA firms.  I thought I had sent you the Labaton stuff, but will send again in a minute.  They have 29,000.

M

**Michael A. Lesser, Esq.**
**Thornton Law Firm LLP**
**100 Summer St., 30th Floor**
**Boston, MA 02110**
**617-720-1333**
**800-431-4600**
**mlesser@tenlaw.com**

1

Confidential: Produced Pursuant to Court Order.