# EX. 69

Message

| | |
|---|---|
| **From:** | Chiplock, Daniel P. [/O=LCHB/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DCHIPLOCK] |
| **Sent:** | 3/9/2015 10:00:34 PM |
| **To:** | Lewis, Michele [/O=LCHB/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MLEWIS] |
| **CC:** | Diamand, Nicholas [/O=LCHB/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=NDIAMAND]; Dugar, Kirti [/O=LCHB/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=KDUGAR] |
| **Subject:** | Re: 2 Contract Attorneys for HLF |

P.s. Remember that whoever we choose, Thornton Law Firm is paying for them via the same arrangement we have for Jon Zaul and Chris Jordan. Thx.

Sent from my iPhone

On Mar 9, 2015, at 5:33 PM, Lewis, Michele <MLewis@lchb.com> wrote:

Any interest in either one of these folks for State Street? We had them cleared for HLF but no longer need them for that case.

Best,

<image001.gif>

Michele Lewis
Director of Human Resources
mlewis@lchb.com
t 415.956.1000
f 415.956.1008

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

**From:** Lewis, Michele
**Sent:** Monday, March 09, 2015 2:09 PM
**To:** Marcus Miller (mmiller@hirecounsel.com)
**Cc:** 'Brian Hartstein'
**Subject:** FW: 2 Contract Attorneys for HLF

Are these two still available? We had looked at them for another case but only need one now for another securities matter. Wanted to check with you before submitting the resumes to the partner. Thanks much.

Best,

<image001.gif>

Michele Lewis
Director of Human Resources
mlewis@lchb.com
t 415.956.1000
f 415.956.1008

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                             LCHB-0048939

\<Wintterle, Rachel - Lieff Conflicts Check.docx\>
\<Wintterle, Rachel.docx\>
\<Ten Eyck, Ann.docx\>
\<Ten Eyck, Ann - Lieff Conflicts Check.docx\>

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                          LCHB-0048940