# EX. 76

| From: | Lynn Sarko <lsarko@KellerRohrback.com> |
|---|---|
| Sent: | Wednesday, November 23, 2016 10:22 AM |
| To: | Kravitz, Carl S. <ckravitz@zuckerman.com> |
| Subject: | Fwd: SST - ERISA Fee and Expense Allocations |
| Attach: | image009.jpg; ATT00001.htm; image010.jpg; ATT00002.htm; image011.jpg; ATT00003.htm; image012.jpg; ATT00004.htm; SST - Fee and Expense Allocation for ERISA Actions (1668269_1).DOC; ATT00005.htm |

So I spoke with the Labaton folks yesterday. They didn't want to put it in the formal letter but agreed to send us an email putting the numbers in and confirming the 10 percent. Here it is

Lynn

Sent from my iPhone

Begin forwarded message:

From: "Zciss, Nicole" <NZciss@labaton.com<mailto:NZciss@labaton.com>>
Date: November 23, 2016 at 7:17:24 AM PST
To: Lynn Sarko <lsarko@kellerrohrback.com<mailto:lsarko@kellerrohrback.com>>, 'David Copley' <dcopley@KellerRohrback.com<mailto:dcopley@KellerRohrback.com>>, 'Brian McTigue' <bmctigue@mctiguelaw.com<mailto:bmctigue@mctiguelaw.com>>, "Kravitz, Carl S." <ckravitz@zuckerman.com<mailto:ckravitz@zuckerman.com>>

Cc: "Sucharow, Lawrence" <LSucharow@labaton.com<mailto:LSucharow@labaton.com>>, "Goldsmith, David" <dgoldsmith@labaton.com<mailto:dgoldsmith@labaton.com>>

Subject: SST - ERISA Fee and Expense Allocations

Dear all,

Attached and below are tables showing the ERISA fee and expense allocations.  Please let us know if you have any questions or changes.  Thanks

FEES AND LITIGATION EXPENSES:

Total Fee Awarded: $74,541,250.00, plus accrued interest to be calculated
ERISA Fee Allocation 10%: $7,454,125.00,[1] plus accrued interest to be calculated
Total ERISA Expenses Awarded: $431,613.31, without interest

FEE ALLOCATION

Firm

Fee

Keller Rohrback LLP

$2,484,708.33

McTigue Law LLP

$2,484,708.34

Zuckerman Spaeder LLP

$2,484,708.33

CONFIDENTIAL

ZS000027

TOTAL

$7,454,125.00


EXPENSE ALLOCATION

Firm


Expenses


Keller Rohrback LLP, on behalf of itself and
-Hutchings Barsamian Mandelcorn LLP


$342,270.63
$496.00

McTigue Law LLP, on behalf of itself and
- Beins Axelrod PC
- Richardson Patrick Westbrook & Brickman LLC
- Feinberg Campbell & Zack PC


$41,412.90
$1,306.83
$7,456.66
$0.00

Zuckerman Spaeder LLP


$38,670.29

TOTAL

$431,613.31


1  Although the fee agreement with ERISA Counsel provides for a 9% allocation from the awarded fee, counsel in the ARTRS Action have
determined to increase the allocation to 10% in light of the excellent work and contribution of ERISA Counsel.


<https://urldefense.proofpoint.com/v2/url?u=http-
3A__labaton.com_&d=DgIFAg&c=kWwxgxBGq8MXL6t_SoviyQ&r=EFKDQsqQzO6nTYTa8RwS5Q9M2IeSqI2v4EMjMy0k2eA&m=LIDDE2W-
og6r1H24vdfZGej1nAzDuuCcFGQ0L4IzkwI&s=fEvwAfJB3Bc44abxskTbAGK3ooX9Okbd8Z85QHGKadA&e=>

CONFIDENTIAL                                                                                          ZS000028