# EX. 77

| | |
|---|---|
| **From:** | Kravitz, Carl S. <csk1@zuckerman.com> |
| **Sent:** | Wednesday, November 23, 2016 2:56 PM |
| **To:** | Brian McTigue <bmctigue@mctiguelaw.com> |
| **Subject:** | Fwd: SST - ERISA Fee and Expense Allocations |
| **Attach:** | image009.jpg; ATT00001.htm; image010.jpg; ATT00002.htm; image011.jpg; ATT00003.htm; image012.jpg; ATT00004.htm; SST - Fee and Expense Allocation for ERISA Actions (1668269_1).DOC; ATT00005.htm |

At least we got the numbers up a bit!!

Sent from my iPhone

Begin forwarded message:

> **From:** "Zeiss, Nicole" <NZeiss@labaton.com>
> **Date:** November 23, 2016 at 10:17:24 AM EST
> **To:** Lynn Sarko <lsarko@kellerrohrback.com>, 'David Copley' <dcopley@KellerRohrback.com>, 'Brian McTigue' <bmctigue@mctiguelaw.com>, "'Kravitz, Carl S.'" <ckravitz@zuckerman.com>
> **Cc:** "Sucharow, Lawrence" <LSucharow@labaton.com>, "Goldsmith, David" <dgoldsmith@labaton.com>
> **Subject: SST - ERISA Fee and Expense Allocations**
>
> Dear all,
>
> Attached and below are tables showing the ERISA fee and expense allocations. Please let us know if you have any questions or changes. Thanks
>
> **FEES AND LITIGATION EXPENSES:**
>
> **Total Fee Awarded**: $74,541,250.00, plus accrued interest to be calculated
>
> **ERISA Fee Allocation 10%**: $7,454,125.00,[1] plus accrued interest to be calculated
> **Total ERISA Expenses Awarded**: $431,613.31, without interest
>
> **FEE ALLOCATION**
>
> | Firm | Fee |
> |---|---|
> | Keller Rohrback LLP | $2,484,708.33 |
> | McTigue Law LLP | $2,484,708.34 |
> | Zuckerman Spaeder LLP | $2,484,708.33 |
> | **TOTAL** | **$7,454,125.00** |
>
> **EXPENSE ALLOCATION**
>
> | Firm | Expenses |
> |---|---|
> | Keller Rohrback LLP, on behalf of itself and -Hutchings Barsamian Mandelcorn LLP | $342,270.63 $496.00 |

CONFIDENTIAL   ZS000029

| | |
|---|---:|
| McTigue Law LLP, on behalf of itself and | $41,412.90 |
| - Beins Axelrod PC | $1,306.83 |
| - Richardson Patrick Westbrook & Brickman LLC | $7,456.66 |
| - Feinberg Campbell & Zack PC | $0.00 |
| Zuckerman Spaeder LLP | $38,670.29 |
| **TOTAL** | **$431,613.31** |

1 Although the fee agreement with ERISA Counsel provides for a 9% allocation from the awarded fee, counsel in the ARTRS Action have determined to increase the allocation to 10% in light of the excellent work and contribution of ERISA Counsel.

CONFIDENTIAL

ZS000030