# EX. 92

# Exhibit 20

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 12-cv-11698 MLW |

## DECLARATION OF CARL S. KRAVITZ IN SUPPORT
## OF LEAD COUNSEL'S MOTION FOR AN AWARD OF
## ATTORNEYS' FEES AND PAYMENT OF EXPENSES

Carl S. Kravitz, Esq., declares as follows, pursuant to 28 U.S.C. § 1746:

1.      I am partner in the law firm of Zuckerman Spaeder LLP ("Zuckerman").  I submit

this declaration in support of Lead Counsel's motion for an award of attorneys' fees and payment

of litigation expenses on behalf of all Plaintiffs' counsel who contributed to the prosecution of

the claims in the above-captioned class actions (the "Class Actions") from August 28, 2012

through August 31, 2016 (the "Time Period").

2.      Zuckerman is counsel of record, with McTigue Law LLP, for plaintiffs in

*Henriquez, et al. v. State Street Bank and Trust Co., et al.*, No. 11-cv-12049 MLW.  My firm

attended court hearings during the Time Period; performed factual and legal research and

developed the claims asserted by our clients and the other Plaintiffs; reviewed and analyzed

documents produced by State Street Bank; analyzed trading volume data and damages to the

class and to ERISA plaintiffs; worked with an expert witness in the field of foreign exchange

trading and damages; participated in the many mediation sessions in the Time Period held in

Boston, New York and Washington, D.C.; worked on settlement and mediation issues outside of

the in-person mediation sessions, including discussions with counsel for State Street; worked and

negotiated with the Department of Labor ("DOL") on numerous issues, including numerous

phone conversations; participated in the drafting of settlement documents and court submissions

regarding approval of the settlement; and worked with McTigue and Keller Rohrbach (with

Zuckerman, collectively "ERISA Counsel"), Lead Counsel and other Plaintiffs' counsel to

develop the case and produce the gross settlement amount of $300 million to the entire class and

the $60 million allocation to ERISA Plans and qualifying Group Trusts.

5662417.1

3.      The schedule attached hereto as Exhibit A is a summary indicating the amount of time spent by attorneys and professional support staff-members of my firm involved in the prosecution of the Class Actions, and the lodestar calculation based on my firm's current billing rates.  For personnel who are no longer employed by my firm, the lodestar calculation is based upon the billing rates for such personnel in his or her final year of employment by my firm.  The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm, which are available at the request of the Court.  Time expended in preparing this application for fees and payment of expenses has not been included in this request.

4.      The hourly rates for the attorneys and professional support staff in my firm included in Exhibit A are the same as my firm's regular rates charged for their services, which have been accepted in other complex class actions and are charged to clients paying us currently by the hour.

5.      The total number of hours expended on this litigation by my firm during the Time Period is 1,400.50 hours.  The total lodestar for my firm for those hours is $1,174,925.00.

6.      My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expenses items.  Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

7.      As detailed in Exhibit B, my firm has incurred a total of $38,670.29 in expenses in connection with the prosecution of the Class Actions.  The expenses are reflected on the books and records of my firm.  These books and records are prepared from expense vouchers, check records and other source materials and are an accurate record of the expenses incurred.

8.     With respect to the standing of my firm, attached hereto as Exhibit C is a brief biography of my firm as well as biographies of the firm's partners and attorneys who participated in this Class Action.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 14, 2016.

_Carl S. Kravitz_
Carl S. Kravitz

- 4 -

5662417.1

**Exhibit A**

**EXHIBIT A**

*STATE STREET INDIRECT FX TRADING CLASS ACTION*
**No. 11-cv-10230, No. 11-cv-12049, No. 12-cv-11698 MLW (D. Mass.)**

**LODESTAR REPORT**

**FIRM:   Zuckerman Spaeder LLP**
**REPORTING PERIOD:  INCEPTION THROUGH AUGUST 31, 2016**

| PROFESSIONAL | STATUS* | HOURLY RATE | TOTAL HOURS TO DATE | TOTAL LODESTAR TO DATE |
|---|---|---|---|---|
| Carl S. Kravitz | P | $990.00 | 587.10 | $581,229.00 |
| Dwight Bostwick | P | $825.00 | 439.90 | $362,917.50 |
| Graeme Bush | P | $990.00 | 46.90 | $46,431.00 |
| Adam Fotiades | P | $650.00 | 188.50 | $122,525.00 |
| Afton Hodge | PL | $225.00 | 86.85 | $19,541.25 |
| Marshall Wolff | P | $825.00 | 51.25 | $42,281.25 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **TOTAL** |  |  | **1,400.50** | **$1,174,925.00** |

| | | | |
|---|---|---|---|
| Partner | (P) | Paralegal | (PL) |
| Of Counsel | (OC) | Investigator | (I) |
| Associate | (A) | Research Analyst (RA) | |
| Staff Attorney (SA) | | | |

5662417.1

**Exhibit B**

**EXHIBIT B**

*STATE STREET INDIRECT FX TRADING CLASS ACTION*
**No. 11-cv-10230, No. 11-cv-12049, No. 12-cv-11698 MLW (D. Mass.)**

**EXPENSE REPORT**

**FIRM:  Zuckerman Spaeder LLP**
**REPORTING PERIOD:  INCEPTION THROUGH AUGUST 31, 2016**

| | |
|---|---|
| Duplicating | $1,107.20 |
| | |
| Long-Distance Telephone / Fax / Conference Calls | $271.39 |
| Messengers | $110.40 |
| | |
| Court Hearing & Deposition Transcripts | $360.22 |
| Online Legal & Financial Research | $1,470.41 |
| Overnight Delivery Services | $45.88 |
| Experts/Consultants | $16,984.93 |
| Litigation Support/Electronic Discovery | $200.00 |
| Work-Related Transportation/Meals/Lodging | $17,986.86 |
| | |
| Miscellaneous | $133.00 |
| **TOTAL** | **$38,670.29** |

**Exhibit C**

**ZUCKERMAN SPAEDER** LLP

## OUR FIRM

Zuckerman Spaeder LLP is a nationally recognized litigation firm that represents individual and institutional clients in complex, highly contested civil and criminal cases. With offices in Washington, DC; New York; Tampa; and Baltimore, our firm is involved in many of the most significant and topical litigation matters across the country.

Our clients often turn to us to resolve their most challenging legal problems. They do so in part because we count among our ranks many of the nation's most distinguished lawyers, including former federal prosecutors and public defenders as well as attorneys who have served in key roles on Capitol Hill, in federal agencies, and in state government, and who have held top positions in corporate legal departments.

The remarkable experience of our attorneys is second only to the depth of their expertise. Lawyers at Zuckerman Spaeder offer substantive knowledge that encompasses such diverse areas as FDA law, legal and professional ethics, health care fraud, bankruptcy litigation, tax controversy, intellectual property, American Indian law, executive-level employment law, and nonprofit law, among others.

Our firm thrives in those particular cases in which civil litigation and business counseling intersect with white collar investigations and issues of regulatory compliance. We frequently represent clients who are simultaneously involved in these challenging forums, sometimes in cases of national significance.

Zuckerman Spaeder was founded in Washington, DC in 1975 by a highly cohesive group of lawyers with backgrounds as Assistant U.S. Attorneys and public defenders, all devoted to exceptional client commitment. Since then, we have grown because of the recognition that our work has received and because of the addition of exceptional attorneys who share our founding values: a commitment to excellence in the service of our clients; a commitment to decency and fairness in our relationships with our adversaries; and an unqualified and overarching commitment to the full and fair administration of justice.

Zuckerman Spaeder's track record and philosophy have garnered significant recognition from the national legal community. Our firm has been named to *The National Law Journal's* "Midsize Hot List" every year since 2010, and was recognized as a finalist for "Litigation Boutique of the Year" by *The American Lawyer* in 2005 and 2009, both times the competition was held. In 2010, *U.S. News and World Report* recognized Zuckerman Spaeder as one of 27 law firms ranked in the top tier nationally for commercial litigation. Zuckerman Spaeder is also the top-listed firm for white collar criminal defense in *Best Lawyers*, with more attorneys recognized in that category than any other firm in the country.

ZUCKERMAN SPAEDER LLP

# CARL S. KRAVITZ

## OVERVIEW

Carl S. Kravitz has been practicing law in Washington, DC for more than 30 years, earning recognition as a "Leading Lawyer" for business litigation and as a "Local Litigation Star." Mr. Kravitz litigates complex civil cases for both plaintiffs and defendants at the trial and appellate levels in state and federal courts across the country. He has obtained many significant recoveries for plaintiffs in individual, group, and class actions, with settlements ranging up to nearly $400 million. Mr. Kravitz has also defended companies and executives in significant investigations and litigation. He has been chairman of Zuckerman Spaeder's litigation department for more than a decade.

Mr. Kravitz's practice covers the areas of securities fraud, consumer fraud, bad faith insurance and deceptive trade practices, insurance coverage, civil rights, antitrust, products liability, shareholder rights and corporate governance, fraudulent conveyances, mass torts, toxic torts, professional negligence, wrongful death, partnership disputes, legal ethics, qui tam/false claims act, and general commercial issues. He has represented individuals, groups, and classes challenging Fortune 500 companies, the estate of an NFL legend, wrongfully convicted prisoners, and companies in a wide variety of industries. His cases often deal with high-profile issues, such as matters relating to the financial services industry, fraud, health insurance, worker safety, and sports head injuries, to name a few.

Mr. Kravitz has also led the defense of several significant matters, including, recently, the defense of certain London Market Insurers in coverage litigation concerning lead paint liabilities and the defense of corporate executives in civil, regulatory, and criminal securities fraud investigations and litigation. In the securities arena, he recently obtained dismissals for a former Collins & Aikman executive of an indictment pending for more than a year in the Southern District of New York and in a securities fraud class action pending in the Eastern District of Michigan. He recently represented a former hedge fund analyst in a highly publicized insider-trading investigation in the Southern District of New York. He also obtained dismissals for his client in the Homestore.com and PurchasePro securities litigation cases pending in the Central District of California and the District of Nevada.



**Partner**
Washington, DC
202.778.1873
202.822.8106 fax
ckravitz@zuckerman.com

**Practice Focus**
Antitrust
Appellate
Business Disputes
Criminal Defense
False Claims Act
Insurance
Legal Profession & Ethics
Plaintiffs & Class Action Litigation
Securities Litigation

**Clerkships**
Hon. Stephen Reinhardt, U.S. Court of Appeals, Ninth Circuit

**Education**
Columbia Law School, J.D., 1980
  • Harlan Fiske Stone Scholar
Harvard University, A.B., 1977

**ZUCKERMAN SPAEDER** LLP

# CARL S. KRAVITZ

In addition to his more than 30 years of work in the securities area, Mr. Kravitz has represented clients in a number of white collar criminal investigations, including matters involving alleged fraud by government contractors (e.g., false claims by the contractor who converted the Kennedy Space Center from the Apollo to the Space Shuttle Program; false certifications concerning the testing missile systems in arctic conditions; false certifications concerning testing of the angle of attack transmitter for a Navy fighter; and alleged fraud in charging improper expenses to the overhead of a Navy contract), alleged antitrust violations in the soft drink industry (price fixing), and alleged tax fraud.

Mr. Kravitz has tried several cases in state and federal courts, including cases in the District of Columbia Superior Court, Virginia state court, West Virginia state court, U.S. District Courts, U.S. Bankruptcy Court, and U.S. Tax Court. He has also handled appeals in several U.S. Courts of Appeals, the Maryland Court of Appeals, the New York Appellate Division, the Virginia Supreme Court, and the West Virginia Supreme Court.

Before entering private practice, Mr. Kravitz clerked for the Hon. Stephen Reinhardt of the U.S. Court of Appeals for the Ninth Circuit.

**Professional Highlights**

- Mr. Kravitz's most recent victories for plaintiffs have been in fraud and deceptive trade practice class actions against insurance companies (settlements of $72.5 million and in excess of $40 million), in a securities fraud class action against a major financial services company (settlement of nearly $400 million), in a breach of contract action against a major industrial company (settlement of $16.2 million), in a wrongful death bad faith insurance action against a coal mine and its insurer (settlements in excess of $13 million), in shareholder derivative litigation on behalf of national banks (settlements of $10 million and $9 million), and confidential settlements in actions on behalf of individuals wrongly convicted of serious crimes based on evidence fabricated by a state crime lab and in product liability action against car company for defective doors.

- Mr. Kravitz obtained a precedent setting result on behalf of the Estate of Mike Webster (the former All-Pro center for the Pittsburgh Steelers) against the NFL Pension Fund for concussion related disabilities incurred during Mr. Webster's NFL career.

- In addition to his role as chairman of the firm's litigation department, Mr. Kravitz has been a frequent faculty member at the National Institute for Trial Advocacy (NITA) and other trial practice programs, including programs at Georgetown University, the University of Virginia and UCLA law schools.

**Honors**

- 2007 Leading Lawyers: Top Business Litigation Attorneys, *Legal Times*

- AV® Peer Review Rated, Martindale-Hubbell

- *Benchmark Litigation*, Local Litigation Star (Washington, DC)

- *Super Lawyers* (Washington, DC)

## EXPERIENCE

- $40 Million Settlement in Class Action Against Health Insurer for Misrepresenting Scope of Coverage

# CARL S. KRAVITZ

The firm served as class counsel in a suit against a health insurer and its agent for fraudulently selling limited benefit health insurance policies bundled with memberships in a physician and hospital discount network as being as good or better than major medical coverage; the policies left consumers exposed to large bills or no treatment. The case settled in 2012 for more than $40 million in value to the class, plus significant governance changes designed to prevent a recurrence of the allegedly fraudulent sales practices.

- $72.4 Million Settlement in Class Action Against Insurer for Alleged Fraud in Structured Settlement Program
The firm represented a class of people who settled personal injury cases with The Hartford Financial Services Group, Inc., where some or all of the settlement was paid with a structured settlement. The suit alleged that The Hartford had secretly skimmed 15 percent of the settlement values for itself by purchasing the structured settlement annuity from its own life insurance subsidiary. The case, which also alleged claims under RICO (predicate acts wire and mail fraud) and for common law fraud, unjust enrichment, and breach of contract, settled in 2010 for $72.5 million.

- $400 Million Settlement in Class Action Against Major Financial Company for Alleged Securities Fraud Arising Out of the Financial Crisis
The firm represented the lead plaintiff in a securities fraud class action, arising out of the financial crisis and Merrill Lynch's merger with Bank of America. The case settled for approximately $400 million in 2010 after defeating the motion to dismiss.

- Settlements in Civil Rights Actions on Behalf of Individuals Wrongly Convicted Based on Fabricated Evidence
We represented two individuals who were wrongly convicted and sentenced to life imprisonment because of a fraud in the West Virginia State Police Crime Lab where blood and semen evidence was fabricated and misrepresented to the jury in their trials. After both men were released from prison, we brought civil rights actions against the state and against the state's insurer and outside counsel for covering up the fraud and prolonging the plaintiffs' incarcerations. The actions against the state each settled for approximately $2 million. The actions against the insurer and lawyer were settled on confidential terms.

- Shareholder Derivative Actions Resulted in Recoveries for National Banks
The firm has prosecuted shareholder derivative actions on behalf of national banks, involving breaches of fiduciary duty by senior executives and board members, and inadequate corporate governance and internal controls. *In Tallman v. City Holding Co., et a*l., Circuit Court of Kanahwa Country, WVA, C.A. No. 01-C-4090, for example, the firm prosecuted a shareholder derivative action on behalf of a national bank against its officers and directors for breaches of fiduciary duty related to the bank's subprime lending. The bank's officers and directors had expanded into subprime lending outside its territorial knowledge base without adequate experience or internal controls, resulting in substantial losses to the bank. The case settled in for $9 million.

- $10 Million Settlement in Shareholder Derivative Action Alleging Breaches of Fiduciary Duty
In *Fleagane v. Belmont Bancorp., et al*, Circuit Court of Ohio County, WVA, C.A. No. 99-C-476), the firm prosecuted another shareholder derivative suit on behalf of a national bank against its officers and directors for breaches of fiduciary duty related to bank's lending to a mobile home dealer that resulted in substantial losses to the bank. The case settled for approximately $10 million.

# CARL S. KRAVITZ

- **$400 Million Settlement for 2,000 Asbestos Victims in Fraudulent Conveyance Action**
  Our attorneys represented a group of asbestos victims of the Celotex Corporation in an action against Celotex's parent and the leveraged buyout (LBO) firm that bought the parent for approximately $2.5 billion (financed by junk bonds). The suit sought to set aside the LBO as a fraudulent conveyance on the theory that Celotex's asbestos liabilities made the parent insolvent at the time the parent transferred its assets to the LBO firm's entities. After a trial in U.S. Bankruptcy Court for the Middle District of Florida, the matter settled for nearly $400 million.

- **Landmark Case Involving Football Head Injuries Against the NFL Pension Plan**
  The firm represented the estate of NFL legend Mike Webster against the NFL pension fund. The suit involved the level of benefits due to Mr. Webster and was the first case in which the NFL acknowledged that players could be disabled because of injuries to their brains. After losing in proceedings under the collective bargaining agreement, the firm prevailed in the U.S. District Court for the District of Maryland and in the U.S. Court of Appeals for the Fourth Circuit and obtained the highest level of benefits for its client.

- **Sex Abuse Case Against the Mormon Church**
  The firm is representing six families and their 13 minor children who allege that they were sexually abused by a pedophile who is currently serving a 35-75 year sentence for having abused two of the plaintiffs. The plaintiffs allege in the suit, which is pending in state court in West Virginia, that the Mormon Church through its agents violated a statutory duty to report sex abuse to the authorities and otherwise acted and failed to act in ways that allowed the abuse to occur. The church has denied the allegations and is actively defending the suit.

- **Class of ERISA Plans in Litigation Concerning Foreign Currency Transactions**
  The firm is currently litigating, on behalf of a putative class of ERISA plans, against State Street Bank & Trust concerning foreign currency transactions. The case is pending in the U.S. District Court for the District of Massachusetts.

- **Union Officials in ERISA Litigation Regarding Retaliation by Political Rivals**
  Mr. Kravitz, in another ERISA matter, represented a group of union officials who were retaliated against with respect to their pensions when they were defeated by their political rivals in the union. Mr. Kravitz's clients' pensions were restored.

- **Representation of Collins & Aikman Executive in Criminal, Regulatory, and Civil Securities Fraud Actions**
  The firm represented a former Collins & Aikman executive in a case that involved alleged accounting improprieties concerning rebates in the auto parts industry. We obtained the dismissal of an indictment against our client that had been pending in the U.S. District Court for the Southern District of New York for 18 months, dismissal of a private securities fraud class action, dismissal of securities and fraud claims asserted by the Collins & Aikman Litigation Trust, and a resolution of the SEC's claims.

- **Representation of Former Hedge Fund Employee in Insider Trading Investigation**
  The firm represented a former employee at one of the country's largest hedge funds in an investigation of insider trading conducted by the U.S. Attorney's Office for the Southern District of New York and the SEC. Although the Southern District of New York charged and prosecuted a number of individuals in this and related insider trading cases , our client was not charged criminally and ultimately disposed of the matter by agreeing to a settlement with the SEC, without admitting or denying wrongdoing.

# CARL S. KRAVITZ

- Representation of AOL-Time Warner Executive in Criminal, Regulatory, and Civil Securities Fraud Actions

  In addition to defending a criminal investigation and SEC enforcement action, the firm defended our client in a series of federal securities class actions brought on behalf of the shareholders AOL-Time Warner and the shareholders of two AOL-Time Warner business partners (alleging fraud in connection with the accounting for online advertising revenues. The class actions were either dismissed or otherwise resolved successfully as to our client.

- Representation of Small Cigarette Manufacturer in Qui Tam Action under False Claims Act against Philip Morris USA

  The firm represents the relator in an action against Philip Morris USA for allegedly overcharging the military for cigarettes in violation of a most favored customer clause in Philip Morris' contracts with the military. The case is pending in the U.S. District Court for the District of Columbia.

- Summary Judgment for National Law Firm in Legal Malpractice Action

  Mr. Kravitz represented a national law firm in a case alleging $100 million of damages in connection with advice given under the Investment Company Act of 1940. We secured a victory for our client on summary judgment, and that decision was affirmed on appeal by the Maryland intermediate court of appeals, and the Maryland Court of Appeal refused to review the matter.

- London Market Insurers in High-Stakes Coverage Litigation

  Our attorneys have defended Certain Underwriters at Lloyds of London and other London Market Insurers in coverage matters involving diethylstilbestrol (DES), asbestos, environmental clean-up, and most recently lead paint claims. Our attorneys have appeared in numerous coverage cases on behalf of these clients in state and federal courts around the country. Many of the cases have involved claims for billions of dollars of insurance coverage.

- Represented London Market Insurers in Commercial Litigation Against Major Industrial Company

  The firm represented certain Lloyd's of London Underwriters and London Market Insurers in a suit against Dow Corning to recover insurance payments made in a 1995 insurance settlement of the company's liabilities for breast implants. At the time of the insurance settlement, it was predicted that these liabilities would total $5 billion, but Dow Corning's total loss turned out to be materially less and its insurers were entitled to a refund of insurance payments made under the settlement. The case settled on confidential terms in 2011.

- Summary Judgment for Space Insurance Broker

  Mr. Kravitz represented a space insurance broker in a dispute between the insured, INTELSAT, for which it had placed launch insurance for a telecommunications satellite, and its insured. INTELSAT sought nearly $100 million coverage when the launch vehicle for one of its telecommunications satellites failed and the satellite did not reach geosynchronous orbit. After years of hard fought litigation, Mr. Kravitz obtained a summary judgment in favor of his client on the eve of trial.

- Settlement for Television Network Against Satellite Manufacturer in Products Liability Action

  Mr. Kravitz represented a major television network in litigation filed in the U.S. District Court for the Central District of California against the manufacturer of the telecommunications satellite that beamed its programming across North America. The suit alleged that the $120 million satellite was defectively designed and would remain on station in geosynchronous orbit for substantially less than its minimum 10-year life. Mr. Kravitz defeated the defendant's motion for

**ZUCKERMAN SPAEDER** LLP

## CARL S. KRAVITZ

summary judgment and the case then settled on a confidential basis before trial.

- Antitrust Class Action Alleging Price-Fixing in Polyurethane Foam Industry
  Zuckerman Spaeder currently represents plaintiffs in an antitrust class action alleging price-fixing in the polyurethane foam industry.

- Antitrust Class Action Against Blue Cross Blue Shield Alleging Per Se Violations
  The firm currently represents plaintiffs in an antitrust class action alleging illegal horizontal restraints of trade, whereby Blue Cross Blue Shield of America divides up the territories among the various Blues.

- Settlements for Students and Teachers in Toxic Tort Case Against Pesticide Manufactures
  Mr. Kravitz represented a group of 65 students and teachers who suffered personal injuries from the exposure to chlorinated hydrocarbons and other dangerous pesticides that were misapplied in their middle school outside of Charleston, WV. Mr. Kravitz obtained a series of confidential settlements against a long list of defendants, any of which manufactured the defective products, and produced a substantial recovery for his clients.

- Prevailed at Trial for Major Developer in Suit Involving the Development of Friendship Heights, Maryland
  Represented a major developer in a dispute with his partner concerning the development of the Friendship Heights section of Bethesda, MD. The case involved complex zoning questions and years of business dealings. He obtained a verdict for his client after a four-week trial in federal court in Baltimore.

- Prevailed at Trial for Developer in Real Estate Dispute Concerning a Planned Unit Development in Loudoun County, VA
  Mr. Kravitz also represented a developer of a planned unit development in Loudoun County, VA in a dispute concerning a California entity's attempted purchase of the property. Mr. Kravitz prevailed at trial for his client and then the case settled after extensive appellate proceedings (including two appeals to the Virginia Supreme Court).

- Favorable Settlement on Behalf of a Widow Whose Husband Was Killed in a Natural Gas Pipeline Explosion
  The firm represented the widow of gas company employee, who was killed when a leaking natural gas pipeline he had been sent to repair exploded, in a wrongful death case against the company and a contractor that had worked on the pipe in the past. We also represented the widow in a follow-on third-party bad faith action under West Virginia's Unfair Claims Settlement Practices Act against the insurance company that had provided the defense in the wrongful death action. Both cases were fiercely contested and litigated for several years before confidential settlements were reached.

- $12 Million Summary Judgment in Bad Faith Insurance Action for Young Man Paralyzed in Car Accident
  Mr. Kravitz represented a guest passenger who was paralyzed in a car accident in a bad faith action against the driver's insurance company. The insurance company refused to defend its insured, a Green Beret, when it learned that he had a substantial loss during the binder period. Mr. Kravitz obtained a $12 million summary judgment on the merits in favor of his client and then secured a confidential settlement during the subsequent trial on punitive damages.

- Favorable Settlement for Family of Man Killed in Accident Involving Defective Car Doors
  We represented the family of an individual whose death in an industrial truck accident was

ZUCKERMAN SPAEDER LLP

# CARL S. KRAVITZ

caused by defective doors on the Ford truck he was driving. The product liability and crashworthiness case was settled on confidential terms on the eve of trial. The firm developed significant evidence that was used by lawyers in multiple other cases where serious injury or death was caused by defective doors on Ford vehicles.

- Favorable Settlement for Family of Employee Electrocuted in Coal Preparation Plant
  Mr. Kravitz represented the widow and children of a coal preparation plant employee who was electrocuted using an impact wrench attached to an improperly wired extension cord. The negligence and unsafe workplace suit was settled during trial, after the mine's chief engineer admitted under cross examination by Mr. Kravitz that his company had failed to provide the victim a reasonably safe place to work.

- Favorable Settlement for Investor against Major Financial Services Company
  Mr. Kravitz represented a highly sophisticated investor in an NASD arbitration against a major financial services company involving churning and other frauds in connection with equity options trading. After two days of trial before the arbitrator the matter settled for a confidential amount.

## AFFILIATIONS

### Bar Admissions
- District of Columbia
- Massachusetts
- New York
- West Virginia

### Court Admissions
- U.S. Court of Appeals, Federal Circuit
- U.S. Court of Appeals, District of Columbia Circuit
- U.S. Court of Appeals, Second Circuit
- U.S. Court of Appeals, Fifth Circuit
- U.S. Court of Appeals, Sixth Circuit
- U.S. Court of Appeals, Ninth Circuit
- U.S. Court of Appeals, Eleventh Circuit
- U.S. District Court, District of Columbia
- U.S. District Court, Southern District of New York
- U.S. District Court, Eastern District of New York
- U.S. District Court, Eastern District of Michigan
- U.S. District Court, Eastern District of Wisconsin

# CARL S. KRAVITZ

**Professional Affiliations**
- Faculty, National Institute for Trial Advocacy (NITA)

**Community Involvement**
- Board of Directors, DC SCORES
- Team Leader, Voter Protection Program, Lawyers Committee for Civil Rights Under Law

ZUCKERMAN SPAEDER LLP

# DWIGHT P. BOSTWICK

## OVERVIEW

Dwight P. Bostwick is the chairman of Zuckerman Spaeder's Executive Committee and Partnership Board.

Repeatedly recognized by *The Best Lawyers in America* for his success in commercial litigation and white collar defense, Dwight provides sound judgment and effective advocacy in high-stakes disputes.

In the civil arena, Dwight has successfully represented both plaintiffs and defendants in multimillion-dollar litigation involving claims for fraud, breach of contract, securities violations, and antitrust conspiracies.

In white collar crime matters, Dwight has successfully defended a range of clients in investigations and cases brought by the U.S. Department of Justice (DOJ), the Securities & Exchange Commission (SEC), the Federal Trade Commission (FTC) and other agencies. He has significant experience defending investigations involving banking, health care, and accounting fraud, as well as allegations of insider trading, foreign corrupt practices, and securities fraud.

Dwight has represented a wide variety of clients from the United States, Europe, and South America including executives, government officials, state and national associations, professional services firms, nonprofits, labor unions, and corporations in the technology, health care, financial and commercial industries.

Early in his career, Dwight served in the Department of Justice, first in the Criminal Division's Fraud Section and later in the Deputy Attorney General's Office. While at DOJ, Dwight was one of three prosecutors selected to lead the original Whitewater grand jury investigation prior to the appointment of independent counsel.

## Honors

- *The Best Lawyers in America*, Commercial Litigation, White-Collar Criminal Defense
- *Super Lawyers* (Washington, DC)

## EXPERIENCE

- Represents former NFL players in an appeal of the recent $765 million settlement of the high-profile concussion related lawsuit brought in 2013 by former players against the NFL. The appeal cites the disparate treatment under the settlement of former NFL players



**Chairman and Partner**
Washington, DC
202.778.1882
202.822.8106 fax
dbostwick@zuckerman.com

**Practice Focus**
Antitrust
Appellate
Business Disputes
Congressional Investigations
Criminal Defense
Financial Services
Foreign Corrupt Practices Act (FCPA)
Health Care
Internal Investigations
Plaintiffs & Class Action Litigation
Procurement Fraud
Public Integrity & Ethics
Securities Litigation

**Clerkships**
Hon. Manuel L. Real, U.S. District Court, Central District of California

**Education**
Georgetown University Law Center, J.D., 1988
Stanford University, B.A., 1983

ZUCKERMAN SPAEDER LLP

# DWIGHT P. BOSTWICK

who were diagnosed with chronic traumatic encephalopathy (CTE) before the settlement and those who will most certainly be diagnosed with CTE after the settlement.

- Represents the former Chief Accounting Officer of a multibillion-dollar real estate investment trust in parallel civil and criminal proceedings. The client has been targeted by DOJ and the SEC in an investigation of accounting and securities fraud.

- Represents a foreign national targeted in an insider trading investigation conducted by the U.S. Securities and Exchange Commission and Department of Justice.

- Represents two clients in a Foreign Corrupt Practices Act investigation conducted by the Fraud Section of the Department of Justice and the Securities and Exchange Commission arising out of the Petrobras or "Lava Jato" scandal in Brazil.

- Represented an international pharmaceutical company headquartered in Paris in a multimillion-dollar lawsuit against Abbott Laboratories alleging antitrust violations in restraint of trade in the billion-dollar-a-year heart medication market.

- Represented a national accounting firm and numerous partners in a grand jury investigation relating to alleged accounting improprieties. The client, a target of the federal criminal investigation, was not indicted and entered an agreement with the government disposing of the matter.

- Represented a national association, a state association, individual psychologists, and mental health patients in a test case asserting breach of contract and fraud claims against Blue Cross and CareFirst in connection with the marketing and implementation of a managed care plan. The clients entered a favorable settlement prior to trial.

- Represented a telecommunication entrepreneur and his company in a suit for recovery of a multimillion-dollar investment made to an Israeli company in an internet technology platform based on claims of fraud and breach of contract. The client entered a favorable settlement on the eve of trial.

- Represented an international pharmaceutical company in multimillion-dollar litigation alleging breach of contract, breach of the covenant of good faith and fair dealing, and misuse of trade secrets. The client entered into a favorable settlement following mediation and prior to trial.

- Represented a top official of the U.S. Department of the Interior in civil and criminal contempt proceedings. The client successfully avoided civil and criminal contempt findings.

- Represented the executive board of one of the nation's largest labor unions in a series of emergency trusteeships, union hearings, hearings in federal district court, and hearings before the U.S. Court of Appeals for the Seventh Circuit to help rid the labor union of organized crime influence and financial misconduct. Additionally, he was selected by the union and approved by the U.S. Department of Justice to serve as the financial compliance officer for the union's national elections in 2001, 2006, and 2011.

- Represented a publicly traded pharmaceutical company in a dispute involving one-third of the company's stock. The client prevailed in a dispute over the meaning of the term "default" in an agreement with a bank.

- Represented a target in a USAID investigation of alleged misuse of federal proceeds by the CFO of a non-governmental organization. The government ultimately declined the matter.

**ZUCKERMAN SPAEDER** LLP

# DWIGHT P. BOSTWICK

- Represented a federal contractor in Virginia and two senior executives in an investigation into billing fraud. The client avoided indictment.

- Represented two former attorneys in their efforts to testify to antitrust violations they observed while working for the tobacco industry. Both clients were granted immunity from all 50 states before testifying in a number of tobacco-related cases. One client was on the stand testifying when the tobacco companies agreed to the historic $206 billion settlement with the State Attorneys General.

- Represented a subject in the Abramoff grand jury investigation. The client was granted immunity.

- Represented a subject in the Sandy Berger grand jury investigation. The client ultimately received a non-prosecution letter.

- Represented a company founded by former military officers doing business in Iraq in a grand jury investigation into allegations of illegal billing of the government and ethical breaches relating to the procurement of government contracts. The client, a target of the investigation, successfully avoided indictment.

- Represented the former medical director of a large chemical company in a grand jury investigation into alleged violations of the Toxic Substance Control Act. The client, a subject of the investigation, avoided indictment.

## NEWS

### Publications

- The NFL Settlement: What's the Deal?
  *Huffington Post*
  January 31, 2014

## AFFILIATIONS

### Bar Admissions

- District of Columbia

- Michigan (inactive)

- Pennsylvania (inactive)

### Court Admissions

- U.S. Court of Appeals, District of Columbia Circuit

- U.S. Court of Appeals, Fourth Circuit

- U.S. Court of Appeals, Seventh Circuit

- U.S. District Court, Northern District of Illinois

- U.S. District Court, Eastern District of Michigan

- D.C. Superior Court

# DWIGHT P. BOSTWICK

- D.C. Court of Appeals

**Professional Affiliations**
- Member, American Bar Association

**ZUCKERMAN SPAEDER** LLP

# GRAEME W. BUSH

## OVERVIEW

Named a "Visionary" by *The National Law Journal* in 2012, Graeme W. Bush focuses on complex civil litigation and white collar criminal investigations and prosecutions. Mr. Bush brings more than 30 years of experience litigating sophisticated business disputes to bear not only in representing his clients in litigation but also in providing executive-level counseling and advice to help his clients make sensible decisions about how to handle the disputes that confront them. Mr. Bush has handled litigation in a broad variety of areas for his clients, including class action and derivative cases, private securities fraud actions (for plaintiffs and defendants), U.S. Securities and Exchange Commission (SEC) enforcement actions and investigations, attorney malpractice and disciplinary proceedings, executive change in control litigation and wrongful termination, pension litigation (by and against plans and plan fiduciaries), asbestos bankruptcies, asset retrieval actions, asset forfeitures, and criminal investigations of illegal foreign payments, Medicare fraud, and public corruption.

Mr. Bush's clients have included an investment fund and its advisors, a top nationally recognized mutual fund portfolio manager of one of the nation's most successful growth funds, the top producing broker at a major Wall Street brokerage house, the CEO of a health care services organization, the CFO of a foreign company investigated for illegal foreign payments, a prominent financial markets law firm, a class of pension plans, and the executive director of a prominent charity. He has represented clients in connection with the securitization of receivables, as well as counseled them in connection with the valuation of derivative instruments.

Mr. Bush practiced for more than 21 years at Caplin & Drysdale, Chartered. He clerked for the Hon. Roszel C. Thomsen of the U.S. District Court for the District of Maryland.

### Professional Highlights

- Successfully tried to jury verdict claims by Matthew Lawlor, the founder and former CEO of Online Resources Corporation, that he was entitled to more than $5 million in change in control benefits in connection with his termination by the company.

- Retained as special litigation counsel to the Tribune Company's creditors committee to evaluate and



**Partner**
Washington, DC
202.778.1801
202.822.8106 fax
gbush@zuckerman.com

**Practice Focus**
Bankruptcy
Business Disputes
Creditors' Rights
Criminal Defense
Executive Termination & Benefits
Foreign Corrupt Practices Act
  (FCPA)
Internal Investigations
Legal Profession & Ethics
Plaintiffs & Class Action Litigation
Securities Litigation

**Clerkships**
Hon. Roszel C. Thomsen, U.S.
District Court, District of Maryland

**Education**
University of Maryland School of
Law, J.D., 1976

- Order of the Coif

- Founder and President,
  *International Trade Law Journal*

Wesleyan University, B.A., 1971

- Graduated from the College of
  Letters

# GRAEME W. BUSH

prosecute fraudulent conveyance and other claims to set aside and subordinate more than $10 billion in loans that financed Sam Zell's takeover of the Tribune Company.

- Defended an SEC enforcement action against Michael Sassano, a former CIBC broker in charge of mutual fund trading, whom the SEC charged with fraudulent frequent trading in numerous mutual fund families on behalf of CIBC clients. The case was settled favorably on the eve of trial.

**Languages**
French

### Honors

- 2012 Visionary, *The National Law Journal*

- 2004 Top Lawyers, *Washingtonian*

- *Chambers USA: America's Leading Lawyers for Business*, Litigation: General Commercial (District of Columbia)

- AV® Peer Review Rated, Martindale-Hubbell

- *Benchmark Litigation*, Local Litigation Star (Washington, DC)

- *The Best Lawyers in America*, Commercial Litigation, Bankruptcy Litigation, Regulatory Enforcement Litigation, Securities Litigation

- *Super Lawyers* (Washington, DC)

### EXPERIENCE

- Represented the creditors committee of the Tribune Company as special litigation counsel engaged to investigate and prosecute fraudulent conveyance and other claims to avoid and subordinate $10 billion in loans used to finance Sam Zell's takeover of Tribune. We worked with all constituencies to investigate, litigate and, with respect to some of defendants, settle claims, in addition to preparing a complaint that was transferred to a litigation trust for the benefit of the creditors following the confirmation of the Tribune plan of reorganization.

- Representing the founder of Online Resources Corporation, who was ousted from the company after a struggle for control with the representative of the largest outside investor and who was denied the change in control benefits to which he was entitled under a severance agreement. The jury returned a verdict for our client after a three-week trial in Virginia Circuit Court.

# GRAEME W. BUSH

- Representing a former partner and senior executive of a private equity company in the limited partnership secondary market for breach of contract and misrepresentations arising from the failure of the company to provide our client a significant ownership interest in the company.

- Defending a prominent law firm and well-known attorneys against a legal malpractice action arising out of tax advice given in connection with a complicated tax-advantaged transaction and the ensuing tax litigation.

- The firm represented an equity fund established to invest in Israeli businesses, in connection with an investigation by the New York Attorney General of illegal "pay to play" payments made by its former managing member. We negotiated a favorable settlement of civil claims by the New York Attorney General against the fund, which the firm continues to represent the company in related matters.

- Represented a former portfolio manager in an SEC investigation and enforcement proceeding arising out of the New York Attorney General's and the SEC's omnibus investigation of market timing in the mutual fund industry. The SEC filed anti-fraud charges against our client and the case was tried for nine days before an administrative law judge (ALJ). In her decision, the ALJ adopted, in large part, Zuckerman Spaeder's arguments and declined to impose any bar order or civil money penalties against our client.

- Secured significant victories on behalf of a former broker in two actions arising out of claims that our client facilitated fraudulent frequent trading by brokerage firm's clients in numerous mutual fund families. First, we represented him in a successful suit and trial in Delaware to compel his former employer to advance defense costs. After we won important pre-trial rulings in the SEC enforcement action, the government agreed to settle just four days before the trial was set to start on terms that were favorable to our client.

- Defended the chief investment officer of an off-shore hedge fund in an SEC enforcement action alleging fraud violations related to market timing and late trading.

- Represented the former CFO of a European telecommunications company in connection with an internal investigation and with FCPA investigations by the DOJ and SEC. The client faced inquiries from law enforcement authorities in multiple countries regarding illegal foreign payments in a Balkan country, which required the firm to apply its experience in representing clients subject to cross-border investigations.

- Representing the CEO of a health care services organization in a grand jury investigation concerning Medicare billings for testing services that allegedly did not qualify for reimbursement because doctors were not present during the procedures as required by Medicare regulations.

- Successfully represented prominent tax lawyers in Circular 230 proceedings before the IRS arising out of tax opinion.

- Represented a Swiss corporation sued in a class action under the Alien Tort Claims Act for human rights violations allegedly committed as a result of doing business in South Africa during the era of apartheid.

- Represented the post-confirmation committee in a bankruptcy suit to recover funds on behalf of creditors from private equity investor on deepening insolvency and other theories.

- Represented a major national law firm in a federal grand jury investigation and the subsequent indictment. The charges were resolved by a deferred prosecution agreement that allowed the

# GRAEME W. BUSH

firm to continue in business without substantial harm to its innocent partners and employees.

- Represented an African cellular telephone magnate in the resolution of disputes with his U.S. and Egyptian partners and a disappointed prospective Israeli investor. The firm handled all aspects of international litigation for the client, including working with counsel in foreign jurisdictions.

- Represented the founder of a television network in connection with a dispute over the terms of an investment made by NBC.

- Represented more than 2,500 pension plans in a class action under ERISA to recover fee overcharges, concluding in a settlement of more than $19 million on behalf of the class.

- Represented a major business law firm in connection with the investigation by the Enron examiner of certain tax transactions in which the firm rendered tax opinions.

- Represented the long-time executive director of a prominent Washington, DC-area charity in civil and criminal investigations into allegedly improper financial practices.

- Represented asbestos victims in a $1.5 billion adversary veil-piercing proceeding against a major building materials manufacturer alleging veil-piercing and fraudulent conveyance. The case settled after a two-week trial for $900 million, almost two-thirds of the amount alleged to be due to the asbestos creditors.

## NEWS

**Publications**

- Letter to the ABA Commission on the Future of Legal Services Regarding Alternative Business Structures
  May 2, 2016

- Boutiques Experiencing an Upside in the Downturn
  *National Law Journal*
  September 21, 2009

## AFFILIATIONS

**Bar Admissions**

- District of Columbia

- Maryland

- New York

**Court Admissions**

- U.S. Court of Appeals, Fourth Circuit

- U.S. Court of Appeals, District of Columbia Circuit

- U.S. District Court, District of Columbia

- U.S. District Court, District of Maryland

# GRAEME W. BUSH

- U.S. District Court, Southern District of New York

**Professional Affiliations**
- Member, American Bar Association
- Member, Maryland State Bar Association
- Board of Directors, Legal Aid Society of the District of Columbia

**Community Involvement**
- Chairman, Board of Directors, Junior Tennis Champions Program
- Former Member, Board of Directors, DC SCORES

ZUCKERMAN SPAEDER LLP

# ADAM L. FOTIADES

## OVERVIEW

From SEC enforcement actions to medical marijuana drug charges, Adam L. Fotiades helps clients face down government investigators and mount a strong defense.

Adam has a wide range of experience in complex civil litigation and white collar criminal defense. He has handled government investigations and complex disputes between companies, especially in highly regulated industries, such as financial institutions and hedge funds, accounting firms, and telecom companies. He also has experience helping clients navigate sensitive FCPA investigations.

Adam maintains a robust pro bono practice, helping clients with custody issues, death row appeals, and professional liability matters.

Before joining Zuckerman Spaeder, Adam worked in the New York office of Kirkland & Ellis.

### Honors

- *Super Lawyers* (Washington, DC)

## EXPERIENCE

- Obtained what commentators described as an unusual and extremely favorable settlement on behalf of the former Chief Business Officer of Freddie Mac in an SEC enforcement action arising from Freddie Mac's 2006-2008 subprime loan disclosures. The resolution denied all of the remedies the SEC sought and provided for the dismissal of the SEC's claims without any restrictions that altered the client's employment, as well as allowing her to continue to deny the allegations. The case, which received substantial attention when it was brought by the SEC, was vigorously litigated for more than three years, and was resolved near the end of a lengthy discovery process.

- Represented a client who was charged with, and pled guilty to, a federal drug charge for operating a medical marijuana business in Montana. Although the client could have faced more than 11 years in prison, we persuaded the judge to sentence him to only 5 years' probation.

- Represented a global hedge fund in a legal malpractice action arising from a €400 million collateralized loan obligation transaction.



**Partner**
Washington, DC
202.778.1893
202.822.8106 fax
afotiades@zuckerman.com

**Practice Focus**
Business Disputes
Criminal Defense
Foreign Corrupt Practices Act (FCPA)
Securities Litigation

**Clerkships**
Hon. James C. Cacheris, U.S. District Court, Eastern District of Virginia

**Education**
University of Virginia School of Law, J.D., 2007

- Order of the Coif
- Articles Editor, *Virginia Law Review*

University of Pennsylvania, B.A., magna cum laude, 2002

- Hillary Conroy Prize for Best Senior Honors Thesis in World History

**ZUCKERMAN SPAEDER** LLP

# ADAM L. FOTIADES

- Represented a frozen yogurt franchisor in litigation alleging tortious interference with a contract.

- Represented an accounting firm in an investigation conducted by the Virginia Board of Accountancy. After an informal fact-finding conference, the board found that our client had not violated any state accounting statute or regulation and that the board would not take any further action.

- Represents federal death row inmate pro bono in post-trial proceedings.

- Helped pro bono clients obtain favorable custody and visitation orders in separate child custody disputes, thwarting attempts to hold the client in contempt and to modify the custody order in one case and defeating the plaintiff's efforts to proceed to trial by backing out of an agreed settlement.

- Defended a major internet service provider in a class action lawsuit brought by a putative class of more than 650,000 subscribers alleging violations of Title II of the Electronic Communications Privacy Act based on the alleged wrongful disclosure of the plaintiffs' internet search queries. The case ended in a settlement prior to trial.

- Defended a telecommunications company in a state court putative class action brought by more than 30,000 property owners claiming trespass, inverse condemnation, and unjust enrichment. After discovery, the court denied the plaintiffs' motion for class certification, and the ruling was affirmed on appeal.

- Represented a charitable organization in litigation against a hedge fund that was alleged to have been operating a Ponzi scheme. The client settled with one defendant and obtained a default judgment against two others.

## AFFILIATIONS

### Bar Admissions
- District of Columbia
- New York

### Court Admissions
- U.S. District Court, District of Columbia