# EX. 93

# Exhibit 21

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 12-cv-11698 MLW |

## DECLARATION OF CATHERINE M. CAMPBELL ON BEHALF OF FEINBERG, CAMPBELL & ZACK, PC IN SUPPORT OF LEAD COUNSEL'S MOTION <u>FOR AN AWARD OF ATTORNEYS' FEES AND PAYMENT OF EXPENSES</u>

Catherine M. Campbell, Esq., declares as follows, pursuant to 28 U.S.C. § 1746:

1.      I am associated with the law firm of Feinberg, Campbell & Zack, PC ("FCZ"). I submit this declaration in support of Lead Counsel's motion for an award of attorneys' fees and payment of litigation expenses on behalf of all Plaintiffs' counsel who contributed to the prosecution of the claims in the above-captioned class actions (the "Class Actions") from inception through August 30, 2016 (the "Time Period").

2.      My firm has acted as local counsel for Plaintiffs in the Henriquez Action. We prepared and/or reviewed Court filings primarily in the initial phases of the litigation including but not limited to the Complaint, Pro Hac Vice Motions and the Protective Order, and participated in various conferences with other counsel.

3.      The schedule attached hereto as Exhibit A is a summary indicating the amount of time spent by each attorney and professional support staff-member of my firm who was involved in the prosecution of the Class Actions, and the lodestar calculation based on my firm's current billing rates. For personnel who are no longer employed by my firm, the lodestar calculation is based upon the billing rates for such personnel in his or her final year of employment by my firm. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm, which are available at the request of the Court. Time expended in preparing this application for fees and payment of expenses has not been included in this request.

4.      The hourly rates for the attorneys and professional support staff in my firm included in Exhibit A are the same as my firm's regular rates charged for their services, which local counsel have accepted in other complex class actions.

5.      The total number of hours expended on this litigation by my firm during the Time Period is 21.50 hours. The total lodestar for my firm for those hours is $7,525.00.

6.      My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

7.      My firm has not incurred any expenses related to the Class Actions.

8.      With respect to the standing of my firm, attached hereto as Exhibit B is a brief biography of my firm as well as biographies of the firm's partners.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 13, 2016.

Catherine M. Campbell, Esq.
BBO # 549397
Feinberg, Campbell & Zack, PC
177 Milk Street, Suite 300
Boston, MA 02109
Phone: (617) 338-1976
Fax: (617) 338-7070
cmc@fczlaw.com

**Exhibit A**

EXHIBIT A

*STATE STREET INDIRECT FX TRADING CLASS ACTION*
No. 11-cv-10230, No. 11-cv-12049, No. 12-cv-11698 MLW (D. Mass.)

LODESTAR REPORT

FIRM: Feinberg, Campbell & Zack, PC
REPORTING PERIOD:  INCEPTION THROUGH AUGUST 30, 2016

| PROFESSIONAL | STATUS* | HOURLY RATE | TOTAL HOURS TO DATE | TOTAL LODESTAR TO DATE |
|---|---|---|---|---|
| Campbell, C | P | $350 | 21.50 | $7,525.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL** | | | | **$7,525.00** |

| | | | |
|---|---|---|---|
| Partner | (P) | Paralegal | (PL) |
| Of Counsel | (OC) | Investigator | (I) |
| Associate | (A) | Research Analyst (RA) | |
| Staff Attorney (SA) | | | |

**Exhibit B**

## EXHIBIT B

### *STATE STREET INDIRECT FX TRADING CLASS ACTION*
### No. 11-cv-10230, No. 11-cv-12049, No. 12-cv-11698 MLW (D. Mass.)

### FIRM BIOGRAPHY

Feinberg, Campbell & Zack, P.C. has been committed to providing clients with the highest quality legal service in a timely and cost-effective manner for more than 25 years.

Areas of practice:

•     Employee benefits law

•     ERISA

•     Labor law

•     Medical negligence

•     Personal injury

•     Workers compensation

We represent working men and women and their families, as well as many unions — including several in the building trades — and their benefit funds. We represent our clients in complex ERISA and labor litigation in the federal courts and in arbitration cases. We also handle contract negotiations for many collective bargaining units.

In addition, we provide excellent personal services to those workers who have suffered injuries. Our workers compensation department is experienced in presenting cases before the Massachusetts Department of Industrial Accidents, and our personal injury litigation team is experienced in representing victims of motor vehicle accidents, construction site accidents and medical malpractice.

**Michael A. Feinberg** was one of the founders of this firm in 1983. Prior to that, Mr. Feinberg worked for the labor law firm of Segal & Flamm and was also a principle trial attorney for the National Labor Relations Board. He is a graduate of Boston University (B.A., 1963) and Boston College Law School (J.D., 1968). Voted one of the top labor attorneys in the country by his peers for over ten years, Mr. Feinberg is a frequent lecturer on employee benefits plans and ERISA law. He is also a past chairman of the Labor Law Section of the Massachusetts Bar Association. Well known and respected for his tenacious, imaginative approach to his practice, he serves as the legal advisor to many labor unions throughout Massachusetts and New England.

**Catherine M. Campbell** is a 1981 cum laude graduate of Smith College, and a 1985 graduate, cum laude, of the Hastings College of Law, University of California. She has been with the firm since 1987.  Ms. Campbell is a member of the Massachusetts Bar Association, the International Foundation of Employee Benefits and the National Lawyers Guild, and is on the AFL-CIO Lawyers Coordinating Committee. Her practice mostly involves complex ERISA cases on behalf of employee pension, annuity, and health and welfare funds for local unions. She has also been extremely active in the Boston community, working closely with the Boston public schools, the Boy Scouts and Girls Scouts, and the Massachusetts Audubon Society. She is licensed to practice in Massachusetts and California.

**Arthur G. Zack** has been a litigation attorney since he became a member of the Massachusetts Bar in 1985. Since 1989 he has been with Feinberg, Campbell & Zack, P.C. Mr. Zack has an exceedingly broad range of trial experience that includes domestic relations, motor vehicle accidents, medical malpractice and workers compensation. In addition, as a former contractor, Mr. Zack has a unique understanding of the building trades, which affords him an advantage when representing clients injured on construction sites. Unlike many lawyers, Mr. Zack handles workers compensation cases as well, so there is no need to hire separate counsel for this aspect of a work-related injury case. He has successfully litigated many catastrophic cases involving scaffolding collapses, falls from defective ladders and serious motor vehicle accidents. Mr. Zack also represents clients permanently injured by the negligence of medical providers. Although a seasoned trial attorney, Mr. Zack, for many years, has been a leading proponent of the effectiveness of alternative dispute resolution. He is a member of the Massachusetts Bar Association, the Massachusetts Association of Trial Lawyers and the American Trial Lawyers Association.