# EX. 95

# Exhibit 23

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) | No. 11-cv-10230 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) ) | |
| Defendant. | ) ) | |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, | ) ) ) ) | No. 11-cv-12049 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, | ) ) ) ) | |
| Defendants. | ) ) | |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, | ) ) ) ) ) | No. 12-cv-11698 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) | |
| Defendant. | ) ) ) | |

## DECLARATION OF KIMBERLY KEEVERS PALMER ON BEHALF OF RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC IN SUPPORT OF LEAD COUNSEL'S MOTION FOR AN AWARD OF

## ATTORNEYS' FEES AND PAYMENT OF EXPENSES

Kimberly Keevers Palmer, Esq., declares as follows, pursuant to 28 U.S.C. § 1746:

1.      I am a member of the law firm of Richardson, Patrick, Westbrook & Brickman, LLC ("RPWB, LLC"). I submit this declaration in support of Lead Counsel's motion for an award of attorneys' fees and payment of litigation expenses on behalf of all Plaintiffs' counsel who contributed to the prosecution of the claims in the above-captioned class actions (the "Class Actions") from inception through August 30, 2016 (the "Time Period").

2.      My firm, RPWB, LLC, was co-counsel with McTigue Law, LLP and formerly counsel of record for Plaintiff Arnold Henriquez. Until our firm withdrew as counsel in December 2013, our firm was involved in case strategy decisions, fact research, discovery, and motion practice.

3.      The schedule attached hereto as Exhibit A is a summary indicating the amount of time spent by each attorney and professional support staff-member of my firm who was involved in the prosecution of the Class Actions, and the lodestar calculation based on my firm's current billing rates. The schedule was prepared from time records regularly prepared and maintained by my firm, which are available at the request of the Court. Time expended in preparing this application for fees and payment of expenses has not been included in this request.

4.      The hourly rates for the attorneys and professional support staff in my firm included in Exhibit A are the same as my firm's regular rates charged for their services, which have been accepted in other complex class actions.

5.      The total number of hours expended on this litigation by my firm during the Time Period is 257.8 hours. The total lodestar for my firm for those hours is $137,411.

6.  My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expenses items.  Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

7.  As detailed in Exhibit B, my firm has incurred a total of $7,456.66 in expenses in connection with the prosecution of the Class Actions.  The expenses are reflected on the books and records of my firm.  These books and records are prepared from expense vouchers, check records and other source materials and are an accurate record of the expenses incurred.

8.  With respect to the standing of my firm, attached hereto as Exhibit C is a copy of RPWB LLC's firm resume, which includes a brief biography of my firm as well as biographies of the firm's partners, associates, and of counsels.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 13, 2016.

_____
Kimberly Keevers Palmer

**Exhibit A**

<u>**EXHIBIT A**</u>

***STATE STREET INDIRECT FX TRADING CLASS ACTION***
**No. 11-cv-10230, No. 11-cv-12049, No. 12-cv-11698 MLW (D. Mass.)**

**LODESTAR REPORT**

**FIRM:   RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC**
**REPORTING PERIOD:  INCEPTION THROUGH AUGUST 30, 2016**

| PROFESSIONAL | STATUS* | HOURLY RATE | TOTAL HOURS TO DATE | TOTAL LODESTAR TO DATE |
|---|---|---|---|---|
| Michael J. Brickman | P | $800 | 10.40 | $8,320.00 |
| Kimberly Keevers Palmer | P | $550 | 197.10 | $108,405.00 |
| Nina Fields Britt | P | $500 | 37.7 | $18,850.00 |
| Lisa Dominick | PL | $150 | 10.80 | $1620.00 |
| Linda Hambleton | PL | $120 | 1.8 | $216.00 |
| **TOTAL** | | | **257.8** | **$137,411.00** |

| | | | |
|---|---|---|---|
| Partner | (P) | Paralegal | (PL) |
| Of Counsel | (OC) | Investigator | (I) |
| Associate | (A) | Research Analyst | (RA) |
| Staff Attorney | (SA) | | |

**Exhibit B**

**EXHIBIT B**

*STATE STREET INDIRECT FX TRADING CLASS ACTION*
No. 11-cv-10230, No. 11-cv-12049, No. 12-cv-11698 MLW (D. Mass.)

EXPENSE REPORT

FIRM:  RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
REPORTING PERIOD:  INCEPTION THROUGH AUGUST 30, 2016

| EXPENSE | TOTAL AMOUNT |
|---|---|
| Duplicating | $2,041.87 |
| Filing / Service / Witness Fees | $430.00 |
| Online Legal & Financial Research | $3,302.30 |
| Work-Related Transportation/Meals/Lodging | $1,682.49 |
| **TOTAL** | **$7,456.66** |

**Exhibit C**





# Experience

## RPWB Attorneys

RPWB's attorneys have worked together as partners and as collaborators on some of the most significant litigation in America's history. These successes have taught our attorneys the practical skills they use each day to make sure every client receives the very best representation possible. Our collective experience touches nearly every aspect of plaintiffs' litigation and provides our clients with the kind of seasoned understanding that has built RPWB's winning reputation.

# Innovation

## Our Clients

Our clients and our co-counsel benefit from our ongoing commitment to harness the power of technology. RPWB has invested in a technological infrastructure that provides cutting-edge data management and the remote access tools to facilitate co-counsel cooperation in the day-to-day business of associated cases. RPWB also takes its technology into the courtroom with state-of-the-art presentation software to provide jurors with the very best opportunity to understand our clients' cases.

# Determination

## RPWB Attorneys

RPWB lawyers know that making big business accountable takes a willingness to fight day after day for the rights of injured people. When RPWB takes a case, the firm and all of its resources are committed to fighting for that client. Our contract of representation is our promise to put in the work necessary to bring every case to its best possible conclusion.



## Mount Pleasant

**James C. Bradley**
Direct #: 843.727.6603
e-mail: jbradley@rpwb.com

**Elizabeth Middleton Burke**
Direct #: 843.727.6659
e-mail: bburke@rpwb.com

**Aaron R. Dias**
Direct #: 843.727.6509
e-mail: adias@rpwb.com

**D. Charles Dukes II**
Direct #: 843.727.6647
e-mail: cdukes@rpwb.com

**Jerry Hudson Evans**
Direct #: 843.727.6534
e-mail: jevans@rpwb.com

**Nina Fields Britt**
Direct #: 843.727.6542
e-mail: nfields@rpwb.com

**H. Blair Hahn**
Direct #: 843.727.6611
e-mail: bhahn@rpwb.com

**Gregory A. Lofstead**
Direct #: 843.727.6516
e-mail: glofstead@rpwb.com

**Christiaan A. Marcum**
Direct #: 843.727.6522
e-mail: cmarcum@rpwb.com

**Katie H. McElveen**
Direct #: 843.727.6602
e-mail: kmcelveen@rpwb.com

**Matthew A. Nickles**
Direct #: 843.727.6675
e-mail: mnickles@rpwb.com

**Karl E. Novak**
Direct #: 843.727.6660
e-mail: knovak@rpwb.com

**Misty Black O'Neal**
Direct #: 843.727.6500
e-mail: moneal@rpwb.com

**Kimberly Keevers Palmer**
Direct #: 843.727.6504
e-mail: kkeevers@rpwb.com

**Thomas D. Rogers**
Direct #: 843.727.6521
e-mail: trogers@rpwb.com

**A. Hoyt Rowell, III**
Direct #: 843.727.6650
e-mail: hrowell@rpwb.com

**T. Christopher Tuck**
Direct #: 843.727.6515
e-mail: ctuck@rpwb.com

**James L. Ward, Jr.**
Direct #: 843.727.6682
e-mail: jward@rpwb.com

**Edward J. Westbrook, Jr.**
Direct #: 843.727.6513
e-mail: ewestbrook@rpwb.com

**Robert S. Wood**
Direct #: 843.727.6655
e-mail: bwood@rpwb.com

## Barnwell

**J. David Butler**
Direct #: 803.541.7865
e-mail: dbutler@rpwb.com

**Daniel S. Haltiwanger**
Direct #: 803.541.7863
e-mail: dhaltiwanger@rpwb.com

**Christopher J. Moore**
Direct #: 803.541.7857
e-mail: cmoore@rpwb.com

**Terry E. Richardson, Jr.**
Direct #: 803.541.7860
e-mail: trichardson@rpwb.com

**Brady R. Thomas**
Direct #: 803.541.7850
e-mail: bthomas@rpwb.com

**Kenneth J. Wilson**
Direct #: 803.541.7867
e-mail: kwilson@rpwb.com

## Charleston

**Michael J. Brickman**
Direct #: 843.727.6520
e-mail: mbrickman@rpwb.com

**Charles W. Patrick, Jr.**
Direct #: 843.727.6512
e-mail: cpatrick@rpwb.com

## Edwardsville

**Jena L. Borden**
Direct #: 618.307.5077
e-mail: jborden@rpwb.com

## Of Counsel

**Gordon C. Rhea**
Direct #: 843.727.6656
e-mail: grhea@rpwb.com



## RPWB Attorneys

RPWB attorneys have extensive experience in sophisticated litigation brought locally, nationally, and internationally. The firm is focused on the representation of individuals, corporations, and governments in complex disputes across a diverse range of practice areas.

As a result of RPWB's experience and success at managing complex litigation, the firm frequently associates with other law firms to assist those attorneys in the pursuit of class actions, multidistrict litigations, or other cases with challenging and cutting-edge legal issues. RPWB possesses the resources to coordinate related litigations in multiple venues for the benefit of the firm's clients.

## Areas of practice (AOPs):

- Abusive Tax Shelters
- Antitrust and Deceptive Trade
- Asbestos & Mesothelioma
- Asbestos Property Damage
- Burn Injuries
- Business Litigation
- Class Actions
- Consumer Lending
- Employment Litigation
- Environmental Law
- Healthcare: Drug Pricing
- Medical Malpractice and Pharmacy Liability
- Mutual Funds
- Nursing Home Abuse
- Personal Injury
- Pharmaceutical Drugs and Medical Devices
- Products and Premises Liability
- Railroad Accidents
- Securities Fraud
- Tobacco
- Truck Accidents
- Vehicle Defects/Warranty Litigation
- Whistleblower/Qui Tam
- White-Collar Criminal Defense

## A tradition of giving back to the community....

RPWB believes in giving back. Donating technical, financial, and human resources, RPWB is committed to fostering relationships and giving to organizations that address social and economic needs. The firm encourages all employees to make a difference by donating their time, money, and talents to nonprofit agencies to help build stronger and more sustainable communities.



RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC

## Mt. Pleasant

1037 Chuck Dawley Boulevard
Building A
Mount Pleasant, SC 29464

P.O. Box 1007
Mount Pleasant, SC 29465

phone: 843.727.6500
fax: 843.216.6509

## Charleston

174 East Bay Street
Charleston, SC 29401

P.O. Box 879
Charleston, SC 29402

phone: 843.727.6500
fax: 843.727.3103

## Barnwell

1730 Jackson Street
Barnwell, SC 29812

P.O. Box 1368
Barnwell, SC 29812

phone: 803.541.7850
fax: 803.541.9625

## Edwardsville

Mark Twain Plaza II
103 West Vandalia Street
Suite 212
Edwardsville, IL 62025

phone: 618.307.5077
fax: 618.307.5813

Please visit www.RPWB.com for complete office and attorney contact info.



# Practice Areas of RPWB

With a focus on social justice, the efforts of Richardson, Patrick, Westbrook & Brickman, LLC attorneys have led to impressive verdicts and settlements on behalf of individuals and groups across the country who have suffered undue costs or harm.

## Find the area and attorney that is right for you.

RPWB's practice areas are wide-ranging, from consumer fraud to drug product liability, to resolving disputes with all types of polluters.

The firm is perhaps best known for early and ongoing legal efforts—in nearly every state—to defend those harmed by exposure to asbestos. Similarly, RPWB's attorneys played a significant role in landmark settlements against Big Tobacco.

# Areas of Practice (AOPs) and Legal Teams

## Abusive Tax Shelters

Jerry Hudson Evans
Gordon C. Rhea

## Antitrust and Deceptive Trade

James C. Bradley
Michael J. Brickman
Nina Fields Britt
Matthew A. Nickles
Kimberly Keevers Palmer
A. Hoyt Rowell III
T. Christopher Tuck
James L. Ward Jr.
Robert S. Wood

## Asbestos/ Mesothelioma

Jena L. Borden
Michael J. Brickman
J. David Butler
Gregory A. Lofstead
Christopher J. Moore
Karl E. Novak
Charles W. Patrick Jr.
Kenneth J. Wilson

## Asbestos Property Damage

Katie H. McElveen
James L. Ward Jr.
Edward J. Westbrook
Robert S. Wood

## Business Litigation

Jena L. Borden
Daniel Scott Haltiwanger
Christopher J. Moore
Terry E. Richardson Jr.
A. Hoyt Rowell III
Brady R. Thomas
T. Christopher Tuck
James L. Ward Jr.

## Class Action

James C. Bradley
Michael J. Brickman
Nina Fields Britt
Daniel S. Haltiwanger
Katie H. McElveen
Christopher J. Moore
Matthew A. Nickles
Kimberly Keevers Palmer

Terry E. Richardson Jr.
A. Hoyt Rowell III
Brady R. Thomas
T. Christopher Tuck
James L. Ward Jr.
Edward J. Westbrook
Robert S. Wood

## Consumer Lending

Katie H. McElveen
A. Hoyt Rowell III
T. Christopher Tuck
Robert S. Wood

## Environmental

Aaron R. Dias
Jerry Hudson Evans
Gordon C. Rhea
Edward J. Westbrook

## Erisa Cash Balance

A. Hoyt Rowell III
T. Christopher Tuck
James L. Ward Jr.
Robert S. Wood

9

## HEALTHCARE FRAUD:

### DRUG PRICING

A. Hoyt Rowell III

T. Christopher Tuck

James L. Ward Jr.

Robert S. Wood

### MEDICAL MALPRACTICE AND PHARMACY LIABILITY

Michael J. Brickman

Kimberly Keevers Palmer

Thomas D. Rogers

### MUTUAL FUNDS

James C. Bradley

Michael J. Brickman

Nina Fields Britt

### NURSING HOME ABUSE

Daniel S. Haltiwanger

Terry E. Richardson Jr.

A. Hoyt Rowell III

### PHARMACEUTICAL DRUGS AND MEDICAL DEVICES

Michael J. Brickman

Elizabeth Middleton Burke

Aaron R. Dias

D. Charles Dukes II

Nina Fields Britt

H. Blair Hahn

Christiaan A. Marcum

Misty Black O'Neal

Kimberly Keevers Palmer

Terry E. Richardson

Thomas D. Rogers

A. Hoyt Rowell III

Brady R. Thomas

## PRODUCTS AND PREMISES LIABILITY

Daniel S. Haltiwanger

Katie H. McElveen

Christopher J. Moore

Terry E. Richardson Jr.

T. Christopher Tuck

James L. Ward Jr.

Kenneth J. Wilson

### RAILROAD ACCIDENTS

J. David Butler

Daniel S. Haltiwanger

Terry E. Richardson Jr.

### SECURITIES FRAUD

James C. Bradley

Michael J. Brickman

Nina Fields Britt

Matthew A. Nickles

Terry E. Richardson Jr.

A. Hoyt Rowell III

T. Christopher Tuck

### TOBACCO

Michael J. Brickman

Jerry Hudson Evans

Nina Fields Britt

Gregory A. Lofstead

Charles W. Patrick Jr.

### TRUCK ACCIDENTS

Daniel S. Haltiwanger

Terry E. Richardson Jr.

## VEHICLE DEFECTS/ WARRANTY

Daniel S. Haltiwanger

Gordon C. Rhea

Terry E. Richardson Jr.

Brady R. Thomas

T. Christopher Tuck

James L. Ward Jr.

Kenneth J. Wilson

### WHISTLEBLOWER/ QUI TAM

Daniel S. Haltiwanger

T. Christopher Tuck

### WHITE-COLLAR CRIMINAL DEFENSE

Gordon C. Rhea

# ABUSIVE TAX SHELTERS

Lawyers at RPWB represent clients in litigation against promoters of abusive tax shelters in state and federal cases. KPMG and other major accounting firms promoted and sold a large number of tax strategies the IRS has listed as abusive tax shelters. Clients often paid substantial fees for tax strategies that were represented as legitimate and now face severe tax liabilities as a consequence. Taxpayers who were sold tax reduction schemes that turn out to be "abusive" may have a claim against the promoter who sold them the shelter.

# ANTITRUST

RPWB has played a prominent role in enforcing federal and state antitrust laws designed to promote competition and, more importantly, prevent companies from engaging in activities that could lead to price fixing monopolies and increased anticompetitive practices. Under federal antitrust laws, claims for damages are generally limited to individuals or companies that purchased goods or services directly from the company or person that violated the antitrust laws. However, many states allow consumers and other indirect purchasers to sue for damages resulting from anticompetitive conduct, even though they did not purchase the goods or services directly from the company or person that violated the antitrust laws.

RPWB has represented direct and indirect purchasers of goods in numerous markets that have been the subject of price fixing or other violations of antitrust laws. Notably, RPWB was appointed co-lead counsel in the *Beach, et al. v. Atlas Van Lines, et al.* antitrust litigation. The multidistrict class action antitrust lawsuit alleged that certain household goods carriers conspired to overcharge customers for fuel surcharges paid on household goods moves. Following the court's denial of defendants' motions for summary judgment and granting of plaintiffs' motion for summary judgment on several critical issues, the parties negotiated a significant settlement for the plaintiffs class.

Michael Brickman was appointed co-lead counsel in *In re Magnetic Audiotape Antitrust Litigation,* a class action involving allegations that manufacturers and distributors of magnetic audiotape conspired to fix prices in violation of the Sherman Act. The firm was instrumental in securing settlements for the plaintiffs.  RPWB also served as class counsel in *eMag Solutions, LLC, et al. v. Toda Kogyo Corporations, et al.,* in which the plaintiffs alleged that certain manufacturers of magnetic iron oxide ("MIO") violated federal antitrust law by conspiring to fix prices and allocate the worldwide markets for MIO used in the manufacture of audiotape, videotape, and data storage tape. The litigation resulted in a favorable settlement for the plaintiff class.

RPWB currently serves as co-lead counsel in *In re Delta/AirTran Baggage Fee Antitrust Litigation,* a multidistrict antitrust class action alleging that Delta Air Lines and AirTran Airways conspired to implement fees charged to passengers for checked baggage. As a result of this alleged conspiracy, these airlines have collected hundreds of millions of dollars in checked baggage fees since late 2008. The firm is also counsel in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation,* which involves allegations that merchants paid excessive fees to accept Visa and MasterCard because Visa and MasterCard, individually, and together with their member banks, violated federal antitrust

laws.  RPWB is presently involved in *In re Blue Cross Blue Shield Antitrust Litigation*, a multidistrict class action in which plan subscribers and healthcare providers allege that Blue Cross Blue Shield Association and its member BCBS plans used licensing agreements to eliminate competition in the health insurance markets in which they operate.

# ASBESTOS/MESOTHELIOMA

RPWB is well known for its continuing legal efforts in nearly every state in the U.S. to defend the rights of thousands of individuals harmed by exposure to asbestos. In the 1980s, when mesothelioma, a form of cancer caused by inhalation of asbestos fibers, was still virtually unknown to the public, our lawyers were already on the front lines driving asbestos litigation against hundreds of shipping, manufacturing, and construction-related companies.

RPWB asbestos attorneys have a long history of representing those exposed to asbestos and harmed in the work environment. With the trial expertise of our attorneys, we continue to be a leader in this area of law with some of the largest U.S. verdicts to date.

# ASBESTOS: PROPERTY DAMAGE

The attorneys of RPWB have years of experience recovering damages for those who have suffered property damage resulting from the removal of asbestos from their homes or places of business. Unfortunately, asbestos was used commercially for many years after its carcinogenic traits were known. Despite knowledge about the serious health hazards of asbestos and the availability of non-hazardous substitutes, information developed through lawsuits against asbestos companies revealed that companies producing asbestos-containing products concealed and misrepresented this information. They did so while promoting, using, and profiting from the use of asbestos in their products.

By the late 1960s and early 1970s, the federal government, after public outcry over the dangers posed by the wide use of asbestos, began to implement laws and regulations governing the use, maintenance, and disposal of asbestos and asbestos products and began to require a warning on a number of products containing asbestos.

Two federal agencies have primary jurisdiction over asbestos-related issues:

- **The Occupational Health and Safety Administration (OSHA)** began regulating the permissible workplace exposures of workers in the United States in 1971. OSHA also sets out the protections that must be provided to those whose work may expose them to asbestos

- **The Environmental Protection Agency (EPA)** deals with the inspection and testing of buildings containing asbestos and the proper disposal of asbestos among other things

However, none of these laws or regulations dictate compensation for those injured by asbestos or values compensation due those whose property was damaged as a result of asbestos installation and subsequent remediation.

Asbestos companies put profits over people. Compensation for victims must be sought through the civil justice system. This is why having knowledgeable and experienced asbestos attorneys like those of RPWB's asbestos property damage team, is critical in recovering damages for the losses you incurred as a result of asbestos being removed from your premises. If you have an older home insulated with 'pour in" vermiculite insulation, you may be eligible for assistance with removal of that material that was often contaminated with asbestos in the vermiculite ore. Our asbestos property damage staff can provide details on this anticipated compensation program.

## CLASS ACTIONS

Class actions involve one or more class representatives who agree to serve on behalf of themselves and other similarly situated individuals. Because class claims typically involve financial losses that are too small to bring as individual cases, state and federal statutes generally allow for such claims to be aggregated and for the class representatives to pursue relief for all class members. To that extent, class action cases provide a powerful tool for redressing systematic civil wrongs for various types of harm or loss resulting from corporate misconduct, consumer or business fraud, and discrimination.

RPWB has extensive experience in the prosecution of class action litigation across the U.S. The firm has represented and continues to represent thousands of consumers in various state and federal court class actions throughout the nation. Since the firm's inception, RPWB attorneys have assisted class members in recovering in excess of $1 billion in settlement benefits.

## CONSUMER LENDING & FAIR CREDIT REPORTING ACT LITIGATION

RPWB has been an active defender of consumer rights in the face of predatory lending and credit practices. RPWB attorneys have been appointed class counsel in numerous state and federal cases involving predatory mortgage lending. These cases led to more than $900 million in settlement benefits for consumers. RPWB attorneys are conversant with federal and state lending laws and regulations and have managed complex federal actions and multiple state class actions against major lending and banking institutions involved in predatory lending practices.

In 2004, RPWB attorneys Hoyt Rowell and Chris Tuck, together with co-counsel, were named class counsel in the settlement of Dundon v. U.S. Bank, which set an extraordinary recovery to class members at more than $26,000 per person. RPWB attorneys have also been named class counsel or participated in cases that have led to significant decisions regarding the operation of federal lending laws.

# ENVIRONMENTAL

RPWB is deeply committed to fighting for a clean and healthy environment.  State and territorial governments have begun exercising their rights under federal and local laws to recoup damages for loss of natural resources (Natural Resource Damage or NRD) caused by the release of hazardous substances into the environment. In addition to the costs of clean-up and remediation, NRD remedies include monetary compensation for damaged natural resources, which run the gamut from polluted surface and groundwater to the destruction of wildlife habitat.

# ERISA CASH BALANCE PLAN LITIGATION

In recent years, many companies have converted defined benefit retirement plans to cash balance defined benefit plans. Under the traditional defined benefit plans, employees would obtain retirement benefits after a certain number of years of service. The benefits were typically calculated under factors that included years of participation and the employee's annual pay. A cash balance plan, by contrast, combines some attributes of a 401(k) plan and a pension plan. During the conversion to cash balance plans, some companies improperly calculated employee benefits. Our attorneys have been involved in ERISA cash balance conversion litigation to assist plan participants who have suffered an improper erosion of their retirement benefits, including class action litigation against Duke Energy that resulted in $30 million in settlement benefits.

# GENERAL BUSINESS LITIGATION

Our business litigation attorneys represent businesses and individuals in complex business tort and commercial litigation cases involving breach of contract, fraud, misrepresentation, unfair competition, and deceptive trade practices. These cases include disputes between competitors, partners, shareholders, lenders and borrowers, franchisees and franchisors, and other commercial entities. Business tort and commercial litigation cases are extremely complex and require an immense knowledge of both law and business.

RPWB attorneys not only have this knowledge, they also have the significant staff and financial resources to investigate and prepare these cases for successful resolution.

# HEALTHCARE FRAUD:
# DRUG PRICING

Healthcare fraud is a major source of the increased cost of medical care and health insurance. We all lose when medical service and product providers, including pharmaceutical companies, defraud individuals or governments, because healthcare providers pass the costs along to their customers. Our healthcare fraud attorneys help victims protect their rights under all available federal and state laws, including the various false claims acts that allow individuals with inside information of fraud against the government to file a suit against the bad actor and share in the money recovered by the

government.

RPWB has represented numerous state and local government entities in litigation against pharmaceutical manufacturers and wholesalers, resulting in multi-million dollar settlements. RPWB has represented numerous state and local governments in suits alleging that drug wholesaler McKesson conspired to inflate the average wholesale price (AWP) of hundreds of brand-name prescription drugs causing these entities to make substantial excess payments for pharmaceuticals. RPWB has also represented numerous states in similar suits against pharmaceutical manufacturers for manipulating AWPs of brand and generic drugs.

# MEDICAL MALPRACTICE AND PHARMACY LIABILITY

## Medical Malpractice

Medical Malpractice cases are typically a result of negligent or careless action or inaction by a doctor, nurse, hospital, or other licensed medical professional or health care provider that yields consequences of permanent disability, disease, disfigurement, and death.

All hospitals and medical workers have a duty to uphold appropriate standards of care with every patient they treat. Medical Malpractice arises from a breach of that duty, and most often involves:
- Misdiagnoses
- Failure to properly treat a condition
- Faulty administration of a prescription drug
- Failure to warn patient of potential dangers

All patients have the right to receive proper and reasonable care from hospitals, doctors, and nurses. RPWB's medical malpractice attorneys know each case is unique and deserving of individual attention.

## Pharmacy liability

Pharmacies and pharmacists are critical members of the medical community whom we entrust with our health and our lives. While doctors may be responsible for diagnosing a disease and prescribing treatment, it is the role of a pharmacist to ensure that the patient receives the correct type and dosage of medication.

If a pharmacist fails to properly fill a prescription, the result can be injury or even death. When a pharmacist negligently fills a prescription, he or she may be liable for the resulting injury or death. Claims for pharmacy liability generally arise when a pharmacy fails to uphold the proper standards of care when filling and dispensing prescription drugs. This can manifest in several harmful, and sometimes deadly, ways:
- Giving the wrong drug to a patient
- Filling an order in the wrong dosage amount
- Failing to acknowledge a patient's drug allergies
- Failing to recognize and prevent potential drug-drug interactions
- Failing to recognize and prevent potential drug-disease contraindications
- Failing to recognize an incorrect dosage and take steps to avoid harm to the patient
- Failing to properly counsel a patient regarding potential side-effects, risks and proper usage of a prescription medication.

15

The attorneys at RPWB have extensive experience taking on large, corporate pharmacies on behalf of our clients.

# MUTUAL FUND LITIGATION

RPWB is dedicated to protecting mutual fund investors from fee gouging and dishonest conduct by mutual fund advisors. Millions of Americans today invest their retirement savings, college savings, and life savings in mutual funds — a $9 trillion business. The scandals of the past few years involving late trading, market timing, and revenue sharing demonstrate that not enough is being done to protect investors.

Mutual funds are overseen by boards of directors who are supposed to be independent from the advisors who run the mutual funds and are charged with looking out for the interests of mutual fund investors. Unfortunately, these "watchdogs" often serve as nothing more than lackeys and rubber stamps for the advisors. Market timing and other publicized abuses are only a few of the many ways mutual fund investors can suffer when directors do not perform their duties and allow the advisors to take advantage of the mutual funds they manage.

# PHARMACEUTICAL DRUGS AND MEDICAL DEVICES

RPWB is nationally recognized for representing individuals who have been harmed by side effects from both prescription and non-prescription drugs and medical devices. RPWB attorneys have or are currently serving on various national Plaintiffs' Steering Committees for consolidated litigations involving the pharmaceutical drugs Chantix ® and Lipitor ®.  The firm is currently involved in litigating Accutane ®, Actos ®, Lipitor ®, and Yaz/Yasmin Ocella ® cases across the country. RPWB attorneys formerly served on the Plaintiffs' Steering Committee for litigation involving Baycol ®, breast and jaw implants, Heparin ®, Ortho Evra ®, Phenylpropanolamine (PPA), ReNu ®, Rezulin ®, the Norplant contraceptive system and Zyprexa ®.

The firm played an integral role in litigating and negotiating a $700 million settlement with Eli Lilly in 2005 arising out of thousands of Zyprexa-related injuries. In addition, the firm successfully represented multiple states, through their respective Attorneys General, for the reimbursement of Medicaid and Medicare funds used to treat the victims of Zyprexa-related injuries.

RPWB attorneys also represent patients with defective medical implants. Some of the implant claims the firm is currently involved with include hip implants and defective transvaginal mesh. RPWB is prosecuting hip implant claims involving the DePuy ASR, DePuy Pinnacle, Stryker Rejuvenate & ABG II, Biomet MZA Magnum, Zimmer Durom, and Wright Conserve products. RPWB is also prosecuting transvaginal mesh claims involving mesh manufactured by Boston Scientific, Ethicon, American

Medical Systems, C.R. Bard, Inc., and Coloplast Corp.

# PRODUCTS AND PREMISES LIABILITY

RPWB has earned a national reputation representing individuals and entities that have been harmed or suffered a loss as a result of defective products and dangerous premises. These cases typically involve catastrophic personal injury, wrongful death, and/or property damage.

RPWB has litigated class actions and individual cases involving defects in numerous products, including automobiles, aircraft, consumer appliances, machinery, and prescription drugs. Many of these cases have been designated by the courts as complex or transferred to multidistrict litigation. Our products liability attorneys have the knowledge, experience, and resources to successfully handle these cases.

# RAILROAD ACCIDENTS

RPWB lawyers have experience in both railroad crossing accident and train derailment litigation, which can be very complex due to the many regulations governing railroad operation and maintenance. Negligence and liability issues are complex and often require experts in the field to conduct proper analysis and testing of engineering and human factors and rail operations. In 2005, RPWB was appointed co-lead counsel in the consolidated cases arising from the Graniteville, South Carolina train derailment and chemical spill in which nine people were killed, hundreds injured, and almost 5,500 more evacuated.

RPWB attorneys also have experience in representing injured railroad workers under the Federal Employer's Liability Act (FELA) which provides injured railroad employees an avenue to recover lost wages, medical expenses, pain and suffering, and long-term physical and financial support in the event the injured employee is unable to return to work.

# SECURITIES FRAUD

RPWB is dedicated to helping investors recover losses caused by corporate fraud or securities account mismanagement. The firm has played a lead role in numerous complex, and often ground-breaking, litigation matters on behalf of stockholders and other victims injured by corporate fraud, breaches of fiduciary duty, and financial wrongdoing.

The firm has been at the forefront of protecting shareholders' investments by aggressively pursuing claims against brokerage firms for providing unfounded investment advice and for failing to disclose conflicts of interest, and claims against brokerage firms and individual brokers for fraudulent and negligent mismanagement of investor accounts. RPWB is also prominently involved in derivative cases and protecting mutual fund investors against excessive advisory fee abuses.

# TOBACCO

Collectively, the attorneys at RPWB bring decades of experience in tobacco litigation to the courtroom. Several RPWB attorneys played prominent roles in the nationwide litigation that led

to a historic settlement between the Attorneys General of all 50 states and the tobacco industry to recover healthcare costs of smoking related diseases. Since coming together at RPWB, the attorneys on the tobacco team have focused on one of the most pervasive frauds perpetuated by the tobacco industry: the false marketing of "light" cigarettes.

In Price v. Philip Morris, RPWB attorneys helped win a landmark $10.1 billion consumer fraud judgment against Philip Morris. This Illinois case was the first to hold a tobacco company accountable for decades of deceptive labeling of cigarettes as "light" or "lowered tar." RPWB attorneys presented evidence that Philip Morris' "light" brands were just as harmful, and in certain aspects, more harmful than its regular brands. Within weeks of the verdict, Philip Morris declared it was removing the phrase "Lowered Tar and Nicotine" from packages of its best-selling brand, Marlboro Lights.

For its work in Price v. Philip Morris, the entire RPWB tobacco team was nominated in 2003 for the Trial Lawyer of the Year Award by Trial Lawyers for Public Justice. In pursuing claims against the tobacco industry, RPWB attorneys have worked closely with the leading public health authorities and experts around the world. They bring skill, passion, and dedication to the fight against the tobacco industry for its part in creating the great public health crisis of cigarette smoking.

## TRUCK ACCIDENTS

RPWB has the tractor trailer litigation experience necessary to make certain our clients' rights are protected. Accidents involving tractor trailers — commonly called 18 wheelers — are some of the most devastating wrecks on our roadways. When a tractor trailer and a car collide, it is very likely the accident will result in death or severe injury of a passenger in the automobile. In the legal realm, tractor trailer wrecks are not treated as ordinary car accidents. Laws and regulations that apply to tractor trailers and their operators are different from those in typical car accidents. RPWB is distinctly prepared to prosecute tractor trailer lawsuits.

## VEHICLE DEFECTS

RPWB has litigated dozens of cases against most of the major manufacturers of heavy trucks, automobiles, and SUVs. Our attorneys have successfully resolved claims for deaths and injuries resulting from vehicle rollovers, tire detreads, roof crushes, seat belt unbuckling, airbag injuries, and park-to-reverse transmission slips and a variety of defects leading to fuel fed fires. Our attorneys have the experience to identify vehicle defects that may have caused what otherwise appears to have been an ordinary accident. We also know the important steps that should be immediately taken to preserve evidence necessary to prove a defect case.

## WHISTLEBLOWER

The False Claims Act allows people who have inside information of fraud against the government to file a suit to help stop the fraud. The purpose of the False Claims Act is to encourage private individuals — sometimes referred to as "whistleblowers" — who are aware of fraud to alert the

government and minimize the drain on taxpayers' funds. If the case is successfully resolved against the defendant, the whistleblower is entitled to up to 30 percent of the government's recovery as an award for coming forward. Moreover, the False Claims Act prohibits employers from retaliating against whistleblowers and allows whistleblowers who are retaliated against to sue for damages. RPWB attorneys have proven expertise in representing whistleblowers.

## WHITE COLLAR CRIMINAL DEFENSE

Our attorneys have extensive experience representing corporations, as well as their officers and directors, in connection with investigations of potential criminal wrongdoing. Gordon Rhea, the group's lead attorney, has extensive experience as a former Assistant United States Attorney in Washington, D.C. Another member of the team has served as an Assistant Federal Public Defender.

Our white collar criminal defense attorneys have a record that demonstrates they understand the intricacies of representing clients accused of fraud, conspiracy, tax evasion, racketeering, and illegally structuring financial transactions. Our goal in defending clients accused of crimes is to avoid indictments and adverse publicity. Should an indictment occur, we wage a vigorous and tenacious defense at trial, and, if necessary, at sentencing and on appeal.

**For more information on these and other types of practice,**
**please visit our  website at www.rpwb.com**



RPWB ATTORNEYS HAVE BEEN APPOINTED CLASS COUNSEL IN THE FOLLOWING REPRESENTATIVE LITIGATIONS:

ALFORD V. MEGO MORTGAGE HOME LOAN TRUST 1997-1 CASE NO. 27-CV-06-2262 (HENNEPIN CO., MN)
Hoyt Rowell, Class Counsel
Chris Tuck, Class Counsel

BANKS V. FIRSTPLUS ASSET BACKED CERTIFICATES 1996-2 CASE NO. 05-6583 (HENNEPIN CO., MN)
Hoyt Rowell, Class Counsel
Chris Tuck, Class Counsel

BARBANTI ET AL. V. W.R. GRACE, CASE NO. 01-1139 (DEL. BKRPTCY)
Ed Westbrook, Class Counsel
Katie McElveen, Class Counsel

BATES V. TENCO, 132 F.R.D. 160 (D.S.C. 1990)
Ed Westbrook, Class Counsel

BERRY V. EMPIRE FUNDING HOME LOAN OWNER TRUST 1997-1 CASE NO. 27-CV-06-2263 (HENNEPIN CO., MN)
Hoyt Rowell, Class Counsel
Chris Tuck, Class Counsel

BESS V. GERMAN AMERICAN CAPITAL CORP. CASE NO. 24-C-04-003-888 (BALTIMORE CO., MD)
Hoyt Rowell, Class Counsel
Chris Tuck, Class Counsel

BROWN V. MARTIN MARIETTA CASE NO. 2001-CP-08-2559 (BERKELEY CO., SC)
Ed Westbrook, Lead Counsel

CATES V. U.S. BANK, CASE NO. 04-6202 (HENNEPIN CO., MN)
Hoyt Rowell, Class Counsel
Chris Tuck, Class Counsel

CENTRAL WESLEYAN COLLEGE V. W.R. GRACE & CO., 143 F.R.D. 628 (D.S.C. 1992),AFF'D, 6 F.3D 177 (4TH CIR. 1993)
Ed Westbrook, Co-Lead Counsel

CHURCH OF CHRIST AT AZALEA DRIVE V. FOREST RIVER, INC. AND STARCRAFT BUS, CASE NO. 2:11-CV-03371-PMD)
Hoyt Rowell, Class Counsel
Chris Tuck, Class Counsel
Jay Ward, Class Counsel
Robert Wood, Class Counsel

## Dundon v. U.S. Bank, Case No. 01-CV-408-GPM (S.D. Ill.)
Chris Tuck, Class Counsel

## Ferrell, et al., v. Horry Electric Cooperative, Case No. 2011-CP-26-1266 (Horry Co., SC)
Chris Tuck, Class Counsel

Jay Ward, Class Counsel

## George, et al., v. Duke Energy Retirement Cash Balance Plan, et al., Case No. 8:06-CV-373-RBH
Terry Richardson Jr., Class Counsel

Hoyt Rowell, Class Counsel

Chris Tuck, Class Counsel

Robert Wood, Class Counsel

## Gray v. General Motors Corp. Case No. 02-CP-25-294 (Hampton Co., SC)
Terry Richardson Jr., Class Counsel

## Gray v. The Talking Phone Book, et al., Case No. 8:08-CV-01833-GRA (D.S.C.)
Terry Richardson Jr., Class Counsel

Daniel S. Haltiwanger, Class Counsel

Chris Moore, Class Counsel

## Gunnells v. Fidelity Group, Inc. Case No. 2:98-2659-23 (D.S.C.)
Michael Brickman, Class Counsel

## Hess, et al., v. Volkswagen of America, Inc. Case No. CJ-05-205 (Pottawatomie Co., OK), certification aff'd by Court of Civil Appeals, 221 P.3d 132 (Okla., 2009)
Hoyt Rowell, Class Counsel

Chris Tuck, Class Counsel

## In re: Asbestos School Litigation, 789 F.2d 996 (3d Cir. 1986), cert. denied, 107 S.Ct. 182 (1986)
Ed Westbrook, Plaintiffs' Executive Committee Member

## In re: ATM Fee Antitrust Litigation Case No. 3:04-cv-02676 (CRB)
Michael Brickman, Class Counsel

Kimberly Keevers Palmer, Class Counsel

## In re: Community Bank of Northern Virginia Mortgage Lending Practices Litigation Case No. 2:03-CV-00425-AJS (Western District, PA)
Jay Ward, Class Counsel

Bobby Wood, Class Counsel

In re: DJK Residential, LLC.
Case No. 08-10375, (Bankr. S.D. N.Y.)
Chris Tuck, Co-Lead Class Counsel

In re: Graniteville Train Derailment (Curtis v. Norfolk Southern Railway Co.)
Case No. 1:05-115-MBS (Aiken Co., SC)
Terry Richardson Jr., Co-Lead Class Counsel

In re: Household Goods Movers Antitrust Litigation
MDL No. 1865
Case No. 2:07-CV-00764 (DCN)
Hoyt Rowell, Co-Lead Class Counsel
Howard Siegel, Co-Lead Class Counsel
Chris Tuck, Co-Lead Class Counsel
Robert Wood, Co-Lead Class Counsel

In re: Magnetic Audiotape Antitrust Litigation
Case No. 99-CV-1580 (LMM) (S.D.N.Y.)
Michael Brickman, Co-Lead Class Counsel

Lewis, et al. v. Flue-Cured Tobacco Cooperative Stabilization, Case Nos. 05-CVS-188 & 05-CVS-1938, (S. Ct.) (Wake County, NC)
Terry Richardson, Class Counsel
Jay Ward, Class Counsel

Lewis v. Soyo Group, Inc.
Case No. EDCV 06-699 VAP (C.D. C.A.)
Chris Tuck, Class Counsel

Madanat v. First Data Corp., et al.
Case No. 11-CV-00364 (LDW)(ETB) (E.D.N.Y.)
Chris Tuck, Class Counsel

Masquat v. DaimlerChrysler Corp.
Case No. CJ-05-106 (Pottawatomie Co., OK), certification aff8d at 195 P.3d 38 (Okla. 2008)
Chris Tuck, Class Counsel
Montecito Enclave, et al. v. Summit Contractors, Inc., et al.
Case No. 06-CP-10-1316
Blair Hahn, Lead Class Counsel

Olvera v. Norfolk Southern Railway, Co.
Case No. 1:06-CV-3597-MBS (D.S.C.)
Terry Richardson Jr., Co-Lead Class Counsel

## PRICE V. PHILIP MORRIS INC.
## CASE NO. 00-L-112 (MADISON COUNTY, IL)
Jim Bradley, Class Counsel
Michael Brickman, Class Counsel
Jerry Evans, Class Counsel
Nina Fields, Class Counsel
Kim Keevers, Class Counsel
Greg Lofstead, Class Counsel

## THE BOARD OF COUNTY COMMISSIONERS OF DOUGLAS COUNTY, KANSAS; THE STATE OF OKLAHOMA; THE STATE OF MONTANA; THE CITY OF BALTIMORE, MARYLAND; THE CITY OF PANAMA CITY, FLORIDA; ANOKA COUNTY, MINNESOTA; THE CITY OF COLUMBIA, SOUTH CAROLINA; AND THE CITY OF GOLDSBORO, NORTH CAROLINA. V. MCKESSON CORPORATION, ET. AL., (U.S.D. M.A.) CASE NO. 08-11349
Jay Ward, Co-Lead Counsel

## SCHREINER V. PATRIARCH PARTNERS, LLC AND AMERICAN LAFRANCE, LLC
## CASE NO. 02:14-CV-220-RMG (D.S.C)
James L. Ward, Jr., Class Counsel
T. Christopher Tuck, Class Counsel
Katie McElveen, Class Counsel

## THOMPSON ET AL. V. STATE FARM FIRE AND CASUALTY COMPANY
## CASE NO. 5:14-CV-32-MTT (M.D. GA.)
Michael J. Brickman, Class Counsel
James C. Bradley, Class Counsel
Nina Fields Britt, Class Counsel
Matthew A. Nickles, Class Counsel

## TOWNSEND V. GMAC-RESIDENTIAL FUNDING CORP.
## CASE NO. 03-L-742 (ST. CLAIR CO., IL)
Hoyt Rowell, Class Counsel

## WAXLER TRANSPORTATION CO. V. TRINITY MARINE PRODUCTS INC.
## CASE NO. 49-741(25TH JUD. DIST. CT. FOR THE PARISH OF PLAQUEMINES, LA)
Jay Ward, Class Counsel
Ed Westbrook, Class Counsel

## WILLIAM HOFFMAN V. AMERICAN EXPRESS TRAVEL RELATED SERVICES CO. INC.,ET AL.
## CASE NO. 2001-022881 (SUPERIOR COURT FOR THE STATE OF CALIFORNIA, ALAMEDA COUNTY)
Michael Brickman, Class Counsel
Kimberly Keevers Palmer, Class Counsel

24



## ASBESTOS PROPERTY DAMAGE

In re: State and Regents' Building Asbestos Cases, First Judicial District Court, State of Minnesota, Case Nos. 99091 & 99082

In Re: State of West Virginia Public Building Asbestos Litigation, West Virginia Circuit Court, Civil Action No. 86-C-458

The Port Authority of New York and New Jersey (formerly known as "The Port of New York Authority") and Port Authority Trans-Hudson Corporation v. Allied Corporation, et al., United States District Court, Southern District of New York, 91 Civ. 0310 (CLB) (MDF)

## McKESSON PRESCRIPTION DRUG MARK-UP

In Re: McKesson Governmental Entities Average Wholesale Price Litigation, United States District Court for the District of Massachusetts, Master File No: 1:08-cv-10843-PBS

The State of Mississippi v. McKesson Corporation, Circuit Court of Hinds County, Mississippi, Case No. 251-10-862-CIV

The State of Utah v. McKesson Corporation, United States District Court for the Northern District of California, Case No. CV-10-4743-SI

The State of Ohio v. McKesson Corporation, United States District Court for the Northern District of California, Case No. 13-CV-02000-SI

## NEW JERSEY MTBE

New Jersey Department of Environmental Protection v. Hess Corp., et al., Superior Court of New Jersey, Mercer County, Docket No. L-1622-07

## NEW JERSEY NRD

New Jersey Department of Environmental Protection and the Administrator of the New Jersey Spill Compensation Fund v. Honeywell International, Inc., et al., Superior Court of New Jersey, Bergen County, Docket No. L-2764-05

Ames Rubber Corp., Superior Court of New Jersey, Sussex County, Docket No. L-21 3-06. BASF Corp., et al., Superior Court of New Jersey, Passaic County, Docket No. L-5151-05

Charles Beseler Co., et al., Superior Court of New Jersey, Essex County, Docket No. L-3203-05

Saint-Gobain Performance Plastics Corp., et al., Superior Court of New Jersey, Passaic County, Docket No. L-1685-05

Cumberland Farms, Inc., et al., Superior Court of New Jersey, Ocean County, Docket No. L-1234-06

Givaudan Fragrances Corp., et al., Superior Court of New Jersey, Passaic County, Docket No. L-423-06

Pechter's Baking Group LLC, et al., Superior Court of New Jersey, Hudson County, Docket No. L-4971-05

Carlisle Companies, Inc., et al., Superior Court of New Jersey, Bergen County, Docket No. L-000035-06

Dixo Company, Inc., et al., Superior Court of New Jersey, Bergen County, Docket No. L-508-06

Bayer Corp., et al., Superior Court of New Jersey, Passaic County, Docket No. L1685-0

Viacom, Inc., et al., Superior Court of New Jersey, Essex County, Docket No. L1486-06

Bayer Croscience, Inc., et al., Superior Court of New Jersey, Middlesex County, Docket No. L- 005790-07

Sealy Corp., as the Successor-In-Interest to Stearns and Foster Bedding Corp., et al., Superior Court of New Jersey, Middlesex, Docket No. L-2948-06528-06

Minnesota Mining & Manufacturing Co., et al., Superior Court of New Jersey, Burlington County, Docket No. L-528-06

## Online Travel Tax Case
Lake County Convention & Visitors Bureau, et al. v. Hotels.com LP, et al., United States District Court for the Northern District of Indiana, Case No. 2:06cv207

## Pharmaceutical Average Wholesale Price
The State of Mississippi; Before the Judicial Panel on Multi-District Litigation-MDL Docket No. 1456 - In Re Pharmaceutical Industry

The State of Oklahoma; ex rel., W.A. Drew Edmondson, Attorney General of Oklahoma v. Abbott Laboratories, Inc., et al., District Court of Pottawatomie County, State of Oklahoma, Case No. CJ-2010-474

## Puerto Rico MTBE
Commonwealth of Puerto Rico and Commonwealth of Puerto Rico through the Environmental Quality Board v. Shell Oil Co., et al., United States District Court, District of Puerto Rico, Case No. 07-1505(ccc)

## U.S. Tobacco

State of Florida v. American Tobacco Co., Case No. 95-1466AH (FL)

State of Hawaii v. Brown & Williamson Tobacco Corp., Case No. 97-0441-01 (HI)

Commonwealth of Massachusetts v. Philip Morris, Inc., Case No. 95-7378-J (MA)

State of Michigan v. Philip Morris, Inc., Case No. 96-84281-CZ (MI)

State of Mississippi Tobacco Litigation, Case No. 94-1429 (MS)

State of New Jersey v. R.J. Reynolds Tobacco Co., Case No. C-254-96, (NJ)

State of Ohio v. Philip Morris, Inc., Case No. 97-C VH05-51 14 (OH)

State of Oklahoma v. R.J. Reynolds Tobacco Co., Case No. CJ-96-1499-L (H) (OK)

Commonwealth of Puerto Rico v. Brown & Williamson Tobacco Corp., Case No. 97- 1910 (JAF) (D.P.R.)

State of South Carolina v. Brown & Williamson Tobacco Corp., Case No. 97-CP-40- 1686 (SC)

State of Texas v. American Tobacco Co., Case No. 5:96CV91 (E.D. TX)

State of West Virginia v. American Tobacco Co., Case No. 94-C-17 07 (WV)

## Virgin Islands NRD

Commissioner of the Department of Planning and Natural Resources, Robert S. Mathes, in his Capacity as Trustee for Natural Resources of the Territory of the United States Virgin Islands v. Century Alumina Co.,et al., United States District Court of the Virgin Islands, Division of St. Croix, Civil Action No. 2005/62.

Commissioner of the Department of Planning and Natural Resources v. St. Croix Alumina, L.L.C., Superior Court of the Virgin Islands, Division of St. Croix, Civil No. 730/06

Commissioner of the Department of Planning and Natural Resource v. Virgin Islands Alumina Co., et al., Superior Court of the Virgin Islands, Division of St. Croix, Civil No. 2006/772

United States Virgin Islands, Department of Planning and Natural Resources v. St. Croix Renaissance Group, L.L.L.P., United States District Court of the Virgin Islands, Division of St. Croix, Civil Action No. 2007/0114

Government of the United States Virgin Islands; Department of Planning and Natural Resources; and Commissioner Robert S. Mathes, in his capacity as Trustee for Natural Resources of the Territory of the United States Virgin Islands v. Vulcan Materials Co., et.al., United States District Court of the Virgin Islands, Division of St. Thomas and St. John, Civil No. 2 006/170

Robert S. Mathes, Commissioner of the Virgin Islands Department of Planning and Natural Resources, in his capacity as Trustee for Natural Resources of the Territory of the United States Virgin Islands, and in his capacity as Assignee of the Claims of L'Henri, Inc. v. Vulcan Materials Co. and The Dow Chemical Co., United States District Court of the Virgin Islands, Division of St. Thomas and St. John, Civil No. 2006-229

## Zyprexa

State of Alaska v. Eli Lilly & Co.,  Superior Court for the State of Alaska, Third Judicial District at Anchorage, Civil Action No. 3AN-06-05630 CI

State of Idaho v. Eli Lilly & Co., Not Filed

State of Utah v. Eli Lilly & Co., Third Judicial District Court of Salt Lake County, Utah, Civil Action No. 070907357

State of West Virginia v. Eli Lilly & Co., Circuit Court of Mason County, West Virginia, Civil Action No. 06-C-3 1-N



# RPWB attorneys have played a lead role in the following multi-district litigations:

## Air Crash at Charlotte Douglas International Airport
Jay Ward, Plaintiffs' Liaison Counsel

## Bausch & Lomb Contact Lens Solution
Blair Hahn, Lead Plaintiffs' Counsel
Tom Rogers, Chair, Plaintiffs' Science Committee
Jay Ward, Plaintiffs' Discovery Committee & Law Committee Co-Chair

## Breast Implants
Blair Hahn, Plaintiffs' Discovery Committee

## Chantix
Blair Hahn, Plaintiffs' Executive Committee, Chair, Discovery Committee
Christiaan Marcum, Plaintiffs' Science Committee & Discovery Committee
Beth Middleton Burke, Plaintiffs' Science Committee & Discovery Committee
Tom Rogers, Plaintiffs' Discovery Committee
David Suggs, Plaintiffs' Discovery Committee

## Columbia HCA
Hoyt Rowell, Plaintiffs' Steering Committee & Co-Lead Plaintiffs' Counsel

## Copley Pharmaceutical Contaminated Albuteral
David Suggs, Plaintiffs' Steering Committee, Science Committee, Discovery Committee & Trial Counsel

## Delta AirTran Antitrust
Jay Ward, Co-Lead Plaintiffs' Counsel
Bobby Wood, Co-Lead Plaintiffs' Counsel

## Diet Drug Fen-Phen
David Suggs, Plaintiffs' Discovery Committee & Science Committee

## EIFS Stucco
Blair Hahn, Plaintiffs' Steering Committee
Hoyt Rowell, Plaintiffs' Steering Committee

## Heparin
Blair Hahn, Plaintiffs' Steering Committee

## HMO
Blair Hahn, Plaintiffs' Steering Committee

## Household Goods Movers Fuel Surcharges
Hoyt Rowell, Co-Lead Plaintiffs' Counsel
Howard Siegel, Co-Lead Plaintiffs' Counsel
Robert Wood, Plaintiffs' Steering Committee

## Jaw Implants
Blair Hahn, Plaintiffs' Steering Committee & Co-Lead Plaintiffs' Counsel

## Lipitor
Blair Hahn, Lead Plaintiffs' Counsel

## Louisiana Pacific
Hoyt Rowell, Plaintiffs' Steering Committee

## L-Tryptophan
Tom Rogers, Plaintiffs' Steering Committee & Liaison Counsel
David Suggs, Plaintiffs' Discovery Committee

## Masonite
Blair Hahn, Plaintiffs' Steering Committee & Lead Plaintiffs' Counsel

## M.I. Windows
Blair Hahn, Lead Counsel, Contractor Plaintiffs' Steering Committee
Katie McElveen, Liaison Counsel, Plaintiffs' Steering Committee

## Motor Fuel Temperature Sales Practices
Michael Brickman, Plaintiffs' Steering Committee & Offensive Discovery Committee

## MTBE
Hoyt Rowell, Plaintiffs' Steering Committee

## Norplant
Tom Rogers, Plaintiffs' Steering Committee
Blair Hahn, Plaintiffs' Discovery Committee
David Suggs, Plaintiffs' Discovery Committee & Science Committee

## Omniflox
Tom Rogers, Plaintiffs' Steering Committee & Co-Lead Plaintiffs' Counsel

## Ortho Evra
Tom Rogers, Plaintiffs' Steering Committee
David Suggs, Plaintiffs' Science Committee

## PPA
Tom Rogers, Plaintiffs' Steering Committee
David Suggs, Co-Chair Plaintiffs' Discovery Committee & Science Committee

## REZULIN

Tom Rogers, Plaintiffs' Steering Committee

## TELECTRONICS

Tom Rogers, Plaintiffs' Steering Committee

## WACHOVIA OPTION ARM

Hoyt Rowell, Plaintiffs' Executive Committee

## ZONOLITE ATTIC INSULATION

Ed Westbrook, Plaintiffs' Steering Committee

## ZYPREXA

Blair Hahn, Plaintiffs' Science Committee & Negotiating Committee
Christiaan Marcum, Plaintiffs' Science Committee & Law and Briefing Committee
Tom Rogers, Plaintiffs' Steering Committee
David Suggs, Plaintiffs' Science Committee & Discovery Committee





## MEMBER
### JENA L. BORDEN

### AREAS OF PRACTICE
- Asbestos
- General Litigation
- Mesothelioma

### ADMISSIONS
- Illinois
- Missouri
- U.S. District Court, Districts of Southern, Central, and Northern Illinois
- Not admitted in South Carolina

### EDUCATION
- University of Texas School of Law, J.D., 2000
- University of Arkansas, B.A., 1996

### PROFESSIONAL MEMBERSHIPS
- American Association of Justice
- Illinois Trial Lawyers Association
- Madison County Bar Association

### CONTACT
Office: Edwardsville, Illinois
Phone: 618.307.5077
Toll Free: 888.293.6883
Fax: 618.307.5813
E-mail: jborden@rpwb.com



## Member
### James C. Bradley

### Areas of Practice
- Antitrust and Deceptive Trade
- Class Actions
- Mutual Funds
- Securities Fraud

### Admissions
- South Carolina
- U.S. District Court, District of South Carolina
- U.S. District Court, District of Colorado
- U.S. District Court, Northern District of Florida
- U.S. Court of Federal Claims
- U.S. Court of Appeals, Fourth Circuit
- U.S. Court of Appeals, Seventh Circuit
- U.S. Supreme Court

### Education
- University of South Carolina, J.D.,
  *magna cum laude*, 1999
- Student Works Editor, South Carolina
  Law Review, 1998–1999
- Dean's Medallion, May 7, 1999
- Wake Forest University, B.A.,
  *magna cum laude*, 1990

### Professional Memberships
- South Carolina Association for Justice
- South Carolina Bar
- The American Association for Justice

### Contact
Office: Mount Pleasant, South Carolina
Phone: 843.727.6603
Toll Free: 888.293.6883
Fax: 843.216.6509
E-mail: jbradley@rpwb.com



# Member
## Michael J. Brickman

## Areas of Practice
- Antitrust and Deceptive Trade
- Asbestos
- Business Litigation
- Class Actions
- Medical Devices
- Medical Malpractice
- Mesothelioma
- Mutual Funds
- Pharmacy Liability
- Securities Fraud
- Tobacco

## Admissions
- South Carolina
- U.S. District Court, District of South Carolina
- U.S. District Court, District of Colorado
- U.S. District Court, Eastern District of Wisconsin
- U.S. Court of Appeals, Fourth Circuit
- U.S. Court of Appeals, Seventh Circuit
- U.S. Court of Appeals, Ninth Circuit
- U.S. Court of Appeals, Eleventh Circuit
- U.S. Supreme Court

## Education
- University of South Carolina, J.D.,
  *cum laude*, 1978
- Harvard University, B.A.,
  *magna cum laude*, 1975

## Professional Memberships
- American Bar Association
- Charleston County Bar Association
- Martindale-Hubbell Rated: AV
- South Carolina Association for Justice
- The American Association for Justice
- University of South Carolina
  Law Review, Member, 1977–1978

## Contact
Office: Charleston, South Carolina
Phone: 843.727.6520
Toll Free: 888.293.6883
Fax: 843.727.3103
E-mail: mbrickman@rpwb.com



## Contact

Office: Mount Pleasant, South Carolina

Phone: 843.727.6659

Toll Free: 888.293.6883

Fax: 843.216.6509

E-mail: bburke@rpwb.com

# Member
## Elizabeth Middleton Burke

### Areas of Practice

• Medical Devices
• Pharmaceutical Drugs
• Personal Injury
• Medical Malpractice
• Pharmacy Liability

### Admissions

• South Carolina
• U.S. District Court, District of South Carolina

### Education

• University of South Carolina, J.D., 1997
• College of Charleston, Honors College;
  B.A., English, 1994

### Professional Memberships

• South Carolina Bar
• American Association for Justice
  o Membership Oversight Committee, 2008-2011
  o Convention Planning Committee, 2008-2014
  o National College of Advocacy Board
    of Trustees, 2005-2008
  o New Lawyers' Division,
          - Secretary, 2000-2001,
          - Communications Committee,
            2003-2005
• South Carolina Association for Justice
• Southern Trial Lawyers Association (STLA)
  o Secretary, 2015
  o Board of Governors, 2013-present
• College of Charleston Alumni Association
  o Immediate Past President, 2011-2012
  o President, 2010-2011
  o President Elect, 2008-2010
  o Vice President, 2007-2008
  o Board of Directors, 2003-2006
    2007 to 2012
• College of Charleston Foundation Board,
  Ex Officio Member, 2010-2011
• College of Charleston Friends of the Library
  Board, 2013-Present
• College of Charleston Honors College,
  Distinguished Alumni Award, 2011



# Member
## J. David Butler

### Areas of Practice
· Asbestos
· Class Actions
· General Litigation/Products Liability
· Mesothelioma
· Railroad Accidents

### Admissions
· South Carolina
· U.S. District Court, District of South Carolina

### Education
· University of South Carolina, J.D., 1993
· Florida State University, B.S., 1989

### Professional Memberships
· South Carolina Association for Justice
· South Carolina Bar
· The American Association for Justice

### Contact
Office: Barnwell, South Carolina
Phone: 803.541.7865
Toll Free: 888.705.1619
Fax: 803.541.9625
E-mail: dbutler@rpwb.com



## MEMBER
## JERRY HUDSON EVANS

### AREAS OF PRACTICE
- Abusive Tax Shelters
- Asbestos & Mesothelioma
- Natural Resource Damage
- Tobacco
- Toxic Torts

### ADMISSIONS
- South Carolina
- U.S. Virgin Islands
- U.S. District Court, District of South Carolina
- U.S. Court of Appeals, Fourth Circuit

### EDUCATION
- University of South Carolina, J.D.,
  *cum laude*, 1996
- Eastman School of Music, B.M., 1981
- Indiana University, M.M., 1984

### PROFESSIONAL MEMBERSHIPS
- American Constitution Society
- South Carolina Association for Justice
- South Carolina Bar

### CONTACT
Office: Mount Pleasant, South Carolina
Phone: 843.727.6534
Toll Free: 888.293.6883
Fax: 843.216.6509
E-mail: jevans@rpwb.com



# Member
## Nina Fields Britt

### Areas of Practice
- Antitrust and Deceptive Trade
- Class Actions
- Medical Devices
- Mutual Funds
- Securities Fraud
- Tobacco

### Admissions
- South Carolina
- U.S. District Court, District of South Carolina
- U.S. District Court, District of Colorado
- U.S. District Court, Eastern District of Wisconsin
- U.S. District Court, Northern District of Florida
- U.S. Court of Appeals, Fourth Circuit
- U.S. Supreme Court

### Education
- University of South Carolina, J.D.,
  *magna cum laude*, 2000
- College of Charleston, B.S.,
  cum laude, 1997

### Journal
- South Carolina Law Review, Research Editor

### Professional Memberships
- South Carolina Bar
- South Carolina Super Lawyers, Rising Stars, 2013

### Contact
Office: Mount Pleasant, South Carolina
Phone: 843.727.6542
Toll Free: 888.293.6883
Fax: 843.216.6509
E-mail: nfields@rpwb.com



## MEMBER
## H. BLAIR HAHN

### AREAS OF PRACTICE
· Construction Defects
· Medical Devices
· Pharmaceutical Drugs

### ADMISSIONS
· South Carolina
· U.S. District Court, District of South Carolina

### EDUCATION
· University of South Carolina, J.D., 1992
· North Carolina State University,
  o B.A. Economics, 1980
  o B.A. Business Management, 1980

### PROFESSIONAL MEMBERSHIPS
· American Bar Association
· Association of Trial Lawyers of America
· South Carolina Association for Justice
· South Carolina Bar (Executive Council,
  Young Lawyers Division, 1993-1994)
· South Carolina Trial Lawyers Association
· The American Association for Justice
· The National Top Trial Lawyers 100

### CONTACT
Office: Mount Pleasant, South Carolina
Phone: 843.727.6611
Toll Free: 888.293.6883
Fax: 843.727.6642
E-mail: bhahn@rpwb.com

# Member Biographies



## Member
## Gregory A. Lofstead

### Areas of Practice
· Asbestos
· Silicosis / Coal Workers' Pneumoconiosis
· Tobacco

### Admissions
· South Carolina
· U.S. District Court, District of South Carolina

### Education
· West Virginia University, J.D., 1996
· West Virginia University, B.A.,
  *cum laude*, 1992

### Professional Memberships
· South Carolina Bar
· Trial Lawyers for Public Justice
  (Finalist, Trial Lawyer of the Year, 2003)

### Contact
Office: Mount Pleasant, South Carolina
Phone: 843.727.6516
Toll Free: 888.293.6883
Fax: 843.881.6183
E-mail: glofstead@rpwb.com



## Member
### Christiaan A. Marcum

### Areas of Practice
· Medical Devices
· Medical Malpractice
· Pharmaceutical Drugs
· Pharmacy Liability

### Admissions
· South Carolina
· U.S. District Court, District of South Carolina

### Education
· University of South Carolina, J.D., 1999
· College of Charleston, B.A., 1995

### Professional Memberships
· Charleston County Bar Association
· Martindale-Hubbell Rated: BV
· South Carolina Association for Justice
· South Carolina Bar
· The American Association for Justice
· The National Trial Lawyers

### Contact
Office: Mount Pleasant, South Carolina
Phone: 843.727.6522
Toll Free: 888.293.6883
Fax: 843.727.6642
E-mail: cmarcum@rpwb.com



## MEMBER
## KARL E. NOVAK

### AREAS OF PRACTICE
· Asbestos
· Benzene
· Mesothelioma

### ADMISSIONS
· Michigan
· South Carolina
· Texas
· United States District Court, District of South Carolina
· United States District Court, Northern District of Ohio

### EDUCATION
· Capital University, J.D., 1988
· College of Wooster, B.A., 1981

### PROFESSIONAL MEMBERSHIPS
· American Bar Association
· Charleston County Bar Association
· Charleston County Pro Bono Board of Directors
· Martindale-Hubbell Rated: AV
· Medical University of South Carolina, Storm Eye
  Institute Board of Directors (Emeritus, Chairman,
  2007-2011)
· South Carolina Association for Justice
· South Carolina Bar
· The American Association for Justice

### CONTACT
Office: Mount Pleasant, South Carolina
Phone: 843.727.6660
Toll Free: 888.293.6883
Fax: 843.216.6509
E-mail: knovak@rpwb.com



# MEMBER
## KIMBERLY KEEVERS PALMER

### AREAS OF PRACTICE
· Antitrust and Deceptive Trade
· Class Actions
· Medical Devices
· Medical Malpractice
· Pharmacy Liability
· Tobacco

### ADMISSIONS
· South Carolina
· U.S. District Court, District of South Carolina

### EDUCATION
· University of South Carolina, J.D., 1993
· Calvin College, B.A., 1989

### PROFESSIONAL MEMBERSHIPS
· South Carolina Association for Justice
· South Carolina Bar
· The American Association for Justice

### CONTACT
Office: Mount Pleasant, South Carolina
Phone: 843.727.6504
Toll Free: 888.293.6883
Fax: 843.881.6183
E-mail: kkeevers@rpwb.com



# MEMBER
## CHARLES W. PATRICK JR.

### AREAS OF PRACTICE
· Asbestos
· Class Actions
· Mesothelioma
· Products Liability
· Tobacco

### ADMISSIONS
· South Carolina
· U.S. District Court, District of South Carolina
· U.S. Court of Appeals, Fourth
  Circuit, Fifth Circuit, Tenth Circuit
  and Eleventh Circuit

### EDUCATION
· University of South Carolina, J.D., 1979
· Furman University, B.A.,
  *magna cum laude*, 1976

### JOURNAL
· University of South Carolina Law Review,
  Member and Executive Editor

### PROFESSIONAL MEMBERSHIPS
· American Bar Association
· American Board of Trial Advocates
· Best Lawyers in America
· Martindale-Hubbell Rated: AV
· South Carolina Association for Justice
· South Carolina Bar
· Super Lawyers
· The American Association for Justice
· Who's Who in American Law

### CONTACT
Office: Charleston, South Carolina
Phone: 843.727.6512
Toll Free: 888.293.6883
Fax: 843.727.3103
E-mail: cpatrick@rpwb.com



# MEMBER
## TERRY E. RICHARDSON JR.

### AREAS OF PRACTICE
· Business Litigation
· Burn Injuries
· Truck Accidents
· Vehicle Defects
· Class Actions
· Products Liability
· Medical Devices
· Securities Fraud
· Railroad Accidents
· Whistleblower & Qui Tam

### ADMISSIONS
· South Carolina
· U.S. District Court, District of South Carolina
· U.S. Court of Appeals, Fourth Circuit
· U.S. Supreme Court

### EDUCATION
· University of South Carolina, J.D., 1974
· Clemson University,
  o B.A., Economics, 1967
  o M.S., Business, 1967

### JOURNAL
· South Carolina Law Review, Editor in Chief

### CONTACT
Office: Barnwell, South Carolina
Phone: 803.541.7860
Toll Free: 1.888.705.1619
Fax: 803.541.9625
E-mail: trichardson@rpwb.com

### PROFESSIONAL MEMBERSHIPS
· Martindale-Hubbell Rated: AV
· American College of Trial Lawyers
  o Complex Litigation Committee, 2012-2013
· Best Lawyers – Lawyer of the Year, 2013
· South Carolina Super Lawyers, The Top 25, 2014
· Compleat Lawyer Award
· Honorary Doctorate of Laws,Charleston School of Law
· South Carolina Bar
  o Chairman, Negligence, Insurance and
    Compensation Section, 1976–1977
· University of South Carolina
  Law School Association
  o Chairman 1977–1978
· South Carolina Association for Justice
  o Member, Executive Committee, 1974–1976
· The American Association for Justice
· American Board of Trial Advocates
  o President, Charleston Chapter, 2001–2002
· South Carolina Commission on Grievance,
  1980–1982
· South Carolina Chairman, Trial
  Lawyers for Public Justice, 1990–1993
· Civil Justice Reform Act Advisory Group,
  US District Courts of South Carolina, 1991
· South Carolina Chief Justice's Commission
  on the Profession, 2004–2005
· Co-chairman of the Steering Committee
  for the Norfolk Southern Railroad
  Derailment, Aiken Circuit Court,
  Federal Court, South Carolina, 2005-2008
· The Nature Conservancy, SC Board of Trustees,
  Chairman, 2012-2013



# MEMBER
## THOMAS D. ROGERS

### AREAS OF PRACTICE
· Medical Devices
· Medical Malpractice
· Pharmacy Liability
· Pharmaceutical Drugs

### ADMISSIONS
· South Carolina
· U.S. District Court, District of South Carolina

### EDUCATION
· University of South Carolina, J.D.,
  *magna cum laude*, 1980
· University of Virginia, B.A.,
  with distinction, 1975

### PROFESSIONAL MEMBERSHIPS
· Charleston County Bar Association
· Martindale-Hubbell Rated: AV
· South Carolina Association for Justice
· South Carolina Bar
· The American Association for Justice

### CONTACT
Office: Mount Pleasant, South Carolina
Phone: 843.727.6521
Toll Free: 888.293.6883
Fax: 843.216.6509
E-mail: trogers@rpwb.com



# MEMBER
## A. HOYT ROWELL III

### AREAS OF PRACTICE
- Class Actions
- Healthcare Fraud
- Medical Devices
- Nursing Home Abuse/Neglect
- Personal Injury
- Pharmaceutical Drugs
- Predatory Lending

### ADMISSIONS
- South Carolina
- U.S. District Court, District of South Carolina

### EDUCATION
- University of South Carolina,
  J.D., 1973
- University of South Carolina,
  B.A., *cum laude*, 1970
- Phi Beta Kappa

### JOURNAL
- University of South Carolina
  Law Review, Member

### PROFESSIONAL MEMBERSHIPS
- American Bar Association
- Martindale-Hubbell Rated: AV
- South Carolina Association for Justice
(Past President)
- South Carolina Bar
- The American Association for Justice
- U.S. Court of Appeals, Fourth Circuit,
  Judicial Conference, Member Emeritus

### CONTACT
Office: Mount Pleasant, South Carolina
Phone: 843.727.6650
Toll Free: 888.293.6883
Fax: 843.216.6509
E-mail: hrowell@rpwb.com



# MEMBER
## T. CHRISTOPHER TUCK

### AREAS OF PRACTICE
- Class Actions
- Employment Class Actions
- Healthcare Fraud
- Predatory Lending
- Securities Fraud
- Whistleblower & Qui Tam

### ADMISSIONS
- South Carolina
- Wisconsin
- U.S. District Court, District of South Carolina
- U.S. District Court, Eastern District of Wisconsin
- U.S. District Court, Northern District of Florida
- U.S. Court of Appeals, Second, Fourth, Seventh, and Ninth Circuits

### EDUCATION
- Marquette University, J.D., 1996
- University of North Carolina at Chapel Hill, B.A., 1993

### JOURNAL
- Marquette Law Review, Member
- Marquette Sports Law Journal, Member

### PROFESSIONAL MEMBERSHIPS
- Financial Industry Regulatory Authority, Board of Arbitrators, Member
- South Carolina Association for Justice
- South Carolina Bar
- State Bar of Wisconsin
- The American Association for Justice

### CONTACT
Office: Mount Pleasant, South Carolina
Phone: 843.727.6515
Toll Free: 888.293.6883
Fax: 843.216.6509
E-mail: ctuck@rpwb.com



# MEMBER
## JAMES L. WARD JR.

### AREAS OF PRACTICE
- Antitrust and Deceptive Trade
- Business Litigation
- Class Actions
- Consumer Lending
- Employment Litigation
- Products Liability
- Vehicle Defects

### ADMISSIONS
- North Carolina
- South Carolina
- U.S. District Court, District of South Carolina
- U.S. District Court, Eastern District
  of North Carolina
- U.S. District Court, Middle District
  of North Carolina
- U.S. District Court, Western District
  of North Carolina
- U.S. Court of Appeals, Fourth Circuit

### EDUCATION
- University of South Carolina, J.D.,
  *cum laude*, 1997
- The Citadel, B.A., *magna cum laude*, 1994

### JOURNAL
- South Carolina Law Review, Member

### PROFESSIONAL MEMBERSHIPS
- James L. Petigru Inn of Court
- Martindale Hubbell Rated: AV
- North Carolina Bar Association
- North Carolina State Bar
- South Carolina Association for Justice
- South Carolina Bar
- The American Association for Justice

### CONTACT
Office: Mount Pleasant, South Carolina
Phone: 843.727.6682
Toll Free: 888.293.6883
Fax: 843.216.6509
E-mail: jward@rpwb.com



## Member
### Kenneth J. Wilson

### Areas of Practice
· Asbestos
· Mesothelioma
· Vehicle Defects

### Admissions
· Florida
· Georgia
· South Carolina
· U.S. District Court, District of South Carolina
· U.S. District Court, Middle District of Georgia
· U.S. District Court, Southern District of Georgia
· U.S. District Court, Northern District of Florida
· Supreme Court of Georgia

### Education
· Emory University, J.D., 1988
· Wake Forest University, B.A.,
  *cum laude*, 1985

### Professional Memberships
· Attorneys Information Exchange Group (AIEG)
· South Carolina Bar
· State Bar of Georgia
· The Florida Bar
· South Carolina Association for Justice
· The American Association for Justice

### Contact
Office: Barnwell, South Carolina
Phone: 803.541.7867
Toll Free: 888.705.1619
Fax: 803.541.9625
E-mail: kwilson@rpwb.com



## Member
## Robert S. Wood

### Areas of Practice
- Antitrust and Deceptive Trade
- Class Actions
- Employment Litigation
- Predatory Lending

### Admissions
- South Carolina
- U.S. District Court, District of South Carolina

### Education
- University of South Carolina, J.D., *cum laude*, 1999
- University of Nebraska at Omaha, B.S., 1994

### Professional Memberships
- South Carolina Association for Justice
- South Carolina Bar
- The American Association for Justice

### Contact
Office: Mount Pleasant, South Carolina
Phone: 843.727.6655
Toll Free: 888.293.6883
Fax: 843.216.6509
E-mail: bwood@rpwb.com





# ASSOCIATE
## AARON R. DIAS

### AREAS OF PRACTICE
· Natural Resource Damage
· Pharmaceutical Drugs
· Toxic Torts

### ADMISSIONS
· South Carolina
· U.S. Court of Federal Claims
· U.S. District Court, District of South Carolina

### EDUCATION
· University of South Carolina, J.D.,
  *cum laude*, 2005
· College of Charleston, B.S. and B.A.,
  *cum laude*, 1994

### PROFESSIONAL MEMBERSHIPS
· South Carolina Bar
· The American Association for Justice

### CONTACT
Office: Mount Pleasant, South Carolina
Phone: 843.727.6509
Toll Free: 888.293.6883
Fax: 843.216.6509
E-mail: adias@rpwb.com



## ASSOCIATE
### D. CHARLES DUKES II

#### AREAS OF PRACTICE
· Business Litigation
· Class Actions
· Employment Litigation
· General Litigation
· Products Liability

#### ADMISSIONS
· 2013, South Carolina
· U.S. District Court, District of South Carolina

#### EDUCATION
· Charleston School of Law, J.D.
  *magna cum laude*, 2013
· Moot Court Board
· Trial Advocacy Board
· Senior Legal Writing Teaching Fellow
· University of North Carolina
  at Wilmington, B.S. Business
  Administration, 2003

#### PROFESSIONAL MEMBERSHIPS
· Charleston County Bar Association
· South Carolina Bar

#### CONTACT
Office: Mount Pleasant, South Carolina
Phone: 843.727.6647
Toll Free: 888.293.6883
Fax: 843.216.6509
E-mail: cdukes@rpwb.com



## Associate
### Katie McElveen

#### Areas of Practice
· Business Litigation
· Class Actions
· Predatory Lending and Consumer Lending
· Products Liability

#### Admissions
· South Carolina
· U.S. District Court, District of Colorado
· U.S. District Court, District of South Carolina
· U.S. District Court, Northern District of Florida
· U.S. Court of Appeals, Fourth Circuit
· U.S. Court of Appeals, Eleventh Circuit

#### Education
· Charleston School of Law, J.D., *cum laude* 2007
· College of Charleston, B.A., Philosophy, 2002

#### Journal
·  Federal Courts Law Review, Executive Editorial
   Board Member and Publications Editor

#### Professional Memberships
· Charleston County Bar Association
· South Carolina Association for Justice
· South Carolina Bar

#### Contact
Office: Mount Pleasant, South Carolina
Phone: 843.727.6602
Toll Free: 888.293.6883
Fax: 843.216.6509
E-mail: kmcelveen@rpwb.com



# ASSOCIATE
## CHRISTOPHER J. MOORE

### AREAS OF PRACTICE
· Asbestos/Mesothelioma
· Burn Injuries
· Business Litigation
· Class Actions
· Medical Devices
· Medical Malpractice
· Personal Injury
· Products Liability
· Truck Accidents
· Vehicle Defects

### ADMISSIONS
· South Carolina
· U.S. District Court, District of South Carolina
· U.S. Court of Appeals, Fourth Circuit

### EDUCATION
· Charleston School of Law, J.D.,
  *cum laude*, 2008
· North Carolina State University,
  B.A., 2003

### JOURNAL
· Federal Courts Law Review, Student Works Editor

### PROFESSIONAL MEMBERSHIPS
· American Association for Justice
· South Carolina Association for Justice
· South Carolina Bar

### CONTACT
Office: Barnwell, South Carolina
Phone: 803.541.7857
Toll Free: 888.705.1619
Fax: 803.541.9625
E-mail: cmoore@rpwb.com



# Associate
## Matthew A. Nickles

### Areas of Practice
- Class Actions
- Personal Injury
- Products Liability
- Medical Malpractice
- Pharmacy Liability

### Admissions
- 2010, South Carolina
- 2011, U.S. District Court, District of South Carolina

### Education
- University of South Carolina School of Law, J.D.,
  *cum laude*, 2010
- Washington and Lee University, B.A., History,
  *magna cum laude*, 2007

### Professional Memberships
- South Carolina Bar

### Contact
Office: Mount Pleasant, South Carolina
Phone: 843.727.6675
Fax: 843.881.6183
E-mail: mnickles@rpwb.com



# Associate
## Misty Black O'Neal

### Areas of Practice
• Personal Injury
• Pharmaceutical Drugs

### Admissions
• 2008, South Carolina

### Education
• University of South Carolina, J.D., 2007
• College of Charleston, B.A., Urban Studies,
  *magna cum laude*, 2005

### Professional Memberships
• South Carolina Bar

### Contact
Office: Mount Pleasant, South Carolina
Phone: 843.727.6500
Toll Free: 888.293.6883
Fax: 843.216.6509
E-mail: moneal@rpwb.com





## OF COUNSEL
### DANIEL SCOTT HALTIWANGER

### AREAS OF PRACTICE
- Class Actions
- Nursing Home Abuse/Neglect
- Railroad Accidents
- Truck Accidents
- Vehicle Defects

### ADMISSIONS
- South Carolina

### EDUCATION
- University of South Carolina, J.D., 1998
- University of Virginia, B.A., 1995

### PROFESSIONAL MEMBERSHIPS
- South Carolina Association for Justice, Board of Governers, Executive Committee
- South Carolina Bar
- South Carolina Law Review, Member, Editorial Board
- South Carolina Legal Services, Board Member
- The National Trial Lawyers Top Forty Trial Lawyers Under 40 in South Carolina

### CONTACT
Office: Barnwell, South Carolina
Phone: 803.541.7863
Toll Free: 888.705.1619
Fax: 803.541.9625
E-mail: dhaltiwanger@rpwb.com



# OF COUNSEL
## GORDON C. RHEA

### AREAS OF PRACTICE
- Abusive Tax Shelters
- Natural Resource Damage
- Toxic Torts
- Vehicle Defects
- White Collar Criminal Defense

### ADMISSIONS
- California
- District of Columbia
- Virgin Islands
- U.S. Court of Appeals for the District of Columbia
- U.S. Court of Appeals, Third and Ninth Circuits
- U.S. Supreme Court
- Not admitted in South Carolina

### EDUCATION
- Stanford University School of Law, J.D., 1974
- Indiana University, B.A., *summa cum laude*, 1967
- Harvard University, M.A., 1968

### PROFESSIONAL MEMBERSHIPS
- Martindale Hubbell Rated: AV

### CONTACT
Office: Mount Pleasant, South Carolina
Phone: 843.727.6656
Toll Free: 888.293.6883
Fax: 843.216.6509
E-mail: grhea@rpwb.com



# Of Counsel
## Brady R. Thomas

### Areas of Practice
- Burn Injury Cases
- Business Litigation
- Class Actions
- Eminent Domain
- General Litigation
- Medical Devices
- Medical Malpractice
- Personal Injury
- Products and Premises Liability
- Truck Accidents
- Vehicle Defects

### Admissions
- Georgia
- South Carolina
- U.S. District Court, District of South Carolina
- U.S. District Court, Middle District of Georgia
- U.S. District Court, Northern District of Georgia
- U.S. District Court, Southern District of Georgia
- U.S. District Court, Northern District of Florida
- U.S. Court of Appeals, Eleventh Circuit

### Education
- University of South Carolina School of Law, J.D. *cum laude*, Order of the Coif, 2004
- Florida State University, B.S., 2000

### Professional Memberships
- Georgia Bar
- Martindale–Hubbell Rated: AV
- South Carolina Association for Justice
- South Carolina Bar
- South Carolina Super Lawyers, Rising Star, 2014
- The National Trial Lawyers' Top 40 Trial Lawyers Under 40 in South Carolina

### Prior Experience
- Lewis & Babcock, LLP, Columbia, SC, Partner

### Contact
Office: Barnwell, South Carolina
Phone: 803.541.7838
Toll Free: 888.705.1619
Fax: 803.541.9625
E-mail: bthomas@rpwb.com



## OF COUNSEL
### EDWARD J. WESTBROOK

### AREAS OF PRACTICE
- Asbestos Property Damage
- Class Actions
- Complex Litigation
- Natural Resource Damage
- Toxic Torts

### ADMISSIONS
- South Carolina
- District of Columbia
- U.S. District Court, District of South Carolina
- U.S. District Court, District of Columbia
- U.S. Court of Appeals, Second Circuit
- U.S. Court of Appeals, Third Circuit
- U.S. Court of Appeals, Fourth Circuit
- U.S. Court of Appeals, Seventh Circuit
- U.S. Court of Appeals, Eleventh Circuit
- U.S. Court of Appeals, District of Columbia
- U.S. Court of Appeals, Federal Circuit
- U.S. Supreme Court

### EDUCATION
- University of South Carolina, J.D.,
  *magna cum laude*, 1976
- Stevens Institute of Technology, B.E., 1974

### PROFESSIONAL MEMBERSHIPS
- American Bar Association
- Martindale-Hubbell Rated: AV
- South Carolina Association for Justice
- South Carolina Bar
- The American Association for Justice

### CONTACT
Office: Mount Pleasant, South Carolina
Phone: 843.727.6513
Toll Free: 888.293.6883
Fax: 843.216.6509
E-mail: ewestbrook@rpwb.com