# EX. 101

```
                                                    Page 1

 1
 2    JAMS, Inc.
 3    Reference No. 1345000011
 4    ----------------------------------x
 5    In Re State Street Attorneys Fees
 6    ----------------------------------x
 7                June 6, 2017
 8                12:56 p.m.
 9
10    BEFORE:
11    Special Master Hon. Gerald Rosen, United
12    States District Court, Retired
13
14              Deposition of CHRISTOPHER
15    JORDAN, taken by Counsel to the Special
16    Master, held at JAMS, Inc., 620 Eighth
17    Avenue, New York, New York, before Jineen
18    Pavesi, a Registered Professional
19    Reporter, Registered Merit Reporter,
20    Certified Realtime Reporter and Notary
21    Public of the State of New York.
22
23
24
25       Job No. CS2629875
```

Page 6

1
2          So that's why we're here.
3  C H R I S T O P H E R   J O R D A N,
4  having first been duly sworn by a Notary
5  Public of the State of New York, was
6  examined and testified as follows:
7  EXAMINATION BY
8  MR. SINNOTT:
9      Q.    Christopher, if you could start
10  us off by telling us about your background
11  beginning with your college and law school
12  education.
13      A.    Sure.
14              I went to the University of
15  North Carolina at Chapel Hill and I
16  studied English and anthropology there and
17  after that I went to Stanford Law School
18  and graduated in 2004 and I graduated in
19  2000 from the University of North
20  Carolina.
21      Q.    After graduating from Stanford
22  Law School, describe, if you would, your
23  legal experience.
24      A.    Sure, I worked at Debevoise &
25  Plimpton here in New York for a year,

Page 7

1              JORDAN
2  basically doing document review type of
3  work, working in their database to
4  basically categorize the firm's documents
5  that they had for easier access for
6  associates and partners.
7              After that I worked at Dynergy
8  in Houston, Texas, I was originally
9  brought on to assist with their merger
10  with LS Power, to confirm that the merger
11  was not in any way in violation of
12  existing contracts that they had with
13  other counterparties.
14              After that I was retained to
15  help negotiate NAESB agreements, which are
16  North American Energy Standard Board
17  agreements.
18              After that I moved to Monterey,
19  California, where I worked at the District
20  Attorney's office and I worked in the
21  environmental and consumer protection
22  division and basically wrote demand
23  letters.
24      Q.    How long did you work for the
25  D.A.'s office?

Page 8



Page 9



Veritext Legal Solutions
800-567-8658                                                         973-410-4040

Page 10



Page 12

Page 11

```
 1            JORDAN
 2   attorney, did you acquire any other
 3   specialized experience or areas of
 4   expertise in document review or other
 5   areas?
 6       A.     When I was in Houston, I did a
 7   lot of oil and gas work, so I acquired a
 8   good amount of expertise in the oil and
 9   gas area.
10       Q.     Let me direct your attention to
11   the Bank of New York Mellon case and ask
12   when did you first get involved in that?
13       A.     You will have to bear with me
14   for a second as I try to remember when I
15   started.
16            (Pause.)
17       Q.     Would 2014 sound right?
18       A.     I think it does.
19       Q.     What did you do in that case?
20       A.     I did document review and there
21   were probably three --  I believe there
22   were three months --  no, I would say two
23   months probably, where I was the only
24   staff attorney reviewing RFPs and RFIs
25   specifically looking for language relating
```

Page 13

Page 14



Page 16

1         JORDAN
2  State Street case?
3     A.    I started on State Street in
4  January 2015 and then I ended somewhere in
5  June or July of 2015.
6     Q.    Just as I asked you on the
7  Mellon case, during your time on the State
8  Street case, did you work on any other
9  Leiff Cabraser matters?
10    A.    No, only on State Street.
11    Q.    Where did you work out of for
12 the State Street case?
13    A.    I was in Houston, Texas, I
14 worked remotely.
15          There were some instances where
16 I worked from Atlanta, I was seeing my
17 ex-girlfriend at the time who lived there,
18 so there were a few occasions I worked out
19 of Atlanta.
20    Q.    Did you ever work out of the
21 San Francisco office?
22    A.    On State Street, I did not.
23    Q.    You had access to the Catalyst
24 system?
25    A.    Yes.

Page 15

1         JORDAN
2     A.    $45 an hour.
3     Q.    Is that what you were hired at?
4     A.    No, I got a raise after the
5  settlement of the Sutter case, I was hired
6  in August of 2012, I think Sutter settled
7  around December of 2013 and at that time I
8  acquired my raise.
9          I was hired at $40 and given a
10 $5 raise.
11    Q.    When your involvement in the
12 Mellon case came to an end, did you
13 immediately go into the State Street case?
14    A.    I'm fairly certain that was the
15 case, that I went from Bank of New York
16 Mellon.
17    Q.    Do you remember approximately
18 when that was?
19    A.    Bank of New York Mellon I
20 believe ended at the end of 2014 and then
21 we started on State Street I think at the
22 beginning of 2015.
23    Q.    January?
24    A.    January.
25    Q.    How long did you work on the

Page 17

