# EX. 102

Page 1

1
2    JAMS, Inc.
3    Reference No. 1345000011
4    ------------------------------------x
5    In Re State Street Attorneys Fees
6    ------------------------------------x
7              June 5, 2017
8              4:02 p.m.
9
10   BEFORE:
11   Special Master Hon. Gerald Rosen, United
12   States District Court, Retired
13
14            Deposition of COMFORT ORJI,
15   taken by Counsel to the Special Master,
16   held at JAMS, Inc., 620 Eighth Avenue, New
17   York, New York, before Jineen Pavesi, a
18   Registered Professional Reporter,
19   Registered Merit Reporter, Certified
20   Realtime Reporter and Notary Public of the
21   State of New York.
22
23
24
25      Job No. CS2629858

Case 1:11-cv-10230-MLW Document 401-101 Filed 07/23/18 Page 3 of 5

Page 6



Page 7

1 ORJI
2 reasonableness of the amounts of
3 attorneys' fees, expenses, and service
4 awards previously ordered, and whether any
5 or all of them should be reduced; E,
6 whether any misconduct occurred in
7 connection with such awards; and if so, F,
8 whether it should be sanctioned.
9    That's why we're here and I
10 would like to begin, Comfort, by asking
11 you to describe very briefly your
12 background, including your education.
13   A.   I went to the University of
14 Benin in Nigeria and I also went to law
15 school there and I was admitted to the
16 Nigerian bar in 1995.
17    After school I worked --
18 practiced as an attorney in Nigeria for a
19 while as well as an in-house attorney
20 before I came to the U.S.
21    I came to the U.S. in 2003 and
22 in 2004 I took the bar exam here and I got
23 my license to practice as an attorney here
24 in the U.S.
25   Q.   After you became a member of

Page 8

1 ORJI
2 the bar, what was your first employment as
3 an attorney?
4   A.   In-house counsel with a company
5 called Airborne Express.
6   Q.   What years did you work for
7 Airborne Express?
8   A.   1998 to 2001, I think.
9    MS. LUKEY: Is that when you
10 were still in Nigeria?
11    THE WITNESS: Yes.
12   Q.   After you became a member of
13 the bar here?
14   A.   Oh, here; while I was waiting
15 for my results after taking the bar, I
16 worked as a contract attorney with various
17 firms and then after I got my license, I
18 got a job with MSD Visual as in-house
19 attorney.
20   Q.   What year was that?
21   A.   I don't know -- 2006.
22   Q.   Until when?
23   A.   2006.
24   Q.   So it was just in 2006?
25   A.   Yes.

Page 9

1 ORJI
2   Q.   And what was your next
3 position?
4   A.   My next position was as a
5 contract attorney again.
6   Q.   Who was that for?
7   A.   Paul, Weiss.
8   Q.   For who?
9   A.   Paul, Weiss.
10   Q.   What year did you leave Paul,
11 Weiss?
12   A.   It was a short time, maybe like
13 a year, because it was a contract attorney
14 work that I was doing there, so it was for
15 a few months, less than a year.
16   Q.   After Paul, Weiss, where did
17 you go?
18   A.   I went to Cravath for a few
19 months and then I went back to Paul,
20 Weiss.
21   Q.   As a contract attorney?
22   A.   Yes, so it is hard for me to
23 give you specifics.
24   Q.   What was your most recent
25 position before Labaton?

Page 10

ORJI

1
2   A.   Before Labaton was contract
3   attorney.
4   Q.   For who?
5   A.   Oh, Sullivan & Cromwell.
6   Q.   What year did you start at
7   Labaton?
8   A.   2008.
9   Q.   Have you worked continuously as
10  a staff attorney for Labaton since 2008?
11  A.   I was first a contract attorney
12  and then later I became a staff attorney.
13  Q.   How long were you a contract
14  attorney for Labaton?
15  A.   Two years.
16  Q.   Prior to the State Street case,
17  had you done document review on other
18  cases for Labaton?
19  A.   Yes.
20  Q.   What cases were those, do you
21  remember?
22  A.   I do, but...
23       MS. LUKEY:  She is concerned
24  over the privilege issue.
25       MR. STOCKER:  Naming the cases



Page 22

```
 1                    ORJI
 2     A.    No, I was not.
 3     Q.    How did you report your time?
 4     A.    There is a system that the
 5   company has called Rainmaker, so at the
 6   end of every day you would put your time
 7   in there, you would sign in when you
 8   arrived, sign out when you left, and then
 9   at the end of the workday you would input
10   your time into Rainmaker.
11     Q.    Were there other things that
12   you would enter into Rainmaker besides
13   your time?
14     A.    What you did for the day.
15     Q.    Give me an example.
16     A.    You would say, okay, if you
17   review documents or ran searches, you
18   would state what you ran and then put in
19   the range that you looked at and whatever
20   else you did, you would describe the kind
21   of documents that you were finding and
22   then if you drafted something, or
23   something else, you would put that in, you
24   would do a brief description of what you
25   did for the day.
```

Page 23

[redacted]

Page 24

[redacted]

Page 25

```
 1                    ORJI
 2   [redacted]
```
[lines 3–15 redacted; lines 16–25 blank]