# EX. 103

JAMS, Inc.
Reference No. 1345000011
-----------------------------------x
In Re State Street Attorneys Fees
-----------------------------------x

June 5, 2017
3:13 p.m.

BEFORE:
Special Master Hon. Gerald Rosen, United States District Court, Retired

Deposition of MARITZA BOLANO, taken by Counsel to the Special Master, held at JAMS, Inc., 620 Eighth Avenue, New York, New York, before Jineen Pavesi, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter and Notary Public of the State of New York.

Job No. CS2629858

Page 6

Page 7

BOLANO

awards previously ordered and whether any or all of them should be reduced; E, whether any misconduct occurred in connection with such awards; and, if so, F, whether it should be sanctioned.

That's why we're here.

If I could just ask you to describe your background beginning with your education.

A. Certainly.

I graduated from Fordham Law School in 1992 with my JD and previous to that I was a graduate -- received my bachelor's degree from University of Michigan and a master's degree from Juliard School.

So after graduating law school I clerked in the southern and eastern districts of New York for two different judges there and followed up with a stint at a major law firm by the name of Epstein Becker & Green, where I was a litigation associate assigned to commercial litigation cases, some of them -- one

Page 8

BOLANO

case in particular was a securities broker/dealer case.

Subsequent to that I've practiced on my own and then I did a stint with the City of New York as a legislative attorney and drafted legislation and resolutions and a lot of policy-related work.

And then also for the city I transitioned into an in-house counsel position with the New York City Health and Hospitals Corporation, their HMO division, Metroplus health plan.

I worked there for about two-and-a-half years and then I decided to go back into private practice as a contract attorney, mostly because I needed a lot more flexibility in my schedule at that point in my life, and have continued to do contract work, having done a stint with Labaton in 2009 for about five months and then I left and did some other work and then I came back to Labaton in 2015 for the State Street case.

Page 9

BOLANO

Q. Only because I'm fascinated by it, what was your masters from Juliard in?

A. I was a classical harpist and I performed professionally in South America with symphony orchestras at festivals and also was the harpist for the Helmsley Palace Hotel in the Eighties.

And I got involved in the negotiation of our contracts with the hotel industry, collective bargaining agreements, and after a time I decided, you know what, I've always been interested in the law so I think I'll go to law school and that's what I did.

Q. You may be one of the most interesting people I have deposed.

A. Well, you know...

Q. Thank you for sharing that.

Have you found that your prior life as a commercial litigator has been of use to you in your tenure as a staff attorney at Labaton?

A. Absolutely, yes.

I think that I'm very grateful

Page 10

BOLANO

for my early training that I had as a lawyer working in the Federal courts as a clerk.

Actually, one of the courts that I worked at handled all of the FDIC cases at that time in the early Eighties and Nineties, so we did a lot of commercial cases there.

Subsequently the training that I had at Epstein Becker, having had the good fortune to work with a very fine senior associate on a big case and preparing the case for one of the partners to litigate, so I am very grateful for that experience with the judges and with those senior attorneys.

And I think that that pretty much, you know, was the foundation for being involved in many different kinds of litigated matters as a commercial litigation attorney and as a staff attorney, being able to pick up right away what we're looking at and getting to understand the documents that are key for

Page 11

BOLANO

the evidence that we needed to gather and making a theory of the case to sustain the complaint, the allegations in the complaint.

Q. You have been a full-time employee during your tenure at Labaton?

A. Yes.

Q. You receive benefits?

A. Yes.

Q. Are you eligible for overtime?

A. The way we are paid is on a per hour basis and we can bill up to 50 hours a week at the rate that we have according to the seniority that we're at at the firm.

Q. Maritza, you worked on the State Street case?

A. Yes, I did.

Q. When did you begin working on State Street?

A. I joined the team in January of 2015.

Q. Was there any particular reason why in January you were asked to join the

Page 12

BOLANO

team?

A. Well, I think they were looking to add reviewers who could bring more substantive analysis to the allegations, to the theory of the case, and looking at the documents in a more critical kind of analysis.

I had a background in contract law having been a procurement officer at the City of New York with the Metroplus plan and so I oversaw all of the procurement for that agency and prepared RFPs when they came in, and then the contracts, prepared the contracts in collaboration with the executive team there.

So I had a good background for looking at these custodial contracts that were at issue in State Street case.

Q. Had you done other cases that were document review intensive prior to State Street?

A. Yes.

Q. Can you tell me how many cases

Page 13

BOLANO

fall into that category?

A. It is hard for me to say how many.

From the fall of 2005 onward I had been doing -- looking on many different cases, it is hard for me to say if it was ten or 20 or 30 cases.

Q. A whole bunch?

A. A whole bunch of cases, sometimes, you know, depending on what -- where the case was at when I was brought in, you know, it varied a lot; mostly finance and banking-related cases.

Q. Any securities cases?

A. Yes, I was on cases involving some of the major banking institutions, mortgage-backed security cases, both residential and commercial mortgage-backed securities.

Some of them involved international issues and I have background in foreign languages.

Q. What languages do you speak?

A. I speak Spanish and Portuguese

Page 14

BOLANO

and my Italian is gone now.

Q. The more questions I ask, the more inadequate I feel.

MS. LUKEY: Justifiably.

MR. SINNOTT: Thank you, Joan.

A. I kind of grew up with those languages.

Q. You've got quite a background.

Any of your international experience in foreign exchange matters?

A. I had some, yes, prior to the State Street case with a large banking institution.

And then subsequently I'm actually on an FX case now.

Q. While you were working on State Street, were you working at other cases for Labaton?

A. No.

Q. So this was your exclusive case?

A. Yes.

Q. If you can remember, Maritza, how many hours a week on average, I know

Page 15

Page 16

Page 17



Page 26

BOLANO

[redacted]

Page 27

[redacted]

Page 28

BOLANO

Lieff?

A. No, I was not.

Q. Were you aware of any Labaton staff attorneys being cross-assigned to Thornton?

A. Not at the time.

I've heard of it subsequently.

Q. So you didn't have any discussions with anyone about that because you weren't aware of it?

A. Correct.

Q. Does the name Michael Bradley ring any bells, or let me ask more specifically, back then were you familiar with an individual named Michael Bradley?

A. No.

Q. How did you report your time for document review?

A. When we come in in the morning, we sign in the time that we come in, when we go to lunch we put in our lunch time, and then we sign out when we leave.

Then we report the time on a computerized system called -- I believe

Page 29

BOLANO

it is called Rainmaker, and we put in the hours that we actually were in the office working, you know, without lunch time or breaks that we might go out and do other things.

That's how, we would put in the hours, what we did that day, how many documents we reviewed, if they were consecutive Bates numbers we would put them in, sometimes they were nonconsecutive Bates numbers because we were doing searches and sort of the nature of a search that we might have done and the nature of the documents that we reviewed.

Q. When you say nature of the search, nature of the documents, what do you mean by that?

A. For example, if I was reviewing documents related to a particular key deponent, I would put in, you know, reviewing documents for Mr. So-and-so and associates or IM managers, we would get batches of documents that were the IM