# EX. 105

Page 1

```
 1
 2   JAMS, Inc.
 3   Reference No. 1345000011
 4   ------------------------------------x
 5   In Re State Street Attorneys Fees
 6   ------------------------------------x
 7               June 5, 2017
 8               4:44 p.m.
 9
10   BEFORE:
11   Special Master Hon. Gerald Rosen, United
12   States District Court, Retired
13
14             Deposition of TRYPHENA GREENE,
15   taken by Counsel to the Special Master,
16   held at JAMS, Inc., 620 Eighth Avenue, New
17   York, New York, before Jineen Pavesi, a
18   Registered Professional Reporter,
19   Registered Merit Reporter, Certified
20   Realtime Reporter and Notary Public of the
21   State of New York.
22
23
24
25      Job No. CS2629858
```



Page 8
1           GREENE
2    A.    I began my own practice and I
3 took on contract work as a supplement at
4 the same time with my own practice.
5    Q.    Your practice is the Law
6 Offices of Tryphena Greene?
7    A.    Yes.
8    Q.    Describe, if you would, your
9 practice areas at your own practice.
10    A.    I primarily focused on family
11 law; I did have some involvement in
12 consumer law bankruptcy, but primarily
13 family law, so custody, visitation, child
14 support, divorce, that type of thing.
15    Q.    House of broken dreams?
16    A.    Yes.
17    Q.    What year did you first start
18 working for Labaton?
19    A.    2015.
20    Q.    Were you hired as a contract
21 attorney or staff attorney?
22    A.    Staff attorney.
23    Q.    And you continue to be a staff
24 attorney?
25    A.    Yes.



Page 28

1         GREENE
2  person's name, so that's the extent of it,
3  that I would be aware of their names.
4     Q.    How did you report your time?
5     A.    We had two mechanisms; there is
6  a sign-in and sign-out sheet.
7           You physically write your
8  arrival, departure and break times, and
9  also there is a system called Rainmaker, a
10 program, and you log your hours with a
11 description of the work that you did for
12 the day, Bates ranges that you worked on
13 if it was not consecutive, and the topics
14 that you did see.
15    Q.    How would you describe the work
16 that you had done?
17    A.    During which period?
18    Q.    In Rainmaker.
19    A.    For the -- so I would just
20 review documents within X to Y Bates range
21 to determine whether they support the
22 allegations of the matter and tag the
23 following documents, found the following
24 types of documents, and then
                                    I would