# EX. 106

Page 1

JAMS, Inc.

Reference No. 1345000011

-----------------------------------x

In Re State Street Attorneys Fees

-----------------------------------x

             June 6, 2017

             8:13 a.m.

BEFORE:

Special Master Hon. Gerald Rosen, United

States District Court, Retired

          Deposition of TANYA ASHUR,

taken by Counsel to the Special Master,

held at JAMS, Inc., 620 Eighth Avenue, New

York, New York, before Jineen Pavesi, a

Registered Professional Reporter,

Registered Merit Reporter, Certified

Realtime Reporter and Notary Public of the

State of New York.

   Job No. CS2629875



Page 10

Page 11

Page 12

1          ASHUR
2 Cabraser.
3   Q.    So you went from those
4 positions to Lieff?
5   A.    Correct.
6   Q.    You started at Lieff in 2013,
7 is that correct?
8   A.    Yes.
9   Q.    When you were hired into Lieff,
10 what was your position?
11   A.    Contract attorney.
12   Q.    Were you hired for a particular
13 matter or for general purposes?
14   A.    A particular matter.
15   Q.    What was, just a case name, if
16 you remember, that you were brought in
17 for?
18   A.    Bank of New York Mellon.
19   Q.    How long did you work on the
20 BoNY Mellon case?
21   A.    A little over a year,
22 approximately one year and three months.
23   Q.    How did that come to an end?
24   A.    I think it was being settled
25 and we stopped reviewing documents and

Page 13

Veritext Legal Solutions
800-567-8658                     973-410-4040

Case 1:11-cv-10230-MLW Document 401-105 Filed 07/23/18 Page 4 of 5

Page 14

```
 1           ASHUR
 2   contract attorney?
 3      A.   I did.
 4      Q.   Medical benefits?
 5      A.   Lieff Cabraser made a
 6   contribution on my behalf to a program in
 7   San Francisco called Healthy San Francisco
 8   and I was able to use those funds to pay
 9   for medical expenses.
10      Q.   When you began working on the
11   State Street case, was your expectation
12   that your tenure at Lieff would end at the
13   conclusion of that case or were you now
14   onboard for the long haul?
15      A.   I didn't really have an
16   expectation at that time.
17      Q.   How was your compensation
18   figured for your tenure, what were your
19   expectations as far as how you were being
20   paid, would it be by the hour, would it be
21   by document?
22      A.   It was by the hour.
23      Q.   On average, how many hours a
24   week did you work?
25      A.   40.
```



Pages 15, 16, 17 [redacted]

5 (Pages 14 - 17)

Veritext Legal Solutions
800-567-8658                                   973-410-4040

Page 18

```
 1            ASHUR
 2  for the State Street case?
 3      A.    On a daily basis, it was Kirti
 4  Dugar and then also Dan Chiplock.
 5      Q.    Were Kirti and Dan available if
 6  you needed guidance or had found something
 7  that you needed to be relayed up the
 8  chain?
 9      A.    Yes.
10      Q.    Were they in those spaces that
11  you were?
12      A.    Kirti was; Dan was available by
13  e-mail or phone.
14      Q.    Was Kirti also your direct
15  supervisor in the Mellon case?
16      A.    Yes.
17      Q.    You came into the State Street
18  case in what month and year, as best you
19  recall?
20      A.    January 2015.
21      Q.    Was there any time when you
22  were working on both the State Street case
23  and the Mellon case?
24      A.    No.
25      Q.    How long did you work on the
```

Page 19



Page 20

Page 21