# EX. 107

Case 1:11-cv-10230-MLW   Document 401-106   Filed 07/23/18   Page 1 of 3

| | |
|---|---|
| **From:** | Garrett Bradley |
| **Sent:** | Tuesday, July 28, 2015 1:57 PM |
| **To:** | Michael |
| **Subject:** | Re: Lieff Lodestar info |

500

Garrett&

On Jul 28, 2015, at 2:54 PM, Michael Lesser &<MLesser@tenlaw.com&>wrote:

> We can plug some different numbers in the below – and I've already instructed Evan to change Mike Bradley to something more than the contract attorneys – Garrett, do you have a suggestion?& State Street also assumes Mike T. at Bob L and Larry numbers – around 500, and Garrett at Belfi numbers – as instructed – at around 600.& This is the only benefit of two full years of mediation sessions.
> &
> **From:** Evan Hoffman
> **Sent:** Tuesday, July 28, 2015 2:51 PM
> **To:** Michael Lesser
> **Subject:** RE: Lieff Lodestar info
> &
> Thornton:
> &
> **BNYM:**
> &
> Hours: 2,582.70
> &
> Lodestar: $1,550,828
> &
> **State Street:**
> &
> Hours: 13,324.65
> &
> Lodestar**: $6,398,587
> &
> &
> **$425 for contract attorneys; $400 for Mike Bradley/Andrea; $650 MAL; $485 ERH; $850 MPT; $800 GJB.
> &
> &
> **From:** Michael Lesser
> **Sent:** Tuesday, July 28, 2015 2:24 PM
> **To:** Evan Hoffman
> **Subject:** RE: Lieff Lodestar info
> &
> Now I need both for Thornton as well.&
> &

1

Confidential: Produced Pursuant to Court Order.                                                              TLF-SST-007843

**From:** Evan Hoffman
**Sent:** Tuesday, July 28, 2015 2:01 PM
**To:** Garrett Bradley
**Cc:** Michael Lesser
**Subject:** Lieff Lodestar info
&
<u>BNYM</u> (thru May 31, 2015)
&
Hours: 42,206.40
&
Lodestar: $20,029,063.
&
&
<u>State Street</u> (thru May 31, 2015)
&
Hours: 16,792.3
&
Lodestar: $8,619,858
&
**Evan R. Hoffman, Esq.& | & Thornton Law Firm LLP**
100 Summer Street, 30th Floor& |& Boston, MA& 02110
-----------------------------------------------------------------------------------------
t: (617) 720.1333 & |& f: (617) 720.2445& |&  ehoffman@tenlaw.com
&

2

Confidential: Produced Pursuant to Court Order.                                                                                  TLF-SST-007844