# EX. 110

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | No. 12-cv-11698 MLW |

**LEAD COUNSEL'S MOTION FOR AN AWARD
OF ATTORNEYS' FEES, PAYMENT OF LITIGATION
<u>EXPENSES, AND PAYMENT OF SERVICE AWARDS TO PLAINTIFFS</u>**

Labaton Sucharow LLP ("Labaton Sucharow"), attorneys for Plaintiff Arkansas Teacher Retirement System ("ARTRS") and Court-appointed Lead Counsel for the Settlement Class, respectfully move, on behalf of all Plaintiffs' Counsel, pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, for an award of attorneys' fees in the amount of $74,541,250.00, plus any accrued interest; payment of Litigation Expenses in the amount of $1,257,697.94; payment of a Service Award to Plaintiff ARTRS in the amount of $25,000.00; and payment of Service Awards to Plaintiffs Arnold Henriquez, Michael T. Cohn, William R. Taylor, Richard A. Sutherland, The Andover Companies Employee Savings and Profit Sharing Plan, and James Pehoushek-Stangeland in the amount of $10,000.00 each, in connection with the proposed Settlement of these consolidated Class Actions.

As grounds for this motion, Lead Counsel relies on the accompanying supporting Memorandum of Law; the accompanying supporting Declaration of Lawrence A. Sucharow, with exhibits; the Parties' Settlement Agreement dated as of July 26, 2016 (ECF No. 89); the Court's Preliminary Approval Order dated August 11, 2016 (ECF No. 97); and all other prior papers and proceedings in these Class Actions.

WHEREFORE, and for the reasons discussed more fully in the accompanying supporting Memorandum of Law, Lead Counsel respectfully seeks the relief requested.

Pursuant to the Preliminary Approval Order, a proposed Order will be submitted to the Court no later than October 21, 2016.

### **Request for Oral Argument**

Pursuant to Local Rule 7.1(d), Lead Counsel hereby requests oral argument on this motion. The Court has scheduled a hearing on this motion for November 2, 2016, at 2:00 p.m.

Dated: September 15, 2016　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　LABATON SUCHAROW LLP

　　　　　　　　　　　　　　　　　By:　　*/s/ Lawrence A. Sucharow*
　　　　　　　　　　　　　　　　　　　　Lawrence A. Sucharow (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Eric J. Belfi
　　　　　　　　　　　　　　　　　　　　David J. Goldsmith (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Michael H. Rogers (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Nicole M. Zeiss (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　LABATON SUCHAROW LLP
　　　　　　　　　　　　　　　　　　　　140 Broadway
　　　　　　　　　　　　　　　　　　　　New York, New York  10005
　　　　　　　　　　　　　　　　　　　　Tel:  (212) 907-0700
　　　　　　　　　　　　　　　　　　　　Fax:  (212) 818-0477

　　　　　　　　　　　　　　　　　　　　*Lead Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　　　　*ARTRS and the Settlement Class*

　　　　　　　　　　　　　　　　　　　　Michael P. Thornton (BBO #497390)
　　　　　　　　　　　　　　　　　　　　Garrett J. Bradley (BBO #629240)
　　　　　　　　　　　　　　　　　　　　Michael A. Lesser (BBO #631128)
　　　　　　　　　　　　　　　　　　　　Evan R. Hoffman (BBO#678975)
　　　　　　　　　　　　　　　　　　　　THORNTON LAW FIRM LLP
　　　　　　　　　　　　　　　　　　　　100 Summer Street, 30th Floor
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts  02110
　　　　　　　　　　　　　　　　　　　　Tel:  (617) 720-1333
　　　　　　　　　　　　　　　　　　　　Fax:  (617) 720-2445

　　　　　　　　　　　　　　　　　　　　*Liaison Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　　　　*ARTRS and the Settlement Class*

　　　　　　　　　　　　　　　　　　　　Daniel P. Chiplock (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Michael J. Miarmi
　　　　　　　　　　　　　　　　　　　　LIEFF CABRASER HEIMANN
　　　　　　　　　　　　　　　　　　　　　 & BERNSTEIN, LLP
　　　　　　　　　　　　　　　　　　　　250 Hudson Street, 8th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York  10013
　　　　　　　　　　　　　　　　　　　　Tel:  (212) 355-9500
　　　　　　　　　　　　　　　　　　　　Fax:  (212) 355-9592

        Robert L. Lieff (*pro hac vice*)
        275 Battery Street, 29th Floor
        San Francisco, California 94111
        Tel: (415) 956-1000
        Fax: (415) 956-1008

        *Additional Counsel for Plaintiff*
        *ARTRS and the Settlement Class*

<u>Certificate of Compliance with Local Rule 7.1(a)(2)</u>

I certify pursuant to Local Rule 7.1(a)(2) that I conferred with counsel for Defendant State Street Bank and Trust Company ("State Street") on September 15, 2016 and earlier dates concerning the relief sought in the foregoing motion.

Counsel confirmed that State Street takes no position on the relief sought in the motion.

<u>*/s/ David J. Goldsmith*</u>
David J. Goldsmith

Certificate of Service

      I certify that on September 15, 2016, I caused the (1) foregoing Lead Counsel's Motion for an Award of Attorneys' Fees, Payment of Litigation Expenses, and Payment of Service Awards to Plaintiffs; (2) accompanying Plaintiffs' Assented-to Motion for Leave to File Plaintiffs' Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees, Payment of Litigation Expenses, and Payment of Service Awards to Plaintiffs; (3) accompanying [Proposed] Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees, Payment of Litigation Expenses, and Payment of Service Awards to Plaintiffs; and (4) accompanying Declaration of Lawrence A. Sucharow in Support of (A) Plaintiffs' Assented-to Motion for Final Approval of Proposed Class Settlement and Plan of Allocation and Final Certification of Settlement Class and (B) Lead Counsel's Motion for an Award of Attorneys' Fees, Payment of Litigation Expenses, and Payment of Service Awards to Plaintiffs, with exhibits, to be filed through the ECF system in the above-captioned actions, and accordingly to be served electronically upon all registered participants identified on the Notices of Electronic Filing.

                                                                                        */s/ David J. Goldsmith*
                                                                                         David J. Goldsmith