# EX. 116




Private Bank

citi

## Summary of Accounts
Statement Period 01 Sep 2016 — 30 Sep 2016

### ACCOUNT OVERVIEW

Reference Currency: USD

This statement has been prepared for

**State Street Indirect FX Trading Class Action Settlement Fund Class Escrow**

| Investments[1] | Account Number | LAST PERIOD Total Value USD* | THIS PERIOD Total Value USD | Page Number |
|---|---|---|---|---|
| Preferred Custody Account | Redacted 7768 | 0.00 | 300,076,402.21 | 5 |
| Total Investments | | 0.00 | 300,076,402.21 | |
| **TOTAL ASSETS** | | **0.00** | **300,076,402.21** | |

For your convenience this statement's summary section may include account and balance information of accounts for which this is not the official statement. This is the official statement for only the Citibank, N.A. accounts and transactions detailed beyond the summary section of this document. For any account reflected in the summary portion only, please consult the separate official statement applicable to such account for an official record of such account. Please see the notes at the end of this document for additional important information and disclosures.

[1] Investment products are not insured by FDIC or any government agency, are not obligations of or guaranteed by the bank or any Citigroup entity, and are subject to investment risks, including the possible loss of principal.

\* Total Value = Market Value + Accrued Interest + Accrued Dividend

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

LBS041683

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

LBS041684




Private Bank

## Statement of Accounts
Statement Period 01 Sep 2016 — 30 Sep 2016

### STATEMENT OVERVIEW — CASH

Reference Currency: USD

#### INVESTABLE CASH BY ACCOUNT

| | Account Type | Market Value USD |
|---|---|---|
| Preferred Custody Account - Redacted 7768 | Investment | 300,072,928.56 |
| **Total Cash and Short-Term Investments** | | **300,072,928.56** |

#### DISTRIBUTION OF CASH BY CURRENCY

| Currency | % of Total | Market Value Nominal Currency | Market Value USD |
|---|---|---|---|
| USD | 100% | — | 300,072,928.56 |
| **Total** | **100%** | | **300,072,928.56** |

#### BANKING INTEREST INCOME AND EXPENSE

| | This Period | Year to Date |
|---|---|---|
| INCOME | | |
| **Total Interest Income** | — | — |
| EXPENSE | | |
| **Total Interest Expense** | — | — |

#### INVESTMENT ACCOUNT INTEREST, DIVIDENDS AND DISTRIBUTIONS

| | This Period | Year to Date |
|---|---|---|
| Interest | — | — |
| Dividends | — | — |
| Distributions | — | — |
| **Total Investment Income** | — | — |

Please see the Notice page for important information.
The above-referenced accounts are with Citibank N A
Portfolio diversification is an important element to consider when making investment decisions Academic studies and real-world experience have shown that asset allocation is the key factor in long-term investment performance. By choosing a diversified mix of stocks, bonds and other asset classes, investors may create the portfolios that best match their financial goals and tolerance for risk Concentrated positions entail greater risks than a diversified portfolio. A concentrated position may be defined as the significant presence of a single security, securities of a single issuer or a certain class of security in an investor's portfolio. No single formula or percentage of a particular security or class of securities suits all investors. If you wish to discuss portfolio diversification in further detail, please contact your Private Banker.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

LBS041686



**Preferred Custody Account —** Redacted **7768**
Custody Officer: JOHN HOWARD-217 212-783-7109
Statement Period 01 Sep 2016 — 30 Sep 2016

Private Bank



## ACCOUNT SUMMARY

Reference Currency: USD

### ACTIVITY SUMMARY

|  | TOTAL ACTIVITY | | PRINCIPAL ACTIVITY | | INCOME ACTIVITY | |
|---|---|---|---|---|---|---|
|  | This Period | Year to Date | This Period | Year to Date | This Period | Year to Date |
| Beginning Market Value | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Deposits to Account | 300,000,000.00 | 300,000,000.00 | 300,000,000.00 | 300,000,000.00 | — | — |
| Withdrawals from Account | — | — | — | — | — | — |
| Securities Transferred In | — | — | — | — | — | — |
| Securities Transferred Out | — | — | — | — | — | — |
| Dividends, Interest and Distributions | — | — | — | — | — | — |
| Market Change | 72,928.56 | 72,928.56 | 72,928.56 | 72,928.56 | 0.00 | 0.00 |
| Other Income or Expense | — | — | — | — | — | — |
| **Ending Market Value** | **300,072,928.56** | **300,072,928.56** | **300,072,928.56** | **300,072,928.56** | **0.00** | **0.00** |
| Accruals | 3,473.65 | 3,473.65 | 3,473.65 | 3,473.65 | 0.00 | 0.00 |
| **Market Value with Accruals** | **300,076,402.21** | **300,076,402.21** | **300,076,402.21** | **300,076,402.21** | **0.00** | **0.00** |

### ASSET ALLOCATION *TABLE SHOWN ON NEXT PAGE*



Cash 100.00%

*Values less than 1% not graphed.*

Please notify your banker if you would like to impose or change any reasonable restrictions on the management of your account, or if there have been any changes in your financial situation, investment objectives, requested restrictions or other instructions which might affect the services to be provided to you or the manner in which your investments should be invested.

00176/00178/02783    State Street Indirect FX Trading Class Action Settlement Fund Class Escrow Account Citibank, N.A., Escrow Agent    Page 5 of 16

000179 CIPNSRN3 001587 000000

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER    LBS041687

**Preferred Custody Account – Redacted 7768**
Custody Officer: JOHN HOWARD-217  212-783-7109
Statement Period 01 Sep 2016 — 30 Sep 2016

Private Bank



## ACCOUNT SUMMARY

Reference Currency: USD

### ASSET ALLOCATION & UNREALIZED GAIN/(LOSS)

| Asset Class | Total Value Last Period | Change | Total Value This Period | % of Total Account | Cost | Unrealized Gain/(Loss) | Estimated Annual Income | Accrued Interest/Dividend |
|---|---|---|---|---|---|---|---|---|
| Cash | — | 300,076,402.21 | **300,076,402.21** | **100.00%** | 300,000,000.00 | 72,928.56 | 875.89 | 3,473.65 |
| Investment Cash and Cash Equivalents | — | 300,076,402.21 | 300,076,402.21 | 100.00% | 300,000,000.00 | 72,928.56 | 875.89 | 3,473.65 |
| **Total Assets** | — | **300,076,402.21** | **300,076,402.21** | **100%** | **300,000,000.00** | **72,928.56** | **875.89** | **3,473.65** |

Total Value = Market Value + Accrued Interest + Accrued Dividend

Portfolio diversification is an important element to consider when making investment decisions. Academic studies and real-world experience have shown that asset allocation is the key factor in long-term investment performance. By choosing a diversified mix of stocks, bonds and other asset classes, investors may create the portfolios that best match their financial goals and tolerance for risk. Concentrated positions entail greater risks than a diversified portfolio. A concentrated position may be defined as the significant presence of a single security, securities of a single issuer or a certain class of security in an investor's portfolio. No single formula or percentage of a particular security or class of securities suits all investors. If you wish to discuss portfolio diversification in further detail, please contact your Private Banker.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                          LBS041688



**Preferred Custody Account — **Redacted**7768**

Custody Officer: JOHN HOWARD-217  212-783-7109

Statement Period 01 Sep 2016 — 30 Sep 2016

Private Bank



## ACCOUNT SUMMARY

Reference Currency: USD

### ASSET ALLOCATION - PRINCIPAL AND INCOME

| | TOTAL | PRINCIPAL | | INCOME | |
|---|---:|---:|---:|---:|---:|
| | Total Value | Market Value | Accrued Interest/Dividend | Market Value | Accrued Interest/Dividend |
| Cash | 300,076,402.21 | 300,072,928.56 | 3,473.65 | 0.00 | 0.00 |
| Fixed Income | — | — | — | — | — |
| Equities | — | — | — | — | — |
| Hedge Funds | — | — | — | — | — |
| Private Equity | — | — | — | — | — |
| Real Estate | — | — | — | — | — |
| Commodities | — | — | — | — | — |
| Other Assets | — | — | — | — | — |
| **Total** | **300,076,402.21** | **300,072,928.56** | **3,473.65** | **0.00** | **0.00** |

Total Value = Market Value + Accrued Interest + Accrued Dividend

### CASH ACTIVITY - PRINCIPAL AND INCOME

| | TOTAL ACTIVITY | | PRINCIPAL ACTIVITY | | INCOME ACTIVITY | |
|---|---:|---:|---:|---:|---:|---:|
| | This Period | Year to Date | This Period | Year to Date | This Period | Year to Date |
| **Opening Cash Balance** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cash Deposits | 300,000,000.00 | 300,000,000.00 | 300,000,000.00 | 300,000,000.00 | — | — |
| Cash Withdrawals | — | — | — | — | — | — |
| Assets Purchased | (299,513,393.69) | (299,513,393.69) | (299,513,393.69) | (299,513,393.69) | — | — |
| Assets Sold | — | — | — | — | — | — |
| Income Received | — | — | — | — | — | — |
| Taxes / Fees / Miscellaneous | — | — | — | — | — | — |
| **Closing Cash Balance** | **486,606.31** | **486,606.31** | **486,606.31** | **486,606.31** | **0.00** | **0.00** |

00176/00178/02785    State Street Indirect FX Trading Class Action Settlement Fund Class Escrow Account Citibank, N.A., Escrow Agent    Page 7 of 16

000179 CIPNSRN3 001588 000000

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER    LBS041689

**Preferred Custody Account — Redacted 7768**

Statement Period 01 Sep 2016 — 30 Sep 2016

Private Bank



## INVESTMENT POSITIONS — PRINCIPAL

Reference Currency: USD

**CASH 100%** *SORTED BY LIQUIDITY*

| Description | Quantity | Average/ Unit Cost | Adjusted Cost | Market Price As of Date | Market Value | Accrued Interest | Total Value | Unrealized Gain/(Loss) | Est. Annual Income |
|---|---|---|---|---|---|---|---|---|---|
| **Investment Cash and Cash Equivalents (USD)** | | | | | | | | | |
| USD | 0 | — | 0.00 | — | 0.00 | 0.00 | 0.00 | — | 0.00 |
| WESTERN AST IS US TR RES-INS<br>Rate .002%<br>CUSIP 52470G841  Yield .18% | 486,606.31 | 100 | 486,606.31 | 1 | 486,606.31 | 3,473.65 | 490,079.96 | 0.00 | 875.89 |
| U S TREASURY BILL<br>MAT 02MAR17  Rate 0%<br>CUSIP 912796JE0 | 223,416,000 | 99.8202 | 223,014,217.60 | 99.848<br>30SEP16 | 223,076,407.68 | 0.00 | 223,076,407.68 | 62,190.08 | 0.00 |
| U S TREASURY BILL<br>MAT 03NOV16  Rate 0%<br>CUSIP 912796JS9 | 76,523,000 | 99.9689 | 76,499,176.09 | 99.9829<br>30SEP16 | 76,509,914.57 | 0.00 | 76,509,914.57 | 10,738.48 | 0.00 |
| **Total Cash** | | | **300,000,000.00** | | **300,072,928.56** | **3,473.65** | **300,076,402.21** | **72,928.56** | **875.89** |

| | Adjusted Cost | Market Value | Accrued Interest | Total Value | Unrealized Gain/(Loss) | Est. Annual Income |
|---|---|---|---|---|---|---|
| **TOTAL INVESTMENT POSITIONS — PRINCIPAL** | 300,000,000.00 | 300,072,928.56 | 3,473.65 | 300,076,402.21 | 72,928.56 | 875.89 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                          LBS041690



**Preferred Custody Account — Redacted 7768**
Statement Period 01 Sep 2016 — 30 Sep 2016

Private Bank



## INVESTMENT POSITIONS — INCOME

Reference Currency: USD

**CASH 0.00%** *SORTED BY LIQUIDITY*

| Description | Quantity | Average/ Unit Cost | Adjusted Cost | Market Price As of Date | Market Value | Accrued Interest | Total Value | Unrealized Gain/(Loss) | Est. Annual Income |
|---|---|---|---|---|---|---|---|---|---|
| **Investment Cash and Cash Equivalents (USD)** | | | | | | | | | |
| USD | 0 | — | 0.00 | — | 0.00 | 0.00 | 0.00 | — | 0.00 |
| **Total Cash** | | | **0.00** | | **0.00** | **0.00** | **0.00** | — | **0.00** |

| | Adjusted Cost | Market Value | Accrued Interest | Total Value | Unrealized Gain/(Loss) | Est. Annual Income |
|---|---|---|---|---|---|---|
| **TOTAL INVESTMENT POSITIONS — INCOME** | 0.00 | 0.00 | 0.00 | 0.00 | — | 0.00 |

| | Adjusted Cost | Market Value | Accrued Interest | Total Value | Unrealized Gain/(Loss) | Est. Annual Income |
|---|---|---|---|---|---|---|
| **TOTAL INVESTMENT POSITIONS - PRINCIPAL AND INCOME** | 300,000,000.00 | 300,072,928.56 | 3,473.65 | 300,076,402.21 | 72,928.56 | 875.89 |

"Multiple" in reference to an Acquisition Date, indicates that there is more than one acquisition date for a position.
"Original Cost" is the amount paid for an investment excluding any accrued interest. Original Cost represents positions' par amount times the acquisition price. It remains constant over the life of an investment.
"Adjusted Cost" is the Original Cost of acquisition plus or minus any accretion or amortization amounts. Accretion and amortization calculations adjust the Original Cost basis over the life of the investment to the expected redemption amount or face value.

00176/00178/02787   State Street Indirect FX Trading Class Action Settlement Fund Class Escrow Account Citibank, N.A., Escrow Agent   Page 9 of 16

000179 CIPNSRN3 001589 000000

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

LBS041691

Private Bank

**Preferred Custody Account —** **7768**



Custody Officer: JOHN HOWARD-217 212-783-7109
Statement Period 01 Sep 2016 — 30 Sep 2016

## ACTIVITY DETAILS

| Trade Date | Settlement Date | Transaction Type | Description | Principal | Income | End of Day Balance |
|---|---|---|---|---|---|---|
| US Dollar (USD) | | | | | | |
| 02 Sep 2016 | | | Opening Balance - Cash | 0.00 | 0.00 | 0.00 |
| 02 Sep 2016 | 02 Sep 2016 | Cash Deposit | CASH RECEIPT<br>INCOMING WIRE DDA TRANSFER<br>BANK STATE STREET BANK AND TRUST COMPANY B/O STATE<br>STREET BANK AND TRUST COMPANY BANK STATE STREET<br>BANK B/O STATE STREET BANK AND TRUST COMPANY | 300,000,000.00 | 0.00 | 300,000,000.00 |
| 07 Sep 2016 | 08 Sep 2016 | Asset Purchased | PURCHASED 26523000.00 PAR VALUE OF<br>U S TREAS BILLS     11/03/16<br>NET COST 26,514,742.59<br>26523000.00 PAR VALUE AT 99.968867 USD<br>STATE (PROV.) TAX COST 26,514,742.59<br>TRADE DATE 09/07/2016<br>PURCHASED THROUGH CITIGROUP GLOBAL MARKETS INC.<br>62881 | (26,514,742.59) | 0.00 | |
| 07 Sep 2016 | 08 Sep 2016 | Asset Purchased | PURCHASED 50000000.00 PAR VALUE OF<br>U S TREAS BILLS     11/03/16<br>NET COST 49,984,433.50<br>50000000.00 PAR VALUE AT 99.968867 USD<br>STATE (PROV.) TAX COST 49,984,433.50<br>TRADE DATE 09/07/2016<br>PURCHASED THROUGH CITIGROUP GLOBAL MARKETS INC.<br>62881 | (49,984,433.50) | 0.00 | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER     LBS041692



**Preferred Custody Account —**Redacted**768**
Custody Officer: JOHN HOWARD-217  212-783-7109
Statement Period 01 Sep 2016 — 30 Sep 2016



Private Bank

## ACTIVITY DETAILS

| Trade Date | Settlement Date | Transaction Type | Description | Principal | Income | End of Day Balance |
|---|---|---|---|---|---|---|
| 07 Sep 2016 | 08 Sep 2016 | Asset Purchased | PURCHASED 50000000.00 PAR VALUE OF<br>United States Treas Bills     03/02/17<br>NET COST 49,910,082.00<br>50000000.00 PAR VALUE AT 99.820164 USD<br>STATE (PROV.) TAX COST 49,910,082.00<br>TRADE DATE 09/07/2016<br>PURCHASED THROUGH CITIGROUP GLOBAL MARKETS INC.<br>62881 | (49,910,082.00) | 0.00 | |
| 07 Sep 2016 | 08 Sep 2016 | Asset Purchased | PURCHASED 50000000.00 PAR VALUE OF<br>United States Treas Bills     03/02/17<br>NET COST 49,910,082.00<br>50000000.00 PAR VALUE AT 99.820164 USD<br>STATE (PROV.) TAX COST 49,910,082.00<br>TRADE DATE 09/07/2016<br>PURCHASED THROUGH CITIGROUP GLOBAL MARKETS INC.<br>62881 | (49,910,082.00) | 0.00 | |
| 07 Sep 2016 | 08 Sep 2016 | Asset Purchased | PURCHASED 50000000.00 PAR VALUE OF<br>United States Treas Bills     03/02/17<br>NET COST 49,910,082.00<br>50000000.00 PAR VALUE AT 99.820164 USD<br>STATE (PROV.) TAX COST 49,910,082.00<br>TRADE DATE 09/07/2016<br>PURCHASED THROUGH CITIGROUP GLOBAL MARKETS INC.<br>62881 | (49,910,082.00) | 0.00 | |

00176/00178/02789                State Street Indirect FX Trading Class Action Settlement Fund Class Escrow Account Citibank, N.A., Escrow Agent              Page 11 of 16

000179 CIPNSRN3 001590 000000

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                           LBS041693

**Preferred Custody Account — Redacted 7768**

Custody Officer: JOHN HOWARD-217 212-783-7109
Statement Period 01 Sep 2016 — 30 Sep 2016

Private Bank

citi

## ACTIVITY DETAILS

| Trade Date | Settlement Date | Transaction Type | Description | Principal | Income | End of Day Balance |
|---|---|---|---|---|---|---|
| 07 Sep 2016 | 08 Sep 2016 | Asset Purchased | PURCHASED 50000000.00 PAR VALUE OF<br>United States Treas Bills 03/02/17<br>NET COST 49,910,082.00<br>50000000.00 PAR VALUE AT 99.820164 USD<br>STATE (PROV.) TAX COST 49,910,082.00<br>TRADE DATE 09/07/2016<br>PURCHASED THROUGH CITIGROUP GLOBAL MARKETS INC.<br>62881 | (49,910,082.00) | 0.00 | |
| 07 Sep 2016 | 08 Sep 2016 | Asset Purchased | PURCHASED 23416000.00 PAR VALUE OF<br>United States Treas Bills 03/02/17<br>NET COST 23,373,889.60<br>23416000.00 PAR VALUE AT 99.820164 USD<br>STATE (PROV.) TAX COST 23,373,889.60<br>TRADE DATE 09/07/2016<br>PURCHASED THROUGH CITIGROUP GLOBAL MARKETS INC.<br>62881 | (23,373,889.60) | 0.00 | 486,606.31 |
| 30 Sep 2016 | | | **Closing Balance - Cash** | 486,606.31 | 0.00 | 486,606.31 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER     LBS041694




Private Bank

## Statement of Accounts
Statement Period 01 Sep 2016 — 30 Sep 2016

## NOTES

"Citi Private Bank" is a business of Citigroup Inc. ("Citigroup"), which provides its clients access to a broad array of products and services available through bank and non-bank affiliates of Citigroup. Citi and Citi with Arc Design are trademarks and service marks of Citigroup Inc. and its affiliates and are used and registered throughout the world. Not all products and services are provided by all affiliates or are available at all locations. All credit products are subject to credit approval. Neither Citigroup nor any of its affiliates offers tax or legal advice. In the U.S., brokerage products and services are provided by Citigroup Global Markets Inc. ("CGMI"), Member SIPC. CGMI and Citibank, N.A. are affiliated companies under the common control of Citigroup. Outside the U.S., brokerage services will be provided by other Citigroup affiliates. Investment management services (including portfolio management) are available through CGMI, Citibank, N.A. and other affiliated advisory businesses. In Canada, Citi Private Bank is a division of Citibank Canada, a Schedule II Canadian chartered bank. Certain investment products are made available through Citibank Canada Investment Funds Limited ("CCIFL"), a wholly owned subsidiary of Citibank Canada. Investment Products are subject to investment risk, including possible loss of principal amount invested. Investment Products are not insured by the CDIC, FDIC or depository insurance regime of any jurisdiction and are not guaranteed by Citigroup or any affiliate thereof. CCIFL is not currently a member, and does not intend to become a member of the Mutual Fund Dealers Association of Canada (MFDA); consequently, clients of CCIFL will not have available to them investor protection benefits that would otherwise derive from membership of CCIFL in the MFDA, including coverage under any investor protection plan for clients of members of the MFDA.

Cash Balances : If you have elected to have available cash balances held in or swept to an interest or non-interest bearing deposit account held in a U.S. branch of Citibank, N.A., such balances are FDIC insured up to applicable limits.

Investment products are not insured by the FDIC or any other governmental agency, are not guaranteed by, are not deposits or other obligations of Citibank, N.A. or any other Citigroup affiliate, and are subject to investment risks, including the possible loss of the principal amount invested. Only cash deposit balances held in a U.S. branch of Citibank, N.A. are covered by FDIC deposit insurance; no other asset categories, including securities and money market mutual funds, are covered by FDIC deposit insurance.

Investment Advice : We or another Citigroup Inc. subsidiary or affiliate or a director, officer or employee of any such company, may from time to time have a position in, or underwrite or deal in, one or more of the securities on which we have provided investment advice. Citibank investment decisions are not based on material non-public information.

Note that for non-investment advisory accounts where Citi may recommend transactions to you and may execute solicited and unsolicited transactions within the account, Citi is not obliged to provide periodic portfolio reviews and periodic portfolio reviews will not be provided unless required by local laws or regulations.

Pricing : Prices taken from outside services are believed accurate and are intended as a guide in determining portfolio value. However, prices for some securities are not readily available due to light or inactive trading. Prices for Alternative Investments are deemed to be current, however, they are dependent on the timing of the valuations by the respective funds.

Over-the-counter foreign exchange and derivative transactions and their estimated values : The values provided represent estimates which have been derived from proprietary models and assumptions Citibank believes to be reasonable, as well as financial information from sources Citibank believes to be reliable but have not been independently verified. Valuations based upon other models or assumptions, or calculated as of another date and time may yield significantly different results. The estimated values provided in a client's statement may not represent the actual price at which any transaction may be executed. These estimates are being provided to the client as a courtesy without compensation to Citibank, N.A., for information purposes only, and not for the benefit or use of any third-party. Citibank, N.A. and its affiliates expressly disclaim any responsibility or liability regarding the accuracy, reliability or completeness of these estimated values or their use by a client.

Investments : (i) are not deposits or obligations of Citibank, N.A. or any other insured depository institution, (ii) are not insured by the Federal Deposit Insurance Corporation or any federal government agency and (iii) are subject to investment risks, including possible loss of the principal amount invested.

Products shown on this summary report may be held at Citibank, N.A. ("Citibank"), Citigroup Global Markets Inc. ("CGMI") or other Citibank affiliates (collectively, "Citi"), either in the client's or Citi nominee's name.

Original cost is the total amount paid to purchase a security, including any transaction charges related to the purchase. Some examples of transaction charges can include the following: brokerage fees/commissions, placement fees, and stamp duties.

Tax Reporting : Please do not use this statement for tax reporting purposes. If applicable, a separate tax statement will be sent to you after year end.

Non-U.S. Investment Funds : Funds purchased by a client outside the U.S. have been included for statement purposes only.

Collateralized Debt Obligation notes : There is no established secondary market for Collateralized Debt Obligation notes ("CDOs"). The market value of each issue of CDOs on a client's statement represents estimates as to the general value of the CDO, as of the date(s) indicated. (The market value for newly-issued CDOs, prior to the availability of estimated values, represents the initial purchase price, which may not represent the actual value of the CDO.) The actual market value of the CDOs can only be determined when a transaction is executed in the market. Neither the estimated market value for any CDO nor the assumptions reflected therein represent levels at which actual transactions may occur or have occurred or at which Citigroup, its affiliates, or any party, may be willing to enter into any transaction. Valuations provided in a client's statement are not bids and do not represent an offer to enter into any transaction or a commitment by Citibank to enter into any transaction.

Important Notices Regarding Auction Rate Securities :
Current Price and Current Value : Although "Current Price" and "Current Value" for all Auction Rate Securities (ARS) are shown at par (100) on your statement, these securities may ultimately be valued or traded below par. The ARS market continues to experience significant supply and demand imbalances, resulting in failed auctions and lack of liquidity for many ARS. There is currently no publicly-traded market or price for ARS that are experiencing failed auctions. The "Current Price" shown for such ARS does not represent any actual offer to purchase them at par.

00176/00178/02791

State Street Indirect FX Trading Class Action Settlement Fund Class Escrow

CONTINUED
Page 13 of 16

000179 CIPNSRN3 001591 000000

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

LBS041695

Private Bank



## Statement of Accounts
Statement Period 01 Sep 2016 — 30 Sep 2016

**NOTES** CONTINUED

"Current Price" and "Current Value" are subject to change at any time, without notice, and may be affected by a variety of factors, including but not limited to, continuation of or changes in supply and demand imbalances, development of a secondary market or other pricing or valuation sources, and issuer actions such as redemptions or participation in auctions. Information about Citigroup Global Markets Inc.'s auction practices and procedures is available at www.smithbarney.com/products_services/fixed_income/auction_rate_securities/. Your Relationship Manager is also available to answer any questions you may have.
**Partial Redemptions of Auction Rate Securities** : In the event that an ARS issuer redeems a portion, but not all, of the outstanding ARS in any series, the redemption will be allocated to clients' holdings at Morgan Stanley Smith Barney via an automated, impartial, random lottery process. A description of this process is available at www.smithbarney.com/products_services/fixed_income/auction_rate_securities/. Your Relationship Manager is also available to answer any questions you may have.
Shares Held Elsewhere (SHE) : Other than alternative investments that were offered or sold to you by Citi Private Bank, investments designated as "Held Elsewhere" and any valuations related thereto have been included at a client's request, based solely on information provided by the client, for information purposes only and are intended only for the client's use. These investments are not held through any Citigroup account, and Citibank has not independently verified their existence or the related valuations. Neither Citigroup nor its affiliates assume any responsibility for information contained herein with respect to these investments.
For information regarding alternative investments offered or sold to you by Citi Private Bank designated as "Held Elsewhere", see "Disclosures Regarding Alternative Investments" below.

Securities are reported on a trade-date basis as reflected in the Settled Transactions section of the statement. However, prior to March 01, 2010 certain securities were reported on a settlement-date basis and reflected in a Pending Settlements section of the statement. Please note that historical balances appearing in statements dated prior to March 01, 2010 will reflect a settlement-date accounting methodology.
Money Sweep Instrument Accruals : If your cash balance is fully liquidated at the end of a statement cycle, any pending accrued interest may not be available for viewing until it is actually paid out in the subsequent month. Please discuss any questions with your Banker.

Error Resolution Notice : In Case of Errors or Questions About Electronic Transfers, a client may (1) telephone his/her Private Bank Account Representative, (2) contact the Customer Service Center at 1-800-870-1073, or (3) write to Citicorp Data Systems Inc. P.O. Box 769004, San Antonio, TX 78245-9989. For Investment Accounts, a client may (1) telephone his/her Account Representative or (2) write to Citibank, N.A., Sort 1407, 1 Court Square, Floor 22, Long Island City, NY 11120, USA. In either case, you should call or write as soon as possible, if you think your statement or record is wrong or if you need more information about a transfer listed on the statement or record. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared. (1) Tell us your name and account number (if any). (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. (3) Tell us the dollar amount of the suspected error. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question.

For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation. Should you have any questions about your statement, please contact your Account Representative.
**The following special procedures apply to errors or questions about international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013** : Telephone us at 800-870-1073 or write to us at Citibank Client Services, P.O Box 769014, San Antonio, TX, 78245-9989. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the Senders Reference Number for the transfer (from the Receipt, if available); and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

00176/00178/02792

State Street Indirect FX Trading Class Action Settlement Fund Class Escrow

CONTINUED
Page 14 of 16

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

LBS041696





Private Bank

## Statement of Accounts

Statement Period 01 Sep 2016 — 30 Sep 2016

## NOTES CONTINUED

In case of errors or questions abo ut anything other than Electronic Transfers, you may telephone your Account Representative or contact our Client Services Center at 1-800-870-1073. To protect your rights, you should reconfirm all oral communications in writing to Please include your account number in any written communication to the Client Services Center.

**Financial Coding Guidelines:**
Regulations require that we periodically confirm client net worth and income information. This information appears on the Investment Objective Suitability Confirmation letter in coded format to ensure confidentiality. As you will periodically receive this letter, please refer back to this section to translate the coded information as follows: C=1, D=2, E=3, F=4, G=5, H=6, I=7, J=8, K=9, L=0, M=thousand, N=million, O=billion. For example, "$750,000,000" would be coded to appear in the letter as I-G-L-N.

***Disclosure Regarding Alternative Investments***
Investments in alternative assets (e.g., hedge funds, private equity) are speculative, not suitable for all clients, and intended for experienced and sophisticated investors who are willing to bear the high economic risks of the investment, which can include: loss of all or a substantial portion of the capital invested due to leveraging, short-selling or other speculative investment practices; lack of liquidity in that there may be no secondary market for the Portfolio and none expected to develop; volatility of returns; restrictions on transferring shares/interests in the Portfolio; absence of information regarding valuations and pricing; lack of diversification and concentration of risk due to a single manager delays in tax reporting; less regulation and higher fees than mutual funds; and advisor risk.

Information regarding alternative investments is provided as a service to you and is for informational purposes only. Alternative investments generally lack liquidity in that there may be no secondary market for the investment. The value and prices assigned to alternative investments are based on available information typically received from the funds or other sources outside the Citi Private Bank. These values and prices are subject to change, may not be realized upon the sale or ultimate disposition of the investment and may not reflect more recent market volatility. Citi Private Bank is not responsible for any information or valuation received from other sources, including the fund manager and custodian.
The values and prices assigned to alternative investments are as of the date listed below, which generally reflects the most recent information received prior to this statement's closing date. This statement may contain values and prices as of dates that are inconsistent with your other holdings, due to delays in the availability of the valuation information for alternative investments. Some positions may not represent interests in a fund, but rather redemption proceeds withheld by a fund issuer pending final valuations that are not subject to the investment performance of the fund and may or may not accrue interest for the withholding period. Final valuations and prices will be determined by the fund.
If your investment is held in "nominee name", the nominee is the owner of record on the books and records of the issuer. The issuer will only recognize the nominee as the owner of the investment for all purposes including, but not limited to, communications, capital calls and distributions. Citi Private Bank is not required to take any action with respect to your investment unless valid instructions are received from you in a timely manner and no liability can be accepted for any losses that may arise as a result of your failure to provide such instructions or the failure of your nominee or any other Citi entity to take such actions, if your instructions are not timely received by the nominee.
***Important Information Regarding Notifications of Transactions***

Rating information provided on the face hereof is based upon good faith inquiry of selected sources, but we are not responsible for the appropriateness or correctness of a rating. Securities for which a rating from a nationally recognized statistical rating organization is not available are noted within this document as "NA".
To the extent relevant, transactions executed by Citibank, N.A., Citicorp Trust Delaware, N.A. or Citicorp Trust South Dakota, as applicable, ("Citi") are only executed on an agency basis. Please note, however, that in connection with an over-the-counter (OTC) derivatives transaction, Citibank , N.A. will serve as a direct counterparty to the transaction pursuant to the terms of an ISDA master agreement with the client. When providing the services related to the transactions included herein, Citi acts in one or more of the following capacities: (i) as an investment manager (non-discretionary or discretionary), (ii) in the fiduciary capacity of a trustee, (iii) in the fiduciary capacity of an executor/personal representative of a decedent's estate, and/or (iv) in the non-fiduciary capacity of a custodian. Please refer to the account opening documents for the relevant account for more information with respect to the capacity in which Citi acts with respect to a particular transaction.
The time of the execution of transactions will be provided within a reasonable time upon written request.
If transactions contained herein involve a debt security that is an asset backed security including a municipal collateralized mortgage obligation, which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to repayment, then the actual yield of such security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions of underlying yield) will be furnished upon your written request.

If any transaction is in a debt security subject to redemption before maturity, the security may be redeemed in whole or in part before maturity. The redemption could affect the yield represented. Additional information will be provided upon request.
If Citibank, N.A. or an affiliate has acted as principal in a transaction included herein, the price of the relevant security, instrument or investment may include a mark-up or mark-down. Affiliates of Citibank, N.A. which may act as principal (each an "Affiliated Broker-Dealer") include, among others, Citigroup Global Markets Inc., Citibank International plc, and Latin American Investment Bank Bahamas Limited. Further information will be provided upon written request. If Citibank, N.A. receives remuneration from a party other than the customer, the source and amount of this remuneration will be furnished within a reasonable time upon written request.
Affiliated Broker-Dealers, and/or their directors, officers or employees, may from time to time provide underwriting and other investment banking services for, or solicit business from, the issuer of any security, instrument or other investment that is the subject of a transaction included herein. Further, Affiliated Broker-Dealers (or customers thereof) may underwrite or make markets in or hold positions in or trade (including options on) these or other securities, instruments or investments of such issuer. An affiliated Broker-Dealer may receive a benefit or profit in connection with any of these activities in addition to any fees charged to you (or any other benefit or profit received) by Citibank, N.A. in connection with a transaction included herein.
With respect to the purchase of zero coupon securities, please note: no periodic interest payment will be made, and if callable, securities may be called below maturity value without notice by mail to holder unless registered.

CONTINUED

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

LBS041697

Private Bank



## Statement of Accounts
Statement Period 01 Sep 2016 — 30 Sep 2016

**NOTES** CONTINUED

*For US Persons Only*: This statement may also reflect your contributions and distributions to alternative investments subsequent to the listed valuation dates. Cash distributions from alternative Investments are categorized as "cash receipts" herein and will not be reported as taxable income on your year-end Form 1099, where applicable. You will receive either a Schedule K-1 or other documentation from the fund each year for use in preparing your annual tax return. For information regarding the source of a cash distribution, please consult the fund's investor reports, investor services or year-end tax report.
The alternative investments listed are not covered by FDIC (Federal Deposit Insurance Corporation) or SIPC (Securities Investor Protection Corporation).
*Mortgage-backed securities ("MBS")*, which include collateralized mortgage obligations ("CMOs"), also referred to as real estate mortgage investment conduits ("REMICs"), may not be suitable for all investors. There is the possibility of early return of principal due to mortgage prepayments, which can reduce expected yield and result in reinvestment risk. Conversely, return of principal may be slower than initial prepayment speed assumptions, extending the average life of the security up to its listed maturity date (also referred to as extension risk).
Additionally, the underlying collateral supporting non-Agency MBS may default on principal and interest payments. In certain cases, this could cause the income stream of the security to decline and result in loss of principal. Further, an insufficient level of credit support may result in a downgrade of a mortgage bond's credit rating and lead to a higher probability of principal loss and increased price volatility. Investments in subordinated MBS involve greater credit risk of default than the senior classes of the same issue. Default risk may be pronounced in cases where the MBS security is secured by, or evidencing an interest in, a relatively small or less diverse pool of underlying mortgage loans.

MBS are also sensitive to interest rate changes which can negatively impact the market value of the security. During times of heightened volatility, MBS can experience greater levels of illiquidity and larger price movements. Price volatility may also occur from other factors including, but not limited to, prepayments, future prepayment expectations, credit concerns, underlying collateral performance and technical changes in the market. Please read offering documents and/or prospectus information carefully for the risks associated with the particular MBS security you are purchasing.
Please notify your banker if you would like to impose or change any reasonable restrictions on the management of your account, or if there have been any changes in your financial situation, investment objectives, requested restrictions or other instructions which might affect the services to be provided to you or the manner in which your investments should be invested.

INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER    LBS041698