# EX. 119

| | |
|---|---|
| **From:** | Sucharow, Lawrence <LSucharow@labaton.com> |
| **Sent:** | Wednesday, August 26, 2015 11:13 AM |
| **To:** | Lynn Sarko; Robert L. Lieff; Daniel P. Chiplock; Michael Thornton; 'Kravitz, Carl S.'; Brian McTigue; Goldsmith, David; Garrett J. Bradley |
| **Cc:** | Lynn Sarko |
| **Subject:** | RE: State Street FX-- ERISA atty fees |

Thanks for your and Bob's efforts.
&

**From:** Lynn Sarko [mailto:lsarko@KellerRohrback.com]
**Sent:** Wednesday, August 26, 2015 11:30 AM
**To:** Sucharow, Lawrence; Robert L. Lieff; Daniel P. Chiplock; Michael Thornton; 'Kravitz, Carl S.'; Brian McTigue; Goldsmith, David; Garrett J. Bradley
**Cc:** Lynn Sarko
**Subject:** State Street FX-- ERISA atty fees
&
SUCCESS.
&
I am happy to report that we have a deal with the DOL on the amount of atty fees we can charge in the Class cases.
&
They have agreed that they are agreeable for us to charge the ERISA plans-& **$10.9 million atty fees**.& & To put it another way- that the settlement amount going to ERISA plans **"net of fees" will be $49.1 million**
&
They understand that we have not yet decided how we want to present the settlement—and they are agnostic on the structure.& & They would like to see how we are going to phrase it—to make sure that we are living up to this agreement---&
But they are fine with:
1.& We can ask the Court for whatever percentage fee we want- as long as the ERISA plans are only charged $10.9 million.
2.& We can phrase the settlement amount as whatever we want—although they are expecting us to say that the class **settlement amount was $300 million**.& However- if we want to say it is some lesser amount—or say that we are not seeking fees on the whole portion of the $60 million gross recovery- that is our business.
&
In other words—they & have given us a green light on how we describe it.& & & Based on this understanding they will not object to our fee application.
&
They also understand that "Litigation costs" will be charged pro rata on the whole $300 million.
&
**Next step---** they would like to see how we are going to phrase this----- ie: by putting something in our term sheet- or them putting something in their term sheet- or some other writing, etc.
&
Now that we know the numbers—let's go back to a discussion of how we are going to present this in the papers.
&
One last thing—please caution everyone in your firms—that we should not start having separate discussion with the DOL on how to phrase the ERISA fee issue.& Once we come up with the language, I will volunteer to deal with the DOL.
&

1

Confidential: Produced Pursuant to Court Order.                                                                                           TLF-SST-052697

But the bottom line—we have a deal for $10.9 million ERISA fees.& & & & Let's not discuss this on today's "plan of allocation call" at 2 pm Eastern.& & The DOL will be circulating a new dial in number for that call = as the current number doesn't work.
&
Lynn
&
**Lynn Lincoln Sarko**
Managing Partner
&
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101

Phone: (206) 623-1900
Fax: (206) 623-3384
E-mail: lsarko@kellerrohrback.com
&

***Privilege and Confidentiality Notice***

This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

&

Confidential: Produced Pursuant to Court Order.                                              TLF-SST-052698