# EX. 120

| | |
|---|---|
| **Message** | |
| **From**: | Keller, Christopher J. [ckeller@labaton.com] |
| **Sent**: | 12/5/2016 8:43:50 PM |
| **To**: | Belfi, Eric J. [EBelfi@labaton.com] |
| **Subject**: | FW: Wiring instructions |

I'm concerned that, although the fees will be received by lawyers, it looks like we are sending part of our fee to an account that is not clearly a law firm. Let's discuss.


<http://www.labaton.com/>

Christopher J. Keller | Partner

140 Broadway, New York, New York 10005

T: (212) 907-0853 |  F: (212) 883-7053

E:  <mailto:ckeller@labaton.com> ckeller@labaton.com  |  W:  <http://www.labaton.com/> www.labaton.com


 <http://www.linkedin.com/company/labaton-sucharow-llp>   <https://twitter.com/LabatonSucharow>  <https://www.facebook.com/pages/Labaton-Sucharow-LLP/443111702425065>


From: Damon Chargois [mailto:damon@cmhllp.com]
Sent: Monday, December 05, 2016 3:34 PM
To: Belfi, Eric J.; Keller, Christopher J.
Subject: Fwd: Wiring instructions


Here you go, Eric.  See email below from last time for routing, account and EIN. The name on the account is K&D Consulting & Investments.

Sent from my iPhone


Begin forwarded message:

From: <damon@cmhllp.com <mailto:damon@cmhllp.com> >
Date: September 22, 2016 at 9:30:17 AM CDT
To: <ckeller@labaton.com <mailto:ckeller@labaton.com> >
Subject: Wiring instructions

Chris, here are the wiring instructions for Spectrum and Vocera disbursement:

Texas Citizens Bank
4120 Fairmont Parkway, Tx 77504
Account ▮▮▮▮▮▮
Routing ▮▮▮▮▮▮
EIN# ▮▮▮▮▮▮


Sent from my iPhone

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                                                         LBS030625