# EX. 121

Message

| | |
|---|---|
| **From:** | Belfi, Eric J. [/O=GOODKIN LABATON RUDOFF SUCHAROW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BELFIE] |
| **Sent:** | 12/5/2016 8:45:32 PM |
| **To:** | Keller, Christopher J. [ckeller@labaton.com] |
| **Subject:** | RE: Wiring instructions |

Totally agree. I will call when on the ground.


**From:** Keller, Christopher J.
**Sent:** Monday, December 05, 2016 3:44 PM
**To:** Belfi, Eric J. <EBelfi@labaton.com>
**Subject:** FW: Wiring instructions


I'm concerned that, although the fees will be received by lawyers, it looks like we are sending part of our fee to an account that is not clearly a law firm. Let's discuss.


**Labaton Sucharow**

Christopher J. Keller | Partner
140 Broadway, New York, New York 10005
T: (212) 907-0853 | F: (212) 883-7053

E: ckeller@labaton.com | W: www.labaton.com


  


**From:** Damon Chargois [mailto:damon@cmhllp.com]
**Sent:** Monday, December 05, 2016 3:34 PM
**To:** Belfi, Eric J.; Keller, Christopher J.
**Subject:** Fwd: Wiring instructions

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                                      LBS028053

Here you go, Eric.  See email below from last time for routing, account and EIN. The name on the account is K&D Consulting & Investments.

Sent from my iPhone


Begin forwarded message:

**From:** <damon@cmhllp.com>
**Date:** September 22, 2016 at 9:30:17 AM CDT
**To:** <ckeller@labaton.com>
**Subject: Wiring instructions**

Chris, here are the wiring instructions for Spectrum and Vocera disbursement:

Texas Citizens Bank
4120 Fairmont Parkway, Tx 77504
Account :
Routing #
EIN# 47-


Sent from my iPhone

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                                        LBS028054