# EX. 124

Message

| | |
|---|---|
| **From:** | Zeiss, Nicole [/O=GOODKIN LABATON RUDOFF SUCHAROW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=ZEISSN] |
| **Sent:** | 12/7/2016 5:01:27 PM |
| **To:** | Ng, Cindy [CNg@labaton.com] |
| **CC:** | Goldsmith, David [dgoldsmith@labaton.com] |
| **Subject:** | final work on letter to Citibank |

Damon's allocation should come out of our IOLA. It is fine for that to happen on Friday.

Thanks

**From:** Zeiss, Nicole
**Sent:** Wednesday, December 07, 2016 11:30 AM
**To:** Ng, Cindy
**Cc:** Goldsmith, David
**Subject:** Chargois wire instructions are below

Below are his wire instructions, looks like they match the W-9 and undertaking. Sorry to be all over the place but I have to ask Larry something about whether Damon should be paid out of the Citibank escrow account

**From:** Belfi, Eric J.
**Sent:** Wednesday, December 07, 2016 8:58 AM
**To:** Zeiss, Nicole
**Subject:** Re: Damon

Please use this:

Wells Fargo Bank NA

121000248

Damon J. Chargois

ss#

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                                          LBS032881

Routing : █████

Acct. # ███████

Wells Fargo

420 Montgomery Street

San Francisco, CA 94104


He needs a new undertaking for Damon Chargois, Esq.



Eric Belfi

Partner

Labaton Sucharow LLP

140 Broadway

New York, N.Y. 10005

o: 1.212.907.0878

c: 1.516.509.5236


On Dec 7, 2016, at 5:01 AM, Zeiss, Nicole <NZeiss@labaton.com> wrote:

Hi again, we have to pull the trigger on this this am so Cindy can finalize the bank letter. Thanks


Sent from my BlackBerry 10 smartphone.

**From:** Zeiss, Nicole

**Sent:** Tuesday, December 6, 2016 11:18 AM

**To:** Belfi, Eric J.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                                              LBS032882

**Subject:** Damon

I spoke with David.  Do you think we will have time to process his allocation once he wants it, or will it be a rush?  If it will be a rush, then I want to tell accounting to bring the money into our IOLA.  Otherwise, it can stay in the settlement fund, but it will take some hoops to get it out (Keller AND Larry signature).

Labaton
Sucharow

Nicole M. Zeiss | Partner

140 Broadway, New York, New York 10005

T: (212) 907-0867 | F: (212) 883-7067

E: nzeiss@labaton.com | W: www.labaton.com

<image003.gif>

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER