# EX. 128

JOINT RESPONSE BY LABATON SUCHAROW LLP
AND CHARGOIS & HERRON, LLP

TO THE REQUEST FOR QUALIFICATIONS ("RFQ") FOR OUTSIDE LEGAL COUNSEL
SECURITIES LITIGATION, CLASS ACTION MONITORING AND ADVICE;
ASSET RECOVERY

July 30, 2008

LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone (212) 907-0700
Facsimile (212) 818-0477

Eric J. Belfi
Partner
Direct Dial (212) 907-0878
ebelfi@labaton.com

CHARGOIS & HERRON, LLP
2201 Timberloch Place
Suite 110
The Woodlands, Texas 77380
Telephone (281) 444-0604
Facsimile (281) 440-0124

Damon Chargois
Managing Partner
Dial (281) 444-0604
damon@cmhllp.com

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                          LBS017738

## 5. Requested Information

5.2 *If with a firm, provide a description of your law firm, including historical background, number and location of firm offices, number of attorneys, and major areas of practice.*

### Response of Labaton Sucharow

Labaton Sucharow LLP was established in 1963 in New York City. At the firm's inception, the majority of the practice was commercial work and less than half the work was contingent litigation. Labaton Sucharow began providing securities litigation consulting services to public pension plans in 1995, the year of the passage of the Private Securities Litigation Reform Act (PSLRA).

Currently, two-thirds of the firm's approximately 55 lawyers are dedicated to the prosecution of securities class actions, institutional investor "opt out" cases, and other shareholder actions. Labaton Sucharow has one office location where the services discussed herein would be performed. The firm is located at 140 Broadway, New York, NY 10005; Tel: (212) 907-0700. Labaton Sucharow currently has approximately 55 attorneys, 17 paralegals and 69 additional support staff. Class action securities litigation and related portfolio monitoring services represent Labaton Sucharow's principal practice area and source of revenue. The firm also maintains an active antitrust class action practice.

### Response of Chargois & Herron

Chargois & Herron, LLP was established in 2005 by Timothy P. Herron and Damon J. Chargois after working together and separately in commercial, class action, mass tort and insurance defense litigation for fourteen (14) plus years. Both attorneys, along with partner, Che Williamson are licensed in all federal and state courts in Arkansas and Texas. Chargois & Herron began providing securities litigation services in 2006 and have been pleased to achieve significant monetary results for public pension plans since that time.

Currently, we have offices in Little Rock, Arkansas and The Woodlands, Texas with six full-time practicing attorneys who have held law licenses as follows: (Timothy Herron – 28 years), (Che Williamson – 18 years), (Kamran Masheyekh – 18 years), (Damon Chargois – 14 years), (Carlos Fernandez – 5 years) and (Kirk Chargois – 2 years). Our primary address is 2201 Timberloch Place, Suite 110, The Woodlands, Texas 77380; (281) 444-0604.

5.3 *State whether your response excludes any services contemplated by the RFQ set forth in the scope of services in section 3.2.*

Labaton Sucharow's and Chargois & Herron's responses do not exclude any services contemplated by the RFQ set forth in the scope of services in section 3.2.

5.4 *State whether your firm is able to conduct ongoing client portfolio monitoring (tracking portfolio trading and cross-referencing the trading against potential securities claims) by reviewing the System's portfolio losses on a regular basis, investigating potential claims, preparing detailed reports of findings; and presenting the findings to ATRS.*

### Response of Labaton Sucharow

Labaton Sucharow is committed to high-level client service. A major component of the litigation and client services that we propose to the ATRS is our portfolio monitoring program, that utilizes a full compliment of professional analyses as well as out proprietary software system called LPAS©.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                  LBS017739

We believe that a strong analysis and quick determination of possible financial exposure can be the first line of defense when corporate misconduct and fraud result in investment losses.

***Identification*** In its Case Evaluation Group, Labaton Sucharow has assembled several attorneys and other professionals with decades of combined experience distilling information in the marketplace in an effort to uncover and investigate instances of potential securities fraud on behalf of our clients. Labaton Sucharow subscribes to and monitors sophisticated financial research services, including Bloomberg and Thomson Reuters, the same tools used by analysts at major financial services firms. We use these information services to monitor news coverage and market activity throughout the day to identify potential securities law violations and analyze the impact of the claims on our clients' portfolios. Among the other sources we monitor are: (i) the Federal Securities Law Reports published by CCH; (ii) the Securities Class Action Services database maintained by the Riskmetrics Group; (iii) Stanford Law School's Securities Class Action Clearinghouse; and (iv) other legal journals and newspapers.

The Group includes five attorneys, led by Christopher Keller, who have many years of experience performing this specialized function. The Group also includes two Wall Street analysts, several damages analysts, and private investigators formerly with the Federal Bureau of Investigation. This group has been pivotal to enhancing Labaton's institutional shareholder services by being able to marshall the critical facts necessary to prevail in complex securities class action litigation.

***Analysis*** When a security suffers a significant decline in value or when litigation has been commenced against a company, we commence a multi-tiered analysis of the situation. The analysis includes early identification and assembly of facts, legal and factual analysis and ranking (using a proprietary grading system that allows us to objectively rate the facts), determination of the magnitude of the alleged fraud (in terms of class-wide damages), and investigation of non-public information and sources. This in-depth review yields a "grade" for the case that reflects our analysis of the strengths and weaknesses of the claim. This grade is based upon a number of factors, including the size of the company, evidence of intentional or reckless wrongdoing, the types of issues involved (including any earnings restatements or other accounting issues), whether there is an ongoing governmental investigation, the potential liability of third-party defendants such as auditors or underwriters, the solvency of the defendant, and whether there was a significant stock price decline in reaction to the alleged wrongdoing. The findings are captured in a summary report. An example of such a review is attached as **Exhibit A**.

***Review of losses*** If we discover that the ATRS invested in a company that has engaged in allegedly fraudulent behavior, we quickly can assess the losses incurred. This loss amount is an estimated loss as limited by the PSLRA, which is not the same as your legally compensable damages. To that end, LPAS (further discussed in Section 5.5, below), allows us to quickly quantify our clients' financial exposure to the security at issue so that we may advise our clients on the strength of their position to pursue litigation, either individually or as a lead plaintiff on behalf of a class of investors. This assessment can be made as soon as a situation has been identified, depending on the data that is available to us, and is an essential component of the advice we could provide to the ATRS on the likelihood of its success were the ATRS to move to be appointed Lead Plaintiffs. Whether our advice is to pursue litigation or not, it is based on our client's true financial interest in the litigation and the merits of the case.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                      LBS017740

***Reporting***  Included in our analysis of the case, is an analysis of the options available to our clients. If a case meets certain criteria, we will inform the ATRS about the issues involved in the case, and we may request that the ATRS research their holdings so that we can provide an analysis of the ATRS's financial exposure.  On a case-by-case basis, we will provide a comprehensive legal analysis for the client's review.  An example of such a review is attached as **Exhibit B**.  Additionally we provide reports each quarter that recite our findings for the cases we have reviewed in prior periods and the results of our research.  Please refer to **Exhibit C** for an example of a Quarterly Report.

Many institutional clients expect and receive regular oral or written updates concerning matters of potential interest.  Typically, we would first discuss the issues of a specific case that we are analyzing with the ATRS before a report is submitted.  However, other reports – primarily our quarterly reports and any urgent/time-sensitive matter that we are bringing to the ATRS's attention – might be transmitted via e-mail to our contact at the ATRS without a formal discussion beforehand.  The decision to commence an action and overall litigation strategy are always made after close consultation between Labaton Sucharow and our client, and at a client's request, Labaton Sucharow will circulate drafts of court filings well in advance of filing dates for review and comment. Monitoring services will be handled by partner, Christopher Keller, and the overall relationship would be managed by partner, Eric Belfi.  Matters connected to litigation would be managed by Mr. Belfi and chairman, Mr. Lawrence Sucharow.  Please see **Exhibit D**, to view the full resume of each attorney.

***Recommendation***  We are protective of our institutional clients and therefore proceed carefully before recommending legal action.  Quite often, the results of our analysis indicate that it is not advisable for the client to participate as a lead plaintiff, because the amount of the loss is not significant or participating as a lead plaintiff may not be in the client's best interests for other reasons.  If we determine that claims lack merit or are weak, we will so advise.  A law firm cannot guarantee success in securities litigation, but according to the annual securities class actions study published by Cornerstone Research, for the past three years Labaton Sucharow, on a percentage basis, recovers more than any other plaintiffs' class action firm.

In any case, our recommendation will be an informed one, suited to the needs of the client.  Labaton Sucharow recognizes that clients desire varying levels of involvement with these processes, and the firm certainly can provide training to effectively supervise and assist in these activities.

## Response of Chargois & Herron
Chargois & Herron has six attorneys and three paralegals with decades of combined experience in monitoring and researching corporations and the market in analyzing conduct with an eye toward discovering possible impropriety.  Additionally, we work closely with counsel in New York, including Labaton Sucharow, and California in order to stay abreast of trends and activities in the market.  We are free to utilize their resources and they ours – at any time in an effort to provide the best service to our institutional investor clients.

Chargois & Herron owns an Alabama company called 270 Discovery Solutions which provides document research, indexing and computer inputting of the millions of items of information contained in the documents that are routinely produced – usually under court order – in securities class action litigation.  Uniquely, our company is staffed almost entirely by licensed attorneys, numbering in excess of 25 attorneys.  This puts Chargois & Herron in a unique and special position to handle any securities litigation matter, regardless of size.

5.5 *State whether your firm has the ability to monitor the ATRS portfolio in this regard through access to the ATRS custodial account, rather than requesting ATRS staff for information regarding securities holdings.*

**Response of Labaton Sucharow**
Yes, Labaton Sucharow has the ability to monitor the ATRS portfolio through access to the ATRS custodial account. We have relationships with all of the major custodial banks in the U.S. and have handled multiple systems when retrieving our clients' data. Therefore, the necessary information is gathered without intrusion into our clients' day-to-day business. At the outset, a minimal effort is required to set up the authorization and permissions for our access to the ATRS portfolio. Beyond that, our team handles the rest of the communications with the custodian and the retrieval of the ATRS portfolio records.

Labaton Sucharow has invested significant resources to develop and maintain an infrastructure and software program to accomplish this for our clients. Labaton Portfolio Analysis System (LPAS) is a unique and proprietary database management and software application that allows us to capture our clients' trading information and over time build a historical record of the transactions, housed in our internal, secure database. In particular, with access to our clients' historic trading records, LPAS allows us to monitor the data and identify eligible losses. When a new situation is identified, LPAS identifies matches between the securities owned by ATRS and will perform an analysis of their financial exposure, using court-approved evaluation models. Please see **Exhibit E** for a description of LPAS.

Additionally, Labaton Sucharow has access to comprehensive information with respect to securities class action settlements. The firm can provide this information to the ATRS's custodian bank at no charge and make all necessary forms available to the custodian.

**Response of Chargois & Herron**
Chargois & Herron has the ability to monitor the ATRS through access to the ATRS custodial account, rather than requesting ATRS staff for information regarding securities holdings.

5.6 *Subject to the consent of clients as required by applicable ethics rules, provide a listing of representative clients. Responses may, with the consent of the clients, include names and phone numbers of specific references. Subject to the clients' consent, identify specifically any pension plans or other major institutional investors, either private or public, to which you render or have rendered significant legal services concerning the relevant subject area(s) during the past year. If no clients consent, or if you elect not to request such consent, please so state and describe the representative clients in general terms to support your firm's qualification and experience to represent ATRS.*

**Response of Labaton Sucharow**
**California Public Employees' Retirement System**. The primary contact person is Peter H. Mixon, Esq., General Counsel, 400 Q Street, Suite 3340, Sacramento, CA 95814. Tel: (916) 795-3675.

**New York State Common Retirement Fund**. The primary contact person is Luke Bierman, Esq., General Counsel, Office of the New York State Comptroller, 110 State Street, Albany, NY 12236. Tel: (518) 474-3444.

**New York City Retirement Systems**.  The primary contact person is Carolyn Wolpert, Esq., Deputy Division Chief, Pensions Division, New York City Law Department, Office of the Corporation Counsel, 100 Church Street, Room 5-147, New York, NY 10007.  Tel: (212) 788-0748.

**New Mexico Educational Retirement Board**.  The primary contact person is Gary King, Esq., Attorney General State of New Mexico, 408 Galisteo Street, Villagra Building, Santa Fe, NM 87501.  Tel: (505) 827-6000.

**Commonwealth of Massachusetts Pensions Reserves Investment Management Board**.  The primary contact person is Grace H. Lee, Esq., First Deputy Treasurer/General Counsel, Office of the State Treasurer, One Ashburton Place, 12th Floor, Boston, MA 02108.  Tel: (617) 367-9333, Ext. 307.

<u>Response of Chargois & Herron</u>
Among others, Chargois & Herron has represented, along with co-counselors, Bristol County Retirement Systems, Inc., Plymouth County Retirement System and merchants in Class Action litigation against credit card companies based on hidden surcharges.

5.7     *Provide a very brief summary resume describing the education, legal or investment experience, recent speaking engagements, and a list of significant, relevant publications of the attorney or attorneys proposed to work as lead attorney(s).*

<u>Response of Labaton Sucharow</u>
The number and identity of the Labaton Sucharow and Chargois & Herron attorneys and other legal professionals who would be assigned to a securities litigation matter on behalf of the ATRS would vary depending on the size, complexity and issues in any given case.  Assuming that a particular case involved complex accounting issues, large numbers of documents, and dozens of fact and expert witnesses, the team likely would be comprised of the following attorneys from Labaton Sucharow: Eric J. Belfi, Lawrence A. Sucharow, Thomas A. Dubbs, Christopher J. Keller, Zachary M. Ratzman, Ann E. Gittleman, and Krista T. Rosen; and Damon J. Chargois, Timothy P. Herron, Kamran Mashayekh, and Che D. Williamson from Chargois & Herron.  To view the full resume of each attorney, please see **Exhibit D**.

**Eric J. Belfi**, a partner with the firm, is an accomplished litigator in a broad range of commercial matters.  He concentrates his practice in the investigation and initiation of securities and shareholder class actions, with an emphasis on the representation of major international and domestic pension funds and other institutional investors.  Prior to entering private practice, Mr. Belfi served as an Assistant Attorney General for the State of New York and an Assistant District Attorney for the County of Westchester, New York.  As a prosecutor, Mr. Belfi investigated and prosecuted numerous white-collar criminal cases, including securities law violations.  In this capacity, he presented hundreds of cases to the grand jury and obtained numerous felony convictions after jury trials.

Mr. Belfi is a regular speaker and author on issues surrounding securities litigation, with a focus on international institutional investors.  He was invited to speak at the prestigious Euroshareholders Annual Conference, in Brussels, in February 2008.  Most recently, he spoke regarding securities class actions at the William H. Bowen School of Law at the University of Arkansas in June of 2008.  Mr. Belfi is the co-author of *The Proportionate Trading Model: Real Science or Junk Science?* 52 Cleveland St. L.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER     LBS017743

Rev. 391 (2004-05) and "International Strategic Partnerships to Prosecute Securities Class Actions, Investment & Pensions Europe," *Investments & Pensions Europe*, 2005.

He received a B.A. from Georgetown University in 1992 and a J.D. from St. John's University School of Law in 1995.

**Lawrence A. Sucharow**, a nationally and peer recognized leader of the class action bar, is the chairman of Labaton Sucharow. In his capacity as chairman, he participates in developing the litigation and settlement strategies for virtually all of the class action cases Labaton Sucharow prosecutes. For more than three decades, Mr. Sucharow has devoted his practice to counseling clients and prosecuting cases on complex issues involving securities, antitrust, business transaction, product liability, and other class actions.

Mr. Sucharow is the co-author of "Executive Compensation -- Despite Reforms, Pay Is Less Transparent and Shareholder-Friendly Than in the Past," *New York Law Journal*, March 20, 2008, and "FIFO vs LIFO, Different ways to calculate shareholder losses for purposes of appointing lead plaintiff lead to different results," *Investment & Pensions Europe*, May 2006.

Mr. Sucharow earned a B.B.A., *cum laude*, from the Baruch School of the City College of the City University of New York in 1971 and a J.D., *cum laude*, from Brooklyn Law School in 1975.

**Thomas A. Dubbs**, a senior partner with the firm, specializes in the representation of institutional investors including pension funds in securities fraud and other types of litigation. A recognized leader in the field, Mr. Dubbs represented the first major private institutional investor to become a lead plaintiff in a class action under the Private Securities Litigation Reform Act. He was formerly Senior Vice President and Senior Litigation Counsel for Kidder, Peabody & Co. Incorporated ("Kidder") for seven years, where he represented Kidder in a variety of matters, including in many class actions. He is the only member of the plaintiffs' bar who has held a senior position at a major investment bank, and is, thus, uniquely able to advise on issues involving the underwriting process and due diligence requirements. Also, he is able to understand and anticipate the perspective and strategy of defense counsel in securities cases, a substantial tactical advantage in determining the proper approach to take in litigating, settling or trying a particular action.

Mr. Dubbs is the co-author of "US Focus: Time for Action," *Legal Week*, April 17, 2008. Mr. Dubbs frequently lectures to institutional investors and other groups such as the Government Finance Officers Association, the National Conference of Public Employee Retirement Systems and the Council of Institutional Investors. In March 2008, Mr. Dubbs participated in a roundtable discussion hosted by The Law Society in London regarding class actions lawsuits.

Mr. Dubbs received a B.A. and a J.D. from the University of Wisconsin in 1969 and 1974, respectively. In 1971, he earned an M.A. from the Fletcher School of Law and Diplomacy of Tufts University.

**Christopher J. Keller**, a partner with the firm, leads the firm's Case Evaluation Group and has been involved in investigating and initiating numerous securities class actions. He was a member of the trial team that successfully litigated the *In re Real Estate Associates Limited Partnership Litigation* in the United States District Court for the Central District of California. The six-week jury trial resulted in a landmark $184 million plaintiffs' verdict, which is one of the largest jury verdicts since the passage

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER LBS017744

of the Private Securities Litigation Reform Act of 1995. Most recently, he was instrumental in securing a $117.5 million settlement in *In re Mercury Interactive Securities Litigation*, which is one of the largest settlements to date in a securities options backdating class action.

Mr. Keller is the co-author of "Tellabs': PSLRA Pleading Test Comparative, Not Absolute," *New York Law Journal*, October 3, 2007, and "FIFO vs LIFO, Different ways to calculate shareholder losses for purposes of appointing lead plaintiff lead to different results," *Investment & Pensions Europe*, May 2006. Mr. Keller is a regular speaker at institutional investor gatherings. In June 2008, he spoke at a Continuing Legal Education course on subprime and mortgage related claims.

Mr. Keller received a B.S. from Adelphi University in 1993 and a J.D. from St. John's University School of Law in 1997.

**Zachary M. Ratzman**, Of Counsel to the firm, has been practicing in the area of securities fraud litigation for five years. Since early 2005, he has litigated the case *In re American International Group, Inc. Securities Litigation*, on behalf of three Ohio pension funds and a class of defrauded investors, and has played key roles in other noteworthy actions, including *In re Bristol-Myers Squibb Securities Litigation*. Prior to joining Labaton Sucharow, Mr. Ratzman practiced white-collar criminal defense and complex commercial litigation as an associate in the New York offices of Skadden Arps Slate Meagher & Flom LLP and Patterson Belknap Webb & Tyler LLP.

Mr. Ratzman received a B.A. from Ohio University, where he graduated *summa cum laude* and with Phi Beta Kappa honors. He earned a J.D. from the University of Michigan Law School, where he graduated, *magna cum laude*, and as a member of the Order of the Coif.

**Ann E. Gittleman**, an associate with the firm, is a Certified Public Accountant. Before becoming an attorney, she worked for PricewaterhouseCoopers LLP for more than two years, where she performed audits and interacted with governmental organizations, such as the SEC, IRS and Attorney General Office, in coordinating and facilitating investigations. As such, she is uniquely qualified to analyze complex fact patterns and utilize various principles of the accounting and auditing profession in actions involving accounting fraud.

Ms. Gittleman earned a B.S. and a B.A., both *magna cum laude*, from Bryant University in 1999, and received her J.D. from Brooklyn Law School in 2004, where she was a member of both the Moot Court Honor Society and the Securities Law Association.

**Krista T. Rosen**, an associate with the firm, focuses her practice in the area of securities class action litigation. She is a member of the team litigating the federal securities fraud class action against AIG, representing as Lead Plaintiff several Ohio pension funds.

Ms. Rosen earned a J.D. from the Benjamin N. Cardozo School of Law in 2006. During law school, she was selected to participate in the Securities Arbitration Clinic, where she represented investors in arbitration actions against securities brokers. Additionally, she served as the Articles Editor of the *Cardozo Law Review*. In March 2006, she was awarded third place in the 2005-2006 national writing competition sponsored by the Association of Securities and Exchange Commission Alumni (ASECA) for her Note entitled, *Staying in Court While Staying Discovery: Finding Exceptions for Government-Produced Documents Under the PSLRA*.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                              LBS017745

**Damon J. Chargois** was born on December 26, 1966. He was admitted to the Texas Bar on November 4, 1994, and the Arkansas Bar in 2006. Mr. Chargois received his undergraduate degree in English Literature in 1991 and received his Doctor of Jurisprudence from the University of Houston Law Center in May 1994. Mr. Chargois is licensed to practice in all Texas and Arkansas Courts, as well as Federal District Courts and the U.S. 5th Circuit Court of Appeals. Additionally, he has successfully tried a federal case to unanimous positive verdict that was subsequently affirmed by the 5th Circuit Court of Appeals and, then, had writ of certiorari denied by the U.S. Supreme Court, resulting in a final ruling affirming Mr. Chargois' verdict.

Mr. Chargois has handled a variety of class action and mass tort litigation cases, including a commercial, occupational, mass torts, including business transactions, products liability, pharmaceutical, class action, asbestos and benzene chemical exposures.

Upon graduating as class captain from his law school, Mr. Chargois worked as a corporate and insurance defense attorney in Dallas, Texas, with the law firm Cowles & Thompson, P.C., while also serving as criminal prosecutor for the townships of Rockwall, Rowlette, and Heath, Texas. In 1996, he became a mass tort plaintiff's trial lawyer, ultimately rising to Head of Litigation for national law firm Foster & Sear, L.L.P.

In 2004, the law firm Chargois & Herron was founded with Damon Chargois and Timothy P. Herron. In 2006, Chargois, Mashayekh & Herron was formed to specialize in commercial and class action lawsuits, and expand the firm's commercial and financial business interests. Mr. Chargois' practice is multi jurisdictional and he oversees litigation in several states on the federal and state level. He is a member of the State Bar of Texas Litigation Section, the American Association for Justice, and Texas Trial Lawyers Association. Chargois, Mashayekh & Herron has offices in the Woodlands, Texas; Little Rock, Arkansas; and New York, New York.

Mr. Chargois is a member of the Board of Directors for the University of Houston Law Alumni Foundation. Additionally, he is a member of the Advisory Board of Directors for Houston Achievement Place, a charity specializing in caring for the needs of at risk foster children. He has also served as a guest lecturer on a number of legal topics, including mass tort litigation and bankruptcy to the University of Arkansas—Little Rock Law School.

**Timothy P. Herron** was born in Hot Springs, Arkansas, on October 18, 1952. He was admitted to the Texas Bar in 1980. Mr. Herron did his undergraduate and graduate education at Texas Christian University receiving a Bachelor of Fine Arts in Speech and Communication in 1974 and a Master of Science in Speech and Communication in 1975. He taught as a professor at Samford University before being awarded a Fulbright Scholarship to attend Baylor Law School in Waco, Texas where he obtained his Juris Doctor Degree in 1980 (*cum laude*).

In law school, he was voted the most outstanding trial advocate in the nation and was on Baylor's national winning mock trial team. Mr. Herron began as an attorney with Baker & Botts in Houston in the employment litigation section. He left Baker Botts, to become a partner in the firm of Hope & Mays and later Crews & Herron in Conroe, Texas. In 1990, along with Don Wetzel, he formed the law firm of Wetzel & Herron which specialized in insurance defense and commercial litigation.

After representing mainly defense and commercial clients for eighteen years, Mr. Herron changed his practice to handle only plaintiffs' mass torts. In 1998, he started the law firm of Hissey Kientz &

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER　　　　　　　　　　　　　　　　　　　　　　LBS017746

Herron with Rob Kientz, and Mike Hissey, which since that time continues to handle mass tort litigation. Their cases include a wide range of occupational and mass torts, including asbestos and pharmaceutical litigation.

In 2004, the law firm Chargois & Herron was founded with Damon Chargois and Timothy P. Herron. In 2006, the firm expanded to specialize in commercial and class action lawsuits, and expand the firm's commercial and financial business interests. Mr. Herron's practice is multi jurisdictional and he oversees litigation in several states on the federal and state level. He is licensed in Texas and Arkansas. He is board certified in Civil Trial Litigation since 1989, is licensed to practice in the Federal Courts of Texas, and is a member of the State Bar of Texas in the Litigation Section and the AAJ and TTLA. In addition, he is chairman of the Unauthorized Practice of Law Committee of the State Bar of Texas, Region 5A. Chargois & Herron has offices in the Woodlands, Texas; Little Rock, Arkansas; and New York, New York.

Mr. Herron has expanded his business interests to include commercial banking and real estate. He was also involved in the founding of Post Oak Bank in Houston in 2003. He has been involved in the development and funding of commercial property development for the past four years in Texas, Oklahoma and Alabama.

Tim Herron has resided in Montgomery County, Texas for the past 26 years and has six children and one grandchild.

**Kamran Mashayekh** was admitted to the Texas State Bar on November 11, 1990. Mr. Mashayekh received his undergraduate degree in Political Science from Rice University in 1987 and received his Doctor of Jurisprudence from South Texas College of Law in August 1989.

In 2006, Kamran Mashayekh joined the law firm of Chargois & Herron to specialize in commercial and class action lawsuits and expand the firm's commercial and financial business interest. Mr. Mashayekh is fluent in English, Arabic, French and Spanish.

**Che D. Williamson** was born on November 25, 1964. She is married to Tim Herron and has 2 children and one grandchild. Ms. Williamson earned her Juris Doctor degree from South Texas College of Law in 1989. She has practiced law with her husband, Tim Herron since 1989. Ms. Williamson teaches mass torts at the William H. Bowen Law School at the University of Arkansas. She is also board certified in Civil Trial Litigation and holds a Ph.D. degree in criminal justice from Sam Houston State University and an L.L.M. in environmental law and policy from the University Houston Law School.

5.8   *Provide a very brief summary general description of your firm's practice in the subject matter areas covered by this RFQ, including the size and scope of the practice and any other resources of your firm which are relevant to your practice in those areas.*

**Response by Labaton Sucharow**
Labaton Sucharow has developed its expertise in prosecuting securities class actions over decades, and litigation on behalf of injured institutional and individual investors represents the firm's principal practice area. Since passage of the PSLRA, the firm has been appointed lead counsel on numerous occasions, including cases involving the largest investor losses and most egregious frauds, such as the current *Countrywide*, *American International Group* and *HealthSouth* litigations.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                            LBS017747

As noted above in response to question 5.4, Labaton Sucharow has a dedicated Case Evaluation Group comprised of attorneys and non-attorney professionals, who identify and evaluate cases of possible fraud, and who have developed proprietary criteria to rate such cases.

Labaton Sucharow has cultivated a specific expertise in enforcing accountability on the part of underwriters and accounting firms – entities that play an important role in the financial markets and, we believe, have special responsibility to ensure its proper functioning. One partner of the firm, who practiced for many years in the financial services sector, has made litigation against underwriters a principal focus of his practice with the firm. Two attorneys at Labaton Sucharow are certified public accountants, both with significant auditing experience. Their expertise in both law and accounting provides the firm a special capacity to identify and analyze accounting-related fraud, coordinate expert testimony, and effectively depose financial personnel.

The firm also highly values its non-attorney professionals, and believes that the close integration of their financial and investigative expertise with the firm's legal work provides Labaton Sucharow an unusual ability to build well-developed, thoroughly researched, and analytically rigorous cases and present them effectively to judges and juries.

Distinctively, the firm has a demonstrated willingness to go to trial when necessary. Since 2000, partners of the firm have served as lead or co-lead counsel in several major securities trials including, *In re Real Estate Associates Limited Partnerships Litigation*, No. 98-7035 (C.D. Cal.) and *Koppel v. 4987 Corp.*, 167 F.3d 125 (2d Cir. 1999). In the *Real Estate Associates* litigation, Lawrence Sucharow co-led a month-long jury trial that resulted in a $92 million compensatory award and a $92 million punitive damages award (later reduced to the maximum allowed under California law). In *Koppel*, the firm established a significant corporate governance precedent. We see our record of taking cases to trial as critical to our ability to negotiate credibly and forcefully on behalf of the institutions and classes we represent.

Finally, Labaton Sucharow strongly believes that shareholder litigation provides important public benefits by insuring fair and efficient public markets, regulating corporate governance, and controlling other deceptive conduct by public companies. The firm's senior partner, Edward Labaton, is a recognized authority on corporate governance issues, and is a member of the Advisory Committee of the University of Delaware's Weinberg Center for Corporate Governance and the New York City Bar Association's Task Force on the Role of Lawyers in Corporate Governance. He has also been President of the Institute for Law and Economic Policy since its founding.

**Response by Chargois & Herron**
Chargois & Herron has offices in Little Rock, Arkansas and The Woodlands, Texas, in addition to counsel affiliations with Labaton Sucharow in New York, Friedman Law Group in New York and Markun, Zussman & Compton in Los Angeles, California for the primary purpose of investigating and pursuing class action securities, commercial and consumer litigation which includes cases involving large investor losses and egregious fraud. Chargois & Herron has an attorney who dedicates a major portion of his work week watching the market, scouring financials and personally speaking with clients, financial experts and business leaders in our continuing effort to discover and root out fraud and misrepresentations by corporate wrongdoers.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                              LBS017748

5.9   *Provide a very brief summary description of not more than ten (10) significant transactions or cases in which your firm has provided extensive legal services involving pension funds or other institutional clients relating to the subject matter areas covered by this RFQ.*

**Response by Labaton Sucharow**
With respect to securities litigation, Labaton Sucharow has obtained substantial recoveries for institutional clients and associated classes in dozens of cases, and is recognized today as one of a small number of firms with the expertise and resources to prosecute the largest and most complex cases.

In one of the largest cases involving the recent subprime mortgage crisis, Labaton Sucharow serves as lead counsel representing Lead Plaintiffs the State of New York and the New York City Pension Funds (collectively, "the New York Funds") in *In re Countrywide Securities Litigation*, No. CV-07-5295 MRP (MANx) (C.D. Cal.), pending before U.S. District Judge Mariana R. Pfaelzer in the U.S. District Court for the Central District of California. This case is a consolidated class action asserting claims under the Securities Act of 1933 and the Securities Exchange Act of 1934 against Countrywide Financial Corporation, certain of its current and former directors and officers, outside accountants, and underwriters of public offerings of Countrywide securities.

In *In re American International Group Inc. Securities Litigation*, Civ. No. 04-8141 (LTS) (S.D.N.Y.), Labaton Sucharow is lead counsel on behalf of Lead Plaintiffs the Ohio Public Employees Retirement System, and certain other Ohio state pension funds. Defendants include AIG, and its present and former senior executives, underwriters, auditor, and parties to various fraudulent transactions. In 2006, the court denied defendants' numerous motions to dismiss in substantially all respects. The document review will likely be one of the largest in the history of securities litigation; to date, we have reviewed more than 37 million pages of 40 million that defendants produced. Both fact depositions and class certification depositions have begun.

In *In re Mercury Interactive Corp. Securities Litigation*, Master File No. 05-3395, pending in the United States District Court for the Northern District of California, Labaton Sucharow is acting as co-lead counsel representing Lead Plaintiffs the Steamship Trade Association/International Longshoremen's Association Pension Fund, the City of Sterling Heights General Employees Retirement System, the City of Dearborn Heights Police and Fire Retirement System, and the Charter Township of Clinton Police & Fire Pension System. The allegations in Mercury concern backdated option grants used as unreported compensation to employees and officers of the Company. Mercury's former CEO, CFO, and General Counsel actively participated in and benefited from the options backdating scheme, which came at the expense of Mercury shareholders and the investing public. Labaton Sucharow and Hewlett-Packard's counsel reached an agreement in principle that will compensate injured plaintiffs in the total sum of $117.5 million, a figure representing the second largest known settlement or judgment in an options backdating suit to date. Labaton Sucharow and Hewlett-Packard's counsel executed a Stipulation of Settlement and the court granted preliminary approval of the settlement on June 2, 2008.

In *In re Bristol-Myers Squibb Securities Litigation*, Civ. No. 00-1990 (GEB) (D.N.J.), Labaton Sucharow, as sole lead counsel, prosecuted class claims on behalf of Lead Plaintiff, Longview Collective Fund of the Amalgamated Bank. The firm reviewed more than 5 million pages of documents, took 44 factual depositions and 18 expert depositions and defended 8 experts. The case settled in January 2006 for $185 million. The settlement also included the important public benefit of an agreement

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER    LBS017749

by Bristol-Myers Squibb to post results of its clinical trials, including all adverse events, for a period of ten years.

In *In re HealthSouth Corp. Stockholder Litigation*, No. CV-03-BE-1501-S (N.D. Ala.), Labaton Sucharow represents Lead Plaintiffs the New Mexico State Investment Council and the New Mexico Educational Retirement Board and serves as co-lead counsel. The litigation alleges a broad scheme by the company's former senior managers in the largest securities fraud in the healthcare industry. In January 2007, the court approved a settlement valued at $445 million with HealthSouth Corporation and several of the Company's former officers and directors. The partial settlement, comprised of cash and HealthSouth securities, is one of the largest in history. Lead Plaintiffs continue their prosecution of the litigation against HealthSouth's former CEO, Ernst & Young, and UBS.

In *In re Waste Management, Inc. Securities Litigation*, Civ. No. H-99-2183 (S.D. Tex.), Labaton Sucharow was retained by the Connecticut Retirement Plans and Trust Funds. The litigation resulted in a $457 million settlement, one of the largest securities class action recoveries ever obtained. On behalf of its client and the Class, Labaton Sucharow secured substantial corporate governance enhancements, including measures designed to strengthen the role and independence of the defendant's audit committee, declassify its board of directors, and encourage and safeguard whistleblowers among the company's employees.

In *In re Real Estate Associates Limited Partnerships Litigation*, No. 98-7035 (C.D. Cal.), Labaton Sucharow litigated and tried this case to a jury verdict in federal court in California in late 2002. The firm obtained a precedent setting award of $92 million in compensatory damages under various legal theories, including violations of Section 14(a) of the Exchange Act. The jury also awarded an additional $92 million for punitive damages on a breach of fiduciary duty claim (which was later reduced by the court on a motion for remittitur). The case was eventually settled for more than 100% of claimed damages.

Labaton Sucharow also represents institutional investors in a number of individual securities actions. For example, in *In re Adelphia Communications Corp. Securities & Derivative Litigation*, Civ. No. 03 MD 1529 (LMM) (S.D.N.Y.), the firm represents the New York City Employees' Retirement System (and certain other New York City pension funds) and the Division of Investment of the New Jersey Department of the Treasury in separate individual actions against Adelphia's officers, auditors, underwriters, and lawyers. To date, Labaton Sucharow has fully resolved certain of the claims brought by New Jersey and New York City for amounts that significantly exceed the percentage of damages recovered by the Class. New Jersey and New York City continue to prosecute their claims against the remaining defendants. In *In re WorldCom Inc. Securities Litigation*, Master File No. 02 Civ. 3288 (DLC) (S.D.N.Y.), Labaton Sucharow secured a substantial settlement in an individual action brought by our clients SunTrust Bank and Trusco Capital Management, Inc. against the former underwriters, auditors, and directors of WorldCom, Inc. In *In re Qwest Communications International Securities Litigation*, 01-cv-01451 (D. Col.), after a class action settlement was announced in September 2006, Labaton Sucharow was engaged by CalPERS to pursue all appropriate opt-out securities claims in connection with CalPERS' securities holdings in Qwest Communications Int'l Inc. We drafted complaints for use in both federal and state courts, obtained and extension of pre-existing polling agreement (which made it unnecessary for us to file complaints), represented CalPERS at two mediation sessions with Qwest and related defendants, and negotiated the final settlement

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER　　　LBS017750

which was far greater than what CalPERS would have obtained in the class action and was proportional to the largest other opt-out settlement obtained against Qwest that we know of.

**Response by Chargois & Herron**
Chargois & Herron has represented a number of plaintiffs against corporations who have been proven to have acted fraudulently with respect to their shareholders or consumers.

In *Bristol County Retirement System vs. HCC Insurance Holdings, Inc.*, we served as liaison counsel representing the Massachusetts Public Pension Funds against HCC Holdings, Inc. arising out of its fraudulent options backdating practices we alleged. After almost two years of litigation, we are finalizing a significant settlement for our clients.

In *Holloway v. Countrywide*, we have co-counseled with Markun, Zussman & Compton against Countrywide arising out of its fraudulent subprime mortgage practices. Recently, our case received class certification status for the State of California.

Chargois & Herron owns an Alabama company called 270 Discovery Solutions which provides document research, indexing and computer inputting of the millions of items of information contained in the documents that are routinely produced – usually under court order – in securities class action litigation. Uniquely, our company is staffed almost entirely by licensed attorneys, numbering in excess of 25 attorneys. This puts Chargois & Herron in a unique and special position to handle any securities litigation matter, regardless of size.

> 5.10   *Please describe proposed billing arrangements, including contingency fees, for securities litigation. If other than contingency fees are contemplated, please state the range of hourly billing rates, by timekeeper status (paralegal, 1st to 3rd year associate, etc., staff attorney, shareholder or partner, of counsel, etc.), of all attorneys and paralegals proposed for assignment to ATRS matters. State what discount, if any, to these rates the firm proposes to provide to ATRS. While this RFQ primarily seeks the services of one lead attorney, the involvement of other firm attorneys may be required from time to time, depending on the matter.*

**Response of Labaton Sucharow**
Labaton Sucharow confirms that monitoring and evaluating services provided under this Proposal would be carried out at no cost to the ATRS.

The range of contingency fees that Labaton Sucharow proposes with respect to securities class actions (and individual actions) that we successfully resolve as litigation counsel for the ATRS is dependent on several factors anticipated at the beginning of the case, including the likelihood of success, the likely size of any settlement or judgment from any or all defendants. For example, in a case involving a solvent company, hundreds of millions of dollars in damages, and a defendant company that has admitted wrongdoing and/or filed a restatement, the proposed contingency fee would be at the low end of the proposed range. In a case involving smaller damages, no admission, no restatement, and potential difficulties in funding a settlement or a judgment, the risks of litigation would be greater and therefore the proposed attorneys' fees would be at the higher end of the range.

On the basis described above, Labaton Sucharow proposes a range of fees generally conforming to the following:

|  |  | STAGE OF LITIGATION | | | |
|---|---|---|---|---|---|
|  |  | Initiation of action to completed briefing of motion to dismiss (or, if no such motion, initiation of discovery) | Thereafter, to completed briefing of motion for summary judgment (or, if no such motion, to completion of discovery) | Thereafter, to trial and entry of judgment | Thereafter (including appellate proceedings), to ultimate resolution |
| AMOUNT OF RECOVERY | Up to $150 million | 5-7% | 12-17% | 18-22% | 21-24% |
|  | Greater than $150 million, up to $250 million | 4-6% | 7-10% | 10-12% | 12-14% |
|  | Greater than $250 million | 4-6% | 6-8% | 8-9% | 10% |

Labaton Sucharow would offer legal services to the ATRS outside the scope of the "evaluation counsel" and "litigation counsel" functions discussed in the RFQ at the discounted hourly rates set forth below. These rates represent a discount of 40%-60% of the Firms' standard billing rates for their attorneys.

Eric J. Belfi
Lawrence A. Sucharow
Thomas A. Dubbs
Christopher J. Keller
Other Partners
} $350

Zachary M. Ratzman
Other Of Counsel
} $300

Ann E. Gittleman
Krista T. Rosen
Other Associates
} $250

**Response by Chargois & Herron**
Chargois & Herron, LLP confirms that monitoring and evaluating services provided under this Proposal would be carried out at no cost to the ATRS.

The range of contingency fees that Chargois & Herron proposes with respect to securities class actions (and individual actions) that we successfully resolve as litigation counsel for the ATRS is dependent on several factors anticipated at the beginning of the case, including the likelihood of success, the likely size of any settlement or judgment from any or all defendants. For example, in a case involving a solvent company, hundreds of millions of dollars in damages, and a defendant company that has admitted wrongdoing and/or filed a restatement, the proposed contingency fee would be at the low end of the proposed range. In a case involving smaller damages, no admission, no restatement, and potential difficulties in funding a settlement or a judgment, the risks of litigation would be greater and therefore the proposed attorneys' fees would be at the higher end of the range.

On the basis described above, Chargois & Herron proposes a range of fees generally conforming to the following:

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER LBS017752

|  |  | STAGE OF LITIGATION | | | |
|---|---|---|---|---|---|
|  |  | Initiation of action to completed briefing of motion to dismiss (or, if no such motion, initiation of discovery) | Thereafter, to completed briefing of motion for summary judgment (or, if no such motion, to completion of discovery) | Thereafter, to trial and entry of judgment | Thereafter (including appellate proceedings), to ultimate resolution |
| AMOUNT OF RECOVERY | Up to $150 million | 5-7% | 12-17% | 18-22% | 21-24% |
|  | Greater than $150 million, up to $250 million | 4-6% | 6-10% | 10-12% | 12-14% |
|  | Greater than $250 million | 4-6% | 4-6% | 7-8½% | 8-9½% |

Chargois & Herron would offer legal services to the ATRS outside the scope of the "evaluation counsel" and "litigation counsel" functions discussed in the RFQ at the discounted hourly rates set forth below. These rates represent a discount of 40%-60% of the Firms' standard billing rates for their attorneys.

Damon J. Chargois
Tim Herron
Kamran Mashayekh      } $350
Che Williamson
(Partners)

Kirk A. Chargois
Carlos A. Fernandez   } $250
(Associates)

5.11   *State any inability to comply with terms of the engagement described in Section 3.3 of this RFQ. If any inability exists, be specific.*

For both Labaton Sucharow and Chargois & Herron, there are no inabilities to comply with the terms of the engagement described in Section 3.3 of this RFQ.

5.12   *Identify any known relationship, either business or personal, which you or a member of your firm has with any ATRS Board member, investment consultant, investment manager, or key employee. If aware of none, state "None." (A list of ATRS Board members, investment consultants, investment managers, and key employees can be provided upon request. A formal conflicts check will be required prior to contracting.)*

Labaton Sucharow and Chargois & Herron are not aware of any known relationships.

5.13   *Identify any relationship, either business or personal, which you or a member of your firm has with a person known to you to have substantial business dealings with ATRS or its real estate title-holding corporation.*

To the best of our knowledge, Labaton Sucharow and Chargois & Herron do not have any relationships, either business or personal, with a person who has substantial dealings with the ATRS or its real estate title-holding corporation.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                                       LBS017753

5.14  *State whether you or any firm attorney proposed to provide services for this engagement has ever had a formal grievance or complaint lodged against him or her pursuant to the applicable disciplinary rules or has ever been sued for malpractice or any civil or criminal regulatory enforcement action in connection with any type of legal representation, and whether any such attorneys have been sued individually with respect to any type of personal investment or other personal or business involvement concerning an underwriter or issuer of securities, investment adviser, investment company, securities broker-dealer, insurer, real estate transaction, or a lending institution.*

### Response by Labaton Sucharow

Labaton Sucharow (and its predecessor firms) have been in business for more than 45 years. For much of that time, the firm had a substantial general billable corporate practice as well as its contingent class action litigation practice. Labaton Sucharow currently has a very small general billable corporate practice. Throughout its existence, from time to time, issues have arisen which required notification of our malpractice insurance carrier. At the present time, the firm has provided notice of the following matters to its malpractice insurance carrier. (None of the matters of which our carrier has been notified involves class action litigation).

Labaton Sucharow is a defendant in a legal malpractice case brought by a former client who asserts the firm and others committed malpractice in representing him in civil and criminal matters, and that the firm inappropriately failed to compensate him in connection with a qui tam proceeding. The claim is for an unspecified amount of damages.

In a separate action, on March 19, 2008, the preliminary executors of the estate of Jack Maurer commenced an action in the Supreme Court of the State of New York against Labaton Sucharow, charging that the firm had committed malpractice in connection with estate planning services rendered in 2001. The firm has moved to dismiss and the motion is currently pending before the court.

Labaton Sucharow's attorneys have never been sued individually with respect to any type of personal investment or other personal or business involvement concerning an underwriter or issuer of securities, investment adviser, investment company, securities broker-dealer, insurer, real estate transaction, or a lending institution.

### Response by Chargois & Herron

Chargois & Herron has never been sued for malpractice, nor had a formal grievance or complaint lodged against it nor had any civil or criminal regulatory enforcement action brought against it; however, Damon J. Chargois, individually has had a grievance in the Dillard's discrimination litigation and a grievance in asbestos litigation brought against him, but both have been and were dismissed

5.15  *For your response to this RFQ, please indicate the firm's or attorney's professional liability insurance limits within the following ranges, and the name of the carrier or carriers.*

### Response of Labaton Sucharow
**$5 million to $ 10 million**

Labaton Sucharow's malpractice insurer is Lloyd's of London. Labaton Sucharow maintains professional malpractice insurance coverage in the amount of $10 million, representing both the

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                               LBS017754

aggregate and per-claim annual policy limits and it is applied to the firm as a whole. Labaton Sucharow also maintains a fiduciary policy with a $2 million limit.

**Response of Chargois & Herron**
**Under $5 million**

Chargois & Herron's malpractice insurer is Texas Lawyers Insurance Exchange (TLIE). Chargois & Herron maintains professional malpractice insurance coverage in the amount of $1 million.

*Indicate below the range or the deductible or any self-insured retention with respect to the foregoing insurance.*

**Response of Labaton Sucharow**
**Between $500,001 and $1 million**

Labaton Sucharow's deductible is $1 million.

**Response of Chargois & Herron**
**Between 0 and $100,000**

Chargois & Herron's deductible is $25,000.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                          LBS017755