# EX. 129

| | |
|---|---|
| **From:** | Keller, Christopher J. </O=GOODKIN LABATON RUDOFF SUCHAROW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=KELLERC> |
| **Sent:** | Monday, October 13, 2008 3:38 PM |
| **To:** | Belfi, Eric J. <EBelfi@labaton.com>; Bankston, Jennifer S. <jbankston@labaton.com> |
| **Cc:** | Sucharow, Lawrence <LSucharow@labaton.com>; Dubbs, Thomas <TDubbs@labaton.com> |
| **Subject:** | Arkansas Teachers RFQ 2008-2 |

Great news.

Christopher J. Keller, Esq.
Partner
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
Phone: (212) 907-0853
Fax: (212) 883-7053
e-mail: ckeller@labaton.com
www.Labaton.com

-----Original Message-----
From: Belfi, Eric J.
Sent: Monday, October 13, 2008 1:57 PM
To: Keller, Christopher J.; Bankston, Jennifer S.
Cc: Sucharow, Lawrence; Dubbs, Thomas
Subject: Fw: Arkansas Teachers RFQ 2008-2

Please see communication from ATRS below.

I have reached out to Damon & Tim - it should not be an issue.

Eric J. Belfi
Partner
Labaton Sucharow LLP
140 Broadway
New York, N.Y. 10005
Telephone: +1.212.907.0878
Facsimile: +1.212.883.7078
ebelfi@labaton.com
www.labaton.com

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                     LBS017455

----- Original Message -----
From: Christa Clark <christac@artrs.gov>
To: Belfi, Eric J.
Cc: Tamara Henderson <tamarah@artrs.gov>
Sent: Mon Oct 13 12:20:49 2008
Subject: Arkansas Teachers RFQ 2008-2

I am pleased to inform you that subject to final approval of the Attorney General's office, ATRS has selected Labaton Sucharow as an additional monitoring counsel for our system.

I would like to speak with you regarding the additional firm on your submission Chargois & Herron. This is a little awkward, but since your firms are not legally affiliated, we are unable to process the state contract form with both firms listed.

If your firm is doing the monitoring and providing the financial backing for the cases, I think it is most appropriate that we add your firm independently to the list of approved firms. Your firm may affiliate that firm or utilize them as independent contractors, if you deem is appropriate, on a case by case basis. There would be no requirement that you use them if it was not a necessary and appropriate expense of a case. I don't know how to best handle this point but the state procurement process is not conducive to a joint proposal.

Upon approval of the Attorney General, ATRS will send you a request for a form W-9, Arkansas Professional Services contract form, and State grant/contract disclosure form for your completion.

Please call me if you have a minute to discuss.

Regards,
--
Christa S. Clark
Chief Counsel
Arkansas Teacher Retirement System
1400 W. 3rd St.
Little Rock, AR 72201
(501) 682-1266   Direct
(501) 682-6326   Fax
(501) 590-2869   MOBILE
email:  christac@artrs.gov

Attorney-Client Privileged Communication. This electronic mail transmission, and any documents, files or messages attached contain information that may be confidential or legally privileged. If you are not the intended recipient, you are notified that the disclosure, copying, printing, or distribution of this transmission is strictly prohibited. If you received this transmission in error, please notify the sender by telephone or return email and delete the original message.

   Thank you.

NOTICE: Any federal tax advice contained in this communication can not be used, or is not intended, for the purpose of avoiding penalties under the IRS Code, or promoting or recommending to another party any tax-related matters herein.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                                       LBS017456