# EX. 131

| | |
|---|---|
| **Message** | |
| **From**: | Belfi, Eric J. [/O=GOODKIN LABATON RUDOFF SUCHAROW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BELFIE] |
| **Sent**: | 5/10/2010 12:59:55 PM |
| **To**: | 'Tim Herron' [tim@cmhllp.com]; Damon Chargois [damon@cmhllp.com] |
| **Subject**: | FW: Goldman Sachs |
| **Attachments**: | Goldman Sachs Blue Ribbon Report (ATRS).pdf; Exhibit Nos. 1-9.pdf |

---

From: Belfi, Eric J.
Sent: Monday, May 10, 2010 8:39 AM
To: 'George Hopkins'
Subject: RE: Goldman Sachs

Dear George:

Please find our Blue Ribbon Report for Goldman Sachs.

If you have any questions, do not hesitate to contact us.

Best regards,

Eric

---

From: Belfi, Eric J.
Sent: Thursday, April 22, 2010 9:54 AM
To: 'George Hopkins'
Subject: Goldman Sachs

George:

Please find our case report on Goldman Sachs. ████████████████████████████████████
████████████

Since there are a number of outstanding issues with ATRS, please let us know if it would be beneficial for us to come down and met with you to go over everything.

Best regards,

Eric J. Belfi
Partner || Labaton Sucharow LLP
140 Broadway
New York, N.Y. 10005
Telephone: +1.212.907.0878
Facsimile: +1.212.883.7078
ebelfi@labaton.com
 <http://www.labaton.com/> www.labaton.com


***Privilege and Confidentiality Notice***

This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.