# EX. 132

| | |
|---|---|
| **From:** | Belfi, Eric J. </O=GOODKIN LABATON RUDOFF SUCHAROW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BELFIE> |
| **Sent:** | Thursday, May 6, 2010 7:59 AM |
| **To:** | George Hopkins <georgeh@artrs.gov> |
| **Bcc:** | 'Tim Herron' <tim@cmhllp.com> |
| **Subject:** | The Hartford - ATRS - REVISED |
| **Attach:** | HIG Litigation Update.pdf; The Hartford Investigative Update #1.pdf |

Dear George:

Attached please find a memorandum summarizing the fruits of our internal research to date, particularly regarding evidence of scienter and areas of exploration into which our insurance and accounting experts are delving. Also attached hereto is our first investigative update, summarizing information provided by two confidential witnesses. We have a number of additional promising confidential witness leads, and look forward to providing ATRS with another progress update shortly, together with the initial findings of our experts.

Please do not hesitate to let me know if you have any questions relating to The Hartford securities class action -- or any other matters.

Best regards,

Eric J. Belfi
Partner || Labaton Sucharow LLP
140 Broadway
New York, N.Y. 10005
Telephone: +1.212.907.0878
Facsimile: +1.212.883.7078
ebelfi@labaton.com
www.labaton.com

***Privilege and Confidentiality Notice***

This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.