# EX. 133

**Message**

**From:** Belfi, Eric J. [/O=GOODKIN LABATON RUDOFF SUCHAROW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BELFIE]
**Sent:** 5/17/2010 2:31:39 PM
**To:** tim@cmhllp.com; 'damon@cmhllp.com' [damon@cmhllp.com]
**Subject:** FW: Follow up

This is one, now we need ▬▬▬▬

-----Original Message-----
From: George Hopkins [mailto:georgeh@artrs.gov]
Sent: Sunday, May 16, 2010 3:51 PM
To: Brad Beckworth
Cc: Belfi, Eric J.; ATRS Laura Gilson
Subject: Re: Follow up

I think this is a great plan with a great team. Ghop ------Original Message------
From: Brad Beckworth
To: Ghop
Cc: Eric J. Belfi
Cc: ATRS Laura Gilson
Cc: Ghop
Subject: Re: Follow up
Sent: May 16, 2010 2:37 PM

Thanks George.

Eric and I talked and we are willing to work together. We will get the papers prepared and be in touch.

Have a nice rest of the weekend.

Brad Beckworth
Nix, Patterson & Roach LLP
205 Linda Drive
Daingerfield, Texas 75638
(903) 645-7333

On May 15, 2010, at 9:33 AM, "George Hopkins" <georgeh@artrs.gov> wrote:

> I think the decision is so close that I cannot make a choice between
> NP and Labaton. The strengths of both firms vary and the combined
> firms has great coverage of all concerns. So I have decided to ask
> the two firms to seek a joint filing on behalf of ATRS. I have added
> both contacts by this email. Let me know if each of you are willing
> to work with the other. Ghop ------Original Message------
> From: Brad Beckworth
> To: Ghop
> Subject: Follow up
> Sent: May 15, 2010 9:23 AM
>
> Hi George,
> It was good seeing you Wednesday. I know you had a busy day and
> appreciate you taking time out for us.
> I wanted to follow up and see where things stand regarding Hartford.
> We are a couple weeks out on the lead plaintiff deadline, so I want to
> make sure we are ready.
> I am available to talk this weekend if you'd like (903-235-7709)----I
> didn't want to call and bother you on a weekend.
>
> Otherwise, I will try you Monday.
>
> Take care,
> Brad
>
>
> Brad Beckworth
> Nix, Patterson & Roach LLP
> 205 Linda Drive
> Daingerfield, Texas 75638

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER　　　　　　　　　　　　　　　　　　　　　　　　LBS018437

```
> (903) 645-7333
>
>
>
> ATRS Executive Director
```

ATRS Executive Director

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                     LBS018438