# EX. 134

Message

| | |
|---|---|
| **From:** | Belfi, Eric J. [/O=GOODKIN LABATON RUDOFF SUCHAROW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BELFIE] |
| **Sent:** | 5/17/2010 6:41:39 PM |
| **To:** | 'damon@cmhllp.com' [damon@cmhllp.com]; tim@cmhllp.com |
| **Subject:** | Colonial |
| **Attachments:** | 20100514163957.PDF |

Here was the letter to George

---------

From: Johnson, James
Sent: Friday, May 14, 2010 5:39 PM
To: Johnson, James
Subject:

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                        LBS020417

# Labaton
# Sucharow

Eric J. Belfi
Partner
212 907 0878 direct
212 883 7078 fax
email ebelfi@labaton.com

**CONFIDENTIAL
ATTORNEY-CLIENT PRIVILEGE**

May 14, 2010

**Via Email**

George Hopkins, Executive Director
Arkansas Teachers Retirement System – Domestic
1400 West Third Street
Little Rock, AR  72201

Re:   In re Colonial BancGroup, Inc. Sec. Litig.
      Our File No. 016486.0001

Dear George:

I am writing to update you regarding recent developments in the *Colonial BancGroup* action.

[remainder of letter redacted]

Sincerely yours,

*Eric*

Eric J. Belfi