# EX. 135

Message
| | |
|---|---|
| **From:** | /o=Goodkin Labaton Rudoff Sucharow/ou=First Administrative Group/cn=Recipients/cn=belfie [/O=GOODKIN LABATON RUDOFF SUCHAROW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BELFIE] |
| **Sent:** | 5/2/2013 9:03:50 PM |
| **To:** | George Hopkins (georgeh@artrs.gov) [georgeh@artrs.gov] |
| **BCC:** | Damon Chargois (damon@cmhllp.com) [damon@cmhllp.com] |
| **Subject:** | Facebook Motion to Dismiss - Email 2 of 2 |
| **Attachments:** | 2013-04-30 DECLARATION of Andrew B. Clubok in Support MOTION to Dismiss Dkt 91.pdf |

George:

Attached is the Declaration in support of the motion to dismiss.

Eric

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                      LBS017822