# EX. 136

Message

| | |
|---|---|
| **From:** | /o=Goodkin Labaton Rudoff Sucharow/ou=First Administrative Group/cn=Recipients/cn=belfie [/O=GOODKIN LABATON RUDOFF SUCHAROW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BELFIE] |
| **Sent:** | 10/23/2013 7:36:59 PM |
| **To:** | Damon Chargois (damon@cmhllp.com) [damon@cmhllp.com] |
| **Subject:** | In re Facebook Securities Litigation |
| **Attachments:** | October 23, 2013 Ltr to ATRS.pdf; PowerPoint Presentation - Lead Plaintiffs' Opposition to the Motion to Dismiss.pdf; 2013-10-08 HEARING TRANSCRIPT Motion to Dismiss (WORD file) (1082701_1).DOC; Law 360 Article.pdf |

Here is the letter to George Hopkins together with all the attachments.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                         LBS017824