# EX. 138

# Labaton
# Sucharow

Eric J. Belfi
Partner
212 907 0878 direct
212 883 7078 fax
ebelfi@labaton.com

February 8, 2011

**VIA E-MAIL**

Mr. George Hopkins
Arkansas Teacher Retirement System
1400 West Third Street
Little Rock, AR 72201

Re:     State Street Corporation

Dear Mr. Hopkins:

We are pleased that the Arkansas Teacher Retirement System ("Arkansas Teacher" or the "System") has agreed to retain Labaton Sucharow LLP ("Labaton Sucharow" or the "Firm") in connection with the pursuit of claims against the System's custodian, State Street Corporation ("State Street"), as a result of State Street's misconduct as it relates to the pricing of foreign currency ("FX") transactions. The Firm's representation includes the commencement of class litigation against State Street and certain of its subsidiaries and/or officers or directors for, among other potential viable claims, breaches of fiduciary and other duties (the "Litigation"). The following confirms our arrangement with respect to the Litigation.

Labaton Sucharow will prosecute this Litigation on a wholly contingent fee basis. In addition, any fee request will be based upon customary and ordinary fees for class actions and our lodestar and submitted to the Court for its approval. Labaton Sucharow will be entitled to receive only such fees as the Court determines to award, plus expenses, which will be advanced by the Firm. Expenses will include, among other things, expert witness fees, photocopying, computer research, long distance telephone charges, fax charges, court fees, travel expenses, and delivery charges. Labaton Sucharow will also advance any Arkansas Teacher's out-of-pocket costs relating directly to the Litigation, *e.g.*, travel costs.

Labaton Sucharow LLP   140 Broadway, New York, NY 10005   212 907 0700 main   212 818 0477 fax   www.labaton.com

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

LBS011060

# Labaton Sucharow

Arkansas Teacher agrees that Labaton Sucharow may allocate fees to other attorneys who serve as local or liaison counsel, as referral fees, or for other services performed in connection with the Litigation. The division of attorneys' fees with other counsel may be determined upon a percentage basis or upon time spent in assisting with the prosecution of the Litigation. Any division of fees among counsel will be Labaton Sucharow's sole responsibility and will not increase the fees payable by Arkansas Teacher or the Class upon a successful resolution of the Litigation.

Labaton Sucharow will keep Arkansas Teacher timely apprised of significant developments and, on a regular basis, will provide periodic written reports and will notify the System as to court appearances, depositions, and other significant proceedings in advance thereof. Labaton Sucharow will consult with Arkansas Teacher to discuss legal issues and strategies and will seek prior approval regarding significant decisions; specifically, decisions concerning settlement and fee proposals. Labaton Sucharow agrees to provide Arkansas Teacher with copies of all pleadings pertaining to the Litigation and will provide the System with significant pleadings in advance of submission to the court. Labaton Sucharow agrees to meet with the representatives of Arkansas Teacher to discuss this matter, from time to time as required.

Arkansas Teacher hereby provides Labaton Sucharow with authority to execute documents and agreements on its behalf relating directly to the Litigation. Arkansas Teacher also agrees to cooperate fully with the Firm in its handling of the Litigation. Arkansas Teacher will make its representatives available for consultation and legal proceedings, promptly supply information and documents requested in a truthful and complete fashion, refrain from negotiating and settling the matter without the participation of the Firm, and will notify Labaton Sucharow of any change of address and other administration changes relevant to the Firm's representation.

In the event that the Court does not certify the class and the Litigation is prosecuted individually, on behalf of Arkansas Teacher, Labaton Sucharow's fee will be negotiated in good faith based upon customary and ordinary fees for individual actions and our lodestar (the "Negotiated Fee"). Labaton Sucharow acknowledges that the Negotiated Fee will be subject to approval by the Arkansas Teacher's Board.

If the terms of this engagement letter meet with Arkansas Teacher's approval, please sign below where indicated on the enclosed copy. Please return one fully executed copy to us, and retain the second copy for the System's files.

We are grateful for the opportunity to represent Arkansas Teacher in this matter, and look forward to the prospect of a favorable resolution.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

LBS011061

# Labaton Sucharow

Very truly yours,

*Eric J. Belfi*

Eric J. Belfi


AGREED TO AND ACCEPTED

this _____ day of _____, 2011

_____
George Hopkins
Executive Director

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

LBS011062