# EX. 144

**From:** Bradley, Garrett J.
**Sent:** Tuesday, June 21, 2016 11:13 AM
**To:** Stocker, Michael W.
**Cc:** Belfi, Eric J.; Keller, Christopher J.
**Subject:** Re: State Street

I think they should be two separate conversations by different people. I'll take a run at state street.

Garrett

On Jun 21, 2016, at 11:10 AM, Stocker, Michael W. <MStocker@labaton.com> wrote:

> So we are talking about have a global conversation at the same time as dealing with state street? Or start with state street, talk about how fact specific it is, and then reach future deals later (but soon)? I think that's risky, and that he will use state street for leverage.
>
> **From:** Belfi, Eric J.
> **Sent:** Tuesday, June 21, 2016 11:06 AM
> **To:** Keller, Christopher J.; Stocker, Michael W.
> **Cc:** Bradley, Garrett J.
> **Subject:** RE: State Street
> I agree on the historical stuff but for the future cases, I think we discussed something lower like 5% of lodestar and 10%. I also think we need to be a time limit on the agreement so we can reevaluate the situation.
>
> **From:** Keller, Christopher J.
> **Sent:** Tuesday, June 21, 2016 11:04 AM
> **To:** Belfi, Eric J. <EBelfi@labaton.com>; Stocker, Michael W. <MStocker@labaton.com>
> **Cc:** Bradley, Garrett J. <GBradley@labaton.com>
> **Subject:** RE: State Street
> We can't appear to be arbitrary. If we have a new deal for him then we have to discuss it. State Street can be a one off since it's not a securities class action and there are other relevant unique attributes. I like the idea of bringing him to the current best deal and that is 10% of our lodestar and 20% of our gravy. In most cases that will lead to a referral of about 15% and protects us in cases like spectrum where we only got a .7 on our time.
>
> 
> 
>
> **Christopher J. Keller** | **Partner**
> 140 Broadway, New York, New York 10005
> T: (212) 907-0853 | F: (212) 883-7053
> E: ckeller@labaton.com | W: www.labaton.com
>
> 
>
> **From:** Belfi, Eric J.
> **Sent:** Tuesday, June 21, 2016 11:00 AM
> **To:** Keller, Christopher J.; Stocker, Michael W.
> **Cc:** Bradley, Garrett J.
> **Subject:** RE: State Street

I do not have a problem with that. However, we need to deal with other issue soon – it does not make sense to leave it outstanding.
We also have to deal with Spectrum. Since we are getting .68 on our time, should we reduce him to 14 percent – I will call to discuss this issue with him.

**From:** Keller, Christopher J.
**Sent:** Tuesday, June 21, 2016 10:58 AM
**To:** Stocker, Michael W. <MStocker@labaton.com>
**Cc:** Bradley, Garrett J. <GBradley@labaton.com>; Belfi, Eric J. <EBelfi@labaton.com>
**Subject:** RE: State Street
I'm fine with that




**Christopher J. Keller** | **Partner**
140 Broadway, New York, New York 10005
T: (212) 907-0853 | F: (212) 883-7053
E: ckeller@labaton.com | W: www.labaton.com



**From:** Stocker, Michael W.
**Sent:** Tuesday, June 21, 2016 10:45 AM
**To:** Keller, Christopher J.
**Cc:** Bradley, Garrett J.; Belfi, Eric J.
**Subject:** State Street
Chris I think Garrett should have a friendly convo with Damon just about SS without alluding directly to the global issues. I think it is not a good idea to inject the other stuff into this conversation.
When we get to the harder stuff I can go with whoever to talk about the rules, but let's wait for this to clear.

**Michael W. Stocker** | **Partner**
140 Broadway, New York, New York 10005
T: (212) 907-0882 | F: (212) 883-7082
E: mstocker@labaton.com | W: www.labaton.com