# EX. 146

Message

| | |
|---|---|
| **From**: | Lieff, Robert L. [RLIEFF@lchb.com] |
| **Sent**: | 4/25/2013 1:17:49 AM |
| **To**: | Garrett Bradley [GBradley@tenlaw.com]; Robert L. Lieff [rlieff@lieff.com]; Michael Thornton [MThornton@tenlaw.com]; Eric Belfi [ebelfi@labaton.com] |
| **CC**: | Damon Chargois Esq. [damon@cmhllp.com]; Christopher J. Keller Esq. [ckeller@labaton.com]; Chiplock, Daniel P. [/O=LCHB/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DCHIPLOCK] |
| **Subject**: | RE: State street fee regarding local counsel |

I am in full agreement.  Bob

---

From: Garrett Bradley [GBradley@tenlaw.com]
Sent: Wednesday, April 24, 2013 6:07 PM
To: Lieff, Robert L.; Robert L. Lieff; Michael Thornton; Eric Belfi
Cc: Damon Chargois Esq.; Christopher J. Keller Esq.; Chiplock, Daniel P.
Subject: State street fee regarding local counsel

Bob,

As you, Mike and I discussed in Dublin last week, I am sending this email regarding the obligation to the local counsel who assists Labaton in matters involving the Arkansas Teachers Retirement System.  Labaton has an obligation to this counsel, Damon Chargois copied on this email, of 20% of the net fee to Labaton in the State Street FX class case before Judge Wolf.  Currently this amount would be 4% because of the agreement between Labaton, Thornton and Lieff of a division of 20% guaranteed each with the balance to be decided upon at a later date.  Obviously this may go up should Labaton receive an amount higher than 20%.

We have agreed that the amount due to the local, whatever it turns out to be (4%, 5% etc.), will be paid off the top with the balance of the overall fee spilt between Lieff, Labaton and Thornton pursuant to our agreement.

The local asked that I copy him on this email so he will have confirmation of this agreement.  When we spoke to him he was agreeable to this as well.

Garrett

---

This e-mail and any files transmitted with it are confidential and are

intended solely for the use of the individual or entity to whom they are
addressed.  This communication may contain material protected by the
attorney-client privilege. If you are not the intended recipient or the person
responsible for delivering the e-mail to the intended recipient, be advised that
you have received this e-mail in error and that any use, dissemination,
forwarding, printing, or copying of this e-mail is strictly prohibited. If you
have received this e-mail in error; please immediately notify us by telephone at
(800) 431-4600. You will be reimbursed for reasonable costs incurred in
notifying us.


Please consider the environment before printing this email.


This message is intended for the named recipients only. It may contain information protected by the
attorney-client or work-product privilege. If you have received this email in error, please notify the
sender immediately by replying to this email. Please do not disclose this message to anyone and delete
the message and any attachments. Thank you.