# EX. 147

**From:** Garrett Bradley
**Sent:** Thursday, August 6, 2015 9:01 AM
**To:** Robert L. Lieff
**Cc:** Michael Thornton
**Subject:** Fee discussions

Bob,

I was thinking about our call this morning yesterday while working out and I thought it might be helpful to put things in writing so everyone can see what we at Thornton are thinking. As I have said, before we start being equal in state street we need to be on an even par in both cases. What I mean by that is, even though you had no client, jurisdiction or concept Mike Thornton went and fought for you, and Lieff the entity, by using his influence with Labaton to get you 20% of state street. As I said yesterday, who was looking out for his interests in Mellon? Where was the corresponding deal? There was discussion of the same deal when we were in CA but Hausfield, who you brought in, did not sign and then we got sent to the MDL. Then you brought in Ohio for leverage in the MDL and Mike asked you what our fee interests were. I know because I was pressing him on it. He told me you said "we are in it together". Let's put some numbers behind what I am saying.

Because of Mike's advocacy, and only Mike's advocacy, you have a minimum in State street.We both know what that number is will be subject to many factors. But even in a low scenario of a $60 million fee it could break down as follows:

$60 million fee:

$5,400,000 to Erisa
$3,000,000 to arkansas local

That leaves $51,600,000. For the sake of argument let's say Labaton sticks with the "we want half" that leaves $25,800,000. Under the deal we each get 20% of the $51,600,000 which is $10,320,000 each which equals $20,640,000. Leaving a balance of $5,160,000.

Your position is you want to give us 10% of Mellon but an equal split of the residual (and discussion with Labaton of coming off their "we want half"). In Mellon you have $20million in Lodestar and you want to get $30million. So we would get $2-3 million (plus our lodestar) in mellon only to give it back to you in state street by splitting the residual balance $5,160,000 50/50? Would you agree to this under these circumstances?

Here is how I propose we get to par. We fought for you to get at least $10,320,000 in state street and here is how I believe you should reciprocate:

Our lodestar $1.5 million- $2.5 million depending on Judge 20% of Lieff fee $4million-$6million depending on Judge (if you get Kessler to cover some that is your business) What we have or likely will get total from relator cases $1.5-$2 million

Gives us between $7 million and $9.5 million.

This gets us close enough to par with your $10,320,000 in state street. Then this is a basis for us to fight to get Labaton lower and certainly fair enough for us to split what ever the residual is. In our conversation, you keep trying to make up what you give us in Mellon back in state street and respectfully, that is unacceptable.

1

Confidential: Produced Pursuant to Court Order.    TLF-SST-040617

Also you raised that Chiplock said everything we provided in Mellon was already public. It was public because of our filings in Virginia and Florida (which were copied by Kessler, a point we will need to make in our own fee application). You also said Dan was considering his own fee application in State Street. The difference is we have real story to tell Judge Kaplan. We did what he said, we changed an industry and the federal investigations followed not the other way around. Lief can't tell a similar story to Judge Wolf in state street. Also, we would have to take the position, and I suspect Labaton would as well, that if you do that the deal we have is invalidated.

I really do not want to have to do my own fee application as my friends at Lieff may get hurt and I don't want that. However I do want them to recall we are friends and hope they treat us accordingly. I see no need to meet with Chiplock/Lesser but am happy to meet with you and Steve Fineman on Tuesday of next week perhaps for an early drink to see if we can come to a resolution and continue to work together on new projects in the future. Mike T is available as well. Together our firms have done great work and I hope we can equally be respected for that. Thanks for your time and effort.

Garrett

Confidential: Produced Pursuant to Court Order.                                      TLF-SST-040618