# EX. 149

**Message**

| | |
|---|---|
| **From:** | Garrett Bradley [GBradley@tenlaw.com] |
| **Sent:** | 8/28/2015 6:17:58 PM |
| **To:** | Lieff, Robert L. [/O=LCHB/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=RLIEFF] |
| **CC:** | Michael Thornton [MThornton@tenlaw.com]; Chiplock, Daniel P. [/O=LCHB/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DCHIPLOCK]; rlieff@lieff.com |
| **Subject:** | Re: State Street |

Bob,

I am driving but took a quick look at your email and pulled over to type this. I think you are misunderstood. I have not agreed that it would be equitable to split the balance of the forty percent the way you described below. What I have said is that may be a fair approach depending on the outcome of our fee in the Mellon matter. If we are treated fairly there, then we will do all we can to treat you fairly in the state street matter. As I have said before, because of Mike Thornton's advocacy, you are guaranteed at least 20% of the State Street case in which you have no client and did not develop the concept. Yet, we have no corresponding protection in the Mellon matter. Happy to discuss further at any time.

Garrett

On Aug 28, 2015, at 2:05 PM, Lieff, Robert L. <RLIEFF@lchb.com> wrote:

Garrett,

I called and suggested that we have a meeting together with the Labaton people to talk about putting in writing an understanding of the fee division in this case.

You, Mike and I have discussed the State Street fee division and have focused on the existing verbal understanding that was reached on November 9, 2010, with Chris Keller. We agreed that among the three firms we will each have a 20% interest in the fee with the balance to be divided later. Of course, we also have to factor in the 9% that ERISA counsel get pursuant to written agreement and a provision for Arkansas local counsel.

You and I have agreed that it would be equitable to divide the balance of the fee with Labaton getting 50% and each of our firms 25%. This would result in a fee division as follows:

| | | |
|---|---|---|
| Labaton | 33.0 | (20 + 13) |
| Thornton | 26.5 | (20 + 6.5) |
| Lieff Cabraser | 26.5 | (20 + 6.5) |
| ERISA | 9.0 | |
| Arkansas Local | 5.0 | |
| | 100.0% | |

If we put the above into an agreement among the three firms, that would certainly provide protection for everyone.

Bob

<image001.gif>

**Robert L. Lieff**
Of Counsel
rlieff@lchb.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                      LCHB-0053493

t 415.956.1000
f 415.956.1008
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error; please immediately notify us by telephone at (800) 431-4600. You will be reimbursed for reasonable costs incurred in notifying us.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                          LCHB-0053494