# EX. 156

Message

| | |
|---|---|
| **From**: | Chiplock, Daniel P. [/O=LCHB/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DCHIPLOCK] |
| **Sent**: | 6/14/2016 3:48:34 PM |
| **To**: | Lieff, Robert L. [/O=LCHB/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=RLIEFF] |
| **Subject**: | FW: State street fee regarding local counsel |

I had to go through archives to find this, but I guess Garrett sent me this email back in April 2013 as well. I had no memory of it. In any event, it's useful because it confirms the 20-20-20 arrangement going back more than 3 years ago. But I have to admit being confused as to how the local counsel's fee gets calculated. I think what he is saying is that the local counsel's fee will be the equivalent of 20% of Labaton's fee, but Labaton is sharing the responsibility for that fee with us and Thornton. The challenging part is you don't know what local counsel's fee is until Labaton's fee has been decided upon.

-----Original Message-----
From: Garrett Bradley [mailto:GBradley@tenlaw.com]
Sent: Wednesday, April 24, 2013 9:08 PM
To: Lieff, Robert L.; Robert L. Lieff; Michael Thornton; Eric Belfi
Cc: Damon Chargois Esq.; Christopher J. Keller Esq.; Chiplock, Daniel P.
Subject: State street fee regarding local counsel

Bob,

As you, Mike and I discussed in Dublin last week, I am sending this email regarding the obligation to the local counsel who assists Labaton in matters involving the Arkansas Teachers Retirement System. Labaton has an obligation to this counsel, Damon Chargois copied on this email, of 20% of the net fee to Labaton in the State Street FX class case before Judge Wolf. Currently this amount would be 4% because of the agreement between Labaton, Thornton and Lieff of a division of 20% guaranteed each with the balance to be decided upon at a later date. Obviously this may go up should Labaton receive an amount higher than 20%.

We have agreed that the amount due to the local, whatever it turns out to be (4%, 5% etc.), will be paid off the top with the balance of the overall fee spilt between Lieff, Labaton and Thornton pursuant to our agreement.

The local asked that I copy him on this email so he will have confirmation of this agreement. When we spoke to him he was agreeable to this as well.

Garrett

_____

This e-mail and any files transmitted with it are confidential and are

intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error; please immediately notify us by telephone at
(800) 431-4600. You will be reimbursed for reasonable costs incurred in notifying us.


Please consider the environment before printing this email.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                           LCHB-0053541