# EX. 157

Message

| | |
|---|---|
| From: | Bradley, Garrett J. [GBradley@labaton.com] |
| Sent: | 7/8/2016 9:36:54 PM |
| To: | Keller, Christopher J. [ckeller@labaton.com] |
| Subject: | Re: State street fee. |

Thanks

Garrett

On Jul 8, 2016, at 5:31 PM, Keller, Christopher J. <ckeller@labaton.com> wrote:
great work getting this done.

Christopher Keller
Partner || Labaton Sucharow LLP
140 Broadway
New York, NY 10005
212-907-0853

Begin forwarded message:
**From:** "Robert L. Lieff" <RLIEFF@lchb.com>
**Date:** July 8, 2016 at 4:05:03 PM EDT
**To:** "Garrett J. Bradley" <gbradley@tenlaw.com>
**Cc:** Michael Thornton <MThornton@tenlaw.com>, "Sucharow, Lawrence" <LSucharow@labaton.com>, Robert Lieff <rlieff@lieff.com>, "Daniel P. Chiplock" <DCHIPLOCK@lchb.com>, "Keller, Christopher J." <ckeller@labaton.com>, "Belfi, Eric J." <EBelfi@labaton.com>, Damon Chargois Esq. <damon@cmhllp.com>
**Subject: Re: State street fee.**
We LCHB are in agreement with the 5.5 to Chargois.  Now let's continue to resolve the split among us.

Sent from my iPhone


On Jul 8, 2016, at 9:06 PM, Garrett Bradley <GBradley@tenlaw.com> wrote:

Gentlemen,

As we discuss how to distribute the fee between ourselves, and of course the ERISA attorneys, I have had discussion with Damon Chargois, the local attorney in this matter who has played an important role. Damon and his firm are willing to accept 5.5% of the total fee awarded by the Court in the State Street class case now pending before Judge Wolf. As you know, we had a prior deal with him that his fee would be "off the top". He understands that ERISA counsel is now in the same pool of money. He has agreed to come done to this number with a guarantee that it will be off the court awarded fee number. Please reply all if you agree. Given that it is off the total number their is no need to add the ERISA counsel to this email chain.

Thank you,

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER    LBS039936

Garrett Bradley

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error; please immediately notify us by telephone at (800) 431-4600. You will be reimbursed for reasonable costs incurred in notifying us.


This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                                                                LBS039937