# EX. 158

Message

| | |
|---|---|
| **From**: | Garrett Bradley [GBradley@tenlaw.com] |
| **Sent**: | 7/9/2016 2:26:31 AM |
| **To**: | =SMTP:damon@cmhllp.com; Keller, Christopher J. [ckeller@labaton.com]; Belfi, Eric J. [EBelfi@labaton.com]; =SMTP:rlieff@lieff.com; Daniel P. Chiplock [DCHIPLOCK@lchb.com]; Sucharow, Lawrence [LSucharow@labaton.com] |
| **Subject**: | Fwd: State street fee. |

Garrett

Begin forwarded message:

From: Michael Thornton <MThornton@tenlaw.com <mailto:MThornton@tenlaw.com> >
Date: July 8, 2016 at 10:06:17 PM EDT
To: Garrett Bradley <GBradley@tenlaw.com <mailto:GBradley@tenlaw.com> >
Subject: Re: State street fee.

Sure. I agree.

Sent from my BlackBerry 10 smartphone.

From: Garrett Bradley
Sent: Friday, July 8, 2016 5:49 PM
To: Michael Thornton
Subject: Fwd: State street fee.

Mike can you reply and say you agree?

Garrett

Begin forwarded message:

From: "Lieff, Robert L." <RLIEFF@lchb.com <mailto:RLIEFF@lchb.com> >
Date: July 8, 2016 at 4:05:03 PM EDT
To: Garrett Bradley <GBradley@tenlaw.com <mailto:GBradley@tenlaw.com> >
Cc: Michael Thornton <MThornton@tenlaw.com <mailto:MThornton@tenlaw.com> >, "Lawrence A. Sucharow" <LSucharow@labaton.com <mailto:LSucharow@labaton.com> >, Robert Lieff <rlieff@lieff.com <mailto:rlieff@lieff.com> >, "Chiplock, Daniel P." <DCHIPLOCK@lchb.com <mailto:DCHIPLOCK@lchb.com> >, "Christopher J. Keller Esq." <ckeller@labaton.com <mailto:ckeller@labaton.com> >, Eric Belfi <ebelfi@labaton.com <mailto:ebelfi@labaton.com> >, Damon Chargois Esq. <damon@cmhllp.com <mailto:damon@cmhllp.com> >
Subject: Re: State street fee.

We LCHB are in agreement with the 5.5 to Chargois.  Now let's continue to resolve the split among us.

Sent from my iPhone

On Jul 8, 2016, at 9:06 PM, Garrett Bradley <GBradley@tenlaw.com <mailto:GBradley@tenlaw.com> > wrote:

Gentlemen,

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

LBS031152

As we discuss how to distribute the fee between ourselves, and of course the ERISA attorneys, I have had discussion with Damon Chargois, the local attorney in this matter who has played an important role. Damon and his firm are willing to accept 5.5% of the total fee awarded by the Court in the State Street class case now pending before Judge Wolf. As you know, we had a prior deal with him that his fee would be "off the top". He understands that ERISA counsel is now in the same pool of money. He has agreed to come done to this number with a guarantee that it will be off the court awarded fee number. Please reply all if you agree. Given that it is off the total number their is no need to add the ERISA counsel to this email chain.


Thank you,



Garrett Bradley


This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error; please immediately notify us by telephone at (800) 431-4600. You will be reimbursed for reasonable costs incurred in notifying us.



This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error; please immediately notify us by telephone at (800) 431-4600. You will be reimbursed for reasonable costs incurred in notifying us.