# EX. 169

| | |
|---|---|
| **Message** | |
| **From:** | Belfi, Eric J. [/O=GOODKIN LABATON RUDOFF SUCHAROW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BELFIE] |
| **Sent:** | 6/21/2016 4:10:01 PM |
| **To:** | =SMTP:GBradley@tenlaw.com |
| **Subject:** | Damon |

Nice work.  Now if we can just get it in.

-----Original Message-----
From: Garrett Bradley [mailto:GBradley@tenlaw.com]
Sent: Tuesday, June 21, 2016 12:10 PM
To: Belfi, Eric J. <EBelfi@labaton.com>
Subject: Re: Damon

He wants me to write it up so he can see it but he thought it seemed fair given all the dynamics.

Garrett

> On Jun 21, 2016, at 12:08 PM, Belfi, Eric J. <EBelfi@labaton.com> wrote:
>
> He agreed?
>
> -----Original Message-----
> From: Garrett Bradley [mailto:GBradley@tenlaw.com]
> Sent: Tuesday, June 21, 2016 12:08 PM
> To: Belfi, Eric J. <EBelfi@labaton.com>
> Subject: Re: Damon
>
> Told him I need him at 5% and that it could be very late this year but we had some late problems.
>
> Garrett
>
>> On Jun 21, 2016, at 12:01 PM, Belfi, Eric J. <EBelfi@labaton.com> wrote:
>>
>> What's the number?  Also did you tell him, who knows when we are getting paid?
>>
>> -----Original Message-----
>> From: Garrett Bradley [mailto:GBradley@tenlaw.com]
>> Sent: Tuesday, June 21, 2016 11:59 AM
>> To: Belfi, Eric J. <EBelfi@labaton.com>
>> Subject: Damon
>>
>> Damon called me right up and I had a real good call.  Sending it in writing to him.
>>
>> Garrett
>> This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error; please immediately notify us by telephone at (800) 431-4600. You will be reimbursed for reasonable costs incurred in notifying us.
>>
>> ***Privilege and Confidentiality Notice***
>>
>> This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.
> This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error; please immediately notify us by telephone at (800) 431-4600. You will be reimbursed for reasonable costs incurred in notifying us.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                                    LBS037410

```
>
> ***Privilege and Confidentiality Notice***
>
> This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR
OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named
herein. If you are not the Addressee(s), or the person responsible for delivering this to the
Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited.
If you have received this electronic mail message in error, please contact us immediately at 212-907-0700
and take the steps necessary to delete the message completely from your computer system. Thank you.
>
>
This e-mail and any files transmitted with it are confidential and are intended solely for the use of the
individual or entity to whom they are addressed. This communication may contain material protected by the
attorney-client privilege. If you are not the intended recipient or the person responsible for delivering
the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any
use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have
received this e-mail in error; please immediately notify us by telephone at (800) 431-4600. You will be
reimbursed for reasonable costs incurred in notifying us.
```

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                      LBS037411