# EX. 173

| | |
|---|---|
| **From:** | Sucharow, Lawrence <LSucharow@labaton.com> |
| **Sent:** | Tuesday, November 22, 2016 1:35 PM |
| **To:** | Garrett J. Bradley |
| **Cc:** | Goldsmith, David; Keller, Christopher J.; Belfi, Eric J. |
| **Subject:** | Re: SST--DRAFT Letter to Co-Counsel re Fee Distribution_Undertaking.DOCX |

If we do it at 10 it should be clean. Except for being obviously part of any clawback&

Sent from my iPhone

On Nov 22, 2016, at 12:30 PM, Garrett Bradley &<GBradley@tenlaw.com&>wrote:

> On the extra 1 percent are you conditioning that on the fee not changing or just having the 10 percent subject to partial clawback?&
>
> On Nov 22, 2016, at 12:01 PM, Sucharow, Lawrence &<LSucharow@labaton.com&>wrote:
>
>> Need two letters with breakdown.
>> ERISA just gets sent to & ERISA counsel with 10% off top and then 1/3 each.
>> Class co-counsel gets one with:
>> ERISA 10% off top
>> Damon's percentage also off top
>> Then each of class co-counsel split with percentages agreed to.
>> &
>> In short, no reason for ERISA to see Damon's split.& They only need to see their 10% and then split 3 ways.
>> By the way I want to *Asterisk the 10% to ERISA with a footnote saying "Although our fee agreement with ERISA counsel only provides for a 9% allocation, & Class co-counsel have determined to increase that to 10% in light of the excellent work and contribution of ERISA counsel."
>> &
>> **From:** Goldsmith, David
>> **Sent:** Tuesday, November 22, 2016 11:49 AM
>> **To:** Garrett J. Bradley; Sucharow, Lawrence; Keller, Christopher J.; Belfi, Eric J.
>> **Subject:** RE: SST--DRAFT Letter to Co-Counsel re Fee Distribution_Undertaking.DOCX
>> &
>> We thought we'd do a separate letter to him.
>> &
>> **From:** Garrett Bradley [mailto:GBradley@tenlaw.com]
>> **Sent:** Tuesday, November 22, 2016 11:48 AM
>> **To:** Goldsmith, David; Sucharow, Lawrence; Keller, Christopher J.; Belfi, Eric J.
>> **Subject:** Fwd: SST--DRAFT Letter to Co-Counsel re Fee Distribution_Undertaking.DOCX
>> &
>> I think you should put Damon on this letter.
>>
>> Garrett
>>
>> Begin forwarded message:

Confidential: Produced Pursuant to Court Order.                                                                                                                TLF-SST-012283

**From:** Lynn Sarko &<lsarko@KellerRohrback.com&>
**Date:** November 22, 2016 at 11:40:23 AM EST
**To:** "Lieff, Robert L." &<RLIEFF@lchb.com&>, "'Goldsmith, David'" &<dgoldsmith@labaton.com&>, Michael Thornton &<MThornton@tenlaw.com&>, "Garrett J. Bradley" &<gbradley@tenlaw.com&>, Michael Lesser &<MLesser@tenlaw.com&>, "Chiplock, Daniel P." &<DCHIPLOCK@lchb.com&>, 'Robert Lieff' &<rlieff@lieff.com&>, "'Kravitz, Carl S.'" &<ckravitz@zuckerman.com&>, "'Brian McTigue'" &<bmctigue@mctiguelaw.com&>
**Cc:** "Sucharow, Lawrence" &<LSucharow@labaton.com&>, "Belfi, Eric J." &<EBelfi@labaton.com&>, "Stocker, Michael W." &<MStocker@labaton.com&>, "Zeiss, Nicole" &<NZeiss@labaton.com&>
**Subject:** RE: SST--DRAFT Letter to Co-Counsel re Fee Distribution_Undertaking.DOCX

Ditto for KR.& We will sign- but let's include the breakdown in a draft letter.
Thanks
Lynn

**Lynn Lincoln Sarko**
Managing Partner
&
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
&
Phone: (206) 623-1900
Fax: (206) 623-3384
E-mail: lsarko@kellerrohrback.com
&

CONFIDENTIALITY NOTE: This Electronic Message contains information belonging to the law firm of Keller Rohrback L.L.P., which may be privileged, confidential and protected from disclosure. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message is strictly prohibited. Questions should be directed to Charlene Engle (Executive Assistant to Lynn Lincoln Sarko) at 206-623-1900.
&

---

**From:** Lieff, Robert L. [mailto:RLIEFF@lchb.com]
**Sent:** Monday, November 21, 2016 4:25 PM
**To:** 'Goldsmith, David' &<dgoldsmith@labaton.com&>; Michael Thornton &<MThornton@tenlaw.com&>; Garrett J. Bradley &<gbradley@tenlaw.com&>; Michael Lesser &<MLesser@tenlaw.com&>; Chiplock, Daniel P. &<DCHIPLOCK@lchb.com&>; 'Robert Lieff' &<rlieff@lieff.com&>; Lynn Sarko &<lsarko@KellerRohrback.com&>; 'Kravitz, Carl S.' &<ckravitz@zuckerman.com&>; 'Brian McTigue' &<bmctigue@mctiguelaw.com&>
**Cc:** Sucharow, Lawrence &<LSucharow@labaton.com&>; Belfi, Eric J. &<EBelfi@labaton.com&>; Stocker, Michael W. &<MStocker@labaton.com&>; Zeiss, Nicole &<NZeiss@labaton.com&>; Lieff, Robert L. &<RLIEFF@lchb.com&>
**Subject:** RE: SST--DRAFT Letter to Co-Counsel re Fee Distribution_Undertaking.DOCX
&

Confidential: Produced Pursuant to Court Order.    TLF-SST-012284

David,
&
I have no concerns regarding the proposed letter.& I think that it is appropriate and I intend to sign it.
&
What I would like to see is a breakdown as to the fees and cost reimbursements going to each counsel listed in the letter.& I know that we have all agreed to the distribution; however, I think we should have a dollar breakdown to be paid December 8.
&
Thank you,
&
Bob
&

**From:** Goldsmith, David [mailto:dgoldsmith@labaton.com]
**Sent:** Monday, November 21, 2016 3:55 PM
**To:** Michael Thornton; Garrett J. Bradley; Michael Lesser; Chiplock, Daniel P.; 'Robert Lieff'; Lynn Sarko; 'Kravitz, Carl S.'; 'Brian McTigue'
**Cc:** Sucharow, Lawrence; Belfi, Eric J.; Stocker, Michael W.; Zeiss, Nicole
**Subject:** SST--DRAFT Letter to Co-Counsel re Fee Distribution_Undertaking.DOCX
&
All:
&
Attached please find a draft letter setting out our plan with regard to the November 10 letter we filed with the Court and future distribution of fees and expenses.
&
Please let us know if you have any comments or concerns.& We'd like to circulate a final version and collect signatures before the holiday if possible.
&
Thanks,
David
&
&
&
&
&



**David J. Goldsmith | Partner**
140 Broadway, New York, New York 10005
T: (212) 907-0879 | F: (212) 883-7079
E: dgoldsmith@labaton.com&  |& W: www.labaton.com
&


&
***Privilege and Confidentiality Notice***
&
This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named

3

Confidential: Produced Pursuant to Court Order.                    TLF-SST-012285

```
herein. If you are not the Addressee(s), or the
person responsible for delivering this to the
Addressee(s), you are hereby notified that reading,
copying, or distributing this message is prohibited.
If you have received this electronic mail message in
error, please contact us immediately at 212-907-0700
and take the steps necessary to delete the message
completely from your computer system. Thank you.
&
```

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error; please immediately notify us by telephone at (800) 431-4600. You will be reimbursed for reasonable costs incurred in notifying us.

```
***Privilege and Confidentiality Notice***

This electronic message contains information that is (a) LEGALLY
PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW
FROM DISCLOSURE, and (b) intended only for the use of the
Addressee(s) named herein. If you are not the Addressee(s), or
the person responsible for delivering this to the Addressee(s),
you are hereby notified that reading, copying, or distributing
this message is prohibited. If you have received this electronic
mail message in error, please contact us immediately at 212-907-
0700 and take the steps necessary to delete the message
completely from your computer system. Thank you.
```

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error; please immediately notify us by telephone at (800) 431-4600. You will be reimbursed for reasonable costs incurred in notifying us.

```
***Privilege and Confidentiality Notice***

This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY
IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the
use of the Addressee(s) named herein. If you are not the Addressee(s), or the person
responsible for delivering this to the Addressee(s), you are hereby notified that
reading, copying, or distributing this message is prohibited. If you have received this
electronic mail message in error, please contact us immediately at 212-907-0700 and take
```

4

```
the steps necessary to delete the message completely from your computer system. Thank
you.
```

5

Confidential: Produced Pursuant to Court Order.                                    TLF-SST-012287