# EX. 179

Draft Copy
Labaton Sucharow
11/21/2016 6:45 PM

Lawrence A. Sucharow
Partner
212 907 0860     direct
212 883 7060     fax
lsucharow@labaton.com

November 21, 2016

By E-Mail

Michael P. Thornton, Esq.
Thornton Law Firm LLP
100 Summer Street, 30th Floor
Boston, Massachusetts 02110

Daniel P. Chiplock, Esq.
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, New York 10013

Robert L. Lieff, Esq.
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111

Lynn Lincoln Sarko, Esq.
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101

Carl S. Kravitz, Esq.
Zuckerman Spaeder LLP
1800 M Street, N.W.
Washington, D.C. 20036

J. Brian McTigue, Esq.
McTigue Law LLP
4530 Wisconsin Ave, N.W., Suite 300
Washington, D.C. 20016

Re:   *Arkansas Teacher Retirement System v. State Street Bank & Trust Co.*,
      No. 11-CV-10230 MLW (D. Mass.)
      *Henriquez v. State Street Bank & Trust Co.*,
      No. 11-CV-12049 MLW (D. Mass.)
      *The Andover Companies Employee Savings
       & Profit Sharing Plan v. State Street Bank & Trust Co.*,
      No. 12-CV-11698 MLW (D. Mass.)

Dear Counsel:

As you are aware, on November 8, 2016, after Judge Wolf issued the Order Awarding Attorneys' Fees, Payment of Litigation Expenses, and Payment of Service Awards to Plaintiffs (the "Fee Order," ECF No. 111), counsel in the *Arkansas* action received an inquiry from the *Boston Globe* concerning certain of the individual firm lodestar reports supporting our motion for attorneys' fees.

In response, as you are also aware, we filed a detailed letter with the Court on November 10, 2016 ("Letter," ECF No. 116). The Letter disclosed certain inadvertent errors in these submissions, and provided a corrected combined time spent, corrected combined lodestar, and the resulting corrected multiplier. Because the fee was determined based on the percentage-of-fund method, and the overstatement of the lodestar resulted only in a modest increase in the multiplier cross-check, we

Confidential: Produced Pursuant to Court Order.                                          TLF-SST-012264

All Counsel in State Street FX Cases
November 21, 2016
Page 2

argued that the fee was fully supportable under the Court's stated rationale and that no changes were required.

Further, the Letter offered our apology for the errors, and indicated that we were available to respond to any questions or concerns the Court may have.

The Fee Order and the Court's Order and Final Judgment (the "Judgment," ECF No. 110) become Final on December 2, 2016, and the Settlement will become Effective shortly thereafter, on December 7, 2016.[1]  Because there were no objections to the Settlement or requested fees, no Class member has standing to appeal the Fee Order or Judgment.

As of today, the Court has not acted in response to the Letter.  If the Court remains silent as of close of business on December 7, 2016, we will begin the process of withdrawing the approved fees, expenses, and service awards from the Lead Counsel Escrow Account for prompt distribution to your respective firms pursuant to our agreements.

It is possible, however, that the Court, on or after December 8, 2016, will respond adversely to the Letter and ultimately reduce the fee award.  This could occur after the fees, expenses and service awards have been distributed to your respective firms (and to the other ERISA counsel).

Accordingly, before we distribute your share of the fees, expenses, and service awards, we will require an undertaking, evidenced by your signature below, confirming your agreement to refund to us within five (5) business days, for redeposit into the Lead Counsel Escrow Account, your *pro rata* share of any Court-ordered reduction of fees, expenses, and/or service awards.

Please sign below and return an executed copy to us.  Thank you for your cooperation.  Please let me know if you have any questions.

Very truly yours,


Lawrence A. Sucharow

---

[1] The time to appeal the Judgment and Fee Order expires on December 2, 2016 (a Friday), 30 days after entry.  *See* Settlement Agmt. ¶ 1(z)(iii).  After that, however, State Street has two (2) business days to make its formal settlement offer to the SEC before the Effective Date is reached.  That brings the Effective Date to December 7.

All Counsel in State Street FX Cases
November 21, 2016
Page 3

LAS/idi

ACCEPTED AND AGREED:

_____          _____
Thornton Law Firm LLP                        Lieff Cabraser Heimann & Bernstein, LLP
Name: _____                 Name: _____
Dated: _____, 2016                 Dated: _____, 2016


_____          _____
Robert L. Lieff, Esq.                        Keller Rohrback L.L.P.
Name: _____                 Name: _____
Dated: _____, 2016                 Dated: _____, 2016


_____          _____
Zuckerman Spaeder LLP                        McTigue Law LLP
Name: _____                 Name: _____
Dated: _____, 2016                 Dated: _____, 2016

Confidential: Produced Pursuant to Court Order.                     TLF-SST-012266