# EX. 185

# [Excel Spreadsheet is submitted in Native File Format]