# EX. 188

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BANK OF NEW YORK MELLON CORP. FOREX TRANSACTIONS LITIGATION | No. 12-MD-2335 (LAK) (JLC) |
| THIS DOCUMENT RELATES TO: | |
| *Southeastern Pennsylvania Transportation Authority v. The Bank of New York Mellon Corporation, et al.* | No. 12-CV-3066 (LAK) (JLC) |
| *International Union of Operating Engineers, Stationary Engineers Local 39 Pension Trust Fund v. The Bank of New York Mellon Corporation, et al.* | No. 12-CV-3067 (LAK) (JLC) |
| *Ohio Police & Fire Pension Fund, et al. v. The Bank of New York Mellon Corporation, et al.* | No. 12-CV-3470 (LAK) (JLC) |
| *Carver, et al. v. The Bank of New York Mellon, et al.* | No. 12-CV-9248 (LAK) (JLC) |
| *Fletcher v. The Bank of New York Mellon, et al.* | No. 14-CV-5496 (LAK) (JLC) |

## DECLARATION OF LYNN LINCOLN SARKO IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES FILED ON BEHALF OF KELLER ROHRBACK L.L.P.

I, Lynn Lincoln Sarko, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Managing Partner of the law firm, Keller Rohrback L.L.P. I submit this declaration in support of Lead Settlement Counsel's motion for an award of attorneys' fees and reimbursement of expenses. Unless otherwise stated herein, I have personal knowledge of the facts set forth herein and, if called upon to testify, could and would testify competently thereto.

2. Keller Rohrback L.L.P. has offices in New York, Seattle, Phoenix and Santa Barbara. The Firm has litigated many class actions in the Southern District of New York and in

other courts around the country.  A copy of the Firm's resume, as well as a brief biography of all Firm attorneys and support staff that billed time in this Action, is attached hereto as Exhibit A.

### Work Performed for the Benefit of the Settlement Class

3.    I personally rendered legal services and was responsible for coordinating and supervising the activity carried out by attorneys and professional staff at Keller Rohrback L.L.P. in this Action.  In its capacity as counsel in *Carver v. The Bank of New York Mellon, et al.* ("*Carver*"), No. 12-cv-9248 (S.D.N.Y.) and *Fletcher v. Bank of New York Mellon et al.* ("*Fletcher*"), Case No. 14-cv-05496 (S.D.N.Y) and in conjunction with the efforts of Lead Counsel, Keller Rohrback L.L.P. contributed to this Action and performed work on behalf of and for the benefit of the Class.

4.    The accompanying declarations of Lead Settlement Counsel describe the enormous amount of work performed on behalf of the class as a whole. Without repeating that recitation, Keller Rohrback's specific work in this case can be summarized as including:

- Prefiling investigation of ERISA claims;

- Filing the *Carver* action; amending the *Carver* Complaint;

- Negotiating a briefing schedule for BNYM's motion to dismiss in *Carver*;

- Conducting extensive jurisdictional discovery in *Carver* (two sets of interrogatories, two sets of requests for production, in order to respond to that motion, subpoenas to six third parties, a motion to compel compliance with one of the third party subpoenas, responding BNYM's requests for production, reviewing approximately 300,000 pages of documents produced by BNYM and third parties, and deposing two BNYM witnesses);

- Seeking leave to file a Second Amended Complaint in *Carver*; filing the Second Amended *Carver* Complaint (to the extent leave was given by the Court);

- Briefing BNYM's motion to dismiss in part the *Carver* Second Amended Class Action Complaint;

- Filing the *Fletcher* action;

- Successfully opposing BNYM's Emergency Motion for Pre-Trial Order Governing Jurisdictional Discovery and Briefing on Motion to Dismiss in *Fletcher*;

- Filing an Amended *Fletcher* Complaint;

- Negotiating a briefing schedule for BNYM's motion to dismiss in *Fletcher*;

- Briefing BNYM's motion to dismiss in part the *Fletcher* Amended Complaint;

- Participating in class-wide merits discovery (written interrogatories and requests for production, preparation of ESI requests, attending multiple depositions of BNYM employees and, on a narrowly targeted basis, searching the database of documents produced by BNYM for information related to the *Carver* and *Fletcher* ERISA claims);

- Participating in discovery specific to the *Carver* and *Fletcher* cases (in addition to the jurisdictional discovery noted above, issuing case-specific interrogatories and requests for production to BNYM, and responding to BNYM's case-specific interrogatories, requests for admission, and requests for production);

- Identifying expert witnesses to rebut BNYM's class certification expert reports, to the extent BNYM's experts raised *Carver/Fletcher*-specific issues; submitting rebuttal class certification expert reports from Dr. Craig Schulman, an economist,

and Professor David Pratt, an ERISA scholar and expert; jointly identifying (along with counsel for the Customer Class) Dr. David DeRosa as a rebuttal expert on class certification; and jointly working with Customer Class Counsel and Dr. DeRosa in the preparation and submission of his expert report.

- Identifying affirmative merits experts including Professor David Pratt on fundamental ERISA issues, Dr. David DeRosa on a specific ERISA prohibited transaction issue, Steve Pomerantz on ERISA damages issues, and G. William Brown, Jr. as an additional damages expert; and

- Preparing a motion for class certification and supporting materials (the case settled before the motion was filed).

5.      In addition, Keller Rohrback L.L.P., and myself personally, played an instrumental role in settlement negotiations on behalf of the ERISA plaintiffs in the consolidated MDL proceedings. At the request of Lead Counsel, and in partnership with them and the mediator, Hon. Layn Phillips (Ret.), I facilitated negotiations between BNYM *Class Counsel*, the United States Department of Labor, the United States Attorney for the Southern District of New York, and the New York Attorney General's Office with respect to ERISA matters. Any multi-party negotiation is complex, and this process was especially challenging. During the entire settlement negotiation process I spent substantial time on the phone and in face-to-face meetings, day and night, to complete settlement negotiations. I can attest that this was amongst the most complex negotiations that I have seen. I am proud of the results we obtained for the benefit of the entire class. Throughout this process, I have been careful to ensure that the interests of the *Carver/Fletcher* class were fully protected.

6.     At the end of the day, we succeeded in obtaining a global settlement that is, in my experience and professional judgment, a fair, adequate, and reasonable resolution of the claims against BNYM in this complex and very hard-fought action.

**Attorneys' Fees**

7.     Based on my work performed in this Action as well as my receipt and review of the billing records reflecting work performed by attorneys and paraprofessionals at Keller Rohrback L.L.P. in this Action ("Timekeepers") as reported by the Timekeepers, I directed the preparation of the chart set forth as Exhibit B hereto. This chart (i) identifies the names and positions (*i.e.*, titles) of the firm's Timekeepers who undertook litigation activities in connection with the Action and who expended 10 hours or more on the Action; (ii) provides the total number of hours each Timekeeper expended in connection with work on the Action, from the time when potential claims were being investigated through May 31, 2015; (iii) provides each Timekeeper's current hourly rate, as noted in the chart; and (iv) provides the total billable amount, in dollars, of the work by each Timekeeper and the entire firm.[1] For Timekeepers who are no longer employed by the Firm, the hourly rate used is the billing rate in his or her final year of employment by the Firm.  The Firm's billing records, which are regularly prepared from contemporaneous daily time records, are available at the request of the Court. Time expended in preparing this motion for fees and reimbursement of expenses has not been included in this request.  Additionally, time expended in preparing any papers for prior motions for reimbursement of expenses has not been included in this request.

8.     The hourly rates charged by the Timekeepers are the Firm's regular rates for contingent cases and those generally charged to clients for their services in non-

---

[1] The information concerning each Timekeeper's hours and hourly rate is not based on my personal knowledge, but on the information reported by each such Timekeeper or the files and records of Keller Rohrback L.L.P., as well as my familiarity with the work undertaken by Keller Rohrback L.L.P. in the Action.

contingent/hourly matters.[2]  Based on my knowledge and experience, these rates are also within the range of rates normally and customarily charged in their respective cities by attorneys and paraprofessionals of similar qualifications and experience in cases similar to this litigation, and have been approved in connection with other class action settlements.

9.      The total number of hours expended by Keller Rohrback L.L.P. on this Action, from investigation through May 31, 2015, is 4,362.  The total lodestar for the Firm is $2,979,540.50, consisting of $2,791,382.00 for attorney time and $188,158.50 for professional support staff time.

10.     In my judgment, the number of hours expended and the services performed by the attorneys and paraprofessionals at Keller Rohrback L.L.P. were reasonable and expended for the benefit of the Settlement Class in this Action.

11.     Keller Rohrback L.L.P. lodestar figures are based on the Firm's billing rates, which do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in the Firm's billing rates.

## Unreimbursed Expenses

12.     As set forth in Exhibit C, Keller Rohrback L.L.P. has incurred a total of $230,993.07 in unreimbursed expenses in connection with this Action from investigation through July 31, 2015. In my judgment, these expenses were reasonable and expended for the benefit of the Settlement Class in this Action.

13.     These expenses are reflected on the books and records of the Firm. It is the Firm's policy and practice to prepare such records from expense vouchers, check records, credit card records, and other source materials. Based on my oversight of Keller Rohrback L.L.P.'s work in

---

[2] On occasion and for a specific type of representation, the Firm may offer a discount on its hourly rates to longstanding clients.

connection with this litigation and my review of these records, I believe them to constitute an accurate record of the expenses actually incurred by the Firm in connection with this litigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of August, 2015 in Santa Barbara, California.

_____
Lynn Lincoln Sarko

EXHIBIT A



# ERISA Litigation



| Seattle | Santa Barbara |
|---|---|
| Keller Rohrback L.L.P. | Keller Rohrback L.L.P. |
| 1201 Third Avenue, | 1129 State Street, |
| Suite 3200 | Suite 8 |
| Seattle, WA 98101 | Santa Barbara, CA 93101 |
| Phone: 206.623.1900 | Phone: 805.456.1496 |
| Facsimile: 206.623.3384 | Facsimile: 805.456.1497 |
| **Phoenix** | **New York** |
| Keller Rohrback L.L.P. | Keller Rohrback L.L.P. |
| 3101 North Central Avenue, | 1140 Avenue of the Americas, |
| Suite 1400 | Ninth floor |
| Phoenix, AZ 85012 | New York, NY 10036 |
| Phone: 602.248.0088 | Phone: 646.380.6690 |
| Facsimile: 602.248.2822 | Facsimile: 646.380.6692 |

# Our Firm

**Founded in 1919, today Keller Rohrback has more than 60 attorneys and more than 100 staff members who provide expert legal services to clients nationwide. We use cutting-edge technology and case management techniques in the preparation and trial of complex cases. Our excellent support staff includes in-house programming personnel and experienced paralegals who contribute significantly to our ability to effectively and efficiently litigate complex class action cases nationwide. The firm's Complex Litigation Group regularly calls on firm attorneys in other practice areas for expertise in bankruptcy, contracts, employment law, executive compensation, corporate transactions, financial institutions, insurance coverage, mergers and acquisitions, professional malpractice, and securities transactions. The firm's in-house access to these resources distinguishes Keller Rohrback from other plaintiffs' class action firms and also contributes to the firm's success.**

## Leaders in ERISA Class Action Litigation

KELLER ROHRBACK L.L.P. is one of the nation's leading law firms committed to helping employees and retirees protect their employment, retirement, and benefits under the Employee Retirement Income Security Act of 1974, as amended ("ERISA").

Keller Rohrback helped pioneer the development of breach of fiduciary duty law under ERISA and is a nationally recognized leader in this area. Our efforts have resulted in numerous published decisions upholding plaintiffs' ERISA claims, granting class certification, and approving several multi-million dollar settlements. To date, Keller Rohrback has recovered monetary and equitable relief valued at over $1 billion for employees and retirees.

Based on our extensive ERISA experience, Keller Rohrback's attorneys are frequently invited to speak at ERISA continuing legal education seminars and conferences and have written numerous ERISA-related amicus briefs and articles.

As a full-service law firm, Keller Rohrback regularly advises employees, retirees, health care subscribers, businesses, and independent fiduciaries concerning their rights and duties under ERISA.

Federal courts throughout the country have recognized Keller Rohrback's qualifications to vigorously pursue ERISA class action claims. Thus, Keller Rohrback has served in a leadership position in several major ERISA breach of fiduciary duty cases involving retirement and health care plans, including ERISA litigation against the following corporations:

| | | | |
|---|---|---|---|
| AIG | Fremont General Corp. | Mirant | UnitedHealth Group, Inc. |
| Bear Stearns Cos., Inc. | Global Crossing | Pfizer | Visteon |
| Beazer Homes USA | Goodyear Tire & Rubber Co. | Polaroid | Wachovia Corp. |
| BellSouth | HealthSouth | Providian | Wal-Mart Stores, Inc. |
| CIGNA | Household International | Regions Financial Corp. | Washington Mutual, Inc. |
| CMS Energy | IndyMac | Southern Company | Williams Companies |
| Colonial BancGroup, Inc. | Krispy Kreme Doughnut | State Street | WorldCom |
| Countrywide Financial | Lucent Technologies | Stiefel Laboratories, Inc. | Xerox |
| Delphi | Marsh & McLennan | Syncor | |
| Dynegy | Merck | The Bank Of New York Mellon | |
| Enron | Merrill Lynch | Transamerica Life Ins. Co. | |

# ERISA Cases

## Retirement Plans

Keller Rohrback is one of America's leading law firms handling retirement plan litigation. We are committed to helping employees and retirees protect their retirement savings. Keller Rohrback is recognized as one of the premier firms litigating ERISA breach of fiduciary duty claims against employers for losses to defined contribution plans caused by imprudent investment in company stock. In addition, our attorneys have extensive experience litigating cases involving excessive fees related to the management and administration of plan investment funds, conversions to cash balance plans, and losses under defined benefit pension plans.

## Private Company ESOPs

An Employee Stock Ownership Plan ("ESOP") is a tax-qualified defined contribution employee benefit program intended to invest primarily in the stock of the plan sponsor company. Both private and public companies offer ESOPs.

Keller Rohrback has a growing private ESOP practice, which focuses on business practices and fiduciary conduct in ESOP-owned companies. Keller Rohrback attorneys are very familiar with applicable ESOP stock valuation techniques and methodologies and work closely with valuation experts.

## Health Care Benefits

In addition to retirement plans, ERISA also governs how employee health care plans are administered. Health care plans must be operated with particular standards that were designed to protect the interests of employees, retirees, and other plan beneficiaries, such as family members. ERISA creates fiduciary responsibilities for those who manage and control health plans, requires that plans provide participants with accurate plan information, and gives plan participants the right to sue for benefits and breaches of fiduciary duty.

## Recognition

We are honored that courts nationwide have repeatedly praised Keller Rohrback's leadership and successful results in this highly complex and rapidly developing area of law.

"[Keller Rohrback] has performed an important public service in this action and has done so efficiently and with integrity . . . [Keller Rohrback] has also worked creatively and diligently to obtain a settlement from WorldCom in the context of complex and difficult legal questions....[Keller Rohrback] should be appropriately rewarded as an incentive for the further protection of employees and their pension plans not only in this litigation but in all ERISA actions." *In re WorldCom, Inc. ERISA Litig.*, 59 Fed. R. Serv. 3d 1170, 33 Empl. Benefits Cas. (BNA) 2291 (S.D.N.Y. Oct. 18, 2004).

"The Court finds that [Keller Rohrback] is experienced and qualified counsel who is generally able to conduct the litigation as Lead Counsel on behalf of the putative class. Keller Rohrback has significant experience in ERISA litigation, serving as Co-Lead Counsel in the Enron ERISA litigation, the Lucent ERISA litigation, and the Providian ERISA litigation, and experience in complex class action litigation in other areas of the law. Mr. Sarko's presentation at the August 26, 2002 hearing before the Court evidences Keller Rohrback's ability to adequately represent the class." *In re Williams Cos. ERISA Litig.*, No. 02-153 (N.D. Okla. Oct. 28, 2002) (order appointing Lead Counsel).

"Keller Rohrback presents the most compelling case for appointment as interim lead class counsel based on . . . its extensive experience handling ERISA class actions...." *In re Wachovia Corp. ERISA Litig.*, No. 08-5320 (S.D.N.Y. Dec. 24, 2008).

KELLER ROHRBACK
L A W   O F F I C E S

## Pioneering ERISA Cases

*In re Enron Corp. ERISA Litigation*, MDL No. 1446 (S.D. Tex.). Keller Rohrback served as Co-Lead Counsel in this class action filed in the Southern District of Texas. On September 30, 2003, Judge Melinda Harmon denied defendants' numerous motions to dismiss in a landmark decision that addressed in detail defendants' obligations as ERISA fiduciaries, and upheld plaintiffs' core ERISA claims. Plaintiffs achieved four partial settlements totaling more than $264 million in cash to the Enron plans against Enron directors, officers and plan fiduciaries.

*In re Lucent Technologies, Inc. ERISA Litigation*, No. 01-3491 (D. N.J.). Keller Rohrback was appointed Co-Lead Counsel in this class action brought on behalf of participants and beneficiaries of the Lucent defined contribution plans that invested in Lucent stock. The complaint alleged that the defendants withheld and concealed material information from participants, thereby encouraging participants and beneficiaries to continue to make and to maintain substantial investments in company stock and the plans. The settlement provided for, among other relief, the payment of $69 million in cash and stock to the plan. Judge Joel Pisano of the New Jersey federal court approved the settlement on December 12, 2003.

*Whetman v. IKON Office Solutions, Inc.*, MDL No. 10-1318 (E.D. Pa.). The current wave of 401(k) company stock cases began with Whetman v. IKON Office Solutions, Inc. In a first-of-its-kind complaint, we alleged that company stock was an imprudent investment for the plan, that the fiduciaries of the plan failed to provide complete and accurate information concerning company stock to the participants, and that they failed to address their conflicts of interest. This case resulted in ground-breaking opinions in the ERISA 401(k) area of law on motions to dismiss, class certification, approval of securities settlements with a carve-out for ERISA claims, and approval of ERISA settlements.

*In re WorldCom, Inc. ERISA Litigation*, No. 02-4816 (S.D.N.Y.). Keller Rohrback served as Lead Counsel in this class action filed in the Southern District of New York on behalf of participants and beneficiaries of the WorldCom 401(k) Salary Savings Plan. On June 17, 2003, Judge Denise Cote denied in part defendants' motions to dismiss and on October 4, 2004, granted plaintiffs' motion for class certification. Settlements providing for injunctive relief and payments of over $48 million to the plan were approved on October 26, 2004 and November 21, 2005.

## Groudbreaking ERISA Settlements

Keller Rohrback's qualifications to lead ERISA 401(k) and ESOP class actions is nowhere more evident than in the highly favorable settlements it has achieved for the benefit of employees in several of its nationally prominent cases. In addition to the Enron, Lucent, IKON, and WorldCom settlements discussed above, these settlements include:

*In re AIG ERISA Litigation*, No. 04-09387 (S.D.N.Y.). On December 12, 2006, the late Judge John E. Sprizzo denied defendants' motion to dismiss. On October 8, 2008, Judge Kevin T. Duffy, for Judge Sprizzo, issued final approval of the $25 million settlement negotiated by the parties.

*Alvidres v. Countrywide Financial Corp.*, No. 07-5810 (C.D. Cal.). On November 16, 2009, Judge John F. Walter granted final approval of the $55 million settlement.

*In re Bear Stearns Cos., Inc. ERISA Litigation*, No. 08-02804 (S.D.N.Y.). On September 20, 2012, the Honorable Robert W. Sweet granted final approval of the $10 million Settlement in the ERISA action.

*In re Beazer Homes USA, Inc. ERISA Litigation*, No. 07-952 (N.D. Ga.). On November 15, 2010, Judge Richard W. Story granted final approval of the $5.5 million settlement.

KELLER ROHRBACK
L A W   O F F I C E S

## Groudbreaking ERISA Settlements (cont.)

*In re Bakery & Confectionery Union & Industry Int'l Pension Fund Pension Plan*, No. 11-1471 (S.D.N.Y.). The Honorable Vincent L. Briccetti ruled that the July 1, 2010 amendment to the Bakery & Confectionery Union & Industrial Pension Fund Pension Plan violated ERISA's anti-cutback provisions. The amendment changed the rule that permitted participants to "age into" eligibility for the Golden 80 and Golden 90 plans. Defendants appealed this ruling to the Second Circuit Court of Appeals and on May 1, 2014, the Court of Appeals Affirmed Judge Bricetti's ruling. Defendants are implementing adjustments to reinstate the benefits due to eligible employees.

*In re BellSouth Corporation ERISA Litigation*, No. 02-02440 (N.D. Ga.). On March 4, 2004, Judge J. Owen Forrester denied defendants' motion to dismiss. On December 5, 2006, Judge Forrester approved a settlement that provided structural relief for the plans valued at up to $90 million, plus attorneys fees and costs.

*Braden, et al. v. Wal-Mart Stores, Inc., et al.*, No. 08-3109 (W.D. Mo.). On December 5, 2011 the Court preliminarily approved a $13.5 million settlement of all claims and conditionally approved and appointed Keller Rohrback as Lead Counsel in this class action lawsuit. The complaint alleged that certain fees and expenses charged to Wal-Mart's 401(k) plan and individual plan participant accounts by mutual fund companies, as well as revenue sharing and other fees collected by Merrill Lynch, were excessive in light of the size of the plan and that these excessive fees were charged without properly disclosing them to Wal-Mart, the plan, or plan participants. The settlement, which includes significant injunctive relief in addition to the cash amount, followed the successful appeal in the Eight Circuit Court of an order dismissing the action. Following a fairness hearing on March 7, 2012, the Court entered its final order and judgment on March 19, 2012, approving the settlement and plan of allocation.

*Buus, et al. v. WaMu Pension Plan, et al.*, No. 07-903 (W.D. Wash.). The parties to the litigation negotiated and executed a settlement agreement on June 29, 2010. On October 29, 2010, the Court held a fairness hearing and approved the settlement of $20 million as fair, reasonable and adequate, approved the notice and publication notice and method of dissemination of such notices, approved the application for attorneys' fees and expenses, and approved the proposed plan of allocation and the case contribution awards for the Named Plaintiffs.

*In re CMS Energy ERISA Litigation*, No. 02-72834 (E.D. Mich.). On March 31, 2004, Judge George Caram Steeh denied defendants' motions to dismiss. On December 27, 2004, Judge Steeh granted plantiffs' motion for class certification and subsequently approved the $28 million settlement negotiated by the parties.

*In re Colonial BancGroup, Inc. ERISA Litigation*, No. 09-00792 (M.D. Ala.). On October 12, 2012, the Honorable Myron H. Thompson granted final approval of the $2.5 million Stipulation of Settlement and certified the Class for settlement purposes.

*In re Dynegy, Inc. ERISA Litigation*, No. 02-3076 (S.D. Tex.). On March 5, 2004, the Court denied, in part, defendants' motions to dismiss. Subsequently, the parties reached a settlement that provided for the payment of $30.75 million in cash to the plan. On December 10, 2004, Judge Sim Lake approved the settlement.

*In re Fremont General Corporation Litigation*, No. 07-02693 (C.D. Cal.). On August 17, 2007, Judge Florence-Marie Cooper appointed Keller Rohrback sole Interim Lead Counsel, and on May 29, 2008, Judge Cooper denied defendants' motion to dismiss. The parties reached an agreement to settle the litigation for $21 million. On April 26, 2011, the Honorable Jacqueline Nguyen granted preliminary approval of the Stipulation and Agreement of Settlement. On August 10, 2011, Judge Nguyen granted final approval of the Settlement.

*In re Global Crossing, Ltd. ERISA Litigation*, No. 02-7453 (S.D.N.Y.). The Global Crossing ERISA Litigation settlement provided for, among other relief, the payment of $79 million to the plan. Judge Gerard Lynch approved the settlement on November 10, 2004.

*In re The Goodyear Tire & Rubber Company ERISA Litigation*, No. 03-02180 (N.D. Ohio). On July 6, 2006, Judge John R. Adams denied defendants' motions to dismiss. On October 22, 2008, the Court issued final approval of the $8.375 million settlement.

# KELLER·ROHRBACK
### L A W   O F F I C E S

## Groudbreaking ERISA Settlements (cont.)

*Hans v. Tharaldson*, No. 05-115 (D. N.D.). This lawsuit, brought on behalf of the Tharaldson Motels, Inc. Employee Ownership Plan ("ESOP"), provided for a $15 million settlement fund, including a $4 million cash payment to all current and former participants and beneficiaries of the ESOP, and an $11 million credit against the principal owed by the ESOP to the company. Chief Judge Ralph Erikson approved the settlement on February 25, 2013.

*In re HealthSouth Corp. ERISA Litigation*, No. 03-01700 (N.D. Ala.). On June 28, 2006, Judge Karon Bowdre approved a settlement in the amount of $28.875 million.

*In re Household International, Inc. ERISA Litigation,* No. 02-7921 (N.D. Ill.). On March 31, 2004, Judge Samuel Der-Yeghiayan denied, in part, defendants' motions to dismiss. The case subsequently settled for $46.5 million in cash to the plan. The court approved the settlement on November 22, 2004.

*In re IndyMac ERISA Litigation*, No. 08-4579 (C.D.Cal.). On January 19, 2011, Judge Dean Pregerson granted final approval of the $7 million settlement.

*Lilly, et al. v. Oneida Ltd. Employee Benefits Admin. Committee, et al.*, No. 07¬00340 (N.D.N.Y.). On May 8, 2008, Judge Neal P. McCurn issued an order in which he denied defendants' motion to dismiss. On October 4, 2010, the Court granted approval of a $1.85 million settlement and entered an Order and Final Judgment.

*In re Marsh ERISA Litigation*, No. 04-8157, (S.D.N.Y.). On December 14, 2006, the Honorable Shirley Wohl Kram issued an order in which she granted in part and denied in part the defendants' motions to dismiss. The parties subsequently reached a settlement in the amount of $35 million, which was approved by the Court on January 29, 2010.

*In re Merck & Co., Inc. "ERISA" Litigation*, MDL No. 1658 (D.N.J.). On July 11, 2006, the Honorable Stanley R. Chesler granted in part and denied in part defendants' motions to dismiss. On February 9, 2009, the Court granted in part and denied in part plaintiffs' motion for class certification. On November 29, 2011, Judge Chesler granted final approval of the $49.5 million settlement negotiated by the parties.

*In re Merrill Lynch & Co., Inc. Securities, Derivative & ERISA Litigation*, No. 07-10268 (S.D.N.Y.). On August 21, 2009, Judge Jed S. Rakoff granted final approval of the $75 million settlement in the ERISA action.

*In re Mirant Corporation ERISA Litigation*, No. 03-01027 (N.D. Ga.). On November 16, 2006, the Court approved the settlement, including a payment of $9.7 million in cash to the plan for losses suffered by the certified settlement class.

*In re Polaroid ERISA Litigation*, No. 03-08335 (S.D.N.Y.). On March 31, 2005, Judge William H. Pauley III granted in part and denied in part defendants' motion to dismiss. On September 29, 2006, Judge Pauley granted plaintiffs' motion for class certification. The parties subsequently reached a settlement in the amount of $15 million, which was approved by the Court on June 25, 2007.

*In re Providian Financial Corp. ERISA Litigation*, No. 01-5027 (N.D. Cal.). The Providian ERISA Litigation settlement provided for structural changes to the plan, as well as the payment of $8.6 million in cash to the plan. The court approved the settlement on June 30, 2003.

*In re Regions Morgan Keegan ERISA Litigation*, No. 08-2192 (W.D. Tenn.). Keller Rohrback is Co-Lead Class Counsel in this ERISA breach of fiduciary duty class action brought on behalf of participants and beneficiaries in the company's retirement plans as well as customer plans for which Regions served as a fiduciary.  On December 24, 2014, Judge Samuel H. Mays, Jr. approved the settlement.

*Smith v. Krispy Kreme Doughnut Corporation*, No. 05-06187 (M.D.N.C.). The Krispy Kreme ERISA Litigation settlement provided for structural changes to the plan, as well as the payment of $4.75 million in cash. On January 10, 2007, Judge William L. Osteen approved the settlement.

## Groudbreaking ERISA Settlements (cont.)

*Spivey v. Southern Co., et al.*, No. 04-01912 (N.D. Ga.). On August 14, 2007, the Court granted final approval of the settlement, including a payment of $15 million in cash to the plan for losses suffered by the certified settlement class.

*In re State Street Bank and Trust Co. ERISA Litigation*, No. 07-08488 (S.D.N.Y.). On February 19, 2010, Judge Richard J. Holwell granted final approval of the $89.75 million settlement in the ERISA action.

*In re Syncor ERISA Litigation*, No. 03-02446 (C.D. Cal.). On August 23, 2004, Judge Baird denied, in part, defendants' motions to dismiss. Judge Baird subsequently granted plaintiffs' motion for class certification on March 28, 2005. The case settled, but was dismissed on summary judgment before the settlement could be approved. On February 19, 2008, the Ninth Circuit Court of Appeals reversed the district court's decision and remanded the case for further proceedings consistent with the Court's order. On October 22, 2008, Judge R. Gary Klausner granted final approval of the settlement, including a payment of $4 million in cash to the plan for losses suffered by the certified class.

*In re Visteon Corporation ERISA Litigation*, No. 05-71205 (E.D. Mich.). On March 9, 2007, Judge Avern Cohn approved a settlement in the amount of $7.6 million.

*In re Wachovia Corp. ERISA Litigation*, No. 09-00262 (W.D.N.C.). On October 24, 2011, the Honorable Martin Reidinger granted final approval of the $12.35 million settlement.

*In re Washington Mutual, Inc. ERISA Litigation*, No. 07-1874 (W.D. Wash.). On January 7, 2011, the Honorable Marsha J. Pechman granted final approval of the $49 million settlement in the ERISA action.

*In re Williams Companies ERISA Litigation*, No. 02-00153 (N.D. Okla.). On November 16, 2005, the Court approved the settlement for $55 million in cash, plus equitable relief in the form of a covenant that Williams will not take any action to amend the plan to (i) reduce the employer match thereunder below four percent prior to January 1, 2011, or (ii) require that the employer match be restricted in company stock prior to January 1, 2011.

*Wool v. Sitrick*, No. 10-2741 (C.D. Cal.). On April 23, 2012, the Honorable Jacqueline Nguyen granted final approval of a $6.25 million settlement.

*In re Xerox Corporation ERISA Litigation*, No. 02-01138 (D. Conn.). Since 2007, Judge Alvin Thompson has issued two opinions denying in significant part defendants' motions to dismiss. On April 14, 2009, Judge Thompson approved the $51 million settlement negotiated by the parties.

## Pending ERISA Cases

In addition to the cases listed above, Keller Rohrback has been appointed to a leadership position in numerous other ongoing ERISA retirement and health care benefits class actions. Through these cases, Keller Rohrback has again and again demonstrated its expertise in ERISA law, and its ability to vigorously, creatively, and successfully pursue employees' rights under ERISA. Keller Rohrback's leading role in the development of this law is unique and distinguishes the firm from any other in the country. Notable pending cases include:

*Andover Cos. Emp. Savings & Profit Sharing Plan v. State Street Bank & Trust Co.*, No. 12-11698 (D. Mass.). This Complaint was filed on behalf of a class of all qualified ERISA plans, and the participants, beneficiaries, and named fiduciaries of those plans who suffered losses as a result of State Street Bank and Trust Company's alleged deceptive acts and practices concerning charges for foreign currency ("FX") transactions at any time between January 2, 1998 and December 31, 2009. Plaintiffs allege that State Street breached its fiduciary duties to clients when it improperly marked up or marked down currency transactions, and engaged in ERISA-prohibited transactions when it failed to disclose fully the details of the relevant FX trading transactions it was undertaking on behalf of the Plans. A stay of proceedings is presently in place in this matter while the parties engage in informational exchanges, including formal document discovery.

# Pending ERISA Cases (cont.)

*In re American International Group, Inc. ERISA Litigation II*, No. 08-05722 (S.D.N.Y.). On March 19, 2009 Keller Rohrback L.L.P. was appointed Interim Co-Lead Counsel to represent the proposed class of participants and beneficiaries of the AIG Incentive Savings Plan. After surviving two rounds of motions to dismiss, and after full fact discovery, the parties entered into a settlement agreement with the assistance of an experienced mediator. On June 5, 2015, the court granted preliminary approval of the settlement and scheduled a final approval hearing for September 18, 2015.

*Carver v. Presence Health Network, et al.*, Case No. 15-2905 (N.D. Ill.). In this pension plan lawsuit filed by Keller Rohrback L.L.P. and Co-Counsel, Plaintiff alleges that Defendants are violating ERISA by, among other things, underfunding the defined benefit pension plans referred to as the Resurrection Health Care Defined Benefit Plan and the Provena Employees' Pension Plan. Plaintiff further alleges that Defendants' claim that this pension plan is exempt from ERISA's protections because it is a "church plan" is improper because, among other things, Presence Health Network is not a church or a convention or association of churches, and the Pension Plans were not established by a church or a convention or association of churches.

*Carver v. The Bank of New York Mellon*, No. 12-9248 (S.D.N.Y.), and the companion case, *Fletcher v. The Bank of New York Mellon*, No. 14-5496 (S.D.N.Y). The complaints in these matters were filed on behalf of participants and beneficiaries of ERISA plans who suffered losses as a result of the Bank of New York Mellon's alleged deceptive acts and practices concerning charges for Standing Instruction Foreign Currency ("SI FX") transactions. Plaintiffs allege that from January 12, 1999 to the present, Bank of New York Mellon breached its fiduciary duties by failing to prudently and loyally manage the Plan's foreign currency transactions in the best interests of the participants, failing to disclose fully the details of the relevant SI FX transactions it was undertaking on behalf of the Plans, and engaging in prohibited transactions.

*Chavies, et al. v. Catholic Health East, et al.*, Case No. 13-01645 (E.D. Pa.). In this pension plan lawsuit filed by Keller Rohrback L.L.P. and Co-Counsel, Plaintiffs allege that Defendants are violating ERISA by, among other things, underfunding the defined benefit pension plans referred to as the CHE Pension Plans by approximately $438.5 million. Plaintiffs further allege that Defendants' claim that this pension plan is exempt from ERISA's protections because it is a "church plan" is improper because, among other things, Catholic Health East is not a church or a convention or association of churches, and the CHE Pension Plans were not established by a church or a convention or association of churches.

*In re Citigroup ERISA Litigation II*, No. 11-7672 (S.D.N.Y.). The third amended consolidated complaint was filed on behalf of Plaintiffs and a proposed class of all persons who were participants in or beneficiaries of the Citigroup 401(k) Plan or the Citibuilder 401(k) Plan for Puerto Rico at any time between January 16, 2008 through March 5, 2009 and whose accounts included investments in Citigroup stock. Plaintiffs allege that during the Class Period Defendants breached their ERISA fiduciary duties to Plaintiffs and the Class members by: failing to prudently and loyally manage the Plans and assets of the Plans based on both public and non-public information; failing to properly monitor the performance of their fiduciary appointees and remove and replace those whose performance was inadequate; and failing to disclose necessary information to co-fiduciaries; and co-fiduciary liability. On May 13, 2015, the Court granted Defendants' motion to dismiss. Plaintiffs intend to appeal this ruling.

*Griffith, et al. v. Providence Health & Servs., et al.*, Case No. 14-1720 (W.D. Wash.). In this pension plan lawsuit filed by Keller Rohrback L.L.P. and Co-Counsel, Plaintiffs allege that Defendants are violating ERISA by, among other things, underfunding the defined benefit pension plan referred to as the Providence Health & Services Cash Balance Retirement Plan. Plaintiffs further allege that Defendants' claim that this pension plan is exempt from ERISA's protections because it is a "church plan" is improper because, among other things, Providence Health & Services is not a church or a convention or association of churches, and the Providence Health & Services Cash Balance Retirement Plan was not established by a church or a convention or association of churches.

**KELLER ROHRBACK**
L A W   O F F I C E S

# Pending ERISA Cases (cont.)

*Kaplan v. Saint Peter's Healthcare Sys., et al.*, No. 13-02941 (D. N.J.). In this pension plan lawsuit filed by Keller Rohrback L.L.P. and Co-Counsel, Plaintiff alleges that Defendants are violating ERISA by, among other things, underfunding the defined benefit pension plan known as the Saint Peter's Healthcare System Retirement Plan by over $70 million. Plaintiff further alleges that Defendants' claim that this pension plan is exempt from ERISA's protections because it is a "church plan" is improper because, among other things, Saint Peter's Healthcare System is not a church or a convention or association of churches, and the Saint Peter's Healthcare System Retirement Plan was not established by a church or a convention or association of churches.

*Lann, et al. v. Trinity Health Corp., et al.*, No. 14-02237 (D. Md.). In this pension plan lawsuit filed by Keller Rohrback L.L.P. and Co-Counsel, Plaintiffs allege that Defendants are violating ERISA by, among other things, underfunding the defined benefit pension plans referred to as the Trinity Plans by more than $600 million. Plaintiffs further allege that Defendants' claim that this pension plan is exempt from ERISA's protections because it is a "church plan" is improper because, among other things, Trinity Health Corporation is not a church or a convention or association of churches, and the Trinity Plans were not established by a church or a convention or association of churches.

*Medina v. Catholic Health Initiatives, et al.*, No. 13-01249 (D. Colo.). In this pension plan lawsuit filed by Keller Rohrback L.L.P. and Co-Counsel, Plaintiff alleges that Defendants are violating ERISA by, among other things, underfunding the defined benefit pension plan known as the Catholic Health Initiatives Retirement Plan by over $892 million. Plaintiff further alleges that Defendants' claim that this pension plan is exempt from ERISA's protections because it is a "church plan" is improper because, among other things, Catholic Health Initiatives is not a church or a convention or association of churches, and the Catholic Health Initiatives Retirement Plan was not established by a church or a convention or association of churches.

*Overall v. Ascension Health, et al.*, No. 13-11396 (E.D. Mich.). In this pension plan lawsuit filed by Keller Rohrback L.L.P. and Co-Counsel, Plaintiff alleges that Defendants are violating ERISA by, among other things, underfunding the defined benefit pension plans referred to as the Ascension Pension Plans by over $444.5 million. Plaintiff further alleges that Defendants' claim that this pension plan is exempt from ERISA's protections because it is a "church plan" is improper because, among other things, Ascension Health is not a church or a convention or association of churches, and the Ascension Pension Plans were not established by a church or a convention or association of churches.

*Owens, et al. v. St. Anthony Medical Center, Inc., et al.*, No. 14-04068 (N.D. Ill.). In this pension plan lawsuit filed by Keller Rohrback L.L.P. and Co-Counsel, Plaintiffs allege that Defendants are violating ERISA by, among other things, underfunding the defined benefit pension plan known as the St. Anthony Medical Center Retirement Plan by over $32 million. Plaintiffs further allege that Defendants' claim that this pension plan is exempt from ERISA's protections because it is a "church plan" is improper because, among other things, St. Anthony Medical Center is not a church or a convention or association of churches, and the St. Anthony Medical Center Retirement Plan was not established by a church or a convention or association of churches.

*Potter v. ConvergEx Group LLC*, No. 13-9150 (S.D.N.Y.). The amended complaint in this matter was filed on behalf of participants and beneficiaries of ERISA Plans who suffered losses as a result of alleged deceptive acts and practices of ConvergEx Group and related Defendants concerning charges for brokerage and transaction management services. Plaintiffs allege that from October 2006 to December 2011, Defendants breached their fiduciary duties by failing to prudently and loyally manage the Plan's brokerage and transition management transactions in the best interests of participants, failing to disclose fully the details of the relevant transactions is was undertaking on behalf of the Plans, and engaging in prohibited transactions.

*Rollins v. Dignity Health, et al.*, No. 13-01450 (N.D. Cal.). In this pension plan lawsuit filed by Keller Rohrback L.L.P. and Co-Counsel, Plaintiff alleges that Defendants are violating ERISA by, among other things, underfunding the defined benefit pension plans referred to as the Dignity Health Pension Plans by over $1.2 billion. Plaintiff further alleges that Defendants' claim that this pension plan is exempt from ERISA's protections because it is a "church plan" is improper because, among other things, Dignity Health is not a church or a convention or association of churches, and the Dignity Health Pension Plans not established by a church or a convention or association of churches.

**KELLER ROHRBACK**
L A W   O F F I C E S

## Pending ERISA Cases (cont.)

*Santomenno, et. al. v. Transamerica Life Insurance Company, et al.*, No. 12-2782 (C.D. Cal.) is currently pending in the United States District Court for the Central District of California. The class action complaint was filed on behalf of participants or beneficiaries of 401k plans to whom Transamerica Life Insurance Company ("TLIC") provided fiduciary services through one of its group annuity contracts ("GACs"). Plaintiffs allege that Defendants extracted impermissible fees from GACs issued by Transamerica to 401(k) plans created for small- and mid-sized businesses through the use of add-on or wrapper fees. On February 19, 2013, the Court issued an order denying Defendants' motions to dismiss in large part and upholding all of Plaintiffs' ERISA claims, finding that TLIC had fiduciary status with respect to these claims. The Court later denied a request to certify this order for interlocutory appellate review. On May 21, 2013, the Court denied Defendants' motion to strike Plaintiffs' class allegations, allowing the case to proceed as a putative class action.

*Stapleton, et al. v. Advocate Health Care Network and Subsidiaries, et al.*, No. 14-01873 (N.D. Ill.). In this pension plan lawsuit filed by Keller Rohrback L.L.P. and Co-Counsel, Plaintiffs allege that Defendants are violating ERISA by, among other things, underfunding the defined benefit pension plan known as the Advocate Health Care Network Pension Plan. Plaintiffs further allege that Defendants' claim that this pension plan is exempt from ERISA's protections because it is a "church plan" is improper because, among other things, Advocate Health Care Network is not a church or a convention or association of churches, and the Advocate Health Care Network Pension Plan was not established by a church or a convention or association of churches.

*Wagner, et al. v. Stiefel Labs., Inc., et al.*, No. 12-3234 (N.D. Ga.). This ERISA case was filed by Plaintiffs on behalf of the Stiefel Labs., Inc. Employee Stock Bonus Plan. Plaintiffs allege that Defendants directed and approved the repurchase of Stiefel Labs., Inc. stock from ESOP participants and the ESOP at a fraction of the actual fair market value of Stiefel stock in violation of their duties under ERISA.

# Representative Securities Fraud Cases

In addition to its work in the ERISA arena, Keller Rohrback also has served as Lead or Co-Lead Counsel in a number of securities fraud class action cases where it has represented purchasers of securities.

*In re 2TheMart.com, Inc. Securities Litigation*, No. 99-1127 (C.D. Cal.). Keller Rohrback served as Co-Lead Counsel in this securities fraud class action filed in the Central District of California, Southern Division. The class achieved settlements totaling $2.7 million.

*In re Anicom, Inc. Securities Litigation*, No. 00-4391 (N.D. Ill.). Keller Rohrback was one of three counsel representing the State of Wisconsin Investment Board in this securities fraud class action. Counsel achieved settlements on behalf of the class and other parties in excess of $39 million, including a payment of $12.4 million directly from one of the named defendants, described as "one of the largest payments obtained in connection with allegations of securities and accounting fraud in recent times." In all, over 80% of the total recovery was obtained from sources other than Anicom's insurance policy.

*In re Apple, Inc. Derivative Litigation*, No. 06-04128 (N.D. Cal.). Keller Rohrback served on the Plaintiffs' Management Committee in the federal derivative shareholder action against nominal defendant Apple Computer, Inc. and current and former officers and members of Apple's Board of Directors. Plaintiffs alleged, among other things, breach of fiduciary duty, unjust enrichment, and gross mismanagement arising from the practice of backdating stock options granted between 1993 and 2001, which practice diverted millions of dollars of corporate assets to Apple executives. Counsel achieved a settlement that awarded $14 million—one of the largest cash recoveries in a stock backdating case—and required Apple to adopt a series of unique and industry-leading corporate enhancements.

*In re Foundry Networks, Inc. Derivative Litigation*, No. 06-5598 (N.D. Cal.). Keller Rohrback was appointed Co-Lead Counsel in this federal derivative shareholder action against nominal Defendant Foundry Networks, Inc., and current and former officers and members of Foundry's Board of Directors. Plaintiffs alleged, among other things, breach of fiduciary duty, unjust enrichment, and gross mismanagement arising from the practice of backdating stock options granted between 2000 and 2003, diverting millions of dollars of corporate assets to Foundry executives. On February 20, 2009, the court entered an order approving settlement.

*Getty, et al. v. Harmon, et al.*, No. 98-178 (W.D. Wash.). Keller Rohrback served as Lead Counsel in this securities fraud action filed in Western Washington federal court involving a "Ponzi" scheme. Plaintiffs allege that at least one key person responsible for this scheme was affiliated with SunAmerica Securities, which knew or should have known that securities laws were being violated. The class achieved settlements totaling $7 million.

*In re IKON Office Solutions, Inc. Securities Litigation*, MDL No. 10-1318 (E.D. Pa.). Keller Rohrback served as Co-Lead Counsel representing the City of Philadelphia and eight other Lead Plaintiffs in this certified class action alleging securities fraud. Class Counsel achieved the highest securities fraud settlement in the history of the Court by settling with defendant IKON Office Solutions, Inc. for $111 million. At that time, the settlement was listed as one of the "largest settlements in class-action securities-fraud lawsuits since Congress reformed securities litigation in 1995" by USA Today.

*Lasky v. Brown, et al.* (United Companies Financial Corp. Securities Litigation), No. 99-1035 (M.D. Fla.). Keller Rohrback served as Co-Lead Counsel in this class action lawsuit filed in the Middle District of Louisiana, on behalf of individual shareholders who purchased or otherwise acquired equity securities in United Companies Financial Corporation between April 30, 1998 and February 2, 1999, inclusive. The class recovered $20.5 million in settlements.

*In re WorldPort Comm., Inc., et al.*, No. 99-1817 (N.D. Ga.). This shareholder class action was brought in Georgia federal court alleging securities fraud. Parties in this case reached a $5.1 million settlement.

# KELLER ROHRBACK
### L A W   O F F I C E S

# Other Representative Cases

*In re Carpet Antitrust Litigation*, No. 95-193 (N.D. Ga.). This case was filed in the Northern District of Georgia and resulted in a $50 million settlement. United States District Judge Harold L. Murphy stated that the attorneys' "efforts in this case to date have demonstrated their great skill and ability" and that "the Court's own observations of Plaintiffs' counsel support a determination that Plaintiffs' counsel are highly reputable and responsible attorneys."

*In re Commercial Tissue Products Antitrust Litigation*, MDL No. 97-1189 (N.D. Fla.). This antitrust case filed in the Northern District of Florida involved allegations of a nationwide price-fixing conspiracy among the major manufacturers of facial tissue, toilet paper, paper towels, and related products used in "away from home" settings, such as office buildings, hotels, restaurants, and schools. The parties entered into a settlement agreement valued at $56.2 million in cash and coupons.

*Cox, et al v. Microsoft Corp., et al.*, MDL No. 00-1332 (D. Md.). Keller Rohrback served on the Executive Committee of Plaintiffs' Counsel in this class action challenging Microsoft's monopolistic practices. A class of direct purchasers of operating system software achieved a settlement of $10.5 million in the United States District Court for the District of Maryland.

*In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation*, MDL No. 16-1203 (E.D. Pa.). These cases involved numerous plaintiffs in Washington and other states who were seeking medical monitoring and/or personal injury compensation in relation to their ingestion of the prescription diet drugs Pondimin and Phentermine (i.e. Fen-Phen) or Redux. Keller Rohrback served as class counsel for a certified medical monitoring class of Washington patients who ingested these diet drugs. In addition, the federal court judge in Philadelphia who supervised the national settlement and litigation appointed Lynn Lincoln Sarko, Keller Rohrback's managing partner, to serve as a member of the MDL 1203 Plaintiffs' State Liaison Counsel Committee. Keller Rohrback has represented numerous plaintiffs in pursuing individual personal injury claims through the American Home Products' Nationwide Class Action Diet Drug Settlement or through individual lawsuits brought in state or federal courts.

*Erickson v. Bartell Drug Co.*, No. 00-1213 (W.D. Wash.). Keller Rohrback was proud to represent the plaintiff class in the landmark opinion issued in this case. Judge Robert Lasnik held that when an otherwise extensive health plan covers almost all drugs and devices used by men, the exclusion of prescription contraceptives creates a "gaping hole in the coverage offered to female employees, leaving a fundamental and immediate healthcare need uncovered. . . . Title VII requires employers to recognize the differences between the sexes and provide equally comprehensive coverage, even if that means providing additional benefits to cover women-only expenses." Erickson v. Bartell Drug Co.,141 F.Supp.2d 1266, 1277 (W.D. Wash. 2001). This monumental decision has paved the way for implementation of non-discriminatory prescription coverage in employee benefit plans nationwide.

*In re the Exxon Valdez*, No. 89-95 (D. Alaska). Keller Rohrback represented fishermen, Alaska natives, municipalities, and other injured plaintiffs in this mass tort lawsuit arising out of the March 24, 1989, oil spill in Prince William Sound, Alaska. After a three-month jury trial, plaintiffs obtained a judgment of $5 billion in punitive damages—at the time the largest punitive damages verdict in U.S. history. Keller Rohrback played a leadership role during discovery and at trial, and was chosen to serve as administrator of both the Alyeska and Exxon Qualified Settlement Funds. The amount of punitive damages was subsequently reduced by the United States Supreme Court to $507.5 million, upon which interest was added.

*Ferko, et al. v. NASCAR, et al.*, No. 02-50 (E.D. Tex.). Keller Rohrback was counsel for plaintiff in a lawsuit that charged NASCAR with breach of contract, unlawful monopolization, and of conspiring with International Speedway Corporation ("ISC") to restrain trade in violation of the antitrust laws. Keller Rohrback represented the shareholders of Speedway Motorsports, Inc. ("SMI"), a publicly traded company that owns six motorsports facilities, including Texas Motor Speedway ("TMS"). In May 2004, the parties reached a settlement agreement, pursuant to which, among other things, ISC sold North Carolina Speedway to SMI for $100.4 million and NASCAR sanctioned the Nextel Cup Series race previously hosted by Rockingham at TMS in the 2005 season. The settlement was approved by the United States District Court for the Eastern District of Texas.

*Lawrence, et al. v. Philip Morris Co., et al.*, No. 94-1494 (E.D.N.Y.). This shareholder class action was brought in New York federal court alleging misrepresentations regarding various inventory and trade loading practices used to distort the timing of sales. This case was settled as part of a $115 million settlement.

# Other Representative Cases (cont.)

*In re Linerboard Antitrust Litigation*, MDL No. 1261 (E.D. Pa.). The class actions in this litigation were resolved with the recovery of more than $202 million for the benefit of a class of businesses that purchased corrugated boxes and sheets.

*In re Monosodium Glutamate Antitrust Litigation*, MDL No. 00-1328 (D. Minn.). Keller Rohrback represented the plaintiff class in this case in the United States District Court for the District of Minnesota. Over $123 million was recovered for the benefit of a class of businesses which purchased food flavor enhancers from suppliers in the U.S., Japan, Korea, and Taiwan. Businesses that participated in the recovery received nearly 200% of the amounts they were overcharged.

*Rosted, et al. v. First USA Bank*, No. 97-1482 (W.D. Wash.). This class action was filed on behalf of owners of credit cards issued by First USA Bank who signed up for "introductory rate" credit cards that were subject to false and deceptive "repricing." A settlement in this class action resulted in an automatic depricing benefit of over $50 million plus over $36 million in benefits from other settlement-related offers.

*Salloway v. Malt-O-Meal Co.*, No. 27-98-008931 (Minn. Dist. Ct. 4th Cir.). This nationwide product liability class action arose out of a salmonella outbreak in the Malt-O-Meal plant in Northfield, Minnesota. It was brought on behalf of all people who became ill after eating cereal manufactured by Malt-O-Meal (under names such as "Toasty-Os"). A class settlement was granted final approval in this case filed in Hennepin County Court of Minnesota.

*In re Vitamins Antitrust Litigation*, MDL No. 1285 (D.D.C.). Keller Rohrback played an extensive role in trial preparation in this case, one of the largest and most successful antitrust cases in history. Chief Judge Thomas Hogan of the United States District Court for the District of Columbia certified two classes of businesses who directly purchased bulk vitamins and were overcharged as a result of a ten-year global price-fixing and market allocation conspiracy. Through settlement and verdict, recoveries were achieved, including four major settlements between certain vitamin defendants and class plaintiffs, including a landmark partial settlement of $1.1 billion.



# KELLER·ROHRBACK L.L.P.
## LAW OFFICES

# Lynn Lincoln Sarko

**Lynn Lincoln Sarko is a master strategist and litigator who leads Keller Rohrback's nationally recognized Complex Litigation Group.** One of the nation's top attorneys in complex litigation, Lynn doesn't just help clients win – he helps them win what they want. Through smart, efficient strategy and tailored, creative problem solving, Lynn and his team accomplish the best outcomes while minimizing costs and maximizing value.

**1201 Third Avenue, Suite 3200**
**Seattle, WA 98101-3052**
(206) 623-1900
lsarko@kellerrohrback.com

*"Our litigation lawyers will write better briefs, make better arguments, and get our clients results in less time than our competitors. Our team's ability to quickly respond to clients' changing needs in litigation puts us a step above the rest."*

## Practice Emphasis

- Antitrust and Trade Regulation
- Appeals
- Class Actions
- Constitutional Law
- Commodities and Futures Contracts
- Consumer Protection
- Employment Law
- Environmental Contamination
- Employee Benefits and Retirement Security
- Fiduciary Breach
- Financial Products and Services
- Institutional Investors
- Intellectual Property
- International Law
- Mass Personal Injury
- Medical Negligence
- Securities
- Whistleblower

Lynn's diverse experience enables him to think outside the box to resolve complex cases. He regularly interacts with international business interests, representing sovereign nations and institutional clients seeking to recover investment losses caused by financial fraud and other malfeasance. He is currently involved in several matters involving complex derivatives and specialty investment products. Lynn is the driving force behind Keller Rohrback's membership with the Sovereign Wealth Fund Institute, a global organization of leading asset managers and service providers engaged in the public investor community. He represents clients with regard to regulatory investigations and issues involving state and federal supervisory agencies and has litigated actions involving several of the nation's largest accounting and investment firms.

Lynn has led the firm's securities and retirement fund practice for over 25 years and regularly serves as lead counsel in multi-party individual and class action cases involving ERISA, antitrust, securities, breach of fiduciary duty, and other investment fraud issues. Other law firms often hire him as settlement counsel in these and other complex cases because of his reputation as a skilled negotiator. His successes in this area include multi-million dollar settlements in the *IKON*, *Anicom*, *Scientific-Atlanta*, *United Companies Financial Corp.*, and *Apple* securities fraud and derivative cases and the *Enron*, *WorldCom*, *Global Crossing*, *Health South*, *Delphi*, *Washington Mutual*, *Countrywide*, *Lucent*, *Merrill Lynch*, and *Xerox* consolidated pension and retirement plan cases.

Courts and professional organizations have honored Lynn for his work on financial and fiduciary duty cases and numerous other high profile public cases. After serving as trial counsel in the *Exxon Valdez* oil spill case, which resulted in a $5 billion punitive damages verdict, Lynn was appointed by the court as Administrator for all funds recovered. He prosecuted the *Microsoft* civil antitrust case, *Vitamin* price-fixing cases, the MDL *Fen/Phen Diet Drug Litigation*, and notable public service lawsuits such as *Erickson v. Bartell Drug Co.*, establishing a woman's right to prescription contraceptive health coverage.

Prior to joining Keller Rohrback, Lynn was the Assistant United States Attorney for the District of Columbia, Criminal Division, an associate at the Washington, D.C. office of Arnold & Porter, and law clerk to the Honorable Jerome Farris, United States Court of Appeals for the Ninth Circuit, in Seattle. He has been the managing partner of Keller Rohrback L.L.P. since 1986. Lynn regularly appears in federal courts from coast to coast, maintaining an active national litigation practice.

# KELLER·ROHRBACK L.L.P.
### LAW OFFICES

## Education

University of Wisconsin - B.B.A., 1977

University of Wisconsin - M.B.A., 1978

University of Wisconsin - J.D., 1981, *Beta Alpha Psi, Order of the Coif*

## Bar & Court Admissions

1981, Wisconsin
1981, U.S. District Court for the Western District of Wisconsin
1982, U.S. Court of Appeals for the Ninth Circuit
1983, District of Columbia
1983, U.S. Court of Appeals for the District of Columbia Circuit
1984, U.S. District Court for the District of Columbia
1984, U.S. Court of Appeals for the Seventh Circuit
1984, U.S. Court of Appeals for the Tenth Circuit
1984, U.S. Court of Appeals for the Fourth Circuit
1984, U.S. Supreme Court
1985, U.S. Tax Court
1986, Washington
1986, U.S. District Court for the Eastern District of Washington
1986, U.S. District Court for the Western District of Washington
1986, U.S. Court of Appeals for the First Circuit
1988, U.S. District Court for the Eastern District of Wisconsin
1997, U.S. District Court for the District of Colorado
1998, U.S. District Court for the District of Arizona
2001, U.S. Court of Appeals for the Third Circuit
2002, U.S. District Court for the District of Michigan
2003, U.S. Court of Appeals for the Fifth Circuit
2003, U.S. Court of Appeals for the Eleventh Circuit

## Representative Speaking Engagements

- ERISA and Fiduciary Litigation, Practising Law Institute
- Annual ERISA Litigation Conference
- Real Estate Mortgage Market Litigation
- ABA Winter Meeting Employee Benefits Committee
- Newest Plaintiffs' Liability Theories & Trends In Defense Pleadings/Motions, Advanced Forum on Complex Litigation
- The Joint Opening Session in Mediation, Advanced Mediation & Advocacy Skills Training
- Officer & Director Liability Corporate Directors Series
- More Enron/Worldcom Fallout: Corporate Officers On the Fiduciary Hook, Section of Business Law Annual Meeting
- The Essentials of Civil Settlement Strategies Seminar

## Honors & Awards

*Super Lawyers* List, *Washington Law & Politics*

Avvo Top Tax Lawyer, *Washington CEO Magazine*

Trial Lawyer of the Year

Salmon Dalberg Award

## Professional & Civic Involvement

American Bar Association, *Member*

Bar Association of The District of Columbia, *Member*

Federal Bar Association, *Member*

King County Bar Association, *Member*

State Bar of Wisconsin, *Member*

Trial Lawyers for Public Justice, *Member*

Washington State Bar Association, *Member*

Washington State Trial Lawyers Association, *Member*

American Association for Justice, *Member*

Social Venture Partners of Santa Barbara, *Founding Partner*

The Association of Trial Lawyers of America, *Member*

American Academy of Trial Counsel, *Fellow*

Editorial Board, *Washington State Securities Law Deskbook*

## Selected Publications

"Follow the Money: DOL Initiatives and Litigation," *Fiduciary Counselors Newsletter*, 2006

"Bank Holding Companies Enter a Forbidden Market," *Wisconsin Law Review*, 1981

# KELLER·ROHRBACK L.L.P.
### LAW OFFICES



**1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052**
(206) 623-1900
lashton@kellerrohrback.com

## Practice Emphasis

- Business Reorganizations
- Class Actions
- Constitutional Law
- Employee Benefits and Retirement Security
- Fiduciary Breach
- International Law

## Education

**University of California, San Diego** - B.A., 1987, Economics

**Arizona State University College of Law** - J.D., 1990, *Order of the Coif*; Member, *Arizona State Law Journal*, 1988-1990; Note and Comment Editor, *Arizona State Law Journal*, 1989-1990; Student Instructor, Legal Research and Writing, 1989-1990.

## Bar Admissions

1990, Arizona

1999, Colorado

2007, Washington, D.C.

# Laurie Ashton

*"Keller Rohrback lawyers are never afraid to think outside the box, which opens up numerous previously unseen pathways for our clients. It's very exciting to be a part of that collective mindset."*

**Laurie Ashton is Of Counsel to Keller Rohrback.** She graduated in 1990 from Arizona State University College of Law, *Order of the Coif*, where she has twice returned as an Adjunct Professor to teach semester courses in Lawyering Theory and Practice and Advanced Business Reorganizations. Laurie served as a law clerk for the Honorable Charles G. Case, U.S. Bankruptcy Court, for the District of Arizona for two years.

In complex litigation, Laurie was the lead attorney for Keller Rohrback in a series of successful groundwater contamination suits brought against multiple international defendants and concerning chemical releases spanning over 60 years. She was also the lead attorney for Keller Rohrback in an ERISA class action suit on behalf of over 21,000 employees who lost a material percentage of their retirement assets at the hands of fiduciaries who maintained the investment of those assets in their own declining company stock—a case that was, at its time, amongst the largest of its kind in the nation. Laurie has led or been a member of the team leading numerous high profile business reorganizations, including a case in which the Court confirmed a reorganization plan over the strenuous objection of the international life insurance company's feasibility expert, based on Laurie's cross examination, as well as another case resulting in a tax advantaged roll up of over 50 syndicated limited partnerships into a REIT. In addition to the other areas of her practice, Laurie is currently focusing on the national and international legal implications of treaty breaches.

Laurie has been active in the State Bar of Arizona, where she served on the Ethics Committee for six years. She was also the co-author of a textbook on limited liability companies and partnerships, published by West. She is admitted to practice in Arizona, Colorado and Washington, D.C., and currently serves as a trustee of the Santa Barbara Foundation, and as a director of the Global Justice Center in New York.



---

## Professional & Civic Involvement

King County CASA, *Volunteer*

State Bar of Arizona, *Member*

Colorado Bar Association, *Member*

Washington, D.C. Bar Association, *Member*

Adjunct Professor of Law, *Advanced Chapter 11*, Arizona State University, 1996.

Adjunct Professor of Law, *Lawyering Theory & Practice*, Arizona State University, 1997.

Committee on the Rules of Professional Conduct ("Ethics Committee"), State Bar of Arizona, *Member*, 1997-2003.

Santa Barbara Foundation, *Trustee*

Global Justice Center, *Director*

Nuclear Age Peace Foundation, *Director*

## Publications & Presentations

Author, Case Note, *Arizona Mortgage and Deed of Trust Anti-Deficiency Statutes: The Underlying Obligation on a Note Secured By Residential Real Property After Baker v. Gardner*, 21 Ariz. St. L.J. 465, 470 (1989).

Co-Author, *Arizona Legal Forms: Limited Liability Companies and Partnerships* (1996-2004).

Guest Lecturer, *Real Estate Transactions*, Harvard Law School, 1997, 1999, 2001-2002.

Guest Lecturer, *Real Estate Transactions*, Stanford Law School, 2003.

# KELLER·ROHRBACK L.L.P.
### LAW OFFICES



**3101 North Central Avenue, Ste. 1400**
**Phoenix, AZ 85012**
(602) 248-0088
jbloom@kellerrohrback.com

## Practice Emphasis

- Class Actions
- Commercial Litigation
- Employee Benefits and Retirement Security
- Fiduciary Breach

## Education

**Tulane University** - B.A., 2003, History and Philosophy

**Washington University in St. Louis School of Law** - J.D., 2008, *cum laude*; Executive Editor, *Washington University Law Review*

# James Bloom

### "I make sure my clients understand every step of the process."

**James Bloom works tirelessly to provide his clients with the best possible legal representation.** As a member of Keller Rohrback's nationally recognized Complex Litigation Group, James has helped litigate numerous cases involving pension fund management, including *In re State Street Bank and Trust Co. ERISA Litigation* and *Alvidres v. Countrywide Financial Corp.*, which resulted in settlements of $89.7 million and $55 million on behalf of pension and 401(k) plan participants and beneficiaries. He also represents clients in commercial litigation, including contract disputes and corporate fiduciary matters. Prompt and forthright communication with his clients about their cases and a careful attention to detail are at the core of James's practice.

## Professional & Civic Involvement

State Bar of Arizona, *Member*

## Bar & Court Admissions

2008, Arizona

2009, U.S. District Court for the District of Arizona

## Publications & Presentations

James A. Bloom, *Plurality and Precedence: Judicial Reasoning, Lower Courts, and the Meaning of United States v. Winstar Corp.*, 85 Wash. U. L. Rev. 1373 (2008).

**Seattle | Phoenix | New York | Santa Barbara**
1-800-776-6044 | info@kellerrohrback.com | www.krcomplexlit.com

# KELLER·ROHRBACK L.L.P.
## LAW OFFICES



**1201 Third Avenue, Suite 3200**
**Seattle, WA 98101-3052**
(206) 623-1900
gcappio@kellerrohrback.com

## Practice Emphasis

- Class Actions
- Consumer Protection
- Employment Law
- Environmental Contamination
- Employee Benefits and Retirement Security
- Fiduciary Breach
- Financial Products and Services
- Mass Personal Injury
- Municipal Law
- Whistleblower

## Education

**Dartmouth College** - B.A., 1995, *magna cum laude*, Religion, Environmental Studies Certificate, Phi Beta Kappa

**University of Washington School of Law** - J.D., 1999, Executive Comments Editor, *Pacific Rim Law & Policy Journal*, 1998-1999

## Bar & Court Admissions

1999, Washington

2000, U.S. District Court for the Western District of Washington

2008, U.S. Court of Appeals for the Eighth Circuit

2009, U.S. Court of Appeals for the Ninth Circuit

2009, U.S. Supreme Court

# Gretchen Freeman Cappio

### "Translating my clients' goals into a winning litigation strategy drives my practice."

**Gretchen Cappio is a problem-solver who employs creativity, ingenuity, and hard work.** As a member of Keller Rohrback's nationally recognized Complex Litigation Group, Gretchen's diverse practice includes cutting-edge consumer, environmental protection, and fiduciary breach matters. She achieves meaningful results for her clients who have suffered personal, environmental, and financial losses at the hands of wrongdoers.

Gretchen is committed to protecting the rights of children and others in harm's way. She is experienced in litigating consumer cases, from misleading advertising to the distribution and sale of dangerous children's products. Her successes include *In re Mattel, Inc.*, a multidistrict case involving lead-contaminated and hazardous magnetic toys, and *Herfert, et al. v. Crayola LLC, et al.* involving allegedly misleadingly labeled children's products.

Gretchen also served on the ground-breaking Plaintiffs' counsel team in *Erickson v. Bartell Drug Co.*, in which the court ruled that an employer violated Title VII of the Civil Rights Act when its coverage failed to cover prescription contraceptives on an equal basis as other prescription drugs.

## Professional & Civic Involvement

The William L. Dwyer American Inn of Court, *Member*

King County Bar Association, *Member*

Washington State Bar Association, *Member*

American Bar Association, *Member*

Washington Women Lawyers, *Member*

Washington State Trial Lawyer's Association, *Member*

American Association for Justice, *Member*

Mother Attorneys Mentoring Association (MAMAS), *Member*; *Founding Board Member*, 2006-2008

## Honors & Awards

Selected to Rising Stars list in *Super Lawyers - Washington*, 2002, 2009-2012

## Publications & Presentations

Gretchen Freeman Cappio, *Erosion of Indigenous Right to Negotiate in Australia*, 7 Pac. Rim L. & Pol'y J. 405 (1998).

Presenter, 20th Annual American Bar Association Tort Trial and Insurance Practice Section Spring CLE Meeting: Toxic Torts: Toxins In Everyday Products, Apr. 1, 2011.

Panelist, Chartis Security & Privacy Seminar, Oct. 20, 2011.

Presenter, Law Seminars International, Class Actions and Other Aggregate Litigation Seminar: Post-Certification Motion Issues in Class Actions, May 14, 2013.



# KELLER ROHRBACK L.L.P.
## LAW OFFICES

**1201 Third Avenue, Suite 3200**
**Seattle, WA 98101-3052**
(206) 623-1900
dcopley@kellerrohrback.com

## Practice Emphasis

- Antitrust and Trade Regulation
- Class Actions
- Consumer Protection
- Employee Benefits and Retirement Security
- Employment Law
- Fiduciary Breach
- Securities

## Bar & Court Admissions

1985, Arizona

1985, U.S. District Court for the District of Arizona

1986, U.S. Court of Appeals for the Ninth Circuit

1986, U.S. District Court for the Northern District of California

1990, Washington

1990, U.S. District Court for the Western District of Washington

1990, U.S. District Court for the Eastern District of Washington

2000, U.S. Supreme Court

2003, U.S. District Court for the District of Nebraska

2009, U.S. Court of Appeals for the Sixth Circuit

# T. David Copley

*"Law is a profession in which, at its best, we inspire each other. I believe in the professional values modeled by my mentors: integrity, a passion for helping others, humor, and creativity."*

**David Copley helps his clients understand their options.** David is a member of Keller Rohrback's nationally recognized Complex Litigation Group, where his practice is focused on class action and other complex litigation, including ERISA, employment, consumer protection and whistleblower cases. David takes a wholistic approach to litigation, with particular attention to understanding his clients' goals, understanding their concerns, and developing an effective legal strategy to maximize positive outcomes. David is a skilled advocate, with extensive experience briefing and arguing motions, appearing before Courts of Appeal, and trying cases. He enjoys working in a team with other talented lawyers, where his experience and passion bring value to large, complex cases.

David's representative cases include a $90 million settlement in *Ormond v. Anthem, Inc.* on behalf of plaintiffs who allegedly received inadequate cash compensation in connection with the demutualization of Anthem Insurance; ongoing representation of AutoZone store managers seeking unpaid overtime compensation; and multi-district Employee Retirement Income Security Act ("ERISA") litigation involving alleged financial fraud by Bank of New York Mellon Corp. related to foreign currency exchange transactions. He also worked on the Exxon Valdez Oil Spill Litigation, for which he was one of the lawyers named 1995 Trial Lawyer of the Year. Prior to joining Keller Rohrback in 1989, David practiced law in Phoenix, Arizona.

## Education

**University of Iowa** - B.A., *with Honors and Distinction*, 1981, Political Science and English, Phi Beta Kappa, Pi Sigma Alpha

**Northwestern University School of Law** - J.D., 1984, Coordinating Executive Editor, *Northwestern University Law Review*

## Professional & Civic Involvement

King County Bar Association, *Member*

Washington State Bar Association, *Member*

American Bar Association, *Member*

Washington State Trial Lawyers' Association, *Member*

Community Lunch on Capitol Hill, *Chair, Board of Directors* 2008-2013

Northwest Harvest, *Board of Directors* 2000-2009; *Chair, Board of Directors* 2005-2007

## Honors & Awards

Selected as a Trial Lawyer of the Year by Trial Lawyers for Public Justice, 1995

# KELLER·ROHRBACK L.L.P.

### LAW OFFICES



**1201 Third Avenue, Suite 3200**
**Seattle, WA 98101-3052**
(206) 623-1900
jfarris@kellerrohrback.com

## Practice Emphasis

- Antitrust and Trade Regulation
- Appeals
- Class Actions
- Consumer Protection
- Employee Benefits and Retirement Security
- Fiduciary Breach
- Financial Products and Services
- Securities
- Whistleblower

## Education

**Stanford University** - B.A., 1982, English

**Stanford Law School** - J.D., 1987, Notes Editor, *Stanford Law Review*

## Professional & Civic Involvement

King County Bar Association, *Member*

Loren Miller Bar Association, *Member*

Washington State Bar Association, *Member*

American Bar Association, *Member*

Washington State Association for Justice, *Member*

American Bar Foundation, *Member*

Treehouse, *Member, Board of Directors*

# Juli Farris

**Juli Farris's clients count on her high quality work to meet their legal needs.**
Juli practices in Keller Rohrback's nationally recognized Complex Litigation Group, where her practice focuses on banking and securities litigation at the trial and appellate levels and also includes antitrust, ERISA fraud and other areas of financial misconduct. Juli has more than 15 years of experience representing both plaintiffs and defendants in complex multi-party litigation involving allegations of securities and bank regulatory law violations, financial fraud and breach of fiduciary duty. She has represented officers and directors of active and failed financial institutions in investigations and litigation regarding bank regulatory matters.

Juli served as a judicial law clerk for Judge E. Grady Jolly of the U.S. Court of Appeals, Fifth Circuit. Prior to joining Keller Rohrback in 1991, she practiced law at the Washington, D.C. office of Sidley Austin, where her practice included the defense of individuals, as well as national and multi-national corporations, in litigation involving a wide array of subject matters, including antitrust, financial fraud, environmental law, and civil and criminal appeals.

## Bar & Court Admissions

1988, Washington

1989, California

1990, District of Columbia

1995, U.S. District Court for the Western District of Washington

1997, U.S. Court of Appeals for the Ninth Circuit

1999, U.S. District Court for the Central District of California

2000, U.S. District Court for the Northern District of California

2001, U.S. District Court for the Eastern District of California

2003, U.S. District Court for the Southern District of California

2003, U.S. Court of Appeals for the Fifth Circuit

2003, U.S. Court of Appeals for the Eleventh Circuit

## Publications & Presentations

Andrew D. Freeman & Juli E. Farris, *Grassroots Impact Litigation: Mass Filing of Small Claims*, 26 U.S.F.L. Rev. 261 (1992).

Editorial Board, *Washington State Securities Law Deskbook*

## Honors & Awards

Selected to Rising Stars list in *Super Lawyers - Washington*, 1991

---

# KELLER ROHRBACK L.L.P.
### LAW OFFICES



**1201 3rd Avenue, Suite 3200**
**Seattle, WA 98101-3052**
(206) 623-1900
agaffney@kellerrohrback.com

## Practice Emphasis

- Class Actions
- Employee Benefits and Retirement Security
- Fiduciary Breach

## Education

**Swarthmore College** - B.A., 2002, Linguistics and Languages (Spanish & Mandarin Chinese); McCabe Scholar

**University of California, San Diego** – M.A., 2007, Latin American Studies (International Migration)

**University of Washington School of Law** - J.D., 2012

# Alison Gaffney

### "I carefully assess facts and law to build the best cases for my clients."

**Alison Gaffney leaves no stone unturned.** A member of Keller Rohrback's nationally recognized Complex Litigation Group, Alison is a thorough researcher who stays on top of the latest legal developments in class action litigation. During law school, Alison represented clients in deportation proceedings through the Immigration Law Clinic and as an intern with the Northwest Immigrant Rights Project, where she continues to volunteer. She also served as a research assistant to Professor Mary D. Fan and interned with the Seattle Immigration Court. Prior to law school, Alison worked and studied in China, Cuba, England, Greece, and Guatemala.

## Professional & Civic Involvement

King County Bar Association, *Member*

Washington State Bar Association, *Member*

Mother Attorneys Mentoring Association of Seattle (MAMAS), *Member*

Northwest Immigrant Rights Project, *Pro Bono Attorney*

## Bar & Court Admissions

2012, Washington

2013, U.S. District Court for the Western District of Washington

2013, U.S. Court of Appeals for the Second Circuit

# KELLER·ROHRBACK L.L.P.
### LAW OFFICES



**1201 Third Avenue, Suite 3200**
**Seattle, WA 98101-3052**
(206) 623-1900
lgerber@kellerrohrback.com

## Practice Emphasis

- Class Actions
- Consumer Protection
- Employee Benefits and Retirement Security
- Fiduciary Breach
- Financial Products and Services
- Institutional Investors

## Education

**Goshen College** – B.A., 1994, History, Economics

**University of Washington School of Law** – J.D., 2003

**Evans School of Public Affairs, University of Washington** – M.P.A., 2003

## Honors & Awards

Selected to Rising Stars list in *Super Lawyers - Washington*, 2009, 2013

# Laura Gerber

### *"I help my clients evaluate their options and, if litigation is the best route, guide them through each step of the process."*

**Laura Gerber is a strong advocate for her clients.** Laura practices in Keller Rohrback's Complex Litigation Group where she handles a variety of cases in federal courts across the United States. She maintains excellent relationships with her clients, who trust her to keep them informed and to diligently pursue their interests in litigation against powerful defendants.

Laura has a diverse practice with a focus on holding banks and other institutions accountable to their clients and employees. She has experience litigating mutual fund excessive fees cases, Ponzi scheme cases, breaches of fiduciary duty violating the Employee Retirement Income Security Act ("ERISA"), and consumer protection class actions. Laura's strategic persistence in complex cases has led to impressive results. Her current representative matters include an ERISA case against State Street Bank & Trust Co. involving foreign currency trading, and several cases against Northern Trust Investments, N.A. for fiduciary breach related to securities lending, as well as a case against Catholic Health Initiatives for violations of federal ERISA pension law in management of its employees' pension plan.

While in law school, Laura also received a Masters degree in Public Administration, and was a member of the Moot Court Honor Board.

## Bar & Court Admissions

2004, Washington

2006, U.S. District Court for the Eastern District of Washington

2006, U.S. District Court for the Western District of Washington

## Professional & Civic Involvement

Washington State Bar Association, *Member*

King County Bar Association, *Member*, Pro Bono Attorney

Washington Appleseed, *Board Member*

Northwest Immigrant Rights Project, *Pro bono Attorney*, 2004

# KELLER·ROHRBACK L.L.P.
### LAW OFFICES



# Matthew Gerend

### "I want to help improve people's lives by holding wrongdoers accountable."

**Matthew Gerend knows the importance of the security of your retirement.** As a member of the firm's nationally recognized Complex Litigation Group, Matt protects the interests of retirees by helping his clients understand complex retirement plans and holding accountable retirement plan fiduciaries. Matt became interested in the laws protecting retirement and pension benefits when he clerked with AARP Foundation Litigation during law school, where he helped draft numerous *amicus curiae* briefs filed in the Supreme Court of the United States and the Courts of Appeals for the Second and Seventh Circuits on issues related to retirement security and investor protection. He also worked as an intern with the Community Development Project at the Lawyers' Committee for Civil Rights Under Law. Matt believes that lawyers have a unique ability to effect social change, an ethic he is guided by in his work representing individuals and investors against those engaged in divisive and fraudulent practices.

**1201 Third Avenue, Suite 3200**
**Seattle, WA 98101-3052**
(206) 623-1900
mgerend@kellerrohrback.com

## Practice Emphasis

- Class Actions
- Employee Benefits and Retirement Security
- Fiduciary Breach
- Securities

## Education

**University of Wisconsin** – B.A., *with distinction*, 2005, Political Science, Phi Beta Kappa

**Georgetown University Law Center** – J.D., *cum laude*, 2010; Executive Articles Editor, *Georgetown Journal on Poverty Law and Policy*

## Professional & Civic Involvement

Washington State Bar Association, *Member*

## Bar & Court Admissions

2010, Washington

2011, U.S. District Court for the Western District of Washington

2013, U.S. District Court for the Eastern District of Michigan

# KELLER ROHRBACK L.L.P.
## L A W   O F F I C E S



**3101 North Central Avenue, Ste. 1400**
**Phoenix, AZ 85012**
(602) 248-0088
ggotto@kellerrohrback.com

## Practice Emphasis

- Class Actions
- Commercial Litigation
- Debtor-Creditor
- Employee Benefits and Retirement Security
- Fiduciary Breach
- Financial Products and Services
- Institutional Investors
- Real Estate
- Securities

## Education

**University of Pennsylvania** - B.A., *cum laude*, 1976

**Arizona State University College of Law** - J.D., *summa cum laude*, 1982, Order of the Coif

## Bar  & Court Admissions

1982, Arizona

1982, U.S. District Court for the District of Arizona

2005, U.S. Court of Appeals for the Second Circuit

# Gary Gotto

**Gary Gotto's diverse experience helps him meet his clients' diverse needs.** Gary is a member of Keller Rohrback's nationally-recognized Complex Litigation Group. He has a broad range of practice experience and interests, including all aspects of corporate and real estate transactional work, securities issuance and compliance, Chapter 11 bankruptcy and workout matters, and general commercial and ERISA litigation. Gary speaks and teaches regularly on a number of topics, including an annual real estate bankruptcy case study presented at the Harvard Law School. He has practiced in Phoenix since 1982.

## Professional & Civic Involvement

State Bar of Arizona, *Member*; *Chair*, Subcommittee on Revising the Limited Partnership Act, Business Law Section, 1991

Adjunct Professor of Law, Arizona State University College of Law, 1989

## Publications & Presentations

Co-Author, Arizona Legal Forms: *Limited Liability Companies and Partnerships* (1996-2002).

Co-Author, *Limited Liability Companies and Partnerships* (1996-1997).

Guest Lecturer, *Chapter 11 Reorganizations*; Harvard Law School, 1996-1997, 1999, 2001, 2002; Stanford Law School, 2003.

Speaker, National Business Institutes: *Negotiating and Drafting Acquisition Agreements in Arizona*, 1997; *Choice of Business Entity in Arizona*, 1996; *Limited Liability Companies*, 1994; *Arizona Limited Liability Company Legislation*, 1993.

Speaker, Professional Education Systems, Inc., *Non-Corporate Business Forms*, 1994.

Speaker, State Bar of Arizona, *Limited Liability Companies*, 1994.

# KELLER ROHRBACK L.L.P.
### LAW OFFICES



**1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052**
(206) 623-1900
bgould@kellerrohrback.com

## Practice Emphasis

- Appeals
- Class Actions
- Constitutional Law
- Employee Benefits and Retirement Security
- Fiduciary Breach
- Institutional Investors
- Securities

## Education

**Yale University** - B.A., *summa cum laude*, 2002, English, Phi Beta Kappa

**Yale Law School** - J.D., 2006, Editor, *Yale Law Journal*, Editor-in-Chief, *Yale Journal of Law and the Humanities*

## Professional & Civic Involvement

King County Bar Association, *Member*; Appellate Law Section

Washington State Bar Association, *Member*

Washington State Association for Justice, *Member*

## Honors & Awards

Selected to Rising Stars list in *Super Lawyers - Washington*, 2013

*Recipient of the 2010 Burton Award for Legal Achievement

# Benjamin Gould

### "As soon as I meet with a client, I begin to think of a persuasive way to communicate their case."

**Benjamin Gould makes the law work for you.** Ben, a Seattle native, practices in Keller Rohrback's nationally recognized Complex Litigation Group. His ability to clearly and efficiently communicate factual and legal issues to his clients and the courts allows him to adeptly serve the interest of clients who have been harmed by others' conduct.

Ben has extensive experience in appellate litigation and has active appeals pending in state and federal courts throughout the nation. His successes include an 8th Circuit ruling in *Braden v. Wal-Mart Stores, Inc.* upholding a complaint alleging excessive fees charged to 401(k) plan participants and a 2012 Texas Supreme Court opinion holding that a class of indigent criminal defendants had standing to challenge the constitutionality of certain pretrial procedures.

Before joining the firm, Ben worked as a Legal Fellow of the ACLU Drug Law Reform Project, litigating cases related to drug policy and civil rights. He has also served as a clerk to two federal appellate judges: the Honorable Betty B. Fletcher of the U.S. Court of Appeals for the Ninth Circuit and the Honorable Diana E. Murphy of the U.S. Court of Appeals for the Eighth Circuit.

## Bar & Court Admissions

2007, California

2010, District of Columbia

2010, U.S. Court of Appeals for the Ninth Circuit

2011, Washington

2011, U.S. District Court for the Western District of Washington

2012, U.S. District Court for the Eastern District of Washington

2012, U.S. Court of Appeals for the Third Circuit

2013, U.S. Court of Appeals for the Second Circuit

## Publications & Presentations

Derek W. Loeser & Benjamin Gould, *Point/Counterpoint: Is Rule 23(b)(1) Still Applicable to ERISA Class Actions?*, ERISA Compliance and Enforcement Library of the Bureau of National Affairs, Inc. (May 1, 2009).

Derek W. Loeser & Benjamin Gould, *The Continuing Applicability of Rule 23(b)(1) to ERISA Actions for Breach of Fiduciary Duty*, Pension & Benefits Reporter, Bureau of National Affairs, Inc. (Sept. 1, 2009).*

Derek W. Loeser, Erin M. Riley & Benjamin Gould, *2010 ERISA Employer Stock Cases: The Good, the Bad, and the In Between-Plaintiffs' Perspective*, Pensions & Benefits Daily, Bureau of National Affairs, Inc. (Jan. 28, 2011).

# KELLER·ROHRBACK L.L.P.

### LAW OFFICES



**3101 North Central Avenue
Suite 1400
Phoenix, Arizona 85012**
(602)248-0088
cgraver@kellerrohrback.com

## Practice Emphasis

• Business Litigation
• Bankruptcy and Creditors' Rights

## Education

**St. John's College** - B.A., 1976

**University of New Mexico** - J.D., *magna cum laude*, 1990, Order of the Coif

## Bar & Court Admissions

Arizona, 1990

United States Bankruptcy Appellate Panel of the Ninth Circuit

United States Court of Appeals for the Ninth Circuit

United States District Court for the District of Arizona, 1990

# Christopher Graver

**Chris is a member of Keller Rohrback's Complex Litigation and Bankruptcy Groups, representing debtors, creditors, Court-appointed committees, and asset purchasers in Chapter 11 reorganization proceedings and out-of-court workouts.** Chris also has wide-ranging experience in complex commercial litigation from corporate reorganizations to matters of breach of fiduciary duty, commercial real estate, contracts, patent infringement, and environmental insurance coverage. Together with colleagues he has represented clients as diverse as the committee of victims of clergy sexual abuse in the Chapter 11 reorganization of a Catholic diocese, a developer restructuring a portfolio of real property interests nationwide, and a national company acquiring a competitor's assets in a bankruptcy-court-approved sale in California.

A graduate of the great books liberal arts program at St. Johns' College in Santa Fe, Chris earned his law degree from the University of New Mexico Law School magna cum laude in 1990. While his practice is centered in the Southwest, Chris represents clients in federal courts coast to coast.

## Professional & Civic Involvement

American Bankruptcy Institute, *Member*

Arizona State Bar Association, *Member*

Maricopa County Bar Association, *Member*

## Selected Publications & Presentations

"Confirming the Catholics: The Diocese of Tucson Experience, Norton Bankruptcy Law Advisor," 2005.

"Representing the Tort Claimants' Committee in the Chapter 11 Case Filed by the Roman Catholic Diocese of Tucson, prepared for the National Conference of Bankruptcy Judges," 2005.

"Decoding the Code," *AzBusiness Magazine*, 2005.

Speaker, Maricopa County Bar Association presentation, *New Bankrtupcy Code: Changing the Way Creditors are Treated*, 2006.

---

**Seattle | Phoenix | New York | Santa Barbara**
1-800-776-6044 | info@kellerrohrback.com | www.krcomplexlit.com

# KELLER·ROHRBACK L.L.P.

## LAW OFFICES



**1201 3rd Avenue, Suite 3200**
**Seattle, WA 98101-3052**
(206) 623-1900
ahanson@kellerrohrback.com

## Practice Emphasis

- Antitrust and Trade Regulation
- Class Actions
- Consumer Protection
- Employee Benefits and Retirement Security
- Fiduciary Breach
- Mass Personal Injury

## Education

**University of Minnesota** - B.A., *summa cum laude*, 1995, Economics and Political Science

**University of Wisconsin Law School** - J.D., 1998

## Bar & Court Admissions

1998, Wisconsin

1998, Washington

1998, U.S. District Court for the Western District of Washington

2000, U.S. District Court for the Eastern District of Washington

2003, U.S. Court of Appeals for the Ninth Circuit

2005, U.S. District Court for the Eastern District of Michigan

# Amy Hanson

**"I am skilled at showing parties when they have a shared interest in changing harmful practices that prioritize short-term profits over long-term relationships and reputations."**

**Amy Hanson helps her clients work past disputes so they can refocus on personal and business goals.** As a member of Keller Rohrback's nationally recognized Complex Litigation Group, Amy's practice is focused on class action and other complex litigation, including antitrust, dangerous pharmaceuticals, and ERISA cases. Amy is a practical problem-solver who enjoys rolling up her sleeves to obtain evidence and achieve solutions. She became interested in complex litigation because she wanted to help level the playing field for hard-working people and small businesses that were similarly harmed by large businesses and groups of businesses acting together. In her more than 15 years as a litigator Amy has represented patients who experienced serious medical problems after consuming prescription drugs, small business owners challenging alleged nationwide price-fixing conspiracies, and certified classes of employees challenging the prudence of allowing their employers' 401(k) plans to hold and acquire company stock. She has helped achieve settlements in the millions and billions of dollars.

Prior to joining Keller Rohrback, Amy was a Student Advocate at the University of Wisconsin Law School's Consumer Litigation Clinic and a judicial law clerk intern for Judge Deininger at the State of Wisconsin Court of Appeals. She is currently honored to serve on the Vioxx Consumer Purchase Claims Subcommittee of the Plaintiffs' Steering Committee in *In re: Vioxx Prods. Liab. Litig.*, MDL No. 1657 (E.D. La.) and the WSAJ Consumer Protection Section Deskbook Editorial Board.

## Professional & Civic Involvement

King County Bar Association, *Member*

Washington State Bar Association, *Member*

American Bar Association, *Member*

American Association for Justice, *Member*

## Publications & Presentations

Co-author, Handbook for Washington Seniors: Legal Rights and Resources, Legal Voice (Oct. 15, 2012). Available at *nwwlc.ejoinme.org/MyPages/HandbookOrderform/tabid/399633/Default.aspx#!*

# KELLER ROHRBACK L.L.P.
### LAW OFFICES



**1129 State Street, Suite 8**
**Santa Barbara, CA 93101**
(805) 456-1496
kkarmand@kellerrohrback.com

## Practice Emphasis

- Class Actions
- Consumer Protection
- Employee Benefits and Retirement Security
- Fiduciary Breach
- Financial Products and Services
- Mass Personal Injury
- Securities

## Education

**University of California, Riverside** - B.A., *cum laude*, History and Political Science, 2007

**University of California, Hastings College of the Law** - J.D., 2011

# Kash Karmand

*"By identifying and focusing on the key facts and issues at an early stage of the litigation, I am able to provide clients with a strategic advantage to obtain a favorable resolution in the case."*

**Kash Karmand's practice focuses on the representation of clients in class action and multi-district litigation.** Kash practices in Keller Rohrback's California office and is a member of the firm's nationally recognized Complex Litigation Group.

Kash's litigation experience includes consumer, retirement plan, securities, and financial services litigation. He has significant experience with motions practice and briefing in complex cases. For example, he drafted the motion for class certification and several oppositions to motions for summary judgment in a recent multi-district litigation case involving claims for breach of contract and violations of state consumer protection laws.

During law school, Kash was a law clerk to California's Chief Assistant Attorney General David Chaney and an extern to the Honorable Maria-Elena James in the U.S. District Court for the Northern District of California. He also worked in the legal department of a Fortune 200 company where he handled high-stakes business and employment disputes, and represented low-income clients in disability benefits and wage-and-hour cases in the UC Hastings Civil Justice Clinic.

## Bar & Court Admissions

2011, California

2013, Minnesota

2013, U.S. District Court for the Central District of California

2013, U.S. District Court for the Northern District of California

2013, U.S. District Court for the Eastern District of California

2013, U.S. District Court for the Southern District of California

2014, District of Columbia

## Professional & Civic Involvement

State Bar of California, *Member*

California Minority Counsel Program, *Member*

Los Angeles County Bar Association, *Member*

Bar of the State of Minnesota, *Member*

District of Columbia Bar, *Member*

# KELLER·ROHRBACK L.L.P.
### LAW OFFICES



**3101 North Central Avenue, Ste. 1400**
**Phoenix, AZ 85012**
(602) 248-0088
rkilgard@kellerrohrback.com

## Practice Emphasis

- Appeals
- Class Actions
- Constitutional Law
- Employee Benefits and Retirement Security
- Fiduciary Breach
- Financial Products and Services
- Private Judge & Special Master

## Education

**Harvard College** - B.A., *cum laude*, 1973, History

**Harvard Divinity School** - M.T.S., 1975, Old Testament

**Arizona State University College of Law** - J.D., *magna cum laude*, 1979, Editor-in Chief, *Arizona State Law Journal*, Armstrong Award (outstanding graduate)

## Honors & Awards

Best Lawyers in America (19th ed.) – ERISA practice

## Professional & Civic Involvement

State Bar of Arizona, *Member*

District of Columbia Bar, *Member*

New York State Bar Association, *Member*

# Ron Kilgard

*"In practicing law, whether with clients, opposing counsel, or the Court, and in life generally, I try to keep mind, as William James said, that other people have insides of their own."*

**Ron Kilgard is a seasoned lawyer who understands that yesterday's rule changes are just as important as the landmark cases decided decades ago.** Ron has thirty-five years of experience in civil litigation. He knows that the substantive law changes slowly (at least most of the time!), but that the relevant rules and judges' individual practices change almost daily. And they vary enormously from jurisdiction to jurisdiction and judge to judge. Balancing all this – the past and the present – is, for Ron, one of the many challenges and pleasures of law practice.

Ron's practice is focused primarily on commercial and financial matters. For the last 15 years, he has extensively litigated pension plan class actions, involving both plans regulated by the Employee Retirement Income Security Act ("ERISA") and non-ERISA plans such as public plans and so-called "church plans." Ron helped Keller Rohrback pioneer company stock ERISA litigation in the late 1990's and early 2000's. More recently, Ron was part of the team that obtained settlements of over $265 million (in cash) in the Enron 401(k) litigation. In 2012, Ron was selected for inclusion in Best Lawyers in America (19th ed.) for ERISA practice. Ron is currently class counsel in a case on behalf of all sitting state court, general jurisdiction, judges in Arizona, *Hall v. Elected Officials' Retirement Plan*.

Ron is a Phoenix native. He began law practice with Martori, Meyer, Hendricks & Victor, P.A., clerked for the Hon. Mary M. Schroeder, U. S. Court of Appeals for the Ninth Circuit, and in 1995 was one of the founders of Dalton Gotto Samson & Kilgard, P.L.C. – Martori Meyer lawyers who left to do plaintiffs' work on their own in a small firm environment. He joined most of the Dalton Gotto lawyers in forming the Phoenix affiliate of Keller Rohrback L.L.P. in November 2002.

## Bar & Court Admissions

1979, Arizona

2009, District of Columbia

2011, New York

1979, U.S. District Court for the District of Arizona

1982, U.S. Court of Appeals for the Ninth Circuit

1995, U.S. Supreme Court

2005, U.S. Court of Appeals for the Second Circuit

2005, U.S. Court of Appeals for the Fifth Circuit

2006, U.S. Court of Appeals for the Eleventh Circuit

2007, U.S. District Court for the Eastern District of Michigan

2010, U.S. District Court for the District of North Dakota

2012, U.S. District Court for the Southern District of New York


KELLER·ROHRBACK L.L.P.

LAW OFFICES

## Publications & Presentations

- Author, Client Newsletter, Arbitration vs. the "Expensive Endless Law," 1991
- Speaker, Arthur Andersen Seminar on Intellectual Property, *Restrictive Covenants and Trade Secrets*, 1992
- Speaker, Viasoft Annual Meeting, *Wrongful Termination Law*, 1992
- Author, Client Newsletter, Alter Ego et in Arcadia Ego, 1992
- Author, Client Newsletter, Interest and the St. Crispin's Day Speech, 1992
- Author, Client Newsletter, Suing The Other Side's Lawyer, 1992
- Author, Client Newsletter, The Twilight of Arizona RICO and the March of the Ten Thousand, 1993
- Author, Client Newsletter, Why Some Statutes Age Well, 1993
- Chairman, MCBA Seminar on Attorney Fees, 1994
- Speaker, MCBA Seminar on Guaranties, 1994
- Author, Client Newsletter, Commenting on the Evidence and the Trial of Richard Savage, 1994
- Author, Client Newsletter, Do Emma Wodehouse and Bathsheba Everdene Need the Protection of the Community Property Laws?, 1994
- Author, *Recent Developments in the Law of Guaranties*, ARIZ. ATTY., 1995
- Author, *Lord Jim Faces Up to the Employee Retirement Income Security Act of 1974*, ARIZ. ATTY., 1995
- Speaker, Supreme Court Update, 1995-2000
- Author, Client Newsletter, Arizona Punitive Damages and Senator Sumner's Speech Against the Kansas-Nebraska Act, 1996
- Author, Client Newsletter, Arizona Special Action Practice and "the Merit of the Common Law," 1996
- Author, Client Newsletter, Community Property Traps for the Unwary and Spenser's Epithalamion, 1996
- Author, Client Newsletter, The Dark Satanic Mills and the Law of Workers' Compensation, 1996
- Author, Client Newsletter, Death and Duty on the Party Train, 1996
- Author, Client Newsletter, Departing Employees, Non-Competition Agreements, and Ludwig Wittgenstein, 1996
- Author, Client Newsletter, E.F. Hutton in the Cave of Despair, 1996
- Author, Client Newsletter, *Jane Eyre* and the Palimony Cases, 1996
- Author, Client Newsletter, Legal Ethics and Real Ethics, 1996
- Author, Client Newsletter, Mandatory Disclosure and Planetary Astronomy, 1996
- Author, Client Newsletter, Pudd'nhead Wilson Sizes Up the Dog Bite Cases, 1996
- Author, Client Newsletter, State and Federal Court in Arizona and What William James Said About the "Tough-Minded" and the "Tender-Minded," 1996
- Author, Client Newsletter, Why Some Cases Age Well, 1996
- Author, Client Newsletter, Mistake in the Law of Contracts and in Translation, 1997
- Speaker, State Bar Seminar on Motor Vehicle Accidents, *Multiple Tortfeasor Issues*, 1998
- Author, *Cleaning Up After Multiple Tortfeasors*, ARIZ. ATTY., 1999
- Speaker, Judicial Education Day, 1999
- Speaker, Federal Bar Association, *Multiple Tortfeasors*, 2000
- Speaker, New Judge Orientation, 2000-2002
- Speaker, Arizona Attorney General's Office Seminar of Expert Witnesses, 2001
- Speaker, Arizona Judicial Conference Seminar on Law and Literature, 2001
- Speaker, Maricopa County Superior Court Seminar, *Multiple Tortfeasors*, 2003
- Speaker, MCBA Seminar on Punitive Damages After *Campbell*, 2003
- Speaker, Arizona Attorney General's Office Seminar, *Legal Problem Solving*, 2004
- Speaker, ABA Seminar, *After Enron*, 2006
- Speaker, Chicago Bar Association, *Company Stock Litigation*, 2006
- Speaker, Arizona Trial Lawyers Association, *Communications with Witnesses*, 2006
- Speaker, West LegalWorks ERISA Litigation Conference, 2007
- Speaker, National Center for Employee Ownership, *Fiduciary Implications of Company Stock Lawsuits*, 2012
- Speaker, National Center for Employee Ownership, *Fiduciary Implications of Company Stock Lawsuits*, 2013

# KELLER·ROHRBACK L.L.P.
## LAW OFFICES



**1201 Third Avenue, Suite 3200**
**Seattle, WA 98101-3052**
(206) 623-1900
dko@kellerrohrback.com

## Practice Emphasis

- Class Actions
- Consumer Protection
- Employee Benefits and Retirement Security
- Securities

## Bar & Court Admissions

2006, Washington

2010, U.S. District Court for the Western District of Washington

2010, U.S. District Court for North Dakota

2011, U.S. Court of Appeals for the Ninth Circuit

# David Ko

*"I help my clients make informed decisions about their cases."*

**David Ko holds wrongdoers accountable.** David practices in the firm's nationally recognized Complex Litigation Group, where he represents individuals, retirement plans, and institutional investors in federal and state courts across the country. David has experience litigating cases against corporate defendants for consumer protection violations, investment mismanagement, breaches of fiduciary duty under the Employee Retirement Income Security Act of 1974 (ERISA), and general corporate malfeasance. He has made substantial contributions to multi-million dollar settlements including those against Fremont General Corp., Intelius, Inc., Sitrick and Co., and Tharaldson Motels, Inc.

Prior to joining the firm, David completed a two year clerkship for the Honorable Ricardo S. Martinez, U.S. District Judge in the Western District of Washington.

David is immediate past President of the Korean American Bar Association of Washington and coordinates KABA's pro bono clinic. He is also a 2014 Fellow of the Washington Leadership Institute.

## Professional & Civic Involvement

Washington State Bar Association, *Member*

King County Bar Association, *Member*

Korean American Bar Association, *Board Member*

Asian American Bar Association, *Member*

## Education

**University of Washington** - B.A., 2002, History and Political Science

**Seattle University School of Law** - J.D., *cum laude*, 2006; National Order of the Barristers

**University of Washington School of Law** - LL.M., 2007, Taxation



# KELLER·ROHRBACK L.L.P.
### L A W   O F F I C E S

## Cari Campen Laufenberg

*"I am proud to be part of a dynamic team that is willing to take calculated risks and envision innovative solutions for our clients."*

**Cari Laufenberg keeps client goals in focus.** As a member of Keller Rohrback's nationally recognized Complex Litigation Group, Cari is involved in representing plaintiffs in federal courts across the United States. She represents individuals and institutions in class action litigation involving breach of fiduciary duty, investment fraud and mismanagement, retirement plan litigation and consumer protection. Cari's background in nonprofit management and public administration makes her skilled at organizing and strategizing complex cases to achieve short-term goals and long-term successes.

Cari has litigated fiduciary breach issues for 10 years and has played a key role in many of the firm's large and complex fiduciary breach cases, including a $90 million settlement against Anthem Inc. in a case alleging fiduciary breach related to Anthem Insurance's demutualization of membership interests. Cari has also successfully litigated alleged violations of the Employee Retirement Income Security Act ("ERISA"), with multi-million dollar settlements against companies including Countrywide Financial Corp., Marsh & McLennan Companies, Inc., and Williams Companies, Inc.

Prior to joining Keller Rohrback in 2003, Cari served as a judicial extern for Judge Barbara Jacobs Rothstein of the U.S. District Court for the Western District of Washington.

**1201 Third Avenue, Suite 3200**
**Seattle, WA 98101-3052**
(206) 623-1900
claufenberg@kellerrohrback.com

## Practice Emphasis

- Antitrust and Trade Regulation
- Appeals
- Class Actions
- Consumer Protection
- Employee Benefits and Retirement Security
- Fiduciary Breach
- Financial Products and Services

## Education

**University of California, San Diego** - B.A., 1993, Art History

**University of Washington** - M.A., 1998, Public Administration

**University of Washington School of Law** - J.D., 2003

## Bar & Court Admissions

2003, Washington

2004, U.S. District Court for the Western District of Washington

2006, U.S. District Court for the Eastern District of Michigan

2006, U.S. Court of Appeals for the Eleventh Circuit

2011, U.S. Court of Appeals for the Seventh Circuit

2013, U.S. Court of Appeals for the Eighth Circuit

## Professional & Civic Involvement

King County Bar Association, *Member*

Washington State Bar Association, *Member*

American Bar Association, *Member*

King County Washington Women Lawyers, *Member*; *Member of the Board of Directors* (2003-2005)

Washington Women Lawyers, *Member*

William L. Dwyer Inn of Court, *Founding Student Member* (2002-2003)

Federal Bar Association, *Member*

American Association for Justice, *Member*

Washington State Association for Justice, *Member*

Northwest Immigrant Rights Project, *Volunteer Attorney*

## Honors & Awards

Selected to Rising Stars list in *Super Lawyers - Washington*, 2008-2009, 2011

King County Washington Women Lawyers Chapter Member of the Year, 2005

# KELLER·ROHRBACK L.L.P.
### LAW OFFICES



**1201 Third Avenue, Suite 3200**
**Seattle, WA 98101-3052**
(206) 623-1900
mlicata@kellerrohrback.com

## Practice Emphasis

- Class Actions
- Employee Benefits and Retirement Security
- Fiduciary Breach
- Financial Products and Services
- Intellectual Property
- Securities

## Michael Licata

### *"I enjoy developing creative strategies to ensure maximum results for my clients."*

**Michael Licata is a problem solver.** Mike is a member of Keller Rohrback's nationally recognized Complex Litigation Group. His relentless focus, creativity, and attention to detail allow him to provide his clients high-quality and dynamic representation.

Mike has experience litigating cases involving securities fraud, consumer protection claims, intellectual property infringement, and violations under federal labor laws.

Before joining the firm, Mike served as a law clerk in the Trial Unit of the U.S. Securities and Exchange Commission's Enforcement Division, where he worked on behalf of investors in litigation involving accounting fraud, Ponzi schemes, and other violations of the Securities and Exchange Acts. Mike also worked as a Legislative Policy extern for the ACLU of Washington.

## Education

**University of Puget Sound** – B.A., International Political Economy

**University of Washington School of Law** – J.D., 2011

## Professional & Civic Involvement

Federal Bar Association, *Member*

Washington State Bar Association, *Member*

American Bar Association, *Member*

## Bar & Court Admissions

Washington, 2011

U.S. District Court for the Western District of Washington, 2013

U.S. Court of Appeals for the Eleventh Circuit, 2013

# KELLER·ROHRBACK L.L.P.
## LAW OFFICES



**1201 Third Avenue, Suite 3200**
**Seattle, WA 98101-3052**
(206) 623-1900
dloeser@kellerrohrback.com

## Practice Emphasis

- Appeals
- Class Actions
- Employee Benefits and Retirement Security
- Fiduciary Breach
- Financial Products and Services
- Institutional Investors
- Securities

## Education

**Middlebury College** - B.A., *summa cum laude*, 1989, American Literature (highest departmental honors), Stolley-Ryan American Literature Prize, Phi Beta Kappa

**University of Washington School of Law** - J.D., *with honors*, 1994

## Professional & Civic Involvement

King County Bar Association, *Member*

Washington State Bar Association, *Member*

American Bar Association, *Member; Employment Benefits Committee Member; Labor & Employment Law Section Member*

National Employment Lawyers Association, *Member*

American Civil Liberties Union of Washington, *Cooperating counsel*

# Derek Loeser

*"We win by being more persuasive. It's a simple formula that combines our strengths - outstanding writing and courtroom skill, together with passion and integrity."*

**Derek Loeser is a senior member of Keller Rohrback's nationally recognized Complex Litigation Group and a member of the firm's Executive Committee.** He maintains a national practice prosecuting individual and class action securities, Employee Retirement Income Security Act ("ERISA"), breach of fiduciary duty and investment mismanagement cases.

Derek has been working in plaintiffs' litigation for over twenty years. Through all stages of litigation, including trial, he has helped recover hundreds of millions of dollars for institutions, retirement plans, retirees, and employees. Notable cases include mortgage-backed securities cases on behalf of the Federal Home Loan Banks of Chicago, Indianapolis and Boston, and ERISA class cases representing employees in cases against Enron, WorldCom, Countrywide, and Washington Mutual. Derek regularly serves as lead counsel in large scale fraud and mismanagement cases for both institutional and individual clients. Recent successes include the decision following an eight week bench trial in New York in which the court found that the trustee "acted unreasonably or beyond the bounds of reasonable judgment" by releasing claims potentially worth billions of dollars "without investigating their potential worth or strength."

Before joining Keller Rohrback, Derek served as a law clerk for the Honorable Michael R. Hogan, U.S. District Court for the District of Oregon, and was a trial attorney in the Employment Litigation Section of the Civil Rights Division of the U.S. Department of Justice in Washington, D.C., where he prosecuted individual and class action employment discrimination cases. He is a frequent speaker at national conferences on class actions, ERISA and other litigation topics.

## Honors & Awards

U.S. Department of Justice Honors Program Hire, 1994

U.S. Department of Justice Award for Public Service, 1996

U.S. Department of Justice Achievement Award, 1996

Selected to Rising Stars list in Super Lawyers - Washington, 2005-2007

Selected to Super Lawyers list in Super Lawyers - Washington, 2007-2012, 2014

Recipient of the 2010 Burton Award for Legal Achievement for the article, *The Continuing Applicability of Rule 23(b)(1) to ERISA Actions for Breach of Fiduciary Duty*, Pension & Benefits Reporter, Bureau of National Affairs, Inc. (Sept. 1, 2009).



## Bar & Court Admissions

1994, Washington

1997, U.S. District Court for the Western District of Washington

1997, U.S. District Court for the Eastern District of Washington

1997, U.S. Court of Appeals for the Ninth Circuit

2002, U.S. District Court for the Eastern District of Michigan

2004, U.S. District Court for the Northern District of Illinois

2007, U.S. Court of Appeals for the Second Circuit

2009, U.S. Court of Appeals for the Eighth Circuit

2009, U.S. Court of Appeals for the Eleventh Circuit

2010, U.S. Court of Appeals for the Fourth Circuit

2012, U.S. Court of Appeals for the Third Circuit

## Publications & Presentations

Derek W. Loeser, Erin M. Riley & Benjamin B. Gould, *2010 ERISA Employer Stock Cases: The Good, the Bad, and the In Between-Plaintiffs' Perspective*, Pension & Benefits Daily, Bureau of National Affairs, Inc. (Jan. 28, 2011).

Speaker, *Post-Certification: Motion Issues in Class Actions*, Litigating Class Actions, Seattle, WA, 2012.

Speaker, *Investment Litigation: Fees & Investments in Defined Contribution Plans*, ERISA Litigation, Washington, D.C., 2012.

Derek W. Loeser & Benjamin B. Gould, *The Continuing Applicability of Rule 23(b)(1) to ERISA Actions for Breach of Fiduciary Duty*, Pension & Benefits Reporter, Bureau of National Affairs, Inc. (Sept. 1, 2009).

Derek W. Loeser & Erin M. Riley, *The Case Against the Presumption of Prudence*, Pension & Benefits Daily, Bureau of National Affairs, Inc. (Sept. 10, 2010).

# KELLER·ROHRBACK L.L.P.
### LAW OFFICES



**1201 Third Avenue, Suite 3200**
**Seattle, WA 98101-3052**
(206) 623-1900
imensher@kellerrohrback.com

## Practice Emphasis

- Class Actions
- Employee Benefits and Retirement Security
- Fiduciary Breach
- Financial Products and Services
- Institutional Investors
- Securities

## Education

**Wesleyan University** – B.A., 2002, Romance Literatures (French & Italian), Phi Beta Kappa

**University of Washington** – J.D., 2007, Executive Comment Editor, *Pacific Rim Law and Policy Journal*

# Ian Mensher

*"The value I bring to each client is my ability to listen well and provide efficient and effective recommendations to resolve even the thorniest dispute."*

**Ian Mensher understands that different clients have different goals.** Ian practices in Keller Rohrback's nationally recognized complex litigation group. He represents both institutional and individual investors in cases involving financial fraud and investment mismanagement. Whether Ian is advising an employee class representative or discussing strategy with an institutional investor, Ian provides frank and honest guidance that is tailored to meet the specific needs of his clients.

During law school at the University of Washington School of Law Ian participated in the Berman Environmental Law Clinic. After graduating, he clerked for the Honorable Jerome Farris on the Ninth Circuit Court of Appeals. Ian then joined Keller Rohrback's complex litigation group for one year before spending the next three clerking for the Honorable Marsha J. Pechman on the U.S. District Court for the Western District of Washington. Ian's rich experience in the federal court system brings a unique and important perspective to guide the important strategic decisions in litigation.

## Bar & Court Admissions

2007, Washington

2008, U.S. District Court for the Western District of Washington

2008, U.S. Court of Appeals for the Ninth Circuit

2013, U.S. District Court for the Eastern District of Washington

## Professional & Civic Involvement

Washington State Bar Association, *Member*

King County Bar Association, *Member*

Federal Bar Association, *Member*

# KELLER·ROHRBACK
L.L.P.

L A W   O F F I C E S



**1201 Third Avenue, Suite 3200**
**Seattle, WA 98101-3052**
(206) 623-1900
gobrist@kellerrohrback.com

## Practice Emphasis

- Appeals
- Class Actions
- Consumer Protection
- Employee Benefits and Retirement Security
- Fiduciary Breach
- Financial Products and Services
- Whistleblower

## Education

**University of Nebraska - Lincoln** - B.S., *with distinction*, 1999, Women's Studies, UNL Honors Program

**University of Nebraska - Lincoln, College of Law** - J.D., *with high distinction*, 2005, Order of the Coif, Editor-in-Chief, *Nebraska Law Review*, 2004–2005

## Honors & Awards

Recipient of the 2004 Robert G. Simmons Law Practice Award (first place).

Theodore C. Sorensen Fellow, 2004–2005

National Association of Women Lawyers Outstanding Law Student Award, 2005

Selected to Rising Stars list in *Super Lawyers - Washington*, 2010

# Gretchen Obrist

### "I am skilled at translating my clients' stories of injustice into persuasive legal claims to present to the courts."

**Gretchen Obrist is ready to answer your questions.** A member of Keller Rohrback's nationally recognized Complex Litigation group, Gretchen works closely with clients to help them understand the processes of litigation and negotiation. Her hands-on approach to legal strategy helps her identify and achieve her clients' unique goals and right the wrongs they have experienced.

Gretchen has nearly a decade of experience litigating complex federal cases from start to finish, including extensive motions practice and discovery. Her practice focuses on Employee Retirement Income Security Act ("ERISA") fiduciary breach and excessive fee cases, as well as consumer protection and financial fraud claims. She also has experience litigating civil rights issues. Gretchen has played a key role in cases arising out of the collapse of the mortgage securities industry and the residential mortgage modification and foreclosure crisis, including actions against Bear Stearns and JPMorgan Chase. Her ERISA experience includes a successful appeal to the Eighth Circuit in *Braden v. Wal-Mart Stores, Inc.* reversing dismissal of the lead plaintiff's case. She also made significant contributions to cases against Procter & Gamble and Merrill Lynch and to the *Washington Mutual* and *JPMorgan ERISA Pension Plan* (cash balance conversion) litigations.

Prior to joining Keller Rohrback, Gretchen served as a law clerk to the Honorable John C. Coughenour, U.S. District Judge for the Western District of Washington. Before obtaining her law degree, she worked at a public defender's office, the Nebraska Domestic Violence Sexual Assault Coalition, and the Nebraska Appleseed Center for Law in the Public Interest.

## Professional & Civic Involvement

The William L. Dwyer American Inn of Court, *Member*

American Constitution Society, Puget Sound Lawyer Chapter, *Member*

King County Bar Association, *Member*

Washington State Bar Association, *Member*

American Bar Association, *Member*, Litigation / Labor and Employment Sections



## Bar & Court Admissions

2005, Washington

2007, U.S. District Court for the Western District of Washington

2008, U.S. District Court for the Eastern District of Michigan

2008, U.S. Court of Appeals for the Eighth Circuit

2010, U.S. Court of Appeals for the Ninth Circuit

2011, U.S. District Court for the Eastern District of Washington

2011, U.S. Court of Appeals for the Second Circuit

2011, U.S. Court of Appeals for the Sixth Circuit

## Publications & Presentations

Gretchen S. Obrist, Note, *The Nebraska Supreme Court Lets Its Probation Department Off the Hook in Bartunek v. State: "No Duty" as a Non-Response to Violence Against Women and Identifiable Victims*, 83 Neb. L. Rev. 225 (2004).

Speaker, ABA Section of Labor and Employment Law, Employee Benefits Committee – Mid-Winter Meeting, Savannah, GA, 2011 (Update on ERISA Fee Litigation and the Impact of the Regulations).

Speaker, ABA Section of Labor and Employment Law, Employee Benefits Committee – Mid-Winter Meeting, Charleston, SC, 2013 (ERISA 408(b)(2) and 404(a) Disclosures and the Ongoing Fee Litigation).

Gretchen S. Obrist, "ERISA Fee Litigation: The Impact of New Disclosure Rules, and What's Next in Pending Cases," *Pension & Benefits Daily*, Bloomberg BNA (Feb. 21, 2013).

Gretchen S. Obrist, "ERISA Fee Litigation: Overview of Developments in 2012 and What to Expect in 2013," *Benefits Practitioners' Strategy Guide*, Bloomberg BNA (Mar. 26, 2013).

Speaker, ABA Joint Committee on Employee Benefits - 23rd Annual National Institute on ERISA Litigation, Chicago, IL, 2013 (Fiduciary Litigation Part 1: Disclosure & Investment; Fiduciary Litigation Part 2: Cutting Edge Issues).

Contributing Editor and Writer, *Foreclosure Manual for Judges: A Reference Guide to Foreclosure Law in Washington State*, A Resource by Washington Appleseed (2013).

Gretchen S. Obrist, "'Class of Plans' Actions Could Be Next Wave of ERISA Litigation, Gretchen Obrist Says," *ERISA Litigation Tracker: Litigator Q&A*, Bloomberg BNA (June 19, 2013).

# KELLER·ROHRBACK L.L.P.
### LAW OFFICES



**770 Broadway, Second Floor**
**New York, NY 10003**
(646) 495-6198
dpreminger@kellerrohrback.com

## Practice Emphasis

- Class Actions
- Employee Benefits and Retirement Security
- Fiduciary Breach

## Education

**Rutgers University** - B.A., 1969, Mathematics

**New York University School of Law** - J.D., 1972, *New York University Journal of International Law and Politics*, 1970-1971

## Professional & Civic Involvement

The Association of the Bar of the City of New York, *Member*; Committee on Employee Benefits, 1993-1996, 1996-1999, 2002-2005; Committee on Legal Problems of the Aging, 1985-1988

New York State Bar Association, *Member*

American Bar Association, *former Co-Chair*, Fiduciary Responsibility Subcommittee; Committee on Employee Benefits, Labor and Employment Section; *former Co-Chair*, Subcommittee on ERISA Preemption and the Subcommittee on ERISA Reporting and Disclosure

American College of Employee Benefits Counsel, *Member* and *Charter Fellow*

# David Preminger

**"The interdisciplinary nature of ERISA litigation requires that I work well with actuaries, accountants, investment experts, co-counsel and defense attorneys, all the while placing my clients' interests first."**

**David Preminger is a practiced advocate for employees, retirees, and beneficiaries.** The resident partner in the firm's Complex Litigation Group New York office, David focuses on Employee Retirement Income Security Act ("ERISA") fiduciary breach class action cases as well as individual benefit claims. He has been litigating ERISA cases for nearly 40 years, since the Act's passage in 1974. David has been the lead counsel or co-counsel on numerous ERISA cases alleging misconduct in connection with the investment of retirement plan assets, including Hartman et al. v. Ivy Asset Management et al., a case involving fiduciary breach related to Madoff investments that resulted in a $219 million settlement with consolidated cases. He has been involved in ERISA cases against Bear Stearns, Merrill Lynch, Colonial BancGroup and Marsh & McLennan resulting in multi-million dollar settlements on behalf of class members.

David's familiarity with the changes to and nuances of ERISA law allows him to expertly and efficiently interpret the statute and regulations and analyze issues on behalf of his clients. He has handled over 100 trials and in addition to his ERISA experience has extensive experience litigating and negotiating antitrust, real estate, civil rights, family law, and general commercial and corporate matters.

Prior to joining Keller Rohrback, David was a partner at Rosen Preminger & Bloom LLP where his successes included the In re Masters Mates & Pilots Pension Plan and IRAP Litigation. He was previously a Supervisory Trial Attorney for the Equal Employment Opportunity Commission, a Senior Attorney with Legal Services for the Elderly Poor, and a Reginald Heber Smith Fellow with Brooklyn Legal Services. He is a charter fellow of the American College of Employee Benefits Counsel and a senior editor of Employee Benefits Law (Bloomberg BNA).



## Bar & Court Admissions

1973, New York

1973, U.S. District Court for the Eastern District of New York

1974, U.S. District Court for the Southern District of New York

1974, U.S. Court of Appeals for the Second Circuit

1976, United States Supreme Court

1991, U.S. District Court for the Western District of New York

1993, U.S. Court of Appeals for the Ninth Circuit

1995, U.S. District Court for the Northern District of New York

2001, U.S. Court of Appeals for the District of Columbia Circuit

2006, U.S. Court of Appeals for the Seventh Circuit

2010, U.S. Court of Appeals for the Fourth Circuit

## Publications & Presentations

Mr. Preminger regularly speaks at conferences on ERISA and employee benefits litigation and lectures at New York University School of Law, Saint John's University School of Law, and Rutgers University, and has testified before Congress on proposed amendments to ERISA and participated in New York State Attorney General's hearings on protection of pension benefits.

Senior Editor, *Employee Benefits Law* (BNA), Chapter 10, *Fiduciary Responsibility* (Chapter or Senior Editor, 1998 – present).

Preminger & Clancy, *Aspects of Federal Jurisdiction Under Sections 301(c)(5) and 302(e) of The Taft-Hartley Act – The "Sole and Exclusive Benefit Requirement,"* 4 Tex. S. U. L. Rev. 1 (1976).

David S. Preminger, E. Judson Jennings & John Alexander, *What Do You Get With the Gold Watch? An Analysis of the Employee Retirement Income Security Act of 1974*, 17 Ariz. L. Rev. 426 (1975).

# KELLER·ROHRBACK L.L.P.
### LAW OFFICES



**1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052**
(206) 623-1900
eriley@kellerrohrback.com

## Practice Emphasis

- Appeals
- Class Actions
- Employee Benefits and Retirement Security
- Fiduciary Breach
- Financial Products and Services

## Education

**Gonzaga University** - B.A., *cum laude*, 1992, French & History

**University of Wisconsin Law School** - J.D., *cum laude*, 2000, *Wisconsin Law Review*

# Erin Riley

### "A good case begins by listening closely to clients to carefully assess their legal needs."

Erin Riley knows that strong relationships are key in complex cases. Erin joined Keller Rohrback's complex litigation group in 2000. Since the Fall of 2001, her practice has focused on representing employees and retirees in ERISA actions involving defined contribution, defined benefit, and health benefit plans. She has successfully litigated a number of ERISA breach of fiduciary duty cases including cases filed against Washington Mutual, Merrill Lynch and WorldCom. She has worked on ERISA-related articles and amicus briefs, and has spoken at ERISA-related conferences. Erin is the Plaintiffs' Co-Chair of the Civil Procedure Subcommittee for the ABA Employee Benefits Committee. She earned her J.D. from the University of Wisconsin, where she served as an editor of the Wisconsin Law Review. She received her undergraduate degree from Gonzaga University.

## Professional & Civic Involvement

Wisconsin State Bar Association, *Member*

King County Bar Association, *Member*

Washington State Bar Association, *Member*

Civil Procedure Sub-Committee for the ABA Employee Benefits Committee, *Plaintiffs' Co-Chair*

## Bar & Court Admissions

2000, Wisconsin

2000, Washington

2001, U.S. District Court for the Western District of Washington

2010, U.S. Court of Appeals for the Fourth Circuit

2011, U.S. Court of Appeals for the Second Circuit

2011, U.S. Court of Appeals for the Ninth Circuit

## Honors & Awards

Selected to Rising Stars list in *Super Lawyers - Washington*, 2009



---

## Publications & Presentations

Chapter Editor, Employee Benefits Law (BNA), Chapter 12, *Civil Procedure*

Lynn L. Sarko, Erin M. Riley, and Gretchen S. Obrist, *Brief for Law Professors as Amici Curiae in Support of the Petitioners, Tibble, et al. v. Edison International, et al.* , No. 13-550 (U.S.2014).

Erin M. Riley and Gretchen S. Obrist, Contributors,"Attorneys Reflect on 40 Years of ERISA's Biggest Court Rulings" Pension & Benefits Daily, Bloomberg BNA, *discussing CIGNA Corp. v. Amara*, 131 S.Ct. 1866, 50 EBC 2569 (U.S. 2011) (95 PBD, 5/17/11; 38 BPR 990, 5/24/11) (http://www.bna.com)

Erin M. Riley and Gretchen S. Obrist, "The Impact of Fifth Third Bancorp v. Dudenhoeffer: Finally, a Court Gets it Right!" *Pension & Benefits Daily*, Bloomberg BNA (154 PBD, 8/11/2014; 41 BPR 1658, 8/12/2014) (http://www.bna.com)

Lynn L. Sarko and Erin M. Riley, *Brief for Law Professors as Amici Curiae in Support of the Respondents, Fifth Third Bancorp v. Dudenhoeffer* , No. 12-751 (U.S. March 5, 2014).

Erin M. Riley, E*rin M. Riley Explores the Pro-Plaintiff Aspects of the Citigroup Ruling* , ERISA Litigation Tracker: Litigator Q&A, Bloomberg BNA (Dec. 1, 2011). Reproduced with permission from ERISA Litigation Tracker Litigator Q & A (Dec. 5, 2011). Copyright 2011 by The Bureau of National Affairs, Inc. (800-372-1033)

Sarah H. Kimberly, Erin M. Riley, *Court Declines to Limit Damages in Neil v. Zell* , ABA Employee Benefits Committee Newsletter (Spring, 2011).

Derek W. Loeser, Erin M. Riley and Benjamin Gould, *2010 ERISA Employer Stock Cases: The Good, the Bad, and the In-Between Plaintiffs' Perspective* , Bureau of National Affairs, Inc. (Jan. 28, 2011).

# KELLER·ROHRBACK L.L.P.
## LAW OFFICES



**1201 Third Avenue, Suite 3200**
**Seattle, WA 98101-3052**
(206) 623-1900
kswope@kellerrohrback.com

## Practice Emphasis

- Class Actions
- Consumer Protection
- Employee Benefits and Retirement Security
- Employment Law
- Fiduciary Breach
- Intellectual Property
- Securities

## Education

**Amherst College** – B.A., *magna cum laude*, 1987; Phi Beta Kappa.

**Columbia Law School** - J.D., 1993, Harlan Fiske Stone Scholar; Executive Articles Editor, *Columbia Human Rights Law Review*; Paul Bernstein Scholarship Recipient.

## Honors & Awards

Selected to Rising Stars list in *Super Lawyers - Washington*, 2006

# Karin Swope

**Karin Swope is focused on client success.** As a member of the firm's nationally recognized Complex Litigation Group, Karin practices intellectual property litigation and counseling, consumer protection and ERISA law, and business litigation, with a particular emphasis in federal court litigation. Karin has been in practice for 20 years, representing a variety of clients in matters involving trademark and copyright litigation as well as misappropriation of trade secrets, unfair business practices, employment, and business litigation.

Following her graduation from Columbia Law School, Karin served as a law clerk to the Honorable John C. Coughenour in the U.S. District Court for the Western District of Washington, and as a law clerk to the Honorable Robert E. Cowen of the U.S. Court of Appeals, Third Circuit. She has been an Adjunct Professor of Intellectual Property Law at Seattle University School of Law since 2008.

## Bar & Court Admissions

1994, Washington

1997, U.S. District Court for the Western District of Washington

1997, U.S. Court of Appeals for the Ninth Circuit

2006, U.S. District Court for the Northern District of California

2006, U.S. District Court for the Central District of California

2007, U.S. Court of Appeals for the Second Circuit

2009, Western District of Tennessee

2010, U.S. Court of Appeals for the Eleventh Circuit

2010, U.S. Supreme Court

## Professional & Civic Involvement

*Adjunct Professor*, Seattle University School of Law, Intellectual Property Law

National Employment Lawyers Association, *ERISA Amicus Committee Member* and *Amicus Brief Writer*

ABA Tort, Trial and Insurance Law Journal, *Associate Editor*

Washington State Bar Association, *Member*

American Bar Association, *Member*, Tort Trial & Insurance Practice and Intellectual Property sections

King County Bar Association, *Member*, Intellectual Property section



## Publications & Presentations

Speaker, Federal Court Practice Bootcamp, 2011 - 2014.

Speaker, National Employment Lawyers Association Annual Convention, Atlanta, GA, *ERISA Hot Topics*, 2008.

Co-Chair and Speaker, WSBA CLE, *IP For the Rest of Us*, 2007-2009.

Speaker, WSBA CLE, 11th Annual Intellectual Property Institute, *The Year in Trademark Law*, 2006.

Speaker, King County Bar Association CLE, *Electronic Discovery*, 2006.

Speaker, WSBA CLE, *Hot Trends in Intellectual Property Damages*, 2005.

Karin B. Swope, 5K2.0 Departures: *A Backdoor out of the Federal Sentencing Guidelines*, 24 Colum. Hum. Rts. L. Rev. 135 (1993).



# KELLER·ROHRBACK L.L.P.
### LAW OFFICES

**1129 State Street, Suite 8**
**Santa Barbara, CA 93101**
(805) 456-1496
hunrein@kellerrohrback.com

## Practice Emphasis

- Class Actions
- Consumer Protection
- Employee Benefits and Retirement Security
- Environmental Contamination
- Fiduciary Breach
- Financial Products and Services
- Mass Personal Injury
- Securities
- Whistleblower

## Education

**Dartmouth College -** B.A., *magna cum laude*, 2003, Russian Area Studies

**University of Washington School of Law** - J.D./LL.M. (Tax), *with honors*, 2008

# Havila Unrein

### *"I honor my clients' courage by trying to bring about results that balance the scales of power."*

**Havila Unrein gives her clients a voice in the legal system.** Havila practices in Keller Rohrback's nationally recognized Complex Litigation Group, where she is dedicated to helping clients who have been harmed by others engaged in fraud, cutting corners, and abuses of power.

Havila made significant contributions to H*artman et al. v. Ivy Asset Management et al.,* a case involving fiduciary breach related to Madoff investments that resulted in a $219 million settlement with consolidated cases. She currently represents plaintiffs in multiple cases alleging violations of the Employee Retirement Income Security Act of 1974 ("ERISA") by healthcare institutions attempting to claim exempt "church plan" status under ERISA.

During law school, Havila provided tax and business advice to low-income entrepreneurs and high-tech start-ups as a student in the Entrepreneurial Law Clinic. She also served as an extern to the Honorable Stephanie Joannides of the Anchorage Superior Court. Prior to law school, Havila worked and studied abroad in Russia, Azerbaijan, and the Czech Republic.

## Bar & Court Admissions

1999, Washington

2000, U.S. District Court for the Western District of Washington

2008, U.S. Court of Appeals for the Eighth Circuit

2009, U.S. Court of Appeals for the Ninth Circuit

2009, U.S. Supreme Court

## Professional & Civic Involvement

California State Bar Association, *Member*

Santa Barbara County Bar Association, *Member*

Washington State Bar Association, *Member*

King County Bar Association, *Member*

Montana State Bar Association, *Member*

# KELLER·ROHRBACK L.L.P.

### LAW OFFICES



**1201 Third Avenue, Suite 3200**
**Seattle, WA 98101-3052**
(206) 623-1900
mwetherald@kellerrohrback.com

## Practice Emphasis

- Class Actions
- Employee Benefits and Retirement Security
- Environmental Contamination
- Fiduciary Breach
- Financial Products and Services
- Institutional Investors
- Insurance Coverage Analysis and Litigation

## Education

**Mount Holyoke College** - B.A., *cum laude*, 1980, Politics and International Relations; Phi Beta Kappa

**Cornell University Law School** - J.D., 1983

## Bar & Court Admissions

1983, Washington

1985, U.S. District Court for the Eastern District of Washington

1985, U.S. District Court for the Western District of Washington

1986, U.S. Court of Appeals for the Ninth Circuit

1988, U.S. Supreme Court

2003, Oregon

# Margaret Wetherald

### "I take client relationships seriously and do whatever it takes to meet my clients' goals."

**Margaret Wetherald finds solutions.** Margie is adept at project management, providing organization and structure to complex projects. As a partner practicing in the firm's Complex Litigation Group, she strives to peel apart layers of legal analysis and factual nuance to get to the heart of the decisive issues in a case. Margie has over 28 years of experience in insurance coverage and bad faith analysis and litigation, with successes including a $44 million dollar settlement in *Jerry Cooper, Inc. v. Lifequotes of America, Inc.* She currently provides in-house insurance coverage consulting services to the firm.

Margie's practice also includes ERISA class action litigation on behalf of retirement and pension plan participants, particularly involving financial fraud. She has also handled mass tort litigation involving drug, chemical and disease exposure. She taught for two years at the Columbus School of Law in Washington, D.C. and practiced there before moving to the Northwest.

## Professional & Civic Involvement

King County Bar Association, *Member*

Washington State Bar Association, *Member*

Northwest Environmental Claims Association, *Founding Member and Past Chair*

Woodland Park Zoological Society, *Board Member*

Washington State Trial Lawyers Association, *Member*

New Beginnings, *Past Board Member and Board President*

American Bar Association, *Member*; *Past Vice-Chair* Insurance Coverage Subcommittee of the Tort and Insurance Practice Section

## Honors & Awards

Selected to the Super Lawyer list by *Super Lawyers - Washington*, 2000-2011

## Publications & Presentations

Margaret E. Wetherald & C. Tompkins, *A Primer on the Use of Experts in the Defense of Third Party Toxic Tort Litigation*, Pollution Liability, American Bar Association Tort and Insurance Practice Section and Bureau of National Affairs, National Institute on Pollution Liability.

Margaret E. Wetherald & Jeffrey Grant, *When Actions of the Insured Excuse the Carrier's Duty to Defend and to Pay*, Insurance Law, Washington State Trial Lawyers Association (1988).

Margaret E. Wetherald & Jeffrey Grant, *Attorney-Client and Work Product Privileges and the Relationship Between Insurer and Insured in the Context of Hazardous Waste/ Toxic Litigation*, ABA Monograph (May 1989; rev. 1996, 2004).

Margaret E. Wetherald, Washington *Underground Storage Tank Regulations*, ABA Monograph (1991).

Digest of Washington Environmental Coverage Law, 1997.



# KELLER ROHRBACK L.L.P.
## LAW OFFICES

# Amy Williams-Derry

### "I position my cases for success by taking steps to move them forward every day."

**Amy Williams-Derry sees the big picture.** As a member of the firm's nationally recognized Complex Litigation Group, Amy has a national practice litigating complex securities, ERISA, and consumer protection cases, with a focus on mortgage-backed securities and prudent investment management. She is skilled at strategizing in the context of large cases with multiple parties and issues and thinking creatively to find resolution.

Amy has experience litigating in state and federal courts at both the trial and appellate levels and has represented clients in mediation and arbitration settings, including before the National Labor Relations Board, National Association of Securities Dealers, and the New York Stock Exchange. She has also represented clients in proceedings involving the U.S. Department of Justice. Her current representative cases include *Federal Home Loan Bank of Boston v. Ally Financial, Inc., et al.* (D. Mass.), and *Federal Home Loan Bank of Chicago v. Banc of America Funding Corporation, et al.* (Cook Cty., Ill.), involving litigation by the Federal Home Loan Banks against dozens of issuers, underwriters, and sponsors of private label mortgage-backed securities worth $13 billion.

Prior to joining Keller Rohrback, Amy practiced commercial litigation and was a fellow with Earthjustice, where she was involved in natural resources litigation..

**1201 3rd Avenue, Suite 3200**
**Seattle, WA 98101-3052**
(206) 623-1900
awilliams-derry@kellerrohrback.com

## Practice Emphasis

- Class Actions
- Consumer Protection
- Environmental Contamination
- Employee Benefits and Retirement Security
- Fiduciary Breach
- Financial Products and Services
- Institutional Investors
- Securities
- Whistleblower

## Education

**Brown University** - B.A., *with honors*, 1993, Sociology

**University of Virginia School of Law** - J.D., 1998; Editor-in-Chief, *Virginia Environmental Law Journal*, 1997-1998

## Bar & Court Admissions

1998, Washington

1998, U.S. District Court for the Western District of Washington

1998, U.S. District Court for the Eastern District of Washington

1999, U.S. Court of Appeals for the Ninth Circuit

2007, U.S. District Court for the Eastern District of Michigan

2007, U.S. Court of Appeals for the Second Circuit

## Professional & Civic Involvement

King County Bar Association, *Member*

Washington State Bar Association, *Member*

American Bar Association, *Member*

Lake City Legal Clinic, *Volunteer Attorney*, 1999-2001

Independent Employment Services, *Board of Directors*, 2000-2001

WithinReach, *Board of Directors*, 2006-2009

The Evergreen School, *Annual Giving Co-Chair*, 2012-2013

Washington Women Lawyers, *Member*

King County Washington Women Lawyers, *Member*

## Publications & Presentations

Amy Williams-Derry, *No Surprises After Winstar: Contractual Certainty and Habitat Conservation Planning Under the Endangered Species Act*, 17 Va. Envtl. L.J. 357 (1998).

Speaker, American Law Institute-American Bar Association ERISA Conference, Employer stock cases and cash balance plans, 2008.

Presenter, Washington State Bar Association, Employment Benefits CLE, *Hot Topics in ERISA Class Action Litigation*, 2010.

## Honors & Awards

Selected to Rising Stars list in *Super Lawyers - Washington*, 2003-2009

EXHIBIT B

**In re Bank of New York Mellon Corp. Forex Transactions Litigation**

FIRM NAME: Keller Rohrback L.L.P.

REPORTING PERIOD: Inception through May 31, 2015

Categories:

| | | Status: | |
|---|---|---|---|
| (1) Investigation, Factual Research | (6) Pleadings, Briefs, Class Certification, and Legal Research | (A) Associate | (I) Investigator |
| (2) Plaintiffs' Document Review | (7) Court Appearances | (CA) Contract Attorney | (PL) Paralegal |
| (3) Defendants' and Third Party Document Review | (8) Litigation Strategy and Case Management | (OC) Of Counsel | (PS) Professional Staff |
| (4) Discovery | (9) Mediation and Settlement | (P) Partner | |
| (5) Deposition | (10) Experts | (SA) Staff Attorney | |

| Name | Status | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Rate | Cumulative Hours | Cumulative Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cari Laufenberg | P | | | | | | | | | | 16.40 | $675 | 16.40 | $ 11,070.00 |
| David Preminger | P | 5.10 | | | 148.20 | 78.40 | 170.10 | 19.60 | 19.20 | 7.80 | 6.00 | $895 | 454.40 | $ 406,688.00 |
| Harry Williams | A | | | | | | 12.10 | | | | | $525 | 12.10 | $ 6,352.50 |
| Ian Mensher | A | | | | | | 29.80 | | | | | $525 | 29.80 | $ 15,645.00 |
| Laura Gerber | P | 30.45 | | | | | 97.75 | | | | | $675 | 128.20 | $ 86,535.00 |
| Lynn Sarko | P | 32.30 | | | 1.00 | | 89.80 | | 14.60 | 219.60 | 34.90 | $895 | 392.20 | $ 351,019.00 |
| Margie Wetherald | P | 18.30 | | 5.60 | 218.10 | 313.30 | 544.80 | | 60.80 | 104.60 | 52.80 | $750 | 1,318.30 | $ 988,725.00 |
| Susan Kim | A | | | | | | 31.10 | | | | | $475 | 31.10 | $ 14,772.50 |
| T. David Copley | P | 59.60 | | | 170.10 | 162.30 | 613.30 | 22.00 | 93.50 | 78.60 | 14.70 | $750 | 1,214.10 | $ 910,575.00 |
| | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUBTOTAL ATTORNEYS | | 145.75 | 0 | 5.60 | 537.40 | 554.00 | 1,588.75 | 41.60 | 188.10 | 410.60 | 124.80 | | 3,596.60 | $ 2,791,382.00 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PROFESSIONAL STAFF | | | | | | | | | | | | | | |
| A.J. de Vries | PL | | | 15.80 | | | | | | | | $245 | 15.80 | $ 3,871.00 |
| Brian Spangler | PL | | | 0.30 | 16.90 | | | | 1.80 | | | $215 | 19.00 | $ 4,085.00 |
| Debbie Beeler | PL | | | 19.80 | | 39.30 | 27.10 | | | | | $225 | 86.20 | $ 19,395.00 |
| Erica Knerr | PL | | | | 8.80 | 2.50 | 13.00 | | 12.20 | | | $215 | 36.50 | $ 7,847.50 |
| Jason Dillman | PL | 4.80 | | | | | | | | 12.40 | | $285 | 17.20 | $ 4,902.00 |
| Jennifer Tuato'o | PL | 66.10 | 0.60 | 89.60 | 21.60 | | | | 0.60 | | | $275 | 178.50 | $ 49,087.50 |
| John Evans | PL | | | 12.10 | | | | | | | | $220 | 12.10 | $ 2,662.00 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kris Sanderson | PL | 0.20 | | | | | | 13.10 | 21.05 | | | $215 | 34.35 | $ 7,385.25 |
| Kris Bartlett | PL | | | | | 10.20 | 1.40 | | 15.85 | 0.80 | 3.00 | $215 | 31.25 | $ 6,718.75 |
| Lauren Arnaud | PL | | | 27.90 | | | | | | | | $265 | 27.90 | $ 7,393.50 |
| Mavis Bates | PL | | | | | | | | 11.80 | | | $210 | 11.80 | $ 2,478.00 |
| Robert Rousseau | PL | | | 110.90 | | 26.00 | | | 46.80 | | | $240 | 183.70 | $ 44,088.00 |
| Sara Lenentine | PL | 7.00 | | | | | | | 10.10 | | | $250 | 17.10 | $ 4,275.00 |
| Susan James | PL | | | | 94.00 | | | | | | | $255 | 94.00 | $ 23,970.00 |
| | | | | | | | | | | | | | | |
| **SUBTOTAL PROFESSIONAL STAFF** | | 78.10 | 0.60 | 276.40 | 141.30 | 78.00 | 41.50 | 13.10 | 120.20 | 13.20 | 3.00 | | 765.40 | $ 188,158.50 |
| | | | | | | | | | | | | | | |
| **TOTALS** | | 223.85 | 0.60 | 282.00 | 678.70 | 632.00 | 1,630.25 | 54.70 | 308.30 | 423.80 | 127.80 | | 4,362.00 | $ 2,979,540.50 |

EXHIBIT C

**In re Bank of New York Mellon Corp. Forex Transactions Litigation**
**Master File No. 12-MD-2335 (LAK)**
**EXPENSE REPORT**

FIRM NAME:   KELLER ROHRBACK L.L.P.
REPORTING PERIOD:  INCEPTION TO AUGUST 1, 2015

| DESCRIPTION | CUMULATIVE TOTAL |
|---|---|
| External Reproduction | $548.48 |
| Internal Reproduction/Printing | $5,514.60 |
| Court Fees (Filing costs etc.) | $2,494.95 |
| Court Reporters/Transcripts | $1,878.25 |
| Computer Research | $4,151.55 |
| Electronic Database | $136,581.68 |
| Teleconferences/Fax | $1,569.02 |
| Postage/Express Delivery/Messenger | $2,130.29 |
| Experts/Consultants | $45,315.40 |
| Witness/Service Fees | $1,696.98 |
| Meals, Hotels and Transportation | $27,491.87 |
| MDL Litigation Fund Contributions/Assessments | $1,620.00 |
| | |
| **TOTAL EXPENSES** | **$230,993.07** |