# EX. 190

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BANK OF NEW YORK MELLON CORP. FOREX TRANSACTIONS LITIGATION | No. 12-MD-2335 (LAK) (JLC) |

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| *Southeastern Pennsylvania Transportation Authority v. The Bank of New York Mellon Corporation, et al.* | No. 12-CV-3066 (LAK) (JLC) |
| *International Union of Operating Engineers, Stationary Engineers Local 39 Pension Trust Fund v. The Bank of New York Mellon Corporation, et al.* | No. 12-CV-3067 (LAK) (JLC) |
| *Ohio Police & Fire Pension Fund, et al. v. The Bank of New York Mellon Corporation, et al.* | No. 12-CV-3470 (LAK) (JLC) |
| *Carver, et al. v. The Bank of New York Mellon, et al.* | No. 12-CV-9248 (LAK) (JLC) |
| *Fletcher v. The Bank of New York Mellon, et al.* | No. 14-CV-5496 (LAK) (JLC) |

## DECLARATION OF JONATHAN G. AXELROD IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES FILED ON BEHALF OF BEINS, AXELROD, P.C.

I, Jonathan G. Axelrod, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I am a shareholder in the law firm Beins, Axelrod, P.C., one of the ERISA counsel in this Action. I submit this declaration in support of Lead Settlement Counsel's motion for an award of attorneys' fees and reimbursement of expenses. Unless otherwise stated herein, I have personal knowledge of the facts set forth herein and, if called upon to testify, could and would testify competently thereto.

2.      Beins, Axelrod, P.C. has offices in Washington, D.C. and Alexandria, Virginia.  A copy of the Firm's resume is attached hereto as Exhibit A.   The Firm focuses its practice on labor and employment law, including the representation of ERISA funds.

3.      I personally rendered legal services and was responsible for coordinating and supervising the activity carried out by attorneys at Beins, Axelrod, P.C. in *Carver v. The Bank of New York Mellon*, 12-cv-09248-LAK and *Fletcher v. The Bank of New York Mellon*, 12-cv-05496-LAK ("Action").   In its capacity as an ERISA Plaintiffs' Counsel in the Action, Beins, Axelrod contributed to this Action and performed work on behalf of and for the benefit of the Class.

4.      Through my representation of their Unions, I performed a range of services, including locating Plaintiffs L.D. Fletcher, Carl Carver, Edward Day, Deborah Jean Kenny, Lisa Parker, and Frances Greenwell-Harrell.   I was instrumental in their agreeing to serve as Plaintiffs in this action.   I further participated in numerous discussions concerning litigation strategy and obtained documents from the Funds in which our clients are Participants.   Those documents were used by ERISA Counsel and/or were in response to Defendants' discovery requests.

5.      During her employment with the Firm, Regina Markey zealously litigated the Action on behalf of our clients. Her significant contributions included:

- Reviewing Defendants' document production to identify legally significant evidence for the unique ERISA claims;

- Providing ERISA counsel continuous legal analyses of the unique ERISA issues e.g. related to federal foreign currency regulatory and statutory authority, ERISA fiduciary liability, ERISA statutes of limitations, ERISA remedies, and Constitutional standing;

- Providing ERISA counsel analyses of the foreign currency market, procedures, and pricing, and such as range of the day transactions, benchmarking transactions, illegal front-running as they occurred or likely occurred for the putative ERISA Class when custodied by Defendants;

- Preparing for and participating in numerous depositions of Defendant employees and reviewed transcripts;

- Assisting in the preparation of Plaintiffs' pleadings and submissions, including identifying and analyzing key evidence, formulating legal arguments and drafting briefs;

- Authoring the December 2014 interrogatories and requests for admissions;

- Working closely with ERISA counsel's consultant to identify facts needed to develop the ERISA claims and ERISA damages;

- Providing support during mediation; and

- Providing ongoing strategic advice generally.

6.      Based on my work performed in this Action as well as my receipt and review of the billing records reflecting work performed by attorneys at Beins, Axelrod in this Action ("Timekeepers") as reported by the Timekeepers, I directed the preparation of the chart set forth as Exhibit B hereto. This chart (i) identifies the names and positions (*i.e.*, titles) of the Firm's Timekeepers who undertook litigation activities in connection with the Action and who expended 10 hours or more on the Action; (ii) provides the total number of hours each Timekeeper expended in connection with work on the Action, from the time when potential claims were being investigated through June 30, 2015; (iii) provides each Timekeeper's current hourly rate, as noted in the chart; and (iv) provides the total billable amount, in dollars, of the work by each Timekeeper

and the entire Firm.[1]   Timekeeper Regina Markey is no longer employed by the Firm; the hourly

rate used is the billing rate during her final year of employment by the Firm in contingency cases.

The Firm's billing records, which are regularly prepared from contemporaneous daily time

records, are available at the request of the Court.   Time expended in preparing any papers for this

motion for fees and reimbursement of expenses has not been included in this request.

Additionally, time expended in preparing any papers for prior motions for reimbursement of

expenses has not been included in this request.

      7.     The hourly rates charged by the Timekeepers are the Firm's regular rates for

contingent cases and those generally charged to clients for their services in non-contingent/hourly

matters.[2]   Based on my knowledge and experience, these rates are also within the range of rates

normally and customarily charged in Washington, DC by attorneys of similar qualifications and

experience in cases similar to this litigation, and have been approved in connection with other class

action settlements.

      8.     The total number of hours expended by Beins, Axelrod on this Action, from

investigation through June 30, 2015 is 1,351.7 hours.   The total lodestar for the Firm is

$624,944.43 all for attorney time.

---

[1] The information concerning each Timekeeper's hours and hourly rate is not based on my personal knowledge, but on the information reported by each such Timekeeper or the files and records of Beins, Axelrod, as well as my familiarity with the work undertaken by Beins, Axelrod in the Action.

[2] The Firm has charged an hourly rate of $525 in litigation involving fiduciary breach committed by a former trustee and service providers.   The Firm does charge a lower rate to longstanding Fund clients in non-contingency matters and to its longstanding Union clients.   The Firm has also charged reduced rates to individual employees with employment discrimination claims, in the public interest.

9.    In my judgment, the number of hours expended and the services performed by the attorneys at Beins, Axelrod were reasonable and expended for the benefit of the Settlement Class in this Action.

10.    Beins, Axelrod's lodestar figures are based on the Firm's billing rates, which do not include charges for expense items.  Expense items are billed separately and such charges are not duplicated in the Firm's billing rates.

11.    As set forth in Exhibit C, Beins, Axelrod has incurred a total of $5,751.17 in unreimbursed expenses in connection with this Action from December 2011 through June 2015. In my judgment, these expenses were reasonable and expended for the benefit of the Settlement Class in this Action.

12.    These expenses are reflected on the books and records of the Firm.  It is the Firm's policy and practice to prepare such records from expense vouchers, check records, credit card records, and other source materials.  Based on my oversight of the Firm's work in connection with this litigation and my review of these records, I believe them to constitute an accurate record of the expenses actually incurred by the Firm in connection with this litigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 14th day of August, 2015 in Washington, DC.

Jonathan G. Axelrod

EXHIBIT A

# BEINS, AXELROD, P.C.
### 1625 MASSACHUSETTS AVENUE, N.W.
### SUITE 500
### WASHINGTON, D.C.    20036

Beins, Axelrod, P.C. was established in 1996, with the merger of the labor and employee benefits practices of two longstanding and highly regarded Washington, D.C. firms.   Together, the Firm's lawyers bring more than 80 years of expertise in labor, employment and employee benefits law and litigation to the service of the Firm's clients.

The Firm's clients include unions and professional associations representing federal, state, and municipal public employees, private sector unions, benefit plans, nonprofit organizations, and individual employees in matters ranging from employment discrimination to stock options and severance to benefit plan amendment and terminations.   The Firm's union clients include national and international unions as well as local unions and other subordinate bodies.   The Firm litigates on  behalf of its clients in federal and local trial and appellate courts, and in administrative agencies including the National Labor Relations Board, the District of Columbia Public Employee Relations Board, the Federal Labor Relations Authority, the U. S. Department of Labor and other forums.

The Firm has five types of ERISA clients.   For general fund clients, the Firm provides day-to-day representation and advice on matters ranging from drafting Plan Documents and securing their approval by the Internal Revenue Service to advising trustees whose actions are questioned by plan participants or by the government.   The Firm has prosecuted cases involving the collection of contributions, and the collection of withdrawal liability.   The Firm has defended trustees charged with fiduciary breaches and has defended funds in benefit determination cases.   Second, for other fund clients, the Firm serves solely as prosecutor in collection matters against delinquent employers.   Third, the Firm has represented individual Funds in the prosecution of fiduciary breaches by former trustees and service providers.   Fourth, the Firm has represented individual fund participants in the prosecution of benefit claims.

Fifth, the Firm has begun to represent funds and fund participants in class action litigation against fund service providers for fiduciary breaches.   The Firm is counsel of record in the following cases on behalf of ERISA plans and their participants:

*Henriquez v. State Street Bank and Trust Company et al*, (D. Mass), Case No. 1:11-cv-12049-MLW: Alleging breaches of fiduciary duty related to defendants' pricing and execution of foreign exchange transactions for funds invested in by plan participants.

*Carver v. The Bank of New York Mellon*, Case No. 12 Civ. 9248 and *Fletcher v. The Bank of New York Mellon,* Case No. 14 Civ. 5496 (S.D. N.Y.): Alleging breaches of fiduciary duty related to defendants' pricing and execution of foreign exchange transactions for funds invested in by plan participants.

*Potter v. Convergex Group LLC*, Case No. 13-cv-9150 (S.D. N.Y.): Alleging breaches of fiduciary duty in brokerage services or transition management services where defendants added unauthorized and undisclosed markups and markdowns under their double-charging scheme.

Beins, Axelrod, P.C. also represents employees in class actions and individual cases alleging violations of federal and local civil rights, wage and hour, pension and other employment laws.   Partner Jonathan Axelrod has served as lead counsel in the litigation and successful settlement of the following class action cases brought by employees against their employers:

*Carr v. The Whitestone Group*, Civil Action No. 1:09-cv-03412 (D. Md.) (breach of contract, fiduciary breach).

*Brown v. Vance*, Civil Action No. 1:00CV00135 (D. D.C.) (FLSA).

*Abdullah v. District of Columbia*, Civil Action No. 00CV01295 (D. D.C.) (FLSA).

## PRINCIPAL ATTORNEYS

### JONATHAN G. AXELROD

After almost three years in the Appellate Court Branch of the National Labor Relations Board, Mr. Axelrod became Assistant General Counsel of the Eastern Conference of Teamsters, where he represented Local Unions in litigation with employers.   After six years with the Eastern Conference, he and Hugh Beins founded what has become Beins, Axelrod, P.C.   While in private practice, Mr. Axelrod has represented labor unions in numerous district and appellate court proceedings and has argued in the Supreme Court of the United States *(Plumbers v. Plumbers Local 334*, 452 U.S. 615 (1981)).   He has represented Taft-Hartley pension funds since 1991.   He has published numerous articles and presented papers on a variety of issues involving labor relations.   He is the author of the Duty of Fair Representation Chapter in LABOR UNION LAW AND REGULATION, published by the American Bar Association's Section of Labor and Employment Law and BNA.

Mr. Axelrod is admitted to practice in the District of Columbia and New York State and before the First through Tenth, the District of Columbia, and the Federal Circuit Courts of Appeals and the Supreme Court of the United States.   He is admitted to practice before the District Courts for the District of Columbia, Maryland, and the Eastern District of Wisconsin.

Mr. Axelrod is a graduate of Dartmouth College (AB, 1968), Columbia Law School (JD 1971), and George Washington University Law Center (LLM (Labor Law), 1975).

## H. DAVID KELLY, JR.

David Kelly has represented labor unions and Taft-Hartley funds for 28 years. Since joining Beins, Axelrod in 2001, he has specialized in employee benefits, labor and employment law, including the enforcement of statutory claims of employees under federal and various state laws, including the Employee Retirement Income Security Act (ERISA), and Title VII and the ADA, the FLSA and State analogues, as well as the representation of multiemployer and non-profit single employer employee benefit plans. Included among these is service as co-counsel in a number of class and/or collective actions to recover wages and/or benefits and for breach of fiduciary duty. He has appeared as counsel of record in more than a score of federal courts, and before state court judges and administrative officers in numerous jurisdictions as well as arbitrators in other proceedings. Mr. Kelly was chairman of the creditors committee in the Chapter 11 bankruptcy of American Carriers, in which a number of Taft-Hartley funds had withdrawal liability claims.

He is a member of numerous bar associations and has been a speaker at the American Bar Association's annual and regional conferences as well as at other national conferences where he presented papers on topics that arise in our practice areas. He was elected to serve on the Steering Committee of the D. C. Bar's Labor and Employment Section for a three-year term, and was selected to be one of its co-chairs.

Mr. Kelly is a graduate of the University of Michigan (BA 1983), Northeastern University School of Law (JD 1986), and Wayne State University Law School (LLM (Labor Law), 1997). He is admitted to practice in Massachusetts, the District of Columbia, and Maryland, and is a member of the bars of the United States Supreme Court, the First Circuit Court of Appeals, and the United States District Courts in the Districts of Maryland, Massachusetts, the Eastern and Western Districts of Michigan and the District of Columbia.

## JUSTIN P. KEATING

Mr. Keating graduated from the State University of New York College at Fredonia (BA. 1997) and George Washington University School of Law (JD 2000). He is admitted to practice in New York, the District of Columbia, and Virginia.

Mr. Keating practices almost exclusively in traditional labor law, collective bargaining, and employee benefits. He is admitted to and has appeared in five different U.S. District Courts and has litigated pre-trial through jury trial in several others on a pro hac vice basis. He has arbitrated about 100 collective bargaining grievance arbitrations. He has litigated several FLSA multi-plaintiff cases. While employed by the International Brotherhood of Teamsters, he was the first assistant counsel to the union in two rounds of negotiations for the largest private sector collective bargaining agreement in the country, covering over 200,000 employees. His work on collective bargaining negotiations ranges from advice to the union on strategy, legal issues on bargaining, strike/lockout preparations, health and welfare benefits, and labor cost accounting. He has taught many legal/labor law seminars to union officials in groups ranging in size from 10 to 200.

3

In addition to representing unions and their members, Mr. Keating served on the Gore 2000 recount team and has done voter protection legal work in 2004, 2006, 2008, and 2009.

Since 2013, Mr. Keating has been an elected member of the School Board for the City of Alexandria, Virginia.   As a Board Member, he oversees a $280M budget and all policies (financial, educational, student, Human Resources, etc.) for a school system with 14,000 students and more than 2,000 employees.

## REGINA M. MARKEY

Regina Markey was employed by Beins, Axelrod until becoming a partner at McTigue Law LLP in April 2015.   Her biographical material is supplied in the McTigue Law material. While at Beins, Axelrod, Ms. Markey actively participated in the litigation of the *Carver* and *Fletcher* cases.

EXHIBIT B

In re Bank of New York Mellon Forex Transactions Litigation, Master File No. 12-MD-2335 (LAK)

Carver v. BNYM 1:12-cv-09248-LAK, Fletcher v. BNYM 1:14-cv-05496-LAK

Beins Axelrod, PC- Hours from Inception to June 30, 2015

| Name | Title | Billing Categories | | | | | | | | | | Total | Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | | |
| Jonathan G. Axelrod, Esq. | Shareholder | 35.1 | 0 | 0 | 20.5 | 9.7 | 20.1 | 0 | 31.8 | 24.3 | 0 | 141.50 | $525.00 | $74,287.50 |
| Regina Markey, Esq. | Of Counsel | 103.64 | 0 | 59.67 | 95.26 | 252.34 | 404.95 | 0 | 168.59 | 93.82 | 31.97 | 1210.24 | $455.00 | $550,656.93 |
| Firm Total | | | | | | | | | | | | | | $624,944.43 |

**Key to Billing Categories:**

1) Investigations and Fact Research
2) Plaintiff-side Document Review
3) Defendant/Third Party Document Review
4) Other Discovery Work – Memos, Correspondence, Meet and Confers
5) Depositions: Preparation, Document Review and Support For Same

6) Legal Research and Writing, Pleadings, Briefing.
7) Court Appearances and Prep/Follow-Up.
8) Litigation Strategy and Case Management
9) Mediation/Settlement, Settlement Administration
10) Expert Work/Consultations

EXHIBIT C

**In re Bank of New York Mellon Corp. Forex Transactions Litigation**
**Master File No. 12-MD-2335 (LAK)**
**Carver v. BNYM 1:12-cv-09248-LAK, Fletcher v. BNYM 1:14-cv-05496-LAK**
**EXPENSE REPORT**

**FIRM NAME:  Beins Axelrod, PC**
**REPORTING PERIOD:  INCEPTION TO JUNE 30, 2015**

| DESCRIPTION | CUMULATIVE TOTAL |
|---|---|
| External Reproduction | $0.00 |
| Internal Reproduction/Printing | $203.32 |
| Court Fees (Filing costs etc.) | $460.00 |
| Court Reporters/Transcripts | $0.00 |
| Computer Research | 1,595.57 |
| Electronic Database | $425.00 |
| Teleconferences/Fax | $0.00 |
| Postage/Express Delivery/Messenger | $181.84 |
| Experts/Consultants | $0.00 |
| Witness/Service Fees | $0.00 |
| Meals, Hotels and Transportation | $2,885.44 |
| Publications | $0.00 |
| MDL Litigation Fund Contributions/Assessments | $0.00 |
| **TOTAL EXPENSES** | **$5,751.17** |