# EX. 191

**National Association of Legal Fee Analysis**
**Specializing in Attorney Fees & Legal Billing**

**Hourly Rate Survey Report: Donoghue Barrett & Singal Survey (Financial Fraud/Securities and/or Other Class Actions Litigation)**

**Introduction**
The National Association of Legal Fee Analysis (NALFA) is a 501(c)(6) non-profit professional association for the legal fee analysis field.  Our members provide a range of services on attorney fee and legal billing matters.

Courts and clients turn to us for expertise when attorney fees and expenses are at issue in large, complex cases.  NALFA members are fully qualified attorney fee experts, special fee masters, bankruptcy fee examiners, fee dispute mediators and legal bill auditors.

NALFA conducts custom hourly rates surveys for clients such as law firms, courts, and government agencies.  Our hourly rate surveys provide clients with accurate and authoritative data on prevailing hourly rates within a given jurisdiction and/or practice area(s).

There are several factors that determine reasonable, prevailing hourly rates.  These quantitative variables include, but are not limited to, geography, years in practice or job title (i.e. partner/associate), practice area, and size of law firm.  These four factors are known to have significant impact on hourly rates and should be considered in any custom hourly rate survey.

**Survey Overview & Scope**
NALFA was tasked with providing a custom hourly rate survey for Donoghue Barrett & Singal located in Boston.  This survey targeted litigators practicing in financial fraud/securities and/or other class actions in Greater Boston, New York, and San Francisco.  This survey was divided into two parts.  The first survey targeted partners and associates.  The second survey targeted staff attorneys.

**Survey Process & Methodology**

NALFA began the survey process by generating a list of law firms in Greater Boston, New York, and San Francisco that practiced in financial fraud/securities and/or other class actions. The law firm list included 46 law firms Greater Boston; 74 law firms in New York; and 56 law firms in San Francisco and 42 law firms from other cities. The list totaled 218 law firms. This list included law firms of all sizes and some solo practitioners.

Through proprietary methods, NALFA obtained the email addresses of partners, associates, and staff attorneys on the law firm list. NALFA later merged these emails with its overall class action email list. NALFA continued to add emails before the survey launch and during the survey. The emails totaled over 5,000.

This hourly rate survey was conducted via electronic mail. The client provided 9 survey questions to be answered. We worked with the client on the subject line, the introductory text, survey design, and question flow. NALFA updated the client on the survey progress throughout the survey run time and survey conclusion. The hourly rate survey was launched on July 14, 2017. 8 emails ran from July 14, 2017 to July 28, 2017 for both surveys. Please see the survey results for more information on email survey statistics.

**Survey Conclusion**

The first survey, the partner and associate survey, generated 19 responses to all 9 survey questions. That represents 171 data points. This is a threshold to start to draw survey conclusions. Also, within those 171 data sets, is even more data. For instance, one could do further analysis to find the average variance between partner and associates "quoted" hourly rates verses "actually paid" hourly rates.

The second survey, the staff attorney survey, did not generate any responses. No conclusion or findings can be reached, given the results. The survey questions may be better obtained via an interview style questionnaire of law firm office managers and/or managing partners.