# EX. 192

Message

| | |
|---|---|
| **From**: | Rogers, Michael H. [MRogers@labaton.com] |
| **Sent**: | 9/11/2015 5:01:32 PM |
| **To**: | Michael Lesser [MLesser@tenlaw.com]; Chiplock, Daniel P. [/O=LCHB/OU=First Administrative Group/cn=Recipients/cn=DCHIPLOCK] |
| **CC**: | Zeiss, Nicole [NZeiss@labaton.com]; Goldsmith, David [dgoldsmith@labaton.com]; Evan Hoffman [EHoffman@tenlaw.com] |
| **Subject**: | RE: State Street |

Mike, where are you at with the lodestar numbers?  We should plan to exchange up-to-date lodestar, calculated at both current and historical rates, on Tuesday.  I assume that's fine with you, Dan?

-----Original Message-----
From: Michael Lesser [mailto:MLesser@tenlaw.com]
Sent: Wednesday, September 09, 2015 3:06 PM
To: Rogers, Michael H.; Daniel P. Chiplock
Cc: Zeiss, Nicole; Goldsmith, David; Evan Hoffman
Subject: RE: State Street

We're 97% there.  Evan, unfortunately, had to leave today for a somewhat emergent dental situation and he is out tomorrow with a client.  As he is the captain of this project, I think the best we can do is Friday.

-----Original Message-----
From: Rogers, Michael H. [mailto:MRogers@labaton.com]
Sent: Wednesday, September 09, 2015 2:59 PM
To: Daniel P. Chiplock
Cc: Michael Lesser; Zeiss, Nicole; Goldsmith, David; Evan Hoffman
Subject: Re: State Street

Any day works for me.  Mike L., where are you guys at on this?

> On Sep 9, 2015, at 2:38 PM, Chiplock, Daniel P. <DCHIPLOCK@lchb.com> wrote:
>
> Was it still the plan to exchange early this week?  I'm on the road tomorrow.
>
> -----Original Message-----
> From: Michael Lesser [mailto:MLesser@tenlaw.com]
> Sent: Friday, September 04, 2015 11:33 AM
> To: Rogers, Michael H.
> Cc: Chiplock, Daniel P.; Zeiss, Nicole; Goldsmith, David; Evan Hoffman
> Subject: Re: State Street
>
> Yes
>
>> On Sep 4, 2015, at 11:31 AM, Rogers, Michael H. <MRogers@labaton.com> wrote:
>>
>> Great.  Can we plan to exchange early next week?
>>
>> -----Original Message-----
>> From: Michael Lesser [mailto:MLesser@tenlaw.com]
>> Sent: Friday, September 04, 2015 11:31 AM
>> To: Rogers, Michael H.
>> Cc: Daniel P. Chiplock; Zeiss, Nicole; Goldsmith, David; Evan Hoffman
>> Subject: Re: State Street
>>
>> Well. Almost done through August.
>>
>>> On Sep 4, 2015, at 11:23 AM, Rogers, Michael H. <MRogers@labaton.com> wrote:
>>>
>>> We've gathered Labaton's as well.
>>>
>>> Mike - How's it going on Thornton's end?
>>>
>>> -----Original Message-----
>>> From: Chiplock, Daniel P. [mailto:DCHIPLOCK@lchb.com]
>>> Sent: Friday, September 04, 2015 10:02 AM
>>> To: Rogers, Michael H.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                       LCHB-0052627

```
>>> Cc: Michael Lesser; Zeiss, Nicole; Goldsmith, David
>>> Subject: RE: State Street
>>>
>>> Did I lose the thread on this?   I haven't seen anything further - I have LCHB's lodestar and
expenses gathered through 8/31.
>>>
>>> -----Original Message-----
>>> From: Rogers, Michael H. [mailto:MRogers@labaton.com]
>>> Sent: Sunday, August 30, 2015 11:32 AM
>>> To: Chiplock, Daniel P.
>>> Cc: Michael Lesser; Zeiss, Nicole; Goldsmith, David
>>> Subject: Re: State Street
>>>
>>> Spoke briefly to Nicole.  Generally speaking  this needs to be part of a larger discussion. For
purposes of now, no caps and all timekeepers. If we want, we can cut later and will need to figure out
apples to apples.
>>>
>>>> On Aug 30, 2015, at 8:27 AM, Chiplock, Daniel P. <DCHIPLOCK@lchb.com> wrote:
>>>>
>>>> Do we want to cap document reviewer rates at a certain level?  We probably need to pick consistent
rates.  In BNYM, the top document reviewer rate was $425/hour, I think.  We also didn't include lodestar
for timekeepers who billed less than 10 hours.  Do you want to do the same here?
>>>>
>>>> Also, we need to get ERISA counsel's lodestar and expenses too, right?
>>>>
>>>> -----Original Message-----
>>>> From: Chiplock, Daniel P.
>>>> Sent: Saturday, August 29, 2015 6:56 AM
>>>> To: 'Rogers, Michael H.'; Michael Lesser
>>>> Subject: RE: State Street
>>>>
>>>> Very good idea.  Will circulate ours on Monday as well (as we've done previously on request).
>>>>
>>>> -----Original Message-----
>>>> From: Rogers, Michael H. [mailto:MRogers@labaton.com]
>>>> Sent: Friday, August 28, 2015 11:24 PM
>>>> To: Michael Lesser; Chiplock, Daniel P.
>>>> Subject: State Street
>>>>
>>>> In anticipation of making a formal fee request, we should gather time and daily backup, plus
expenses info.  On Monday I'll get Labaton's and circulate among ourselves.
>>>>
>>>>
>>>> ***Privilege and Confidentiality Notice***
>>>>
>>>> This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE,
OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s)
named herein. If you are not the Addressee(s), or the person responsible for delivering this to the
Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited.
If you have received this electronic mail message in error, please contact us immediately at 212-907-0700
and take the steps necessary to delete the message completely from your computer system. Thank you.
>>>>
>>>>
>>>>
>>>>
>>>> This message is intended for the named recipients only. It may contain information protected by the
attorney-client or work-product privilege. If you have received this email in error, please notify the
sender immediately by replying to this email. Please do not disclose this message to anyone and delete
the message and any attachments. Thank you.
>>>
>>>
>>> This message is intended for the named recipients only. It may contain information protected by the
attorney-client or work-product privilege. If you have received this email in error, please notify the
sender immediately by replying to this email. Please do not disclose this message to anyone and delete
the message and any attachments. Thank you.
>> This e-mail and any files transmitted with it are confidential and are intended solely for the use of
the individual or entity to whom they are addressed. This communication may contain material protected by
the attorney-client privilege. If you are not the intended recipient or the person responsible for
delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error
and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.
If you have received this e-mail in error; please immediately notify us by telephone at (800) 431-4600.
You will be reimbursed for reasonable costs incurred in notifying us.
```

> This e-mail and any files transmitted with it are confidential and are intended solely for the use of
> the individual or entity to whom they are addressed. This communication may contain material protected by
> the attorney-client privilege. If you are not the intended recipient or the person responsible for
> delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error
> and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.
> If you have received this e-mail in error; please immediately notify us by telephone at (800) 431-4600.
> You will be reimbursed for reasonable costs incurred in notifying us.
>
>
> This message is intended for the named recipients only. It may contain information protected by the
attorney-client or work-product privilege. If you have received this email in error, please notify the
sender immediately by replying to this email. Please do not disclose this message to anyone and delete
the message and any attachments. Thank you.
This e-mail and any files transmitted with it are confidential and are intended solely for the use of the
individual or entity to whom they are addressed. This communication may contain material protected by the
attorney-client privilege. If you are not the intended recipient or the person responsible for delivering
the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any
use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have
received this e-mail in error; please immediately notify us by telephone at (800) 431-4600. You will be
reimbursed for reasonable costs incurred in notifying us.