# EX. 194

Bradley Legal
80 Washington Square, Bld. K
Norwell MA 02061

**LEGAL ENGAGEMENT AGREEMENT**

This Engagement Agreement dated September 2, 2015 sets forth the terms of legal representation by The Law Office of Michael G. Bradley ("Attorney or Firm") of you, ▮▮▮▮▮▮▮▮ "Client" (whether one or more) with regard to your legal problems, (the "Matter"). The information discussed between Client and Attorney is personal and confidential to Client and is protected and privileged against disclosure.

Scope of Engagement

Client agrees to employ the Attorney to undertake the legal representation of Client. Such representation will include, but is not limited to, court appearances, telephone conferences, office conferences, legal research, preparing for and conducting depositions and/or witness interviews, review of file materials and documents sent or received, time spent in case resolution, including plea bargaining in criminal cases, drafting of pleadings or instruments, correspondence, office memoranda and travel. It does not include appellate or other post-conviction work, unless specified below. The subject "Matter" herein is the **Commonwealth v. ▮▮▮▮▮▮▮▮, Plymouth District Court Docket No. ▮▮▮▮▮▮ as well as a Chemical Test Refusal Appeal through the Massachusetts Registry of Motor Vehicles.**

Attorney's Obligations and Representations

The Attorney will use accepted professional practices to secure a result in the "Matter" consistent with the ends of justice and applicable legal and ethical principles provided, however, that the Client recognizes and acknowledges that the Attorney does not, at this point, have full and sufficient knowledge of all the pertinent facts in the Matter to predict results, which in any event are not within the control of either Attorney or Client, and absolutely no promises, guarantees, or meaningful predictions can be, or are being, made relative to outcome, either explicitly or implicitly.

Bradley Legal
80 Washington Square, Bld. K
Norwell MA 02061

The Firm/Attorney reserves the right to delegate any and all legal work, including the actual trial of the "Matter", to attorneys working for or associated with the Firm, as it, in its sole professional discretion, sees fit; the Client expressly assents to such delegation of legal work. It is understood that if the venue of the matter is outside of Massachusetts and if the Attorney is not a licensed member of the Bar of said state, it will be hiring a licensed, local attorney as resident counsel and to move its admission, pro hoc vice, to appear in the subject case. At present, the Firm employs attorneys licensed only in Massachusetts.

Client's Obligations and Representations

Client will pay to Attorney the legal fees and expenses incurred herein specified below in a timely manner. It is expressly understood that should Attorney not be compensated accordingly, he is entitled to withdraw from representing Client in the Matter, subject to applicable ethical considerations. Client will cooperate fully with Attorney and provide all information known by or available to Client which may aid Attorney in representing Client in the Matter. If Client is more than one entity or individual, all of Client's obligations are joint and several without apportionment and without exception.

Legal Fees and Expenses (Flat Fee)

The parties hereby acknowledge that Client will be charged a flat legal fee or **$10,000.00** total for both matters as specified under the section of this document entitled **Scope of Engagement**. Said flat legal fee is without regard to actual hours expended on the matter rather than pursuant to an hourly rate system. **Said Fee will be reduced by 25%** pursuant to Client and Attorney's relationship with A.R.A.G. (an independent insurance company).
**In total, the client is responsible for $7,500.00 of which $3,750.00 was received today as a non-refundable retainer. The remaining balance will be paid, by agreement, on or before 10/13/15.** Said flat legal fee does not include costs and charges incurred, which shall be an additional expense to Client, and may include, but are not limited to expenses in relation to court reporters, stenographers, private investigators, expert psychiatrists,

**Bradley Legal**
80 Washington Square, Bld. K
Norwell MA 02061

psychologists, physicians, counselors, economists, accountants, accident reconstruction personnel, chemists, engineers, appraisers, etc., other attorneys, including those hired as local counsel in other jurisdictions, travel, lodging, meals, telephone, facsimile, copying, courier services, transcripts, computer research, filing fees, postage, including overnight mail services, etc.

Such "flat" legal fee shall be paid in full at the commencement of the representation, unless otherwise agreed to in writing, and may, in the attorney's sole discretion be deposited in the firm's Operating , rather than Client's bank account, and if the latter, may be transferred to the Operating Account at the attorney's sole discretion.

Post-Conviction/Post Mistrial

Should Attorney not be permitted by leave of Court to withdraw from any appeal or other post-conviction phase of the Matter, or should the Client contract with the Attorney for representation for appeal or other post-conviction matters, the fee and expenses of same shall be a mutually negotiated and agreed-upon additional expense to the Client, and the other conditions contained in the Agreement shall remain in full force and effect. And should criminal charges be reinstated after a successful post-conviction challenge or after a declared mistrial, the fee and expenses of legal representation for those renewed charges, whether resolved by trial, by negotiated plea agreement or by dismissal, shall also be an additional negotiated cost to the Client.

Withdrawal As Counsel/Termination of Attorney-Client Relationship

The Attorney reserves the right to withdraw from the "Matter" if Client fails to honor this Agreement, or for any just reason as permitted or required under the Massachusetts Rules of Professional Conduct, or as permitted or required by the Rules of Court of the Commonwealth of Massachusetts. Notification of withdrawal shall be made in writing to Client.

Client acknowledges being fully advised by Attorney that withdrawal by Attorney when Client is at risk, particularly during trial, absent written

**Bradley Legal**
**80 Washington Square, Bld. K**
**Norwell MA 02061**

agreement, may be precluded by Attorney's professional obligation to the Client, who, being fully so aware, nonetheless makes this Agreement, subject

to the Court's approval or disapproval of any request to withdraw as counsel, and Attorney may so advise or inform any Court in connection with any

withdrawal by Attorney. The Attorney is not hereby seeking to reduce his ethical obligations, but only to fully advise and inform Client that he may seek, consistent with its ethical obligations, to terminate employment absent compliance with the provisions of this Agreement.

Upon termination of the legal representation for any reason by either Attorney or Client, Attorney agrees to cooperate with any successor counsel to accommodate a smooth transition of the legal representation.

<u>Retention of Files</u>

The Attorney agrees consistent with its ethical obligations to Client, to retain and maintain all major and significant components of the files relative to the Matter for a reasonable period of a time, and during such time to afford Client reasonable access to such files, or to return same to Client if so requested.

<u>Governing Law / Complete Integration /Binding upon All Parties</u>

This Agreement contains the entire agreement between Client and Attorney regarding the "Matter" and the fees, charges, and expenses to be paid relative thereto. This Agreement shall not be modified except by a written document signed by Client and Attorney, except that if the Attorney agrees to represent the Client in additional "Matters", such an Agreement can simply be contained in a letter sent by the Attorney to the Client reflecting an additional flat fee but with the operative terms of this Agreement remaining in full force and effect in the expanded representation.

This Agreement shall be binding upon Client and Attorney and their respective heirs, executors, legal representatives, successors and assigns. This Agreement shall be construed under the laws of the Commonwealth of

Bradley Legal
80 Washington Square, Bld. K
Norwell MA 02061

Massachusetts and any dispute arising hereunder shall be determined under Massachusetts law for conflict of laws purposes, and resolved with Massachusetts as the forum state for purposes of actual venue.

The Client expressly acknowledges that it has been informed that it may, if it so chooses, review this Agreement with independent legal counsel prior to its

execution. By signing this Agreement, the Client represents that it has either done so or knowingly waived same.

IN WITNESS WHEREOF, the Parties hereto have executed this Agreement as of the date and year first above written.

AUTHORIZED BINDING SIGNATURE FOR FIRM

BY: _____
Michael G. Bradley, Esq.
BBO # 662274

AUTHORIZED BINDING SIGNATURE (S) FOR CLIENT

BY: [redacted]

Date: 9/2/15

Confidential
info@mbradleylegal.com
Phone (617)-786-0281 ▪ Fax (781) 871-7220
Page 5