# EX. 196

| | |
|---|---|
| **From:** | Garrett Bradley |
| **Sent:** | Thursday, January 8, 2015 9:56 PM |
| **To:** | Michael Lesser |

what rate are we using for my brother's time in sst?

Garrett

Confidential: Produced Pursuant to Court Order.                                                                                                      TLF-SST-012768