# EX. 197

**From:** Garrett Bradley
**Sent:** Thursday, January 8, 2015 10:06 PM
**To:** Michael
**Subject:** Re:

whatever it is i am sure we can bill him out higher.

Garrett

> On Jan 8, 2015, at 10:00 PM, "Michael Lesser" <MLesser@tenlaw.com> wrote:
>
> I'll check.
>
>
>> On Jan 8, 2015, at 9:55 PM, Garrett Bradley <GBradley@tenlaw.com> wrote:
>>
>> what rate are we using for my brother's time in sst?
>>
>> Garrett

1

Confidential: Produced Pursuant to Court Order.                                               TLF-SST-012769