# EX. 198

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Case No. 11-cv-10230 MLW
- - - - - - - - - - - - - - - - - - - - -x

ARKANSAS TEACHER RETIREMENT SYSTEM,
et al.,
Plaintiffs,

-against-

STATE STREET BANK AND TRUST COMPANY,
Defendant.
- - - - - - - - - - - - - - - - - - - - -x
JAMS
Reference No. 1345000011
- - - - - - - - - - - - - - - - - - - - -x
In Re: STATE STREET ATTORNEYS' FEES
- - - - - - - - - - - - - - - - - - - - -x
July 17, 2017
4:30 p.m.

B e f o r e :

SPECIAL MASTER HON. GERALD ROSEN
United States District Court, Retired

Deposition of JAMES JOHNSON, taken by Counsel to the Special Master, held at the offices of JAMS, 620 Eighth Avenue, New York, New York, before Jessica Taft, a Registered Professional Reporter and Notary Public.



Page 14

Page 16

Page 15

Page 17

J. JOHNSON

excellent way of describing it.

JUDGE ROSEN: But employees nonetheless of the firm?

THE WITNESS: Absolutely.

BY MR. SINNOTT:

Q But with these changes or conversions to the name staff attorney, the substantive work did not change, did it?

A Well, I think the substantive work evolved over time, if I may in answering your question. As recently as the early 2000s, we were still reviewing hard copies of documents. And there seemed to be a sea change around 2001, 2002, where document productions were increasing exponentially. And so that we were receiving millions of pages in response to document requests. And we quickly had to move over to an electronic form of reviewing documents.

Our initial way of reviewing documents was to use an outside agency who would hire the attorneys, review the documents, and send us the results.



Page 18

J. JOHNSON

What we found over the next few years is that we couldn't control the way we wanted the quality of the work or the quality of the people being hired, so we brought the people in-house.

And once they were in-house, we found that by meeting with the what are now known as the short-term attorneys reviewing documents for a specific case, they obviously had a wealth of information that could assist the associates and partners litigating the case to more effectively prosecute the case. So in that sense it grew in terms of responsibilities of the short-term attorneys.

Q Okay. The document references quote, unquote investigators. Are those attorneys?

A No, not necessarily and in most cases they are not. They are former FBI officials, police officers who are more familiar with investigative techniques.

Q So they bring a particular skill set with them. Do they also do document

Page 19

[redacted]

Page 20

[redacted]

Page 21

[redacted]