# EX. 199

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Case No. 11-cv-10230 MLW
- - - - - - - - - - - - - - - - - - - - -x

ARKANSAS TEACHER RETIREMENT SYSTEM, et al.,

Plaintiffs,

-against-

STATE STREET BANK AND TRUST COMPANY,

Defendant.

- - - - - - - - - - - - - - - - - - - - -x
JAMS
Reference No. 1345000011
- - - - - - - - - - - - - - - - - - - - -x
In Re: STATE STREET ATTORNEYS' FEES
- - - - - - - - - - - - - - - - - - - - -x

July 17, 2017
11:13 a.m.

B e f o r e :

SPECIAL MASTER HON. GERALD ROSEN
United States District Court, Retired

Deposition of HOWARD GOLDBERG, taken by Counsel to the Special Master, held at the offices of JAMS, 620 Eighth Avenue, New York, New York, before Jessica Taft, a Registered Professional Reporter and Notary Public.

Page 10



Page 12

H. GOLDBERG

expense report for the time period in the case. I would then convert it to Excel through an Excelerator software package and send that off to her for her review.

Q I want to take a step back and break down that process.

You mentioned that Nicole Zeiss was in charge of preparing the fee petition?

A Yes.

Q What specifically did she ask you to do to assist her in that process?

A She asked me to -- as far as the expenses, she would ask me to, you know, put in the time period in Rainmaker for all the expenses. Then I converted it to, into Excel through Excelerator. Then she would want me to sort it by actual, you know, expense category and forward that to her so she could review it.

As far as the lodestar, I was doing the same thing. Basically, everybody who worked on the case, she wanted me to sort it by individual biller and forward that report to her for her review.

Page 11

H. GOLDBERG

2016 in the State Street litigation?

A Yes.

Q Can you describe briefly for us just what types of involvement you had during that time period?

A I was asked by attorneys to give them -- I am pretty sure it was quarterly lodestar reports, which I would go into our Rainmaker software, punch in the date, get out, print out the number and just e-mail it to the attorney.

Q Did you have any other involvement in connection with that case?

A At that time, I don't believe so.

Q Towards the end of that case, were you involved in putting together a fee petition submitted to the court?

A Yes.

Q As part of that effort, did you have further involvement with the Rainmaker database?

A Well, yes. I would -- Nicole Zeiss would prepare the fee affidavit. She would ask me to print out the lodestar and

Page 13





Page 30

H. GOLDBERG

A No.

Q And a moment ago you I believe speculated, but you mentioned that your understanding from reading this e-mail is that there would be an exchange between accounting and Thornton, is that correct?

A Well, accounting being the people who would, who pay off other firms, pay the agreements that they made, you know, that I have no knowledge of at all.

Q Just to clarify, these types of invoicing agreements which you are speaking generally about now, were you aware of any specific agreements like that between Labaton and other firms in any case in your experience at Labaton?

A Any specific agreements, no, I am not aware of its -- again, outside of my job, so I tend to not deal with things that I don't have to deal with.

Q Who at Labaton is responsible for ensuring that the -- well, let me back up a moment.

You mentioned before you worked

Page 31

H. GOLDBERG

from a database called Rainmaker, is that correct?

A Yes.

Q Did Rainmaker include hourly billing rates in the system?

A Yes.

Q Did you use those hourly billing rates when you compiled the spreadsheet that we spoke about a moment ago from Ms. Zeiss?

A Yes.

Q Did you have any involvement in setting those rates that appear in Rainmaker?

A No.

Q Who at Labaton would be responsible for inserting those rates or assigning those rates to the attorneys?

MS. LUKEY: You are talking about assigning, not putting them into the software?

MS. McEVOY: Correct, to making the connection between the attorney and the rate.

THE WITNESS: I don't know.

BY MS. McEVOY:

Page 32

Page 33