# EX. 200

| | |
|---|---|
| **From:** | Michael Lesser |
| **Sent:** | Monday, August 24, 2015 3:24 PM |
| **To:** | Evan Hoffman |
| **Subject:** | Re: STT Hours, Timeline, Mediations |

Call my cell

On Aug 24, 2015, at 3:22 PM, Evan Hoffman <EHoffman@tenlaw.com> wrote:

> Here's the deal: I DO NOT have any other emails relating to a lodestar request from 2014 other than what we did in response to Goldsmith's request to have it done by "cob" on May 20th. You can see at the bottom of this email that you ask me for a bunch of stuff and I send it to you. You must have then compiled that and sent a final number to Goldsmith. I do not have that ultimate email.
>
> In any event, assuming you did not add to the entries of what I sent you back in May, 2014, the total hours calculation would have been: **1,683.9** (1004.4 hours for doc review + 679.5 for GJB, MPT, ERH, MAL hours relating to all non-doc review). I don't have a corresponding lodestar figure for this, but can do one if you want.
>
> The CURRENT calculation is:
>
> Hours: 13,324.65
>
> Lodestar: $6,344,062
>
> ---
>
> **From:** Evan Hoffman
> **Sent:** Wednesday, May 21, 2014 4:55 PM
> **To:** Michael Lesser
> **Subject:** RE: Hours for STT AR--WORK FROM THIS VERSION!!
>
> WORK FROM THIS ONE: has a few more new entries I just located.
>
> **From:** Evan Hoffman
> **Sent:** Wednesday, May 21, 2014 4:43 PM
> **To:** Michael Lesser
> **Subject:** Hours for STT AR
>
> Here is what you need to know about the chart:
>
> - All of the hours are taken from LCHB's chart where there were mentions of discussions with either "co-counsel" "team" or, of course, Mike Lesser and/orMPT, GJB. . .**EXCEPT** those hours that have annotations next to them (mediation; memo etc…).
> - Those hours are not from the LCHB chart and are based on the information I could gather from my own emails and/or files. They include historical records I took during the preparation of the

1

Confidential: Produced Pursuant to Court Order.                                                                                          TLF-SST-011246

- complaint and the opp to MTD, as well as recent hours relating to the ppt presentations. I am sure these are not complete. I will continue to dig through my files and emails for more.
- I have added hours for MPT and/or GBJ where it was either indicated on the LCHB chart, or I have other documentary evidence of them being included. Obviously, there is going to be more hours for them; we need to determine how to estimate these.

- What YOU need to do:
    - Go back through all of your emails and/or word documents, excel sheets, presentations (look for the 'date created' meta data), doc review, etc. . . and add your time on the appropriate date.
    - If you see a date where I have already included hours for you, it is from the LCHB information. I would check your email or document against that date—and the LCHB chart and description—and make sure it is not duplicative.
    - If it is not, add the date into the excel chart; your hours; mine (if you think applicable); and a note of what you did (like I already have for mine) so we can have a basis to construct a larger and more complete timesheet later.

- Then, we can simply combine the total hours from this new chart with the doc review hours and give a total figure.

---

**From:** Evan Hoffman
**Sent:** Tuesday, May 20, 2014 3:57 PM
**To:** Michael Lesser
**Subject:** RE: STT Hours, Timeline, Mediations

Hours indicated are per person.

Sept. 11, 2012: NYC: Mediation prep w/ co counsel
- Mike Lesser; Evan Hoffman; Mike Thornton; Garrett Bradley (?)
    - Mediation time: 4 hours
    - Travel time: 4 hours

Sept. 13, 2012: NYC: Ex-parte meetings with mediator
- Mike Lesser; Evan Hoffman; Mike Thornton; Garrett Bradley (?)
    - Time: 3 hours
    - Travel time: 4 hours

Oct. 23-24, 2012: Boston: Mediation
- Mike Lesser; Evan Hoffman; Mike Thornton; Garrett Bradley
    - Time: 8 hours

November 15, 2012: Wolf meeting re: status report
- Mike Thornton; Mike Lesser(?)
    - Time: 1 hour

January 24, 2013: DC: Mediation
- Mike Lesser; Evan Hoffman; Mike Thornton
    - Time: 4 hours
    - Travel time: 4.5 hrs

June 13, 2013: NYC: ex-parte mediation meeting

2

Confidential: Produced Pursuant to Court Order.                                                                                        TLF-SST-011247

- Mike Lesser; Mike Thornton
    - Time: 2.5 hours
    - Travel time: 4 hours

July 9, 2013: NYC: Mediation
- Mike Lesser; Evan Hoffman; Mike Thornton
    - Time: 2 hours
    - Travel time: 4 hours

September 17, 2013: NYC: Mediation
- Mike Lesser; Evan Hoffman; Mike Thornton
    - Time: 2 hours
    - Travel time: 4 hours

November 13, 2013: NYC: Mediation
- Mike Lesser; Evan Hoffman; Mike Thornton
    - Time: 3 hours
    - Travel time: 4 hours

December 18, 2013: Santa Barbara: internal mediation
- Mike Lesser; Mike Thornton
    - Time: ?
    - Travel time: 16 hours

March 4, 2014: NYC: Mediation
- Mike Lesser; Mike Thornton
    - Time: 2 hours
    - Travel time: 4 hours

May 9th, 2014: NYC: Mediation
- Mike Lesser; Evan Hoffman; Mike Thornton; Garrett Bradley
    - Time: 4 hours
    - Travel time: 4 hours

---

**From:** Michael Lesser
**Sent:** Tuesday, May 20, 2014 3:38 PM
**To:** Evan Hoffman
**Subject:** RE: STT Hours, Timeline, Mediations

Good – now total the hours for the crew for each of the mediations – travel and mediation time only. I have my other records for prep time and whatnot

---

**From:** Evan Hoffman
**Sent:** Tuesday, May 20, 2014 3:34 PM
**To:** Michael Lesser
**Subject:** STT Hours, Timeline, Mediations

DOC REVIEW:

Mike B.: 219.2

3

Confidential: Produced Pursuant to Court Order.
TLF-SST-011248

Andrea: 597.5

Jotham: 172.7

Evan: 15

Mike L:

**Total**: 1,004.4 hrs.

TIMELINE:

Initial Complaint Filed: 2/10/2011

Amended Complaint Filed: 4/15/2011

Opp to MTD Filed: 7/20/2011

MTD Hearing: 5/8/2012

MEDIATIONS:

Sept. 11, 2012: NYC: Mediation prep w/ co counsel
Sept. 13, 2012: NYC: Ex-parte meetings with mediator
Oct. 23-24, 2012: Boston: Mediation
November 15, 2012: Wolf meeting re: status report
January 24, 2013: DC: Mediation
June 13, 2013: NYC: Internal mediation meeting
July 9, 2013: NYC: Mediation
September 17, 2013: NYC: Mediation
November 13, 2013: NYC: Mediation
March 4, 2014: NYC: Mediation
May 9th, 2014: NYC: Mediation

**Evan R. Hoffman, Esq.** | **Thornton & Naumes, LLP**
100 Summer Street, 30th Floor | Boston, MA 02110
-------------------------------------------------------------------------------
t: (617) 720.1333 | f: (617) 720.2445 | ehoffman@tenlaw.com

4