# EX. 201

| From: | Zeiss, Nicole <NZeiss@labaton.com> |
|---|---|
| Sent: | Wednesday, August 31, 2016 12:11 PM |
| To: | Garrett Bradley; Michael Thornton; Evan Hoffman; Michael Lesser |
| Cc: | Goldsmith, David; Sucharow, Lawrence; Rogers, Michael H.; Belfi, Eric J. |
| Subject: | State Street - model small fee dec for reporting time and expenses |
| Attachments: | SST - model small fee declaration  (1633650_1).DOC |

| Importance: | High |
|---|---|

Per usual, in connection with the motion seeking fees and expenses, each firm will be submitting an individual firm declaration reporting its hours, lodestar, and expenses. Attached is a model for you to use. Within the model are some comments giving guidance about the time period, compensable time, reduction of any first class airfare etc. Let us know if you want to discuss. (Ps I have your lit fund contribution as $98,000)

Given that the motions are due Sept 15, we would appreciate seeing draft decs Friday Sept 9 (to make sure we are all consistent, numbers don't have to be final), then executed ones Tuesday Sept 13. Early next week, please also send me your rough lodestar so we can get an idea of the multiplier and make sure we have the right discussion in the fee brief.

Thanks,

Nicole

## Labaton
## Sucharow

**Nicole M. Zeiss | Partner**
140 Broadway, New York, New York 10005
T: (212) 907-0867 | F: (212) 883-7067
E:nzeiss@labaton.com | W: www.labaton.com



***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

Confidential: Produced Pursuant to Court Order.                                        TLF-SST-029796

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) | No. 11-cv-10230 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) ) | |
| Defendant. | ) ) | |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, | ) ) ) ) | No. 11-cv-12049 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, | ) ) ) ) | |
| Defendants. | ) ) | |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, | ) ) ) ) ) | No. 12-cv-11698 MLW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF [XXXXX] ON BEHALF OF**
**[XXXX] IN SUPPORT OF LEAD COUNSEL'S MOTION FOR AN AWARD OF**
**ATTORNEYS' FEES AND PAYMENT OF EXPENSES**

Confidential: Produced Pursuant to Court Order.

_____, Esq., declares as follows, pursuant to 28 U.S.C. § 1746:

1.      I am [a member of] [associated with] with the law firm of [INSERT FIRM NAME] ("[ABREV. FIRM NAME]").  I submit this declaration in support of Lead Counsel's motion for an award of attorneys' fees and payment of litigation expenses on behalf of all Plaintiffs' counsel who contributed to the prosecution of the claims in the above-captioned class actions (the "Class Actions") from inception through August 30, 2016 (the "Time Period").

2.      My firm is _____ [and counsel of record for plaintiff[s] [insert name]. [Supplement to explain role in the Class Actions and give overview of work performed.]

3.      The schedule attached hereto as Exhibit A is a summary indicating the amount of time spent by each attorney and professional support staff-member of my firm who was involved in the prosecution of the Class Actions, and the lodestar calculation based on my firm's current billing rates.  For personnel who are no longer employed by my firm, the lodestar calculation is based upon the billing rates for such personnel in his or her final year of employment by my firm.  The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm, which are available at the request of the Court.  Time expended in preparing this application for fees and payment of expenses has not been included in this request.

4.      The hourly rates for the attorneys and professional support staff in my firm included in Exhibit A are the same as my firm's regular rates charged for their services, which have been accepted in other complex class actions.

5.      The total number of hours expended on this litigation by my firm during the Time Period is _____ hours.  The total lodestar for my firm for those hours is $_____.

- 2 -

**Comment [A1]:** We realize that people investigated the claims before the cases were filed in 2011 and 2012.  A reasonable inception date should be set, which would likely not be before Oct 2009 when the April 2008 qui tam complaint was unsealed.

**Comment [A2]:** In addition to not billing for fee/expense related time, you should only report lodestar that was directed at your clients in the Class Actions and the claims here, as opposed to other investigative work.

Confidential: Produced Pursuant to Court Order.

6.      My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expenses items.  Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

7.      As detailed in Exhibit B, my firm has incurred a total of $_____ in expenses in connection with the prosecution of the Class Actions.  The expenses are reflected on the books and records of my firm.  These books and records are prepared from expense vouchers, check records and other source materials and are an accurate record of the expenses incurred.

**Comment [A3]:** Expenses should be vetted so that they all relate to the time period, the clients in the Class Actions, and the claims in the Class Actions.  All first class airfare should be reduced to economy; working meal reimbursement (including meals with clients) should be reasonable; alcoholic drinks should not be claimed.

8.      With respect to the standing of my firm, attached hereto as Exhibit C is a brief biography of my firm as well as biographies of the firm's partners and of counsels.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on _____, 2016.

_____
XXXXXXXXXXXXXXXXX

- 3 -

TLF-SST-029799

**EXHIBIT A**

*STATE STREET INDIRECT FX TRADING CLASS ACTION*
**No. 11-cv-10230, No. 11-cv-12049, No. 12-cv-11698 MLW (D. Mass.)**

**LODESTAR REPORT**

**FIRM:**   [NAME]
**REPORTING PERIOD:  INCEPTION THROUGH AUGUST 30, 2016**

| PROFESSIONAL | STATUS* | HOURLY RATE | TOTAL HOURS TO DATE | TOTAL LODESTAR TO DATE |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **TOTAL** |  |  |  |  |

| | | | |
|---|---|---|---|
| Partner | (P) | Paralegal | (PL) |
| Of Counsel | (OC) | Investigator | (I) |
| Associate | (A) | Research Analyst (RA) | |
| Staff Attorney (SA) | | | |

Confidential: Produced Pursuant to Court Order.

**EXHIBIT B**

***STATE STREET INDIRECT FX TRADING CLASS ACTION***
**No. 11-cv-10230, No. 11-cv-12049, No. 12-cv-11698 MLW (D. Mass.)**

**EXPENSE REPORT** — — — — — — — — — — — — — — — — — — — — — — — — — — **Comment [A4]:** Please delete any items that don't apply

**FIRM:**  [NAME]
**REPORTING PERIOD:  INCEPTION THROUGH AUGUST 30, 2016**

| EXPENSE | TOTAL AMOUNT |
|---|---|
| Duplicating | |
| Postage | |
| Long-Distance Telephone / Fax / Conference Calls | |
| Messengers | |
| Filing / Service / Witness Fees | |
| Court Hearing & Deposition Transcripts | |
| Online Legal & Financial Research | |
| Overnight Delivery Services | |
| Experts/Consultants | |
| Litigation Support/Electronic Discovery | |
| Work-Related Transportation/Meals/Lodging | |
| Litigation Fund Contribution | |
| Miscellaneous | |
| **TOTAL** | **$0** |

Confidential: Produced Pursuant to Court Order.