# EX. 203

| | |
|---|---|
| **From:** | Goldsmith, David <dgoldsmith@labaton.com> |
| **Sent:** | Wednesday, August 17, 2016 4:43 PM |
| **To:** | Sucharow, Lawrence; Garrett J. Bradley |
| **Cc:** | Michael Lesser; Michael Thornton; Rogers, Michael H. |
| **Subject:** | RE: ▮▮▮▮▮--Draft Complaint |
| **Attachments:** | image001.jpg; image002.jpg |

Can I offer something about Paine filing an affidavit in support of our fee – there have been objections to settlement agreements that provide that defs will not oppose a certain fee.& Those objections are frivolous, and we have that provision here, but courts have expressed concern about the adversary system breaking down in the fee context and Judge Wolf specifically noted that at the last hearing.& For this reason, I am not sure Paine affirmatively saying our fee is reasonable (assuming he would do so) is a good idea.& He can provide facts supporting it, like his view of the history of the negotiations and the DOL, but I don't think he should go further.& It could draw a big objection and suggest collusion. &

&

**From:** Sucharow, Lawrence
**Sent:** Wednesday, August 17, 2016 4:36 PM
**To:** Garrett J. Bradley; Goldsmith, David
**Cc:** Michael Lesser; Michael Thornton; Rogers, Michael H.
**Subject:** RE: ▮▮▮▮▮-Draft Complaint
&
Paine can only do what his client allows.& I'm not sure another litigation before the final hearing will cause the client to feel great about us or our clients.
&

**From:** Garrett Bradley [mailto:GBradley@tenlaw.com]
**Sent:** Wednesday, August 17, 2016 4:32 PM
**To:** Goldsmith, David
**Cc:** Michael Lesser; Michael Thornton; Sucharow, Lawrence; Rogers, Michael H.
**Subject:** Re: ▮▮▮▮▮-Draft Complaint
&

[REDACTED]

On Aug 17, 2016, at 4:29 PM, Goldsmith, David &<dgoldsmith@labaton.com&>wrote:

> Didn't realize you were talking about Paine.& Defendants are filing an affidavit in support of our fee?& That would be a first.& Assuming that's so, we can wait until after Sept 15 though I don't see the reason; Paine knows all about this case because of the demand letters.
> &
> My understand is that ▮▮▮▮▮ is on board; we had some e-mails with him today in fact.& I can provide whatever summary you need.
> &
> **From:** Garrett Bradley [mailto:GBradley@tenlaw.com]
> **Sent:** Wednesday, August 17, 2016 4:24 PM
> **To:** Goldsmith, David
> **Cc:** Michael Lesser; Michael Thornton; Sucharow, Lawrence; Rogers, Michael H.
> **Subject:** Re: ▮▮▮▮▮-Draft Complaint
> &

1

Confidential: Produced Pursuant to Court Order.                                                                                          TLF-SST-032617

On Aug 17, 2016, at 4:20 PM, Goldsmith, David &<dgoldsmith@labaton.com>&>wrote:

> FX case is Arkansas, not ▮▮▮▮.
> &
> ---
> **From:** Garrett Bradley [mailto:GBradley@tenlaw.com]
> **Sent:** Wednesday, August 17, 2016 4:16 PM
> **To:** Goldsmith, David
> **Cc:** Michael Lesser; Michael Thornton; Sucharow, Lawrence; Rogers, Michael H.
> **Subject:** Re: ▮▮▮▮--Draft Complaint
> &
>
> &
> Garrett
>
> On Aug 17, 2016, at 4:13 PM, Goldsmith, David &<dgoldsmith@labaton.com>&>wrote:
>
>> Attached is the draft complaint in ▮▮▮▮. & Mike L, please forward to client and ask him to focus on the ▮▮▮▮ related allegations, including the description in Para 19 (highlighted in blue).
>> &
>> We can't file until after the Aug 26 deadline for Paine to respond to our second demand letter, but I think we should file soon thereafter assuming Paine doesn't make a settlement offer.
>> &
>> Comments/thoughts are welcome.
>>
>>
>>
>> Thanks,
>> David
>> &
>> &
>> &
>> &
>> &
>>
>> **David J. Goldsmith | Partner**
>> 140 Broadway, New York, New York 10005
>> T: (212) 907-0879 | F: (212) 883-7079
>> E: dgoldsmith@labaton.com& |& W: www.labaton.com
>> &
>> ▮& &▮& &▮
>> &
>> ```
>> ***Privilege and Confidentiality Notice***
>> ```
>> &

Confidential: Produced Pursuant to Court Order.                                                         TLF-SST-032618

```
This electronic message contains information that is
(a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR
OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b)
intended only for the use of the Addressee(s) named
herein. If you are not the Addressee(s), or the
person responsible for delivering this to the
Addressee(s), you are hereby notified that reading,
copying, or distributing this message is prohibited.
If you have received this electronic mail message in
error, please contact us immediately at 212-907-0700
and take the steps necessary to delete the message
completely from your computer system. Thank you.
&
```

&<SST Swift--Complaint (1623475_1).DOCX&>

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error; please immediately notify us by telephone at (800) 431-4600. You will be reimbursed for reasonable costs incurred in notifying us.

```
***Privilege and Confidentiality Notice***
&
This electronic message contains information that is (a) LEGALLY
PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW
FROM DISCLOSURE, and (b) intended only for the use of the
Addressee(s) named herein. If you are not the Addressee(s), or
the person responsible for delivering this to the Addressee(s),
you are hereby notified that reading, copying, or distributing
this message is prohibited. If you have received this electronic
mail message in error, please contact us immediately at 212-907-
0700 and take the steps necessary to delete the message
completely from your computer system. Thank you.
&
```

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error; please immediately notify us by telephone at (800) 431-4600. You will be reimbursed for reasonable costs incurred in notifying us.

```
***Privilege and Confidentiality Notice***
&
This electronic message contains information that is (a) LEGALLY PRIVILEGED,
PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b)
intended only for the use of the Addressee(s) named herein. If you are not
the Addressee(s), or the person responsible for delivering this to the
Addressee(s), you are hereby notified that reading, copying, or distributing
this message is prohibited. If you have received this electronic mail message
in error, please contact us immediately at 212-907-0700 and take the steps
necessary to delete the message completely from your computer system. Thank
you.
&
```

Confidential: Produced Pursuant to Court Order.                    TLF-SST-032619

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error; please immediately notify us by telephone at (800) 431-4600. You will be reimbursed for reasonable costs incurred in notifying us.
***Privilege and Confidentiality Notice***

This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

Confidential: Produced Pursuant to Court Order.						TLF-SST-032620