# EX. 204

| | |
|---|---|
| **From:** | Keller, Christopher J. [ckeller@labaton.com] |
| **Sent:** | 2/4/2011 6:07:11 PM |
| **To:** | Garrett Bradley [GBradley@tenlaw.com] |
| **Subject:** | RE: |

We're trying to get him for 20% of our fee, and then hopefully we can just do an amount off the top to cover it equally.

Christopher J. Keller, Esq.
Partner || Labaton Sucharow LLP
140 Broadway
New York, NY 10005
Phone: (212) 907-0853
Fax: (212) 883-7053
e-mail: ckeller@labaton.com
www.Labaton.com

**From:** Garrett Bradley [mailto:GBradley@tenlaw.com]
**Sent:** Tuesday, February 01, 2011 4:21 PM
**To:** Keller, Christopher J.
**Subject:**

Did you work out the fee issue with Damon on state street pending the Arkansas decision?

**Garrett J. Bradley, Esq.  |  Thornton and Naumes, LLP**

100 Summer Street, 30th Floor  |  Boston, MA  02110

_____

Phone: (617) 720-1333  |  Fax: (617) 720-2445

Please consider the environment before printing this email

Confidential: Produced Pursuant to Court Order.

```
This e-mail and any files transmitted with it are confidential and are
intended solely for the use of the individual or entity to whom they are
addressed.  This communication may contain material protected by the
attorney-client privilege. If you are not the intended recipient or the person
responsible for delivering the e-mail to the intended recipient, be advised that
you have received this e-mail in error and that any use, dissemination,
forwarding, printing, or copying of this e-mail is strictly prohibited. If you
have received this e-mail in error; please immediately notify us by telephone at
(800) 431-4600. You will be reimbursed for reasonable costs incurred in
notifying us.

Please consider the environment before printing this email.
```

 Please consider the environment before printing this email.

***Privilege and Confidentiality Notice***

This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN
NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the
use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering
this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited.
If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and
take the steps necessary to delete the message completely from your computer system. Thank you.