# EX. 205

| | |
|---|---|
| **Message** | |
| **From:** | Rogers, Michael H. [MRogers@labaton.com] |
| **Sent:** | 5/27/2014 4:27:11 PM |
| **To:** | Lieff, Robert L. [/O=LCHB/OU=First Administrative Group/cn=Recipients/cn=RLIEFF]; Michael Thornton [MThornton@tenlaw.com]; Chiplock, Daniel P. [/O=LCHB/OU=First Administrative Group/cn=Recipients/cn=DCHIPLOCK]; Michael Lesser [MLesser@tenlaw.com] |
| **CC:** | Sucharow, Lawrence [LSucharow@labaton.com]; Belfi, Eric J. [EBelfi@labaton.com]; Goldsmith, David [dgoldsmith@labaton.com] |
| **Subject:** | State Street T&E - 3/31/14 |
| **Attachments:** | Billing Memo 20519.pdf |

As requested, Labaton Sucharow's lodestar and expenses through March 31, 2014. Lieff Cabraser (as sent to us by Dan Chiplock) and Thornton Naumes to follow.

***Privilege and Confidentiality Notice***

This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0052426

05/22/14      LABATON SUCHAROW LLP      Page 1
1:31 PM
Billing Memorandum
Thru March 31, 2014

Billing Employee: Christopher Keller
Resp Employee: Eric J Belfi

Client: 016576     State Street Corporation

\*\*\* Client Summary \*\*\*

| Matter | | Unbilled Disbursements | Unbilled Time Hours | Unbilled Time Value | Unapplied Retainer | Open A/R |
|---|---|---|---|---|---|---|
| 016576.0001 | State Street Corporation-Class Action | 146,345.27 | 13,180.20 | 5,761,775.63 | 0.00 | 0.00 |
| | Totals | 146,345.27 | 13,180.20 | 5,761,775.63 | 0.00 | 0.00 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER      LCHB-0052427

| 05/22/14 | | LABATON SUCHAROW LLP | | | | Page 2 |
| 1:31 PM | | Billing Memorandum | | | | |
| | | Thru March 31, 2014 | | | | |

Billing Employee: Christopher Keller
Client: 016576    State Street Corporation                                              Resp Employee: Eric J Belfi

\* \* \* Employee Summary \* \* \*

| Employee | | First Entry | Last Entry | Avg Rate | Hours | Fee |
|---|---|---|---|---|---|---|
| 0019 | Joseph H Einstein | 03/06/2013 | 03/06/2013 | 550.00 | 0.70 | 385.00 |
| 0023 | Eric J Belfi | 11/05/2009 | 03/25/2014 | 717.96 | 538.50 | 386,620.00 |
| 0103 | Lawrence A Sucharow | 03/26/2011 | 03/04/2014 | 970.69 | 224.50 | 217,919.50 |
| 0366 | Ira A Schochet | 02/09/2011 | 06/06/2012 | 785.56 | 32.90 | 25,845.00 |
| 0436 | Howard E Goldberg | 11/01/2010 | 12/26/2013 | 329.79 | 4.80 | 1,583.00 |
| 0446 | Joel H Bernstein | 02/10/2011 | 06/20/2012 | 884.08 | 125.60 | 111,041.00 |
| 0479 | Jonathan Gardner | 09/10/2010 | 06/14/2012 | 647.61 | 73.50 | 47,599.50 |
| 0493 | Hollis L Salzman | 07/13/2011 | 07/13/2011 | 710.00 | 0.10 | 71.00 |
| 0571 | David J Goldsmith | 02/15/2011 | 03/26/2014 | 691.00 | 779.30 | 538,500.00 |
| 0625 | Christopher Keller | 10/30/2009 | 06/15/2011 | 735.66 | 119.30 | 87,764.50 |
| 0693 | Christopher J McDonald | 03/24/2011 | 03/24/2011 | 650.00 | 0.20 | 130.00 |
| 0706 | Natalie W Ching | 10/30/2009 | 02/03/2010 | 383.96 | 45.50 | 17,470.00 |
| 0712 | Cindy Chan | 10/29/2009 | 07/13/2011 | 261.05 | 37.70 | 9,841.50 |
| 0742 | Craig A Martin | 09/20/2010 | 01/31/2011 | 490.00 | 320.00 | 156,800.00 |
| 0751 | Amy N Greenbaum | 09/15/2010 | 02/21/2014 | 390.57 | 181.50 | 70,889.00 |
| 0754 | Alan E Gumeny | 11/13/2009 | 11/12/2010 | 425.72 | 51.80 | 22,052.50 |
| 0767 | Michael W Stocker | 02/07/2011 | 03/30/2011 | 675.00 | 6.00 | 4,050.00 |
| 0822 | Mathew Yan | 05/06/2011 | 12/20/2012 | 288.48 | 6.60 | 1,904.00 |
| 0826 | Francisco R Malonzo | 09/15/2010 | 01/25/2011 | 325.00 | 9.00 | 2,925.00 |
| 0842 | Nicholas R Hector | 01/25/2011 | 02/11/2011 | 340.00 | 47.70 | 16,218.00 |
| 0849 | Stefanie J Sundel | 11/01/2009 | 08/05/2011 | 474.01 | 111.50 | 52,852.50 |
| 0865 | Martis Alex | 04/29/2011 | 07/12/2011 | 747.69 | 1.30 | 972.00 |
| 1013 | Jean H Bliss | 06/08/2011 | 06/09/2011 | 340.00 | 5.00 | 1,700.00 |
| 1018 | Diana M Cordoba-Riera | 03/18/2011 | 04/22/2011 | 280.00 | 2.30 | 644.00 |
| 1054 | Cheryl J Boria | 11/30/2010 | 01/05/2011 | 265.00 | 0.30 | 79.50 |
| 1057 | Joseph Fonti | 02/01/2011 | 04/12/2013 | 626.01 | 18.40 | 11,518.50 |
| 1086 | Thomas Chianelli | 10/30/2009 | 12/30/2009 | 270.00 | 17.70 | 4,779.00 |
| 1101 | Edward Moy | 11/04/2009 | 11/17/2009 | 260.00 | 5.00 | 1,300.00 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                               LCHB-0052428

```
05/22/14                            LABATON SUCHAROW LLP                                    Page 3
1:31 PM                                Billing Memorandum
                                       Thru March 31, 2014
```

Billing Employee:   Christopher Keller
Resp Employee:      Eric J Belfi

Client: 016576      State Street Corporation

| ID | Name | Start | End | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 1104 | Javier Bleichmar | 04/12/2013 | 04/12/2013 | 750.00 | 0.10 | 75.00 |
| 1115 | Eunice Ahn | 11/16/2009 | 03/28/2011 | 226.53 | 12.10 | 2,741.00 |
| 1127 | Ted Polk | 11/13/2009 | 11/20/2009 | 350.00 | 12.20 | 4,270.00 |
| 1151 | Serena Hallowell | 11/08/2010 | 11/30/2010 | 490.00 | 8.90 | 4,361.00 |
| 1153 | Felicia Mann | 06/09/2011 | 06/20/2012 | 408.60 | 53.50 | 21,860.00 |
| 1179 | Michael H Rogers | 02/10/2011 | 03/26/2014 | 570.83 | 1,164.10 | 664,504.00 |
| 1193 | Chris Capuozzo | 12/29/2009 | 04/01/2010 | 271.46 | 15.70 | 4,262.00 |
| 1225 | Stacy Auer | 02/11/2011 | 11/18/2013 | 284.70 | 121.50 | 34,591.00 |
| 1267 | Yoko Goto | 11/30/2010 | 11/30/2010 | 390.00 | 0.10 | 39.00 |
| 1314 | Stuart H Cooper | 11/16/2009 | 11/17/2009 | 350.00 | 2.50 | 875.00 |
| 1319 | Dominic J Auld | 03/31/2010 | 03/31/2010 | 67.63 | 1.00 | 67.63 |
| 1331 | Carol C Villegas | 09/28/2010 | 01/25/2011 | 415.00 | 1.20 | 498.00 |
| 1337 | Angelina Nguyen | 09/15/2010 | 01/25/2011 | 490.00 | 1.60 | 784.00 |
| 1355 | Peter J Bertuglia | 10/29/2009 | 01/26/2010 | 271.47 | 46.00 | 12,487.50 |
| 1389 | Mathew C Moehlman | 02/05/2011 | 02/08/2011 | 490.00 | 5.60 | 2,744.00 |
| 1406 | Mindy S Dolgoff | 09/15/2010 | 01/25/2011 | 390.00 | 0.70 | 273.00 |
| 1411 | Rebecca R Warner | 11/13/2009 | 12/03/2009 | 350.00 | 33.60 | 11,760.00 |
| 1414 | David V Sack | 11/18/2009 | 11/20/2009 | 365.00 | 16.70 | 6,095.50 |
| 1415 | Jordan Green | 11/13/2009 | 11/17/2009 | 275.00 | 11.40 | 3,135.00 |
| 1424 | Victor Chan | 01/21/2010 | 02/02/2010 | 260.00 | 2.00 | 520.00 |
| 1429 | Phillip Smith | 09/15/2010 | 01/25/2011 | 400.00 | 1.40 | 560.00 |
| 1436 | Rachel A Avan | 05/11/2010 | 04/07/2011 | 301.25 | 6.40 | 1,928.00 |
| 1439 | Rian Wroblewski | 02/24/2011 | 04/12/2011 | 365.00 | 50.50 | 18,432.50 |
| 1440 | Iona M Evans | 01/25/2011 | 04/17/2012 | 569.00 | 2.50 | 1,422.50 |
| 1441 | Jerome C Pontrelli | 02/11/2011 | 06/01/2011 | 440.00 | 113.30 | 49,852.00 |
| 1442 | Stephen Krasner | 03/25/2011 | 03/31/2011 | 280.00 | 10.60 | 2,968.00 |
| 1443 | Matthew Giles | 06/03/2011 | 06/30/2011 | 190.00 | 2.00 | 380.00 |
| 1449 | Steven Wattenberg | 05/26/2011 | 08/08/2011 | 280.00 | 1.10 | 308.00 |
| 1450 | Reka Viczian | 06/10/2011 | 11/19/2013 | 254.09 | 82.20 | 20,886.00 |
| 1451 | Jeffrey R Alexander | 12/02/2011 | 12/02/2011 | 350.00 | 5.50 | 1,925.00 |
| 1454 | Mathew Appenfeller | 06/08/2011 | 07/14/2011 | 265.00 | 42.00 | 11,130.00 |
| 1455 | Kan Zhang | 06/08/2011 | 06/09/2011 | 265.00 | 6.60 | 1,749.00 |
| 1459 | Edward Muchmore | 10/13/2011 | 10/13/2011 | 375.00 | 3.30 | 1,237.50 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                              LCHB-0052429

| 05/22/14 | | LABATON SUCHAROW LLP | | | | | Page 4 |
|---|---|---|---|---|---|---|---|
| 1:31 PM | | Billing Memorandum | | | | | |
| | | Thru March 31, 2014 | | | | | |

Billing Employee:  Christopher Keller
Resp Employee:  Eric J Belfi

Client: 016576       State Street Corporation

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1480 | Rodney Joyner | 12/16/2011 | 12/16/2011 | 250.00 | 1.00 | 250.00 | |
| 1491 | Katie Good | 01/23/2012 | 08/17/2012 | 295.00 | 2.50 | 737.50 | |
| 1513 | Elizabeth R. Wierzbowski | 07/26/2013 | 08/13/2013 | 665.00 | 27.20 | 18,088.00 | |
| 1523 | Shella C. Mundo | 09/12/2012 | 02/01/2013 | 290.00 | 16.80 | 4,872.00 | |
| 4071 | Charles L Pietrofesa | 12/20/2012 | 12/21/2012 | 325.00 | 5.00 | 1,625.00 | |
| 4089 | Todd S Kussin | 12/12/2012 | 03/31/2014 | 389.78 | 468.10 | 182,457.00 | |
| 4110 | Daniel Murro | 02/01/2013 | 02/01/2013 | 390.00 | 1.00 | 390.00 | |
| 4124 | Terrence D Fernando | 12/20/2012 | 12/20/2012 | 400.00 | 2.30 | 920.00 | |
| 4214 | Allison Tierney | 05/28/2013 | 06/21/2013 | 390.00 | 150.20 | 58,578.00 | |
| 4227 | John Kosa | 12/20/2012 | 12/21/2012 | 325.00 | 4.00 | 1,300.00 | |
| 4240 | Eddie Shrem | 02/04/2013 | 05/24/2013 | 335.00 | 555.20 | 185,992.00 | |
| 4257 | Orlando Perez | 02/04/2013 | 03/31/2014 | 335.00 | 2,122.70 | 711,104.50 | |
| 4263 | Zeev Kirsh | 02/04/2013 | 08/15/2013 | 360.00 | 1,036.90 | 373,284.00 | |
| 4268 | Robert Tzall | 12/20/2012 | 12/20/2012 | 350.00 | 6.00 | 2,100.00 | |
| 4341 | Frantzgermain Bernadin | 02/04/2013 | 03/31/2014 | 335.00 | 2,320.40 | 777,334.00 | |
| 4369 | David Pospischil | 02/04/2013 | 03/31/2014 | 410.00 | 1,854.20 | 760,222.00 | |
| 5204 | Margo Penn-Taylor | 11/10/2010 | 11/12/2010 | 165.00 | 2.10 | 346.50 | |
| | Totals | | | 437.15 | 13,180.20 | 5,761,775.63 | |

\* \* \* Disbursement Summary \* \* \*

| Class | | Amount |
|---|---|---|
| 101 | S-IN-HOUSE SERVICES | 16.00 |
| 102 | S-DUPLICATING IN-HOUSE | 686.80 |
| 105 | S-TELEPHONE | 448.76 |
| 107 | S-WORD PROCESSING | 715.00 |
| 108 | S-PRINTING - IN HOUSE | 2,703.40 |
| 109 | S-DATA PROCESSING | 428.00 |
| 110 | S-IN-HOUSE CATERING | 132.00 |
| 209 | H-OVERTIME MEALS | 253.28 |
| 210 | H-LOCAL MEALS | 1,995.75 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| | | | |
|---|---|---|---|
| 05/22/14 | | LABATON SUCHAROW LLP | Page 5 |
| 1:31 PM | | Billing Memorandum | |
| | | Thru March 31, 2014 | |

Billing Employee: Christopher Keller
Resp Employee: Eric J Belfi

Client: 016576    State Street Corporation

| | | |
|---|---|---:|
| 211 | H-COURT REP-SERVICES orTRANSCRIPT FEE | 23.40 |
| 215 | H-EXPERT FEES | 37,124.82 |
| 216 | H-CO-COUNSEL FEES | 200.00 |
| 239 | H-PARKING & TOLLS | 367.90 |
| 241 | H-AIRFARE | 18,147.32 |
| 242 | H-RAIL FARE | 2,034.00 |
| 243 | H-PERSONAL CAR USAGE | 32.03 |
| 244 | H-OUT OF TOWN TAXIS | 1,420.03 |
| 245 | H-LOCAL TRANSPORTATION | 3,644.43 |
| 246 | H-CAR RENTAL | 850.98 |
| 247 | H-HOTEL | 9,840.07 |
| 248 | H-OUT OF TOWN MEALS | 1,378.92 |
| 249 | H-MISC TRAVEL | 122.00 |
| 250 | H-FILING AND MISC. FEES | 0.00 |
| 258 | H-MISC. SEARCH FEES or COMPTR RESEARCH | 506.59 |
| 261 | H-OUTSIDE DUPLICATING | 20.83 |
| 265 | H-FEDERAL EXPRESS & OTHER MAIL SVCS | 444.83 |
| 272 | H-CONTRIB. LIT. COMM | 48,000.00 |
| 273 | H-LEXIS OR WESTLAW | 11,194.64 |
| 285 | H-CONFERENCE CALL - TELEPHONE REIMBSMT EXP | 794.63 |
| 287 | H-OVERTIME TRANSPORTATION | 2,818.86 |
| | Totals | 146,345.27 |

| 05/22/14 | | LABATON SUCHAROW LLP | | | | Page 6 |
| 1:31 PM | | Billing Memorandum | | | | |
| | | Thru March 31, 2014 | | | | |

| Client: 016576 | State Street Corporation | | | Billing Employee: | Christopher Keller |
| Matter: 016576.0001 | State Street Corporation-Class Action | | | Resp Employee: | Eric J Belfi |
| | | | | Department: | 05 Securities |

\* \* \* Employee Summary \* \* \*

| Employee | | First Entry | Last Entry | Avg Rate | Hours | Fee |
|---|---|---|---|---|---|---|
| 0019 | Joseph H Einstein | 03/06/2013 | 03/06/2013 | 550.00 | 0.70 | 385.00 |
| 0023 | Eric J Belfi | 11/05/2009 | 03/25/2014 | 724.12 | 538.50 | 386,620.00 |
| 0103 | Lawrence A Sucharow | 03/26/2011 | 03/04/2014 | 970.35 | 224.50 | 217,919.50 |
| 0366 | Ira A Schochet | 02/09/2011 | 06/06/2012 | 785.45 | 32.90 | 25,845.00 |
| 0436 | Howard E Goldberg | 11/01/2010 | 12/26/2013 | 325.83 | 4.80 | 1,583.00 |
| 0446 | Joel H Bernstein | 02/10/2011 | 06/20/2012 | 884.43 | 125.60 | 111,041.00 |
| 0479 | Jonathan Gardner | 09/10/2010 | 06/14/2012 | 643.47 | 73.50 | 47,599.50 |
| 0493 | Hollis L Salzman | 07/13/2011 | 07/13/2011 | 710.00 | 0.10 | 71.00 |
| 0571 | David J Goldsmith | 02/15/2011 | 03/26/2014 | 702.44 | 779.30 | 538,500.00 |
| 0625 | Christopher Keller | 10/30/2009 | 06/15/2011 | 735.33 | 119.30 | 87,764.50 |
| 0693 | Christopher J McDonald | 03/24/2011 | 03/24/2011 | 650.00 | 0.20 | 130.00 |
| 0706 | Natalie W Ching | 10/30/2009 | 02/03/2010 | 387.50 | 45.50 | 17,470.00 |
| 0712 | Cindy Chan | 10/29/2009 | 07/13/2011 | 262.25 | 37.70 | 9,841.50 |
| 0742 | Craig A Martin | 09/20/2010 | 01/31/2011 | 490.00 | 320.00 | 156,800.00 |
| 0751 | Amy N Greenbaum | 09/15/2010 | 02/21/2014 | 391.05 | 181.50 | 70,889.00 |
| 0754 | Alan E Gumeny | 11/13/2009 | 11/12/2010 | 426.67 | 51.80 | 22,052.50 |
| 0767 | Michael W Stocker | 02/07/2011 | 03/30/2011 | 675.00 | 6.00 | 4,050.00 |
| 0822 | Mathew Yan | 05/06/2011 | 12/20/2012 | 290.00 | 6.60 | 1,904.00 |
| 0826 | Francisco R Malonzo | 09/15/2010 | 01/25/2011 | 325.00 | 9.00 | 2,925.00 |
| 0842 | Nicholas R Hector | 01/25/2011 | 02/11/2011 | 340.00 | 47.70 | 16,218.00 |
| 0849 | Stefanie J Sundel | 11/01/2009 | 08/05/2011 | 467.92 | 111.50 | 52,852.50 |
| 0865 | Martis Alex | 04/29/2011 | 07/12/2011 | 750.00 | 1.30 | 972.00 |
| 1013 | Jean H Bliss | 06/08/2011 | 06/09/2011 | 340.00 | 5.00 | 1,700.00 |
| 1018 | Diana M Cordoba-Riera | 03/18/2011 | 04/22/2011 | 280.00 | 2.30 | 644.00 |
| 1054 | Cheryl J Boria | 11/30/2010 | 01/05/2011 | 265.00 | 0.30 | 79.50 |
| 1057 | Joseph Fonti | 02/01/2011 | 04/12/2013 | 639.50 | 18.40 | 11,518.50 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| | | LABATON SUCHAROW LLP | | | | Page 7 |
|---|---|---|---|---|---|---|
| 05/22/14 | | Billing Memorandum | | | | |
| 1:31 PM | | Thru March 31, 2014 | | | | |

Billing Employee: Christopher Keller
Resp Employee: Eric J Belfi
Department: 05 Securities

Client: 016576  State Street Corporation
Matter: 016576.0001  State Street Corporation-Class Action

| ID | Name | From | To | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 1086 | Thomas Chianelli | 10/30/2009 | 12/30/2009 | 270.00 | 17.70 | 4,779.00 |
| 1101 | Edward Moy | 11/04/2009 | 11/17/2009 | 260.00 | 5.00 | 1,300.00 |
| 1104 | Javier Bleichmar | 04/12/2013 | 04/12/2013 | 750.00 | 0.10 | 75.00 |
| 1115 | Eunice Ahn | 11/16/2009 | 03/28/2011 | 223.00 | 12.10 | 2,741.00 |
| 1127 | Ted Polk | 11/13/2009 | 11/20/2009 | 350.00 | 12.20 | 4,270.00 |
| 1151 | Serena Hallowell | 11/08/2010 | 11/30/2010 | 490.00 | 8.90 | 4,361.00 |
| 1153 | Felicia Mann | 06/09/2011 | 06/20/2012 | 395.83 | 53.50 | 21,860.00 |
| 1179 | Michael H Rogers | 02/10/2011 | 03/26/2014 | 588.32 | 1,164.10 | 664,504.00 |
| 1193 | Chris Capuozzo | 12/29/2009 | 04/01/2010 | 272.00 | 15.70 | 4,262.00 |
| 1225 | Stacy Auer | 02/11/2011 | 11/18/2013 | 287.99 | 121.50 | 34,591.00 |
| 1267 | Yoko Goto | 11/30/2010 | 11/30/2010 | 390.00 | 0.10 | 39.00 |
| 1314 | Stuart H Cooper | 11/16/2009 | 11/17/2009 | 350.00 | 2.50 | 875.00 |
| 1319 | Dominic J Auld | 03/31/2010 | 03/31/2010 | 67.63 | 1.00 | 67.63 |
| 1331 | Carol C Villegas | 09/28/2010 | 01/25/2011 | 415.00 | 1.20 | 498.00 |
| 1337 | Angelina Nguyen | 09/15/2010 | 01/25/2011 | 490.00 | 1.60 | 784.00 |
| 1355 | Peter J Bertuglia | 10/29/2009 | 01/26/2010 | 272.50 | 46.00 | 12,487.50 |
| 1389 | Mathew C Moehlman | 02/05/2011 | 02/08/2011 | 490.00 | 5.60 | 2,744.00 |
| 1406 | Mindy S Dolgoff | 09/15/2010 | 01/25/2011 | 390.00 | 0.70 | 273.00 |
| 1411 | Rebecca R Warner | 11/13/2009 | 12/03/2009 | 350.00 | 33.60 | 11,760.00 |
| 1414 | David V Sack | 11/18/2009 | 11/20/2009 | 365.00 | 16.70 | 6,095.50 |
| 1415 | Jordan Green | 11/13/2009 | 11/17/2009 | 275.00 | 11.40 | 3,135.00 |
| 1424 | Victor Chan | 01/21/2010 | 02/02/2010 | 260.00 | 2.00 | 520.00 |
| 1429 | Phillip Smith | 09/15/2010 | 01/25/2011 | 400.00 | 1.40 | 560.00 |
| 1436 | Rachel A Avan | 05/11/2010 | 04/07/2011 | 353.75 | 6.40 | 1,928.00 |
| 1439 | Rian Wroblewski | 02/24/2011 | 04/12/2011 | 365.00 | 50.50 | 18,432.50 |
| 1440 | Iona M Evans | 01/25/2011 | 04/17/2012 | 500.00 | 2.50 | 1,422.50 |
| 1441 | Jerome C Pontrelli | 02/11/2011 | 06/01/2011 | 440.00 | 113.30 | 49,852.00 |
| 1442 | Stephen Krasner | 03/25/2011 | 03/31/2011 | 280.00 | 10.60 | 2,968.00 |
| 1443 | Matthew Giles | 06/03/2011 | 06/30/2011 | 190.00 | 2.00 | 380.00 |
| 1449 | Steven Wattenberg | 05/26/2011 | 08/08/2011 | 280.00 | 1.10 | 308.00 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0052433

05/22/14                  LABATON SUCHAROW LLP                  Page 8
1:31 PM                      Billing Memorandum
                               Thru March 31, 2014

Billing Employee:  Christopher Keller

Client: 016576      State Street Corporation                Resp Employee:  Eric J Belfi

Matter: 016576.0001    State Street Corporation-Class Action        Department:     05 Securities

| ID | Name | Start | End | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 1450 | Reka Viczian | 06/10/2011 | 11/19/2013 | 260.00 | 82.20 | 20,886.00 |
| 1451 | Jeffrey R Alexander | 12/02/2011 | 12/02/2011 | 350.00 | 5.50 | 1,925.00 |
| 1454 | Mathew Appenfeller | 06/08/2011 | 07/14/2011 | 265.00 | 42.00 | 11,130.00 |
| 1455 | Kan Zhang | 06/08/2011 | 06/09/2011 | 265.00 | 6.60 | 1,749.00 |
| 1459 | Edward Muchmore | 10/13/2011 | 10/13/2011 | 375.00 | 3.30 | 1,237.50 |
| 1480 | Rodney Joyner | 12/16/2011 | 12/16/2011 | 250.00 | 1.00 | 250.00 |
| 1491 | Katie Good | 01/23/2012 | 08/17/2012 | 295.00 | 2.50 | 737.50 |
| 1513 | Elizabeth R. Wierzbowski | 07/26/2013 | 08/13/2013 | 665.00 | 27.20 | 18,088.00 |
| 1523 | Shella C. Mundo | 09/12/2012 | 02/01/2013 | 290.00 | 16.80 | 4,872.00 |
| 4071 | Charles L Pietrofesa | 12/20/2012 | 12/21/2012 | 325.00 | 5.00 | 1,625.00 |
| 4089 | Todd S Kussin | 12/12/2012 | 03/31/2014 | 389.89 | 468.10 | 182,457.00 |
| 4110 | Daniel Murro | 02/01/2013 | 02/01/2013 | 390.00 | 1.00 | 390.00 |
| 4124 | Terrence D Fernando | 12/20/2012 | 12/20/2012 | 400.00 | 2.30 | 920.00 |
| 4214 | Allison Tierney | 05/28/2013 | 06/21/2013 | 390.00 | 150.20 | 58,578.00 |
| 4227 | John Kosa | 12/20/2012 | 12/21/2012 | 325.00 | 4.00 | 1,300.00 |
| 4240 | Eddie Shrem | 02/04/2013 | 05/24/2013 | 335.00 | 555.20 | 185,992.00 |
| 4257 | Orlando Perez | 02/04/2013 | 03/31/2014 | 335.00 | 2,122.70 | 711,104.50 |
| 4263 | Zeev Kirsh | 02/04/2013 | 08/15/2013 | 360.00 | 1,036.90 | 373,284.00 |
| 4268 | Robert Tzall | 12/20/2012 | 12/20/2012 | 350.00 | 6.00 | 2,100.00 |
| 4341 | Frantzgermain Bernadin | 02/04/2013 | 03/31/2014 | 335.00 | 2,320.40 | 777,334.00 |
| 4369 | David Pospischil | 02/04/2013 | 03/31/2014 | 410.00 | 1,854.20 | 760,222.00 |
| 5204 | Margo Penn-Taylor | 11/10/2010 | 11/12/2010 | 165.00 | 2.10 | 346.50 |
| | Totals | | | 437.15 | 13,180.20 | 5,761,775.63 |

* * * Disbursement Summary * * *

| Class | | Amount |
|---|---|---|
| 101 | S-IN-HOUSE SERVICES | 16.00 |
| 102 | S-DUPLICATING IN-HOUSE | 686.80 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                  LCHB-0052434

| 05/22/14 | | LABATON SUCHAROW LLP | | Page 9 |
| --- | --- | --- | --- | --- |
| 1:31 PM | | Billing Memorandum | | |
| | | Thru March 31, 2014 | | |

| | | | Billing Employee: | Christopher Keller |
| --- | --- | --- | --- | --- |
| Client: 016576 | State Street Corporation | | Resp Employee: | Eric J Belfi |
| Matter: 016576.0001 | State Street Corporation-Class Action | | Department: | 05 Securities |

| | | |
| --- | --- | --- |
| 105 | S-TELEPHONE | 448.76 |
| 107 | S-WORD PROCESSING | 715.00 |
| 108 | S-PRINTING - IN HOUSE | 2,703.40 |
| 109 | S-DATA PROCESSING | 428.00 |
| 110 | S-IN-HOUSE CATERING | 132.00 |
| 209 | H-OVERTIME MEALS | 253.28 |
| 210 | H-LOCAL MEALS | 1,995.75 |
| 211 | H-COURT REP-SERVICES orTRANSCRIPT FEE | 23.40 |
| 215 | H-EXPERT FEES | 37,124.82 |
| 216 | H-CO-COUNSEL FEES | 200.00 |
| 239 | H-PARKING & TOLLS | 367.90 |
| 241 | H-AIRFARE | 18,147.32 |
| 242 | H-RAIL FARE | 2,034.00 |
| 243 | H-PERSONAL CAR USAGE | 32.03 |
| 244 | H-OUT OF TOWN TAXIS | 1,420.03 |
| 245 | H-LOCAL TRANSPORTATION | 3,644.43 |
| 246 | H-CAR RENTAL | 850.98 |
| 247 | H-HOTEL | 9,840.07 |
| 248 | H-OUT OF TOWN MEALS | 1,378.92 |
| 249 | H-MISC TRAVEL | 122.00 |
| 250 | H-FILING AND MISC. FEES | 0.00 |
| 258 | H-MISC. SEARCH FEES or COMPTR RESEARCH | 506.59 |
| 261 | H-OUTSIDE DUPLICATING | 20.83 |
| 265 | H-FEDERAL EXPRESS & OTHER MAIL SVCS | 444.83 |
| 272 | H-CONTRIB. LIT. COMM | 48,000.00 |
| 273 | H-LEXIS OR WESTLAW | 11,194.64 |
| 285 | H-CONFERENCE CALL - TELEPHONE REIMBSMT EXP | 794.63 |
| 287 | H-OVERTIME TRANSPORTATION | 2,818.86 |
| | Totals | 146,345.27 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LCHB-0052435

| 05/22/14 | LABATON SUCHAROW LLP | Page 10 |
| --- | --- | --- |
| 1:31 PM | Billing Memorandum | |
| | Thru March 31, 2014 | |

| | | | | Billing Employee: | Christopher Keller |
| --- | --- | --- | --- | --- | --- |
| Client: 016576 | State Street Corporation | | | Resp Employee: | Eric J Belfi |
| Matter: 016576.0001 | State Street Corporation-Class Action | | | Department: | 05 Securities |

| Total Billed To-Date | | Total Paid To-Date | |
| --- | --- | --- | --- |
| Fees | Costs | Fees | Costs |
| 0.00 | 0.00 | 0.00 | 0.00 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LCHB-0052436