# EX. 206

## LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

| Report created on | 05/21/2015 11:24:15 AM | From | inception |
|---|---|---|---|
| | | To | 05/21/15 |

**Matter Number: 3344-0002**     STATE STREET - ARKANSAS TEACHERS

### PARTNER

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| ELIZABETH CABRASER | 18.10 | 975.00 | 17,647.50 |
| RICHARD HEIMANN | 22.60 | 975.00 | 22,035.00 |
| STEVEN FINEMAN | 71.20 | 850.00 | 60,520.00 |
| ROBERT NELSON | 0.50 | 850.00 | 425.00 |
| DAVID STELLINGS | 8.10 | 775.00 | 6,277.50 |
| KATHRYN BARNETT | 1.60 | 750.00 | 1,200.00 |
| DANIEL CHIPLOCK | 1,113.50 | 650.00 | 723,775.00 |
| NICHOLAS DIAMAND | 16.30 | 600.00 | 9,780.00 |
| RACHEL GEMAN | 0.70 | 675.00 | 472.50 |
| LEXI HAZAM | 53.00 | 625.00 | 33,125.00 |
| JOY KRUSE | 174.40 | 800.00 | 139,520.00 |
| MICHAEL MIARMI | 118.20 | 550.00 | 65,010.00 |
| DANIEL SELTZ | 0.20 | 580.00 | 116.00 |
| | **1,598.40** | | **1,079,903.50** |

### ASSOCIATE

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| TANYA ASHUR | 643.50 | 515.00 | 331,402.50 |
| JOSHUA BLOOMFIELD | 1,787.20 | 515.00 | 920,408.00 |
| ELIZABETH BREHM | 1,682.90 | 415.00 | 698,403.50 |
| JADE BUTMAN | 24.00 | 650.00 | 15,600.00 |
| NANCY CHUNG | 3.30 | 490.00 | 1,617.00 |
| JAMES GILYARD | 650.00 | 515.00 | 334,750.00 |
| KELLY GRALEWSKI | 1,478.90 | 515.00 | 761,633.50 |
| JENNIFER GROSS | 7.90 | 425.00 | 3,357.50 |
| LEXI HAZAM | 0.30 | 360.00 | 108.00 |
| CHRISTOPHER JORDAN | 661.50 | 515.00 | 340,672.50 |
| JASON KIM | 664.00 | 415.00 | 275,560.00 |
| MARISSA LACKEY | 644.30 | 515.00 | 331,814.50 |
| DANIEL LEATHERS | 20.90 | 435.00 | 9,091.50 |
| SHARON LEE | 0.40 | 470.00 | 188.00 |
| JAMES LEGGETT | 638.00 | 375.00 | 239,250.00 |
| COLEEN LIEBMANN | 24.00 | 490.00 | 11,760.00 |
| ANDREW MCCLELLAND | 58.00 | 415.00 | 24,070.00 |
| MICHAEL MIARMI | 83.80 | 460.00 | 38,548.00 |
| SCOTT MILORO | 636.10 | 515.00 | 327,591.50 |
| LEAH NUTTING | 1,707.10 | 515.00 | 879,156.50 |

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| PETER ROOS | 564.00 | 515.00 | 290,460.00 |
| RYAN STURTEVANT | 668.00 | 515.00 | 344,020.00 |
| ANN L. TEN EYCK | 290.70 | 515.00 | 149,710.50 |
| VIRGINIA WEISS | 233.50 | 465.00 | 108,577.50 |
| RACHEL WINTTERLE | 373.60 | 515.00 | 192,404.00 |
| JONATHAN ZAUL | 614.70 | 415.00 | 255,100.50 |
|  | **14,160.60** |  | **6,885,255.00** |

### LAW CLERK

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| NEHA GUPTA | 44.10 | 330.00 | 14,553.00 |
|  | **44.10** |  | **14,553.00** |

### PARALEGAL/CLERK

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| RICHARD ANTHONY | 2.50 | 325.00 | 812.50 |
| DAWN BEHRMANN | 1.40 | 325.00 | 455.00 |
| TODD CARNAM | 3.40 | 325.00 | 1,105.00 |
| SHANDA CHAPIN-RIENZO | 2.00 | 215.00 | 430.00 |
| ROBIN KUPERSMITH | 2.30 | 270.00 | 621.00 |
| MELISSA MATHENY | 12.80 | 270.00 | 3,456.00 |
| JLE TARPEH | 0.60 | 325.00 | 195.00 |
| ALEXANDER ZANE | 0.10 | 325.00 | 32.50 |
|  | **25.10** |  | **7,107.00** |

### OF COUNSEL

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| ROBERT LIEFF | 447.60 | 975.00 | 436,410.00 |
| NICHOLAS DIAMAND | 11.40 | 550.00 | 6,270.00 |
| LYDIA LEE | 36.50 | 475.00 | 17,337.50 |
| BRUCE LEPPLA | 2.80 | 685.00 | 1,918.00 |
|  | **498.30** |  | **461,935.50** |

### LITIGATION SUPPORT / RESEARCH

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| SCOTT ALAMEDA | 1.00 | 260.00 | 260.00 |
| MARGIE CALANGIAN | 1.20 | 340.00 | 408.00 |
| ROBERT DE MARIA | 30.00 | 335.00 | 10,050.00 |
| KIRTI DUGAR | 249.00 | 430.00 | 107,070.00 |
| SAT KRIYA KHALSA | 2.40 | 285.00 | 684.00 |
| ARRA KHARARJIAN | 116.90 | 270.00 | 31,563.00 |
| MAJOR MUGRAGE | 17.40 | 320.00 | 5,568.00 |
| RENEE MUKHERJI | 6.90 | 290.00 | 2,001.00 |
| ANIL NAMBIAR | 38.00 | 330.00 | 12,540.00 |
| CYRUS YAMAT | 3.00 | 320.00 | 960.00 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    LCHB-0052577

|  |  |  |
|---|---:|---:|
|  | 465.80 | 171,104.00 |
| MATTER TOTALS | 16,792.30 | 8,619,858.00 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                   LCHB-0052578