# EX. 207

State Street fx

April 7 2010

███████████████

8 hours

April 8 2010

███████████████

4.7 hours

4-14-2010
— chart for Mike
— 93A stuff          3.7
                     hours

4-15-2010
— fresh Inv chart    3.2
                     hours

4-20-2010
          Format STT Data
                     7.2
                     hours

4-21-10
          " "        6.6

4-22-10
          DATA       5.9

Confidential: Produced Pursuant to Court Order.          TLF-SST-000420



CHF BRL USD
SDL ZAR GBP

4-23-10
DATA
3 hours

4-28-2010
CROSS DAYS          \\   ||   2.9

4-29-10          \\  ||   2

5-11-10
DATA SORT          2.2

5-12-10          8
DATA

5-13-10
DATA

5-24-10
6

Confidential: Produced Pursuant to Court Order.

SST FX

9-2-2010



2 hour

9-17-10

Lexis Research
for Complaint

4

9-20-10

1

+

COMPLAINT INTRO
DRAFTS

3.3

9-21-2010

= 4.3

CALL w/ kauser
MAC GSVS MTG for COMPLAINT

2

9-22-10

DRAFT complaint 4.9

9-28-10

11 11

4.4

TLF-SST-000422



10-26-10 — EMAILS FOR 84/53A — 1

10-27-10 [redacted] -2.2

11-11-10 — MAL witnesses 1 hour

11/16/10 — witnesses → 4

11-22-10 CALC/emails COMPLIANT .6

11/23/2010 witness questions w/ MAL 3.9

12-2-10 -Responses to STT's position 1.8

12-3-10 "(") + Direct COMPLAINT 5.5

12-6-10 Direct COMPLAINT 2

12-8-10 "(")" 3.3

12-9-10 "(")" 5.9

Confidential: Produced Pursuant to Court Order.          TLF-SST-000423

12-10-10          Draft
                  + Edit                    3


12-5-10           93A Letter              6.5
       George     Arts Demand
       Homes      w/ GJB + MAC


12-20-10          93A  S.9+11 2/.6


12-21-2010        93A                      5.6
2ndDraft MAC GJB  9+11 memo
                  Research


12-22-10          finish 93a memo         7.2
                  Sens to Mac +
                  GJB


12-23—10          ████████████            7
       GJB        ████████████
                  ████████████

Confidential: Produced Pursuant to Court Order.



JAN 5                           SIT IN
                              (Gerber)
                                          5

1-6-11                     Summarize IM              3
                            (Gerber)

1-7-11          ████████████████████████             2

1-10-11              COMPLAINT
              MAC       DRAFT                          3

1-13-11          EDIT IM GUIDE              4.4
                   CHART

1/25/11          IM Guide                   7.3
          For       PROJECT 79 →
          MAC

7-26-11          Annotate complaint        29.9
                   w/ ctts for
          MTG WITH
          BILSTRAC  MAC

1-28-11  Review WHSD  9:30              1.1
                        nover

2-2-11        93A Demand          2
              Letter
       Emails  GJB /MAS

2-3-11       -Meet w/ GJB
             -Draft letter to       4.3
       GJB Revenas)because Re 9 US. 11

2-4-11      Amtrak Complaint       1.5

2-6-11      Review 93A Letter      3
            Demand  —

2-7-11      (1)Call w/ LCHB        2.5
       GJB
       MAS  2

2-8-11      Calls w/ co-coun       2.5
            Re Amtrak complaint

2-9-11      Calls Re: filing        .4

2-10-11     Civil cover            2.4
            Sheet
            Pro



2-17-11          Call w/ co-counsel          [I.]
                 GDB / MPT / MAC              hrs

ALL
ALAN

2/24/11          Draft Discovery             1.3
                 Review w/ MAC
                 GDB

2-28-11          Call w/ co counsel          0.5
       MPT

3/7/11          — Revise IM Guide            6.9
                — Memo to MPT

3-8-11           DOJ Calls +                 2.5
                 Meetings
                 MPT - GDB MAC

3-10-11          IM Guide                    2.3
                 Editing

3-11-11          Stay Firenan                8.5
       MAC       Ext mtc

STT

3 -17-11

97A emails
with Liebt
Claston

°8

3-16-11   Calls w/ Co-acunae Re:
GOB MAC Case

.9

3-17-11   — FXT DATA emails
w/ MAC

°J

3-24-11   EUF DOWG
Emails
GOB Assist

①

4-7-11   — file class Motions

.2

4-12-11   ████████████████

2.7

4-13-11   Amendes complaint Research
+ facts / emails

8.3

4-14-11   Calls + emails w/
Liebt + Larson

6.4

Confidential: Produced Pursuant to Court Order.   TLF-SST-000428

4-15-4        Review + File Amsuses
AAL  GJRS   COMPLAINT                  5:6

5/4/201                                      4

[BLACK REDACTION BOX]

5/6/11  —  UPDATE DM Guise        2
        For MAC

6/2/11  →    Emails Re: MTD      •3

6/8/11  →   Meetings Re:
        GJS/MAC Assignments For MTD    |   1



6-22-11          REG OPP
                Research                    6.0

6.24-11         Conf Call w/
                Expert Re: MTD              1.)

6-27-11         CALL with CO Couns          2.0
        For Assignments
    Meet w/ MAC

3-6-11          MTD Call Re:                -2
                Progress

7-7-11    →     REG OPP          →    5
                MTD DRFT

7-9-11    →     Review Sections
                OF DRFT By LCHSP            3.2
        w/ MAC        LCHSP

7-11-11   →     Edit to
                NEW OPP CECHOS              4.2

7-2-11    -     Call w/ LCHSP    →    ×8
                Lawyer Re: MTD

7-14-11         CALL with                   .05
                Counsel

Confidential: Produced Pursuant to Court Order.          TLF-SST-000430



7-15-11   →   Edits to res mis
OPP SCREW                    → 6-9
Additional Research memo!


7-18-11 — Final Draft of
res misrep. OPP to mots   J
Sees to co counsel


7-19-11   →   Edit Draft of
OPP w/ Edits from    @2
co-counsel


7-20-11   →   Finish Draft   2.9
Email to counsel


8/4/2011  →   Memo to Appt   6.4
MAL → Hill


8/5/2011  →   Email with   .3
counsel on Draft of
MPT MAL   Better Decision

Confidential: Produced Pursuant to Court Order.                    TLF-SST-000431



9/2/11     Emails Re: WAF     •4

9-15-11 → ███████████████   3

9-16-11    Emails — co counsel   •4
    MAL     Re: Both
    MPH

9-20-11 → → ███████████████ } 1-9
          →

10-14-11   ███████████████   ☒ 1

10-17-11   → call MDL   •6
    MPH

Confidential: Produced Pursuant to Court Order.

2012

7/11/11

1/12/12 → EMA's RE UNSL ⊙?
GJB     ASSUREN
MAL

2-16-12 → CALLS
         CANCEL UNSL → .4
         ASSUREN (NOT )
                 (MAL )  + LICEL
                 (GJB )   CANADL

2-17-12 → CALLS RE:
     ALL    STATUS OF RND   .2

2-28-12 → EMA'S ABOUT ⊙?
     MOT / MAL   SJT RECS

4-13-12  — emails re
All        Hearing Date + time          .1

4-25-12  — Oral Argument
MPT/MAC    emails                      .d

5-1-12  →  Conference call for     .5
MPT/GJB/   MTD Hearing
MAC (Liens / Logistics)

5-8-12  WOLF MTD
All      Hearing                      (6)
        Prep + Attend

5-10-12      Call for settlement     .5

5-15-12  →  Chiplock Hearing         }
        (X) Transcript                } .6
GJB/    → Strategy Call w/
MPT/      10-10:30
MAC

Confidential: Produced Pursuant to Court Order.



5-17-12                    Emails + Mediation          .4

(6-18-12 →)    Emails + Calls        } 3
(GJB/MPT/MAR)   on Mediation

5-29-12   __    Emails + Calls              .5
        All      Mediation

6-20-12 →    Calls } Settlement   5
    DRAFT Settlem  } Mediators
GJB/MPT/MAR  Docs

6-21-12 →   Calls Re: Mediation   1.1

6-22-12 →   Meet w/ Wilmer
            Hale / Laverne              6.5
With Co counsel After
— GJB/ MPT/MAR

6-24-12    EXT DATA Calls → .2

Confidential: Produced Pursuant to Court Order.



7-2-12 → CALLS mediation
                    & taxes        } .8

7-5-12 → calls for names } .1
MAC APT ✓

2-10-12
        → Emails and calls
for mediation Dates / Data Ag → d.J
   Analysis

2-11-12 → Request not Rare    ①
        from STT

2-13-12    Emails to        -1
         counsel

7-16-12    Emails for        06
         mediator

7-22-12 → Emails mediation   .3

8-1-12    Memo ⇒ Henrique    3.9
         MPT + MAC

Confidential: Produced Pursuant to Court Order.

8-8-12          DATA REQUEST        (1.8)

8-9-12          DATA REQUESTS       (1.5)
KJB             CALLS TO WILMER →
MPT
MISC

8-15-12 →       DATA REQUEST  .     (2.3)
                Emails + Calls
                                    1

                                    (2.5)
8-23-12 →       CALL WITH LCHBR
                CASE / ERISA Emails
                        └→ MPT / MAL        2.5

8-24-12 →       CD DOCUMENTS Emails    (1)

8-27-12   ─ MED Mediation  )  (.5)
    MDT      Emails + Calls   )

8-29-12         Emails Mediation  .8
                Co-Cases

8,30 - 12          EMAILS ABOUT ERISA  .8

8-31 -12          ERISA EMAILS  → .1

9 -4 -12  →  CALL ABOUT
MPT /GIB /MAC   MEDIATION  (COUNSEL → )1

9-5 -12          CALLS w/ 10 -        1
(J3) MAC         COUNSEL ON ERISA ETC..
MPI

9-10 -12  →  CALL WITH CO-COUNSEL
              DAMAGES                2-J
                                      h

9-11 -12  -  NYC MEDIATION    2 -TO
           - PREP MEETING       2 -TO
     ↓      -MEET WITH MEDIATOR ABOUT  PREPS  BUS
9-13 -12                    ↳ 5
     MPT /GIB /MAC
                          = (13) TOT

9/26/12          ADR Bills          6 3

10/2/12          Emails/Mediation   .5
                 (Call's )  APT

10/9/12  →       Mediation + Settlements   1.3
         APT MAC   Call's

10-10-12         Compile Exhibits   3.9
                 w/ MAC

10-11-12                            $2

10/12/12 →                          2.2

10-15-12 →       Data Emails        .6

10-16-12         Call w/ Wilmer Hale   3.3
         DATA

10-17-12 →       Emails → Mediation   .2

10-19-12 → Damages Chart        1.3
        w/ MaC

10-22-12        Prep for        3.1
        GJB/MaC Mediation

10-23-12 → Meet w/ Co-counsel        1
        Before Mediation
        → Mediation w/ wilmer        6
        In Boston
        Contact Clks
10-24-12 → Mediation w/ STT        — 3

                        ⟨10⟩

10-25-12        Emails About Adka        — 1

10-26-12 → Emails? Info exchange        3.9
        Draft Requests for exchange

10-30-12 — Email+ call w/ F        → .8
        Client w/ GJB
                MPT
                MaC

Confidential: Produced Pursuant to Court Order.        TLF-SST-000440

11-1-12 → Review status _1
Report

11-2-12 → Edit status
Report + Prot. order        3
w/ Mac

11-8-12 → Call with co-counsel
↳ Mediation
→Discovery        /
- Nov. 15

11-12-12 → ← Emails + calls
Mac        ↳ 11/14 hearing    → 2
MPT        Strategy

11-13-12        Emails
↳ Joint status report 1.2

Confidential: Produced Pursuant to Court Order.

TLF-SST-000441

11/15/12   — Pre meeting w/ co

GSB   ART          COUNSEL
MAL          + Client / Custo

11-16-12 ——→   EMAILS
                    ⌐→ ORDER
                    — STAY
                    — DISCOV'S

                                    1.5

11—19—12 ——→   EMAILS
                    ——→ Meeting

                                    .5

11—22—12      DOC REQUEST
                    DRAFTS
              EMAIL'S → Mediation

                                    1

11—29—12 ——→  DOC REVIEW CALLS
                    + EMAILS
              ——→ Mediation

                                    1.1

12—5—12 ——→   EMAIL
                    ⌐→ DOC REVIEW

                                    .8

Confidential: Produced Pursuant to Court Order.          TLF-SST-000442

12/6/12        EMAILS
                  ⤷ MARGINS        1.5

12-10-12   →    EMAILS + CALLS
                  → DOC REVIEW              →  ⓔ

12-11-12   →    CALL
                  ⤷ ERISA              ⑴.9
               —  DOC REVIEW

12-17-12   →    EMAILS ABOUT
               STRATEGY + DOSIERS        ①

12/18/12   ⤷   EMAILS
                  ⤷DOC REVIEW        .9

12/26/12   →    STT - CD
                  → EMAILS              ⼁

Confidential: Produced Pursuant to Court Order.