# EX. 208

(STT ANRS)

| Date | Description | Hours |
|---|---|---|
| 4/26/10 | emails re data/experts | .2 |
| 4/27/10 | emails w/ cc/ex re data | .3 |
| 4/30/10 | emails FXT re data | .1 |
| 5/5/10 | " " " | .3 |
| 5/6/10 | review FXT analysis | 1.2 |
| 5/10/10 | emails/prep/call re data w/CC | 1 |
| 5/11/10 | emails/review FXT analysis | 1.5 |
| 5/12/10 | emails/review ANRS content/RFP | 2.7 |
| 5/13/10 | class research | .8 |
| 5/14/10 | emails CC re class | .5 |
| 5/17/10 | emails re class + ANRS (C) | 1.6 |
| 5/18/10 | emails re class | .1 |
| 5/19/10 | review S+P re custody | .2 |
| 5/19/10 | emails w/ CC re class | .5 |
| 5/20/10 | class research | .2 |
| 5/21/10 | " " " | 1.5 |
| 5/24/10 | ████████████ | 2.5 |
| 5/25/10 | class research / emails FXT | .3 |
| 5/27/10 | emails FXT | .1 |
| 5/29/10 | " " | .1 |
| 6/1/10 | emails CC/FXT | .3 |
| 6/2/10 | " " | .2 |
| 6/3/10 | " " " | .3 |
| 6/4/10 | " " " | .5 |
| 6/7/10 | emails w/ CC/FXT | .2 |
| 6/8/10 | emails/call CC re rev | 1.2 |
| 6/9/10 | emails w/ LH re data | .4 |
| | draft Taft-H list clients NA S+P | 1.1 |
| | research rev class | 1.5 |
| 6/10/10 | Class Research/Rev | 5.2 |
| 6/11/10 | Draft (C) pres. / res. | 8 |
| 6/12/10 | SAT " " " | 1.3 |
| 6/13/10 | SUN " " " | 2.5 |
| 6/14/10 | " " " emails | 5.5 |

| Date | Description | Hours |
|---|---|---|
| 6/15/10 | meet w/ FXT / emails w/ CC | 2.3 |
| 6/16/10 | Research / emails w/ CC | .5 |
| 6/17/10 | " " " | .1 |
| 6/18/10 | " " " | 2.2 |
| 6/22/10 | " " " | 2.1 |
| 6/23/10 | " " " | 1.3 |
| 6/24/10 | Review WSIP Memo; email/calls Lieff | 2.9 |
| 6/25/10 | emails / CC | 1.8 |
| 6/26/10 | " " " | .5 |
| 6/30/10 | emails w/ DC | .4 |
| 7/2/10 | emails FXT re data | .9 |
| 7/7/10 | " " " | .3 |
| 7/10/10 | emails w/ CC + prep / call | 1.7 |
| 7/12/10 | emails w/ CC | .2 |
| 7/13/10 | [redacted] | .8 |
| 7/14/10 | [redacted] | .4 |
| 7/15/10 | [redacted] | 1.5 |
| 7/16/10 | review FXT data / call FXT | 1.7 |
| 7/19/10 | emails FXT | .3 |
| 7/20/10 | emails to ARPS/CC re data | 1.1 |
| 7/27/10 | " " " | .1 |
| 7/28/10 | " " " | 1.1 |
| 7/29/10 | emails w/ CC re data | .3 |
| 8/2/10 | Meeting w/ pot. client / call re data | 2.3 |
| 8/3/10 | emails to FXT re client Q | .3 |

SST ARPS
8/11/10
emails w/ LCRB
re client            .4

SST ARPS
7/28/10
emails ARPS
re data           .2

Confidential: Produced Pursuant to Court Order.                    TLF-SST-000493

9/9/10 STT
ARTRS
Chicago TRIP
✓  10.5
EMMS K, whole Day

9/9/10 STT


9/14/10 STT
ARTRS

Meeting w/
co-counsel re
class case prep
8.2

Confidential: Produced Pursuant to Court Order.
TLF-SST-000494

# (SST ARMS)

| Date | Description | Hours |
|---|---|---|
| 8/30/10 | ███████████████ | 1.0 |
| 8/31/10 | emails w/ cc & FXT re data | 1 |
| 9/1/10 | emails w/ FXT/cc re data pres. | 1.4 |
| 9/2/10 | " " " " " | 1.0 |
| | ███████████████ | .4 |
| 9/3/10 | review FXT analyses + Agreement/emails | 2.5 |
| 9/6/10 | emails FXT re ARMS Data | .2 |
| 9/7/10 | Prep/review for Data pres. to client/emails | 6 |
| 9/8/10 | " " " " | 4 |
| 9/10/10 | emails w/ cc re data | .5 |
| 9/13/10 | ███████████████ | .7 |
| | | .6 |
| 9/15/10 | Draft summary Client Δs | 3.2 |
| | emails w/ cc re Δs | .5 |
| 9/16/10 | Draft Client Δ summary | 3.5 |
| | emails w/ FXT re Δ data | 1.2 |
| 9/17/10 | email/research complaint facts | 3.0 |
| | emails FXT & cc Δs pres. | 1.5 |
| 9/20/10 | Draft Complaint Intro | 4.0 |
| | ███████████████ | 1.5 |
| 9/21/10 | Draft Complaint/call emails | 2.1 |
| 9/23/10 | ███████████████ | .2 |
| 9/24/10 | email w/ cc re (R) | .1 |
| 9/27/10 | DRAFT complaint facts | 5 |
| 9/28/10 | DRAFT/Edit complaint | 6.5 |
| 9/29/10 | Draft damages model/emails cc re (R) | 2.2 |

10/21/10 SOT
emails w/ cc
re f-p.

Confidential: Produced Pursuant to Court Order.
TLF-SST-000496

SST

| Date | Description | Hours |
|---|---|---|
| 10/6/10 | revise Excel ∆s / emails FxT | .9 |
| 10/7/10 | edit/revise Excel ∆s / ~~emails~~ | 1.0 |
| | emails FxT | .3 |
| 10/8/10 | ███████████████████████ | 1.8 |
| 10/13/10 | Review/edit ████████ ∆; CC | 1.5 |
| 10/14/10 | " " " | 1 |
| 10/15/10 | " " " | 1.2 |
| 10/18/10 | call w/ FxT + Aroms re data | 1.1 |
| 10/20/10 | emails w/ expert + CC re data | .8 |
| 10/26/10 | review BA cases / email | 1 |
| 10/27/10 | ███████████████ | 2.5 |
| 10/28/10 | ███████████████ | 1.3 |
| | ███████████████ | .3 |
| 10/30/10 | ███████████████ | 1.5 |
| 11/1/10 | ███████████████ | .3 |
| | ███████████████ | 1.1 |
| 11/2/10 | emails w/ CC re ⓔ | .3 |
| 11/3/10 | DRAFT client ∆ Analysis / Email CC | 3.5 |
| | emails to CC re client Q | .3 |
| 11/5/10 | emails w/ CC + FxT re data req. | 1.1 |
| 11/8/10 | Emails w/ CC re client Q | .2 |
| 11/10/10 | emails w/ CC re custodian | .1 |
| 11/11/10 | emails re witness | .3 |
| 11/12/10 | Review witness info, emails | .5 |
| | Review client email to SST | .2 |
| 10/16/10 | Review witness info | .4 |
| 10/17/10 | Emails w/ FxT re Trade terms | .3 |
| | Review Trade info / emails w/ CC FxT | 1.6 |
| 11/18/10 | emails w/ CC re next steps | .3 |
| 11/19/10 | email re witness | .1 |

Confidential: Produced Pursuant to Court Order.    TLF-SST-000497

# ✶ ✶ ✶ STT ARTRS ✶ ✶ ✶

| Date | Description | Hours |
|---|---|---|
| 11/22/10 | Call + emails w/ CC re complaint | .6 |
| 11/23/10 | DRAFT Questions for witness interviews / emails to CC | 5.6 |
| 11/24/10 | Review witness info | .2 |
| 11/29/10 | emails w/ FXT; Review DATA | 2.5 |
| 12/1/10 | Emails w/ CC Re 3 Trade analysis | .8 |
| | " " " " | .6 |
| 12/2/10 | Review/Research "Inventory" claim | .3 |
| | Emails w/ CC Re witness | .4 |
| | DRAFT response to BANK Ret. | 2.5 |
| 12/3/10 | DRAFT EDIT Complaint Facts | 2 |
| | DRAFT Responses to STT Releases | 1 |
| | emails to client + CC | .5 |
| | Emails to LH re FX proc. | .5 |
| 12/6/10 | CALL w/ LH re Complaint | .5 |
| 12/7/10 | Review witness notes / DRAFT summary | 1.5 |
| 12/8/10 | DRAFT/EDIT Complaint | 4 |
| 12/9/10 | " " " | 6.5 |
| 12/10/10 | DRAFT/edit Complaint Facts | 3.2 |
| | emails to CC | .2 |
| | Review investigator Memo / emails | .3 |
| 12/13/10 | Emails/CALL w/ FXT data | .7 |
| | review investigator witness list | .1 |
| | Research AK Fund — emails | .2 |
| 12/14/10 | Emails w/ FXT re call data | .2 |
| | Emails w/ FXT/ARMS re M Gen Bank | .3 |
| 12/15/10 | emails w/ FXT/CC re data review | 1.5 |
| | emails + CALL w/ client re Docs | .5 |
| 12/16/10 | Review FXT analysis — Trades / emails CC | .7 |
| 12/17/10 | emails to FXT + CC re Consultant | .5 |
| 12/18/10 | emails w/ CC re complaint | .1 |

Confidential: Produced Pursuant to Court Order.

TLF-SST-000498

12/26/10 STO
ARMS

emails /cc
re Pricing
Method
1.)

Confidential: Produced Pursuant to Court Order.

TLF-SST-000499

SST

| Date | Description | Time |
|---|---|---|
| 12/20/10 | Prep/Meet w/ FXT, CC, George | 1 |
| | Review IM Guides rec'd client | 1.0 |
| | [ MEETING w/ SST !! ] → | |
| 12/21/10 | Emails w/ FXT/CC re data format | .3 |
| | Emails w/ CC re Bank Responses | .2 |
| 12/22/10 | Review 93A Memo | .5 |
| | emails w/ FXT/ARPS re IM convo | .4 |
| | Emails w/ LA re Complaint | |
| 12/23/10 | Review SST letters of Direction w/ FXT | 1.5 |
| | Request to ARPS for IM Guides | .2 |
| | emails w/ expert re client re (R) | 1.2 |
| | Review 93A Memo - Evan | .2 |
| 12/27/10 | emails w/ FXT + CC re FX trade AIOC | .7 |
| 12/28/10 | emails w/ FXT re data + Report Client Qs | 1.5 |
| 12/29/10 | Email w/ FXT + CC re Bank Mtg | .3 |
| 1/3/10 | Review FX Trading Report; Emails w/ FXT | 1.6 |
| 1/4/10 | emails w/ LA re class reps | .3 |
| 1/5/11 | Meeting w/ MPT GB + FXT | |
| | CALL/ Email w/ CC re Complaint | |
| | Review of IM Guides | 2.5 |
| 1/6/11 | Review IM Guides; Prepare Summary for CC | 3 |
| | Emails w/ CC re Client data | .4 |
| 1/7/11 | ████████████████████ | 1.2 |
| 1/10/11 | DRAFT/EDIT Complaint FACTS | 6 |
| 1/11/11 | emails w/ CC re FXT/ARPS Mtg | .3 |
| | emails w/ FXT re FX procedure | .3 |
| | Emails; Review Draft of 93A claim | .8 |
| 1/12/11 | Emails w/ FXT re Request | .2 |
| 1/13/11 | Create IM Guide language Chart | 1.3 |

Confidential: Produced Pursuant to Court Order.

TLF-SST-000500

1/26/11 STT ART

Draft/Rev to JM
re DOJ
1.2

2/17/11 STT
ARTES
Conf Call / CC
Re case strategy
1.2

Confidential: Produced Pursuant to Court Order.

TLF-SST-000501

▉▉▉ SSBTARTRS

| Date | Description | Hours |
|---|---|---|
| 1/18/11 | DRAFT IM fund explanation; emails w/ FXT, ARTRS, CC re same [11/09 change is an ADMISSION!!] | 2.0 |
| 1/19/11 | Review complaint redlines | .2 |
| 1/21/11 | emails re ARTRS Board Presentation | .2 |
| 1/24/11 | Emails w/ LA re IM fund changes; edit IM fund summary | 1.2 |
| 1/28/11 | Review CC 93A Memo/MA claims | 1.1 |
| 1/29/11 | email w/ CC re client | .1 |
| 2/1/11 | Review JV agreement Draft | .6 |
|  | Emails w/ CC re client Qs | .4 |
| 2/2/11 | Review/edit 93A Demand memo/emails | 1.3 |
| 2/4/11 | Edit Complaint Facts v2 | 1.4 |
|  | Email to CC re client | .1 |
| 2/6/11 | Review/Edit Draft 93A Demand letter | 4.5 |
|  | Revise complaint | .8 |
|  | emails re complaint | .2 |
| 2/7/11 | Review/Edit 93A letter/complaint | 3.4 |
|  | Call w/ LCHB re complaint | .3 |
|  | ▉▉▉ | .2 |
| 2/8/11 | Review/Edit Complaint | 1 |
|  | " " " " | 1.5 |
| 2/9/11 | Emails w/ ~~~~~~~~ CC re complaint | .4 |
| 2/10/11 | Emails w/ LA re expert | .2 |
|  | Review/Edit/emails re Complaint | 1.7 |
|  | Prepare Final Complaint/cover sheets | 1.1 |
|  | Emails w/ CC re Filing/Assignment | .7 |
| 2/11/11 | Review Custody (R) emails/cc | .8 |
| 2/15/11 | 93A Demand Ltr | 1 |
| 2/16/11 | Call/Emails w/ CC re class Q | 1.2 |
|  | Emails w/ CC re new? client | .2 |

Confidential: Produced Pursuant to Court Order.                    TLF-SST-000502