# EX. 209

**From:** Chiplock, Daniel P. <DCHIPLOCK@lchb.com>
**Sent:** Tuesday, April 15, 2014 5:12 PM
**To:** Michael Lesser
**Subject:** RE: BNYM: Phillips depo 4/22
**Attachments:** 3344-0002 Summary.pdf; 3344-0002 Detail.pdf

Attached are a summary and detailed report that we ran in State Street late last year. It's for State Street but you get a sense of what these are supposed to look like.

-----Original Message-----
From: Michael Lesser [mailto:MLesser@tenlaw.com]
Sent: Tuesday, April 15, 2014 5:09 PM
To: Chiplock, Daniel P.
Subject: RE: BNYM: Phillips depo 4/22

I have rough manual records. Please send your samples.

Thanks,

Mike

-----Original Message-----
From: Chiplock, Daniel P. [mailto:DCHIPLOCK@lchb.com]
Sent: Tuesday, April 15, 2014 5:08 PM
To: Michael Lesser
Subject: RE: BNYM: Phillips depo 4/22

I've been meaning to check in with you guys and make sure you are keeping adequate time records for all of the good work you are doing -- class action fee requests require time reports, and you don't want to be creating those after the fact. We can chat about it and I can send you samples if you like, just let me know. Thanks, Mike.

Confidential: Produced Pursuant to Court Order. TLF-SST-031020



Confidential: Produced Pursuant to Court Order.                                    TLF-SST-031021

>
>
>
>
>
> This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error; please immediately notify us by telephone at (800) 431-4600. You will be reimbursed for reasonable costs incurred in notifying us.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.
This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error; please immediately notify us by telephone at (800) 431-4600. You will be reimbursed for reasonable costs incurred in notifying us.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.
This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you

are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error; please immediately notify us by telephone at (800) 431-4600. You will be reimbursed for reasonable costs incurred in notifying us.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

Confidential: Produced Pursuant to Court Order. TLF-SST-031023