# EX. 211

| | |
|---|---|
| **From:** | Garrett Bradley |
| **Sent:** | Monday, June 29, 2015 6:26 PM |
| **To:** | Michael Lesser |
| **Cc:** | Michael Thornton; Evan Hoffman |
| **Subject:** | Re: Hours for State Street: please review. |

I will get my time in and I will correct the reference of 3 hours of my time as Labaton time.

Garrett

On Jun 29, 2015, at 6:17 PM, Michael Lesser <MLesser@tenlaw.com> wrote:

> For all STT hours as they now stand show Labaton at 29,000 hrs, Lieff at 17,000 hours, and Thornton at 13,000 hours.
>
> For the main attorneys working on each case, Labaton (Larry, Rogers, Goldsmith, Belfi) has 3400, Lieff (Chiplock, Lieff, Miarmi) has 1800, and Thornton (Lesser, Thornton, Hoffman) has 2600 (without whatever Garrett can add);
>
> The top numbers include (1) all outside reviewers we pay that work at Lieff and Labaton; (2) all internal document reviewers, including Garrett's brother; and (3) our lawyer time.
>
> It is perhaps difficult, under any circumstances, to compete with Labaton's time: Labaton's billing records show, for example, 16 partners billing on the case, 5 of counsels billing on the case (including 3 hours for Garrett at $800), 21 associates billing on the case, 8 research analysts working on the case, 7 investigators working on the case, 14 paralegals, 1 IT guy. Joel had 125 hours in the case, somehow.
>
> As you are both aware, we originated the case, have done the damages calculations and modeling throughout, did the initial hot docs/liability issues presentation (all of our docs were used in the subsequent Labaton presentation), and have had the primary relationship with the consultant, FX Transparency. We have also put all of our time in while doing the FCA cases (for both banks) in New York, Massachusetts, California, Florida, Virginia, and all of the Mellon MDL stuff as well.
>
> We need hours for Garrett on this case.
>
>
> -Lieff non-doc review hours (for the attorneys listed below) = 1,766.1
>
> Dan Chiplock: 1,113.5
> Bob Lieff: 447.6
> Miarmi: 205
>
> -Lieff TOTAL hours = 16,792.3
>
>
> -Labaton non-doc review hours (for the attorneys listed below) = 3,424.6
>
> Larry: 533.5

1

Confidential: Produced Pursuant to Court Order.
TLF-SST-006839

Mike Rogers: 1,349.4
David Goldsmith: 931.2
Eric Belfi: 610.5

Labaton TOTAL hours = 29,012.7


-Thornton doc review external (Thornton reviewers working Lieff + Labaton paid by Thornton) = 8,889.25
-Thornton doc review internal = 1,262.5
-Mike Lesser: 1243.2
-Evan Hoffman: 827.6
-M Thornton: 500 (estimated from the records we have now)

Thornton total, excluding G Bradley = 12722.55

**Michael A. Lesser, Esq.**
**Thornton Law Firm LLP**
**100 Summer St., 30th Floor**
**Boston, MA 02110**
**617-720-1333**
**800-431-4600**
**mlesser@tenlaw.com**

Confidential: Produced Pursuant to Court Order.                                             TLF-SST-006840