# EX. 212

## Garrett Bradley

**Subject:** Mtg with AG re: State Street
**Start:** Thu 3/3/2011 2:00 PM
**End:** Thu 3/3/2011 2:30 PM
**Recurrence:** (none)
**Organizer:** Garrett Bradley

K. Joseph Shekarchi
Shekarchi Law Offices
Tel: 401-827-0100

Meet @ 12:30pm for lunch before 2pm AG Mtg

*Handwritten notes:*
- 105 S Main St, Providence, RI 02903
- 33 College View Ct, Warwick, RI
- 1hr 20min, 58.40 miles

Confidential: Produced Pursuant to Court Order.    TLF-SST-036001



**Trip to:**
**33 College View Ct**
Warwick, RI 02886
58.40 miles / 59 minutes

Notes



| | | 11 Blaisdell Rd, Hingham, MA 02043-3906 | |
|---|---|---|---|
| | | 1. Start out going east on Blaisdell Rd toward Main St / MA-228. Map | 0.05 Mi |
| | 228 | 2. Take the 1st right onto Main St / MA-228. Map | 0.09 Mi |
| | | 3. Take the 1st right onto Gardner St. Map | 1.1 Mi |
| | | 4. Turn right onto Derby St. Map | 0.7 Mi |
| | NORTH 3 | 5. Merge onto MA-3 N / Pilgrims Hwy N toward Boston / Points North. Map | 6.7 Mi |
| | | 6. Merge onto I-93 S / US-1 S via EXIT 20A on the left toward I-95 / Canton. Map | 6.7 Mi |
| | | 7. Merge onto I-95 S via EXIT 1A toward Providence RI (Crossing into Rhode Island). Map | 41.6 Mi |
| | | 8. Take the RI-113 W exit, EXIT 12B, toward RI-2 / I-295 N. Map | 0.1 Mi |
| | WEST 113 | 9. Merge onto RI-113 W / East Ave via the ramp on the left toward Warwick. Map | 0.9 Mi |
| | 2 | 10. Turn left onto Bald Hill Rd / RI-2. Map | 0.4 Mi |
| | | 11. Turn left onto College Hill Rd. Map | 0.2 Mi |
| | | 12. Turn left onto College View Ct. Map | 0.02 Mi |
| | | 13. 33 COLLEGE VIEW CT is on the right. Map | |

33 College View Ct, Warwick, RI 02886

Total Travel Estimate: **58.40 miles - about 59 minutes**

©2015 MapQuest, Inc. Use of directions and maps is subject to the MapQuest Terms of Use. We make no guarantee of the accuracy of their content, road conditions or route usability. You assume all risk of use. View Terms of Use

http://www.mapquest.com/print?a=app.core.a6f5dd5d13786882986ccf72   8/5/2015

Confidential: Produced Pursuant to Court Order.   TLF-SST-036002

# Garrett Bradley

| | |
|---|---|
| **Subject:** | Call state street |
| **Start:** | Wed 3/16/2011 11:00 AM |
| **End:** | Wed 3/16/2011 12:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Meeting organizer |
| **Organizer:** | Garrett Bradley |

1

Confidential: Produced Pursuant to Court Order.

**Garrett Bradley**

| | |
|---|---|
| Subject: | call on state street |
| Start: | Wed 6/8/2011 2:00 PM |
| End: | Wed 6/8/2011 2:30 PM |
| Recurrence: | (none) |
| Organizer: | Garrett Bradley |

1

Confidential: Produced Pursuant to Court Order.                                                                                   TLF-SST-036004

## Joyce Murphy

| | |
|---|---|
| Subject: | State Street Meeting |
| Location: | Labaton |
| Start: | Mon 9/19/2011 2:00 PM |
| End: | Mon 9/19/2011 3:30 PM |
| Recurrence: | (none) |
| Meeting Status: | Accepted |
| Organizer: | Belfi, Eric J. |



 Please consider the environment before printing this email.

***Privilege and Confidentiality Notice***

This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

Confidential: Produced Pursuant to Court Order.                              TLF-SST-036005



Confidential: Produced Pursuant to Court Order.

TLF-SST-036006

## Joyce Murphy

| | |
|---|---|
| **Subject:** | Follow up in RI on state street |
| **Start:** | Fri 10/21/2011 4:00 PM |
| **End:** | Fri 10/21/2011 5:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Meeting organizer |
| **Organizer:** | Garrett Bradley |

1

Confidential: Produced Pursuant to Court Order.                                    TLF-SST-036007

# Garrett Bradley

| | |
|---|---|
| Subject: | Arkansas Teacher v. State Street Hearing on Motion to Dismiss @11:00am |
| Location: | Courtroom 10 before Judge Wolf @ |
| Start: | Tue 5/8/2012 11:00 AM |
| End: | Tue 5/8/2012 11:30 AM |
| Recurrence: | (none) |
| Organizer: | Garrett Bradley |

1

Confidential: Produced Pursuant to Court Order.

TLF-SST-036008

## Garrett Bradley

| | |
|---|---|
| **Subject:** | 10Am Tele Conf. - Dial-In: 888-870-8293 - passcode:212-907-0860 |
| **Location:** | State Street |
| **Start:** | Tue 8/7/2012 10:00 AM |
| **End:** | Tue 8/7/2012 10:30 AM |
| **Recurrence:** | (none) |
| **Organizer:** | Garrett Bradley |

1

Confidential: Produced Pursuant to Court Order.  TLF-SST-036009

# September 04, 2012
Tuesday

September 2012
Su Mo Tu We Th Fr Sa
　　　　　　 1
 2  3  4  5  6  7  8
 9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

October 2012
Su Mo Tu We Th Fr Sa
　 1  2  3  4  5  6
 7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

| 4 | Tuesday | Notes |
|---|---|---|
| 7 am | | |
| 8 00 | | |
| 9 00 | Redacted | |
| 10 00 | Redacted | |
| 11 00 | | |
| 12 pm | | |
| 1 00 | Call state street　　Redacted | |
| 2 00 | | |
| 3 00 | Redacted | |
| 4 00 | | |
| 5 00 | | |
| 6 00 | | |

Garrett Bradley　　　　　1　　　　　7/24/2015 12:44 PM

Confidential: Produced Pursuant to Court Order.　　　　TLF-SST-036010

## Joyce Murphy

| | |
|---|---|
| **Subject:** | Call state street |
| **Start:** | Tue 9/4/2012 1:00 PM |
| **End:** | Tue 9/4/2012 2:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Meeting organizer |
| **Organizer:** | Garrett Bradley |



1

Confidential: Produced Pursuant to Court Order.                                    TLF-SST-036011

## Garrett Bradley

| | |
|---|---|
| Subject: | call on state street |
| Start: | Wed 9/5/2012 11:00 AM |
| End: | Wed 9/5/2012 11:30 AM |
| Recurrence: | (none) |
| Organizer: | Garrett Bradley |

1

Confidential: Produced Pursuant to Court Order.   TLF-SST-036012