

Confidential: Produced Pursuant to Court Order.

TLF-SST-036013

# September 14, 2012
Friday

| September 2012 | October 2012 |
|---|---|
| SuMo TuWe Th Fr Sa | SuMo TuWe Th Fr Sa |
| 1 | 1  2  3  4  5  6 |
| 2  3  4  5  6  7  8 | 7  8  9 10 11 12 13 |
| 9 10 11 12 13 14 15 | 14 15 16 17 18 19 20 |
| 16 17 18 19 20 21 22 | 21 22 23 24 25 26 27 |
| 23 24 25 26 27 28 29 | 28 29 30 31 |
| 30 | |

| 14 | Friday | | Notes |
|---|---|---|---|
| ◄ From Sep 13 | **At Lababton NY** | 3:00am | |

7 am

8 00

9 00

10 00

11 00

12 pm

1 00

2 00

3 00

4 00

5 00

6 00

Garrett Bradley                                                                 1                                                    7/24/2015 12:48 PM

Confidential: Produced Pursuant to Court Order.

TLF-SST-036014

# Garrett Bradley

| | |
|---|---|
| **Subject:** | Cancelled on 8/21/12 - State Street Scheduling Confernce today @ 3pm |
| **Location:** | Courtroom No. 10 on the 5th floor |
| | |
| **Start:** | Tue 9/18/2012 7:00 AM |
| **End:** | Tue 9/18/2012 7:30 AM |
| | |
| **Recurrence:** | (none) |
| | |
| **Organizer:** | Garrett Bradley |

1

Confidential: Produced Pursuant to Court Order.

## Garrett Bradley

| | |
|---|---|
| **Subject:** | State Street - Mediation |
| **Location:** | Boston, MA |
| **Start:** | Tue 10/23/2012 8:00 AM |
| **End:** | Tue 10/23/2012 8:30 AM |
| **Recurrence:** | (none) |
| **Organizer:** | Garrett Bradley |

Confidential: Produced Pursuant to Court Order.

## Garrett Bradley

| | |
|---|---|
| **Subject:** | State Street Mediation |
| **Location:** | Boston, MA |
| **Start:** | Wed 10/24/2012 8:00 AM |
| **End:** | Wed 10/24/2012 8:30 AM |
| **Recurrence:** | (none) |
| **Organizer:** | Garrett Bradley |

1

Confidential: Produced Pursuant to Court Order.

# September 17, 2013
Tuesday

| September 2013 | October 2013 |
|---|---|
| SuMo TuWe Th Fr Sa | SuMo TuWe Th Fr Sa |
| 1  2  3  4  5  6  7 | 1  2  3  4  5 |
| 8  9 10 11 12 13 14 | 6  7  8  9 10 11 12 |
| 15 16 17 18 19 20 21 | 13 14 15 16 17 18 19 |
| 22 23 24 25 26 27 28 | 20 21 22 23 24 25 26 |
| 29 30 | 27 28 29 30 31 |

| 17 | Tuesday |
|---|---|

**Daily Task List**

Arranged By: Due Date

**7** am

**8** 00

**Updated Invitation: Garret Bradley @ Tue Sep 17, 2013 8:20am - 9:20am (Ocean Rid**
lga to city
Ocean Ride Limousine

**9** 00

**State Street Mediation**

**10** 00

**11** 00

**12** pm

**1** 00

**Notes**

**2** 00

**3** 00     **Invitation: Garrett Bradley @ Tue Sep 17, 2013 3pm - 4pm (Ocean Ride Limousine)**
City to lga
ocean.ride.limousine@gmail.com

**4** 00

**5** 00

**6** 00

Joyce Murphy                                              1                              7/24/2015 12:08 PM

Confidential: Produced Pursuant to Court Order.                    TLF-SST-036018

# October 03, 2013
Thursday

| October 2013 | November 2013 |
|---|---|
| SuMo TuWe Th Fr Sa | SuMo TuWe Th Fr Sa |
| 1  2  3  4  5 | 1  2 |
| 6  7  8  9 10 11 12 | 3  4  5  6  7  8  9 |
| 13 14 15 16 17 18 19 | 10 11 12 13 14 15 16 |
| 20 21 22 23 24 25 26 | 17 18 19 20 21 22 23 |
| 27 28 29 30 31 | 24 25 26 27 28 29 30 |

| 3 | Thursday | Notes |
|---|---|---|

7 am

8 00

9 00

10 00 **Redacted**

11 00

12 pm

1 00

2 00 Call with lesser

3 00

4 00 **Redacted**

5 00

6 00

Garrett Bradley

1

7/24/2015 1:13 PM

Confidential: Produced Pursuant to Court Order.

TLF-SST-036019

# Joyce Murphy

| | |
|---|---|
| **Subject:** | State Street Conf. Call - 888-870-8293/212 907 0860 |
| **Location:** | Dial In Information Below |
| **Start:** | Wed 10/16/2013 4:00 PM |
| **End:** | Wed 10/16/2013 5:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Sucharow, Lawrence |

A conference call is scheduled for today at 4:00pm EDT. Please use the below dial in information for this call.

| | |
|---|---|
| Dial In Number: | 888-870-8293 |
| International Dial In Number: | 719-234-7665 |
| Participate Passcode: | 212 907 0860 |

Thank you.

***Privilege and Confidentiality Notice***

This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

1

TLF-SST-036020

# October 22, 2013
Tuesday

October 2013
SuMo TuWe Th Fr Sa
          1  2  3  4  5
 6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

November 2013
SuMo TuWe Th Fr Sa
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

| 22 | Tuesday |
|---|---|

Daily Task List
Arranged By: Due Date

7 am

8 00

9 00

10 00

11 00

**Redacted**

12 pm

1 00

Notes

2 00

3 00

4 00

5 00

6 00

6:30am - 7:00am 5:45am Stan p/u

Garrett Bradley                                    1                        7/31/2015 12:03 PM

Confidential: Produced Pursuant to Court Order.

TLF-SST-036021

**Joyce Murphy**                                   *Indian Wells*

| | |
|---|---|
| **Subject:** | State street |
| **Start:** | Wed 11/13/2013 2:00 PM |
| **End:** | Wed 11/13/2013 3:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Meeting organizer |
| **Organizer:** | Garrett Bradley |

1

Confidential: Produced Pursuant to Court Order.                    TLF-SST-036022

# Garrett Bradley

| | |
|---|---|
| **Subject:** | ny state street |
| **Start:** | Tue 3/4/2014 12:00 PM |
| **End:** | Tue 3/4/2014 12:30 PM |
| **Recurrence:** | (none) |
| **Organizer:** | Garrett Bradley |

1

Confidential: Produced Pursuant to Court Order.

TLF-SST-036023

## Garrett Bradley

| | |
|---|---|
| **Subject:** | State Street Mediation – WH – 7 World Trade Center |
| **Location:** | 250 Greenwich St., NY, NY 10007   (212 230 8800) |
| **Start:** | Fri 5/9/2014 10:00 AM |
| **End:** | Fri 5/9/2014 10:30 AM |
| **Recurrence:** | (none) |
| **Organizer:** | Garrett Bradley |

1

Confidential: Produced Pursuant to Court Order.

## Joyce Murphy

| | |
|---|---|
| **Subject:** | State St. Call - 888-870-8292; passcode 212-907-0814. |
| **Start:** | Mon 10/27/2014 1:30 PM |
| **End:** | Mon 10/27/2014 2:30 PM |
| **Recurrence:** | (none) |
| **Organizer:** | Garrett Bradley |

1

Confidential: Produced Pursuant to Court Order.