# Joyce Murphy

| | |
|---|---|
| Subject: | 4pm - State Street Mediation Meeting |
| Location: | Thornton & Naumes - Large Conf. Room |
| Start: | Tue 2/3/2015 4:00 PM |
| End: | Tue 2/3/2015 4:30 PM |
| Recurrence: | (none) |
| Organizer: | Garrett Bradley |

1

Confidential: Produced Pursuant to Court Order.　　　　　　　　　　　　　　　　　　　TLF-SST-036026

# Joyce Murphy

**Subject:** 9am - State Street Mediation
**Location:** WilmerHale - 60 State Street

**Start:** Wed 2/4/2015 9:00 AM
**End:** Wed 2/4/2015 9:30 AM

**Recurrence:** (none)

**Organizer:** Garrett Bradley

Confidential: Produced Pursuant to Court Order.                                                    TLF-SST-036027

## Joyce Murphy

| | |
|---|---|
| Subject: | 10:30am - State Street - Dial-in: 888-870-8293/Passcode: 212 907 0879 |
| Start: | Wed 4/8/2015 10:30 AM |
| End: | Wed 4/8/2015 11:00 AM |
| Recurrence: | (none) |
| Organizer: | Garrett Bradley |

1

Confidential: Produced Pursuant to Court Order.                                                             TLF-SST-036028

## Joyce Murphy

| | |
|---|---|
| **Subject:** | State street |
| **Start:** | Thu 4/9/2015 9:30 AM |
| **End:** | Thu 4/9/2015 10:30 AM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Meeting organizer |
| **Organizer:** | Garrett Bradley |

1

Confidential: Produced Pursuant to Court Order.                                          TLF-SST-036029

# Joyce Murphy

| | |
|---|---|
| **Subject:** | State Street, Boston |
| **Start:** | Thu 4/30/2015 9:30 AM |
| **End:** | Thu 4/30/2015 10:30 AM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Meeting organizer |
| **Organizer:** | Garrett Bradley |

1

Confidential: Produced Pursuant to Court Order.   TLF-SST-036030



Confidential: Produced Pursuant to Court Order.

TLF-SST-036031



Confidential: Produced Pursuant to Court Order.

TLF-SST-036032

## Joyce Murphy

| | |
|---|---|
| **Subject:** | State Street, Boston |
| **Start:** | Thu 4/30/2015 9:30 AM |
| **End:** | Thu 4/30/2015 10:30 AM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Meeting organizer |
| **Organizer:** | Garrett Bradley |

1

Confidential: Produced Pursuant to Court Order.                                    TLF-SST-036033

**Joyce Murphy**

| | |
|---|---|
| Subject: | 4pm - State Street Meeting |
| Location: | 60 State St. |
| Start: | Tue 6/2/2015 4:00 PM |
| End: | Tue 6/2/2015 4:30 PM |
| Recurrence: | (none) |
| Organizer: | Garrett Bradley |

1

Confidential: Produced Pursuant to Court Order.                                                                                                  TLF-SST-036034



# July 17, 2015
Friday

| July 2015 | August 2015 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
|           1  2  3  4 |                    1 |
|  5  6  7  8  9 10 11 |  2  3  4  5  6  7  8 |
| 12 13 14 15 16 17 18 |  9 10 11 12 13 14 15 |
| 19 20 21 22 23 24 25 | 16 17 18 19 20 21 22 |
| 26 27 28 29 30 31    | 23 24 25 26 27 28 29 |
|                      | 30 31                |

**17  Friday**

- 7 am
- 8 00
- 9 00  9am - Delta Flt 2671 - Con[redacted]
- 10 00  Ocean Ride Limo p/u
- 11 00  2pm - Conf. call - 866-676-8980. Meeting number 738292944
- 12 pm
- 1 00  Ocean Ride Limo p/u
- 2 00  **Redacted**
- 3 00  2:59pm - Delta Flt 2676 - Conf. HXNRIR - Seat 13A (Window); 4:25pm - Arrive Boston
- 4 00
- 5 00
- 6 00

**Redacted**

Garrett Bradley                       1                      7/24/2015 11:47 AM

Confidential: Produced Pursuant to Court Order.

TLF-SST-036035



Confidential: Produced Pursuant to Court Order.

TLF-SST-036036

# Joyce Murphy

| | |
|---|---|
| **Subject:** | State St--Call re Lynn's discussions with DOL |
| **Start:** | Tue 7/21/2015 11:00 AM |
| **End:** | Tue 7/21/2015 12:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Goldsmith, David |

Please dial in at 11am ET tomorrow for this call:

Dial-In:      888-870-8293
Passcode:  212 907 0879

***Privilege and Confidentiality Notice***

This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

Confidential: Produced Pursuant to Court Order.        TLF-SST-036037