# EX. 213



**OCTOBER** 2008

October

September   November

**WEEK 41**

**MONDAY** 6

Redacted

**THURSDAY** 9

Yom Kippur

Redacted

**TUESDAY** 7

Redacted

**FRIDAY** 10

Redacted

**WEDNESDAY** 8

282/84

**SATURDAY** 11   285/81

**SUNDAY** 12   286/80

Redacted

Redacted

Notes

Notes

Confidential: Produced Pursuant to Court Order.

TLF-SST-042987



## NOVEMBER 2008

**November**

**October**

**December**

WEEK 47

**MONDAY** 17
322/44

8:30 SS ... call Morrouity
Phil Mill, S.Karpann

**TUESDAY** 18
323/43

Redacted

**WEDNESDAY** 19
324/42

Redacted

**THURSDAY** 20
325/41

Redacted

**FRIDAY** 21
326/40

Redacted

**SATURDAY** 22
327/39

**SUNDAY** 23
328/38

Notes

Notes

Confidential: Produced Pursuant to Court Order.

TLF-SST-042988

**DECEMBER** 2008

December
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

November
S M T W T F S
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

January 2009
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

WEEK 50

**MONDAY** 8
343/23

Redacted

*1.00 Call with Bob, Lizzy*

**TUESDAY** 9
344/22

Redacted

**WEDNESDAY** 10
345/21

**THURSDAY** 11
346/20

*11:45 Managing Partner*
*Fund - State Street - Tomigher*

Redacted

**FRIDAY** 12
347/19

**SATURDAY** 13
348/18

**SUNDAY** 14
349/17

Notes

Notes

Confidential: Produced Pursuant to Court Order.



**JULY** 2010

July
August

June
August

WEEK 28

**MONDAY** 12

Redacted

**TUESDAY** 13
194/171

Redacted

**WEDNESDAY** 14
195/170

**THURSDAY** 15

Redacted

**FRIDAY** 16
197/168

Redacted

**SATURDAY** 17
198/167

**SUNDAY** 18
199/166

**Notes**

**Notes**

Confidential: Produced Pursuant to Court Order.

TLF-SST-042990

**NOVEMBER** 2010
**DECEMBER** 2010

WEEK 48

**MONDAY** 29

Redacted

**TUESDAY** 30
334/31

Redacted

**WEDNESDAY** 1
333/30

Redacted

Notes

**THURSDAY** 2
336. 29

First day of Hanukkah

10:30 *Stev Storel*

1:30 *Zabaton*

Redacted

**FRIDAY** 3
337/28

**SATURDAY** 4
338/27

**SUNDAY** 5
339/26

Redacted

Notes

Confidential: Produced Pursuant to Court Order.

TLF-SST-042991



### JUNE 2011

AT-A-GLANCE®

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SAT. SUN. |
|---|---|---|---|---|---|
|  |  | 1 | 2 Redacted | 3 Redacted | 4 Redacted / Redacted |
| 6 | 7 Redacted | 8 10:00 meet of Larry Suchorow 2:00 State Street Conf | 9 Redacted | 10 Redacted | 11 Redacted / 12 |
| 13 | 14 Redacted / Redacted | 15 9:00 Chris Keller A N.Y. mtgs | 16 Redacted | 17 Redacted | 18 / 19 Father's Day |
| 20 Redacted | 21 Summer begins | 22 Redacted | 23 Redacted | 24 St. Jean Baptiste (Québec) | 25 Redacted / 26 |
| 27 | 28 | 29 Redacted | 30 |  |  |

Confidential: Produced Pursuant to Court Order.

TLF-SST-042992



**FEBRUARY 2012**

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SAT SUN. |
|---|---|---|---|---|---|
| | | 1 New York | 2 | 3 | 4 / 5 |
| 6 | 7 Redacted | 8 | 9 | 10 Redacted | Redacted 12 |
| 13 Redacted | 14 | 15 | 16 Redacted | 17 Redacted | 18 / 19 |
| 20 | 21 | 22 | 23 Redacted | 24 | |
| 27 Redacted | 28 Redacted | 29 | | | |

Confidential: Produced Pursuant to Court Order.

TLF-SST-042993



## SEPTEMBER 2012

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SAT. SUN. |
|--------|---------|-----------|----------|--------|-----------|
| | | | | | 1 |
| | | | | | 2 |
| 3 | 4 | Redacted | 6 | 7 | 8 / 9 |
| Labor Day (C, US) | | | | | |
| 10 Redacted | 11 Bob Lester & I Cary Sichen Patriot Day (US) | 12 Redacted | 13 State Street Meeting with Marks in NY at Lebaton | 14 Redacted | 15 Declaration of Independence (M) / 16 Independence Day (M) Rosh Hashanah begins at sundown |
| 17 Redacted Rosh Hashanah | 18 Redacted | 19 Redacted | 20 Dipo? 11:00 State Street Britney Bondes | 21 Redacted | 22 Autumn begins / 23 |
| 24 Redacted | 25 | 26 Redacted | 27 | 28 Redacted | 29 Yom Kippur |

Confidential: Produced Pursuant to Court Order.

TLF-SST-042994

# NOVEMBER 2012

AT-A-GLANCE®

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SAT. SUN. |
|---|---|---|---|---|---|
| | | | 1 Redacted All Saints' Day (M) | 2 Redacted | 3 Redacted<br>4 Redacted |
| 5 Redacted | 6 Redacted | 7 | 8 Redacted | 9 Redacted | 10<br>11 Veterans Day (US) Remembrance Day (C) |
| 12 Redacted Redacted | 13 Redacted | 14 | 15 *(handwritten notes)* | 16 Redacted | 17<br>18 |
| 19 *(handwritten notes)* | 20 *(handwritten notes)* 10:00 whitney 3:30 Croft 6:30 Phil Mich. Revolution Anniversary (M) | 21 a.m *(handwritten)* | 22 Thanksgiving (US) | 23 | 24 Ashura<br>25 |
| 26 Redacted Redacted | 27 Redacted Redacted | 28 Redacted | 29 Redacted | 30 Redacted | |

Confidential: Produced Pursuant to Court Order.



AT-A-GLANCE®

## DECEMBER 2012

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SAT SUN |
|---|---|---|---|---|---|
| | | | | | **Redacted** 1 / 2 |
| 3 Redacted | 4 Redacted | 5 Redacted Redacted | 6 Redacted | 7 Redacted Remembrance Day (US) | 8 Hanukkah begins at sundown / 9 Hanukkah |
| 10 | 11 1:00 Staff Staff Cop. Call Redacted | 12 Redacted Guadalupe (M) | 13 Redacted | 14 | 15 Redacted / 16 Redacted |
| 17 Redacted | 18 Redacted | 19 Redacted Redacted | 20 Redacted | 21 Winter begins | 22 / 23 |
| 24 Redacted | 25 | 26 Boxing Day (C) | 27 Redacted | 28 | 29 / 30 |
| 31 | | | | | |

Confidential: Produced Pursuant to Court Order.

TLF-SST-042996

## JANUARY 2013

| January | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

| December 2012 | | | | | | | February | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S | S | M | T | W | T | F | S |
| | | | | | | 1 | | | | | | 1 | 2 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 | 24 | 25 | 26 | 27 | 28 | | |
| 30 | 31 | | | | | | | | | | | | |

WEEK 3

**MONDAY** 14
14/351

11:00 State Street mediation
Wilmer Hale - Washington DC

**THURSDAY** 17
17/348

Redacted

**TUESDAY** 15
15/350

Redacted

**FRIDAY** 18
18/347

**WEDNESDAY** 16
16/349

**SATURDAY** 19          **SUNDAY** 20
19/346                        20/345

Notes

Notes

Confidential: Produced Pursuant to Court Order.

TLF-SST-042997



Confidential: Produced Pursuant to Court Order.

TLF-SST-042998



**MARCH** 2013

March
S M T W T F S

February
S M T W T F S

April
S M T W T F S

WEEK 12

**MONDAY** 18
77/288

> Redacted

3′ ∞ Jonathan Marks  SS FX

**TUESDAY** 19
78/287

> Redacted

> Redacted

**WEDNESDAY** 20
79/286

Spring begins
(vernal equinox)

**THURSDAY** 21
80/285

State Street mediation N.Y.

**FRIDAY** 22
81/284

> Redacted

**SATURDAY** 23
82/283

**SUNDAY** 24
83/282

Palm Sunday

Notes

Notes

Confidential: Produced Pursuant to Court Order.

TLF-SST-042999

**JULY** 2013

July

June | August

WEEK 28

**MONDAY** 8
189/176

**THURSDAY** 11
192/174

**TUESDAY** 9
190/175

First day of Ramadan

NYC State Street Meeting

**Redacted**

**FRIDAY** 12

**Redacted**

**WEDNESDAY** 10

**Redacted**

**SATURDAY** 13
194/171

**SUNDAY** 14
195/170

**Redacted**

Notes

Notes



Confidential: Produced Pursuant to Court Order.

TLF-SST-043000



SEPTEMBER 2011

August        October

**Redacted**

TUESDAY 17

*13:30  SJ  mediation  New York — administrative*

**Redacted**

WEDNESDAY 18

**Redacted**

FRIDAY 20

*11:00  State Street / SEC call*

SATURDAY 21          SUNDAY 22

Notes                Notes

Confidential: Produced Pursuant to Court Order.

TLF-SST-043001

# NOVEMBER 2013

November

October
S M T W T F S

December
S M T W T F S

WEEK 46

**MONDAY 11**
315/50

Veterans Day
Remembrance Day (Canada)

**THURSDAY 14**



**TUESDAY 12**
316

**FRIDAY 15**
319/46

**WEDNESDAY 13**
317/48 *10:30 SS Meditation*
*to VC.*

**SATURDAY 16**
320/45

**SUNDAY 17**
321/44

Notes

Notes

Confidential: Produced Pursuant to Court Order.

TLF-SST-043002



**DECEMBER** 2013

**December**

**November**   **January 2014**

WEEK 51

**MONDAY** 16
350/15

Redacted

**TUESDAY** 17
351/14

Redacted

*Stat Street Plaintiff meeting - Santa Barbara*

Redacted

**WEDNESDAY** 18
352/13

*Stat Street Plaintiff*

Redacted

**THURSDAY** 19
353/12

**FRIDAY** 20
354/11

**SATURDAY** 21
355/10

Winter begins
(winter solstice)

**SUNDAY** 22
356/9

Redacted

Notes

Notes

Confidential: Produced Pursuant to Court Order.

TLF-SST-043003



**JANUARY** 2014

December 2013        February

WEEK 4

**MONDAY** 20
20/345

Martin Luther King Jr. Day

**Redacted**

**THURSDAY** 23

**Redacted**

**TUESDAY** 21        **Redacted**

**Redacted**

State Street call
1:00

**Redacted**

**FRIDAY** 24
24/341

**WEDNESDAY** 22

**Redacted**

**SATURDAY** 25
25/340

**SUNDAY** 26
26/339

**Redacted**

Notes

Notes

Confidential: Produced Pursuant to Court Order.

TLF-SST-043004



**MARCH** 2014

March
S M T W T F S

February
S M T W T F S
                1
2  3  4  5  6  7  8
9  10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28

April
S M T W T F S
      1  2  3  4  5
6  7  8  9  10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

WEEK 10

**MONDAY** 3
62/303                Redacted

6:30 Bob Luff

**TUESDAY** 4
63/302
10:00 State Street Mediation

**WEDNESDAY** 5
64/301
Ash Wednesday

Redacted

**THURSDAY** 6
65/

**Redacted**

**FRIDAY** 7
66

**Redacted**

**SATURDAY** 8          **SUNDAY** 9
67/298                 68/297
                Daylight saving time begins

Notes

Confidential: Produced Pursuant to Court Order.



**MAY** 2014

April    June

WEEK 19

**MONDAY** 5
125/240

Redacted

**TUESDAY** 6
126/239

Redacted

**WEDNESDAY** 7
127/238

**THURSDAY** 8
128/237

Redacted

Redacted

**FRIDAY** 9
129/236

**SATURDAY** 10
130/235

**SUNDAY** 11
131/234

Mother's Day

Notes

Notes

Confidential: Produced Pursuant to Court Order.

TLF-SST-043006



Confidential: Produced Pursuant to Court Order.

TLF-SST-043007



**DECEMBER** 2014

December
S M T W T F S
1 2 3
5 8 9 10 11 12
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

November
S M T W T F S
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

January 2015
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

WEEK 51

**MONDAY** 15
349/16

12:00 Call with SS mediator

**Redacted**

**THURSDAY** 18
352

**Redacted**

**TUESDAY** 16

**Redacted**

**Redacted**

**WEDNESDAY** 17
351/14

First day of Hanukkah

**SATURDAY** 20
354/11

**SUNDAY** 21
355/10

Winter begins
(winter solstice)

**Redacted**

Notes

Notes

Confidential: Produced Pursuant to Court Order.

TLF-SST-043008



JANUARY 2015

December 2014   February

WEEK 4

**MONDAY** 19

Martin Luther King Jr. Day

Redacted

**TUESDAY** 20

**THURSDAY** 22

**FRIDAY** 23

Redacted

9:00 Dan Chisolm ?

Redacted

**WEDNESDAY** 21

State Street Medaskin
~~Arg~~ Boston

Redacted

**SATURDAY** 24

**SUNDAY** 25

Notes

Notes

TLF-SST-043010

Confidential: Produced Pursuant to Court Order.





January        March

**Redacted**

4:00 State Street pre-
mediation meeting

**Redacted**

Mediation · Boston
9:00 A.M.

Notes                    Notes

Confidential: Produced Pursuant to Court Order.

TLF-SST-043011



**FEBRUARY** 2015

**February**

**January**

**March**

WEEK 7

**MONDAY** 9

Redacted

**THURSDAY** 12

Lincoln's Birthday

**TUESDAY** 10

Redacted

**FRIDAY** 13

12:00 Bob Lesp. Lang
Sushero - 5th Street

Redacted

**WEDNESDAY** 11

Redacted

**SATURDAY** 14

**SUNDAY** 15

Valentine's Day

**Notes**

**Notes**

Confidential: Produced Pursuant to Court Order.

TLF-SST-043012



Confidential: Produced Pursuant to Court Order.

TLF-SST-043013



**MARCH** 2015
**APRIL** 2015

April

March       May

WEEK 14

**MONDAY** 30
89/276

**THURSDAY** 2
92/273

**TUESDAY** 31

Redacted

Redacted

*10:00 Stat Strut Call.*

Redacted

**WEDNESDAY** 1
91/274

Redacted

April Fools' Day

**SATURDAY** 4
94/271

First day of Passover

**SUNDAY** 5
95/270

Easter Sunday

Redacted

**Notes**

**Notes**

**APRIL** 2015

April

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|

**March**

**May**

~~WEEK 17~~

**MONDAY** 6
96.369

Easter Monday (Canada)

10:30 State Street Cory Call
Bob Supp, Larry S. "Lynn S.

<div style="border:1px solid #000; text-align:center; padding:4px">**Redacted**</div>

**TUESDAY** 7
97/268

11:00 State Street call
with mediation

**WEDNESDAY** 8
98/267

10:30 State Street Call
with Bob L, Larry S, "
Lynn S.

**Notes**

**THURSDAY** 9
99.766

The Masters Golf Tournament (through Apr 12)
Augusta, GA

Pebble Beach Food & Wine (through Apr 12)
Pebble Beach, CA

Linda Tipson
State Street mediation

9:00 State Street call with

**FRIDAY** 10
100/265

<div style="border:1px solid #000; text-align:center; padding:4px">**Redacted**</div>

**SATURDAY** 11
101/264

**SUNDAY** 12
102/263

**Notes**

Confidential: Produced Pursuant to Court Order.

TLF-SST-043015

**JUNE** 2015

June

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

May

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

July

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

WEEK 24

**MONDAY** 8

Redacted

**THURSDAY** 11
162, 203

**TUESDAY** 9
160/205

Redacted

SS

10:30 Stat It
Laboton mediation

**FRIDAY** 12
163/202   SS

**WEDNESDAY** 10
161/204

**SATURDAY** 13
164/201

**SUNDAY** 14
165/200

Flag Day

Redacted

**Notes**

**Notes**

Confidential: Produced Pursuant to Court Order.

TLF-SST-043016

**JUNE** 2015

June
S M T W T F S

May
S M T W T F S

July
S M T W T F S

WEEK 25

**MONDAY** 15

Redacted

**THURSDAY** 18

First day of Ramadan

55 - Stat Stmt

Redacted

**TUESDAY** 16
167 198

Redacted

**FRIDAY** 19
170/195

55

Redacted

**WEDNESDAY** 17
168 197

55

Stat Stmt

Boston 11 30

Redacted

**SATURDAY** 20
171 194

**SUNDAY** 21
172/193

Father's Day
Summer begins
[summer solstice]

Notes

Notes

Confidential: Produced Pursuant to Court Order.

TLF-SST-043017



Confidential: Produced Pursuant to Court Order.

TLF-SST-043018

**JUNE** 2015
**JULY** 2015

July
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

June
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

August
S M T W T F S
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

WEEK 27

**MONDAY** 29
180/185

Wimbledon Tennis Championships (through July 12)

**THURSDAY** 2
183/182

Redacted

**TUESDAY** 30
181/184

State Street michele
10:30 Wilm Hale - Boston

**FRIDAY** 3
184/181

Independence Day observed

**WEDNESDAY** 1
182/183

Canada Day (Canada)

Redacted

**SATURDAY** 4
185/180

Independence Day

**SUNDAY** 5

Redacted

Notes

Notes

Confidential: Produced Pursuant to Court Order.

TLF-SST-043019



AUGUST 2016

August

July        September

WEEK 32

MONDAY 8
221/145

Stat Street Hearing - USDC
Boston 3:00

Bob Zieff  10:30

TUESDAY 9

Redacted

THURSDAY 11

Redacted

FRIDAY 12
225/141

Redacted

WEDNESDAY 10
22

Redacted

SATURDAY 13
226/140

SUNDAY 14
227/139

Redacted

Notes                    Notes

Confidential: Produced Pursuant to Court Order.

TLF-SST-043020



OCTOBER 2016
NOVEMBER 2016

November 2016

October    December

WEEK 44

**MONDAY** 31
305/61
Halloween

**THURSDAY**

Redacted

**TUESDAY** 1
306/60

Redacted

**FRIDAY**

Redacted

**WEDNESDAY** 2
307/59

2:00 State Street -
U.S. District Court

**SATURDAY** 5
310/56

Redacted

**SUNDAY** 6
311/55
Daylight saving time ends

**Notes**

**Notes**

Confidential: Produced Pursuant to Court Order.

TLF-SST-043021