# EX. 214

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 11/5/2009 | Garrett Bradley | Review case and research same | 3 |
| 11/9/2009 | Garrett Bradley | Telephone call with co counsel and communicate with potential clients | 2 |
| 11/23/2009 | Garrett Bradley | Research case; data review; telephone call with co counsel re communication with client | 2.5 |
| 11/24/2009 | Garrett Bradley | call with co-counsel re client communication; review case | 2 |
| 1/11/2010 | Garrett Bradley | Research case | 5 |
| 1/12/2010 | Garrett Bradley | Review data, call with co-cousnel re prosepctive clients | 3 |
| 1/20/2010 | Garrett Bradley | Review case status and emails | 2.5 |
| 1/28/2010 | Garrett Bradley | Call with co-counsel re: status of case and draft complaint | 0.8 |
| 2/4/2010 | Garrett Bradley | Research case and complaint issues and 93A issues | 3.5 |
| 4/8/2010 | Garrett Bradley | Review emails re ▮▮▮▮▮▮▮▮▮▮ | 0.5 |
| 4/20/2010 | Garrett Bradley | Research data and review trade data to be sent to expert | 1 |
| 5/24/2010 | Garrett Bradley | Call to co-counsel re research; review emails and data compiled | 2 |
| 6/21/2010 | Garrett Bradley | Review case and outstanding issues; call with co-counsel re preparing update for client | 2 |
| 6/24/2010 | Garrett Bradley | Call with LCHB re status and strategy | 0.6 |
| 7/9/2010 | Garrett Bradley | Review emails ▮▮▮▮ research ▮▮▮▮▮▮ | 1.5 |
| 7/15/2010 | Garrett Bradley | Call with LCHB re ▮▮▮▮▮▮▮▮▮▮ | 0.8 |
| 8/30/2010 | Garrett Bradley | Call with co counsel re communication with client and research outstanding issues re same | 1.5 |
| 9/10/2010 | Garrett Bradley | Conference call with co-counsel to discuss status and strategy issues | 2 |
| 9/14/2010 | Garrett Bradley | Prepare for and meeting with co counsel re potential class litigation | 2.2 |
| 9/16/2010 | Garrett Bradley | Review emails; call with co-counsel re data compiled on loss charts for ATRS | 2.5 |
| 9/17/2010 | Garrett Bradley | Draft client memorandum; review draft complaint and research potential calls representtive | 3 |
| 9/21/2010 | Garrett Bradley | Calls with LCHB and Labaton re class complaint drafting | 1.4 |
| 9/24/2010 | Garrett Bradley | Review retainer and contracts; call with co-counsel re same; research same | 4.5 |
| 9/30/2010 | Garrett Bradley | Review emails and case memos | 1.5 |
| 10/5/2010 | Garrett Bradley | Revise draft complaint and research | 2 |
| 11/2/2010 | Garrett Bradley | Continue revision of draft complaint and case research | 2.5 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/3/2010 | Garrett Bradley | Call with co counsel re communication with clients; review emails and draft complaint | 2.5 |
| 11/4/2010 | Garrett Bradley | Travel to NY to meet with client and co-counsel | 2 |
| 11/4/2010 | Garrett Bradley | Meetings with client and co-cousnel to provide update on case and discuss outstanding issues and case research | 9 |
| 11/5/2010 | Garrett Bradley | Review communication from State Street and in-house meeting to discuss status update re client meeting | 1.5 |
| 11/8/2010 | Garrett Bradley | Telephone conference with co-counsel in preparation for 11/9/2010 meeting; call with co-counsel re communication with client; prepare materials | 3.5 |
| 11/9/2010 | Garrett Bradley | Travel to New York for meetings with co-counsel to discuss status and strategy | 2 |
| 11/9/2010 | Garrett Bradley | Meetings in New York with co counsel to discuss status and strategy | 7 |
| 11/12/2010 | Garrett Bradley | Prepare communication for client | 1.5 |
| 11/17/2010 | Garrett Bradley | Review and revise complaint; research same and telephone conference with client | 3 |
| 11/18/2010 | Garrett Bradley | telephone call with co-counsel re communication with client | 1 |
| 11/23/2010 | Garrett Bradley | Communicate with client | 1 |
| 11/24/2010 | Garrett Bradley | Review emails; case status and research; telephone call with co-counsel re communication with client | 4 |
| 11/29/2010 | Garrett Bradley | Review, revise draft communication to client; telephone call with co-counsel re same | 2 |
| 12/1/2010 | Garrett Bradley | Review documents and emails | 1.5 |
| 12/3/2010 | Garrett Bradley | Review emails and research | 2 |
| 12/6/2010 | Garrett Bradley | Review status of case, draft of complaint | 2 |
| 12/7/2010 | Garrett Bradley | Document review; telephone call with co-counsel | 3 |
| 12/8/2010 | Garrett Bradley | Review emails; review data re 93A issues and outstanding issues | 2 |
| 12/9/2010 | Garrett Bradley | Document review | 3 |
| 12/10/2010 | Garrett Bradley | Review draft complaint & 93A research; discuss with in-house counsel | 3 |
| 12/13/2010 | Garrett Bradley | Review emails, complaint and 93A draft memorandum | 3 |
| 12/14/2010 | Garrett Bradley | Review research re 93A issues; review and revise memorandum | 3 |
| 12/15/2010 | Garrett Bradley | Research 93A; review complaint | 3 |
| 12/16/2010 | Garrett Bradley | Review emails on draft complaint and 93A issues | 2 |
| 12/17/2010 | Garrett Bradley | Document review | 3 |
| 12/20/2010 | Garrett Bradley | Meeting in Boston with co-counsel to discuss case and outstanding issues | 5 |
| 12/21/2010 | Garrett Bradley | Review case; inhoues meeting re assignments and research | 3.5 |
| 12/22/2010 | Garrett Bradley | Review 93A memo | 3 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/23/2010 | Garrett Bradley | Discuss research, memo and related issues with co-counsel | 2 |
| 1/3/2011 | Garrett Bradley | Review and research 93A issues and emails | 2.5 |
| 1/4/2011 | Garrett Bradley | Telephone call to co-counsel re communication with client; discuss strategy; review emails and memos re potential class reps | 2.5 |
| 1/5/2011 | Garrett Bradley | Calls and emails with inhouse counsel re co counsel and complaint draft | 1 |
| 1/6/2011 | Garrett Bradley | Review, revise draft complaint & 93A memo | 2 |
| 1/7/2011 | Garrett Bradley | Continue review of complaint | 1.5 |
| 1/10/2011 | Garrett Bradley | Review emails and research | 3 |
| 1/11/2011 | Garrett Bradley | Review revised documents and research | 3.5 |
| 1/12/2011 | Garrett Bradley | Continue drafting complaint, memo and research issues | 4 |
| 1/18/2011 | Garrett Bradley | Review emails and case strategy | 3 |
| 1/19/2011 | Garrett Bradley | Review and revise guide chart | 3 |
| 1/20/2011 | Garrett Bradley | Review complaint drafts | 2 |
| 1/21/2011 | Garrett Bradley | Review research from clerks; document review | 3.5 |
| 1/25/2011 | Garrett Bradley | Continue drafting complaint, memo and research issues | 3 |
| 1/26/2011 | Garrett Bradley | Review complaint; discussions with co-counsel re same | 4 |
| 1/27/2011 | Garrett Bradley | Telephone call with co-counsel re communication with client; discuss complaint, memorandum and strategy | 5 |
| 1/28/2011 | Garrett Bradley | Review, revise complaint; telephone call with co-counsel regarding same | 2.5 |
| 2/1/2011 | Garrett Bradley | Review 93A memo; complaint | 4 |
| 2/3/2011 | Garrett Bradley | Review memorandum and research | 2.5 |
| 2/4/2011 | Garrett Bradley | Telephone discussion with co-counsel regarding client telephone call; discussed continued strategy issues; research | 4 |
| 2/7/2011 | Garrett Bradley | Reviewed emails; telephone calls with co-counsel regarding complaint and ongoing strategy; continue working on complaint | 5 |
| 2/8/2011 | Garrett Bradley | Review emails; review and revise complaint; telphone call with co-counsel | 5 |
| 2/9/2011 | Garrett Bradley | Review updated complaint; research | 5 |
| 2/10/2011 | Garrett Bradley | Review co-counsel emails and discussion regarding complaint filing | 4 |
| 2/11/2011 | Garrett Bradley | Document review and research | 5 |
| 2/14/2011 | Garrett Bradley | Document review; telephone call with co-counsel | 2 |
| 2/15/2011 | Garrett Bradley | Research and review case; call with co-counsel | 3.5 |
| 2/17/2011 | Garrett Bradley | Continue research and review of case | 5 |
| 2/21/2011 | Garrett Bradley | Review of emails and memos re case | 3 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 2/22/2011 | Garrett Bradley | Continue research of 93A issues | 3.5 |
| 2/23/2011 | Garrett Bradley | Document review | 5 |
| 2/24/2011 | Garrett Bradley | Review discovery drafts from co-counsel; continue document review and research | 6 |
| 2/25/2011 | Garrett Bradley | Document review; discussion with co-counsel re client communication | 5 |
| 3/1/2011 | Garrett Bradley | Document review | 8 |
| 3/2/2011 | Garrett Bradley | Review case; call with co-counsel re client communication | 2 |
| 3/3/2011 | Garrett Bradley | Meeting in Rhode Island to discuss case | 4 |
| 3/4/2011 | Garrett Bradley | call with co-counsel re client communicaiton; document review | 4 |
| 3/7/2011 | Garrett Bradley | Research case; call with co-counsel re client communication | 5 |
| 3/8/2011 | Garrett Bradley | Review emails; continue review of status | 3 |
| 3/10/2011 | Garrett Bradley | call with co-counsel re client communication; document review | 3 |
| 3/11/2011 | Garrett Bradley | Traveled to NY to meet with expert | 12 |
| 3/14/2011 | Garrett Bradley | Research expert issues | 2.5 |
| 3/15/2011 | Garrett Bradley | Continue research; review emails with co-counsel re 93A issues | 2 |
| 3/16/2011 | Garrett Bradley | Calls with co-counsel re case status | 0.09 |
| 3/17/2011 | Garrett Bradley | Review case status, emails | 3 |
| 3/21/2011 | Garrett Bradley | Review motion and all correspondence to and from all parties | 3 |
| 3/22/2011 | Garrett Bradley | Review motion and research issues | 1.5 |
| 3/23/2011 | Garrett Bradley | Continue to review issues re motion | 3 |
| 3/25/2011 | Garrett Bradley | Review case | 4 |
| 3/28/2011 | Garrett Bradley | Document review | 4 |
| 3/29/2011 | Garrett Bradley | Review motions; research case | 4 |
| 3/30/2011 | Garrett Bradley | Review revised documents and research | 3 |
| 4/1/2011 | Garrett Bradley | Call to co-counsel re communication with client | 1.5 |
| 4/4/2011 | Garrett Bradley | Review amended complaint | 1 |
| 4/8/2011 | Garrett Bradley | Review file; call to co-counsel to discuss communication with client | 3 |
| 4/11/2011 | Garrett Bradley | emails with co-counsel regarding status of case | 1 |
| 4/14/2011 | Garrett Bradley | Review draft amended complaint | 2 |
| 4/15/2011 | Garrett Bradley | Review file; call to co-counsel to discuss communication with client | 2.5 |
| 4/20/2011 | Garrett Bradley | Review documentation received from client | 2 |
| 4/21/2011 | Garrett Bradley | Review SEC inquiry; call to co-counsel to discuss same | 2 |
| 4/25/2011 | Garrett Bradley | Research outstanding issues regarding recent inquiry | 2 |
| 5/31/2011 | Garrett Bradley | Call to co-counsel re communication with client | 0.5 |

Confidential: Produced Pursuant to Court Order.

TLF-SST-000615

| Date | Name | Description | Hours |
|---|---|---|---|
| 6/1/2011 | Garrett Bradley | Call to co-counsel re communication with client and discuss strategy | 1.5 |
| 6/3/2011 | Garrett Bradley | Review motions filed; research same; call to co-counsel re client communication | 4 |
| 6/8/2011 | Garrett Bradley | Call with co-counsel re motion to dismiss assignments; internal meeting re the same | 1 |
| 6/10/2011 | Garrett Bradley | Review emails; motion; memo; research issues in response to same | 4 |
| 6/17/2011 | Garrett Bradley | Document review and research | 2 |
| 8/19/2011 | Garrett Bradley | Review draft briefs, motions | 1 |
| 8/22/2011 | Garrett Bradley | Review reply memorandum, inhouse research and emails | 3 |
| 9/19/2011 | Garrett Bradley | Travel to NY to meet with co-counsel re status and strategy | 2 |
| 9/19/2011 | Garrett Bradley | Meetings in NY with co-counsel to discuss status and strategy of case | 8 |
| 10/5/2011 | Garrett Bradley | Review emails and discuss case with inhouse counsel | 1 |
| 10/21/2011 | Garrett Bradley | Travel to Rhode Island for meeting | 2.5 |
| 10/21/2011 | Garrett Bradley | Meeting in Rhode Island to discuss case | 2.5 |
| 12/12/2011 | Garrett Bradley | Review file; call to co-counsel re stratgy and analysis and status meeting | 2 |
| 1/10/2012 | Garrett Bradley | Call to co-counsel regarding communication with potential client | 1 |
| 1/12/2012 | Garrett Bradley | Review order, call to co-counsel for status on conference and client communication | 1 |
| 3/22/2012 | Garrett Bradley | Review file; call to co-counsel re communication with client | 1.5 |
| 5/1/2012 | Garrett Bradley | Conference call with co-counsel re 5/28 MTD Hearing | 0.05 |
| 5/8/2012 | Garrett Bradley | Prepare and attend Judge Wolf MTD Hearing | 6 |
| 5/9/2012 | Garrett Bradley | Call with co-counsel re client communication; | 1.5 |
| 5/15/2012 | Garrett Bradley | Call with co-counsel re recent court decision and inhouse discussion on stratgey; research re same | 2.5 |
| 5/12/2012 | Garrett Bradley | Prepare and attend Judge Wolf MTD Hearing | 6 |
| 5/18/2012 | Garrett Bradley | Reviewed and discuss with co-counsel materials to be sent to client from co-counsel | 2.5 |
| 5/24/2012 | Garrett Bradley | Continue review of materials to be sent to client; research same | 3.5 |
| 6/13/2012 | Garrett Bradley | Call with co-counsel regarding mediation and communication with client | 1 |
| 6/14/2012 | Garrett Bradley | Review case status and discussion with co-counsel regarding client meeting | 2.5 |
| 6/21/2012 | Garrett Bradley | Continue case review; call with co-counsel re meeting with defense counsel | 4 |
| 6/22/2012 | Garrett Bradley | Call with co-counsel to discuss meeting with defendants; prepare materials; discuss same with inhouse counsel | 5 |
| 7/2/2012 | Garrett Bradley | Call with co-counsel; discuss research | 0.5 |
| 7/16/2012 | Garrett Bradley | Review research and discuss case with co-counsel | 2 |
| 8/1/2012 | Garrett Bradley | Review emails and call with co-counsel | 1 |

Confidential: Produced Pursuant to Court Order.

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 8/7/2012 | Garrett Bradley | Conference call with co-counsel, mediator, and defense counsel re plans for mediation; emails re the same | 1.4 |
| 8/9/2012 | Garrett Bradley | Review case and participated in conference call | 2.5 |
| 9/4/2012 | Garrett Bradley | Call with co-counsel for status on client meeting | 1 |
| 9/5/2012 | Garrett Bradley | Telephone call with co-counsel | 0.5 |
| 9/6/2012 | Garrett Bradley | Review file, emails, research and discussions re mediation | 4 |
| 9/7/2012 | Garrett Bradley | Prepare for mediation; call with co-counsel re status of meeting | 3 |
| 9/11/2012 | Garrett Bradley | Travel to NYC | 2 |
| 9/11/2012 | Garrett Bradley | Meeting with LCHB and Labaton re mediation goals, strategy. | 4 |
| 9/13/2012 | Garrett Bradley | Ex-parte meeting with mediator | 3 |
| 9/13/2012 | Garrett Bradley | Travel back from NYC to BOS | 2 |
| 10/22/2012 | Garrett Bradley | Prepare for mediation; research; review file | 4 |
| 10/30/2012 | Garrett Bradley | Emails with co counsel re call to Judge Wolf's clerk and information exchange | 0.8 |
| 1/7/2013 | Garrett Bradley | Review file, emails and call with co-counsel regarding communication with client | 2.5 |
| 1/24/2013 | Garrett Bradley | Call with co-counsel regarding communication with client | 0.5 |
| 4/11/2013 | Garrett Bradley | Review research and emails | 1.5 |
| 5/3/2013 | Garrett Bradley | Review research and emails; call to counsel on client communication | 2 |
| 6/11/2013 | Garrett Bradley | Review research and mediation issues | 2.5 |
| 7/9/2013 | Garrett Bradley | Call with inhouse counsel re medition and review of emails | 1 |
| 8/14/2013 | Garrett Bradley | Call with co-counsel to discuss ongoing research and issues, strategy and analysis of research | 2 |
| 8/19/2013 | Garrett Bradley | Review research | 1.5 |
| 8/26/2013 | Garrett Bradley | Review of emails re progress of document review and draft settlement papers | 1 |
| 9/13/2013 | Garrett Bradley | Prepare for mediation; review files, emails | 3 |
| 9/16/2013 | Garrett Bradley | Review draft document requests, emails and file in preparation for mediation | 3 |
| 9/17/2013 | Garrett Bradley | Travel to NYC | 2 |
| 9/17/2013 | Garrett Bradley | Attend Mediation with mediator | 2 |
| 9/17/2013 | Garrett Bradley | Travel back from NYC to Boston | 2 |
| 10/1/2013 | Garrett Bradley | Review Hill letter, emails and work on discovery issues | 2 |
| 10/11/2013 | Garrett Bradley | Review document research; call with co-counsel re client communication | 1.5 |
| 10/15/2013 | Garrett Bradley | Review letter from SEC; emails | 1 |
| 10/16/2013 | Garrett Bradley | Call with co counsel re mediation status and Hill status | 0.09 |
| 10/21/2013 | Garrett Bradley | Review research and SEC issues | 2 |

Confidential: Produced Pursuant to Court Order.

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/22/2013 | Garrett Bradley | Review emails and call with inhouse counsel regarding conference call | 0.5 |
| 10/23/2013 | Garrett Bradley | Call with co-counsel re client communication and outstanding issues | 1 |
| 10/28/2013 | Garrett Bradley | Discussion with co-counsel re SEC issues; emails and call re same | 1 |
| 10/31/2013 | Garrett Bradley | Review research re discovery issues; call with co-counsel re same | 2.5 |
| 11/7/2013 | Garrett Bradley | Review emails re discovery responses and discussion of same | 1.5 |
| 11/8/2013 | Garrett Bradley | Review of research on discovery issues | 2 |
| 11/13/2013 | Garrett Bradley | Travel to NYC | 2 |
| 11/13/2013 | Garrett Bradley | Attend mediaiton session | 3 |
| 11/13/2013 | Garrett Bradley | Travel back from NYC to Boston | 2 |
| 11/13/2013 | Garrett Bradley | Emails with co counsel re December meeting | 0.3 |
| 12/3/2013 | Garrett Bradley | Review document research; call with co-counsel re client communication | 1.5 |
| 12/4/2013 | Garrett Bradley | Review research, emails and file | 2 |
| 12/5/2013 | Garrett Bradley | Review damages and issues analysis; call with co-counsel re client meeting | 2 |
| 12/6/2013 | Garrett Bradley | Review reseach documentation re internal damages and issues analysis | 0.5 |
| 12/19/2013 | Garrett Bradley | Review emails; call with inhouse counsel re strategy session in CA; call with co-counsel re client communication update | 1.4 |
| 2/27/2014 | Garrett Bradley | Review emails re mediation, spreadsheet, damages sheet | 1.5 |
| 3/4/2014 | Garrett Bradley | Travel to NYC | 2 |
| 3/4/2014 | Garrett Bradley | Attend mediaiton session | 3 |
| 3/4/2014 | Garrett Bradley | Travel back from NYC to Boston | 2 |
| 3/4/2014 | Garrett Bradley | Review emails; call with inhouse counsel re mediation seesion with mediator; call with co-counsel re client communication update | 1 |
| 3/5/2014 | Garrett Bradley | Call with co-counsel re communication with client | 0.5 |
| 3/7/2014 | Garrett Bradley | Review emails; call co-counsel regarding client communication; call with inhouse counsel re status updat | 0.5 |
| 3/25/2014 | Garrett Bradley | Research outstanding issues; call with co-counsel re meeting with Mike Rogers | 0.5 |
| 4/10/2014 | Garrett Bradley | Review presentation and research completed by co-counsel | 2 |
| 4/16/2014 | Garrett Bradley | Review emails of E. co counsel and M. Rogers regarding ████ | 1 |
| 5/6/2014 | Garrett Bradley | Prepare for mediation | 2 |
| 5/22/2014 | Garrett Bradley | Review emails to/from co-counsel and ERISA counsel re communications with mediator and M. Rogers; call to co-counsel re client communication | 1.5 |
| 5/28/2014 | Garrett Bradley | Review emails with co-counsel re trade data and ARTRS fx; call to co-counsel re client communication | 1 |

Confidential: Produced Pursuant to Court Order.

TLF-SST-000618

| Date | Name | Description | Hours |
|---|---|---|---|
| 6/5/2014 | Garrett Bradley | Review document research and draft discovery | 0.5 |
| 6/23/2014 | Garrett Bradley | Discussion with co-counsel re client communication; review emails | 0.5 |
| 9/23/2014 | Garrett Bradley | Review emails regading discovery issues | 0.5 |
| 10/24/2014 | Garrett Bradley | Review emails re conf call and to/from co-counsel | 0.5 |
| 10/27/2015 | Garrett Bradley | Conference call with co counsel re: mediation scheduling and message for Marks and SST; emails to/from co counsel re: same | 1 |
| 12/30/2014 | Garrett Bradley | Call with co-counsel re client communication and mediation | 0.5 |
| 1/9/2015 | Garrett Bradley | Call with co-counsel re discovery issues | 0.5 |
| 1/13/2015 | Garrett Bradley | Review emails re case stategy | 0.5 |
| 2/25/2015 | Garrett Bradley | Review outstanding issues re mediation; review emails re same | 0.5 |
| 3/2/2015 | Garrett Bradley | Review research; call with co-counsel re client communication | 0.5 |
| 3/4/2015 | Garrett Bradley | Review emails; call with inhouse counsel re emails to co-counsel and mediation update | 0.05 |
| 3/6/2015 | Garrett Bradley | Review emails and draft discovery | 1 |
| 3/9/2015 | Garrett Bradley | Review research documents; call to co-counsel re discovery issues | 1 |
| 3/12/2015 | Garrett Bradley | Review emails from co-counsel; call with co-counsel re client communciation | 1 |
| 4/1/2015 | Garrett Bradley | Review hot docs for STT mediation | 1 |
| 4/6/2015 | Garrett Bradley | Review emails and discussion inhouse counsel re mediation meeting | 1 |
| 4/30/2015 | Garrett Bradley | Attend mediation session | 4 |
| 6/2/2015 | Garrett Bradley | Meeting at Office with co-counsel to discuss case and strategy | 0.5 |
| 6/2/2015 | Garrett Bradley | Meeting at Office with co-counsel to discuss case and strategy | 0.5 |
| 7/21/2015 | Garrett Bradley | Conference call with ERISA co counsel re ▇ allocation issues; conference call with STT counse re the same | 2.1 |
| 8/7/2015 | Garrett Bradley | Telephone conference with co-counsel regarding status and update of case | 0.5 |
| 8/11/2015 | Garrett Bradley | Telephone conference with co-counsel regarding case | 0.5 |
| | | | 539.58 |

Confidential: Produced Pursuant to Court Order.

TLF-SST-000619