# EX. 216

# Labaton Sucharow

**MEMORANDUM**

TO: File

FROM: Jonathan Gardner, Paul Scarlato, Craig A. Martin

DATE: January 20, 2011

RE: Potential Claims Against State Street Under M.G.L. c. 93A

I. █████████

██████████████████████████████████████████

II. ████████████████

██████████████████████████████████████████

III. ████████████

██████████████████████████████████████████

Confidential: Produced Pursuant to Court Order.                                    TLF-SST-090343

**MEMORANDUM**

IV. ████████

1. ████████

2. ████████

Confidential: Produced Pursuant to Court Order.

TLF-SST-090344

**MEMORANDUM**

███████████████████████████████████████

████████████████████

███████████████████████████████████████
███████████████████████████████████████

1. ███████████████████████████████████

███████████████████████████████████████
███████████████████████████████████████

2. █████████████████████████████

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

3. ███████████████████████████████

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

Confidential: Produced Pursuant to Court Order.   TLF-SST-090345

**MEMORANDUM**

**C.** ███████████████

███████████████

**D.** ███████

███████████████

**V.** ███████████████

███████████████

**VI.** ███████████

███████████████

**VII.** ███████████████████

███████████████

4

Confidential: Produced Pursuant to Court Order.                                        TLF-SST-090346