# EX. 217

**ichael Lesser**

rom:   Belfi, Eric J. [EBelfi@labaton.com]
ent:    Wednesday, December 08, 2010 11:59 AM
o:      Michael Lesser
c:      Michael Thornton; Garrett Bradley
ubject: Re: Summary of Labaton's Corroborating Witness Contacts: Confidential

hank you. I have sent to George. I plan to speak to him in the morning and the I will call you.

ric Belfi
artner
abaton Sucharow LLP
40 Broadway
Jew York, N.Y. 10005
: 1.212.907.0878
: 1.516.509.5236

)n Dec 8, 2010, at 11:20 AM, "Michael Lesser" <MLesser@tenlaw.com> wrote:

Eric;

**Email re investigation of claims asserted in State Street Litigation**

Confidential: Produced Pursuant to Court Order.

TLF-SST-090347

# Email re investigation of claims asserted in State Street Litigation

Michael A. Lesser, Esq.
Thornton & Naumes LLP
100 Summer St.
Boston, MA 02110
617-720-1333
800-431-4600
mlesser@tenlaw.com

---

```
This e-mail and any files transmitted with it are confidential and are
intended solely for the use of the individual or entity to whom they are
addressed.  This communication may contain material protected by the
attorney-client privilege. If you are not the intended recipient or the person
responsible for delivering the e-mail to the intended recipient, be advised that
you have received this e-mail in error and that any use, dissemination,
forwarding, printing, or copying of this e-mail is strictly prohibited. If you
have received this e-mail in error; please immediately notify us by telephone at
(800) 431-4600. You will be reimbursed for reasonable costs incurred in
notifying us.

Please consider the environment before printing this email.
```



Please consider the environment before printing this email.

\*\*\*Privilege and Confidentiality Notice\*\*\*

This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.