# EX. 218

**Memorandum**

TO:         Mike Lesser

FROM:    Evan Hoffman

DATE:     22 December 2010

RE:         ARTRS and a Guideline to Ch. 93A Claims, §§9 and 11.



1

Confidential: Produced Pursuant to Court Order.

TLF-SST-090657



2

Confidential: Produced Pursuant to Court Order.



3

Confidential: Produced Pursuant to Court Order.                                    TLF-SST-090659



4

Confidential: Produced Pursuant to Court Order.                    TLF-SST-090660



5

Confidential: Produced Pursuant to Court Order.

TLF-SST-090661



6

Confidential: Produced Pursuant to Court Order.



7

Confidential: Produced Pursuant to Court Order.
TLF-SST-090663



8

Confidential: Produced Pursuant to Court Order.

TLF-SST-090664