# EX. 219

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 12-cv-11698 MLW |

## DECLARATION OF GARRETT J. BRADLEY

I, Garrett J. Bradley, declare as follows:

1. I am the author of the handwritten notes that appear on the following pages produced to the Special Master (with the exception of signatures and accompanying signature dates that are clearly part of the underlying documents):

| | |
|---|---|
| 1. TLF-SST-090346 | 28. TLF-SST-090661 |
| 2. TLF-SST-090347 | 29. TLF-SST-090662 |
| 3. TLF-SST-090368 | 30. TLF-SST-090664 |
| 4. TLF-SST-090373 | 31. TLF-SST-090665 |
| 5. TLF-SST-090381 | 32. TLF-SST-090666 |
| 6. TLF-SST-090399 | 33. TLF-SST-090677 |
| 7. TLF-SST-090443 | 34. TLF-SST-090682 |
| 8. TLF-SST-090471 | 35. TLF-SST-090683 |
| 9. TLF-SST-090523 | 36. TLF-SST-090684 |
| 10. TLF-SST-090524 | 37. TLF-SST-090695 |
| 11. TLF-SST-090540 | 38. TLF-SST-090704 |
| 12. TLF-SST-090554 | 39. TLF-SST-090715 |
| 13. TLF-SST-090576 | 40. TLF-SST-090716 |
| 14. TLF-SST-090580 | 41. TLF-SST-090751 |
| 15. TLF-SST-090581 | 42. TLF-SST-090812 |
| 16. TLF-SST-090584 | 43. TLF-SST-090814 |
| 17. TLF-SST-090598 | 44. TLF-SST-090817 |
| 18. TLF-SST-090604 | 45. TLF-SST-090827 |
| 19. TLT-SST-090605 | 46. TLF-SST-090837 |
| 20. TLT-SST-090627 | 47. TLF-SST-090854 |
| 21. TLF-SST-090645 | 48. TLF-SST-090855 |
| 22. TLF-SST-090646 | 49. TLF-SST-090858 |
| 23. TLF-SST-090651 | 50. TLF-SST-090863 |
| 24. TLF-SST-090652 | 51. TLF-SST-090917 |
| 25. TLF-SST-090654 | 52. TLF-SST-090922 |
| 26. TLF-SST-090655 | 53. TLF-SST-090930 |
| 27. TLF-SST-090656 | |

2. I do not have a specific recollection of when I wrote the notes on the pages cited in paragraph 1 of this Declaration. Some of the notes appear to contain my thoughts on the documents, or are notes of meetings. Most of the notes appear to show an amount of time. One of my practices was to record the amount of time I spent reviewing a particular document on the document itself. I assume this is the case with respect to the time notations appearing on the pages cited in paragraph 1 of this Declaration.

3. I am the author of some, but not all, of the handwritten notes on the page produced to the Special Master at Bates number TLF-SST-090729. In particular, I am the author of the notation in the upper left corner of the page. I am not the author of the notation in the bottom right corner of the page. Nor am I the author of any of the markings that appear on subsequent pages of this document (*i.e.*, TLF-SST-090730 to TLF-SST-090749).

4. I am the author of some, but not all, of the handwritten notes on the page produced to the Special Master at Bates number TLF-SST-090832. In particular, I am the author of the notation in the lower left corner of the page. I am not the author of the notations above the words "Chicago" and "Agent" in the paragraph at the bottom of the page.

5. I am the author of some, but not all, of the handwritten notes on the page produced to the Special Master at Bates number TLF-SST-090872. In particular, I am the author of the notation on the lower left corner of the page. I am not the author of the notation on the top right corner of the page.

6. I am the author of some, but not all, of the handwritten notes on the page produced to the Special Master at Bates number TLF-SST-090901. In particular, I am the author of the notation on the lower left corner of the page. I am not the author of the notation above and to the right of the quotation in what is marked paragraph 2.

7. I am the author of some, but not all, of the handwritten notes on the page produced to the Special Master at Bates number TLF-SST-090905. In particular, I am the author of the notation on the lower left corner of the page. I am not the author of the notation immediately below the title of the page.

8. I am not the author of the handwritten notes on the page produced to the Special Master at Bates numbers TLF-SST-090887, TLF-SST-090400, TLF-SST-090615, TLF-SST-090723, and TLF-SST-090833.

9. The time records at Bates Numbers TLF-SST-090931 to TLF-SST-091187 appear to be copies or drafts of the master spreadsheet created by TLF and maintained during the course of the State Street litigation. It is my understanding that the final version of this spreadsheet was previously produced to the Special Master at Bates number TLF-SST-000001.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 23, 2018.

Garrett J. Bradley