# EX. 220





StateSt_CA_LIT05012656
TLF-SST-017998

Confidential: Produced Pursuant to Court Order.

[redacted]

Confidential: Produced Pursuant to Court Order.