# EX. 221



Ger Pox

1

Confidential
Confidential: Produced Pursuant to Court Order.

StateSt_CA_LIT05039439
TLF-SST-018165