# EX. 222



Confidential: Produced Pursuant to Court Order.　　　　　　　　　　　　　　　　　　　　　　　TLF-SST-019134