# EX. 223



Knowles 1/20/06

Confidential

statest_CA_LIT05876259

Confidential: Produced Pursuant to Court Order.

TLF-SST-023952



Confidential

StateSt_CA_LIT05876260

Confidential: Produced Pursuant to Court Order.

TLF-SST-023953



Confidential                                                                                           StateSt_CA_LIT05876261

Confidential: Produced Pursuant to Court Order.                                                        TLF-SST-023954