# EX. 224

Case 1:11-cv-10230-MLW   Document 401-226   Filed 07/23/18   Page 2 of 3



1

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

CAG104256

Confidential: Produced Pursuant to Court Order.

TLF-SST-025463

CAG104257
CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Confidential: Produced Pursuant to Court Order.
TLF-SST-025464