# EX. 226

<u>RULE 3:07 – CANONS OF ETHICS; DISCIPLINARY RULES</u>                    DR 2-108

## DR 2-07.  Division of Fees Among Lawyers

(A)   A lawyer shall not divide a fee for legal services with another lawyer who is not a partner in or associate of his law firm or law office, unless:

    (1)   The client consents to employment of the other lawyer after a full disclosure that a division of fees will be made.

    (2)   Reserved for future use.

    (3)   The total fee of the lawyers does not exceed reasonable compensation for all legal services they rendered the client.

(B)   This Disciplinary Rule does not prohibit payment to a former partner or associate pursuant to a separation or retirement agreement.