# EX. 237

**Timothy Dacey**

1

Volume:  1

Pages:  1-92

Exhibits:  1-3

JAMS

Reference No. 1345000011/C.A. No. 11-10230-MLW

---

In Re:  STATE STREET ATTORNEYS FEES

---

BEFORE: Special Master Honorable Gerald Rosen,

United States District Court, Retired

DEPOSITION of TIMOTHY J. DACEY

April 9, 2018, 3:03-5:09 p.m.

JAMS

One Beacon Street

Boston, Massachusetts

Court Reporter:  Paulette Cook, RPR/RMR

Page 42



Page 43

Page 44

```
 1   the class?
 2       MR. HEIMANN: You're just asking
 3   generally?
 4       MR. SINNOTT: After certification.
 5       MR. HEIMANN: All right.  Beyond the
 6   scope of this witness' testimony as an expert.
 7       MS. LUKEY: Objection.
 8   A.  Yeah, I don't profess to be an expert in
 9   notice of class actions.  I would only say that it's
10   not like communicating with an individual client
11   about settlement.  In that case your communications
12   about settlement are the result of a dialogue that
13   began with the client back at the beginning of the
14   case.
15       When you're telling a class that you've
16   settled the case, it's more like publishing a notice
17   in a newspaper.  You have to sort of think about the
18   things that as a general matter anybody reading the
19   newspaper would want to know.  And you would
20   probably look at case law and court rulings about
21   what should be in class action notices and start
22   from there.
23       But I don't -- I'm not an expert by any
24   means on what is customarily included in class
```

Page 45