# EX. 250

# WILMERHALE

May 4, 2018

**William H. Paine**

+1 617 526 6134 (t)
+1 617 526 5000 (f)
william.paine@wilmerhale.com

*By E-mail*

William Sinnott, Esq.
Barrett & Singal
One Beacon Street, Suite 1320
Boston, MA 02110

Re: *Arkansas Teachers v. State Street*

Dear Mr. Sinnott:

I am writing in response to Judge Rosen's request for information about the fee rates for professional services provided to State Street in 2016, with respect to the above-referenced case.

*Document Review Services*

With respect to the *Arkansas Teachers* case, State Street obtained first-level document review services over a period of years from a vendor ████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
██████████████████████████████████████████. In 2016, the vendor charged $36.40 per hour to State Street for first-level document review. In the *Arkansas Teachers* case, State Street also obtained first-level document review services from attorneys in WilmerHale's Discovery Services department. The fee rate for those services in 2016 was $75 per hour. ██
████████████████████████████████████████████████████████████████████████████████
████████████████████. In 2016, the rate for the staff attorney assigned to the *Arkansas Teachers* matter was ████ per hour.

In the *Arkansas Teachers* case, State Street received second-level document review services from WilmerHale. ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
██████████████████████████████████████. Our 2016 rates for associates assigned to the *Arkansas Teachers* matter is set forth below. Attorneys from the Discovery Services department in 2016 provided ████████████████████████ services to State Street at ████ per hour.

WILMERHALE

William Sinnott
May 4, 2018
Page 2

*Legal Services*

WilmerHale provided legal services to State Street in 2016 in the *Arkansas Teachers* matter by partners and employees for which WilmerHale charged the approximate rates set forth below.

| Role | Rate |
|---|---|
| Partner | ███ |
| Senior Counsel | ███ |
| Special Counsel | ███ |
| Counsel | ██ |
| Senior Associate | ███ |
| Associate | ███ |

Very truly yours,

William H. Paine

cc:   Joan A. Lukey, Esq.