# EX. 254

# Labaton Sucharow

December 19, 2016

By Facsimile 718-248-3425



Re:   Wire Transfer

Dear Victoria:

Please process the following wire transfer:

From:   Labaton Sucharow LLP
        Account Number: [Redacted]6289

 

Further Credit:   Goldman Scarlato & Penny, PC
Account #:        [Redacted]2499

Amount:           $363,158.33

Thank you.

Sincerely,

James W. Johnson
Partner

Labaton Sucharow LLP   140 Broadway, New York, NY 10005   212 907 0700 main   212 818 0477 fax   www.labaton.com

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                  LBS041983