# EX. 255

LABATON SUCHAROW LLP                Account  Redacted 6543         Page 10 of 14        000/R1/21F000
Statement Period:  Dec 1 - Dec 31, 2016

## CHECKING ACTIVITY                                                                             Continued

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | Redacted | | | |
| 12/19 | OTHER WITHDRAWAL/ADJ<br>DOMESTIC WIRE TRANSFER REF.# 20161219B1Q8021C04046 | 363,158.33 | | 1,002,212.01 |
| | Redacted | | | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                              LBS041839