# EX. 257



Portfolio Media. Inc. | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# Big Banks Face Wider Treasury Auction-Fixing Suit

By **Dunstan Prial**

Law360, New York (November 16, 2017, 9:58 PM EST) -- A lawsuit accusing 20 of the biggest Wall Street banks of rigging the $13 trillion market for securities sold by the U.S. Department of the Treasury was expanded late Wednesday night with the filing of an amended complaint that alleges two interrelated conspiracies.

The revised suit, filed in the Southern District of New York and brought by an array of large institutional investors, including union, state and municipal pension funds, includes allegations that bankers at competing banks "routinely" shared sensitive client information with each other in chat rooms, allowing them to profit at their clients' expense.

In addition, the new complaint outlines an alleged scheme by a smaller group of seven banks, including JPMorgan, Citigroup, Barclays and Goldman Sachs, to thwart competition in the bidding process in the U.S. Treasury market by blocking their clients' access to electronic trading platforms where better prices were available.

"This complaint is the culmination of a lengthy, multiyear investigation into the Treasury market and alleges facts and claims that heretofore have never been disclosed," said Daniel Blockett, a partner at Quinn Emanuel Urquhart & Sullivan LLP, one of the three BigLaw firms appointed as lead counsel in the case.

The 17 plaintiffs listed include the Atlanta Firefighters Pension Plan, the City of Pontiac, Michigan Police & Fire Retirement System, the American Federation of Teachers and the Employees Retirement System of Rhode Island.

Quinn Emanuel Urquhart & Sullivan LLP, Cohen Milstein Sellers & Toll PLLC and Labaton Sucharow LLP were **selected** in August to lead class actions that have been centralized in New York's Southern District before U.S. District Judge Paul G. Gardephe. To date, more than 48 putative class action complaints have been filed that allege banks conspired to manipulate auction prices in order to boost their own profits, according to the law firms.

The U.S. Treasury borrows money by selling various debt instruments, known as Treasury bonds or Treasury securities. These sales take place in market auctions conducted throughout the year, and a select group of banks — known as primary dealers — bid in the auctions.

In the suit filed late Wednesday, the plaintiffs' attorneys, citing recent reports in the media, included claims that bankers, including ones from Goldman Sachs, shared information with bankers at other institutions related to clients' orders for bids on the securities ahead of Treasury auctions.

The bankers then allegedly used this information to trade ahead of their clients' orders to obtain better prices for the bank. The "defendants did not tell customers that their bidding information was being shared as part of a bid-rigging conspiracy to benefit themselves to the detriment of their customers," the complaint said.

The banks, according to the suit, illegally boosted their profits by using the information to lower the prices of securities that they bought in auctions, and then raise the prices at which they sold them to other clients.

Spokespersons for Goldman Sachs, Barclays, JPMorgan and Citigroup declined to comment.

In addition, the suit claims that the banks pooled their information to gain a further competitive edge.

"The informational advantage is magnified when a group pools their resources, so each conspiracy member has more information than they would have in isolation," the suit said. "Collectively, they can then leverage this information against the less-informed market participants."

Through these alleged acts, the defendants "generated profits for themselves both in the auction and in the related markets before and after the auction."

The second part of the conspiracy alleges that seven of the banks included in the original complaint colluded with a trading platform called Tradeweb to block the plaintiffs from trading on platforms where better prices could be obtained.

The suit claims that the defendants allegedly tried to enforce a two-tiered marketplace in which the big banks, or dealers, could obtain lower prices on some trading systems known as interdealer platforms, and nonbank investors, including the plaintiffs, were relegated to other trading platforms where prices tend to be higher.

The banks allegedly pressured some interdealer platforms not to allow the nonbank investors to use those platforms by threatening to boycott the systems, which would have a significant financial impact on the platforms.

Tradeweb allegedly conspired with the banks and was also named as a defendant in the new complaint. It is owned by a consortium of the seven banks named as defendants. A Tradeweb spokesman declined to comment.

Goldman Sachs is represented by Maya Krugman, Penny Shane, Stephen Ehrenberg and Jonathan Lucas Shapiro of Sullivan & Cromwell LLP, and Elizabeth P. Papez, Robert Y. Sperling and Susannah Providence Torpey of Winston & Strawn LLP.

Barclays is represented by David Harold Braff, Kathleen Suzanne McArthur, Matthew Alexander Schwartz and Stephanie Szaro Heglund of Sullivan & Cromwell LLP.

Citigroup is represented by Jay B. Kasner, Paul Madison Eckles and Shepard Goldfein of Skadden Arps Slate Meagher & Flom LLP.

JPMorgan is represented by Mark Putnam Gimbel, Henry Liu and Robert D. Wick of Covington & Burling LLP.

Counsel information for Tradeweb couldn't be determined Thursday.

The plaintiffs are represented by Faith Gay, Daniel Brockett, Steig Olson, Sascha Rand, Christine Chung, Jordan A. Goldstein, Jeremy D. Anderson, Christopher Barker and Daniel P. Cunningham of Quinn Emanuel Urquhart & Sullivan LLP, J. Douglas Richards, Michael B. Eisenkraft, David A. Young, Carol V. Gilden and Alison Deich of Cohen Milstein Sellers & Toll PLLC, and Jay Himes, Greg Asciolla, Christopher J. McDonald, Robin A. Van Der Meulen and Matthew J. Perez of Labaton Sucharow LLP.

The case is In re: Treasury Securities Auction Antitrust Litigation, case number 1:15-md-02673, before the U.S. District Court for the Southern District of New York.

--Editing by Dipti Coorg.

All Content © 2003-2018, Portfolio Media, Inc.