# EX. 260

| | |
|---|---|
| **From:** | Garrett Bradley |
| **Sent:** | Tuesday, June 21, 2016 3:26 PM |
| **To:** | Damon Chargois |
| **Subject:** | Fwd: State street fee regarding local counsel |

Damon,

As always it was a pleasure to speak with you today. & As requested, I am laying out to you where we are on the State Street matter and below is the email that we referenced on the call. & That email established that Lieff, Thornton and Labaton would "share" your obligation whatever it turned out to be. & The status of the case has gotten better but yet more confusing when it comes to fees.

We have reached a settlement in principle for $300,000,000 with the defendant but it involves not just our consumer class case, but also obligations to SEC and DOL as well as the Erisa class case which was merged with ours by the Judge for settlement discussions. & DOJ also has a separate settlement that is timed to be announced with ours. & As we spoke this morning, a few matters got screwed up today but we are hoping to have a status conference with the court on Thursday (he is on vacation all July) with a preliminary approval hearing sometime in August. & Given that we have to do a CAFA notice, we are still hoping for a final date this late this year. & We also have to post bonds or wait the 30 day appeal period to take fees ████████████ ████████████████████████████████. & It is going to be tight.

Since our last conversation some things have changed. & The fee we will apply for is $70,900,000. This will be for Lief, Thornton, Labaton, you and now three Erisa firms. & We are attempting to hold the Erisa firms to 10% because that is what they agreed to several years ago, but the Erisa part of the settlement is now 20%. & I think we can hold them to 10%. & Also at one point in the litigation, it became clear that State Street was going to try and pick of Arkansas as the class rep so we got ████████████████ to agree to come in. & We never formally had to bring them but we let the defendants know it would be a waste to settle out with Arkansas.

We have not finalized the balance of the fee between us, Lief and Thornton but I think it is the right time for me to propose what I think would be a fair and reasonable fee for you. & It was my firm that originated the idea and put the firms together. & Also, as we discussed this is not a securities case and is complicated by all the above factors. & We have always been direct with each other and I am not trying to negotiate but rather just give you a set percentage. & I would propose that you be paid 5% of the fee that the court awards (as you know he may award what we ask but could also trim our request). & My firm, Lief and Labaton have put extensive man hours into the case and looked at millions of pages of documents, so I think we have a good chance of getting our request.

I have not put anyone else on this email but if you agree I will flip this around and get everyone's written assent. & Please let me know your thoughts.

Garrett

> From: Garrett Bradley [GBradley@tenlaw.com]
> Sent: Wednesday, April 24, 2013 6:07 PM
> To: Lieff, Robert L.; Robert L. Lieff; Michael Thornton; Eric Belfi
> Cc: Damon Chargois Esq.; Christopher J. Keller Esq.; Chiplock,

1

Confidential: Produced Pursuant to Court Order.                                                                     TLF-SST-060973

Daniel P.
Subject: State street fee regarding local counsel

Bob,

As you, Mike and I discussed in Dublin last week, I am sending this email regarding the obligation to the local counsel who assists Labaton in matters involving the Arkansas Teachers Retirement System. & Labaton has an obligation to this counsel, Damon Chargois copied on this email, of 20% of the net fee to Labaton in the State Street FX class case before Judge Wolf. & Currently this amount would be 4% because of the agreement between Labaton, Thornton and Lieff of a division of 20% guaranteed each with the balance to be decided upon at a later date. & Obviously this may go up should Labaton receive an amount higher than 20%.

We have agreed that the amount due to the local, whatever it turns out to be (4%, 5% etc.), will be paid off the top with the balance of the overall fee spilt between Lieff, Labaton and Thornton pursuant to our agreement.

The local asked that I copy him on this email so he will have confirmation of this agreement. & When we spoke to him he was agreeable to this as well.

Garrett

_____

_____

This e-mail and any files transmitted with it are confidential and are

intended solely for the use of the individual or entity to whom they are
addressed. & This communication may contain material protected by the
attorney-client privilege. If you are not the intended recipient or the person
responsible for delivering the e-mail to the intended recipient, be advised that
you have received this e-mail in error and that any use, dissemination,
forwarding, printing, or copying of this e-mail is strictly prohibited. If you
have received this e-mail in error; please immediately notify us by telephone at
(800) 431-4600. You will be reimbursed for reasonable costs

Confidential: Produced Pursuant to Court Order.                                                                 TLF-SST-060974

incurred in
notifying us.

Please consider the environment before printing this email.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

3

Confidential: Produced Pursuant to Court Order.

TLF-SST-060975