# EX. 261

| From: | Chiplock, Daniel P. <DCHIPLOCK@lchb.com> |
|---|---|
| Sent: | Wednesday, November 9, 2016 7:01 PM |
| To: | 'Goldsmith, David' |
| Cc: | Evan Hoffman; Michael Lesser |
| Subject: | RE: State Street |

| Importance: | High |
|---|---|

Here is what I've been able to determine, in order of most to least significant:

(1) Rachel Wintterle and Ann Ten Eyck should not have been included in LCHB's lodestar at all.  They were Thornton contract reviewers throughout 2015, but worked on our premises.   Many if not most of their detailed time entries did not specifically indicate that the work was being done on Thornton assignments in the "narrative" field, which resulted in their time inadvertently being included with other LCHB reviewers they were working with when our accounting department ran lodestar reports.  I failed to catch that after our accounting department ran everyone's lodestar, and apologize.  These two reviewers account for $551,719.50 in total lodestar from LCHB that should be removed from LCHB's total.  Thornton's lodestar attributable to these two reviewers should not change.

(2) Chris Jordan and Jonathan Zaul each did work for both LCHB and Thornton.   Again, we neglected to exclude time entries specifically relating to "Thornton" assignments, which took place between 2/9/15 and 4/14/15 only, from LCHB's lodestar.  Once that time is removed, their respective hours and lodestar attributable to LCHB should be as follows:

Christopher Jordan:    540 hours, for $224,100
Jonathan Zaul:        503 hours, for $208,745

Which results in an additional net reduction from LCHB lodestar of $281,619.  Add this to the reduction for Ten Eyck and Wintterle, and you get a total reduction of $833,338 from LCHB's reported lodestar.

Thornton's adjusted total hours/lodestar for Jordan and Zaul (using Thornton rates), based on the hours invoices to Thornton, should be:

Christopher Jordan:    359.50 hours, for $152,787.50
Jonathan Zaul:        319 hours, for $135,575.00

This results in a net lodestar *increase* of $26,987.50 for these two attorneys for Thornton Law.  This should be noted as at least a modest net offset against the lodestar that needs to be cut elsewhere.

(3) Andrew McClelland's and Virginia Weiss's lodestar checks out OK on our end - everything we reported for them was specific to LCHB, even if they may also have done work for Thornton, which Thornton appears to have accounted for separately on their report.  I do not see duplication based on my review of our records.  I can't speak to the accuracy of their hours for Thornton on Thornton's end.

Evan/Mike, please feel free to check my math on your end.  I tried to double-check but am also in grief over the election so my mind's a little hazy.

Dan

Confidential: Produced Pursuant to Court Order.

-----Original Message-----
From: Goldsmith, David [mailto:dgoldsmith@labaton.com]
Sent: Wednesday, November 09, 2016 3:38 PM
To: Chiplock, Daniel P.
Subject: RE: State Street

Appreciate your input

-----Original Message-----
From: Chiplock, Daniel P. [mailto:DCHIPLOCK@lchb.com]
Sent: Wednesday, November 09, 2016 2:55 PM
To: Goldsmith, David
Subject: Re: State Street

For what it's worth I strongly agree with just one fulsome letter on this issue.

Sent from my iPhone

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

Confidential: Produced Pursuant to Court Order.                    TLF-SST-032268