# EX. 263

## Michael Bradley

**From:**       Michael Bradley [mike@bradleylegal.org]
**Sent:**       Friday, March 29, 2013 3:35 PM
**To:**         'Evan Hoffman'
**Subject:**    Doc Hours

Evan,

State Street Document Review hours as of 3/29/13:

1) 3/22/13, 4:45-5:30      (45 Min)
2) 3/25/13, 2:55-4:45      (1:55)
3) 3/26/13, 2:31-4:16      (1:45)
4) 3/27/13, 1:15-3:28      (2:13)
5) 3/29/13, 1:06-3:15      (2:09)

• Total: 8.48 hrs

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

## Michael Bradley

**To:**   'Evan Hoffman'
**Subject:**   SS Doc Review

Evan,

State Street document review hours as of 4/5/13:

1.  4/2/13 , 2:34-4:37     (2:03)
2.  4/3/13, 1:29-4:03      (2:34)
3.  4/4/13, 12:55-3:15     (2:20)
4.  4/5/13, 12:29-2:40     (2:41)

- Total Hours: 9.38 Hours

Question:

If a document shows "This document has been produced in native format" what would you like me to do. I have been checking NOT reviewed and checking "Get Native". Please advise?

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

## Michael Bradley

| | |
|---|---|
| **From:** | Michael Bradley [mike@bradleylegal.org] |
| **Sent:** | Tuesday, April 16, 2013 12:52 PM |
| **To:** | 'Evan Hoffman' |
| **Subject:** | SS DR |

Evan,

State Street document review hours as of 4/12/13:

1.  4/8/13 , 1:08-3:05      (1:57)
2.  4/9/13, 12:17-1:48      (1:31)
3.  4/11/13, 12:00-1:47      (1:47)
4.  4/12/13, 11:43-1:46      (2:03)

  • Total Hours: 7:18 Minutes

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

## Michael Bradley

| | |
|---|---|
| **From:** | Michael Bradley [mike@bradleylegal.org] |
| **Sent:** | Monday, April 22, 2013 1:19 PM |
| **To:** | 'Evan Hoffman' |
| **Subject:** | error SSDR as of 4-19 |

Evan,

State Street document review hours as of **4/19/13**:

1. 4/16/13 , 12:52-2:38     (1:40)
2. 4/18/13, 1:07-2:42       (1:35)

   - Total Hours: 3:15 Min

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

## Michael Bradley

**From:**       Michael Bradley [mike@bradleylegal.org]
**Sent:**       Monday, April 29, 2013 12:53 PM
**To:**         'Evan Hoffman'
**Subject:**    SS DR

Evan,

State Street document review hours as of **4/29/13**:

1.  4/25/13 , 11:51-2:12     (2:21)
2.  4/26//13, 11:59-2:17     (2:18)

   • Total Hours: 4:39 Min

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

## Michael Bradley

| | |
|---|---|
| **From:** | Michael Bradley [mike@bradleylegal.org] |
| **Sent:** | Monday, May 06, 2013 12:15 PM |
| **To:** | 'Evan Hoffman' |
| **Subject:** | SS DR |

Evan,

State Street document review hours as of **5/3/13**:

1.  4/30/13, 2:30-4:00      (1:30)
2.  5/1/13, 12:55-2:43      (1:48)
3.  5/2/13, 11:23-12:25     (1:02)

   •   Total Hours: 4:20 Min

P.S. I have been in court for the past two weeks, I will log additional hours weekly as we continue to move forward. Please call with any questions or concerns.

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

1                    SSSM_MB_000008

## Michael Bradley

**From:** Michael Bradley [mike@bradleylegal.org]
**Sent:** Tuesday, May 14, 2013 2:24 PM
**To:** 'Evan Hoffman'
**Subject:** SS DR

Evan,

State Street document review hours as of **5/10/13**:

1. 5/6/13, 12:10-1:15    (1:05)
2. 5/7/13, 12:46-2:35    (1:49)
3. 5/8/13, 1:32-3:24    (1:52)

   • Total Hours: 4:46 Min

P.S.  ▮▮▮

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

**Subject:** SS DR

**Date:** Monday, May 20, 2013 4:13:25 PM Eastern Daylight Time

**From:** Michael Bradley

**To:** Evan Hoffman

State Street Document Review hours as of as of 5/17/2103:

5/14/13, 2:11-4:15    (2:04)
5/16/13, 2:05-4:30    (2:25)

                Total:    4:29

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

**Subject:** SS DR

**Date:** Tuesday, May 28, 2013 11:41:49 AM Eastern Daylight Time

**From:** Michael Bradley

**To:** Evan Hoffman

State Street Document Review hours as of as of 5/24/2103:

- 5/20/13, 12:15-3:05   (2:50)
- 5/21/13, 12:00-1:25   (1:25)
- 5/23/13, 12:35-2:05   (1:30)
- 5/24/13, 1:15-2:10   (55 min)

Total:   6:40

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

                                                                SSSM_MB_000011

**Subject:** SS DR

**Date:** Tuesday, June 4, 2013 1:30:52 PM Eastern Daylight Time

**From:** Michael Bradley

**To:** Evan Hoffman

State Street Document Review hours as of as of 5/31/2103:

- 5/27/13, 11:55-1:00   (1:05)
- 5/29/13, 11:15-1:00   (1:45)

        Total:    2:50 min

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

CONFIDENTIAL                                                     SSSM_MB_000012

**Subject:** SS DR

**Date:** Monday, June 10, 2013 1:58:11 PM Eastern Daylight Time

**From:** Michael Bradley

**To:** Evan Hoffman

State Street Document Review hours as of as of 6/7/2103:

- 6/4/13, 1:30-2:35    (1:05)
- 6/6/13, 1:50-3:55 (2:05)
- 6/7/13, 12:08-2:45    (2:38)

        Total:    5:55 min

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

CONFIDENTIAL                                    SSSM_MB_000013

**Subject:** SS DR

**Date:** Monday, June 17, 2013 12:52:11 PM Eastern Daylight Time

**From:** Michael Bradley

**To:** Evan Hoffman

State Street Document Review hours as of as of 6/14/2103:

- 6/10/13, 2:02-3:10      (1:08)
- 6/11/13, 10:10-12:15      (2:05)

Total:    3:13 min

Thank You,
Michael G. Bradley, Esq
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

SSSM_MB_000014

**Subject:** SS DR

**Date:** Monday, June 24, 2013 12:51:23 PM Eastern Daylight Time

**From:** Michael Bradley

**To:** Evan Hoffman

State Street Document Review hours as of as of 6/21/2103:

- 6/18/13, 11:58-2:15     (2:17)
- 6/21/13, 1:35-2:50      (1:15)

                    Total:    3:32 min

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

CONFIDENTIAL                                                                                              SSSM_MB_000015

**Subject:** SS DR

**Date:** Monday, July 1, 2013 3:13:07 PM Eastern Daylight Time

**From:** Michael Bradley

**To:** Evan Hoffman

State Street Document Review hours as of as of 6/28/2103:

- 6/25/13, 11:20-12:45 (1:25)
- 6/27/13, 1:43-4:17    (2:35)

                    Total:    4 Hrs

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

**Subject:** SS DR

**Date:** Monday, July 15, 2013 12:43:55 PM Eastern Daylight Time

**From:** Michael Bradley

**To:** Evan Hoffman

State Street Document Review hours as of as of 7/12/2103:

- 7/1/13,       3:15-4:20       (1:05)
- 7/11/13,      12:35-2:15      (1:40)
- 7/12/13, 1:30-3:00      (2:30)

                    Total:    5:15 Min

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

                    SSSM_MB_000017

**Subject:** SS DR

**Date:** Monday, July 22, 2013 2:41:18 PM Eastern Daylight Time

**From:** Michael Bradley

**To:** Evan Hoffman

State Street Document Review hours as of as of 7/19/2103:

- 7/15/13, 12:40-2:15          (1:35)
- 7/16/13,     11:16-12:55     (1:39)
- 7/18/13, 11:45-2:10          (2:25)

Total:     5:39 Min

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

**Subject:** SS DR

**Date:** Monday, July 29, 2013 12:59:39 PM Eastern Daylight Time

**From:** Michael Bradley

**To:** Evan Hoffman

State Street Document Review hours as of as of 7/26/2103:

- 7/22/13, 2:43-3:58      (1:15)
- 7/23/13,    2:40-3:45      (1:05)

Total:   2:20 Min

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

CONFIDENTIAL

**Subject:** SS DR

**Date:** Tuesday, August 6, 2013 1:01:16 PM Eastern Daylight Time

**From:** Michael Bradley

**To:** Evan Hoffman

State Street Document Review hours as of as of 8/2/13:

- 7/29/13, 12:55-2:40     (2:20)
- 7/30/13, 1:10-3:30       (1:45)
- 7/31/13, 12:45-2:30     (1:45)

Total:     5:50 Min

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

**Subject:** SS DR

**Date:** Monday, August 19, 2013 1:41:15 PM Eastern Daylight Time

**From:** Michael Bradley

**To:** Evan Hoffman

State Street Document Review hours as of as of 8/16/13:

- 8/6/13,      1:25-3:15        (1:50)
- 8/8/13,      12:41-2:10      (1:29)
- 8/14/13, 4:52-6:00        (1:08)
- 8/15/13, 1:35-3:50        (2:15)

                          Total:    6:42 Min

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

**Subject:** SS DR

**Date:** Tuesday, September 3, 2013 12:52:07 PM Eastern Daylight Time

**From:** Michael Bradley

**To:** Evan Hoffman

CORRECTION IN BOLD

State Street Document Review hours as of as of **8/27/13:**

- 8/20/13       12:25-2:30       (2:05)
- 8/26/13,2:15-3:45       (1:30)
- 8/27/13,12:38-2:45       (1:53)

                    Total:    5:28 Min

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

                                                    SSSM_MB_000022

**Subject:** SS DR

**Date:** Monday, September 16, 2013 5:07:21 PM Eastern Daylight Time

**From:** Michael Bradley

**To:** Evan Hoffman

State Street Document Review hours as of as of 9/13/13:

- 9/3/13          12:52-2:58          (2:06)
- 9/9/13,          11:10-12:15          (1:05)
- 9/11/13, 3:50-5:00          (1:10)
- 9/12/13, 11:30-2:15          (2:45)

                       Total:      7:06 Min

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

CONFIDENTIAL                                                                                              SSSM_MB_000023

**Subject:** SS DR

**Date:** Monday, September 30, 2013 4:00:31 PM Eastern Daylight Time

**From:** Michael Bradley

**To:** Evan Hoffman

State Street Document Review hours as of as of 9/27/13:

- 9/16/13        2:15-4:05        (1:50)
- 9/17/13, 11:45-1:45        (2:00)
- 9/23/13, 3:00-4:25        (1:25)
- 9/25/13, 2:30-4:05        (1:35)

Total:    6:50 Min

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

**Subject:** SS DR

**Date:** Tuesday, November 12, 2013 at 2:37:18 PM Eastern Standard Time

**From:** Michael Bradley

**To:** Evan Hoffman

State Street Document Review hours as of as of 11/8/13:

- 10/31/13,   12:25-2:15   (1:50)
- 11/4/13,   3:50-5:15   (1:25)
- 11/5/13,   2:40-4:30   (1:50)
- 11/8/13,   1:25-2:45   (1:20)

Total:   6:25 Min

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

**Subject:** SS DR

**Date:** Monday, October 14, 2013 4:56:21 PM Eastern Daylight Time

**From:** Michael Bradley

**To:** Evan Hoffman

State Street Document Review hours as of as of 10/11/13:

- 10/2/13      11:30-12:55      (1:25)
- 10/3/13,1:00-2:15        (1:15)
- 10/7//13,    10:35-12:45      (2:10)
- 10/9/13,2:05-4:10        (2:05)
- 10/10/13,    1:25-3:15        (1:50)

                    Total:    8:45 Min

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

CONFIDENTIAL                                                    SSSM_MB_000026

From: **Bradley Michael** mike@bradleylegal.org
Subject: SS DR
   Date: December 2, 2013 at 1:40 PM
   To: Evan Hoffman EHoffman@tenlaw.com

State Street Document Review hours as of as of 11/29/13:

- 11/12/13,   2:45-4:15      (1:30)
- 11/13/13,   1:15-2:50      (1:35)
- 11/14/13,   1:35-3:15      (1:40)
- 11/19/13,   1:00-3:15      (2:15)
- 11/21/13,   10:45-12:30    (1:45)
- 11/26/13,   1:30-3:40      (2:10)

                    Total:      10:55 Min

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity
to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you
are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that
you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is
strictly prohibited.

From: **Bradley Michael** mike@bradleylegal.org
Subject: SS DR
Date: December 17, 2013 at 4:01 PM
To: Evan Hoffman EHoffman@tenlaw.com

State Street Document Review hours as of as of 12/13/13:

- 12/2/13,      1:45-3:15      (1:30)
- 12/3/13,      2:15-4:30      (2:15)
- 12/4/13,      3:25-4:30      (1:05)
- 12/11/13,    3:35-5:25      (1:50)
- 12/12/13,    11:50-1:45    (1:55)

Total: 8:35 Min

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

SSSM_MB_000028

From: **Bradley Michael** mike@bradleylegal.org
Subject: SS DR
Date: December 30, 2013 at 12:33 PM
To: Evan Hoffman EHoffman@tenlaw.com

State Street Document Review hours as of as of 12/27/13:

- 12/17/13,    2:35-3:55    (1:20)
- 12/18/13,    12:50-2:25   (1:35)
- 12/20/13,    1:45-3:35    (1:50)
- 12/27/13,    2:35-4:15    (1:40)

Total: 6:25 Min

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

CONFIDENTIAL

From: **Bradley Michael** mike@bradleylegal.org
Subject: SS DR
   Date: January 13, 2014 at 3:33 PM
      To: Evan Hoffman EHoffman@tenlaw.com

State Street Document Review hours as of as of 1/10/14:

- 12/30/13,   12:15-2:00   (1:45)
- 12/31/13,   12:40-2:10   (1:30)
- 1/6//14,    3:00-4:15    (1:15)
- 1/7/14,     12:55-2:15   (1:20)
- 1/8/14,     1:00-2:30    (1:30)
- 1/10/14,    11:30-2:25   (1:55)

                    Total: 9:15 Min

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

                                                    SSSM_MB_000030

**From: Bradley Michael** mike@bradleylegal.org
Subject: SS DR
Date: January 27, 2014 at 11:45 AM
To: Evan Hoffman EHoffman@tenlaw.com

State Street Document Review hours as of as of 1/24/14:

- 1/15/14,   3:30-5:00   (1:30)
- 1/17/14,   10:15-12:30 (2:15)
- 1/23/14,   3:00-4:45   (1:45)
- 1/24/14,   11:30-1:15  (1:45)

Total: 7:15 Min

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

CONFIDENTIAL                                                                 SSSM_MB_000031

From: **Bradley Michael** mike@bradleylegal.org
Subject: SS DR
Date: February 24, 2014 at 11:23 AM
To: Evan Hoffman EHoffman@tenlaw.com

State Street Document Review hours as of as of 2/21/14:

- 2/10/14,    1:50-3:30    (1:40)
- 2/12/14,    3:00-4:45    (1:45)
- 2/20/14,    12:40-2:30    (1:50)

Total: 5:15 Min

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

CONFIDENTIAL

SSSM_MB_000032

From: **Bradley Michael** mike@bradleylegal.org
Subject: SS DR
Date: March 10, 2014 at 4:25 PM
To: Evan Hoffman EHoffman@tenlaw.com

State Street Document Review hours as of as of 3/7/14:

- 2/24/14,    11:25-1:15   (1:50)
- 2/26/14,    11:30-2:30   (2:00)
- 2/28/14,    12:50-2:00   (1:10)

                    Total: 5:00 hours

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

CONFIDENTIAL                                        SSSM_MB_000033

From: **Bradley Michael** mike@bradleylegal.org
Subject: SS DR
Date: March 24, 2014 at 5:22 PM
To: Evan Hoffman EHoffman@tenlaw.com

State Street Document Review hours as of as of 3/21/14:

- 3/11/14,    1:40-3:00    (1:20)
- 3/12/14,    1:15-3:10    (1:55)
- 3/17/14,    1:50-3:30    (1:40)
- 3/18/14,    11:20-12:50  (1:30)
- 3/20/14,    2:45-4:15    (1:30)
- 3/21/14,    10:40-12:00  (1:20)

Total: 9:15 Min

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

CONFIDENTIAL

SSSM_MB_000034

From: **Bradley Michael** mike@bradleylegal.org
Subject: SS DR
Date: April 7, 2014 at 4:09 PM
To: Evan Hoffman EHoffman@tenlaw.com

State Street Document Review hours as of as of 4/4/14:

- 3/25/14,    1:30-2:40    (1:10)
- 3/27/14,    2:35-4:00    (1:25)
- 3/28/14,    12:55-2:20    (1:25)
- 4/3/14,    2:15-3:30    (1:15)

                    Total: 5:15 Min

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

CONFIDENTIAL                    SSSM_MB_000035

**From: Bradley Michael** mike@bradleylegal.org
**Subject:** SS DR
  **Date:** April 29, 2014 at 1:08 PM
   **To:** Evan Hoffman EHoffman@tenlaw.com

State Street Document Review hours as of as of 4/25/14:

- 4/8/14,    1:25-2:30   (1:05)
- 4/15/14,   2:10-3:50   (1:40)
- 4/17/14,   12:10-2:00  (1:50)
- 4/23/14,   1:30-:2:45  (1:15)

Total: 5:50 Min

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

SSSM_MB_000036

From: **Bradley Michael** mike@bradleylegal.org
Subject: SS DR
Date: June 2, 2014 at 3:56 PM
To: Evan Hoffman EHoffman@tenlaw.com

State Street Document Review hours as of as of 5/30/14:

|  | | |  |
|---|---|---|
| • 5/20/14, | 2:50-4:15 | (1:25) |
| • 4/30/14, | 2:50-4:25 | (1:35) |

Total: 3 Hrs

I was on trial and will increase the hours over the next several weeks. How is the case against SS progressing?

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

CONFIDENTIAL

From: **Bradley Michael** mike@bradleylegal.org
Subject: SS DR
Date: July 8, 2014 at 11:19 AM
To: Evan Hoffman EHoffman@tenlaw.com

State Street Document Review hours as of as of 7/4/14:

- 6/19/14   11:30-1:45   (2:15)
- 6/23/14   4:50-5:50   (1:00)
- 6/25/14   2:25-4:10   (1:45)
- 6/30/14   4:00-5:30   (1:30)

Total: 6:30 Min

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

SSSM_MB_000038

From: **Bradley Michael** mike@bradleylegal.org
Subject: Re: SS DR
Date: July 21, 2014 at 3:02 PM
To: Evan Hoffman EHoffman@tenlaw.com

Thanks Evan. Call me if you need anything.

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

SSSM_MB_000039

From: **Bradley Michael** mike@bradleylegal.org
Subject: SS DR
Date: July 21, 2014 at 2:54 PM
To: Evan Hoffman EHoffman@tenlaw.com

Evan,
We haven't spoken for some time. Please confirm that you've been receiving these emails. Also, is the case progressing?

State Street Document Review hours as of as of 7/18/14:

- 7/8//14    11:15-1:00    (1:45)
- 7/9/14     5:00-6:10     (1:10)
- 7/14//14   1:25-3:00     (1:35)
- 7/15//14   4:45-6:15     (1:30)
- 7/16/14    12:10-2:05    (1:55)

Total: 7:55 Min

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

From: **Bradley Michael** mike@bradleylegal.org
Subject: SS DR
Date: August 18, 2014 at 5:22 PM
To: Evan Hoffman EHoffman@tenlaw.com

State Street Document Review hours as of as of 8/15/14:

- 8/4/14,    2:00-3:20    (1:20)
- 8/7/14,    1:40-3:10    (1:30)
- 8/14/14,  4:05-5:45    (1:40)

Total: 4:30 Min

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

CONFIDENTIAL

SSSM_MB_000041

From: **Bradley Michael** mike@bradleylegal.org
Subject: SS DR
Date: September 4, 2014 at 2:41 PM
To: Evan Hoffman EHoffman@tenlaw.com

State Street Document Review hours as of as of 8/29/14:

- 8/18/14,   8:30-10:35      (2:05)
- 8/19/14,   12:40-2:30      (1:50)
- 8/25/14,   2:05-4:10      (2:05)
- 8/26/14,   2:35-4:10      (1:35)
- 8/27/14,   3:05-4:30      (1:25)

Total: 9 Hrs

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

From: **Bradley Michael** mike@bradleylegal.org
Subject: SS DR
    Date: September 15, 2014 at 5:15 PM
    To: Evan Hoffman EHoffman@tenlaw.com

State Street Document Review hours as of as of 9/12/14:

- 9/4/14,    2:30-4:00      (1:30)
- 9/11/14,   1:00-3:15      (2:15)


                    Total: 3:45 Hrs

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

                                        SSSM_MB_000043

From: **Bradley Michael** mike@bradleylegal.org
Subject: SS DR
Date: September 29, 2014 at 3:16 PM
To: Evan Hoffman EHoffman@tenlaw.com

State Street Document Review hours as of as of 9/26/14:

- 9/15/14,  5:15-6:30      (1:15)
- 9/16/14,  12:40-2:30   (1:50)
- 9/19/14,  1:00-3:00      (2:00)
- 9/24/14,  1:30-3:15      (1:45)
- 9/25/14,  2:50-4:15      (1:25)

Total: 8:15  Hrs

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

SSSM_MB_000044



**From: Bradley Michael** mike@bradleylegal.org
**Subject:** SS DR
**Date:** October 20, 2014 at 4:51 PM
**To:** Evan Hoffman EHoffman@tenlaw.com

State Street Document Review hours as of as of 10/17/14:

- 9/29/14,   3:15-4:30     (1:15)
- 9/30/14,   11:00-12:25   (1:25)
- 10/1/14,   1:55-3:15     (1:20)
- 10/13/14,  1:45-3:30     (1:45)
- 10/14/14,  3:50-5:20     (1:50)
- 10/15/14,  4:35-6:00     (1:25)
- 10/16/14,  1:45-3:50     (2:05)

Total: 11:05 Hrs

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.



**From: Bradley Michael** mike@bradleylegal.org
**Subject:** SS DR
**Date:** November 17, 2014 at 4:42 PM
**To:** Evan Hoffman EHoffman@tenlaw.com

SSState Street Document Review hours as of as of 11/14/14:

- 10/20/14,   4:50-6:00        (1:10)
- 10/21/14,   1:35-3:20     (1:45)
- 10/24/14,   11:20-1:10      (1:50)
- 10/27/14,   1:15-2:45       (1:30)
- 10/31/14,   1:10-3:30       (2:20)
- 11/5/14,    12:45-2:30      (1:45)
- 11/6/14,    11:45-1:50      (2:05)
- 11/11/14,   4:00-5:30       (1:30)
- 11/12/14,   2:25-3:40       (1:15)
- 11/14/14,   3:30-4:45       (1:15)

Total: 16:25  Hrs

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

CONFIDENTIAL

SSSM_MB_000046



**From: Bradley Michael** mike@bradleylegal.org
**Subject:** SS DR
**Date:** December 8, 2014 at 3:56 PM
**To:** Evan Hoffman EHoffman@tenlaw.com

State Street Document Review hours as of as of 12/4/14:

- 11/17/14,   4:30-6:15       (1:45)
- 11/19/14,   2:00-3:30    (1:30)
- 11/21/14,   1:55-3:30      (1:35)
- 11/24/14,   2:55-4:30      (1:35)
- 11/25/14,   2:10-4:00      (1:50)
- 12/1/14,    3:35-5:00      (1:25)
- 12/2/14,    4:30-5:45      (1:15)
- 12/3/14,    12:30-2:15     (1:45)
- 12/4/14,    2:10-3:30      (1:20)

Total: 14:00 Hrs

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding,  printing, or copying of this e-mail is strictly prohibited.

**From: Bradley Michael** mlke@bradleylegal.org
**Subject:** SS DR
**Date:** January 5, 2015 at 1:30 PM
**To:** Evan Hoffman EHoffman@tenlaw.com



State Street Document Review hours as of as of 12/31/14:

- 12/8/14,   3:30-5:05       (1:35)
- 12/12/14,  3:30-5:00     (1:30)
- 12/15/14,  2:35-4:15       (1:50)
- 12/16/14,  1:25-3:30       (2:05)
- 12/22/14,  4:30-5:45       (1:15)
- 12/23/14,  3:15-4:30       (1:15)
- 12/29/14,  3:30-5:10       (1:40)

Total: 11:10 Hrs

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

CONFIDENTIAL

SSSM_MB_000048

**From: Bradley Michael** mike@bradleylegal.org
**Subject:** SS DR
**Date:** February 4, 2015 at 1:22 PM
**To:** Evan Hoffman EHoffman@tenlaw.com



State Street Document Review hours as of as of 1/30/15:

- 1/5/15,   1:20-3:05   (1:45)
- 1/9/15,   2:10-3:30   (1:20)
- 1/12/15,  3:20-5:30   (2:10)
- 1/13/15,  12:45-3:00  (2:15)
- 1/14/15,  1:35-3:50   (2:15)
- 1/15/15,  2:10-4:00   (1:50)
- 1/19/15,  2:25-4:30   (2:05)
- 1/20/15,  2:55-5:15   (2:20)
- 1/21/15,  3:15-5:30   (2:15)
- 1/23/15,  10:50-1:00  (2:10)
- 1/26/15,  2:05-4:10   (2:05)
- 1/29/15,  1:25-4:00   (2:35)
- 1/30/15,  3:50-5:30   (1:40)

Total: 26:45

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.



**From: Bradley Michael** mike@bradleylegal.org
**Subject:** SS DR
**Date:** March 2, 2015 at 2:58 PM
**To:** Evan Hoffman EHoffman@tenlaw.com

State Street Document Review hours as of as of 2/27/15:

- 2/4/15,    1:20-3:25    (2:05)
- 2/10/15,  3:40-6:00    (2:20)
- 2/12/15,  1:05-3:30    (2:25)
- 2/16/15,  2:15-4:30    (2:15)
- 2/18/15,  4:15-6:00    (1:45)
- 2/24/15,  4:05-6:00    (1:55)
- 2/25/15,  4:55-6:15    (1:20)

Total: 14:05

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

CONFIDENTIAL                                                                                          SSSM_MB_000050

**From: Bradley Michael** mike@bradleylegal.org
**Subject:** SS DR
**Date:** April 6, 2015 at 1:52 PM
**To:** Evan Hoffman EHoffman@tenlaw.com



State Street Document Review hours as of as of 3/31/15:

- 3/2/15,   2:45-5:00   (2:15)
- 3/3/15,   1:35-3:30   (1:55)
- 3/4/15,   5:25-6:30   (1:05)
- 3/9/15,   5:05-6:30   (1:25)
- 3/10/15,  3:10-5:30   (2:20)
- 3/11/15,  12:00-2:15  (2:15)
- 3/12/15,  12:50-3:00  (2:10)
- 3/16/15,  12:05-2:30  (2:25)
- 3/17/15,  1:05-3:00   (1:55)
- 3/18/15,  3:30-5:00   (1:30)
- 3/23/15,  2:35-4:25   (1:50)
- 3/25/15,  3:30-4:45   (1:15)
- 3/27/15,  2:10-4:30   (2:20)
- 3/31/15,  3:15-5:30   (2:15)

Total: 26:35

Thank You,
Michael G. Bradley, Esq.
1145 Hancock Street, Suite E
Quincy, MA 02169
Phone: (617) 786-0281
Fax: (617) 786-0284
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

**From: Bradley Michael** mike@bradleylegal.org
**Subject:** SS DR
**Date:** July 1, 2015 at 2:39 PM
**To:** Evan Hoffman EHoffman@tenlaw.com



State Street Document Review hours as of as of 6/26/15:

- 5/6/15,     2:45-5:00      (2:15)
- 5/11/15,   1:45-4:00      (2:15)
- 5/13/15,   3:30-5:45      (2:15)
- 5/15/15,   2:30-5:00      (2:30)
- 6/1/15,     4:55-6:45      (1:50)
- 6/2/15,     2:05-5:00      (2:55)
- 6/11/15,   3:40-5:45      (2:05)
- 6/15/15,   4:30-6:30      (2:00)
- 6/16/15,   11:30-2:45     (3:15)
- 6/18/15,   2:00-4:10      (2:10)
- 6/23/15,   1:45-3:45      (2:00)

Total: 25:30

Thank You,
Michael G. Bradley
(617) 786-0281
mike@bradleylegal.org

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.