# United States Court of Appeals
## For the First Circuit

No. 18-1651

IN RE: LABATON SUCHAROW LLP,

Petitioner.

Before

Howard, <u>Chief Judge</u>,
Torruella and Thompson, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: July 25, 2018

      Petitioner Labaton Sucharow LLP has filed a petition for a writ of mandamus seeking an order from this court directing Judge Wolf to recuse himself from the ongoing fee-related proceedings. After careful consideration of the petition and relevant parts of the record, the petition is denied. Petitioner has not satisfied the stringent requirements for mandamus relief. <u>In re Bulger</u>, 710 F.3d 42 (1st Cir. 2013). The motion to expedite is denied as moot.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Hon. Mark L. Wolf
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Michael A. Lesser
Joel H. Bernstein
David J. Goldsmith
Garrett James Bradley
Daniel P. Chiplock
Michael P. Thornton
Jonathan D. Selbin
Lawrence A. Sucharow

Nicole M. Zeiss
Richard M. Heimann
Evan R. Hoffman
Paul J. Scarlato
Robert L. Lieff
Lynn Lincoln Sarko
Laura R. Gerber
Beth E. Bookwalter
William Henry Paine
Jeffrey B. Rudman
Daniel William Halston
M. Frank Bednarz
Theodore H. Frank
Joan A. Lukey
Stuart M. Glass
Justin Joseph Wolosz
Joshua Charles Honig Sharp
Catherine M. Campbell
Renee J. Bushey
Michael R. Smith
Carl S. Kravitz
Dwight Bostwick
Graeme Bush
J. Brian McTigue
Jonathan G. Axelrod
Kimberly Keevers Palmer
James A. Moore
William F. Sinnott
Elizabeth J. McEvoy