UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 12-cv-11698 MLW |

**LABATON SUCHAROW LLP'S NOTICE OF FILING OF EXPANDED EXHIBIT 125**

1.  On July 23, 2018, the Special Master filed the exhibits to the Special Master's Report and Recommendations in redacted form. *See* ECF 401. Per pages 28 and 29 of the

Court's Memorandum and Order, ECF 356, the Special Master filed versions of the deposition transcript exhibits that contain only the pages cited in the Special Master's Report and Recommendations and any additional transcript pages designated by the parties, with appropriate redactions.

2. Labaton Sucharow LLP hereby designates an additional page (page 328) of Exhibit 125 to the Special Master's Report and Recommendations, the transcript of the October 2, 2017 deposition of Damon J. Chargois, ECF 401-124.

3. No parties have requested any redactions to this page of the deposition transcript.

4. With this notice, Labaton submits an expanded Exhibit 125 that contains additional page 328.

Dated: July 25, 2018                                    Respectfully submitted,


                                                        By: /s/ Justin J. Wolosz
                                                            Joan A. Lukey (BBO No. 307340)
                                                            Justin J. Wolosz (BBO No. 643543)
                                                            Stuart M. Glass (BBO No. 641466)
                                                            CHOATE, HALL & STEWART LLP
                                                            Two International Place
                                                            Boston, MA 02110
                                                            Tel.: (617) 248-5000
                                                            Fax: (617) 248-4000
                                                            joan.lukey@choate.com
                                                            jwolosz@choate.com
                                                            sglass@choate.com

                                                        *Counsel for Labaton Sucharow LLP*

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record on July 25, 2018.

                                               */s/ Justin J. Wolosz*
                                               Justin J. Wolosz