**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>                Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>                Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>                Defendant. | No. 12-cv-11698 MLW |

**LABATON SUCHAROW LLP'S MOTION TO IMPOUND ITS SECOND SUPPLEMENTAL OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATIONS AND THE TRANSMITTAL DECLARATION OF STUART M. GLASS IN SUPPORT OF LABATON'S SECOND SUPPLEMENTAL OBJECTIONS**

1.      Pursuant to Fed. R. Civ. P. 7(b) and District of Massachusetts Local Rule 7.2, Labaton Sucharow LLP ("Labaton") respectfully moves to impound (1) its Second Supplemental Objections to Special Master's Report and Recommendations ("Labaton's Second Supplemental Objections") and (2) the Transmittal Declaration of Stuart M. Glass in Support of Labaton Sucharow LLP's Second Supplemental Objections to Special Master's Report and Recommendations ("Labaton's Supporting Declaration").[1]

2.      Labaton's Second Supplemental Objections and its Supporting Declaration discuss and attach:  (1) information from portions of exhibits to the Master's Report and Recommendations that are not part of the public record (*see* ECF 401); (2) excerpts of deposition transcripts from the discovery record generated by the Master that were not included as exhibits to his Report and Recommendations; (3) excerpts from the July 12, 2018 deposition of Prof. Stephen Gillers; and (4) the June 28, 2018 Declaration of Peter A. Joy, attached as Exhibit S to the June 28, 2018 Transmittal Declaration of Justin J. Wolosz (ECF 362), which was filed under seal.  Accordingly, these documents are subject to the protocol that the parties proposed for filing additional documents from the discovery record.  *See* All Parties' Response to May 31, 2018 Order (ECF No. 237) Regarding Additional Documents From the Record.  ECF 259 ¶ 2. Labaton was unable to complete conferral with all counsel before filing these documents with the Court.  Accordingly, as set forth in the referenced protocol, Labaton seeks to file these documents and this information under seal, temporarily, until all parties have the opportunity to request redactions from these materials.  *See id.*

---

[1]    This Motion to Impound is being filed via ECF.  Redacted versions of Labaton's Second Supplemental Objections and Labaton's Supporting Declaration are also being filed via ECF.  Labaton is filing non-redacted versions of those documents conventionally, consistent with this request that they be filed under seal.

3.      Labaton's Second Supplemental Objections also includes discussion of sealed portions of Keller Rohrback's Notice of Exceptions to ECF 359 and ECF 361 (ECF 387). Therefore, Labaton requests that the portions of its Second Supplemental Objections that discuss the sealed portions of the foregoing pleading be temporarily impounded.

4.      For the foregoing reasons, there is good cause pursuant to D. Mass. L.R. 7.2 to impound temporarily the non-redacted versions of Labaton's Second Supplemental Objections and Labaton's Supporting Declaration.

5.      Labaton has filed via ECF redacted versions of Labaton's Second Supplemental Objections and Labaton's Supporting Declaration.  In these redacted versions, the information discussed in Paragraphs 2-3 above has been blacked out or replaced with a sheet indicating the document is redacted.

WHEREFORE, for the reasons set forth herein, Labaton requests that the Court temporarily impound the non-redacted versions of (1) Labaton Sucharow LLP's Second Supplemental Objections to Special Master's Report and Recommendations and (2) the Transmittal Declaration of Stuart M. Glass in Support of Labaton Sucharow LLP's Second Supplemental Objections to Special Master's Report and Recommendations.

Dated: July 26, 2018                                         Respectfully submitted,

                                                             By: */s/ Joan A. Lukey*
                                                                 Joan A. Lukey (BBO No. 307340)
                                                                 Justin J. Wolosz (BBO No. 643543)
                                                                 Stuart M. Glass (BBO No. 641466)
                                                                 CHOATE, HALL & STEWART LLP
                                                                 Two International Place
                                                                 Boston, MA 02110
                                                                 Tel.: (617) 248-5000
                                                                 Fax: (617) 248-4000
                                                                 joan.lukey@choate.com
                                                                 jwolosz@choate.com
                                                                 sglass@choate.com

                                                             *Counsel for Labaton Sucharow LLP*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Labaton's counsel contacted other counsel in this case in order to confer regarding the substance of this motion. Lieff Cabraser Heimann & Bernstein LLP and The Thornton Law Firm do not oppose the request. McTigue Law LLP and the Special Master take no position on the request. State Street, Zuckerman Spaeder LLP, and Keller Rohrback LLP have not indicated their positions on the relief requested as of the time of filing.

                                                             */s/ Joan A. Lukey*
                                                             Joan A. Lukey

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record on July 26, 2018.

>                                  */s/ Joan A. Lukey*
>                                  Joan A. Lukey