**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 12-cv-11698 MLW |

**THE COMPETITIVE ENTERPRISE INSTITUTE'S CENTER FOR CLASS ACTION FAIRNESS'S MOTION FOR DISCLOSURE OF CERTAIN SEALED DOCUMENTS NECESSARY TO FULLY RESPOND TO THE <u>COURT'S ORDER OF JULY 31, 2018 AND MEMORANDUM IN SUPPORT</u>**

In accordance with Local Rule 7.1, and in response to the Court's Order dated July 31, 2018, ordering the Competitive Enterprise Institute's Center for Class Action Fairness ("CCAF") "to address the Court's authority to permit the Master to address objections to his report," Order (Dkt. 401), at 3, CCAF moves this Court for an order requiring the Special Master to provide its counsel with complete and unredacted copies of the following filings from this case: Dkts. 302, 310, 329, 345-1, 353, 377, 381 (Ex. A), 397, and any other sealed filings that, in the Special Master's view, pertain to Class Counsel's pending motion.

In accordance with Local Rule 7.1(a)(2), counsel for CCAF requested counsel's position on this motion via email in a good faith attempt to resolve or narrow the issue. All three Class Counsel firms (Labaton Sucharow LLP, Lieff Cabraser Heimann & Bernstein, and the Thornton Law Firm) have advised they are opposed. Counsel for the Special Master, State Street Bank & Trust, McTigue Law LLP, Zuckerman Spaeder LLP, and Keller Rohrback L.L.P. advise they take no position on CCAF's motion. *See* Certificate of Compliance with Local Rule 7.1(a)(2) attached hereto.

## MEMORANDUM IN SUPPORT OF MOTION

By order dated July 31, 2018, this Court ordered the Special Master, Class Counsel, and CCAF each "to address the Court's authority to permit the Master to address objections to his report and related issues," Order (Dkt. 401), at 3. This question pertains to Class Counsel's "Motion for Accounting, and Clarification that the Special Master's Role Has Concluded (Docket Nos. 302, 310) (the 'Motion'), the Master's Response (Docket No. 377), and the Lawyers' Reply (Docket No. 397)." Order at 2.

Consistent with the Order, CCAF hopes to assist the Court in addressing this question, but it is hobbled because it has access to *none* of the substantive filings the Court referenced. Only the two-paragraph motion itself is available (Dkt. 302), not the accompanying Memorandum, nor the Master's Response, nor the Lawyers' Reply.

Other filings that evidently pertain to the question are nearly entirely unavailable to CCAF. For example, the Special Master's letter of June 25, 2018 apparently pertains to whether the Master

may move "to remove Arkansas Teacher Retirement System as class representative and Labaton Sucharow, LLP as Lead Class Counsel." Dkt. 264 (characterizing letter) at 2. However, the public version of the letter includes only the letterhead, salutations, and six pages of redactions concluding with "We await the Court's guidance as to whether it wishes a full motion and briefing on these issues." Public Version of June 25, 2018 Letter (Dkt. 345-2), at 6.

In order to meaningfully respond to the Court's inquiry, CCAF must have access to the underlying Motion and other documents pertaining to it, including at least the following complete and unredacted filings:

- Dkt. 302 (Memorandum in support of Motion);
- Dkt. 310 (filing apparently related to the Motion);
- Dkt. 329 (June 21 letter from Special Master), redacted version at Dkt. 335;
- Dkt. 345-1 (June 25 letter from Special Master), redacted version at Dkt. 345-2;
- Dkt. 353 (Labaton response to June 25 letter), redacted version at Dkt. 353-1;
- Dkt. 377 (Special Master's Response in opposition to Motion);
- Dkt. 381, Ex. A (July 6 letter from Special Master);
- Dkt. 397 (Class Counsel's Reply in support of Motion).[1]

---

[1] Separately, redacted yet sealed versions of the Memorandum (Dkt. 302) and Response (Dkt. 377) apparently exist. *See* Dkt. 301 at 3 (indicating redacted Memorandum filed with motion); Dkt. 394 at 2 (suggesting redacted Response filed July 5). These redacted versions ought to be unsealed, as should Class Counsel's Reply (Dkt. 397). Class Counsel stated that the Memorandum in support of their Motion should "be kept under seal at least until this Court publicly releases a redacted version of the Master's Submission." Dkt. 301 at 2. It is unclear to CCAF why the Master's Response was filed under seal (*see* Dkt. 376), but Class Counsel represented they "do not believe that the Proposed Reply contains information that needs to be sealed," and moved for it to be sealed simply because it contains information from the sealed Response. Dkt. 394 at 2. Since the Special Master's Report and exhibits have been publicly filed in redacted form, the redacted Memorandum, redacted Response, and Reply may likewise be unsealed.

Therefore, CCAF moves that the Court order the Special Master to provide its counsel with the above filings and any other sealed filings that, in the Special Master's view, pertain to the Motion. The Court should also order that any CCAF attorneys with access to sealed filings in this case execute the undertaking required by the protective order. Dkt. 61.

Dated: August 1, 2018

/s/ *M. Frank Bednarz*
M. Frank Bednarz (BBO No. 676742)
COMPETITIVE ENTERPRISE INSTITUTE
1145 E Hyde Park Blvd. Unit 3A
Chicago, IL 60615
Telephone: 202-448-8742
Email: frank.bednarz@cei.org

/s/ *Theodore H. Frank*
Theodore H. Frank (*pro hac vice*)
COMPETITIVE ENTERPRISE INSTITUTE
1310 L Street NW, 7th Floor
Washington, DC 20005
Telephone: 202-331-2263
Email: ted.frank@cei.org

*Attorneys for Amicus Curiae*
*Competitive Enterprise Institute*
*Center for Class Action Fairness*

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I certify that on August 1, 2018, CCAF emailed counsel for the parties and counsel for the Special Master in a good faith effort to narrow or resolve the issues raised in this motion. At the time of filing, all three Class Counsel firms (Labaton Sucharow LLP, Lieff Cabraser Heimann & Bernstein, and the Thornton Law Firm) have advised they are opposed to CCAF's motion. Counsel for the Special Master, State Street Bank & Trust, McTigue Law LLP, Zuckerman Spaeder LLP, and Keller Rohrback L.L.P. advised they take no position on CCAF's motion at this time.

Dated: August 1, 2018

/s/ M. Frank Bednarz
M. Frank Bednarz

### CERTIFICATE OF SERVICE

I certify that on August 1, 2018, I served a copy of the forgoing on all counsel of record by filing a copy via the ECF system.

Dated: August 1, 2018

/s/ M. Frank Bednarz
M. Frank Bednarz