UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARKANSAS TEACHER RETIREMENT SYSTEM,
on behalf of itself and all others
 similarly situated,

                    Plaintiff,

                                                          No. 11-cv-10230-MLW

vs.

STATE STREET BANK AND TRUST COMPANY,

                    Defendant.

_____/

ARNOLD HENRIQUEZ, MICHAEL T. COHN,
WILLIAM R. TAYLOR, RICHARD A.
SUTHERLAND, and those similarly situated,

                    Plaintiffs,

                                                          No. 11-cv-12049-MLW

vs.

STATE STREET BANK AND TRUST COMPANY,

                    Defendant.

_____/

THE ANDOVER COMPANIES EMPLOYEE
SAVINGS AND PROFIT SHARING PLAN, on
Behalf of itself, and JAMES PEHOUSHEK-
STANGELAND and all others similarly situated,

                    Plaintiffs,

                                                          No. 12-cv-11698-MLW

vs.

STATE STREET BANK AND TRUST COMPANY,

                    Defendant.

_____/

**SPECIAL MASTER'S MOTION TO SEAL**
**SPECIAL MASTER'S FIRST SUBMISSION OF DOCUMENTS TO SUPPLEMENT**
**THE RECORD (UNDER SEAL)**

Pursuant to Local Rule 7.2, and as provided for in paragraphs 7 and 11 of the Court's March 8, 2017 Order (Dkt. #237), paragraph 12(b) of the Court's May 31, 2018 Order (Dkt. #237), and paragraph 3 of the Court's July 9, 2018 Order (Dkt. #385), the Special Master hereby moves this Honorable Court to permit the Special Master's First Submission of Documents to Supplement the Record (a pleading, with accompanying documents provided in electronic format on a disc) to be filed under seal until further Court order.

WHEREFORE, the Special Master respectfully requests that the Court permit the Special Master's First Submission of Documents to Supplement the Record to be filed under seal.

Dated:  August 3, 2018

Respectfully submitted,

**SPECIAL MASTER HONORABLE
GERALD E. ROSEN (RETIRED),**

By his attorneys,


 /s/  William F. Sinnott
William F. Sinnott (BBO #547423)
Elizabeth J. McEvoy (BBO #683191)
BARRETT & SINGAL, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090
Facsimile: (617) 720-5092
Email: wsinnott@barrettsingal.com
Email: emcevoy@barrettsingal.com

### CERTIFICATE OF SERVICE

I hereby certify that this foregoing document was filed electronically on August 3, 2018 and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing ("NEF").  Paper copies were sent to any person identified in the NEF as a non-registered participant.


 /s/  William F. Sinnott
William F. Sinnott