UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARKANSAS TEACHER RETIREMENT SYSTEM,
on behalf of itself and all others
 similarly situated,

        Plaintiff,

                                  No. 11-cv-10230-MLW

vs.

STATE STREET BANK AND TRUST COMPANY,

        Defendant.
_____/

ARNOLD HENRIQUEZ, MICHAEL T. COHN,
WILLIAM R. TAYLOR, RICHARD A.
SUTHERLAND, and those similarly situated,

        Plaintiffs,

                                  No. 11-cv-12049-MLW

vs.

STATE STREET BANK AND TRUST COMPANY,

        Defendant.
_____/

THE ANDOVER COMPANIES EMPLOYEE
SAVINGS AND PROFIT SHARING PLAN, on
Behalf of itself, and JAMES PEHOUSHEK-
STANGELAND and all others similarly situated,

        Plaintiffs,

                                  No. 12-cv-11698-MLW

vs.

STATE STREET BANK AND TRUST COMPANY,

        Defendant.
_____/

**SPECIAL MASTER'S RESPONSE TO THE COURT CONCERNING UNSEALING SPECIAL MASTER'S JUNE 21, 2018 LETTER TO THE COURT**

1

On August 3, 2018, the Court ordered the Special Master to confer with counsel for Labaton, and respond to the Court the same day, as to whether the parties agreed that the unredacted version of the Master's June 21, 2018 letter to the Court [Dkt. # 329-1] should be made available to the public. Counsel for the Special Master and counsel for Labaton have conferred and have agreed that the June 21, 2018 letter to the Court should be unsealed.

Dated:  August 3, 2018

Respectfully submitted,

**SPECIAL MASTER HONORABLE GERALD E. ROSEN (RETIRED),**

By his attorneys,

  /s/  William F. Sinnott
William F. Sinnott (BBO #547423)
Elizabeth J. McEvoy (BBO #683191)
BARRETT & SINGAL, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090
Facsimile: (617) 720-5092
Email: wsinnott@barrettsingal.com
Email: emcevoy@barrettsingal.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed electronically on August 3, 2018 and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing ("NEF").  Paper copies were sent to any person identified in the NEF as a non-registered participant.

  /s/  William F. Sinnott
William F. Sinnott