# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 12-cv-11698 MLW |

**THE COMPETITIVE ENTERPRISE INSTITUTE'S CENTER FOR
CLASS ACTION FAIRNESS'S MOTION FOR AN EXTENSION OF TIME TO
SUPPLEMENT ITS MOTION TO PARTICIPATE (DKT. 126) PURSUANT TO THE
<u>COURT'S ORDER OF JULY 31, 2018 AND MEMORANDUM IN SUPPORT</u>**

In accordance with Local Rule 7.1, and in response to the Court's Order dated July 31, 2018, ordering the Competitive Enterprise Institute's Center for Class Action Fairness ("CCAF") to, among other things, "[s]upplement its motion to participate (Docket No. 126) to address the current circumstances of the case," Order (Dkt. 401), at 3, ¶ 3(c), CCAF moves this Court for an order extending the time for it to comply with paragraph 3(c) of the Court's Order.

In accordance with Local Rule 7.1(a)(2), counsel for CCAF requested counsel's position on this motion via email in a good faith attempt to resolve or narrow the issue. Labaton Sucharow LLP and the Thornton Law Firm have advised they are opposed, and Keller Rohrback L.L.P. advised it "opposes the extension request under these circumstances." Counsel for the Zuckerman Spaeder LLP advised it takes no position on CCAF's motion. The other parties have not presently advised CCAF of their position. *See* Certificate of Compliance with Local Rule 7.1(a)(2) attached hereto.

## MEMORANDUM IN SUPPORT OF MOTION

By order dated July 31, 2018, the Court has directed CCAF to respond to several questions including the Court's authority to allow the Special Master to address objections, to "[s]tate whether it remains willing and able to serve as a guardian ad litem or amicus," and under what financial terms. Order at 3. CCAF has responded to these questions in the contemporaneously-filed Response to the Court's Order of July 31, 2018 ("CCAF's Response").

Additionally, the Court ordered that CCAF "[s]upplement its motion to participate (Docket No. 126) to address the current circumstances of the case." Order at 3, ¶ 3(c). CCAF moves for an extension of time to complete this task due to recent developments.

As explained in its Response, CCAF requires affiliation with outside counsel in order to serve as guardian *ad litem*. Until Sunday, it appeared CCAF would not timely find such counsel, and would therefore advise the Court it could only participate as an *amicus* unless circumstances changed. However, the potential affiliation with Burch, Porter & Johnson, PLLC suggests that CCAF will need a more thorough supplement of its motion to participate. Assuming CCAF successfully retains

Burch, it requires additional time to determine suitable financial arrangements and inform the Court. Therefore, CCAF requests leave to file its supplemental motion to participate until August 13, 2018. CCAF believes that its Response provides sufficient detail for any parties opposed to CCAF's participation as guardian *ad litem* to file an opposition, as the Court asked. Order at 3, ¶ 4. Through its Response, parties know that CCAF proposes to fund its participation as guardian *ad litem* from fees provisionally awarded to Class Counsel based on hourly lodestar at billing rates "materially below that of the market rates charged by the plaintiffs' attorneys in this case." Response at 25. Only the rates and logistics of reporting hours need to be determined, including a potential fee multiplier that triggers "in the event of an appellate challenge to the fee award to compensate for the risk, and to deter spiteful multiplication of the proceedings." *Id.*

Theodore H. Frank will attend the August 9 motion hearing on behalf of CCAF, and by that date will have a better idea about what the financial terms of CCAF's role may be.

Therefore, CCAF moves that the Court grant an extension in time for it to supplement its motion to participate (Dkt. 126) as directed by the Court. Order at 3, ¶ 3(c) until August 13, 2018.

Dated: August 6, 2018

                 */s/ M. Frank Bednarz*
                 M. Frank Bednarz (BBO No. 676742)
                 COMPETITIVE ENTERPRISE INSTITUTE
                 1145 E Hyde Park Blvd. Unit 3A
                 Chicago, IL 60615
                 Telephone: 202-448-8742
                 Email: frank.bednarz@cei.org

*/s/ Theodore H. Frank*
Theodore H. Frank (*pro hac vice*)
COMPETITIVE ENTERPRISE INSTITUTE
1310 L Street NW, 7th Floor
Washington, DC 20005
Telephone: 202-331-2263
Email: ted.frank@cei.org

*Attorneys for Amicus Curiae*
*Competitive Enterprise Institute*
*Center for Class Action Fairness*

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I certify that on August 6, 2018, CCAF emailed counsel for the parties and counsel for the Special Master in a good faith effort to narrow or resolve the issues raised in this motion. At the time of filing, Labaton Sucharow LLP and the Thornton Law Firm has advised they are opposed, and Keller Rohrback L.L.P. advised it "opposes the extension request under these circumstances." Counsel for the Zuckerman Spaeder LLP advised it takes no position on CCAF's motion. The other parties have not yet advised CCAF of their position.

Dated: August 6, 2018

/s/ M. Frank Bednarz
M. Frank Bednarz

### CERTIFICATE OF SERVICE

I certify that on August 6, 2018, I served a copy of the forgoing on all counsel of record by filing a copy via the ECF system.

Dated: August 6, 2018

/s/ M. Frank Bednarz
M. Frank Bednarz