UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARKANSAS TEACHER RETIREMENT SYSTEM,
on behalf of itself and all others
similarly situated,

        Plaintiff,

                                                                       No. 11-cv-10230-MLW

vs.

STATE STREET BANK AND TRUST COMPANY,

        Defendant.
_____/

ARNOLD HENRIQUEZ, MICHAEL T. COHN,
WILLIAM R. TAYLOR, RICHARD A.
SUTHERLAND, and those similarly situated,

        Plaintiffs,

                                                                       No. 11-cv-12049-MLW

vs.

STATE STREET BANK AND TRUST COMPANY,

       Defendant.
_____/

THE ANDOVER COMPANIES EMPLOYEE
SAVINGS AND PROFIT SHARING PLAN, on
Behalf of itself, and JAMES PEHOUSHEK-
STANGELAND and all others similarly situated,

        Plaintiffs,

                                                                       No. 12-cv-11698-MLW

vs.

STATE STREET BANK AND TRUST COMPANY,

       Defendant.
_____/

**SPECIAL MASTER'S MOTION TO APPEAR IN COURT AT AUGUST 9, 2018 HEARING**

On July 26, 2018, the Court scheduled a hearing on the Customer Class Counsel's Motion for Accounting, and Clarification that the Master's Role Has Concluded [Dkt. # 302, 310] ("Motion for Accounting") for August 9, 2018 at 10:00 am. On July 31, 2018, the Court informed the Lawyers that the Court may, if necessary, amend the March 8, 2017 Appointment Order to permit the Special Master to respond to objections to the Report and advise on related issues going forward. The Court directed the parties to supplement their previous submissions[1] to address the Court's authority to amend the Order by August 6, 2018. The Customer Class Counsel and the Master filed their respective responses on August 6.

Given the subject matter of the hearing, which squarely addresses the Special Master's past and future participation in the investigation, the Special Master now moves to appear in person at the August 9 hearing. Direct communication with the Master may prove useful to the Court in deciding the Motion for Accounting in a number of respects. Among other things, the Special Master's presence in Court will allow him, if necessary, to respond directly to inquiries of the Court and the parties as well as to quickly and efficiently consult with his own counsel on issues—including those raised for the first time at the hearing—that may arise. The Special Master has conferred with counsel and no counsel object to this request.[2]

For these reasons, the Special Master hereby moves for the Court's permission to attend the August 9, 2018 hearing on the Motion for Accounting.

---

[1] The Court has informed the parties that it has reviewed the following pleadings in advance of the hearing: the Customer Class Counsel's Motion for Accounting, and Clarification that the Special Master's Role Has Concluded [Dkt. # 302, 310]; the Master's Response [Dkt. 377], and the Lawyers' Reply [Dkt. 397].

[2] Labaton does not object to the Special Master's motion but has noted for the record that it does not waive any of its rights in connection with the Motion for Accounting.

Dated:  August 6, 2018

Respectfully submitted,

**SPECIAL MASTER HONORABLE GERALD E. ROSEN (RETIRED),**

By his attorneys,

 /s/  William F. Sinnott
William F. Sinnott (BBO #547423)
Elizabeth J. McEvoy (BBO #683191)
BARRETT & SINGAL, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090
Facsimile: (617) 720-5092
Email: wsinnott@barrettsingal.com
Email: emcevoy@barrettsingal.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed electronically on August 6, 2018 and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing ("NEF").  Paper copies were sent to any person identified in the NEF as a non-registered participant.

 /s/  William F. Sinnott
William F. Sinnott