The motion is hereby ALLOWED. WGY, DJ Aug-7, 2018

As there is no objection to this motion and it may be useful for the Master to have the opportunity to confer with counsel during the hearing, the motion is allowed.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARKANSAS TEACHER RETIREMENT SYSTEM,
on behalf of itself and all others
similarly situated,

    Plaintiff,

vs.

STATE STREET BANK AND TRUST COMPANY,

    Defendant.

No. 11-cv-10230-MLW

---

ARNOLD HENRIQUEZ, MICHAEL T. COHN,
WILLIAM R. TAYLOR, RICHARD A.
SUTHERLAND, and those similarly situated,

    Plaintiffs,

vs.

STATE STREET BANK AND TRUST COMPANY,

    Defendant.

No. 11-cv-12049-MLW

---

THE ANDOVER COMPANIES EMPLOYEE
SAVINGS AND PROFIT SHARING PLAN, on
Behalf of itself, and JAMES PEHOUSHEK-
STANGELAND and all others similarly situated,

    Plaintiffs,

vs.

STATE STREET BANK AND TRUST COMPANY,

    Defendant.

No. 12-cv-11698-MLW

---

**SPECIAL MASTER'S MOTION TO APPEAR IN COURT AT AUGUST 9, 2018 HEARING**