**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>　　　　　　　Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>　　　　　　　Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>　　　　　　　Defendant. | No. 12-cv-11698 MLW |

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP'S OPPOSITION TO THE COMPETITIVE ENTERPRISE INSTITUTE'S CENTER FOR CLASS ACTION FAIRNESS' RESPONSE TO THE COURT'S ORDER OF JULY 31, 2018 (ECF 420)**

1601184.1

As set forth in the Response of Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser") to the Court's Order of July 31, 2018 (ECF No. 418), filed yesterday, Lieff Cabraser maintains that the issues presented by the Special Master's Report and Recommendations ("Report") have been fully presented to the Court, and that no further advocacy adverse to Customer Class Counsel is necessary for the Court to perform its *de novo* review of the record. If the Court nonetheless determines that it will be assisted in performing its *de novo* review by the presence of an additional party, it should be the Special Master, with the proviso that any further compensation to the Special Master or his assistants for services or activities post-dating the submission of the Report should not be borne by Customer Class Counsel.  For these reasons and those set forth in the opposition being separately filed by Labaton Sucharow LLP today, as well as the matters set forth in the Surreply by Lieff Cabraser Heimann & Bernstein, LLP to Competitive Enterprise Institute's Motion for Leave to File *Amicus Curiae* Response to Court's Order of February 6 and for Leave to Participate as Guardian *Ad Litem* for Class or *Amicus* in Front of Special Master (ECF No. 168) (which are incorporated herein by reference), Lieff Cabraser respectfully opposes the appearance of the Competitive Enterprise Institute's Center for Class Action Fairness as guardian *ad litem* or *amicus* in this case.

Dated: August 7, 2018                         Respectfully submitted,

                                                Lieff Cabraser Heimann & Bernstein, LLP
                                                275 Battery Street, 29th Floor
                                                San Francisco, CA  94111
                                                415-956-1000

                                                By: */s/ Richard M. Heimann*
                                                    Richard M. Heimann (*pro hac vice*)
                                                    Robert L. Lieff (*pro hac vice*)
                                                    275 Battery Street, 29th Floor
                                                    San Francisco, California  94111
                                                    Tel:  (415) 956-1000
                                                    Fax:  (415) 956-1008

Steven E. Fineman
Daniel P. Chiplock (pro hac vice)
250 Hudson Street, 8th Floor
New York, New York  10013
Tel:  (212) 355-9500
Fax:  (212) 355-9592

*Counsel for Lieff Cabraser Heimann & Bernstein, LLP*

### **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will thereby be served on this date upon counsel of record for each party identified on the Notice of Electronic Filing.

August 7, 2018                                                                    */s/ Richard M. Heimann*
                                                                                         Richard M. Heimann