**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND and those similarly situated,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20<br><br>Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEES SAVINGS AND PROFIT SHARING PLAN, on behalf of itself and JAMES PEHOUSHEK-STRANGELAND, and all others similarly situated,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 11-cv-11698 MLW |

**DECLARATION OF JAMES W. JOHNSON IN OPPOSITION TO THE COMPETITIVE ENTERPRISE INSTITUTE'S CENTER FOR CLASS ACTION FAIRNESS'S <u>RESPONSE TO THE COURT'S ORDER OF JULY 31, 2018</u>**

JAMES M. JOHNSON declares as follows pursuant to 28 U.S.C. § 1746:

1. I am a member of Labaton Sucharow LLP ("Labaton" or the "Firm"). I submit this declaration in opposition to The Competitive Enterprise Institute's Center For Class Action Fairness's Response To The Court's Order of July 31, 2018.

2. I am one of the principal attorneys who prosecuted the action in *In re Facebook, Inc. IPO Securities and Derivative Litigation*, MDL No. 12-2389 (RWS) (S.D.N.Y.) ("*Facebook*") on behalf of the putative class. Pursuant to the direction of the client, Arkansas Teachers Retirement System, and the Executive Committee of Labaton Sucharow LLP, of which I am a member, no referral fee has been paid or will be paid to Damon Chargois in the *Facebook* case.

3. In addition, the payment of any referral fee in *Facebook* is subject to Rule 23.1 of the Local Rules of the United States District Courts For the Southern Districts of New York, which requires disclosure of "any fee sharing agreements with anyone." Because Labaton will not pay a referral fee to Chargois in the *Facebook* case, Labaton complied with L.R. 23.1 in issuing notice to the Class and the Court in that case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 7, 2018.

*/s/ James W. Johnson*
JAMES W. JOHNSON

1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record on August 7, 2018.

*/s/ Joan A. Lukey*
Joan A. Lukey
