**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 12-cv-11698 MLW |

**DECLARATION OF NICOLE M. ZEISS**
**CONCERNING ONGOING SETTLEMENT WORK**

NICOLE M. ZEISS declares as follows pursuant to 28 U.S.C. § 1746:

1.  I am a member of the law firm of Labaton Sucharow LLP ("Labaton Sucharow" or the "Firm"), attorneys for Plaintiff Arkansas Teacher Retirement System ("ARTRS") and Court-appointed Lead Counsel[1] for the Settlement Class in the above-titled consolidated Class Actions. I am admitted to practice before this Court *pro hac vice*.

2.  I have been involved in various matters concerning the Settlement, including the process of negotiating and documenting the Settlement Agreement and the plan of allocation for the proceeds of the Settlement (the "Plan of Allocation"), and overseeing the notice program and administration of the Settlement to date. I respectfully submit this declaration to provide the Court with information about the ongoing settlement-related administrative work conducted by Labaton Sucharow.

3.  Labaton Sucharow, as Lead Counsel, has overseen the entire pre and post approval administration process. Since the Judgment was entered on November 2, 2016, efforts have ranged from paying taxes related to earnings on the Settlement Fund to securing approval of a distribution to RICs. Overall, Labaton Sucharow has:

- Overseen A.B. Data's execution of the settlement notice program and administration process.

- Worked with A.B. Data and Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") to provide information needed by Class Members.

- Been the liaison between A.B. Data and WilmerHale in connection with the notice program and implementation of the Court-approved plan of allocation.

- Worked with A.B. Data to complete and finalize the administration process with respect to Class Members that are Registered Investment Companies ("RICs"), including determining payment amounts, preparing notification letters, and

---

[1] Unless otherwise indicated, capitalized terms have the same meanings as in the Stipulation and Agreement of Settlement, dated as of July 26, 2016 (the "Settlement Agreement," ECF No. 89).

1

preparing Plaintiffs' Assented-To Motion For Authorization To Distribute To Eligible Registered Investment Company Class Members (ECF Nos. 209 - 211).

- Overseen A.B. Data's processing of certifications submitted by Class Members that are Group Trusts concerning their ERISA assets and Indirect FX Trading Volume, as set forth in the Plan of Allocation.

4. To date, this post-approval administration work, for which Labaton Sucharow will not seek additional compensation, has involved approximately 185 hours of work.

5. Looking forward, we are in the process of working with A.B. Data and the United States Department of Labor to obtain additional information concerning Group Trusts that have not submitted certifications to A.B. Data about their ERISA assets or volume.  Once these efforts are concluded, and total ERISA Volume is known and quantified, Labaton will work with A.B. Data to move forward with determining payment amounts for all Class Members other than RICs (who have already received payments pursuant to RIC distribution order (ECF No. 213)), notify Class Members of payment amounts, and Labaton will prepare a second motion for authorization to distribute and then oversee the distribution to all non-RIC Class Members.  At this point, a second distribution to RICs of the amount held in reserve from the initial distribution (*see* ECF No. 211 at 9-11) and of unclaimed funds will also need to be completed.

6. Thereafter, Labaton Sucharow will continue to work with A.B. Data to answer Class Member questions about distributions and conduct additional distributions, as contemplated by the Plan of Allocation and Settlement Agreement ¶ 40, until it is no longer economically feasible to do so.  At that point, Labaton Sucharow will request Court approval of a plan for the unclaimed balance and the administration of the Settlement will be completed.

7. I anticipate that this future work will require between 135 and 200 hours of additional time, depending upon the number of additional distributions to Class Members.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 7, 2018.

                                              */s/ Nicole M. Zeiss*
                                              NICOLE M. ZEISS

...

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record on August 7, 2018.

*/s/ Joan A. Lukey*
Joan A. Lukey