UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 12-11698-MLW |

<u>ORDER</u>

WOLF, D.J.                                                    August 8, 2018

It is hereby ORDERED that:

1. The Competitive Enterprise Institute's Center for Class Action Fairness's Motion for an Extenstion of Time to Supplement Its Motion to Participate (Dkt. 126) Pursuant to the Court's Order of July 31, 2018 and Memorandum in Support (Docket No. 419) is ALLOWED.

2. In view of the substantial submissions made on August 7, 2018, the August 9, 2018 hearing will begin at 1:30 p.m., rather than at 10:00 a.m. as previously ordered.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE