UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARKANSAS TEACHER RETIREMENT SYSTEM,
on behalf of itself and all others
similarly situated,

        Plaintiff,

vs.

STATE STREET BANK AND TRUST COMPANY,

        Defendant.

No. 11-cv-10230-MLW

---

ARNOLD HENRIQUEZ, MICHAEL T. COHN,
WILLIAM R. TAYLOR, RICHARD A.
SUTHERLAND, and those similarly situated,

        Plaintiffs,

vs.

STATE STREET BANK AND TRUST COMPANY,

        Defendant.

No. 11-cv-12049-MLW

---

THE ANDOVER COMPANIES EMPLOYEE
SAVINGS AND PROFIT SHARING PLAN, on
Behalf of itself, and JAMES PEHOUSHEK-
STANGELAND and all others similarly situated,

        Plaintiffs,

vs.

STATE STREET BANK AND TRUST COMPANY,

        Defendant.

No. 12-cv-11698-MLW

**SPECIAL MASTER'S MOTION TO SEAL THE JOINT MOTION TO THE COURT
(UNDER SEAL)**

*[Handwritten annotation:]* This Motion is hereby ALLOWED and the submission, Docket No. 438, shall be sealed at least temporarily. Any future motions to seal by any party shall include a statement concerning why impoundment would [be justified]. /s/ MLW 8/9/18