UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 12-11698-MLW |

ORDER

WOLF, D.J.                                             August 10, 2018

For the reasons stated in court, with the agreement of the parties except as noted in footnote 1, it is hereby ORDERED that:

1. Customer Class Counsel's Motion for an Accounting and Clarification that the Master's Role has Concluded (Docket No. 302) is DENIED.

2. Pursuant to Federal Rules of Civil Procedure 23(h)(4) and 53(f)(1), the Master's Report and Recommendation (the "Report") is resubmitted to the Master to respond to the objections to the Report. In addition, the Master is authorized to: (a) participate in any oral argument concerning the Report; (b) question witnesses if an evidentiary hearing is conducted concerning the Report; and (c) address any issues related to the Report if requested by the court or authorized by the court in response to a request by the Master. See, e.g. Fed. R. Civ. P. 23(h)(4) ("the court may refer issues related to the amount of the [attorney's] fee award to a special master . . . as provided in Rule 54(d)(2)(D)"). The Master and the individuals and organizations he employs shall continue to be compensated in the manner provided in the March 7, 2017 Order, (Docket No. 173) ¶¶13, 14, as amended on May 25, 2017, see Docket No. 206.[1]

---

[1] On June 22, 2018, the court issued an order granting Labaton Sucharow LLP's Motion for Relief from Order Awarding Fees, Expenses, and Service Awards (Docket No. 178). See Docket No. 331. That Order vacated the Order Awarding Attorneys' Fees, Payment of

2

3. The Competitive Enterprise Institute's Center for Class Action Fairness's (the "CCAF") Motion for Leave to File <u>Amicus Curiae</u> Response to Court's Order of February 6 and for Leave to Participate as <u>Guardian Ad Litem</u> for Class or Amicus in Front of Special Master (Docket No. 126) is ALLOWED to the extent it requests leave to file amicus briefs that are invited by the court or authorized by the court in response to a request by CCAF. CCAF's request to serve as a <u>Guardian Ad Litem</u> for the class is taken under advisement.

4. The proposed protocol for adding documents to the Record (Docket No. 259)(the "Protocol") is ADOPTED except as to paragraphs 3 and 4. The Master shall file any exhibits to his response to the objections contemporaneously with the response. The Master and the lawyers shall confer concerning proposed redactions to any exhibits that are not yet part of the Record and file them for the

---

Litigation Expenses, and Payment of Service Awards to Plaintiffs (Docket No. 111). <u>See</u> Fed. R. Civ. P. 60(b), 1946 Advisory Committee Note ("Rule 60(b) [which provides for "Relief from a Judgment or Order"] does not assume to define the substantive law as to the grounds for <u>vacating</u> judgments . . . .") (emphasis added). The court has not vacated the Order and Final Judgment approving the $300,000,000 settlement of this case (Docket No. 110). However, as the court has vacated the award of $75,000,000 for attorneys, expenses, and service awards, it deems those funds to now constitute class funds. At the August 9, 2018 hearing, the lawyers for the class objected to the court's conclusions that granting the motion for relief from judgment "vacated" the award of attorneys' fees and that the $75,000,000 previously awarded are now again "class funds."

3

public record, with a motion to impound the redacted information, within 14 days of filing the response. The same procedure shall apply concerning any replies to the Master's response.

5. By August 16, 2016, the Master and the lawyers for the class shall:

(a) Confer and propose a schedule for the Master's response to the objections to the Report and any replies;

(b) File for the public record any exhibits to the objections that were not exhibits to the Report, and any documents the Master added to the Record on August 6, 2018 pursuant to paragraph 3 of the July 9, 2018 Order, and explain the reasons for any proposed redactions. In the alternative, they shall file a motion and affidavit seeking to establish good cause for an extension of time to do so; and

(c) Report any other obligations under the Protocol (Docket No. 259) or the July 9, 2018 Order that have not been satisfied, and propose a deadline by which they will do so.

_____
UNITED STATES DISTRICT JUDGE