UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 12-11698-MLW |

ORDER

WOLF, D.J.                                                September 7, 2018

In their Joint Response to the Court's August 28, 2018 Order (Docket No. 460) the Master and the Lawyers request an extension to September 18, 2018 to attempt to agree on a proposed resolution

of some or all of the disputed issues in this case. They also request a stay of the deadlines for substantive submissions until they submit their September 18, 2018 report on their discussions. It appears that the only outstanding deadlines for submissions are: (1) the September 7, 2018 deadline for Labaton Sucharow, LLP ("Labaton") to file any response to the Master's "Cover Memorandum," see Docket No. 460; (b) the September 7, 2018 deadline for Labaton to object to being ordered to pay an additional $750,000 to the Clerk to provide a fund for payment of the expenses of the Master; and (c) the September 17, 2018 deadline for the Master to respond to any objections concerning the proposed additional payment, see Docket No. 461.

The court finds the foregoing requests reasonable and they are hereby ALLOWED. Any party requesting a stay from complying with any other Order(s) or deadlines shall file a motion identifying with specificity the relief being sought.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE