**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>    Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>    Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>    Defendant. | No. 12-cv-11698 MLW |

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP'S REQUEST FOR CLARIFICATION AND OBJECTION TO THE PROPOSED ISSUANCE OF AN <u>ORDER CONCERNING ADDITIONAL PAYMENT TO THE SPECIAL MASTER</u>**

1616890.4

In its Order dated August 28, 2018 (ECF No. 461), the Court proposed the issuance of an Order "***amending its prior orders*** to require that Labaton Sucharow, LLP ('Labaton') ***pay from fees it previously received*** an additional $750,000 to the Clerk to provide a fund for payment of past and possible future fees and expenses" of the Special Master.  (Emphases added).  The Court requested that the parties file any objections to such a proposed order by September 7, 2018, a deadline that was then extended to September 18, 2017 (ECF No. 465).  Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser") now responds to the Court's August 28 Order as follows:

As an initial matter, Lieff Cabraser requests clarification as to whether the Court presently is considering directing Labaton to fund the entire $750,000 payment ***itself***, out of the "fees it previously received" in this matter, without further contribution from Lieff Cabraser.  Lieff Cabraser understands this to be the Court's intention based on the plain text of the Order—first, because the Order (unlike prior orders) states that the proposed additional funds are to be paid from fees that Labaton had "previously received," and second, because the Court states that it is considering "amending its prior orders" concerning payment to the Special Master, each of which (unlike the current order under consideration) specifically provided that payment was to be made out of the fees and expenses "previously distributed to" all three of the main customer class law firms.[1]

In any event, to the extent the Court intended Lieff Cabraser to share in the obligation to pay an additional $750,000 for the benefit of the Special Master, Lieff Cabraser objects to the proposed additional payment as excessive in itself, and to the Special Master's fees and expenses

---

[1] The Court's prior orders concerning payment of the Special Master's fees and expenses each specifically referred to ¶ 13 of the Court's March 8, 2017 Order (ECF No. 173), which, unlike the amendment now proposed by the August 28 Order, provided that "payment shall be made . . . ***from the award of attorneys' fees and expenses distributed to Labaton Sucharow, LLP, the Thornton Law Firm LLP, and Lieff, Cabrasser [sic], Heimann & Bernstein LLP***.") (emphasis added).  *See* Orders dated October 24, 2017 (at 3) and April 23, 2018 (at 4) (ECF Nos. 208 and 217).  The August 28 Order, unlike the Court's prior orders concerning payments to the Special Master, does not cite ¶ 13 of the Court's March 8, 2017 Order.

1616890.4                                    -1-

as excessive in their totality, and asserts that any additional payments to the Special Master should be deferred until a full and final accounting can be done, which the Court has indicated may come only at the conclusion of the de novo review of the Special Master's Report. Hearing Tr., August 9, 2018, at 53. Further, at this time Lieff Cabraser has no knowledge what (if anything) any proposed resolution between Labaton and the Special Master provides for by way of the additional $750,000 expenses contemplated by the August 28 Order. Accordingly, at a minimum, any order regarding additional payments should be deferred until the terms of any such proposed resolution are disclosed to the Court and to Lieff Cabraser.

Dated: September 18, 2018          Respectfully submitted,

By: */s/ Richard M. Heimann*
　　Richard M. Heimann (*pro hac vice*)
　　Robert L. Lieff (*pro hac vice*)
　　275 Battery Street, 29th Floor
　　San Francisco, California  94111
　　Tel:  (415) 956-1000
　　Fax:  (415) 956-1008

　　Steven E. Fineman
　　Daniel P. Chiplock (*pro hac vice*)
　　250 Hudson Street, 8th Floor
　　New York, New York  10013
　　Tel:  (212) 355-9500
　　Fax:  (212) 355-9592

　　*Counsel for Lieff Cabraser Heimann & Bernstein, LLP*

## CERTIFICATE OF SERVICE

　　I hereby certify that this document filed through the ECF system will thereby be served on this date upon counsel of record for each party identified on the Notice of Electronic Filing.

September 18, 2018                    */s/ Richard M. Heimann*
　　　　　　　　　　　　　　　　　　　　Richard M. Heimann