UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>      Plaintiffs,<br>v.<br>STATE STREET BANK AND TRUST COMPANY,<br>      Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>      Plaintiffs,<br>v.<br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br>      Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br>      Plaintiffs,<br>v.<br>STATE STREET BANK AND TRUST COMPANY,<br>      Defendant. | No. 12-cv-11698 MLW |

**THORNTON LAW FIRM LLP'S
RESPONSE TO PROPOSED ORDER
REGARDING ADDITIONAL FUNDS FOR SPECIAL MASTER**

Pursuant to the Court's August 28, 2018 Order (ECF 461), the Thornton Law Firm ("TLF") hereby responds to the Court regarding the proposal to amend the Court's prior orders to require Labaton Sucharow LLP ("Labaton") to pay an additional $750,000 to the Clerk for past and future fees and expenses of the Special Master. Since it appears from the plain text of the Court's Order that the proposed amendment applies only to Labaton, TLF takes no position on the proposed amendment.

To the extent the proposed amendment applies to all Customer Class counsel, TLF acknowledges that the Special Master must be paid for his work so long as the Court ensures that

his costs and fees are reasonable.  TLF objects to any further sua sponte filings by the Special Master which increase the costs of this matter unnecessarily.  Accordingly, to the extent all Customer Class counsel is required to pay the additional $750,000, the Court should ensure that the Special Master works within a reasonable budget and that the Special Master refrains from filing or drafting documents that the Court does not request.

                    Respectfully submitted,

                    */s/ Brian T. Kelly*
                    Brian T. Kelly (BBO No. 549566)
                    Joshua C. Sharp (BBO No. 681439)
                    NIXON PEABODY LLP
                    100 Summer Street
                    Boston, MA  02110
                    Telephone: (617) 345-1000
                    Facsimile:  (844) 345-1300
                    bkelly@nixonpeabody.com
                    jsharp@nixonpeabody.com

Dated: September 18, 2018        *Counsel for the Thornton Law Firm LLP*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on September 18, 2018 and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing ("NEF").

                    */s/ Joshua C. Sharp*
                    Joshua C. Sharp