UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARKANSAS TEACHER RETIREMENT SYSTEM,
on behalf of itself and all others
similarly situated,

        Plaintiff,

vs.

STATE STREET BANK AND TRUST COMPANY,

        Defendant.
_____/

No. 11-cv-10230-MLW

ARNOLD HENRIQUEZ, MICHAEL T. COHN,
WILLIAM R. TAYLOR, RICHARD A.
SUTHERLAND, and those similarly situated,

        Plaintiffs,

vs.

STATE STREET BANK AND TRUST COMPANY,

        Defendant.
_____/

No. 11-cv-12049-MLW

THE ANDOVER COMPANIES EMPLOYEE
SAVINGS AND PROFIT SHARING PLAN, on
behalf of itself, and JAMES PEHOUSHEK-
STANGELAND and all others similarly situated,

        Plaintiffs,

vs.

STATE STREET BANK AND TRUST COMPANY,

        Defendant.
_____/

No. 12-cv-11698-MLW

**SPECIAL MASTER'S RESPONSE TO COURT'S SEPTEMBER 7, 2018 ORDER**

On September 7, 2018, the Court allowed the Special Master's and the Law Firms' request for additional time, or until September 18, 2018, to report to the Court on the status of the parties' discussions for a proposed resolution of some or all of the disputed issues in the case. Dkt. # 465. The Court further stayed the deadlines for all substantive submissions until that date.

After more than six weeks of meaningful discussions, the Special Master reports that he has reached a tentative agreement with Labaton and ERISA counsel for the Court's consideration resolving all of the disputed issues as to those firms. The Special Master, therefore, requests that any substantive submissions to the Court involving Labaton or ERISA counsel, currently outstanding, be further held in abeyance until a date set by the Court to take place after the parties have memorialized their agreement for a proposed resolution and submitted it to the Court for its consideration, no more than fourteen (14) days from today, or October 2, 2018.[1]

With respect to the remaining firms, the Special Master was unable to reach an agreement consistent with how the Special Master views his responsibilities to the Court under the Court's March 8, 2017 Order and his Report and Recommendations. The Master will file appropriate responses to Lieff Cabraser's and Thornton's objections according to the time table set by the Court.

---

[1] On August 28, 2018, the Court informed the parties it was considering amending its prior orders to require Labaton to pay an additional $750,000 to the Clerk for payment of past and possible future fees and expenses for the Special Master's investigation. Dkt. # 461. The Court ordered any objection to such an order be filed by September 7, 2018. *Id*. On September 7, 2018, the Court allowed the Special Master's request to stay all outstanding deadlines for substantive submissions to the Court until a future date. Dkt. # 465. Because certain of the Law Firms—in addition to Labaton—may object to the Court's issuing an order for additional payment by Labaton, the Special Master respectfully requests that the deadline for filing any objection to the Court issuing the order described in its September 7, 2018 notice to the parties be stayed *as to all firms* until a date set by the Court, and at no time before the Court receives the memorialized terms of the proposed resolution among Labaton, ERISA counsel, and the Special Master. The Special Master will thereafter respond to any objections filed according to this time table.

Dated:  September 18, 2018                    Respectfully submitted,

**SPECIAL MASTER HONORABLE
GERALD E. ROSEN (RETIRED),**

By his attorneys,

 /s/  *William F. Sinnott*
William F. Sinnott (BBO #547423)
Elizabeth J. McEvoy (BBO #683191)
BARRETT & SINGAL, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090
Facsimile: (617) 720-5092
Email: wsinnott@barrettsingal.com
Email: emcevoy@barrettsingal.com

**CERTIFICATE OF SERVICE**

I hereby certify that this foregoing document was filed electronically on September 18, 2018 and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing ("NEF").  Paper copies were sent to any person identified in the NEF as a non-registered participant.

 /s/  *William F. Sinnott*
William F. Sinnott