UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARKANSAS TEACHER RETIREMENT SYSTEM,
on behalf of itself and all others
similarly situated,

        Plaintiff,

vs.

STATE STREET BANK AND TRUST COMPANY,

        Defendant.
_____/

No. 11-cv-10230-MLW

ARNOLD HENRIQUEZ, MICHAEL T. COHN,
WILLIAM R. TAYLOR, RICHARD A.
SUTHERLAND, and those similarly situated,

        Plaintiffs,

vs.

STATE STREET BANK AND TRUST COMPANY,

        Defendant.
_____/

No. 11-cv-12049-MLW

THE ANDOVER COMPANIES EMPLOYEE
SAVINGS AND PROFIT SHARING PLAN, on
behalf of itself, and JAMES PEHOUSHEK-
STANGELAND and all others similarly situated,

        Plaintiffs,

vs.

STATE STREET BANK AND TRUST COMPANY,

        Defendant.
_____/

No. 12-cv-11698-MLW

**ASSENTED TO MOTION FOR FILING LATE**
**THE PROPOSED PARTIAL RESOLUTION**
**<u>OF ISSUES FOR THE COURT'S CONSIDERATION</u>**

The Special Master hereby moves, with assent from Keller Rohrback LLP, McTigue Law LLP, Zuckerman Spaeder LLP and Labaton Sucharow LLP, to file late the *Special Master's Supplement to His Report and Recommendations and Partial Resolution for the Court's Consideration* and the *Supplemental Response of Labaton Sucharow LLP to His Report and Recommendations and Partial Resolution for the Court's Consideration* (collectively, the "**Proposed Partial Resolution of Issues for the Court's Consideration**") due to unforeseen delays resulting from coordinating among multiple law firms and finalizing said filing. The filing of the above referenced documents will still be filed on the early-morning following on the deadline date of October 9, 2018 and within hours of the deadline time.

Respectfully submitted,

**SPECIAL MASTER HONORABLE GERALD E. ROSEN (RETIRED),**

By his attorneys,

   */s/ William F. Sinnott*
William F. Sinnott (BBO #547423)
Elizabeth J. McEvoy (BBO #683191)
BARRETT & SINGAL, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090
Facsimile: (617) 720-5092
Email: wsinnott@barrettsingal.com
Email: emcevoy@barrettsingal.com

Dated:  October 9, 2018

## CERTIFICATE OF SERVICE

      I hereby certify that on October 9, 2018, I caused the foregoing Motion for Filing Late the Proposal Partial Resolution of Issues for the Court's Consideration to be served electronically and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing ("NEF").  Paper copies were sent to any person identified in the NEF as a non-registered participant.

                                                  /s/  William F. Sinnott
                                                 William F. Sinnott