

Arkansas Teacher Retirement System

October 11, 2018

Honorable Mark L. Wolf
United States District Court for Massachusetts
John J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: *Arkansas Teacher Retirement System, et al v. State Street Bank and Trust Company*
No. 11-cv-10230-MLW; No. 11-cv-12049-MLW; No. 11-cv-11698-MLW

Dear Judge Wolf:

I am writing to inform the Court that on October 1, 2018 I gave formal notice to the Arkansas Teacher Retirement System (ATRS) Board of Trustees that I was retiring after a decade as its Executive Director effective December 31, 2018. (As background, I have been eligible to retire for over 6 years. Slowly ATRS has been transformed from a troubled system to one of the top-rated, public pension funds in America with strong benefit and sound investment policies in place. Based on top 1% returns for ATRS over the last several years, strong current actuarial position, and no major legislative initiatives for 2019, the timing is right for a leadership change in calm waters.)

I also would like to reiterate that ATRS is ready to continue as class representative for all the reasons I provided in my affidavit previously filed. Moreover, the current schedule provides for a new Executive Director to be chosen by the Board *well before* December 31, 2018. Additionally, Clint Rhoden (operations director), Martha Miller (staff attorney), Rett Hatcher (a deputy director), and Rod Graves (a deputy director) are also well qualified to act on behalf of the class in ATRS' role as class representative. I will, of course, be in court on October 15, 2018 as directed, accompanied by Clint Rhoden (operations director) to ensure ATRS is ready to fulfill any duty or obligation remaining.

I have reviewed the proposed settlement. It is clear to me that the Special Master has put a great deal of thought and effort into reaching a proposed agreement that benefits the Class but also allows for closure.

Honorable Mark L. Wolf
October 11, 2018
Page Two

    The Court should know that ATRS, through lessons learned, has already instituted certain changes and requirements for outside counsel as a result of this case, including: (1) specific retainer agreements for each separate matter; (2) a ban on referral fees of any kind; (3) a reminder to each outside counsel of their obligation to abide by all ethical rules and to strive to achieve ethical best practices with a focus on this case for a compass.

Sincerely,

*[signature: George Hopkins]*

George Hopkins