## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 12-cv-11698 MLW |

## COMPETITIVE ENTERPRISE INSTITUTE'S RESPONSE
## TO OCTOBER 11 ORDER

In response to the Court's order of October 11, 2018 (Dkt. 488), Competitive Enterprise Institute states as follows:

CEI attorney Theodore H. Frank previously planned to attend and observe the first two hours of the October 15, 2018, 2 P.M. hearing.  CEI wishes to participate as *amicus* to the extent that (1) the Court would find CEI's participation helpful and (2) the Court would permit Mr. Frank to leave at or before 4 P.M. so that he may fulfill a commitment, previously scheduled months before, to speak at Harvard Law School that evening. CEI is otherwise prepared to comment as *amicus*, to the extent the Court would find it helpful and request it do so, on the Proposed Resolution at the appropriate time.

Dated: October 12, 2018

/s/ Theodore H. Frank
Theodore H. Frank (*pro hac vice*)
COMPETITIVE ENTERPRISE INSTITUTE
1310 L Street NW, 7th Floor
Washington, DC 20005
Telephone: 202-331-2263
Email: ted.frank@cei.org

M. Frank Bednarz (BBO No. 676742)
COMPETITIVE ENTERPRISE INSTITUTE
1145 E Hyde Park Blvd. Unit 3A
Chicago, IL 60615
Telephone: 202-448-8742
Email: frank.bednarz@cei.org

*Attorneys for Amicus Curiae*
*Competitive Enterprise Institute*
*Center for Class Action Fairness*

## CERTIFICATE OF SERVICE

I certify that on October 12, 2018, I served a copy of the forgoing on all counsel of record by filing a copy via the ECF system.


Dated: October 12, 2018

*/s/ Theodore H. Frank*
Theodore H. Frank