UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>        Plaintiff<br><br>        v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>        Defendants. | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>        Plaintiff<br><br>        v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>        Defendants. | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>        Plaintiff<br><br>        v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>        Defendants. | C.A. No. 12-11698-MLW |

ORDER

WOLF, D.J.                                              October 16, 2018

For the reasons stated in court on October 15, 2018, it is hereby ORDERED that:

1. Michael Canty, Esq., of Labaton Sucharow LLP ("Labaton") shall, by October 18, 2018, submit an affidavit describing how many of Labaton's fee division arrangements Labaton has reviewed, and how many of those arrangements Labaton has revised, in Labaton's efforts "to ensure that all such arrangements comply with applicable ethics requirements." Docket No. 485-1 ¶4(o).

2. Eric Belfi, Esq., and Christopher Keller, Esq., of Labaton shall each, by October 25, 2018, submit an affidavit addressing whether Labaton has or had any agreement(s) to share fees, whether or not memorialized in written contracts, with Damon Chargois, Esq. and/or Tim Herron, Esq. concerning clients or potential clients in addition to Arkansas Teachers Retirement System, and whether Labaton has or had written or unwritten agreements to share fees with anyone else solely for assistance in obtaining clients for Labaton.

3. The Master, Labaton, and ERISA Counsel shall, by October 25, 2018, submit memoranda in support of the Proposed Partial Resolution of Issues (Docket No. 485). Responses by Lieff Cabraser Heimann & Bernstein, LLP ("Lieff"), Thornton Law Firm LLP ("Thornton"), and, if it wishes, the Competitive Enterprise Institute shall be filed by November 1, 2018.

4. Labaton shall, by October 25, 2018, pay an additional $1,000,000 to the Clerk of the United States District Court for the District of Massachusetts to further fund payment of past and future fees and expenses of the Special Master. Thornton shall reimburse Labaton $290,000, and Lieff shall reimburse Labaton $240,000. The court may later amend this allocation. See Fed. R. Civ. P. 53(g)(3).

5. The Master, Lieff, and Thornton shall, by October 25, 2018, confer and report whether they have agreed to reduce the objections to which the Master must respond and the court must decide, and identify the remaining objections. The Master shall report how much time he requests to respond to such objections.

6. A hearing to address pending issues and to schedule future events shall be held on November 7, 2018, at 10:00 a.m. Eric Belfi, Esq., Christopher Keller, Esq., and Judge James Holderman shall attend. Each shall be prepared to discuss the cover memorandum to the Special Master's First Submission of Documents to Supplement the Record (Docket No. 423).

7. The Master and the law firms that participated shall order a copy of the transcript of the October 15, 2018 hearing on an expedited basis.

_____
UNITED STATES DISTRICT JUDGE