**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>                Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>                Defendant. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>              Defendant. | No. 12-cv-11698 MLW |

**LABATON SUCHAROW LLP'S SUBMISSION OF DECLARATION IN RESPONSE TO COURT'S OCTOBER 16, 2018 ORDER (ECF NO. 494)**

Labaton Sucharow LLP ("Labaton") respectfully submits, as Exhibit 1 hereto, the Declaration of Michael Canty, in response to Paragraph 1 the Court's October 16, 2018 Order (ECF No. 494) and as directed in Court during the October 16, 2018 hearing in this matter.

- 2 -

| | |
|---|---|
| Dated: October 18, 2018 | Respectfully submitted, |

By: */s/ Joan A. Lukey*
    Joan A. Lukey (BBO No. 307340)
    Justin J. Wolosz (BBO No. 643543)
    CHOATE, HALL & STEWART LLP
    Two International Place
    Boston, MA 02110
    Tel.: (617) 248-5000
    Fax: (617) 248-4000
    joan.lukey@choate.com
    jwolosz@choate.com

*Counsel for Labaton Sucharow LLP*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record on October 18, 2018.

*/s/ Joan A. Lukey*
Joan A. Lukey