# Exhibit C

**Michael P. Canty**
Partner
212 907 0863      direct
212 907 0700      main
212 883 7063      fax
mcanty@labaton.com

New York Office
140 Broadway
New York, NY 10005

[DATE]

**VIA E-MAIL**
[INSERT NAME, ADDRESS, and E-MAIL]

Re:      Client Referrals

Dear [NAME]:

This Letter Agreement ("Agreement") between you and Labaton Sucharow LLP ("Labaton Sucharow") sets forth the terms and conditions upon which we shall cooperate in the representation of clients, such as institutional investors, referred to Labaton Sucharow by you for portfolio monitoring and securities litigation services.

As used in this Agreement, the term "Clients" means institutional investors and such other entities or individuals as may desire to use the services of the Labaton Sucharow for portfolio monitoring and the commencement of class or direct (non-class) actions to recover losses sustained in investments held by them.  You will assist Labaton Sucharow in obtaining new Clients, retaining existing Clients previously referred by you, serving as liaison between the Labaton Sucharow and such Clients, and assisting the Labaton Sucharow in its representation of such Clients (the "Services").

You confirm that you currently are a member in good standing of the bar of the State of [INSERT]. You will maintain such status at all times that you continue to have a relationship with Labaton Sucharow.  You represent that you are not a party to any agreement that represents a conflict of interest with the terms of this Agreement or that materially and adversely affects your ability to perform the Services.  Further, you agree you will not enter into any agreement or business relationship during the term of this Agreement or any renewal that could place you or Labaton Sucharow in a conflict of interest position.

In order to perform the Services, you shall, among other things, maintain contact with Clients and potential clients, promote the services of Labaton Sucharow, and provide Labaton Sucharow with information pertaining to and access to Clients and potential clients.

In addition, you shall:

(1)      in performing the Services comply with all applicable legal and ethical requirements, including, but not limited to, Rules 7.1 (Advertising) and 7.3 (Solicitation and Recommendation of Employment) of the New York Rules of Professional Conduct; and

(2)      obtain final approval from the Labaton Sucharow for any print media you intend to distribute or make available to Clients, potential clients, or the public that pertains to Labaton Sucharow.

Page 2 of 4
[DATE]
Agreement with [NAME] regarding Client Referrals


You do not have any authority to act on behalf of Labaton Sucharow or make any agreement, promise, or commitment on its behalf.  Nothing in this Agreement shall be construed as creating any partnership, joint venture, agency, or employment relationship between you and Labaton Sucharow.

You will provide the Services from an office maintained by you.  You will be responsible for maintaining your own workers' compensation, employee liability, comprehensive general liability, malpractice, and any other insurance required by law.

You may from time to time refer Clients to Labaton Sucharow for portfolio monitoring.  Labaton Sucharow renders such services without charge.  All such referrals shall be pursuant to written retainer agreements executed by Labaton Sucharow and the Client.  Labaton Sucharow shall advise you and the Client if it appears that a Client referred by you may have a claim arising from violation of the securities laws and the parties shall jointly consult with the Client as to its prosecution of an action either as plaintiff in a class action or a direct (non-class) action.  You may also introduce other potential clients to Labaton Sucharow for the prosecution of such actions arising out of violation of securities laws.

In the event that a Client introduced by you to Labaton Sucharow retains Labaton Sucharow to prosecute a U.S. class action on its behalf at the time of such referral and is appointed lead or co-lead plaintiff, subject to the terms and conditions set forth below, Labaton Sucharow will pay you a fee of INSERT percent (INSERT%) of the Net Fee (as defined below) received by Labaton Sucharow.  Net Fee means the amount when, as, and if actually received by the Labaton Sucharow as fees for its legal services after payment of all expenses, co-counsel fees, and payments to local counsel.  If Labaton Sucharow represents more than one plaintiff, and one or more of such plaintiffs is not a Client referred by you, the Net Fee upon which payment to you is computed will be apportioned based on the comparative net losses of the respective clients.  For example, if all the Labaton Sucharow's clients have a total aggregate loss of three million dollars of which two million dollars is attributable to the Client referred by you, then the amount from which you will receive INSERT PERCENTAGE would be two thirds (2/3) of the total Net Fee received by Labaton Sucharow.

Each retention (either for portfolio monitoring or litigation) will be confirmed with you in writing by Labaton Sucharow.

You shall not be responsible for any of the costs or expenses incurred in prosecuting a litigation.

Each of the parties shall take all steps necessary and appropriate to comply with all legal and ethical requirements applicable to it.  Without limiting the generality of the foregoing, as to each litigation undertaken by Labaton Sucharow, the parties shall take all steps required to comply with Rule 1.5(g)

[DATE]
Agreement with [NAME] regarding Client Referrals

of the New York Rules of Professional Conduct (or any successor rule) including: assumption of joint responsibility and/or work commensurate with the fee to be provided, full disclosure that there is to be a division of fees and the amount thereof, the consent of the client thereto, and confirmation thereof in writing.  In connection with the assumption of joint responsibility for litigation, you will have and maintain malpractice insurance during the entire course of any litigation in which a client introduced by you and represented by Labaton Sucharow is involved.

Nothing herein contained shall be deemed to require you to refer any potential clients to Labaton Sucharow or Labaton Sucharow to accept any such referral.  Each party is free to enter into similar agreements with others.  This Agreement does not constitute a binding agreement and is intended to set forth the basis for the referral of matters and payment of the fees provided for herein on a case-by-case basis, following execution of an agreement with the potential client and compliance with legal and ethical requirements.

The parties hereto expressly understand and agree that information exchanged between you and Labaton Sucharow may contain confidential information, such as client lists, strategies, litigation strategies, and other sensitive information that constitutes confidential and/or privileged information.  Each of the parties mutually agrees that they shall not use or disclose such confidential information for any purpose other than in the performance of this Agreement.

All notices hereunder shall be given by email and overnight courier as set forth below, and shall be effective on the business day after delivery to the overnight courier:

> **To [NAME]:**
> INSERT CONTACT INFO
>
> **To Labaton Sucharow:**
> INSERT NAME
> Labaton Sucharow LLP
> 140 Broadway
> New York, New York 10005
> INSERT NAME@labaton.com

This Agreement contains our entire agreement and supersedes and renders null and void any and all prior agreements between the parties, whether written or oral.  There have been no promises, statements, or representations made to induce either party to enter into this Agreement that are not fully set forth herein, and all such prior promises, statements, and representations, if any, are merged herein and shall not survive.  Each party has entered into this Agreement freely and after full consideration of its rights and obligations.

Page 4 of 4
[DATE]
Agreement with [NAME] regarding Client Referrals

The term of this agreement shall be two years from date of the Agreement.  This Agreement may be terminated by either party on thirty (30) days' written notice.  Notwithstanding, Labaton Sucharow may terminate this Agreement on one (1) day's notice should you fail to maintain your status as an attorney duly admitted to practice.

Any dispute between the parties as to the making, performance, breach, or termination of this Agreement shall be resolved by arbitration conducted pursuant to the applicable rules of JAMS in New York City, New York.  In any such arbitration, the arbitrator is authorized to award attorneys' fees to the prevailing party or parties if the arbitrator finds that the position of the other party or parties was maintained in bad faith.  Judgment upon any award may be entered in a court of competent jurisdiction located in New York County, NY.

Any modifications, amendments, or addendums to this Agreement must be made in writing and signed by both parties hereto.

This Agreement shall be governed and controlled by New York law.

Sincerely,

Labaton Sucharow LLP                                              Agreed to:


By:_____                    _____
     Michael P. Canty                                      [NAME]