```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>    Plaintiff<br><br>        v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>    Plaintiff<br><br>        v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>    Plaintiff<br><br>        v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 12-11698-MLW |

<u>ORDER</u>

WOLF, D.J.                                                November 5, 2018

2

In its Memorandum in Support of the Proposed Partial Resolution of Issues, Labaton Sucharow LLP stated that it intends to retain Retired Judge Garrett E. Brown, Jr., instead of Retired Judge James Holderman. See Docket No. 510 at 12. Accordingly, it is hereby ORDERED that:

1. Judge Brown shall attend the hearing on November 7, 2018, at 2:00 p.m. He shall be prepared to discuss the Cover Memorandum to the Special Master's First Submission of Documents to Supplement the Record (Docket No. 423).

2. Judge Holderman is no longer ordered to attend the hearing on November 7, 2018, at 2:00 p.m.

                                          /s/ Mark L. Wolf
                                          UNITED STATES DISTRICT JUDGE

2