UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 12-11698-MLW |

<u>ORDER</u>

WOLF, D.J.                                                              November 8, 2018

For the reasons stated in court on November 7, 2018, it is hereby ORDERED that:

1. The Master shall, by November 20, 2018, at 12:00 noon, submit responses to the objections of Lieff Cabraser Heimann & Bernstein, LLP ("Lieff") and Thornton Law Firm LLP ("Thornton") to the Report and Recommendations. The Master shall address, among other things: (a) the "further issues relating to the accuracy of Lieff's disclosures to the court," see Docket No. 503 at 2; and (b) whether, when, and how notice should be provided to the class.

2. The Competitive Enterprise Institute ("CEI") may, by November 20, 2018, at 12:00 noon, submit a memorandum addressing the reasonableness of the award of approximately $75,000,000 in attorneys' fees in this case and any other issues.

3. Lieff and Thornton shall reply to the Master's and CEI's submissions by December 18, 2018. Lieff shall address, among other things, whether the rates used for staff attorneys in the fee petition were reasonable.

4. Litigation concerning the objections of Labaton Sucharow LLP ("Labaton") to the Report and Recommendations is STAYED, except that Labaton shall, by December 18, 2018, submit: (a) an unredacted version of Exhibit 40343 (LBS040343) of the Cover Memorandum to the Special Master's First Submission of Documents to Supplement the Record (Docket No. 423-174); and (b) a memorandum addressing

the reasonableness of the award of approximately $75,000,000 in attorneys' fees and expenses in this case.

5. As agreed by Labaton, it shall, by January 8, 2019, submit the report of Retired Judge Garrett Brown. The report shall address, among other things, whether Labaton has or had written or unwritten agreements to share fees with anyone other than Damon Chargois, Esq. solely for assistance in obtaining clients for Labaton.

6. The Master and the law firms that participated shall order the transcript of the November 7, 2018 hearing.

```
                                     _____
                                     UNITED STATES DISTRICT JUDGE
```