# Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND and those similarly situated, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20 <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEES SAVINGS AND PROFIT SHARING PLAN, on behalf of itself and JAMES PEHOUSHEK-STRANGELAND, and all others similarly situated, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 11-cv-11698 MLW |

**DECLARATION OF ERIC J. BELFI**

I, ERIC J. BELFI, declare as follows:

2

1.      I am a partner of Labaton Sucharow LLP ("Labaton" or "the Firm").  I submit this Declaration in response to the Order of the Court dated October 16, 2018, as a supplement to paragraph 4 of my declaration of October 25, 2018.

2.      As referenced in the Special Master's Report at p. 90, Chargois acted as local counsel in a case that settled in 2008, entitled *Bristol Retirement System v. HCC Insurance Holdings Inc.*, No. 07-cv-0801 (S.D. Tex.).  Chargois functioned as traditional local counsel in this Texas lawsuit, and was paid commensurate with the work that he and his firm performed.  Neither he nor his firm referred the client to Labaton.  Reference to this closed case was inadvertently omitted from my earlier declaration.

3.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of November, 2018.

/s/    *Eric J. Belfi*
            Eric J. Belfi