**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>                Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>                Defendant. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>              Defendant. | No. 12-cv-11698 MLW |

**LABATON SUCHAROW LLP'S SUBMISSION OF**
**AMENDED PHASE I REPORT**
**<u>OF THE HONORABLE GARRETT E. BROWN, JR. (RET.)</u>**

- 2 -

Pursuant to Paragraph 5 of the Court's November 8, 2018 Order, ECF 518, and discussion with the Court during the November 7, 2018 hearing,[1] Labaton Sucharow LLP respectfully submits, as Exhibit 1 hereto, the Amended Phase I Report of the Honorable Garrett E. Brown, Jr. (Ret.) (the "Amended Phase I Report"). Please note that a redline, which identifies the minor amendments that have been made to the initial report (filed on January 8, 2019, ECF 536), is included as Exhibit K to the Amended Phase I Report.[2]

Dated: February 6, 2019

Respectfully submitted,

By: */s/ Joan A. Lukey*
    Joan A. Lukey (BBO No. 307340)
    Justin J. Wolosz (BBO No. 643543)
    CHOATE, HALL & STEWART LLP
    Two International Place
    Boston, MA 02110
    Tel.: (617) 248-5000
    Fax: (617) 248-4000
    joan.lukey@choate.com
    jwolosz@choate.com

*Counsel for Labaton Sucharow LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record on February 6, 2019.

*/s/ Joan A. Lukey*
Joan A. Lukey

---

[1] *See* November 7, 2018 Hearing Tr. at 21-22, 30-33, ECF 519.

[2] Labaton is not re-filing Exhibits A-J, which are available at ECF 536-2 – 536-11.