IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 12-cv-11698 MLW |

**THE CENTER FOR CLASS ACTION FAIRNESS'S MOTION TO SUBSTITUTE HAMILTON LINCOLN LAW INSTITUTE AS *AMICUS CURIAE* OR ALTERNATIVELY, TO ALLOW WITHDRAWAL OF COMPETITIVE ENTERPRISE INSTITUTE AND PARTICIPATION OF HAMILTON LINCOLN LAW INSTITUTE**

As of January 31, 2019, the Center for Class Action Fairness (CCAF) is no longer part of the Competitive Enterprise Institute (CEI). The CCAF has moved to the Hamilton Lincoln Law Institute (HamLinc), a new Washington D.C. public interest law firm. On behalf of, and with the assent of CEI's officers, the undersigned move to substitute CEI with HamLinc as the *amicus curiae* in this matter.

In accordance with Local Rule 7.1(a)(2), counsel for CCAF requested counsel's position on this motion via email in a good faith attempt to resolve or narrow the issue. All six plaintiffs firms and State Street oppose the participation of CCAF in general (whether part of CEI or HamLinc) and reserve their right to oppose further participation by CCAF, but these parties do not oppose the substitution of HamLinc for CEI as a technical matter for purposes of the docket. The Special Master takes no position on the motion. *See* Certificate of Compliance with Local Rule 7.1(a)(2) attached hereto.

## MEMORANDUM IN SUPPORT OF MOTION

Rule 25(c) contemplates substitution of a party after "an interest is transferred." While CEI was not a party, its interest and expertise in class action settlement has transferred to HamLinc. *See* "Announcing Hamilton Lincoln Law Institute," available online at: hlli.org/announcing-hamilton-lincoln-law-institute/.[1] All CCAF attorneys who worked for CEI now work for HamLinc instead, including the attorneys who have appeared in this case—Theodore H. Frank and M. Frank Bednarz.

Alternatively, to the extent that Rule 25(c) does not apply to an *amicus curiae*, this motion may be construed as a motion by the Competitive Enterprise Institute to withdraw and a motion from the Hamilton Lincoln Law Institute to appear for the same reasons CEI's CCAF has previously articulated. *See* Dkts. 126 and 515.

---

[1] *See also* CEI's version of this press release, available at: cei.org/content/cei-congratulates-ted-frank-and-ccaf-launch-hamilton-lincoln-law-institute.

This Court has granted CCAF leave to participate as an *amicus* in this action several times when it was still a part of CEI. *See* Dkts. 172, 401 and 518. This participation should continue without interruption. CCAF intends to continue providing its perspective to the Court.

Dated: April 22, 2019

/s/ *M. Frank Bednarz*
M. Frank Bednarz (BBO No. 676742)
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1145 E Hyde Park Blvd. Unit 3A
Chicago, IL 60615
Telephone: 801-706-2690
Email: frank.bednarz@hlli.org

Theodore H. Frank (*pro hac vice*)
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1629 K Street NW
Suite 300
Washington, DC 20006
Telephone: 202-331-2263
Email: ted.frank@hlli.org

Gary S. Peeples (*pro hac vice*)
BURCH, PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN 38103
Telephone: 901-524-5127
gpeeples@bpjlaw.com

*Attorneys for Amicus Curiae Competitive Enterprise Institute*
  *and*
*Proposed Amicus Curiae Hamilton Lincoln Law Institute—Center for Class Action Fairness*

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I certify that on April 17, 2019, CCAF emailed counsel for the parties and counsel for the Special Master in a good faith effort to narrow or resolve the issues raised in this motion. Counsel for all six plaintiffs firms and State Street advised that they oppose the participation of CCAF, HamLinc, and CEI in general and reserve their right to oppose further the participation of CCAF, but these parties do not oppose the substitution of HamLinc for CEI as a technical matter for purposes of the docket. Counsel for the Special Master advised that he takes no position on the motion.

Dated: April 22, 2019

/s/ M. Frank Bednarz
M. Frank Bednarz

### CERTIFICATE OF SERVICE

I certify that on April 22, 2019, I served a copy of the forgoing on all counsel of record by filing a copy via the ECF system.

Dated: April 22, 2019

/s/ M. Frank Bednarz
M. Frank Bednarz