UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>        Plaintiff<br><br>           v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>     Defendants. | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>        Plaintiff<br><br>           v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>     Defendants. | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>        Plaintiff<br><br>           v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>     Defendants. | C.A. No. 12-11698-MLW |

<u>ORDER</u>

WOLF, D.J.                                                May 31, 2019

It is hereby ORDERED pursuant to Fed. R. Evid. 615 that, except for the designated representative of each party, each potential witness identified in the May 31, 2019 Order (Docket No. 543):

1. Shall not discuss this case, including but not limited to his or her prospective testimony, with any other witness;

2. Shall be excluded from the courtroom when other witnesses are testifying; and

3. Shall not after testifying tell any prospective witness what he or she was asked or answered.

This Order shall not operate to prevent counsel from conferring with a witness prior to his or her testimony. However, unless protected by the attorney-client privilege or some other applicable privilege, such communications may be explored on direct and/or cross-examination of the witness.

_____
UNITED STATES DISTRICT COURT