# Bednarz Decl.

# EXHIBIT B



Frank Bednarz <frank.bednarz@hlli.org>

## ATRS v State Street

**Ted Frank** <tfrank@gmail.com>  
To: Frank Bednarz <frank.bednarz@hlli.org>, "Wolosz, Justin J." <jwolosz@choate.com>

Tue, Apr 23, 2019 at 4:51 PM

Justin: please confirm that you've asked your client to look into the referral fee disclosure in *Petrobras* and let me know what they find.

On Fri, Apr 19, 2019 at 11:20 AM Wolosz, Justin J. <jwolosz@choate.com> wrote:

> Same for Labaton as well.
>
> Justin J. Wolosz
>
> **CHOATE**
>
> Choate, Hall & Stewart LLP
>
> Two International Place
>
> Boston, MA 02110
>
> t 617.248.5221
>
> f 617.502.5221
>
> jwolosz@choate.com
>
> www.choate.com
>
> ---
>
> **From:** Laura Gerber [mailto:lgerber@KellerRohrback.com]  
> **Sent:** Thursday, April 18, 2019 12:41 PM  
> **To:** Heimann, Richard M.; 'Kelly, Brian'; Ted Frank; Gary Peeples; Lukey, Joan; David Copley; Chiplock, Daniel P.; Robert L. Lieff; Fineman, Steven E.; Wolosz, Justin J.; Glass, Stuart M.; Sharp, Joshua; bmctigue@mctiguelaw.com; jmoore@mctiguelaw.com; cmc@fczlaw.com; rjb@fczlaw.com; Lynn Sarko; ckravitz@zuckerman.com; msmith@zuckerman.com; Paine, William; Halston, Daniel; emcevoy@barrettsingal.com; wsinnott@barrettsingal.com  
> **Cc:** Frank Bednarz; ted.frank@hlli.org  
> **Subject:** RE: ATRS v State Street
>
> **\*\*External Email\*\***
>
> ---
>
> Keller Rohrback takes the same position as the Thornton Law Firm.
>
> Thank you,

Laura Gerber

---

**From:** Heimann, Richard M. <RHEIMANN@lchb.com>
**Sent:** Thursday, April 18, 2019 8:15 AM
**To:** 'Kelly, Brian' <bkelly@nixonpeabody.com>; Ted Frank <tfrank@gmail.com>; Gary Peeples <gpeeples@bpjlaw.com>; Lukey, Joan <joan.lukey@choate.com>; Chiplock, Daniel P. <DCHIPLOCK@lchb.com>; Robert L. Lieff <rlieff@lchb.com>; Fineman, Steven E. <sfineman@lchb.com>; Wolosz, Justin J. <jwolosz@choate.com>; Glass, Stuart M. <sglass@choate.com>; Sharp, Joshua <jsharp@nixonpeabody.com>; bmctigue@mctiguelaw.com; jmoore@mctiguelaw.com; cmc@fczlaw.com; rjb@fczlaw.com; Laura Gerber <lgerber@KellerRohrback.com>; Lynn Sarko <lsarko@kellerrohrback.com>; ckravitz@zuckerman.com; msmith@zuckerman.com; Paine, William <William.Paine@wilmerhale.com>; Halston, Daniel <Daniel.Halston@wilmerhale.com>; emcevoy@barrettsingal.com; wsinnott@barrettsingal.com
**Cc:** Frank Bednarz <frank.bednarz@hlli.org>; ted.frank@hlli.org
**Subject:** RE: ATRS v State Street

Same for LCHB

**Richard M. Heimann**
rheimann@lchb.com
t 415.956.1000
f 415.956.1008

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

---

**From:** Kelly, Brian [mailto:bkelly@nixonpeabody.com]
**Sent:** Thursday, April 18, 2019 7:16 AM
**To:** Ted Frank; Gary Peeples; Lukey, Joan; Heimann, Richard M.; Chiplock, Daniel P.; Lieff, Robert L.; Fineman, Steven E.; Wolosz, Justin J.; Glass, Stuart M.; Sharp, Joshua; bmctigue@mctiguelaw.com; jmoore@mctiguelaw.com; cmc@fczlaw.com; rjb@fczlaw.com; lgerber@kellerrohrback.com; lsarko@kellerrohrback.com; ckravitz@zuckerman.com; msmith@zuckerman.com; Paine, William; Halston, Daniel; emcevoy@barrettsingal.com; wsinnott@barrettsingal.com
**Cc:** Frank Bednarz; ted.frank@hlli.org
**Subject:** RE: ATRS v State Street

Hi Ted,

On behalf of TLF, we do not consent to CEI's/ CCAF's/ HLLI's participation in the proceedings, but we do not oppose you substituting HLLI for CEI as a technical matter for purposes of the docket.  We reserve the right to object to the participation of any of these entities in the proceedings.

Regards,

Brian

**Brian T Kelly**
Partner
bkelly@nixonpeabody.com
T 617-345-1065 | C 617-880-9918 | F 855-714-9513
Nixon Peabody LLP | Exchange Place | 53 State Street | Boston, MA 02109-2835
nixonpeabody.com | @NixonPeabodyLLP

The NP Boston office *has moved!* We are now located at **Exchange Place – 53 State Street.**

**Please consider the environment before printing this email.**

This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately and delete the message from your email system. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful. Thank you.

**From:** Ted Frank <tfrank@gmail.com>
**Sent:** Wednesday, April 17, 2019 1:14 PM
**To:** Gary Peeples <gpeeples@bpjlaw.com>; Lukey, Joan <joan.lukey@choate.com>; rheimann@lchb.com; dchiplock@lchb.com; rlieff@lchb.com; sfineman@lchb.com; Wolosz, Justin J. <jwolosz@choate.com>; Glass, Stuart M. <sglass@choate.com>; Kelly, Brian <bkelly@nixonpeabody.com>; Sharp, Joshua <jsharp@nixonpeabody.com>; bmctigue@mctiguelaw.com; jmoore@mctiguelaw.com; cmc@fczlaw.com; rjb@fczlaw.com; lgerber@kellerrohrback.com; lsarko@kellerrohrback.com; ckravitz@zuckerman.com; msmith@zuckerman.com; Paine, William <William.Paine@wilmerhale.com>; Halston, Daniel <Daniel.Halston@wilmerhale.com>; emcevoy@barrettsingal.com; wsinnott@barrettsingal.com
**Cc:** Frank Bednarz <frank.bednarz@hlli.org>; ted.frank@hlli.org
**Subject:** ATRS v State Street

[EXTERNAL E-MAIL]

Counsel,

The Center for Class Action Fairness (CCAF) moved to the Hamilton Lincoln Law Institute (HLLI) on January 31. Please advise whether you oppose a motion to substitute HLLI for the Competitive Enterprise Institute (CEI), or alternatively to withdraw CEI and allow HLLI to participate as *amicus* in its stead going forward.

CEI consents to the substitution. I understand that the plaintiffs' firms have standing objections to CCAF participating at all and we note that in the motion, but one hopes the parties can assent to the substitution of parties to reflect the successorship of CCAF without unnecessary litigation over a collateral issue.

Separately, counsel for Labaton: please advise whether the referral arrangement Labaton discloses for *In re Petrobras Securities Litigation*, No. 14-cv-9662 (S.D.N.Y.) (see Dkt. 536-2 at 8) was noticed to the class in that case pursuant to S.D.N.Y. Local Civil Rule 23.1. As you know, I represent a class member to that settlement.

Regards,

Ted Frank

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

Choate Hall & Stewart LLP Confidentiality Notice:

This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com