UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>    Plaintiff<br><br>         v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>    Plaintiff<br><br>         v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>    Plaintiff<br><br>         v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 12-11698-MLW |

<u>ORDER</u>

WOLF, D.J.                                                          June 21, 2019

On May 31, 2019, the court provided a preliminary agenda for the hearing scheduled to begin on June 24, 2019. See Dkt. No. 543. Additionally, the court intends to:

(1) Hear argument concerning the impact, if any, that the Chargois matter should have on the total fee award and/or the amount to be allocated to Labaton Sucharow LLP.

(2) Hear argument concerning whether the court should exercise its authority to allocate fees awarded and, if so, how. See 5 William B. Rubenstein, Newberg on Class Actions §15:23 (5th ed.) ("[I]t is axiomatic that the court has the ultimate authority to determine how the aggregate fee is to be allocated among counsel.").

(3) Discuss a procedure for identifying and resolving additional matters, if any, as to which there are objections to the Master's Report and Recommendations, which must be resolved under Federal Rule of Civil Procedure 53(f).

                                                             /s/ Mark L. Wolf
                                          UNITED STATES DISTRICT JUDGE