# Exhibit A

# Exhibit A

*Arkansas Teacher Retirement System et al. v. State Street Bank and Trust Company*
**Allocation of Fees Among Counsel with Chargois & Herron Allocation**
**Added to Customer Class Counsels' Share**

| **Firm** | **Amount**** |
|---|---|
| Labaton Sucharow* | $31,530,948.75 |
| Thornton Law Firm* | $19,455,266.25 |
| Lieff Cabraser Heimann & Bernstein* | $16,100,910.00 |
| Keller Rohrback | $2,484,708.33 |
| McTigue Law | $2,484,708.34 |
| Zuckerman Spaeder | $2,484,708.33 |
| **TOTAL** | **$74,541,250.00** |

\* The approximately $4.1 million to Chargois & Herron has been allocated back to Customer Class Counsel, according to their respective shares of the Customer Class Counsel portion of the fee award.

\*\* The amounts included reflect the respective portions of the fee award. They do not reflect awarded expenses or interest on fees that were included when funds were transmitted to the various firms. The table also does not reflect the further distributions to additional firms by the three ERISA counsel listed herein.

9333084v2