**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>       Plaintiffs,<br>v.<br><br>State Street Bank and Trust Company,<br><br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>       Plaintiffs,<br>v.<br><br>State Street Bank and Trust Company,<br><br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>       Plaintiffs,<br>v.<br><br>State Street Bank and Trust Company,<br><br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 12-11698-MLW |

**ERISA COUNSEL'S SUBMISSION IN RESPONSE TO COURT'S
REQUEST REGARDING FEE AWARD CALCULATION**

Keller Rohrback, LLP, Zuckerman Spaeder, LLP, and McTigue Law, LLP ("ERISA Counsel") respectfully submit this response to the Court's request during the hearing on June 26, 2019, that counsel provide the Court with the allocation of fees based on the original fee award in this case. Pursuant to the discussion at the June 26, 2019 hearing, the fees, expenses, and interest distributed to counsel are reflected on page 88 of the Special Master's Report and Recommendations, ECF No. 357. ERISA Counsel have received **$7,890,794.09** (including interest on fees and expenses) from the fee award of November 2, 2016. The Special Master's chart that is excerpted below shows how the fees, interest on fees and expenses were allocated among the firms.

| **Firm** | **Fees** | **Interest on Fees** | **Expenses** | **Total** |
|---|---|---|---|---|
| **Keller Rohrback** | $2,484,708.33 | $1,685.26 | $342,766.63 | $2,829,160.22 |
| **McTigue Law** | $2,484,708.34 | $1,685.26 | $50,176.39 | $2,536,569.99 |
| **Zuckerman Spaeder** | $2,484,708.34 | $1,685.26 | $38,670.29 | $2,525,063.88 |

ECF 357, pg. 88.

ERISA Counsel will provide the Court in their supplemental filing the fees that they are seeking, with a breakdown by firm.

Dated: June 27, 2019         Respectfully submitted,

                                        **KELLER ROHRBACK L.L.P.**

By: */s/ Lynn Lincoln Sarko*
     Lynn Lincoln Sarko
     T. David Copley
     Laura R. Gerber
     1201 3rd Avenue, Suite 3200
     Seattle, WA 98101
     Tel.: (206) 623-1900

*ERISA Counsel for Class Representatives The Andover Companies Employee Savings and Profit Sharing Plan and James Pehoushek-Stangeland*

By: */s/ J. Brian McTigue*
  J. Brian McTigue
  James A. Moore
  **McTIGUE LAW LLP**
  4530 Wisconsin Ave, NW, Suite 300
  Washington, DC 20016
  Phone: 202-364-6900

By: */s/ Carl S. Kravitz*
  Carl S. Kravitz
  **ZUCKERMAN SPAEDER, LLP**
  1800 M Street, NW
  Washington, DC 20036
  Phone: 202-778-1800

  *ERISA Counsel for Class Representatives
  Arnold Henriquez, Michael T. Cohn, William R.
  Taylor, and Richard A. Sutherland*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2019, I electronically filed the above with the Clerk of the Court using the CM/ECF system, which in turn sent notice to all counsel of record.

*/s/ Lynn Lincoln Sarko*
Lynn Lincoln Sarko
