UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>    Plaintiff<br><br>         v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>    Plaintiff<br><br>         v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>    Plaintiff<br><br>         v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 12-11698-MLW |

<u>ORDER</u>

WOLF, D.J.                                              June 28, 2019

For the reasons stated in court on June 26, 2019, it is hereby ORDERED that:

1. The Master, Labaton Sucharow LLP ("Labaton"), Lieff Cabraser Heimann & Bernstein, LLP, Thornton Law Firm LLP ("Thornton"), and ERISA Counsel shall submit memoranda on the implications of the June 24, 25, and 26, 2019 hearings. The memoranda may address, among other things: (a) the reasonable percentage range of an award of attorneys' fees from the common fund in this case; (b) whether the court should exercise its authority to allocate the fee award among class counsel and how the fee award should be allocated; (c) a reasonable billing rate for contract attorneys; and (d) whether Labaton violated Massachusetts Rule of Professional Conduct 7.2.

2. The Center for Class Action Fairness may, by July 10, 2019, submit a memorandum addressing, among other things, the foregoing issues.

3. The Master and law firms that participated shall order the transcripts of the June 24, 25, and 26, 2019 hearings.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE