UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARKANSAS TEACHER RETIREMENT SYSTEM,
on behalf of itself and all others
similarly situated,

        Plaintiff,

vs.

No. 11-cv-10230-MLW

STATE STREET BANK AND TRUST COMPANY,

        Defendant.
_____/

ARNOLD HENRIQUEZ, MICHAEL T. COHN,
WILLIAM R. TAYLOR, RICHARD A.
SUTHERLAND, and those similarly situated,

        Plaintiffs,

vs.

No. 11-cv-12049-MLW

STATE STREET BANK AND TRUST COMPANY,

        Defendant.
_____/

THE ANDOVER COMPANIES EMPLOYEE
SAVINGS AND PROFIT SHARING PLAN, on
Behalf of itself, and JAMES PEHOUSHEK-
STANGELAND and all others similarly situated,

        Plaintiffs,

vs.

No. 12-cv-11698-MLW

STATE STREET BANK AND TRUST COMPANY,

        Defendant.
_____/

**SPECIAL MASTER'S MOTION FOR EXTENSION OF TIME TO SUBMIT MEMORANDA**

The Special Master moves for a one-week extension of the time set by the Court in its June 28, 2019 Order (Dkt. 564) to submit memoranda on the implications of the June 24, 25, and 26, 2019 hearings, currently scheduled for June 10, 2019.  Undersigned counsel plans to travel to Washington, D.C. for several days to meet his newly-arrived grandson.  In addition, Attorney McEvoy is scheduled to participate in a week-long mediation next week.  There are a number of important matters arising out of last week's hearings and the Special Master wishes to respond in an informed and thoughtful fashion. Extension of the submission date to July 17, 2019 will allow him to do so.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1, the Special Master's counsel contacted other counsel in this case in order to confer regarding the substance of this motion. All parties responded.  Counsel for State Street, Keller Rohrback, McTigue Law, *Amicus* Hamilton Lincoln Law Institute, Labaton, Lief Cabraser and Zuckerman Spaeder have no objection. The Thornton Law Firm "assents provided the Court extends deadline for everyone so that we have simultaneous briefing on July 17."

Dated:  July 2, 2019

Respectfully submitted,

**SPECIAL MASTER HONORABLE GERALD E. ROSEN (RETIRED),**

By his attorneys,

  /s/  William F. Sinnott
William F. Sinnott (BBO #547423)
Elizabeth J. McEvoy (BBO #683191)
BARRETT & SINGAL, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090
Facsimile: (617) 720-5092
Email: wsinnott@barrettsingal.com
Email: emcevoy@barrettsingal.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 2, 2019, I caused the foregoing Motion for Extension of Time to Submit Memoranda to be served by electronic mail on counsel for all parties.

                                                  /s/  *William F. Sinnott*
                                                  William F. Sinnott