UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>    Plaintiff,<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>    Plaintiffs,<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>    Plaintiffs,<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 12-11698-MLW |

ORDER

WOLF, D.J.                                                          December 26, 2019

On December 26, 2019, the court approved reasonable requests for fees and expenses of the Master and his counsel for April, June, July, August, and November 2019.[1] The total amount approved exceeds the amount being held by the United States District Court to compensate the Master and those he employs.

Therefore, it is hereby ORDERED that Labaton Sucharow LLP shall, pursuant to paragraphs 13 and 14 of the March 8, 2019 Order (Docket No. 173), pay to the Clerk of the United States District Court for the District of Massachusetts an additional $50,000, by January 6, 2020.

                                                                                      /s/
UNITED STATES DISTRICT JUDGE

---

[1] The Master did not submit bills for fees or expenses for September or October 2019.