# Exhibit A

**COMPARISON OF FEE AND EXPENSE AWARDS**

**ORIGINAL, VACATED FEE AWARD**
**(with Chargois payment added to Customer Class Counsel's Shares)**
**(Dkt. No. 562-1)**

|  | Fees | Expenses | Total |
|---|---|---|---|
| Labaton | 31,530,948.75 | 258,666.85 | 31,789,615.60 |
| Thornton | 19,455,266.25 | 295,315.50 | 19,750,581.75 |
| Lieff | 16,100,910.00 | 271,944.53 | 16,372,854.53 |
| Keller Rohrback | 2,484,708.33 | 342,766.63 | 2,827,474.96 |
| McTigue | 2,484,708.34 | 50,176.39 | 2,534,884.73 |
| Zuckerman Spaeder | 2,484,708.33 | 38,670.29 | 2,523,378.62 |
| **TOTAL** | **74,541,250.00** | **1,257,540.19** | **75,798,790.19** |
| ERISA Counsel Total | 7,454,125.00 | 431,613.31 | 7,885,738.31 |
| Customer Counsel Total | 67,087,125.00 | 825,926.88 | 67,913,051.88 |

**MASTER'S RECOMMENDATIONS**

|  | Fees | Expenses | Total |
|---|---|---|---|
| Labaton | 26,081,397.25 | 258,666.85 | 26,340,064.10 |
| Thornton | 16,922,834.75 | 295,315.50 | 17,218,150.25 |
| Lieff | 12,365,300.10 | 419,419.53 | 12,784,719.63 |
| Keller Rohrback | 3,618,041.66 | 342,766.63 | 3,960,808.29 |
| McTigue | 3,618,041.67 | 50,176.39 | 3,668,218.06 |
| Zuckerman Spaeder | 3,618,041.66 | 38,670.29 | 3,656,711.95 |
| **TOTAL** | **66,223,657.10** | **1,405,015.19** | **67,628,672.29** |
| ERISA Counsel Total | 10,854,125.00 | 431,613.31 | 11,285,738.31 |
| Customer Counsel Total | 55,369,532.10 | 973,401.88 | 56,342,933.98 |

**NEW FEE AWARD**

| | Fees | Expenses | Total |
|---|---|---|---|
| Labaton | 21,943,464.40 | 258,666.85 | 22,202,131.25 |
| Thornton | 12,966,592.60 | 295,315.50 | 13,261,908.10 |
| Lieff | 14,961,453.00 | 271,944.53 | 15,233,397.53 |
| Keller Rohrback | 3,567,380.83 | 410,771.35 | 3,978,152.18 |
| McTigue | 3,367,917.34 | 71,858.08 | 3,439,775.42 |
| Zuckerman Spaeder | 3,193,191.83 | 105,406.72 | 3,298,598.55 |
| **TOTAL** | **60,000,000.00** | **1,413,963.03** | **61,413,963.03** |
| ERISA Counsel Total | 10,128,490.00 | 588,036.15 | 10,716,526.15 |
| Customer Counsel Total | 49,871,510.00 | 825,926.88 | 50,697,436.88 |

**COMPARISON OF TOTALS**

| | Original | Master | New |
|---|---|---|---|
| Labaton | 31,789,615.60 | 26,340,064.10 | 22,202,131.25 |
| Thornton | 19,750,581.75 | 17,218,150.25 | 13,261,908.10 |
| Lieff | 16,372,854.53 | 12,784,719.63 | 15,233,397.53 |
| Keller Rohrback | 2,827,474.96 | 3,960,808.29 | 3,978,152.18 |
| McTigue | 2,534,884.73 | 3,668,218.06 | 3,439,775.42 |
| Zuckerman Spaeder | 2,523,378.62 | 3,656,711.95 | 3,298,598.55 |
| **TOTAL** | **75,798,790.19** | **67,628,672.29** | **61,413,963.03** |
| ERISA Counsel Total | 7,885,738.31 | 11,285,738.31 | 10,716,526.15 |
| Customer Counsel Total | 67,913,051.88 | 56,342,933.98 | 50,697,436.88 |