**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

USDC Docket Number: 1:11-cv-10230-MLW
USCA Docket Number: 20-1365

Arkansas Teacher Retirement System

v.

State Street Corporation et al

### CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed ____ paper documents  x  electronic documents:

**Main Documents: ECF No. 611 Memorandum and Order**

Sealed Records:

Document Numbers: _____

*Ex parte* Records:

Document Numbers: _____

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 6/19/2020.

ROBERT M. FARRELL
Clerk of Court

By: /s/ Arnold Pacho
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals