# United States Court of Appeals
## For the First Circuit

No. 20-1365

ARKANSAS TEACHER RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated; JAMES PEHOUSHEK-STANGELAND; ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN,

Plaintiffs,

v.

STATE STREET CORPORATION; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS, LLC,

Defendants.
---------------------------
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP,

Interested Party - Appellant,

LABATON SUCHAROW LLP; THORNTON LAW FIRM LLP; KELLER RORHBACK L.L.P.; MCTIGUE LAW LLP; ZUCKERMAN SPAEDER LLP,

Interested Parties - Appellees.

**ORDER OF COURT**

Entered: July 7, 2020

This is an appeal from the February 27, 2020 Memorandum and Order of the district court concerning the conduct of certain law firms and modifying the previously-approved award of attorney fees. Upon review, it appears that this court may not have jurisdiction to consider the appeal because the order in question may not be final. 28 U.S.C. § 1291. Accordingly, the parties to the appeal are ordered to show cause within thirty days of the date of this order why this appeal should not be dismissed for lack of jurisdiction. The briefing schedule is stayed pending this court's receipt of responses.

By the Court:

Maria R. Hamilton, Clerk

cc:
Brian T. Kelly
Beth E. Bookwalter
Joan A. Lukey
Catherine M. Campbell
William Henry Paine
Michael A. Lesser
David J. Goldsmith
Renee J. Bushey
Garrett James Bradley
Daniel W. Halston
William F. Sinnott
Stuart M. Glass
Justin Joseph Wolosz
Daniel P. Chiplock
Steven E. Fineman
Joshua Charles Honig Sharp
Michael R. Smith
Lynn Lincoln Sarko
Anna St. John
Jonathan D. Selbin
Richard M. Heimann
Evan R. Hoffman
Robert L. Lieff
Laura R. Gerber
Theodore H. Frank
Carl S. Kravitz
J. Brian McTigue
James A. Moore
Elizabeth J. McEvoy
Samuel Issacharoff