```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 12-11698-MLW |

                          MEMORANDUM AND ORDER

WOLF, D.J.                                              July 9, 2020

   The court has considered the Master's Response to the Court's June 25, 2020 Memorandum and Order (Dkt. No. 613) (the "June 25, 2020 Order") and related submissions.

The Master's Motion for Approval of the Plan for Distribution of Remainder of Settlement Fund (Dkt. No. 618, Ex. A) is being allowed. The court understands that, as it previously approved, about $93,715,683 of the settlement fund has already been distributed to certain class members. The Master proposes that the remainder of the settlement fund, including the amounts previously awarded to Labaton Sucharow LLP ("Labaton"), The Thornton Law Firm ("Thornton"), and Lieff Cabraser Heimann & Bernstein LLP ("Lieff") that are to be returned pursuant to the February 27, 2020 Memorandum and Order (Dkt. No. 590) (the "February 27, 2020 Decision") be distributed in three installments. The first distribution, in the amount of about $128,750,000, will be made to the class in about October 2020. Labaton, Thornton, and Lieff will make payments to the settlement fund by January 4, 2021 and March 30, 2021. Distributions will be made to the class and to "ERISA Counsel"[1] on or before January 15, 2021, and March 30, 2021. Two of the three firms comprising ERISA Counsel request that Labaton, Thornton, and Lieff be required to make their payments to the settlement fund before the end of 2020. This dispute is not material. The court finds that the Master's proposal for distribution of the remainder of the settlement funds is consistent

---

[1] "ERISA Counsel" are McTigue Law LLP, Zuckerman Spaeder LLP, and Keller Rohrbach LLP.

with the requirements of the June 25, 2020 Memorandum and Order (Dkt. No. 613) and is reasonable. It is, therefore, being approved.

The court has edited and revised the Master's proposed form of notice to the class (Dkt. No. 618, Ex. C). Among other things, the description of the plan of distribution in the proposed notice is inconsistent with the description in the Master's report and related submissions. See Dkt. Nos. 599, 606, 607, 618. More specifically, the proposed notice describes the distribution expected to be made in January 2021 as contingent upon, among other things, the February 27, 2020 Decision being final and, therefore, subject to being delayed by Lieff's limited appeal. It is the court's intention, however, that the second distribution be made in January 2021. The court is ordering that the Notice attached hereto as Exhibit 1 be promptly issued unless it is revised by the court in response to any objection or comment filed by 3:00 p.m. on July 10, 2020.

In view of the foregoing, it is hereby ORDERED that:

1. The Special Master's Motion for Approval of the Plan for Distribution of Remainder of Settlement Fund (Dkt. No. 618, Ex. A) is ALLOWED. Therefore, the remainder of the settlement fund shall be distributed on the schedule proposed by the Master (Dkt. No. 618, Ex. A, Attachment 1), which is attached hereto as Exhibit 2.

2.  Any objection or comment concerning the form of Notice to the class attached hereto as Exhibit 1 shall be filed by 3:00 p.m. on July 10, 2020.

3.  Unless revised by the court, the Master shall insert the dates for objections and the hearing on any objections, and send to the class as promptly as possible the form of Notice attached hereto as Exhibit 1. The Master shall then report to the court the resulting dates for objections and the hearing on any objections.

*/s/ Mark L. Wolf*
UNITED STATES DISTRICT JUDGE