```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

ARKANSAS TEACHER RETIREMENT SYSTEM,   )
on behalf of itself and all others    )
similarly situated,                   )
    Plaintiff                         )
                                      )
                                      )  C.A. No. 11-10230-MLW
      v.                             )
                                      )
STATE STREET BANK AND TRUST COMPANY,  )
    Defendants.                       )

ARNOLD HENRIQUEZ, MICHAEL T.          )
COHN, WILLIAM R. TAYLOR, RICHARD A.   )
SUTHERLAND, and those similarly       )
situated,                             )
    Plaintiff                         )
                                      )
      v.                             )  C.A. No. 11-12049-MLW
                                      )
STATE STREET BANK AND TRUST COMPANY,  )
    Defendants.                       )

THE ANDOVER COMPANIES EMPLOYEE        )
SAVINGS AND PROFIT SHARING PLAN, on   )
behalf of itself, and JAMES           )
PEHOUSHEK-STANGELAND and all others   )
similarly situated,                   )
    Plaintiff                         )
                                      )
      v.                             )  C.A. No. 12-11698-MLW
                                      )
STATE STREET BANK AND TRUST COMPANY,  )
    Defendants.                       )

<u>ORDER</u>

WOLF, D.J.                                           July 10, 2020

    Only the Hamilton Lincoln Law Institute's Center for Class Action Fairness has responded to the July 9, 2020 Memorandum and Order with comments concerning the court's proposed form of notice

to the class. The court has found some, but not all, of its suggestions persuasive. A slightly modified Notice is attached hereto as Exhibit 1.

It is hereby ORDERED that the Notice attached hereto as Exhibit 1 shall be sent to the Class as promptly as possible, and that the Master shall report to the court the resulting dates for objections and the hearing on any objections.

                                                          /s/ Mark L. Wolf
                                                  UNITED STATES DISTRICT JUDGE