UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARKANSAS TEACHER RETIREMENT SYSTEM,
on behalf of itself and all others
 similarly situated,

           Plaintiff,

                             No. 11-cv-10230-MLW

vs.

STATE STREET BANK AND TRUST COMPANY,

           Defendant.
_____/

ARNOLD HENRIQUEZ, MICHAEL T. COHN,
WILLIAM R. TAYLOR, RICHARD A.
SUTHERLAND, and those similarly situated,

           Plaintiffs,

                             No. 11-cv-12049-MLW

vs.

STATE STREET BANK AND TRUST COMPANY,

           Defendant.
_____/

THE ANDOVER COMPANIES EMPLOYEE
SAVINGS AND PROFIT SHARING PLAN, on
behalf of itself, and JAMES PEHOUSHEK-
STANGELAND and all others similarly situated,

           Plaintiffs,

                             No. 12-cv-11698-MLW

vs.

STATE STREET BANK AND TRUST COMPANY,

           Defendant.
_____/

**SPECIAL MASTER'S RESPONSE TO COURT'S
JULY 10, 2020 ORDER**

On July 9, 2020, the Court issued its Memorandum & Order ("July 9 Order") [Dkt # 619] in which it allowed the Special Master's Motion for Approval of the Plan for Distribution of Remainder of Settlement Fund [Dkt # 618, Ex. A] and ordered that the remainder of the settlement fund be distributed according to the Master's proposed schedule [Dkt # 618, Ex. A, Attachment 1].

The July 9 Order included a proposed Notice [Dkt # 619, Exhibit 1] and directed that any objection or comment on the Notice be made by 3:00 p.m. on the following day.  The sole Response to that directive was filed by the Hamilton Lincoln Law Institute [Dkt # 622] and, as a result, an Order [Dkt # 623] was issued by the Court on July 10, 2020 ("July 10 Order") which contained, as Exhibit 1, a slightly modified Notice [Dkt # 623-1].

Finally, the July 9 Order directed that the Special Master insert into the Notice the dates for objections and the hearing on any objections, send such Notice to the class as promptly as possible, and then report to the Court the resulting dates for objections and the hearing on any objections. The July 10 Order similarly directed, as had the July 9 Order, that the Master send such Notice to the class as promptly as possible, and then report to the Court the resulting dates for objections and the hearing on any objections. In response to this directive, the Special Master ensured that the relevant dates were inserted and that the proper form of Notice was sent to the class as promptly as possible.  Claims Administrator A.B. Data, Ltd. has confirmed that the mailing ordered by the Court was, as planned, conducted today.

In further compliance with the Court's July 10 Order, the Master reports the following:

1.      Objections shall be made by **Tuesday, September 8, 2020**.  Because the 45th day from today falls on Labor Day, September 7, 2020, the Objection Date was extended to the following day.

2.     The Hearing Date is **Tuesday, September 22, 2020**.  This is 14 days after
the Objection Date.

Dated:  July 24, 2020                              Respectfully submitted,

                                                  **SPECIAL MASTER HONORABLE**
                                                  **GERALD E. ROSEN (RETIRED),**

                                                  By his attorneys,

                                                  _/s/  William F. Sinnott_
                                                  William F. Sinnott (BBO #547423)
                                                  Elizabeth J. McEvoy (BBO #683191)
                                                  BARRETT & SINGAL, P.C.
                                                  One Beacon Street, Suite 1320
                                                  Boston, MA 02108
                                                  Telephone: (617) 720-5090
                                                  Facsimile: (617) 720-5092
                                                  Email: wsinnott@barrettsingal.com
                                                  Email: emcevoy@barrettsingal.com

## CERTIFICATE OF SERVICE

I hereby certify that this foregoing document was filed electronically on July 24, 2020
and thereby delivered by electronic means to all registered participants as identified on the
Notice of Electronic Filing ("NEF").  Paper copies were sent to any person identified in the NEF
as a non-registered participant.

                                                  _/s/  William F. Sinnott_
                                                  William F. Sinnott