UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARKANSAS TEACHER RETIREMENT SYSTEM,
on behalf of itself and all others
similarly situated,

          Plaintiff,

vs.

STATE STREET BANK AND TRUST COMPANY,

          Defendant.
_____/

No. 11-cv-10230-MLW

ARNOLD HENRIQUEZ, MICHAEL T. COHN,
WILLIAM R. TAYLOR, RICHARD A.
SUTHERLAND, and those similarly situated,

          Plaintiffs,

vs.

STATE STREET BANK AND TRUST COMPANY,

          Defendant.
_____/

No. 11-cv-12049-MLW

THE ANDOVER COMPANIES EMPLOYEE
SAVINGS AND PROFIT SHARING PLAN, on
behalf of itself, and JAMES PEHOUSHEK-
STANGELAND and all others similarly situated,

          Plaintiffs,

vs.

STATE STREET BANK AND TRUST COMPANY,

          Defendant.
_____/

No. 12-cv-11698-MLW

**SPECIAL MASTER'S RESPONSE TO THE COURT'S SEPTEMBER 14, 2020 ORDER**

On September 14, 2020, the Court issued an order [Dkt No. 634] directing the Special Master to (1) consult the Claims Administrator (AB Data) to determine whether it has received any objections, and if so, file the objections with the Court; (2) identify the issues to be addressed at the September 22, 2020 hearing and recommend how to address each issue; and (3) submit a proposed order to be entered after the September 22, 2020 hearing.

The Special Master reports that, as of the date of filing, AB Data has not received any written objections to the class notice approved by the Court in its July 10, 2020 Order [Dkt No. 623] and mailed on or about July 24, 2020. AB Data mailed 2,402 notices out to class members. The deadline provided for filing objections was Tuesday, September 8, 2020. Now, nine (9) days after that deadline, AB Data has not received any written objections by mail or other means or communications indicating an intention to do so. The Special Master further reports that, as of the date of filing, he has not received, individually or through his counsel, any objections to the class notice.

At this time, and given the absence of any objections by the class members to the Court-approved notice, the Special Master has identified the following issues that require the Court's attention at the scheduled September 22, 2020 hearing concerning the resolution of this matter:

- Approval of the Special Master's Revised Payment Plan amending the first Proposed Payment Plan, which was approved by the Court in its July 9, 2020 Order [Dkt No. 619]; and

- Addressing the finality of the Court's Order following the September 22, 2020 hearing and Lieff Cabraser's right to renew or file an appeal in the future.

Given the absence of any objections by the class members to the fee allocation described in the class notice, the Special Master recommends that the Court proceed with the Proposed

Payment Plan previously submitted by the Special Master on July 7, 2020 and endorsed by the Court on July 9, 2020 to distribute the remaining settlement funds held in the Citibank escrow account and reallocate those funds pursuant to the Court's February 27, 2020 Order.

Accordingly, the Special Master hereby submits a Revised Payment Plan as Exhibit A to this memorandum for the Court's consideration. The Revised Payment Plan restates the previous dates by which the Customer Class Counsel would pay $16,076,158.00, but has been amended to omit the provided-for conference with the Court forty-five days before the Second Supplemental Distribution of funds to the Class and ERISA counsel to address how to handle Lieff Cabraser's then-pending appeal. On September 3, 2020, the First Circuit dismissed Lieff Cabraser's appeal without prejudice on the grounds that there was a lack of an appealable order. Therefore, Lieff Cabraser will be obligated to pay its share of the reallocated funds to the class and to ERISA Counsel, commensurate with the obligations imposed on the other Customer Class Counsel. The Special Master acknowledges that the First Circuit's denial without prejudice leaves open the possibility that Lieff Cabraser may opt to renew its appeal or file a new appeal with the First Circuit, and that it may act to do so before the payments detailed in the Proposed Payment Plan have been completed.  The Master recommends that, should Lieff Cabraser file a future appeal, it will nevertheless make its payments and, if successful, can petition the Court for relief.  Such relief should not be re-captured from monies paid to the class members.

In accordance with the Court's Order, a proposed Order is attached hereto as Exhibit B.

Dated: September 17, 2020

Respectfully submitted,

**SPECIAL MASTER HONORABLE GERALD E. ROSEN (RETIRED),**
By his attorneys,

  /s/  William F. Sinnott
William F. Sinnott (BBO #547423)
Elizabeth J. McEvoy (BBO #683191)
BARRETT & SINGAL, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090
Facsimile: (617) 720-5092
Email: wsinnott@barrettsingal.com
Email: emcevoy@barrettsingal.com

## CERTIFICATE OF SERVICE

I hereby certify that this foregoing document was filed electronically on September 17, 2020 and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing ("NEF").  Paper copies were sent to any person identified in the NEF as a non-registered participant.

  /s/  William F. Sinnott
William F. Sinnott