**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>      Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>      Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>      Defendant. | No. 12-cv-11698 MLW |

**NOTICE OF LABATON SUCHAROW LLP AND THE THORNTON LAW FIRM LLP RELATING TO SEPTEMBER 29, 2020 MEMORANDUM AND ORDER**

Labaton Sucharow LLP ("Labaton") and The Thornton Law Firm LLP ("Thornton") provide notice to the Court with regard to their understanding of their obligations pursuant to the Court's September 29, 2020 Memorandum and Order (Dkt. No. 646) (the "Order"). Specifically, Labaton and Thornton note that it is their understanding that the payment schedule attached as Exhibit A to the Order ("Exhibit A") is not yet operative and shall become operative only after the Court enters final judgment and adjusts the dates in Exhibit A.

The sequencing of events set forth in the Order contemplated that the Court would rule on the request for attorneys' fees of the Hamilton Lincoln Law Institute, after which the Court would enter a final judgment, which would include a repayment and distribution schedule embodied in Exhibit A. These events have not yet occurred, and Labaton and Thornton therefore do not intend to escrow funds on January 4, 2021 or distribute any funds as outlined in Exhibit A attached to the Order without further order of the Court.

If this is inconsistent with the Court's intentions, Labaton and Thornton respectfully request that the Court notify them of same.

Dated: December 30, 2020                    Respectfully submitted,

                                            By: */s/ Joan A. Lukey*
                                                Joan A. Lukey (BBO No. 307340)
                                                Justin J. Wolosz (BBO No. 643543)
                                                CHOATE, HALL & STEWART LLP
                                                Two International Place
                                                Boston, MA 02110
                                                Tel.: (617) 248-5000
                                                Fax: (617) 248-4000

                                                *Counsel for Labaton Sucharow LLP*

By: */s/ Brian T. Kelly*
Brian T. Kelly (BBO No. 549566)
Joshua C. Sharp (BBO No. 681439)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Tel.: (617) 345-1000
Fax: (617) 345-1300
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com

*Counsel for the Thornton Law Firm LLP*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record on December 30, 2020.

*/s/ Joan A. Lukey*
Joan A. Lukey