# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>State Street Bank and Trust Company,<br><br>Defendants. | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>Plaintiffs,<br>v.<br><br>State Street Bank and Trust Company,<br><br>Defendants. | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>State Street Bank and Trust Company,<br><br>Defendants. | C.A. No. 12-11698-MLW |

**KELLER ROHRBACK AND ZUCKERMAN SPAEDER'S OBJECTION
TO NOTICE OF LABATON SUCHAROW LLP AND
THE THORNTON LAW FIRM LLP RELATING TO
<u>SEPTEMBER 29, 2020 MEMORANDUM AND ORDER</u>**

ERISA Counsel at Keller Rohrback L.L.P. and Zuckerman Spaeder, LLP respectfully submit this Objection to the Notice of Labaton Sucharow LLP and The Thornton Law Firm LLP Relating to the September 29, 2020 Memorandum and Order, ECF No. 655. The Notice stated that because a final judgment (including an attorneys' fees order and payment schedule) has not yet been ordered, the prior payment schedule is not operative and therefore the two firms do not intend to make the scheduled payments into escrow on January 4, 2021.

Consistent with the Court's February 27, 2020 Order, ECF No. 590, reallocating $14,383,827.20 to the Class, and the Court's July 9, 2020 Order, ECF No. 619, approving the plan of distribution for the remainder of the settlement fund and the form of Class Notice, ECF No. 619-1, these payments should be made into the escrow account on January 4, 2021 by Customer Class Counsel without delay.

Because the Court's September 29, 2020 Order, ECF No. 646, contemplated ordering repayment on the dates previously specified and issuing a final judgment following a ruling on the Hamilton Lincoln Law Institute's attorneys' fees motion, there is no justifiable reason for Labaton and Thornton to now withhold the first scheduled payment of funds into the escrow account.

Dated: December 31, 2020    Respectfully submitted,

**KELLER ROHRBACK L.L.P.**

By: */s/ Lynn Lincoln Sarko*
Lynn Lincoln Sarko
Laura R. Gerber
1201 3rd Avenue, Suite 3200
Seattle, WA  98101
Tel.: (206) 623-1900

*ERISA Counsel for Class Representatives The Andover Companies Employee Savings and Profit Sharing Plan and James Pehoushek-Stangeland*

1

2

By: */s/ Carl S. Kravitz*
Carl S. Kravitz
**ZUCKERMAN SPAEDER, LLP**
1800 M Street, NW
Washington, DC 20036
Phone: 202-778-1800

*ERISA Counsel for Class Representatives Arnold Henriquez, Michael T. Cohn, William R. Taylor, and Richard A. Sutherland*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2020, I electronically filed the above with the Clerk of the Court using the CM/ECF system, which in turn sent notice to all counsel of record.

>                    */s/ Lynn Lincoln Sarko*
>                    Lynn Lincoln Sarko