```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 12-11698-MLW |

<u>ORDER</u>

WOLF, D.J.                                              January 4, 2021

The court has considered the Notice of Labaton Sucharow LLP ("Labaton") and the Thornton Law Firm LLP ("Thornton") in Relation to September 29, 2020 Memorandum and Order (Dkt. No. 655) and the

Objection of Keller Rohrbach ("Keller") and Zuckerman Spaeder ("Zuckerman") to it (Dkt. No. 656). Any award of attorneys' fees that the court may decide to make to the Hamilton Lincoln Law Institute will not reduce the amount Labaton and Thornton will be required to pay into escrow in the first installment of previously awarded attorneys' fees to be returned and paid, in part, to ERISA Counsel, including Keller and Zuckerman. However, the court has not yet entered a final judgment and ordered repayment and distribution on the schedule attached as Exhibit A to the September 29, 2020 Memorandum and Order (Dkt. No. 646).

In view of the foregoing, it is hereby ORDERED that:

1. Class Counsel[1] need not make the first payment into escrow on January 4, 2021.

2. Class Counsel shall be prepared to make the first payment into escrow on January 11, 2021, or soon after.

                                                 /s/ Mark L. Wolf
                                         UNITED STATES DISTRICT JUDGE

---

[1] Class Counsel are Labaton, Thornton, and Lieff Cabraser Heimann & Bernstein, LLP.