# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br><br>Defendants. | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant. | No. 12-cv-11698 MLW |

**RESPONSE BY LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
TO JANUARY 4, 2021 ORDER [ECF NO. 657]**

2106080.3

- 1 -

Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser" or the "firm") respectfully submits this response to the Court's January 4, 2021 Order [ECF No. 657] to reiterate that it will be appealing the Court's order awarding and reallocating fees in this matter as soon as it becomes final, and maintains that any distribution of the firm's escrowed funds before that appeal is resolved may interfere with the First Circuit's mandate.[1]  Consistent with the Court's September 29, 2020 Order [ECF No. 646], Lieff Cabraser intends to move to stay any order mandating the distribution of its escrowed funds, pending Lieff Cabraser's appeal.

Dated:  January 4, 2021

Respectfully submitted,

Lieff Cabraser Heimann & Bernstein, LLP

By: */s/ Richard M. Heimann*
Richard M. Heimann (*pro hac vice*)
275 Battery Street, 29th Floor
San Francisco, California  94111
Tel:  (415) 956-1000
Fax:  (415) 956-1008

Steven E. Fineman
Daniel P. Chiplock (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, New York  10013
Tel:  (212) 355-9500
Fax:  (212) 355-9592

---

[1] *See, e.g.,* Response by Lieff Cabraser Heimann & Bernstein, LLP to the Court's September 29, 2020 Order [ECF No. 648].

- 1 -

2106080.3

- 2 -

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on January 4, 2021 and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing ("NEF").

                                              */s/ Richard M. Heimann*
                                              Richard M. Heimann