UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>　　Plaintiff,<br><br>　　　　v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>　　Defendant. | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>　　Plaintiffs,<br><br>　　　　v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br>　　Defendants. | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself and all others similarly situated, and JAMES PEHOUSHEK-STANGELAND, on behalf of himself and all others similarly situated,<br>　　Plaintiffs,<br><br>　　　　v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>　　Defendant. | C.A. No. 12-11698-MLW |

<u>FINAL JUDGMENT CONCERNING ATTORNEYS' FEES AND SERVICE AWARDS</u>

Pursuant to the January 19, 2021 Memorandum and Order (Dkt. No. 662) and the February 27, 2020 Memorandum and Order (Dkt. No. 590), FINAL JUDGMENT CONCERNING ATTORNEYS' FEES is hereby ENTERED and ALLOCATED as follows:

- $60,000,000 is awarded to counsel for plaintiffs as reasonable fees and expenses.
- From the $60,000,000 a total of $22,202,131.25 shall be paid to Labaton Sucharow LLP.
- From the $60,000,000 a total of $13,261,908.10 shall be paid to The Thornton Law Firm.
- From the $60,000,000 a total of $15,233,397.53 shall be paid to Lieff Cabraser Heiman & Bernstein, LLP.
- From the $60,000,000 a total of $3,978,152.18 shall be paid to Keller Rohrback LLP.
- From the $60,000,000 a total of $3,439,775.42 shall be paid to McTigue Law LLP.
- From the $60,000,000 a total of $3,298,598.55 shall be paid to Zuckerman Spaeder LLP.
- An award of $60,690 shall be paid from the common fund to the Hamilton-Lincoln Law Institute Center for Class Action Fairness.
- A Service Award of $15,000 shall be paid from the common fund to the Arkansas Teacher Retirement System.

- A Service Award of $10,000 shall be paid from the common fund to each of the six ERISA Plaintiffs, Arnold Henriquez, Michael T. Cohn, William R. Taylor, Richard A. Sutherland, The Andover Companies Employee Savings and Profit Sharing Plan, and James Pehoushek-Stangeland.

Date:   January 19, 2021   /s/ Mark L. Wolf
MARK L. WOLF
UNITED STATES DISTRICT JUDGE