## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-10230 MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-12049 MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND, and all others similarly situated, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 12-cv-11698 MLW |

**NOTICE OF APPEAL**

**PLEASE TAKE NOTICE** that pursuant to FED. R. APP. P. 4(a)(1)(A), Lieff Cabraser Heimann & Bernstein, LLP, in its capacity as additional Counsel for the Settlement Class in the above-captioned actions (the "Actions"), hereby appeals to the United States Court of Appeals for the First Circuit from: the Court's January 19, 2021 Final Judgment Concerning Attorneys' Fees and Service Awards [Docket No. 663]; and any preceding, related, or underlying orders, rulings, findings, and conclusions including (1) the Court's February 27, 2020 Memorandum and Order [Docket No. 590] and Exhibit A [Docket No. 590-1] and (2) the Court's January 19, 2021 Memorandum and Order [Docket No. 662] and Exhibit 1 [Docket No. 662-1].

Dated: January 26, 2021                              Respectfully submitted,

                                                     Lieff Cabraser Heimann & Bernstein, LLP

                                     By:    */s/ Richard M. Heimann*
                                            Richard M. Heimann (*pro hac vice*)
                                            275 Battery Street, 29th Floor
                                            San Francisco, California 94111
                                            Tel: (415) 956-1000
                                            Fax: (415) 956-1008

                                            Steven E. Fineman
                                            Daniel P. Chiplock (*pro hac vice*)
                                            250 Hudson Street, 8th Floor
                                            New York, New York 10018
                                            Tel: (212) 355-9500
                                            Fax: (212) 355-9592

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on January 26, 2021 and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing ("NEF").

                                            */s/ Richard M. Heimann*
                                            Richard M. Heimann

- 1 -

2118519.1