UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>    Plaintiff,<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendant. | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>    Plaintiffs,<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br>    Defendants. | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself and all others similarly situated, and JAMES PEHOUSHEK-STANGELAND, on behalf of himself and all others similarly situated,<br>    Plaintiffs,<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendant. | C.A. No. 12-11698-MLW |

ORDER

WOLF, D.J.                                          January 27, 2021

The court has received the Motion of Lieff Cabraser Heimann & Bernstein LLP ("Lieff") for Partial Stay of Execution on Judgment, Pending Appeal (Dkt. No. 667, the "Motion"), and supporting Memorandum (Dkt. No. 668). It would be helpful if the usual adversary process operated concerning the Motion.

Therefore, it is hereby ORDERED that:

1. By February 3, 2021, the Master shall respond to the Motion by filing a Memorandum and affidavit that address, among other things, whether Lieff is likely to be irreparably harmed if it prevails on appeal. See L. R. 7.1(b)(2).

2. By February 3, 2021, Labaton Sucharow LLP, The Thornton Law Firm, Keller Rohrback LLP, McTigue Law LLP, Zuckerman Spaeder LLP, and the Hamilton Lincoln Law Institute Center for Class Action Fairness ("CCAF") shall respond to the Motion if they wish to do so.[1]

3. Any reply by Lieff shall be filed by 9:00 a.m. on February 8, 2021.

                                                       /s/ Mark L. Wolf  
                                                       UNITED STATES DISTRICT JUDGE

---

[1] CCAF is invited and encouraged to respond to the Motion.