UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>    Plaintiff,<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>    Plaintiffs,<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL MARKETS, LLC and DOES 1-20,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself and all others similarly situated, and JAMES PEHOUSHEK-STANGELAND, on behalf of himself and all others similarly situated,<br>    Plaintiffs,<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 12-11698-MLW |

ORDER

WOLF, D.J.                                      March 22, 2021

On March 12, 2021, the court denied Lieff Cabraser Heimann & Bernstein LLP's ("Lieff") motion for a stay pending appeal. <u>See</u> Dkt. No. 680. On March 18, 2021, Lieff notified the court that it would not appeal that decision. <u>See</u> Dkt. No. 683. Therefore, the March 12, 2021 Order is now final.

Accordingly, it is hereby ORDERED that the First Distribution to the Class and ERISA Counsel, including Lieff's escrowed funds, shall, pursuant to the Second Revised Payment Plan in the March 1, 2021 Order attached hereto as Exhibit 1 (Dkt. No. 679-1), be made on April 9, 2021, and the Second Distribution to them shall be made on April 30, 2021.

UNITED STATES DISTRICT JUDGE

2