# United States Court of Appeals
## For the First Circuit

No. 21-1069

ARKANSAS TEACHER RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated; JAMES PEHOUSHEK-STANGELAND; ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN; ARNOLD HENRIQUEZ; MICHAEL T. COHN; WILLIAM R. TAYLOR; RICHARD A. SUTHERLAND,

Plaintiffs,

v.

STATE STREET CORPORATION; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS, LLC; DOES 1-20,

Defendants.

----------------------------

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP,

Interested Party - Appellant,

v.

LABATON SUCHAROW LLP; THORNTON LAW FIRM LLP; KELLER ROHRBACK L.L.P.; MCTIGUE LAW LLP; ZUCKERMAN SPAEDER LLP,

Interested Parties - Appellees.

**ORDER OF COURT**

Entered: April 2, 2021

The district court judge has requested that this court "invite it to retain counsel to appear on behalf of the court as fiduciary for the class" in this appeal. This court has the benefit of the district court's opinions, including its decision denying Lieff Cabraser Heimann & Bernstein's motion to stay the decision that is presently on appeal. The district court's request is denied without prejudice to reconsideration by the panel that decides the merits.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Mark L. Wolf
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Michael A. Lesser
David J. Goldsmith
Garrett James Bradley
Daniel P. Chiplock
Michael P. Canty
Jonathan D. Selbin
Richard M. Heimann
Evan R. Hoffman
Robert L. Lieff
Michael H. Rogers
Theodore Michael Hess-Mahan
Lynn Lincoln Sarko
Derek W. Loeser
Amy Christine Williams-Derry
Laura R. Gerber
Steven E. Fineman
Samuel Issacharoff
Joan A. Lukey
Stuart M. Glass
Justin Joseph Wolosz
Brian T. Kelly
Joshua Charles Honig Sharp
James A. Moore
Michael R. Smith
Carl S. Kravitz
Beth E. Bookwalter
William Henry Paine
Jeffrey B. Rudman
Daniel W. Halston
Mark Christopher Fleming
Nolan J Mitchell
William F. Sinnott
Elizabeth J. McEvoy
M. Frank Bednarz
Theodore H. Frank
Catherine M. Campbell
Renee J. Bushey
J. Brian McTigue
Jonathan G. Axelrod