# United States Court of Appeals
## For the First Circuit

No. 21-1069

ARKANSAS TEACHER RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated; JAMES PEHOUSHEK-STANGELAND; ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN; ARNOLD HENRIQUEZ; MICHAEL T. COHN; WILLIAM R. TAYLOR; RICHARD A. SUTHERLAND

Plaintiffs

v.

STATE STREET CORPORATION; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS, LLC; DOES 1-20

Defendants

----------------------------

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Interested Party - Appellant

v.

LABATON SUCHAROW LLP; THORNTON LAW FIRM LLP; KELLER ROHRBACK L.L.P.; MCTIGUE LAW LLP; ZUCKERMAN SPAEDER LLP

Interested Parties - Appellees

### MANDATE

Entered: March 2, 2022

In accordance with the judgment of February 9, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jonathan G. Axelrod
M. Frank Bednarz
Beth E. Bookwalter
Garrett James Bradley
Renee J. Bushey
Catherine M. Campbell
Michael P. Canty
Daniel P. Chiplock
Steven E. Fineman
Mark Christopher Fleming
Theodore H. Frank
Laura R. Gerber
Stuart M. Glass
Daniel W. Halston
Richard M. Heimann
Theodore Michael Hess-Mahan
Evan R. Hoffman
Samuel Issacharoff
Brian T. Kelly
Carl S. Kravitz
Michael A. Lesser
Robert L. Lieff
Derek W. Loeser
Joan A. Lukey
Regina Mary Markey
Elizabeth J. McEvoy
J. Brian McTigue
Nolan J Mitchell
James A. Moore
William Henry Paine
Michael H. Rogers
Jeffrey B. Rudman
Lynn Lincoln Sarko
Jonathan D. Selbin
Joshua Charles Honig Sharp
William F. Sinnott
Michael R. Smith
Amy Christine Williams-Derry
Justin Joseph Wolosz