UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>　　　　　Plaintiff<br><br>　　　　　v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>　　　　　Plaintiff<br><br>　　　　　v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>　　　　　Plaintiff<br><br>　　　　　v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 12-11698-MLW |

ORDER

WOLF, D.J.　　　　　　　　　　　　　　　　　　　　　　　　June 12, 2025

On March 8, 2017 the court appointed Retired United States District Judge Gerald Rosen as a Master to investigate and report

concerning issues regarding the court's award of attorneys' fees in this class action. See Dkt. No. 173. Labaton Sucharow, LLP ("Labaton") was ordered to pay to the Clerk of the United States District Court $2,000,000 from the award of attorneys' fees previously made to Labaton, the Thornton Law Firm, LLP, and Lieff, Cabraser, Heimann & Bernstein, LLP ("Lieff") (collectively "Class Counsel"). Id. ¶ 13. The court stated that if the expense of the Master's work exceeds $2,000,000 it would order additional payments by Class Counsel. Id. at 6, n.4. The total amount ultimately ordered and deposited with the District Court by Class Counsel was $5,350,000.

On June 21, 2022, this case was closed after the Court of Appeals for the First Circuit denied Lieff's appeal concerning the award of attorneys' fees and affirmed the judgment entered by this court. However, in 2023 the Master submitted invoices for additional payments. After protracted discussions and considerable work by the Clerk's Office, the court determined that the invoices were for reasonable fees and expenses and ordered that they be paid. The total amount paid to the Master was $5,074,069.66. The remaining balance on deposit with the District Court is $275,930.34, plus accrued interest.

It is hereby ORDERED that the Clerk of the Court shall pay $275,930.34 plus accrued interest to Labaton to be divided among Class Counsel in whatever manner they have agreed or may agree.

This case, and the court's involvement in it, is otherwise concluded.

                                                            /s/ Mark L. Wolf
                                      UNITED STATES DISTRICT JUDGE